**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED JUL 14 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

FILED
CLERK, U.S. DISTRICT COURT
JULY 17 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: rsm DEPUTY

In re:
JAMIE LYNN GALLIAN
aka JAMIE L. GALLIAN
dba J-SANDCASTLE CO., LLC
dba J-PAD, LLC
                                    Debtor(s)

BAP/USDC NO.: 8:23-cv-00961-WLH
CASE NO.: 8:21-bk-11710-SC
ADVERSARY NO.: 8:21-ap-01097-SC
APPEAL DOCKET ENTRY NO.: 83

HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES,
                                    Plaintiff(s)
vs.
JAMIE LYNN GALLIAN,
                                    Defendant(s)

**CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL**

To the Clerk of the:
☐ Bankruptcy Appellate Panel of the Ninth Circuit
☒ U.S. District Court
☐ U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:
Jamie Lynn Gallian - aka Jamie L Gallian; dba J-Sandcastle Co., LLC, dba J-PAD, LLC - Pro Se
16222 Monterey Lane, Unit 376
Huntington Beach, CA 92649

Attorney of Record for Appellee:
D. Edward Hays - Laila Masud - Bradford N. Barnhardt - Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:
☒ All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
☐ No transcripts were requested by either the Appellant or Appellee.
☐ Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: 07/14/2023     By: /s/ Nickie Bolte
                     Deputy Clerk

# CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

   ☐ Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
   ☒ United States District Court at bkappeal_cacd@cacd.uscourts.gov

   Office of the U.S. Trustee

   ☐ Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
   ☐ Riverside Division at ustpregion16.rs.ecf@usdoj.gov
   ☒ Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
   ☐ San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
   ☐ Northern Division at ustpregion16.nd.ecf@usdoj.gov

   Other Parties Served by NEF:
   Bradford Barnhardt    bbarnhardt@marshackhays.com, bbarnhardt@ecf.courtdrive.com,kfrederick@ecf.courtdrive.com
   Jeffrey I Golden (TR)    lwerner@go2.law, jig@trustesolutions.net;kadele@go2.law;C205@ecfcbis.com
   D Edward Hays    ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
   Laila Masud    lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
   United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

   Jamie Lynn Gallian
   aka Jamie L Gallian; dba J-Sandcastle Co., LLC
   dba J-PAD, LLC
   16222 Monterey Lane, Unit 376
   Huntington Beach, CA  92649

   Eric Houser, Esq.
   9970 Research Drive
   Irvine, CA  92618-4309