

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DEBTOR JAMIE LYNN GALLIAN | DISTRICT COURT NO.<br>8:23-CV-00961-WLH |
| | BANKRUPTCY COURT CASE NO.<br>8:21-BK-11710-SC |
| _____<br>JAMIE LYNN GALLIAN | ADVERSARY CASE NUMBER<br>8:21-AP-01097-SC |
| APPELLANT | |
| | MOTION TO EXTEND TIME TFILE<br>APPELLANT'S OPENING BRIEF |
| v. | |
| HOUSER BROS CO., A CALIFORNIA<br>LIMITED PARTNERSHIP DBA RANCHO<br>DEL REY MOBILEHOME ESTATES | |
| APPELLEE | |

_____

TO THE HONORABLE WESLEY L. HSU,

I Jamie Lynn Gallian respectfully request this Honorable Court grant appellate less than 30 additional days to complete the filing of Appellate's Opening Brief.

On August 15, 2023, I contacted D. Edward Hays, attorney for Houser Bros Co. and requested the attorney kindly contact his client to see if a Stipulation to extend the time for me to file my opening brief.

I have waited two hours without an answer to the request. I prepared a Stipulation for the Attorney to review with his client, and he said I was not admissible as written.

I declare, my health is failing. I have multiple sclerosis. The stress, my vision, and my neurological condition in addition to my memory is quickly dismissing. I cannot read and write from memory as I did before this Chapter 7 began over 2 years ago. I have had severe migraine headaches, lasting for several days.

I recently filed a Motion to Dismiss this Chapter 7 case which was quickly opposed and denied.

I humbly request relief from this court to grant my request to extend the filing date to file Appellants Opening Brief to less than 30 days.

I declare under penalty of perjury the forgoing is true and correct.

Signed this 15th day of August, 2023.

*Jamie Lynn Gallian*
_____
JAMIE LYNN GALLIAN
APPELLANT

| | | |
|---|---|---|
| UNITED STATES DISTRICT COUR<br>CENTRAL DISTRICT OF CALIFOMRIA<br>~~TO BE FILED IN THE COURT OF APPEAL~~ | | DISTRICT COURT CASE NO. **APP-012** |
| ~~COURT OF APPEAL~~ ~~APPELLATE DISTRICT, DIVISION~~ | | ~~COURT OF APPEAL CASE NUMBER:~~<br>8:23-cv-00961-WLH<br>BANKRUPTCY COURT |
| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO.:<br>NAME: JAMIE LYNN GALLIAN<br>FIRM NAME:<br>STREET ADDRESS: 16222 MONTEREY LN. UNIT 376<br>CITY: HUTINGTON BEACH  STATE:  ZIP CODE: 92649<br>TELEPHONE NO.: 714-321-3449  FAX NO.:<br>E-MAIL ADDRESS: JAMIEGALLIAN@GMAIL.COM<br>ATTORNEY FOR (name): IN PRO SE | | ~~XXXXXX COURT CASE NUMBER:~~<br>8:21-bk-11710-SC<br><br>ADVERSARY CASE NUMBER:<br>8:21-ap-01097-SC |
| APPELLANT: JAMIE LYNN GALLIAN<br><br>RESPONDENT: Houser Bros Co., A California limited partnership DBA Ranco Del Rey Mobilehome Estates | | |
| **STIPULATION FOR EXTENSION OF TIME TO FILE BRIEF**<br>**(CIVIL CASE)** | | |

**Notice: Please read Judicial Council form APP-001 before completing this form. Before a brief is due, parties may extend the time to file the brief *up to a maximum of 60 days* by filing one or more stipulations. However, parties may not stipulate to extend the time to file a brief if the court has previously granted an application to extend the time to file the brief. See California Rules of Court, rule 8.212(b).**

1. All parties to this appeal stipulate to extend the time under Cal. Rules of Court, rule 8.212(a), to file the following brief *(check one)*:

    [x] appellant's opening brief (AOB)
    [ ] respondent's brief (RB)
    [ ] combined respondent's brief (RB) and appellant's opening brief (AOB) (see rule 8.216)
    [ ] combined appellant's reply brief (ARB) and respondent's brief (RB) (see rule 8.216)
    [ ] appellant's reply brief (ARB)

2. This brief is now due on *(date): 8/16/2023*

3. The parties agree to extend the due date by *(number):* 30  days, so that the new date is *(date):* September 13, 2023

4. The time to file this brief *(check one):*

    [x] has not been extended by stipulations previously.
    [ ] has been extended previously by one or more stipulations totaling *(number)*   days.

    The combined extensions to file this brief by this stipulation and any previous stipulation do not exceed 60 days. (See rule 1.10 regarding the computation of time.)

5. For attorneys filing on behalf of a client, I certify that I have delivered a copy of this stipulation to my client. (See rule 8.60.)

6. A proof of service of this stipulation on all parties is attached (see rule 8.50). You may use *Proof of Service (Court of Appeal)* (form APP-009) or *Proof of Electronic Service (Court of Appeal)* (form APP-009E) for this purpose.

Date: 8/15/2023

Jamie Lynn Gallian                                                            *Jamie Lynn Gallian*
(TYPE OR PRINT NAME)                                                   (SIGNATURE OF PARTY OR ATTORNEY)

(IF SIGNED BY AN ATTORNEY, NAME OF PARTY REPRESENTED)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
APP-012 [Rev. January 1, 2017]

**STIPULATION FOR EXTENSION OF TIME TO FILE BRIEF (CIVIL CASE)**
(Appellate)

Cal. Rules of Court,
rules 8.50, 8.60, 8.63, 8.412
www.courts.ca.gov

APP-012

| APPELLANT: JAMIE LYNN GALLIAN | COURT OF APPEAL CASE NUMBER: |
| RESPONDENT: Houser Bros Co., A California limited partnership DBA Ranco Del Rey M | 8:23-cv-00961-WLH |

Date: 8/15/2023

D. Edward Hays
(TYPE OR PRINT NAME)

Houser Bros Co., A CA limited partnership
Rancho Del Rey Mobiehome Estates
(IF SIGNED BY AN ATTORNEY, NAME OF PARTY REPRESENTED)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

Date:

_____
(TYPE OR PRINT NAME)

_____
(IF SIGNED BY AN ATTORNEY, NAME OF PARTY REPRESENTED)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

Date:

_____
(TYPE OR PRINT NAME)

_____
(IF SIGNED BY AN ATTORNEY, NAME OF PARTY REPRESENTED)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

For your protection and privacy, please press the Clear This Form button after you have printed the form.   Print this form   Save this form   Clear this form

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: CONTINUED:
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Aaron E DE Leest adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com
   - **ATTORNEY FOR CREDITOR and PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION:** Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
   - **TRUSTEE JEFFREY I GOLDEN (TR):** Jeffrey I Golden (TR lwerner@wgllp.com, jig@trustesolutions.net; kadele@wgllp.com
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR and PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION:** Brandon J Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Eric P Israel eisrael@DanningGill.com, danninggill@gmail.com; eisrael@ecf.inforuptcy.com
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR DEFENDANT RANDALL L NICKEL:** Mark A Mellor mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
   - **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
   - **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE