

**FILED**
CLERK, U.S. DISTRICT COURT

8/16/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA   PART 1

| | |
|---|---|
| In re:<br>JAMIE LYNN GALLIAN,<br><br>Debtor(s) | **District Court Case No.:** **8:23-cv-00961-WLH**<br><br>Bankruptcy Court Case No.<br>8:23-bk-11710-SC<br>Adversary No.:   8:21-ap-01097-SC<br><br>Chapter   7 |
| JAMIE LYNN GALLIAN<br><br>Appellant/Debtor<br><br>vs.<br>HOUSER BROS. CO. dba RANCHO DEL REY<br>MOBILE HOME ESTATES,<br><br>Appellee/Plaintiff | **USBC TRIAL EXHIBIT REGISTER**<br><br>USBC Hearing Date: April 26, 2023<br><br>USBS Hearing Time:   9:30 a.m.<br><br>USBS Hearing Place: 5C<br>411 W. Fourth Street<br>Santa Ana, CA 92701 |

## LIST OF EXHIBITS (*NUMBERED, TAGGED AND A BRIEF DESCRIPTION OF EXHIBIT)

| | |
|---|---|
| 1. | Gables Judgment in the amount of $316,583.59 in favor of the Gables entered 05/06/2019 |
| 2. | Ryan Complaint filed 08/21/2018, OCSC Case No. 30-2018-01013582-CL-UD-CJC |
| 3. | Stipulated Judgment filed 10/18/2018, in the Ryan State Court Action |
| 4. | Ryan Release Form - releasing title of property to J-Sandcastle Co. as of 11/01/2018 |
| 5. | Ryan Notice of Sale or Transfer - transfer date 11/01/2018 |
| 6. | Application for Residency |
| 7. | Denial Letter from Rancho Del Rey to Jamie Gallian |
| 8. | Complaint in the BS Investors Action filed 10/17/2018 , OCSC Case No. 30-2018-01024401 |
| 9. | Docket in BS Investors Action |
| 10. | Security Agreement and Note between Jamie Gallian and J-Sandcastle |

**\*  EXHIBITS OF PLAINTIFF/MOVANT(S) SHALL BE MARKED WITH NUMBERS.**
**EXHIBITS OF DEFENDANT/RESPONDENT(S) SHALL BE MARKED WITH LETTERS.**

Revised 12/12

**LIST OF EXHIBITS (\*NUMBERED, TAGGED AND A BRIEF DESCRIPTION OF EXHIBIT)**

## PLAINTIFF'S TRIAL EXHIBITS

| | |
|---|---|
| 11. | Notice to Quit December 2018 |
| 12. | OCSC Complaint filed 01/02/2019, OCSC Case No. 30-2019-01041423-CL-UD-CJC |
| 13. | Docket in OCSC Action |
| 14. | 01/14/2019 UCC Financing Statement - Doc. No. 76027030002 filed against JSC |
| 15. | 01/14/2019 UCC Financing Statement - Doc. No. 76027040002 filed against JSC |
| 16. | A January 14, 2019, UCC Financing Statement that Debtor filed against JSC, Document No. 76027940003 |
| 17. | January 14, 2019, UCC Financing Statement that Debtor filed against Craig Houser and Kathryn Curtiss, Document No. 7602794004. |
| 18. | January 18, 2019, California Department of Housing and Community Development ("HCD") "Title Search" regarding the Property |
| 19. | July 23, 2020, HCD "Title Search" regarding the Property |
| 20. | June 7, 2021, HCD "Title Search" regarding the Property |
| 21. | August 10, 2021, HCD "Title Search" regarding the Property |
| 22. | September 21, 2021, HCD "Title Search" regarding the Property |
| 23. | HCD "Correspondence" with Transaction Date November 20, 2018, regarding the Property |
| 24. | HCD "R/O Transfer – Private Sale" with Transaction Date November 16, 2018, regarding the Property |
| 25. | HCD "L/O Assignment" with Transaction Date February 1, 2021, regarding the Property. |

\*   **EXHIBITS OF PLAINTIFF/MOVANT(S) SHALL BE MARKED WITH NUMBERS.**
**EXHIBITS OF DEFENDANT/RESPONDENT(S) SHALL BE MARKED WITH LETTERS.**
**Revised 12/12**

000778

| | |
|---|---|
| 26. | HCD "R/O Transfer – No Sale" with Transaction Date July 14, 2021, regarding the Property |
| 27. | HCD "L/O Addition" with Transaction Date August 10, 2021, regarding the Property. |
| 28. | Debtor's Petition and Original Schedules (including Statement of Financial Affairs), filed on July 9, 2021, as BK Docket No. 1 |
| 29. | Debtor's amended schedules filed on September 7, 2021, as BK Docket No. 15 |
| 30. | Debtor's amended schedules filed on September 22, 2021, as BK Docket No. 16 |
| 31. | Debtor's amended schedules filed on September 22, 2021, as BK Docket No. 17 |
| 32. | Debtor's amended schedules filed on October 14, 2021, as BK Docket No. 22 |
| 33. | Debtor's amended schedules filed on November 16, 2021, as BK Docket No. 37 |
| 34. | Debtor's amended schedules filed on November 22, 2021, as BK Docket No. 38 |
| 35. | Debtor's amended schedules filed on November 23, 2021, as BK Docket No. 39 |
| 36. | Debtor's amended schedules filed on December 1, 2021, as BK Docket No. 42 |
| 37. | Debtor's amended schedules filed on March 11, 2022, as BK Docket No. 72 |
| 38. | Debtor's amended schedules filed on March 15, 2022, as BK Docket No. 75 |
| 39. | The Exemption Motion filed May 12, 2022, as BK Docket No. 95 |
| 40. | The Exemption Opposition filed June 1, 2022, as BK Docket 105 |
| 41. | The Exemption Reply filed July 7, 2022, as Bk Docket 130-133 |
| 42. | "Declaration of Greg Buysman Re: Motion Objecting to Debtor's Claimed Homestead Exemption," filed on July 7, 2022, as BK Docket No. 132 |
| 43. | The Employment Application filed July 28, 2022, as BK Docket No. 162 |
| 44. | The Exemption Order filed August 5, 2022, as BK Docket 177 |
| 45. | The Complaint filed October 22, 2021, as AP Docket No. 3 |
| 46. | The Answer filed October 28, 2021, as AP Docket No. 6 |

* **EXHIBITS OF PLAINTIFF/MOVANT(S) SHALL BE MARKED WITH NUMBERS.**
**EXHIBITS OF DEFENDANT/RESPONDENT(S) SHALL BE MARKED WITH LETTERS.**
**Revised 12/12**

000779

EXHIBIT  1

ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange
04/02/2015 at 05:43:37 AM
Clerk of the Superior Court
By Natasha Dorfman, Deputy Clerk

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MAY 06 2019

DAVID H. YAMASAKI, Clerk of the Court

BY:_____DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

| | |
|---|---|
| THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, a California Nonprofit Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA L. BRADLEY, individually and as Trustee of the Sandra L. Bradley Trust; JAMIE L. GALLIAN, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 37-2017-00913985-CU-CO-CJC<br><br>Judge: James L. Crandall<br>Dept.: C33<br><br>[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION AND AGAINST DEFENDANT JAMIE L. GALLIAN<br><br>Complaint Filed: April 11, 2017<br>First Amended Complaint filed: May 16, 2017<br>Trial Date: September 9, 2019 |

In this action for Breach of Governing Documents (Architectural Violations) and Nuisance Defendant Jamie L. Gallian was personally served with the Summons and Complaint on May 24, 2017. Defendant Gallian filed an answer to the Complaint, and to the First Amended Complaint. Subsequently, due to her failure to timely respond to discovery, on February 13, 2019 the Court ordered that Defendant's Answer to the Plaintiff's First Amended Complaint be stricken, and on February 13, 2019 entered the default against Defendant. Pursuant to the Court's order of February 13, 2019, Plaintiff The Huntington Beach Gables Homeowners Association has presented evidence of its costs for abating the nuisance caused by Defendant Gallian, as alleged in the First Amended Complaint.

000781        EXHIBIT 1, PAGE 1

1     Upon the Application of Plaintiff, The Huntington Beach Gables Homeowners

2  Association for judgment against Defendant, and upon having reviewed the evidence and

3  declarations, and proof having been made to the satisfaction of this Court, the Court finds in

4  favor of Plaintiff, The Huntington Beach Gables Homeowners Association ("Association"), and

5  against Defendant, Jamie L. Gallian ("Defendant") on all causes of action in the First Amended

6  Complaint filed herein on May 16, 2017.

7     IT IS HEREBY ADJUDGED, ORDERED AND DECREED, as follows:

8     1.     As to the First Cause of Action for Breach of Contract, the Court finds that

9  Defendant breached the Association's Governing Documents, including the "Declaration of

10  Covenants, Conditions and Restrictions for Huntington Beach Gables" containing the covenants,

11  conditions and restrictions which governing the properties located within the Association,

12  which was recorded on May 28, 1980, as Document No. 1980-28926 ("CC&Rs");

13     2.     At all times mentioned herein, Defendant was the tenant of, resident of, and/or

14  claimed some interest in the condominium unit located within the Association commonly known

15  as 4476 Alderport Drive, Unit 53, Huntington Beach, CA 92649 ("Subject Property");

16     3.     As a result of Defendant's breach of contract, Plaintiff's damages include the cost

17  of repairing damage to the Common Area caused by Defendant's failing to adhere to the

18  architectural guidelines and specifications with respect to the construction of the patio cover and

19  by constructing a concrete pad and installing an air conditioning unit on the exterior of

20  Defendant's Subject Property which encroached upon the Association's common area and

21  destroying the Association's landscaping;

22     4.     As the Second Cause of Action for Nuisance, the Court finds that Defendant

23  created conditions on the Subject Property that are an annoyance and nuisance to the Association

24  and its residents, and as a result, the Association has incurred attorneys' fees and costs in

25  connection with abating the nuisance;

26     5.     Plaintiff is entitled to recover its reasonable attorneys' fees and costs from

27  Defendant pursuant to Civil Code section 5975(c) and Article XIV, Section 14. 7 of the

28  Association's CC&Rs;

2

JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT JAMIE L. GALLIAN

000782                    EXHIBIT 1, PAGE 2

1    6.    Plaintiff is further entitled to recover its costs to repair damage to the Common

2  Area caused by unauthorized installation of the concrete pad and air conditioning unit, causing

3  extensive damage to the landscaping pursuant to the CC&Rs, Article XIV, Section 14.8 as well

4  as costs for removal of the concrete pad and landscaping repairs;

5    7.    Association as Plaintiff, as the prevailing party in the action and pursuant to Civil

6  Code section 5975(c) and Article XIV, Section 14.7 of the Association's CC&Rs, shall recover

7  from Defendant its legal costs in the amount of $ *10,693.12* and attorneys' fees in the amount of

8  $ *178,362*. Plaintiff shall also recover concrete removal and landscaping repair costs in the

9  amount of $1,295.00;

10    8.    Association as Cross-Defendant, as the prevailing party in the action and

11  pursuant to Civil Code section 5975(c) and Article XIV, Section 14.7 of the Association's

12  CC&Rs, shall recover from Cross-Complainant its legal costs in the amount of $ *6,050.47*

13  and attorneys' fees in the amount of $ *120,183*

14    9.    Judgment is hereby entered in favor of Plaintiff The Huntington Beach Gables

15  Homeowners Association for recovery of its attorney's fees and costs, and costs for concrete

16  removal and landscaping repair costs, against Defendant Jamie L. Gallian, and Defendant is

17  ordered to pay said sums to Plaintiff;

18    10.    Plaintiff The Huntington Beach Gables Homeowners Association is awarded

19  judgment in the **total amount of $** ~~375,598.59~~ *$316,583.59*, which will accrue interest at the rate of

20  ten (10%) per annum from the date judgment is entered herein, until paid in full; and

21    11.    Pursuant to Code of Civil Procedure §§ 685.040, 685.080, Defendant Jamie L.

22  Gallian shall pay to Plaintiff any and all sums reasonably incurred by Plaintiff in enforcing the

23  Judgment.

24    **IT IS SO ORDERED.**

25

26  Dated: *5 - 6 -*          , 2019

27                                    The Honorable James L. Crandall
                                      Judge of the Superior Court

28

3808992v1

EXHIBIT  2

1  ELAINE B. ALSTON, Bar No. 134139,
   VIVIENNE J. ALSTON, Bar No. 170746
2  *Members of*
   **ALSTON, ALSTON & DIEBOLD**
3      Attorneys at Law
   27201 Puerta Real, Ste. 300
4  Mission Viejo, California 92691
   (714) 556-9400 – FAX (714) 556-9500
5

6  Attorney for Plaintiff

7

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**08/21/2018** at 12:12:11 PM
Clerk of the Superior Court
By Diana Cuevas, Deputy Clerk

8              SUPERIOR COURT, STATE OF CALIFORNIA

9           COUNTY OF ORANGE- CENTRAL JUSTICE CENTER

10

11  HOUSER BROS. CO., a California general
    partnership dba RANCHO DEL REY MOBILE
12  HOME ESTATES,

13              Plaintiff,

14      vs.

15  LISA RYAN and DOES 1 to 10, inclusive,

16

17              Defendants.

Case No.: 30-2018-01013582-CL-UD-CJC

COMPLAINT FOR UNLAWFUL
DETAINER (NON-PAYMENT OF RENT IN
A MOBILEHOME PARK)

**DOES NOT EXCEED $10,000.00**

**LIMITED CIVIL CASE PURSUANT TO
CCP 422.30(b)**

18  COMES NOW, the Plaintiff herein, and alleges as follows:

19      1.      Plaintiff, HOUSER BROS. CO., a California general partnership doing business in the

20  County of Orange, State of California, under the name of RANCHO DEL REY MOBILE HOME

21  ESTATES (the "Park").   Plaintiff has filed statements and published the notices required by

22  §§17900, *et seq.*, of the *Business and Professions Code*.

23      2.      Defendants, LISA RYAN, is an individual residing in the City of Huntington Beach,

24  County of Orange, State of California.

25      3.      The true names and capacities of Defendants sued herein as DOES 1 through 10,

26  inclusive, whether individual, corporate, associate or otherwise, are unknown to Plaintiff, who therefore

27

28

---

**COMPLAINT FOR UNLAWFUL DETAINER**

000785                          EXHIBIT 2, PAGE 4

1    sues said Defendants by said fictitious names and Plaintiff will amend this Complaint to insert said

2    Defendants' true names and capacities when the same have been ascertained.

3         4.    The premises which are the subject of this action are located in the judicial district in

4    which this action is brought.    Said premises are situated at 16222 Monterey Lane, Space 376,

5    Huntington Beach, California 92649  (the "Premises").  Plaintiff is the owner of said Premises.

6         5.    Plaintiff is entitled to possession of said Premises.

7         6.    On or about January 2006, Plaintiff and Defendants made and entered into written rental

8    agreement sued upon herein.    Defendants, LISA RYAN and Does 1-10, took possession of the

9    Premises subsequently to entering into the rental agreement and are residing on the Premises under the

10    terms of rental agreement.

11        7.    Pursuant to the terms of rental agreement, Defendants covenanted and agreed to abide

12    by and conform with its provisions.

13        8.    By the terms of the rental agreement Defendants are required to pay Plaintiff as rent

14    for said Premises the sum of One Thousand and Eighty-Six Dollars ($1,086.00) payable in advance

15    on the first (1st) day of each month; said rental amount having been modified by Plaintiff according

16    to Rental Agreement or Exhibit "1."

17        9.    Pursuant to the rental agreement, Defendant, LISA RYAN, are also required to pay

18    Plaintiff a sum for natural gas and electricity actually consumed. These sums for utilities consumed are

19    determined each month based on readings of the meters which are installed on said Premises.

20        10.    Pursuant to the rental agreement, Defendant, LISA RYAN, is further required to pay

21    Plaintiff a monthly fee for sewer, trash removal services, and water.  These sums are determined each

22    month based on fees charged by the providers of these services.

23        11.    The rental agreement also requires Defendant to pay Twenty Dollars ($20.00) in the

24    event a check provided to the Plaintiff is dishonored by the bank.  On June 12, 2018, Plaintiff was

25    informed by that a check from Defendant was being dishonored due to insufficient funds.

26        12.    Defendant has not paid the rent, utility and other charges as required by the terms of

27    Exhibit "1," and said rent, utility and other charges are now due and unpaid.  Specifically, Defendants

28    have failed and refused to pay the following sums for the periods noted:

---

**COMPLAINT FOR UNLAWFUL DETAINER**

EXHIBIT 2, PAGE 5

A.   RENT FOR THE BILLING PERIOD OF:

    June 1, 2018  through  June 30, 2018         $1,086.00

B.   UTILITIES FOR THE BILLING PERIOD OF:

Gas:
April 18 , 2018 through May 17, 2018         $24.06

Electricity:
April 18 , 2018 through May 17, 2018         $120.07

Water:
April 18 , 2018 through May 17, 2018         $24.96

C.   OTHER CHARGES FOR THE BILLING PERIOD OF:

Sewer:
June 1, 2018  through  June 30, 2018         $22.46

Trash:
June 1, 2018  through  June 30, 2018         $17.36

NSF:
June 1, 2018         $20.00.

**TOTAL OF ALL CHARGES:**     **$1,2969.10**

13.    The reasonable rental value of the Premises is at least Thirty-Six Dollars and Twenty Cents ($36.20) per day, and damages caused by Defendants' unlawful detention have accrued and will accrue at said rate so long as Defendants, or any of them, remain in possession of said Premises.

14.    The reasonable value of utilities consumed is the amount based on readings of the natural gas and electric meters installed on the Premises, and damages caused by Defendants' unlawful detention will accrue at said rates so long as Defendants, or any of them, remain in possession of said Premises.

15.    The reasonable value for trash removal, and sewer charges are the amounts charged by the providers of these services, and damages caused by Defendants' unlawful detention will accrue at said rate so long as Defendants, or any of them, remain in possession of said Premises.

16.    Plaintiff has given written Notice to Defendants of Defendants' aforesaid failure and refusal to abide by and conform with the provisions of rental agreement. Said written Notices describe

**COMPLAINT FOR UNLAWFUL DETAINER**

1   the nature of the Defendants' acts and omissions, and declare Plaintiff's intent to seek forfeiture of the

2   rental agreement for Defendants' failure to abide by and conform to the terms and conditions thereof.

3   True copies of said Notices are attached to this Complaint as Exhibit "2", and "Exhibit "3".   These

4   Notices are incorporated by this reference as though fully set forth herein.

5          17.     On or about June 19, 2018,  Exhibit "2", and "Exhibit "3" were served on Defendants.

6   More than sixty (60) days have elapsed since Exhibit "2", and "Exhibit "3" were served on Defendants.

7   Defendants have not, however, paid the above sums, nor have Defendants quit the Premises and

8   delivered up possession of same to Plaintiff, who is now entitled to immediate possession thereof.

9          18.     Plaintiff is informed and thereon believes that there is no legal or registered owner of

10  Defendants' mobilehome other than Defendant.

11         19.     California Civil Code §798.85 states as follows:

12                 "In any action arising out of the provisions of this chapter the prevailing
                   party shall be entitled to reasonable attorney's fees and costs."

13

14         20.     Plaintiff has been compelled to commence this action for recovery of possession of said

15  Premises and for default in payment of rent, utilities and other charges, and to otherwise enforce

16  Plaintiff's rights under Exhibit "1," and Plaintiff has thereby incurred and been required to expend

17  money for attorneys' fees.

18

19         WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:

20         (1)     For restitution of said Premises;

21         (2)     For a judicial declaration of the termination and forfeiture of the Rental

22                 Agreement;

23         (3)     For rent due and owing in the sum of One Thousand and Six Dollars

24                 ($1,086.00);

25         (4)     For natural Gas consumed in the sum of Twenty-Four Dollars and Six Cents

26                 ($24.06);

27         (5)     For Electricity consumed in the sum of One Hundred and Twenty Dollars and

28                 Seven Cents ($120.07);

---

**COMPLAINT FOR UNLAWFUL DETAINER**

(6)   For water consumed in the sum of Twenty-Four Dollars and Ninety-Six Cents ($24.96);

(7)   For sewer charges in the sum of Twenty-Two Dollars and Forty-Six Cents ($22.46);

(8)   For trash removal charges in the sum of Seventeen Dollars and Thirty-Six Cents ($17.36);

(9)   For damages at the rate of Thirty-Six Dollars and Twenty Cents ($36.20) per day from and after July 1, 2018, as the reasonable rental value of the Premises through entry of judgment;

(10)  For damages for actual consumption of utilities (including gas, water and electricity) commencing May 18, 2018, and from and after said date through entry of judgment;

(11)  For damages for actual sewer charges commencing July 1, 2018, and from and after said date through entry of judgment;

(12)  For damages for actual trash removal charges commencing July 1, 2018, and from and after said date through entry of judgment;

(13)  For the Twenty Dollars fee relating to Defendant's dishonored check;

(14)  For statutory damages;

(15)  For costs of suit incurred herein; and

(16)  For such other and further relief as the Court may deem just and proper, except that Plaintiff remits all damages in excess of the jurisdiction of this Court.

Dated: August 2D, 2018

ALSTON, ALSTON & DIEBOLD

By: _____
VIVIENNE J. ALSTON
Attorneys for Plaintiff

**COMPLAINT FOR UNLAWFUL DETAINER**

000789      EXHIBIT 2, PAGE 8

**EXHIBIT 1**

1/1/2006

# RANCHO DEL REY MOBILE HOME ESTATES
# 16222 MONTEREY LANE
# HUNTINGTON BEACH, CALIFORNIA

## MOBILEHOME RENTAL AGREEMENT

## EQUAL HOUSING OPPORTUNITY

## WE DO BUSINESS IN ACCORDANCE WITH
## THE FEDERAL FAIR HOUSING LAW

## IT IS ILLEGAL TO DISCRIMINATE AGAINST ANY PERSON BECAUSE OF RACE, COLOR, RELIGION, SEX, HANDICAP, FAMILIAL STATUS, OR NATIONAL ORIGIN

EXHIBIT 2, PAGE 10

**RANCHO DEL REY MOBILE HOME ESTATES**
**16222 MONTEREY LANE**
**HUNTINGTON BEACH, CALIFORNIA**

**MOBILEHOME RENTAL AGREEMENT**

**TABLE OF CONTENTS**

Page

INFORMATION SUMMARY .................................................................................. -1-

DISCLOSURES AND IMPORTANT ACKNOWLEDGMENTS ........................... -2-

1.  TERM ....................................................................................................... -3-

2.  RENT ....................................................................................................... -3-

3.  UTILITIES .............................................................................................. -3-

4.  RENT AND OTHER CHARGES ........................................................... -3-

5.  SECURITY DEPOSIT ............................................................................ -5-

6.  RESOLUTION OF DISPUTES .............................................................. -4-

7.  SALE OF MOBILEHOME ..................................................................... -7-

8.  REMOVAL OF MOBILEHOME UPON SALE TO THIRD PARTY ........ -7-

9.  APPROVAL OF PURCHASER AND SUBSEQUENT RESIDENTS ......... -7-

10. ASSIGNMENT AND SUBLEASING .................................................... -8-

11. CONFLICTS ............................................................................................ -8-

12. SERVICES AND IMPROVEMENTS ..................................................... -9-
    12.1  SERVICES AND IMPROVEMENTS PROVIDED ........................ -9-
    12.2  CHANGES IN RULES AND REGULATIONS, STANDARDS OF
          MAINTENANCE, SERVICES, EQUIPMENT, OR PHYSICAL
          IMPROVEMENTS ......................................................................... -10-

13. TERMINATION OF THIS AGREEMENT BY YOU ............................. -10-

14. TERMINATION OF THIS AGREEMENT BY THE PARK .................... -10-

Document10 Rancho Del Rey

i

© 2006 Alston   All rights reserved.  Reproduction is illegal.  (May be reproduced by Park named above.)

EXHIBIT 2, PAGE 11

15.    INDEMNIFICATION....................................................................................-11-

16.    INCORPORATED DOCUMENTS ...............................................................-11-

17.    COMPLIANCE WITH LAW AND RULES AND REGULATIONS......................-11-

18.    ZONING, USE PERMIT AND OWNER INFORMATION ......................................-11-

19.    TRANSFER OF PARK'S INTEREST ...........................................................-11-

20.    NOTICES ...........................................................................................-11-

21.    WAIVER.............................................................................................-11-

22.    ENTIRE AGREEMENT ..........................................................................-12-

23.    ATTORNEY'S FEES ............................................................................-12-

24.    HEADINGS AND FORMATTING .............................................................-12-

25.    PARTIAL INVALIDITY ........................................................................-12-

26.    ALTERATION OF THIS AGREEMENT .....................................................-12-

27.    DEFINITIONS OF OWNER OF THE PARK, HOMEOWNERS,
       RESIDENTS, SALE OF MOBILEHOME AND BUYER....................................-12-

28.    HOLDOVER TENANCY ........................................................................-12-

29.    COUNTERPARTS ................................................................................-12-

30.    EXHIBITS ..........................................................................................-13-

31.    OWNER'S APPROVAL AND OPTIONS .....................................................-13-

32.    STATUTE OF LIMITATION ...................................................................-13-

33.    USE AND OCCUPANCY ........................................................................-13-

34.    INSPECTION ......................................................................................-13-

35.    ENFORCEMENT OF CONDITIONS OF TENANCY .....................................-13-

36.    MAINTENANCE OF IMPROVEMENTS .....................................................-13-

Document10 Rancho Del Rey

ii

© 2006 Alston  All rights reserved.  Reproduction is illegal. (May be reproduced by Park named above.)

EXHIBIT 2, PAGE 12

37. CONDEMNATION .................................................................................................... -14-

38. TIME OF ESSENCE ................................................................................................... -14-

39. MODIFICATION FOR LENDER .............................................................................. -14-

40. ESTOPPEL CERTIFICATE ....................................................................................... -14-

41. LIMITATION OF OUR LIABILITY ......................................................................... -14-

42. MEGAN'S LAW .......................................................................................................... -14-

43. EXECUTION ................................................................................................................ -15-

© 2006 Alston   All rights reserved.   Reproduction is illegal. (May be reproduced by Park named above.)

000794   EXHIBIT 2, PAGE 13

**RANCHO DEL REY MOBILE HOME ESTATES**
16222 MONTEREY LANE
HUNTINGTON BEACH, CALIFORNIA

MOBILEHOME RENTAL AGREEMENT

INFORMATION SUMMARY

The following information from the Agreement is summarized for the convenience of both of us.  Please see the applicable paragraphs in this Agreement for the complete information which controls if there is a difference between it and the following:

A.    Space Number: *376*

B.    Resident(s): *Laura Ryan, Lisa T. Ryan, Patricia C. Ryan*

C.    Date this Agreement Begins and Length/Term of this Agreement:

    (1)    On a month-to-month basis beginning _____, 20___.

                                                          (Resident's Initials)

    (2)    For a period of *12* months beginning ____*1-1-*____, 20*06*    *LIR*
               (not to exceed 12 months).    (Resident's Initials)

D.    Monthly Rent:  Your beginning monthly rent will be $ *696.00* .  The amount of your rent may be increased at any time on ninety (90) days' notice.  The increase in rent may be made because of such things as new or increased operating expenses we may incur, increases in what we believe to be a fair market rent for your mobilehome space or any other reason we believe, in our sole discretion, to be appropriate so long as the rent increase is not otherwise specifically prohibited by law.    *LIR*
                                                                   (Resident's Initials)

E.    Utilities:

    (1)    Utilities You Pay to Park:

                 Electricity, Water and Natural Gas on submetered basis.

                 Sewer and Trash at an initial charge of $ *10.27* /month for Sewer and $ *12.33* /month for Trash.

    (2)    Utilities Included in Your Rent:  None.

    (3)    Utilities you purchase from Others:  Telephone and cable TV.

    Utilities may be increased or changed as allowed by this Agreement.

F.     Other Charges:

    (1)     Late Payment:          $20.00

    (2)     Returned Checks: $20.00

    (3)     Security Deposit: $ _0_____

    (4)     RV/Extra Vehicles:     $ 60 00 _____ per month per vehicle

    (5)     Government Fees:       As charged to Park

    (6)     Extra Persons Charge:  $ _0_____ per day per person

    (7)     Guest Cottage Charge:  $ 50 00 _____ per day.

    (8)     Other: _____
               _____.

These above charges may be increased or changed as allowed by this Agreement.

G.     Facilities to be provided by the Park for Residents during the term of this Agreement, unless changed: The streets, R.V. storage area (subject to separate agreement and charge), 2 clubhouses, 2 swimming pools and spas, 4 saunas, 3 laundry rooms and 2 guest cottages which are available for residents to rent to house their short-term guests.

H.     Services to be provided by the Park for Residents during the term of this Agreement, unless changed: Park Manager, electricity, natural gas, water, sewer, and trash.

Facilities and services may be decreased or changed as allowed by this Agreement.  The cost of providing and maintaining facilities and services may increase your rent per the provisions of this Agreement.


### DISCLOSURES AND IMPORTANT ACKNOWLEDGMENTS

**OUR MOBILEHOME PARK IS AN OLDER PARK; THEREFORE, THE UTILITY SYSTEMS (ELECTRIC, NATURAL GAS, SEWER AND WATER) DO NOT WORK AS WELL AS NEWER SYSTEMS AND DO PERIODICALLY BREAK DOWN OR PROVIDE LESS-THAN-ADEQUATE SERVICE.**

**YOU ACKNOWLEDGE THAT WE HAVE OFFERED YOU THE OPTION OF HAVING THIS AGREEMENT HAVE A TERM OF 12 MONTHS OR LESS, INCLUDING A MONTH-TO-MONTH TENANCY.  YOU ALSO ACKNOWLEDGE THAT YOU HAVE VOLUNTARILY SELECTED THE TERM LISTED AT PARAGRAPH C ON PAGE 1 OF THIS AGREEMENT.**

**RESOLUTION OF DISPUTES:  YOU AGREE THAT THOSE DISPUTES WHICH ARE SPECIFIED IN PARAGRAPH 6 OF THIS AGREEMENT, WHICH IS ENTITLED "RESOLUTION OF DISPUTES," WILL BE DETERMINED BY SUBMISSION TO WHAT IS KNOWN AS A REFERENCE AND NOT BY WHAT MOST PEOPLE CONSIDER THE NORMAL LAWSUIT OR BY RESORTING TO NORMAL COURT PROCESSES.  BY SIGNING THIS AGREEMENT, BOTH YOU AND WE ARE GIVING UP OUR CONSTITUTIONAL RIGHT TO HAVE THOSE DISPUTES DECIDED IN A COURT OF LAW BEFORE A JURY AND, INSTEAD, ARE ACCEPTING THE USE OF THE REFERENCE PROCEDURES.**

000796                    EXHIBIT 2, PAGE 15

I AGREE I HAVE READ AND UNDERSTOOD THE ABOVE DISCLOSURES AND ACKNOWL-EDGMENTS.

SIGNATURE: _____   DATE: 1/10/2006

SIGNATURE: _____   DATE: 1/20/2006

SIGNATURE: _____   DATE: _____

1.     **TERM:**  You are renting the Space listed at paragraph A on page 1 of this Agreement in Rancho Del Rey Mobile Home Estates located in Huntington Beach, California (the Park).  This Agreement is for the term and begins on the date listed at paragraph C on page 1 of this Agreement unless it terminates earlier per the termination paragraphs of this Agreement.

2.     **RENT:**  Your rent will be the amount listed at paragraph D on page 1 of this Agreement and it may be increased as permitted by that paragraph.

3.     **UTILITIES:**

    3.1     You are responsible for making sure that your mobilehome and all appliances and equipment in your mobilehome are compatible with the electric service and capacity now available, and we shall have no liability or responsibility to you if the available electrical supply is incompatible.  You agree not to install electrical appliances which will use energy in excess of the electrical service and capacity available to your Space.  You also agree that you will not attempt to increase the electrical service and capacity of your Space by installing any device or doing anything else unless you have received our prior written permission.  If your electrical demands exceed the capability of the Park, or are otherwise inconsistent with the capabilities of the Park, you will be deemed to be in default under your rental or lease agreement and you will, in addition to all of the remedies available to us, reimburse us within ten (10) working days for any costs and expense we incur in remedying the situation created by your use of excessive or inconsistent electrical demands.  You also agree to indemnify and hold us harmless against any loss, cost, damage, expense (including attorneys' fees and costs) or other liability incurred or imposed by reason of any injury to persons or property which occurs as a result of your electrical demands.  As the amount of such electrical service and capacity will affect your ability to have electrical appliances, you must determine in advance from us in writing the amount of electrical service and capacity available to your Space and insure that your mobilehome and all appliances and equipment in it are compatible with that service and capacity.

    3.2     We will provide, submeter and separately charge you monthly for gas, water, and electricity.  Any increases in the cost of utilities submetered will be immediately passed-through and paid by you.  We will initially charge you monthly the amount indicated in paragraph E(1) on page 1 of this Agreement for trash and sewer.  Any increase in the cost of utilities separately charged will be immediately passed-through and paid by you, at such prevailing rates regulated and authorized by the utility companies.  You will contract with and pay directly for all other utilities you require.

4.     **RENT AND OTHER CHARGES:**

    4.1     If you do not maintain your mobilehome or Space as required by this Agreement and the Rules and Regulations, we may give you a notice requiring you to comply in fourteen (14) days.  If you do not, we may charge you a reasonable fee for having this work done.  In accordance with Civil Code §798.36 Management may after providing you with 14 days notice charge you with the reasonable costs for removal personal property and storage thereof for a period of sixty-day period prior to the ultimate disposal of unclaimed property.

    4.2     If you store or park a vehicle, trailer or something else in the recreational vehicle storage lot or other extra vehicle parking area, you will be charged the amount indicated in paragraph F(4) on page 2 of this Agreement.  This charge may be increased at any time on sixty (60) days' written notice.  This storage or parking will be per the terms

© 2006  Alston & Gieser, LLP   All rights reserved.  Reproduction is illegal.  (May be reproduced by Park named above.)

of a separate agreement which you will be required to sign, not by this Agreement. We are not obligated to provide parking for all vehicles, access to this area is on a first-come, first-served basis and it may be eliminated on ninety (90) days' written notice and the area used for another purpose.

4.3     Rent and all other charges except utilities are due in advance on the first day of each month. Utility charges are also due by the first day of each month. Also please refer to our Rules and Regulations for additional requirements regarding your payment of taxes, assessments, license fees, and other charges that are applicable to your personal property and improvements. Rent and all other charges must be paid without any deduction or offset whatsoever and will be late if not paid in full by 5:00 p.m. on the 6th day of each month. You must pay a late charge whenever rent or other charges are paid more than six (6) days after they are due and a handling charge whenever a check is returned for any reason in the amounts indicated in paragraphs F(1) and (2) on page 2 of this Agreement. Outstanding balances over thirty (30) days are subject to compound interest at the rate of 1% per month. Total interest in any calendar year shall not exceed the maximum interest allowed by law. Payment will be made at the Park Office or at such other location we designate. All rents and other charges shall be paid by check or money order. We may, upon ten (10) days' notice, require payment in cash, or its equivalent. All of the charges and other amounts noted in this Agreement may be increased at any time on sixty (60) days' notice without reducing the rent or changing any other term or provision of this Agreement.

4.4     Unless otherwise prohibited by law, all government charges and fees charged the Park may be billed by us to you.

5.     SECURITY DEPOSIT: When you sign this Agreement, you will give us the amount indicated as paragraph F(3) on page 2 of this Agreement as a security deposit for your performance of this Agreement. (If you are already a resident, the amount of any security deposit you previously gave us will be this deposit.) If you default, we can use the security deposit to cure the default or compensate us for any damage because of your default. You will immediately pay us a sum equal to the portion of the security deposit we use to maintain it the sum initially deposited. We can commingle the deposit with our other funds and are not required to pay you interest on it.

6.     RESOLUTION OF DISPUTES:

**6.1     EXCEPT AS NOTED IN PARAGRAPH 6.5, YOU AGREE THAT ANY AND ALL DISPUTES YOU HAVE WITH US WILL BE SUBMITTED FIRST TO NON-BINDING MEDIATION AND, IF THE DISPUTE CANNOT BE RESOLVED BY THAT METHOD, SUBMITTED TO WHAT IS CALLED A "GENERAL REFERENCE" WHICH WILL BE CONDUCTED PER THE PROVISIONS OF CODE OF CIVIL PROCEDURE SECTION 638. ALL ISSUES RELATING TO THE DISPUTE WILL BE SUBJECT TO THE REFERENCE AND THE REFEREE WHO IS APPOINTED SHALL HAVE ALL THE NECESSARY POWERS TO DECIDE ALL QUESTIONS OF LAW AND FACT RELATING TO THE DISPUTE.**

**6.2     THE REFERENCE SHALL BE CONDUCTED AND DECIDED BY A RETIRED JUDGE AND NO JURY WILL BE USED.**

**6.3     YOU ALSO AGREE THAT, AS IS TRUE OF THE OTHER PROVISIONS OF THIS AGREEMENT, THAT THIS PARAGRAPH 6 IS APPLICABLE TO ALL MEM-BERS OF YOUR HOUSEHOLD, INCLUDING ANY PERSON(S) WHO HAS NOT SIGNED THIS AGREEMENT OR WHO MAY BECOME A MEMBER OF YOUR HOUSEHOLD AFTER THE DATE YOU SIGNED THIS AGREEMENT.**

**6.4     ALTHOUGH THE WORD "MEDIATION" IS OFTEN NOT USED BE-LOW, UNLESS UNREASONABLE TO DO SO, EVERYTHING IN PARAGRAPH 6**

© 2006 Alston & Gieser, LLP   All rights reserved. Reproduction is illegal. (May be reproduced by Park named above.)

REGARDING A REFERENCE ALSO APPLIES TO MEDIATION.

6.5    WE MAY, AT OUR OPTION, ELECT TO HAVE ANY OF THE FOLLOWING DISPUTES SUBMITTED TO A REFERENCE OR TO BE TRIED IN THE COURTS UNDER NORMAL PROCEDURES TO A JUDGE SITTING ALONE WITHOUT A JURY: (a) TERMINATION OF TENANCY DUE TO A FAILURE TO PAY RENT OR OTHER CHARGES OR FOR ANY OF THE OTHER REASONS TENANCY MAY BE TERMINATED PER CIVIL CODE §798.56(a) THROUGH (e), INCLUSIVE; (b) FORCIBLE DETAINER; (c) INJUNCTIVE RELIEF PER [i] CODE OF CIVIL PROCEDURE §527.6, [ii] CIVIL CODE §798.87(b), OR [iii] CIVIL CODE §798.88; (d) PAYMENT OF THE MAINTENANCE FEE PROVIDED FOR IN CIVIL CODE §798.36; (e) CONDEMNATION OR A CHANGE OF THE USE OF THE PARK AS PROVIDED IN CIVIL CODE §798.56(f) AND (g); AND (f) TO PRESERVE ANY EQUITABLE RIGHTS RELATING TO ANY DISPUTE.    MEDIATION WILL NOT OCCUR FOR THE DISPUTES IN THIS PARAGRAPH 6.5.

6.6    "DISPUTE" INCLUDES NOT ONLY DISPUTES YOU MAY HAVE WITH US BUT ALSO DISPUTES AGAINST ANY OF OUR EMPLOYEES, CONTRACTORS, AGENTS OR ANY OTHER PERSON WHO YOU CONTEND HAS INJURED YOU WHEN YOU ALSO CONTEND THAT WE ARE RESPONSIBLE FOR THAT OTHER PERSON'S ACTS OR FAILURE TO ACT.

6.7    BEFORE THE LAWSUIT REQUIRED TO BEGIN A REFERENCE MAY BE FILED, MEDIATION MUST BE ATTEMPTED.    THIS IS DONE BY YOU SERVING US AND THE JUDICIAL ARBITRATION AND MEDIATION SERVICE, INC. ("JAMS") WITH A WRITTEN DEMAND OR NOTICE OF INTENTION TO REQUIRE A REFERENCE.

6.8    YOU MUST GIVE US THIS NOTICE NOT LATER THAN ONE (1) YEAR FROM THE DATE YOU OR ANY MEMBER OF YOUR HOUSEHOLD FIRST BECAME AWARE OF (OR REASONABLY SHOULD HAVE BEEN AWARE OF) THE DISPUTE. IF YOU DO NOT GIVE US NOTICE WITHIN THE ONE (1) YEAR TIME PERIOD, YOU AGREE WE WILL NOT BE LIABLE TO YOU FOR ANY INJURY OR DAMAGE YOU OR OTHERS IN YOUR HOUSEHOLD MAY EXPERIENCE AND, THEREFORE, THAT DISPUTE WILL NOT BE SUBJECT TO A REFERENCE OR ANY PROCEEDING IN THE COURTS.    THIS ONE (1) YEAR TIME LIMITATION APPLIES TO BEING ENTITLED TO BOTH MEDIATION AND A REFERENCE.    FOR EXAMPLE, IF THE DATE WHEN YOU FIRST BECAME AWARE OF THE DISPUTE WAS JANUARY 1, 1995, NOTICE OF THE DISPUTE MUST BE GIVEN BY YOU TO US BY DECEMBER 31, 1995 IN ORDER TO HAVE THE DISPUTE MEDIATED AND HAVE A REFERENCE, AND IF NOTICE WAS GIVEN AFTER DECEMBER 31, 1995, NEITHER MEDIATION OR A REFERENCE WOULD OCCUR.

6.9    THE NOTICE REFERRED TO IN PARAGRAPH 6.8 MUST PROVIDE: (i) A DESCRIPTION OF THE DISPUTE, AND (ii) FACTS FROM WHICH THE DISPUTE ARISES INCLUDING WITNESSES, DATES, TIMES AND CIRCUMSTANCES.    IF THE DISPUTE IS NOT RESOLVED IN NINETY (90) DAYS BY MEDIATION, THE DISPUTE

000799                    EXHIBIT 2, PAGE 18

MUST EITHER BE ABANDONED OR RESOLVED BY A REFERENCE.

6.10 EVEN THOUGH YOU MAY HAVE A REASONABLE CLAIM, THE REFEREE SHALL REFUSE TO GRANT ANY RELIEF TO YOU IF YOU DO NOT COMPLY WITH THE ABOVE ONE (1) YEAR TIME PERIOD. IF MEDIATION FAILS AND YOU CHOOSE TO FILE THE LAWSUIT REQUIRED TO START A REFERENCE, THE LAWSUIT MUST BE FILED BY YOU WITHIN TEN (10) DAYS OF THE DATE THE MEDIATOR DECLARES AN IMPASSE OR THE MEDIATOR ISSUES HIS OR HER RECOMMENDATIONS OR DECISION.

6.11 IF MEDIATION FAILS AND YOU AND WE CANNOT AGREE IN TEN (10) DAYS FROM THE DATE THE LAWSUIT IS FILED WHO THE REFEREE WILL BE, A COURT OF COMPETENT JURISDICTION WILL PROVIDE BOTH OF US WITH A LIST OF AT LEAST FIVE (5) NEUTRAL REFEREES, FROM WHICH YOU AND WE WILL ATTEMPT TO SELECT A REFEREE FROM. IF WE CANNOT AGREE, THE COURT WILL MAKE THE SELECTION FROM THAT LIST FOR US. BOTH YOU AND WE WILL BE GIVEN THE RIGHT OF ONE PEREMPTORY CHALLENGE TO DISQUALIFY A PERSON FROM BEING THE REFEREE. THE REFERENCE SHALL COMMENCE WITHIN ONE HUNDRED TWENTY (120) DAYS FROM THE DATE THE REFEREE IS APPOINTED, UNLESS CONTINUED ON REQUEST TO THE REFEREE, OR BOTH OF US AGREE. THE REFEREE WILL BE A DIFFERENT PERSON THAN THE MEDIATOR.

6.12 UNLESS BOTH OF US AGREE, NO DISPUTE WILL BE CONSOLIDATED OR JOINED TOGETHER WITH A DISPUTE OF ANY OTHER PERSON.

6.13 UNLESS OTHERWISE DETERMINED BY THE MEDIATOR OR REFEREE THE FEES AND COSTS FOR THE MEDIATION AND REFERENCE SHALL BE PAID IN ADVANCED AND DIVIDED EQUALLY BETWEEN YOU AND US. THE FEES ARE DUE AND PAYABLE ON REQUEST OF THE MEDIATOR OR REFEREE. IT IS EXPECTED THAT THE MEDIATOR OR REFEREE WILL MAKE A REASONABLE ESTIMATE OF ANTICIPATED FEES AND COSTS OF THE MEDIATION OR REFERENCE AND SEND A STATEMENT TO EACH OF US, AND EACH OF US WILL DEPOSIT OUR ONE-HALF SHARE WITH THE MEDIATOR OR REFEREE WITHIN TEN (10) DAYS. IF PAYMENT IS NOT MADE AS REQUIRED THE MEDIATOR OR REFEREE SHALL HAVE THE AUTHORITY TO: (1) DETERMINE THAT THE PERSON WHO FAILED TO PAY HAS FORFEIT AND GIVEN UP ALL RIGHTS TO PROSECUTE OR DEFEND THE CLAIM; (2) PROCEED WITHOUT PAYMENT AND SHALL INCLUDE IN THE AWARD AS TO WHICH PARTY MUST PAY THE OUTSTANDING AMOUNTS; (3) REQUIRE THAT A PARTY THAT HAS PAID HIS/HER SHARE PAY ADDITIONAL AMOUNTS. HOWEVER, UNLESS THE MEDIATOR OR REFEREE MAKES A DETERMINATION TO THE CONTRARY THE PARTY WHO PAID ADDITIONAL SUMS IS ENTITLED TO REIMBURSEMNT OF THOSE SUMS AND MAY SUBTRACT SUCH PAYMENTS FROM AN AWARD AGAINST SUCH PARTY OR MAY HAVE SUCH SUMS INCLUDED IN A JUDGMENT ENTERED AS A RESULT OF AN AWARD IN HIS/HER FAVOR. IF EITHER OF US FAILS TO MAKE A DEPOSIT, INCLUDING ANY ADDITIONAL DEPOSIT LATER

© 2006 Alston & Gieter, LLP   All rights reserved. Reproduction is illegal. (May be reproduced by Park named above.)

DETERMINED TO BE NECESSARY BY THE MEDIATOR OR REFEREE, THE FAILURE OF ONE OF US TO PAY WILL NOT, HOWEVER, ABATE, STAY, OR SUSPEND THE MEDIATION OR REFERENCE AND THE MEDIATOR OR REFERENCE.

6.14   YOU ACKNOWLEDGE HAVING READ THIS PARAGRAPH 6.   YOU ALSO AGREE THAT THESE PROVISIONS WILL APPLY TO YOU AT ALL TIMES IN THE FUTURE (EVEN THOUGH THAT MAY BE BEYOND THE TERM OF THIS AGREEMENT OR AFTER YOUR TENANCY OR THIS AGREEMENT HAS BEEN TERMINATED OR YOU MOVE FROM THE PARK) UNLESS THESE PROVISIONS ARE ELIMINATED AFTER THE TERM OF THIS AGREEMENT ENDS BY A WRITTEN 60-DAY NOTICE FROM US TO YOU.

6.15   NOTICE: BY INITIALING IN THE SPACE BELOW, YOU ARE AGREEING TO HAVE YOUR DISPUTES WITH US DECIDED BY A NEUTRAL REFEREE AS PROVIDED BY CALIFORNIA LAW, AND YOU ARE GIVING UP ALL RIGHTS YOU HAVE TO HAVE THE DISPUTES LITIGATED IN A COURT OR BY A JURY TRIAL. IF YOU REFUSE TO SUBMIT TO A REFERENCE AFTER AGREEING TO THESE PROVISIONS, YOU MAY BE COMPELLED TO A REFERENCE UNDER CALIFORNIA LAW. YOUR AGREEMENT TO THESE PROVISIONS IS VOLUNTARY. YOU HAVE READ AND UNDERSTAND THIS PARAGRAPH 6 AND AGREE TO SUBMIT YOUR DISPUTES TO A "REFERENCE" AS PROVIDED IN THIS PARAGRAPH 6.

BY INITIALING BELOW, YOU ACKNOWLEDGE THE PROVISIONS AND AGREEMENTS IN PARAGRAPH 6 ABOVE.

Initials of Homeowner(s): _____   _____   _____

7.   **SALE OF MOBILEHOME:** You may sell/transfer your mobilehome per your and our rights and obligations under this Agreement.  You must, however, give us sixty (60) days' written notice of your intent to sell/transfer your mobilehome.  You must also give us written notice at least ten (10) days prior to your execution of any escrow, sale, exchange, transfer or other agreement.  The requirements of this Agreement and this paragraph will apply even if you sell or transfer only a portion of your interest in your mobilehome.

8.   **REMOVAL OF MOBILEHOMES UPON SALE TO THIRD PARTIES:**

We may, in order to upgrade the quality of the Park, require the removal of mobilehomes from the Spaces upon their sale or transfer to a third party, in accordance with the provisions of the Mobilehome Residency Law and other applicable law.  Any such rights granted us due to amendments, deletions, or modifications of the Mobilehome Residency Law and other applicable law may be enforced by us at our option.

9.   **APPROVAL OF PURCHASER AND SUBSEQUENT RESIDENTS:**

9.1   If your prospective buyer/transferee intends for the mobilehome to remain in the Park, or the buyer/transferee intends to reside in the Park, the buyer/transferee must do the following before occupying the mobilehome or Space: complete an application for residency, sign the Park's current rental or lease agreement which may be different than this Agreement and be accepted by us.  The rent we are then charging may be increased to any amount we believe appropriate.  We may request a financial statement, credit report, references and other reasonable information we need from any prospective buyer/ transferee.  If the buyer/transferee is not approved by us or does not

© 2006  Alston & Gieser, LLP    All rights reserved.  Reproduction is illegal.  (May be reproduced by Park named above.)

sign the Park's current rental or lease agreement, they will have no rights of tenancy in the Park and they may not leave the mobilehome here or occupy the Space. In such event, you will remain fully responsible to us for the full performance of this Agreement. We may also, at our option, pursue such remedies as we may have against the buyer/ transferee/assignee alone, against both you and them or against you alone.

9.2     The requirements of this Agreement will apply before any person other than the ones listed on the signature page of this Agreement, will be permitted to become a resident of the Park. Unless otherwise prohibited by law all persons residing at your space must be approved for residency. If the person is not going to be a signatory to this lease no financial information will be required. Any person that we determine from prior tenancies will not abide by the rules and regulations will not be approved. A guest or other person who has not previously signed this Agreement who remains in the Park after his host has died, moved, or for any other reason does not physically reside in the Park on a regular basis, will be considered to be the equivalent of a buyer/transferee/assignee and will be subject to the requirements of this Agreement. This means that the guest or other person will have to apply for residency and if approved will be offered a rental agreement and that rental agreement may be higher that what you have been paying under this Agreement. This will be true regardless of whether the guest is listed as a "legal" or "registered" owner of the mobilehome. The requirements of this Agreement will also apply if you only sell/transfer a portion of your interest in your mobilehome or assign only a portion of your right to occupy your Space.

9.3     You agree to do such other things and to execute and deliver to us such additional documents as we may reasonably require to protect our interest in conjunction with the sale/ transfer/assignment of this Agreement.

## 10.   ASSIGNMENT AND SUBLEASING:

10.1     You may not assign this Agreement and any purported assignment will be void. You may not assign the right to occupy your mobilehome or Space and any such assignment will be void. (If the mobilehome is to be removed from the Space and not replaced with another mobilehome, we must also be given at least 60 days' advance written notice and the right to possession and control of the Space will, at our option, revert to us. The only exception is if you replace it with another mobilehome you personally occupy as your residence.) Unless required by law, including, as is presently the case, an ordinance of the City of Huntington Beach, subleasing is prohibited and any attempted subleasing will be void.

10.2.     Subletting, except as permitted under Civil Code Section 798.23.5 and/or The City of Huntington Beach Municipal Ordinance 3277 is prohibited, and all other subletting will be void. "Subletting" means any renting, regardless of the time period or how it is characterized, of the mobilehome or Space. If you have lived in the Park for one or more years, you may sublease your mobile home and space for no less than six months and no more than twelve (12) months pursuant to the provisions of Civil Code Section 798.23.5. You must provide the Park with written notice of your intent to sublease your mobile home along with proof of the medical emergency or treatment requiring your absence from your mobile home. Your prospective sublesee shall be required to complete a residency application and be approved for residency by the Park. The Park may at its sole option elect to charge your prospective sublesee for any appropriate credit screening and personal reference checks the Park elects to make. The Park shall require your prospective sublesee to sign the Rules and Regulations. You shall continue to remain responsible for all rent and other charges pursuant to your Rental Agreement. The Park may, at its sole election, require that you pay an additional security deposit of not more than two (2) month's rent which shall be refunded at the end of the subleasing period. You must keep on file with the Park the current address and telephone number at which you may be contacted during the subleasing period.

10.3     This Agreement may be terminated, at our option, if you assign or sublet in violation of this Agreement. The Park or anyone it designates may rent, lease or sublet any Space or any mobilehome.

10.4     If you sublet in accordance with 798.23.5 and our Rules and Regulations and you or the sublesee fail, in advance of the sublesee taking possession of the mobilehome or Space, to comply with our requirements, execute the documents, or obtain the Park's approval of the sublesee, the sublesee will have no right to live in the Park and may not reside on any basis in the mobilehome or at the Space. Subletting means any renting, regardless of the time period or how it is characterized, of the mobilehome or Space.

© 2006  Alston & Gieser, LLP   All rights reserved.  Reproduction is illegal.  (May be reproduced by Park named above.)

in effect after your breach and abandonment and recover rent as it becomes due, if you have the right to sublet or assign, subject only to reasonable limitations).

    **14.3**    You agree that the amount of our damages against you per the terms of this paragraph 13 may, at our sole option, be determined by paragraph 6 of this Agreement and that the mediation portions of such provisions shall not be applicable.

**15.**    **INDEMNIFICATION:**  To the fullest extent the law allows, we have no liability to you or anyone else for anything which is not caused by our active negligence or willful acts and you agree to completely release, discharge, indemnify, and hold us free and harmless from all claims for which we are not liable, including providing a defense and the payment of attorneys' fees and costs of an attorney we choose.  You agree to indemnify and hold us harmless from all claims, including providing a defense and the payment of attorneys' fees, and costs of an attorney we choose, which occur because of the negligent or willful conduct of you or others who you invite to be in the Park.  You also agree to indemnify and hold us harmless from all claims you may have of economic loss, diminution in market value, or depreciation of your mobilehome, and other improvements.

**16.**    **INCORPORATED DOCUMENTS:**  You agree you have received, read and understood a copy of:  This Agreement; the Mobilehome Residency Law which is effective as of January 1st of the year in which you signed this Agreement or signed a document accepting an assignment of this Agreement (which you agree was attached to this Agreement at the time you received it); the Rules and Regulations (including signs posted in the common areas) which you agree are effective immediately; R.V. Storage Agreement; and other: _____.
You understand that by signing this Agreement, you are bound by all of the terms and conditions of these documents and signs as they may be revised per this Agreement.

**17.**    **COMPLIANCE WITH LAW AND RULES AND REGULATIONS:**  You agree to comply with all applicable laws, ordinances, regulations and all terms of this Agreement, the Rules and Regulations, and all terms contained in any document referred to in this Agreement, as they may be changed.

**18.**    **ZONING, USE PERMIT AND OWNER INFORMATION:**  The zoning under which the Park operates is MHP - Mobilehome Park.  The permits under which the Park operates are not subject to expiration or renewal.  The Park is not located on land which we lease from someone else, but we do have the option to enter into such a lease at any time in the future.  If we exercise this option, we will notify you of the expiration date of the lease.

**19.**    **TRANSFER OF PARK'S INTEREST:**  If we sell or transfer our interest in the Park to anyone else, we will be automatically relieved of our obligations under this Agreement which occur after the date of the sale/transfer.

**20.**    **NOTICES:**  All notices required or allowed by this Agreement must be in writing.  Except for notices terminating your tenancy, the service of any other notice on you will be valid if it is personally served on you or mailed to you at your address in the Park by First Class United States Mail, postage prepaid.

**21.**    **WAIVER:**

    **21.1**    If you fail to meet any of your obligations under this Agreement, a delay or omission by us in exercising any right or remedy we have because of your default will not impair any of our rights or remedies against you, nor will it be considered a waiver by us of any right or remedy.  No waiver by us of our right to enforce any provision of this Agreement after any default on your part will be effective unless it is made in writing and signed by us, nor will it be considered a waiver of our rights to enforce each and every provision of this Agreement upon any further or other default on your part.  Our acceptance of rent will also not be a waiver of any breach by you of any term or provision of this Agreement, including any rule, regulation or other term or provision contained in any document referred to in this Agreement.

    **21.2**    Any delay, omission, or mistake by us in exercising any right to make any of the increases allowed by paragraph 2 of this Agreement or other provisions of this Agreement will not impair any of our rights or be considered to be a waiver by us.  Instead, we may, at any time, correct our delay, omission, or mistake and collect from you the full

© 2006 Alston & Gieser, LLP   All rights reserved.  Reproduction is illegal.  (May be reproduced by Park named above.)

increase retroactive to the date we could have first collected it from you.  This will be true even though we may have accepted payment from you of a lesser amount.  Examples include:  We make an error and do not send a rent increase notice ninety (90) days in advance of your normal rent increase anniversary date.  Although you will still be entitled to a 90-day notice, we may send that notice at a later date and retroactively collect the full amount of the increase to your normal rent increase anniversary date.  Or, because of a miscalculation or clerical error, we did not charge you the full amount of an increase we are permitted to make.  When we discover that error, we may send you a notice and retroactively collect from you the full amount of the increase.

22.     **ENTIRE AGREEMENT:**  Please understand that our Park Manager, other personnel, mobilehome dealers, the selling homeowner or sales person who sold you your mobilehome and other persons are not authorized to make any representations or agreements with you about the Park unless those agreements and representations are contained in this Agreement and the other documents and posted signs referred to in it.  Therefore, you agree that this Agreement and the other documents and posted signs referred to in it are the entire agreement between you and us regarding the subjects covered by this Agreement, other documents and signs.  This Agreement completely supersedes and replaces any and all prior and contemporaneous agreements, representations and understandings of you, any other person, or us.

23.     **ATTORNEY'S FEES:**  Attorney's fees and costs may be awarded to you or us per the provisions of the Mobilehome Residency Law, or other laws, including changes to these laws which may occur in the future.  The same is true of any other litigation, disputes covered by the "RESOLUTION OF DISPUTES" provisions of this Agreement, between the two of us that is not covered by the Mobilehome Residency Law or other laws.

24.     **HEADINGS AND FORMATTING:**  The titles of the paragraphs and subparagraphs in this Agreement or in other documents or posted signs are only for convenience and under no circumstances are they to be considered as any part of this Agreement.  You agree that this Agreement is to be considered a typed, not printed document, so that any legal requirements regarding printed documents are not applicable.

25.     **PARTIAL INVALIDITY:**  If any part of this Agreement or any document referred to in it is, in any way, invalid or unenforceable, the remainder of this Agreement or the other document shall not be affected, and will be valid and enforceable to the fullest extent permitted by law.  The same is true if the application of any part of this Agreement, or any document referred to in this Agreement, is, in any way, invalid or unenforceable to any person or circumstance.  The preceding shall not, however, at our sole option, be applicable if our ability to charge for or increase the amount of rent, utilities, or make other charges provided for by this Agreement is held in any way, in whole or in part, to be invalid or unenforceable.  In such circumstances, we may, at our sole option, either keep this Agreement in full force and effect or terminate this Agreement or convert your tenancy under this Agreement to a 12-month or less tenancy.

26.     **ALTERATION OF THIS AGREEMENT:**  This Agreement may be changed only as provided for by this Agreement or by a written agreement signed by you and us or by operation of law.  This Agreement will be construed and interpreted as though both of us had written it together, not as if it had been written by us alone.

27.     **DEFINITIONS OF OWNER OF THE PARK, HOMEOWNERS, RESIDENTS, SALE OF MOBILE-HOME AND BUYER:**  The terms "we," "us," and other similar terms used in this Agreement which refer to the owners and the operators of the Park include all owners of the Park and their partners, shareholders, directors, representatives, officers, employees and agents, and their successors and assigns.  The term "Park" means the mobilehome park identified in this Agreement.  The term "you," "Homeowners," "residents" or any other similar term used in this Agreement which refer to the person(s) who has signed this Agreement or signed another document accepting an assignment of this Agreement includes not only those persons but all members of their household who resided with them at the time this Agreement, or another document accepting an assignment of this Agreement, was signed who had been approved by us for residency in the Park or who were subsequently approved by us for residency in the Park.  Note:  To shorten this Agreement, the term "sale" is used to refer to any sale or other transfer of the mobilehome and/or any assignment or other transfer of the right to occupy the Space.  The term "buyer" is used to refer to anyone buying or otherwise acquiring the mobilehome and/or acquiring the right to occupy the Space by an assignment or other method permitted by this Agreement.  Other similar terms consistent with the preceding have also been used.

© 2006  Alston & Gieser, LLP   All rights reserved.  Reproduction is illegal.  (May be reproduced by Park named above.)

                    EXHIBIT 2, PAGE 23

28.     **HOLDOVER TENANCY:** If you continue to live in the Park after the term of this Agreement has expired or it has been terminated (including any extension of the initial term we agree to), and you have not signed a new rental or lease agreement with us, you shall be on a month-to-month tenancy. During that month-to-month tenancy, you will pay all rent and other charges required by this Agreement and all the terms and provisions of this Agreement, including the "Resolution of Disputes" provisions will continue to apply to you. We may, however, increase the rent or charges you pay or change any other terms of this Agreement upon ninety (90) days' written notice to you.

29.     **COUNTERPARTS:** This Agreement may be signed in duplicate copies, each of which shall be considered an original, but all of which taken together will be one and the same document.

30.     **EXHIBITS:** Each exhibit or other document referred to in this Agreement is attached or enclosed and incorporated in this Agreement by this reference.

31.     **OWNER'S APPROVAL AND OPTIONS:** All references in this Agreement and documents it refers to that our approval is required or other similar terms indicating our approval must be obtained by you means you must obtain our prior written approval by submitting a written request to us which describes what you want to do. References in this Agreement that we may, at our option, adjust or increase rents up to or by a certain amount or do anything else at our option, means we have the right, if we wish, to do so.

32.     **STATUTE OF LIMITATION: ANY LAWSUIT OR OTHER ACTION AGAINST US MUST BE FILED BY YOU WITH THE COURT NOT LATER THAN ONE (1) YEAR FROM THE DATE YOU OR ANY MEMBER OF YOUR HOUSEHOLD FIRST BECAME AWARE OF (OR REASONABLY SHOULD HAVE BEEN AWARE OF) THE DISPUTE OR CLAIM. IF YOU DO NOT FILE THE LAWSUIT OR OTHER ACTION AGAINST US WITH THE COURTS WITHIN THIS ONE (1) YEAR TIME PERIOD, YOU WILL HAVE NO RIGHT TO PROSECUTE OR PURSUE THE LAWSUIT OR OTHER ACTION AND YOU AGREE WE WILL NOT BE LIABLE TO YOU FOR ANY OF THE CLAIMS, DAMAGES, OR OTHER ALLEGATIONS AND RELIEF ASSERTED IN THE LAWSUIT OR OTHER ACTION. IF THE RESOLUTION OF DISPUTES PROVISIONS OF THIS AGREEMENT ARE APPLICABLE TO YOUR DISPUTE OR CLAIM, THEY, TOO, WILL BE SUBJECT TO THE LIMITATIONS OF THIS PARAGRAPH.**

33.     **USE AND OCCUPANCY:** Unless otherwise specifically allowed by this Agreement or other documents it incorporates, at all times one of the persons listed on the last page of this Agreement, or on the document assigning this Agreement, must be the "registered" owner of the mobilehome, and that person must regularly occupy the mobilehome, and it must also be their primary residence. When title to the Mobilehome is held in a trust which has been established for the purpose of estate planning one of the person(s) who established the trust must reside in the home on full time basis. You agree that the information you have provided us regarding you, other members of your household and your mobilehome is true and correct. You also agree to promptly notify us, in writing, of any change in this information. Please refer to the Rules and Regulations for further clarification of your use and occupancy of the mobilehome and Space. We, or someone we designate, may conduct a mobilehome sales or rental business in the Park.

34.     **INSPECTION:** By signing this Agreement, or accepting an assignment of it, you agree you have carefully inspected the Space you are renting and all of our services, improvements and facilities and you have found them to be safe and as represented by us to you, either orally or in writing, and you accept them as they are. To the extent that you have found such services, improvements and facilities not to be safe or not to be as represented by us to you, either orally or in writing, you nonetheless agree to accept them as they are.

35.     **ENFORCEMENT OF CONDITIONS OF TENANCY:** You agree that the enforcement of this Agreement, the Rules and Regulations and the provisions of other documents and conditions of tenancy are a private matter between us and each resident on an individual basis and the enforcement or the lack thereof by us with regard to any resident shall not result in any damage or injury to, or claim by you. You also agree that you are not a third party beneficiary of any agreement between us and any other residents or person(s).

36.     **MAINTENANCE OF IMPROVEMENTS:** You are financially responsible to maintain, repair and replace as reasonably necessary your mobilehome and all equipment, structures and other improvements to your mobilehome

© 2006 Alston & Gieser, LLP   All rights reserved. Reproduction is illegal. (May be reproduced by Park named above.)

and Space in good and safe condition and repair and in an aesthetically pleasing condition at all times. This includes, without limitation, the following: the mobilehome, accessory equipment and structures, fences, driveways (except park installed driveways), trees (except trees which present a specific health and safety violation or hazard), banks, and landscaping. Regardless of whether you are the original homeowner/occupant of the Space or of your mobilehome or purchased your mobilehome from a former homeowner who previously lived at your Space, this paragraph applies to you and you are responsible even for those things which were installed by a former owner or resident of the mobilehome or Space, us, or any prior or future owner of the Park. You are financially responsible for insuring at all times that the mobilehome, Space, and their improvements complies with all local, state and federal laws and regulations. (The only exception is any of the Park's utility systems on your Space which are owned by us or a utility company so we or they are responsible for them and park installed driveways.) The preceding includes without limitation such things as: insuring that the drainage is sufficient to prevent water from accumulating on your Space or under your mobilehome or running off so it adversely affects other Spaces or our property; that all required setbacks and lot line requirements are met and there are no encroachments on other property; that all building code and other similar requirements are met; and that all building and other permits have been obtained.

37.    **CONDEMNATION:** If any portion of the Park is taken under the power of eminent domain, or is sold to any authority having the power of eminent domain, either under threat of condemnation or while condemnation proceedings are pending or the utility systems or other portions of the Park are or will be affected by the condemnation to the point where, in our sole opinion, it is not economically desirable to continue operations, we will have the right to terminate this Agreement as of the date the condemning authority takes possession. The entire amount of any award for taking of all or any part of a space or the Park or for any other reason under the power of eminent domain will be our property whether such award shall be made as compensation for diminution in value of the leasehold or for taking the fee or the taking of any interest you may have because of this Agreement or any other lease or rental agreement you have with us or your tenancy in the Park. Nothing contained in this paragraph, however, will preclude you from obtaining any award from the condemning authority to you for the loss of or damage to your mobilehome or other removable personal property.

38.    **TIME OF ESSENCE:** Time is of the essence in this Agreement and each and every provision thereof.

39.    **MODIFICATION FOR LENDER:** If, in connection with our obtaining financing where we use the Park as security, a lender requests reasonable changes in this Agreement as a condition to such financing, you agree to promptly consent to those changes if they do not increase your obligations under this Agreement or materially adversely affect you.

40.    **ESTOPPEL CERTIFICATE:** You shall, on our request, sign and deliver to us a written statement certifying that (a) this Agreement is unmodified and in full force and effect (or if there have been modifications that they are in full force and effect as modified; (b) the dates to which the rent and other charges have been paid; (c) the term of this Agreement; (d) the amount of any security deposit; (e) we are not in default nor have we been in the past under any provision of this Agreement or any laws or regulations affecting our obligations; and (f) any other matters as may be reasonably requested by us. Any such statement may be relied on by us or any person we give it to. You will be in default of this Agreement if you fail to do the above within 10 days of your receipt of a written request for such statement. We may, at our option, treat your failure to sign and deliver this document to us as your agreement to the information we've requested and that we are not in default nor have we been in the past under any provision of this Agreement or any laws, or regulations affecting our obligations to you.

41.    **LIMITATION OF OUR LIABILITY:** In consideration of this Agreement, you agree that, in the event of any actual or alleged failure, breach or default by us under this Agreement or otherwise, your sole and exclusive remedy shall be against the value of our mobilehome park which is identified in this Agreement as the Park (including any insurance policies of us or the Park), not other property or assets which we may own.

42.    **MEGAN'S LAW:** The California Department of Justice, sheriff's departments, other local law enforcement authorities maintain for public access a database of the locations of persons required to register as an identified sex offender. The database is updated on a quarterly basis and a source of information about the presence of these individuals is any neighborhood. The Department of Justice also maintains a Sex Offender Identification Line

000806                          EXHIBIT 2, PAGE 25

through which inquires about individuals may be made.  This is a "900" telephone service.  Callers must have specific information about individuals they are checking.  There is a charge for "900" calls information regarding neighborhoods is not available through the "900" telephone service.

**The phone numbers to call for information:  (714) 960-8843**

Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an Internet Web site maintained by the Department of Justice at www.**Meganslaw.ca.gov** .  Depending on an offender's criminal history, this information will include either the address at which the offender resides or the community of residence and ZIP Code in which he or she resides.

43.     **EXECUTION:**  The Agreement is signed by you at _1_ :_23_ o'clock _1_ .m., on _1 - 26_ ; 20_06_
This Agreement is signed by us on _____ _1 · 26_ , 20 _06_

**NOTE TO NEW RESIDENTS:   THIS AGREEMENT WILL NOT BE EFFECTIVE UNLESS YOU COMPLETE THE PURCHASE OF THE MOBILEHOME AND IF YOU DO NOT, YOU WILL HAVE NO RIGHTS OF TENANCY IN THE PARK.**

**PLEASE READ CAREFULLY BEFORE SIGNING THIS AGREEMENT AND ALL OF THE OTHER DOCUMENTS REFERRED TO IN THIS AGREEMENT.**

**I/WE AGREE THAT WE HAVE READ, UNDERSTOOD AND VOLUNTARILY AGREED TO ALL OF THE PROVISIONS OF THIS AGREEMENT WHICH CONSIST OF THIS MOBILEHOME RENTAL AGREEMENT AND THE OTHER DOCUMENTS REFERRED TO IN IT.**

**I/WE HAVE BEEN ADVISED BY REPRESENTATIVES OF THE PARK THAT I/WE HAVE THE RIGHT TO CONSULT A LAWYER AND GET THE LAWYER'S ADVICE BEFORE SIGNING THIS AGREEMENT.**

[ ]     **RESIDENT(S)' INITIALS: _____   I/WE HAVE TAKEN THIS AGREEMENT TO A LAWYER BEFORE SIGNING IT.  THE LAWYER IS:**

        Name:       _____

        Address:    _____

                    _____

        Telephone:  _____

[ ]     **RESIDENT(S)' INITIALS: _~~___~~_   I/WE HAVE DECLINED TO SEEK LEGAL COUNSEL BEFORE SIGNING THIS AGREEMENT.**

**NOTICE:  BY SIGNING THIS AGREEMENT, YOU ARE AGREEING THAT THOSE DISPUTES WHICH ARE SPECIFIED IN PARAGRAPH 6 OF THIS AGREEMENT, WHICH IS ENTITLED "RESOLUTION OF DISPUTES" WILL BE DECIDED BY A NEUTRAL REFEREE AND YOU ARE GIVING UP YOUR RIGHT TO A JURY OR COURT TRIAL.  SEE PARAGRAPH 6 OF THIS AGREEMENT.**

**HOMEOWNER(s) SIGNATURE(s)**            **RANCHO DEL REY MOBILE HOME ESTATES**

_signature_                              By: _signature_

_____

Person(s) in addition to the above who
will reside in the above Space for whom
applications for residency were submitted
and approved.

_____          _____

_____          _____

© 2006 Alston & Gieser, LLP   All rights reserved.  Reproduction is illegal.  (May be reproduced by Park named above.)

**EXHIBIT 2**

**WARNING : This Notice is the  3rd  three day notice for non-payment of rent, utility charges, or other reasonable incidental services that has been served upon you in the last 12 months.  Pursuant to Civil Code 798.56(e) (5), if you have been given a three day notice to either pay rent, utility charges, or other reasonable incidental services or to vacate your tenancy on three or more occasions within a 12-month period, management is not required to give you a further three-day period to pay rent or vacate the tenancy before your tenancy can be terminated.**

## THREE (3) DAY NOTICE TO PAY RENT OR QUIT
## & SIXTY (60) DAY NOTICE TO TERMINATE POSSESSION

TO:  LISA RYAN and to all Other Residents or Occupants in Possession of the mobile home located at the premises herein referred to and commonly known as:

### 16222 Monterey Lane, Space 376, Huntington Beach, California 92649

**THIS IS TO NOTIFY YOU** that there is now due and unpaid rent in the total sum of **$1,086.00**  at the rental rate of $1,086.00 per month, being the rent due from June 1, 2018  through  June 30, 2018.

**WITHIN THREE DAYS** after the service on you of this notice, you are hereby required to pay the said rent for the premises to the park owner or manager, or the owner of said premises will institute legal proceedings against you to declare the forfeiture of the rental agreement under which you occupy the said premises and to recover possession of said premises, together with court costs and attorney's fees.  You are further notified that the undersigned elects to and does declare the forfeiture of your Rental Agreement under which you hold possession of the above-described premises if the rent is not paid within three (3) days after service on you of this Notice.

The name, telephone number, and address of the person to whom your payment must be made is as follows:

Name:  Rancho Del Rey MHE     Telephone: 714-846-1429
Address:  16222 Monterey Lane, Park Office, Huntington Beach, CA 92647

If payment is to be made personally, the usual days and hours of the person available to receive rent at the aforementioned address are:
        Days: Monday through Friday          Hours Available: 9:00 a.m. to 12:00 p.m. and 1:00 p.m. to 4:00 p.m.

### THIS NOTICE IS INTENDED AS A THREE-DAY NOTICE TO PAY RENT OR QUIT AS PROVIDED BY CALIFORNIA LAW.

**THIS IS TO FURTHER NOTIFY YOU** that pursuant to the Rental Agreement and Park Rules and Regulations under which you now hold possession of the above-described premises, you agreed to abide and conform with the Rental Agreement and Park Rules and Regulations.

Pursuant to California Civil Code 798.56(e) you are hereby notified that the above acts or omissions constitute a failure on your part to comply with the Park's Rental Agreement and Rules and Regulations.

THEREFORE, THIS IS TO NOTIFY YOU that if you do not pay the rent specified above within three days, you are required to quit said premises within sixty (60) days after service of this Notice upon you and deliver up possession of same to the park owner or manager or legal proceedings for unlawful detainer will be instituted against you by the owners of the premises to declare said Rental Agreement forfeited, as of this date, and recover possession of said premises, together with court costs and attorney's fees.

As required by law, you are hereby notified that a negative credit report reflecting your credit record may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligations.

### THIS NOTICE IS INTENDED AS A SIXTY-DAY NOTICE TO TERMINATE POSSESSION AS PROVIDED BY CALIFORNIA LAW.

YOU ARE FURTHER NOTIFIED that by this Notice the undersigned elects to and does hereby declare the forfeiture of said Rental Agreement for your failure to abide by and conform with said Rental Agreement or Rules and Regulations as hereinbefore specifically enumerated.

Dated: June _____, 2018

_____
(Park Management)

EXHIBIT 2, PAGE 30

# EXHIBIT 3

EXHIBIT 2, PAGE 31

**WARNING : This Notice is the 3rd three day notice for non-payment of rent, utility charges, or other reasonable incidental services that has been served upon you in the last 12 months. Pursuant to Civil Code 798.56(e) (5), if you have been given a three day notice to either pay rent, utility charges, or other reasonable incidental services or to vacate your tenancy on three or more occasions within a 12-month period, management is not required to give you a further three-day period to pay rent or vacate the tenancy before your tenancy can be terminated.**

## THREE (3) DAY NOTICE TO PERFORM COVENANTS OR QUIT
## & SIXTY (60) DAY NOTICE TO TERMINATE POSSESSION

TO: LISA RYAN and to all Other Residents or Occupants in Possession of the mobile home located at the premises herein referred to and commonly known as:

**16222 Monterey Lane, Space 376, Huntington Beach, CA 92649**

**THIS IS TO NOTIFY YOU** that the Rental Agreement under which you hold possession of the above premises requires performance on your part of the following covenants or agreements, which you have failed to perform. **THIS IS TO FURTHER NOTIFY YOU** that there is now due and unpaid the following utility charges:

| Charge | Time Period | | | Amount |
|---|---|---|---|---|
| Gas | April 18 , 2018 | through | May 17, 2018 | $24.06 |
| Electricity | April 18, 2018 | through | May 17, 2018 | $120.07 |
| Water | April 18, 2018 | | May 17, 2018 | $24.96 |
| | | | TOTAL: | $169.09 |

THIS IS TO FURTHER NOTIFY YOU that there is now due and unpaid the following additional charges

| Charge | Time Period | | | Amount |
|---|---|---|---|---|
| Trash | June 1, 2018 | through | June 30, 2018 | $17.36 |
| Sewer | June 1, 2018 | through | June 30, 2018 | $22.46 |
| | | | TOTAL: | $39.82 |

### THE TOTAL AMOUNT DUE IS: $208.91

**WITHIN THREE DAYS** after the service on you of this Notice, you are hereby required to pay the said charges and thereby perform the covenants agreed upon to the Park owner or manager, or the owner of said premises will institute legal proceedings against you to declare the forfeiture of the Rental Agreement under which you occupy the said premises and to recover the possession of said premises, together with court costs and attorney's fees. You are further notified that the undersigned elects to and does declare the forfeiture of your Rental Agreement under which you hold possession of the above-described premises if the above-described covenants are not performed within three (3) days after the service on you of this Notice.

000813

EXHIBIT 2, PAGE 32

The name, telephone number, and address of the person to whom your payment must be made is as follows:

Name: Rancho Del Rey MHE          Telephone: 714-846-1429
Address: 16222 Monterey Lane, Park Office, Huntington Beach, CA 92649

If payment is to be made personally, the usual days and hours of the person available to receive rent at the aforementioned address are:
Days: Monday through Friday          Hours Available: 9:00 a.m. to 12:00 p.m. and 1:00 p.m. to 4:00 p.m.

## THIS NOTICE IS INTENDED AS A THREE-DAY NOTICE TO PERFORM COVENANTS OR QUIT AS PROVIDED BY CALIFORNIA LAW.

THIS IS TO FURTHER NOTIFY YOU that pursuant to the Rental Agreement and Park Rules and Regulations under which you now hold possession of the above-described premises, you agreed to abide and conform with the Rental Agreement and the Park Rules and Regulations.

Pursuant to California Civil Code 798.56(e) you are hereby notified that the above acts or omissions constitute a failure on your part to comply with the Park's Rental Agreement and the Park Rules and Regulations.
THEREFORE, THIS IS TO NOTIFY YOU that if you do not pay the covenants specified above within three days, you are required to quit said premises within sixty (60) days after service of this Notice upon you and deliver up possession of same to the Park owner or manager or legal proceedings for unlawful detainer will be instituted against you by the owners of the premises to declare said Rental Agreement forfeited, as of this date, and recover possession of said premises, together with court costs and attorney's fees.

As required by law, you are hereby notified that a negative credit report reflecting your credit record may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligations.

## THIS NOTICE IS INTENDED AS A SIXTY-DAY NOTICE TO TERMINATE POSSESSION AS PROVIDED BY CALIFORNIA LAW.

YOU ARE FURTHER NOTIFIED that by this Notice the undersigned elects to and does hereby declare the forfeiture of said Rental Agreement for your failure to abide by and conform with said Rental Agreement or Rules and Regulations as hereinbefore specifically enumerated.

Dated: June _____, 2018          _____
                                              (Park Management)

000814                                              EXHIBIT 2, PAGE 33

**WARNING : This Notice is the <u>3rd</u> three day notice for non-payment of rent, utility charges, or other reasonable incidental services that has been served upon you in the last 12 months.  Pursuant to Civil Code 798.56(e) (5), if you have been given a three day notice to either pay rent, utility charges, or other reasonable incidental services or to vacate your tenancy on three or more occasions within a 12-month period, management is not required to give you a further three-day period to pay rent or vacate the tenancy before your tenancy can be terminated.**

## THREE (3) DAY NOTICE TO PERFORM COVENANTS OR QUIT & SIXTY (60) DAY NOTICE TO TERMINATE POSSESSION (LATE FEES)

TO: LISA RYAN and to all Other Residents or Occupants in Possession of the mobile home located at the premises herein referred to and commonly known as:

**16222 Monterey Lane, Space 376, Huntington Beach, CA 92649**

**THIS IS TO NOTIFY YOU** that the Rental Agreement under which you hold possession of the above premises requires performance on your part of the following covenants or agreements, which you have failed to perform. **THIS IS TO FURTHER NOTIFY YOU** that there is now due and unpaid the following utility charges:

| Charge | Time Period | | Amount |
|---|---|---|---|
| Returned check fee | June 2018 | through _____ | 20.00 |
| _____ | _____ | through _____ | |
| | | TOTAL: | |

THIS IS TO FURTHER NOTIFY YOU that there is now due and unpaid the following additional charges

| Charge | Time Period | | Amount |
|---|---|---|---|
| _____ | _____ | through _____ | |
| _____ | _____ | through _____ | |
| _____ | _____ | through _____ | |
| | | TOTAL: | $20.00 |

### THE TOTAL AMOUNT DUE IS:  $20.00

**WITHIN THREE DAYS** after the service on you of this Notice, you are hereby required to pay the said charges and thereby perform the covenants agreed upon to the Park owner or manager, or the owner of said premises will institute legal proceedings against you to declare the forfeiture of the Rental Agreement under which you occupy the said premises and to recover the possession of said premises, together with court costs and attorney's fees. You are further notified that the undersigned elects to and does declare the forfeiture of your Rental Agreement under which you hold possession of the above-described premises if the above-described covenants are not performed within three  (3) days after the service on you of this Notice.

The name, telephone number, and address of the person to whom your payment must be made is as follows:

Name: Rancho Del Rey MHE            Telephone: 714-846-1429
Address: 16222 Monterey Lane, Park Office, Huntington Beach, CA 92649

If payment is to be made personally, the usual days and hours of the person available to receive rent at the aforementioned address are:
Days: Monday through Friday          Hours Available: 9:00 a.m. to 12:00 p.m. and 1:00 p.m. to 4:00 p.m.

## THIS NOTICE IS INTENDED AS A THREE-DAY NOTICE TO PERFORM COVENANTS OR QUIT AS PROVIDED BY CALIFORNIA LAW.

THIS IS TO FURTHER NOTIFY YOU that pursuant to the Rental Agreement and Park Rules and Regulations under which you now hold possession of the above-described premises, you agreed to abide and conform with the Rental Agreement and the Park Rules and Regulations.

Pursuant to California Civil Code 798.56(e) you are hereby notified that the above acts or omissions constitute a failure on your part to comply with the Park's Rental Agreement and the Park Rules and Regulations.
THEREFORE, THIS IS TO NOTIFY YOU that if you do not pay the covenants specified above within three days, you are required to quit said premises within sixty (60) days after service of this Notice upon you and deliver up possession of same to the Park owner or manager or legal proceedings for unlawful detainer will be instituted against you by the owners of the premises to declare said Rental Agreement forfeited, as of this date, and recover possession of said premises, together with court costs and attorney's fees.

As required by law, you are hereby notified that a negative credit report reflecting your credit record may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligations.

## THIS NOTICE IS INTENDED AS A SIXTY-DAY NOTICE TO TERMINATE POSSESSION AS PROVIDED BY CALIFORNIA LAW.

YOU ARE FURTHER NOTIFIED that by this Notice the undersigned elects to and does hereby declare the forfeiture of said Rental Agreement for your failure to abide by and conform with said Rental Agreement or Rules and Regulations as hereinbefore specifically enumerated.

Dated: June _____, 2018            _____
                                          (Park Management)

**PROOF OF SERVICE**

DOCUMENTS SERVED:
__X___   3 Day Notice To Pay Rent Or Quit & 60 Day Notice To Terminate Possession
__X___   3 Day Notice To Pay Covenants Or Quit & 60 Day Notice To Terminate Possession
__X___   3 Day Notice To Pay Covenants Or Quit & 60 Day Notice To Terminate Possession (Late Fees)

DATE OF SERVICE:   June _/9___, 2018

RESIDENTS: LISA RYAN and to all Other Residents or Occupants in Possession
16222 Monterey Lane, Space 376, Huntington Beach, CA 92649

**(CHECK ONLY ONE)**
_____ **Method No. 1**:  On the date of Service indicated above, I served the above references document(s) on the Resident(s) by delivering a copy to _____. Resident, personally, pursuant to Code of Civil Procedure Section 1162.

_____ **Method No. 2**:  On the date of Service indicated above, I served the above-referenced document(s) by leaving a copy with same person of suitable age and discretion at the address set forth above, and sending a copy through the mail addressed to the Resident(s) at the place of residence pursuant to California Civil Code of Procedure Section 1162.
Name or description of person served: _____

__X__ **Method No. 3**:  On the date of Service indicated above, I served the above-referenced document(s) by affixing a copy in a conspicuous place on the property, and also sending a copy through the mail addressed to the Resident(s) at the place where the property is situated pursuant to California Civil Code of Procedure Section 1162.

**ADDITIONAL** service requirement applicable ONLY to service of Three-and/or Sixty-Day Notices:
_____ In addition to service upon the Resident(s) as set forth above, a copy of the notice(s) were sent to the following legal and registered owners of the mobilehome who are other than the Resident(s), by **certified** mail on , 201__, addressed to the legal and registered Owners who are other than the Resident(s), at the address(es) listed below, as set forth on the registration card specified in Section 18075.28 of the Health and Safety Code.

| **Legal Owner** | **Registered Owner** |
| --- | --- |
| Name:_____ | Name:_____ |
| Address:_____ | Address:_____ |
| _____ | _____ |
| | _____ |

_____ There are no legal, registered owners or junior lienholders of the mobilehome other than the homeowner(s).

I declare that the foregoing is true and correct under penalty of perjury.

Executed this _/9__ day of June 2018 at Huntington Beach, California.

_____
**Signature of Person Serving Notice**

EXHIBIT 2, PAGE 37

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF ORANGE

I have read the foregoing COMPLAINT FOR UNLAWFUL DETAINER

and know its contents.

☐ **CHECK APPLICABLE PARAGRAPHS**

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☒ I am ☐ an Officer ☐ a partner _____ ☒ a N AGENT _____ of HOUSER BROS. CO., a California general partnership dba RANCHO DEL REY MOBILE HOME ESTATES , a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____ a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on AUGUST 10, 2018 , at HUNTINGTON BEACH , California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

WILDA J. MASKULINSKI
Type or Print Name _____ Signature

## PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF _____

I am employed in the county of _____ , State of California.

I am over the age of 18 and not a party to the within action; my business address is: _____

On, _____ I served the foregoing document described as _____

_____ on _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

**BY MAIL**

☐ *I deposited such envelope in the mail at _____ , California. The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , at _____ , California.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on _____ , at _____ , California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____ _____
Type or Print Name _____ Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal Solutions Plus _____ Rev. 7/99

000819 _____ EXHIBIT 2, PAGE 38

EXHIBIT  3

/72

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701
☐ Harbor-Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595
☐ North - 1275 N. Berkeley Ave., Fullerton, CA 92838-0500
☐ West - 8141 13th Street, Westminster, CA 92683

PLAINTIFF: Houser Bros Co.

DEFENDANT: Lisa Ryan

FOR COURT USE ONLY
**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

OCT 18 2018

DAVID H. YAMASAKI, Clerk of the Court

BY:_____DEPUTY

| **STIPULATION FOR ENTRY OF JUDGMENT - UNLAWFUL DETAINER** Limited Civil | CASE NUMBER: 1013582 |

**IT IS STIPULATED** by and between the plaintiff(s): Houser Bros. Co DBA Rancho Del Rey
and defendant(s): Lisa Ryan                                          Mobile Home Estates

☒ that plaintiff(s) be awarded possession of the premises located at:          ☒ includes forfeiture of the lease
16222 Monterey Lane Spca 376 Huntington Beach C9        92649
☒ and that a money judgment be granted in favor plaintiff(s) as follows: and to mobilehome on that space.
$ 6222 33 Rent & Damages, $ 2166.00 _____ Attorney fees, $ 347.71 _____ Costs, for a
TOTAL SUM OF $ 8,743.07 _____, plus interest after judgment at the legal rate.
☒ A writ of possession is to issue forthwith, but no final lockout prior to: November ~ 2018

☐ **STIPULATION FOR PAYMENTS**
Defendant agrees to pay installments of $ _____ on the _____ day of each month commencing
on _____ until paid in full; if any payment is more than _____ days late, the entire amount will
become due and payable immediately. Sealed per CCP1161.2 —
☒ Judgment is to be entered immediately   ☐ Judgment is only to be entered upon default in payments

☐ **PLAINTIFF(S) AND DEFENDANT(S) FURTHER STIPULATE AS FOLLOWS:**
Defendant to vacate property on or November 3, 2018
Plaintiff is entitled to writ of possession with no lockout
prior to November 1, 2018 Defendant shall retain
the right to sell the mobilehome for 120 day
Sale to proceed via escrow. If escrow does not close
on or before Feb 18, 2019 Plaintiff is entitled
to notice and execute a warehouse lien pursuant to CC 798.
56 (c)(1)

I/we the defendant(s), understand that I/we have the right to: (1) have an attorney present; (2) notice and/or hearing of any default of terms of the stipulation; (3) I/we give up these rights.
Date: 10/18/18    _____ PLAINTIFF/ATTORNEY    _____ PLAINTIFF/ATTORNEY
Date: 10/18/2018  _____ DEFENDANT/ATTORNEY   _____ DEFENDANT/ATTORNEY

**JUDGMENT IS HEREBY ORDERED ON ALL TERMS OF THE FOREGOING STIPULATION.**
Date: 10/18/2018    _____
Judge/Commissioner of the Superior Court*
(*sign only if judgment is to be entered immediately)

**STIPULATION FOR ENTRY OF JUDGMENT- UNLAWFUL DETAINER**

1081 (R 04/15)

2/2

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701
☐ Harbor-Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595
☐ North - 1275 N. Berkeley Ave., Fullerton, CA 92838-0500
☐ West - 8141 13th Street, Westminster, CA 92683

PLAINTIFF: *Huser Bros. Con*

DEFENDANT: *Lisa Ryan*

FOR COURT USE ONLY
**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**OCT 1 8 2018**

DAVID H. YAMASAKI, Clerk of the Court

BY:_____,DEPUTY

| STIPULATION FOR ENTRY OF JUDGMENT - UNLAWFUL DETAINER<br>Limited Civil | CASE NUMBER:<br>*101 3582* |

**IT IS STIPULATED** by and between the plaintiff(s): _____
and defendant(s): _____

☐   that plaintiff(s) be awarded possession of the premises located at:          ☐ includes forfeiture of the lease
   _____

☐   and that a money judgment be granted in favor plaintiff(s) as follows:
   $_____Rent & Damages, $ _____ Attorney fees, $ _____ Costs, for a
   TOTAL SUM OF $_____, plus interest after judgment at the legal rate.

☐   A writ of possession is to issue forthwith, but no final lockout prior to:_____

☐   **STIPULATION FOR PAYMENTS**
   Defendant agrees to pay installments of $_____ on the _____ day of each month commencing
   on _____ until paid in full; if any payment is more than _____ days late, the entire amount will
   become due and payable immediately.
      ☐ Judgment is to be entered immediately   ☐ Judgment is only to be entered upon default in payments

☐   **PLAINTIFF(S) AND DEFENDANT(S) FURTHER STIPULATE AS FOLLOWS:**
   *The warehouse lien will be for the full amount*
   *of unpaid rent, utilities and attorney fees ($2166.00)*
   *and cost ($347.71) at the time of the auction*
   *The sale of the mobilehome shall require a*
   *Plaintiff shall review all appli prospective buyers*
   *in accordance with the MRL (QC.798 et seq.)*
   *and shall cooperate if realtor to provide & facilitate sale*

I/we the defendant(s), understand that I/we have the right to: (1) have an attorney present; (2) notice and/or hearing of any
default of terms of the stipulation; (3) I/we give up these rights.

Date: *10/18/18*   *[signature]*                              PLAINTIFF/ATTORNEY
                    PLAINTIFF/ATTORNEY

Date: *10/18/2018*   *[signature]*                           DEFENDANT/ATTORNEY
                    DEFENDANT/ATTORNEY

**JUDGMENT IS HEREBY ORDERED ON ALL TERMS OF THE FOREGOING STIPULATION.**

Date: *10/18/2018*   *[signature]*
                              Judge/Commissioner of the Superior Court*
                              (*sign only if judgment is to be entered immediately)

**STIPULATION FOR ENTRY OF JUDGMENT- UNLAWFUL DETAINER**

1081 (R 04/15)

EXHIBIT  4

STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE
Manufactured Home

Decal No: **LBM1081**

| Manufacturer ID/Name | | Trade Name | Model | | DOM | DFS | RY | Exp. Date | |
|---|---|---|---|---|---|---|---|---|---|
| 90002 | SKYLINE HOMES INC | CUSTOM VILLA | | | 05/29/2014 | 07/28/2014 | | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | SPC | SCC | Exempt | Use | Type |
|---|---|---|---|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | | 30 | | SFD | LPT |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | | | | |

| Issued | Total Fees Paid |
|---|---|
| Sep 10, 2014 | $91.00 |

**Addressee**
LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**
LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

**Situs Address**
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

**IMPORTANT**
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.
THE CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 8169431

NOV 1 6 2018

09102014 - 244

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __11/1/2018__ at __Huntington Beach__, __CA__

Signature: _Lisa T Ryan_    Printed Name: __LISA T RYAN__

## SECTION B - RELEASING SIGNATURES

1a. Releasing Signature of Registered Owner _____    Date of Release __11/1/2018__

1b. Releasing Signature of Registered Owner _____    Date of Release _____

2. Legal Owner of Record must sign and check appropriate box    ☒ Release   ☐ Retain   * ☐ Assign Interest
(* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

NEW REGISTERED OWNER - Please Print or Type Clearly

3a. __J. Sandcastle Co, LLC__    3c. _____
New Registered Owners Name         New Registered Owners Name

3b. _____    3d. _____
New Registered Owners Name         New Registered Owners Name

If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   * ☐ Trust/Trustee(s)
(* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

4. __16222 Monterey Ln #376__    __Huntington Beach CA 92649__
Mailing Address of New Registered Owner         City/State                     Zip Code

5. __Same as Above__    _____
Actual Location Address of Unit         City/State                     Zip Code

6. __$225,000 $175,000__   __11-1-18__
Purchase Price or check box if Gift-☐   Purchase Date or Transfer Date

7a. __J Sandcastle Co, LLC__ _____    _____
Signature of New Registered Owners         Signature of New Registered Owners

7b. _____    7d. _____
Signature of New Registered Owners         Signature of New Registered Owners

NEW LEGAL OWNER - Please Print or Type Clearly

8a. _____    8b. _____
New Legal Owners Name         New Legal Owners Name

If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   * ☐ Trust/Trustee(s)
(* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

9. _____    _____
Mailing Address of New Legal Owner         City/State                     Zip Code

NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____    10b. _____
New Junior Lienholder Name         New Junior Lienholder Name

11. _____    _____
Mailing Address of New Junior Lienholder         City/State                     Zip Code

## SECTION D - RELEASE OF DEALERS

12. _____
Signature of Selling Dealer         Print Dealers Name and Dealer Number

OSP 09 112819

EXHIBIT  5

**State of California**
BUSINESS, TRANSPORTATION AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM
PO Box 2111 Sacramento CA 95812-2111
1 800 952-8356
www.hcd.ca.gov



## NOTICE OF SALE OR TRANSFER

**ATTENTION: THIS FORM IS TO BE USED <u>ONLY</u> WHEN YOU SELL OR TRANSFER YOUR MOBILEHOME OR COMMERCIAL COACH. AT THAT TIME COMPLETE, SIGN, AND RETURN TO THE ADDRESS STATED ABOVE TO REPORT THE CHANGE OF OWNERSHIP.**

**SECTION I:** Enter the following information that describes your unit: Decal/License plate number(s), Serial(s) number, and Trade name of Unit.

**SECTION II:** Enter the sale price and the date of sale/transfer including the month, day, and year.

**SECTION III:** Enter the full name and mailing address of the new owner/buyer(s).

**SECTION IV:** Enter date, city, and state indicating where and when this form is being executed. SELLER(S) MUST SIGN and print their names(s).

**SECTION I.**      **DESCRIPTION OF UNIT**

| Decal Number(s) | Serial Number(s) | Trade Name |
|---|---|---|
| LBM1081 | M7V71D3946B<br>AC7471D3946A | Custom Villa |

**SECTION II.**      **SALE OR TRANSFER INFORMATION**

For the sum of $ 225,000 the receipt of which is hereby acknowledged, I/we did sell, transfer and deliver to the purchaser/owner named below, on 11-1-18 , my/our right title and interest in the unit described above.
*Date of Transfer*

**SECTION III.**      **NAME OF PURCHASER/NEW OWNER:**

Name: J-Sandcastle Co, LLC
           Its Manager Jamie L. Gallian
Address: 17182 Pinon Dr.
City: Huntington Bch    State: CA    Zip Code: 92649

**SECTION IV.**      **CERTIFICATION AND RELEASE**

I/we certify under penalty of perjury under the laws of the State of California that: 1) I/We are the lawful owner(s) of the unit, and 2) I/We have the right to sell it, and 3) I/We guarantee and will defend the title to the unit against the claims and demands of any and all persons arising prior to this date, and 4) the unit is free of all liens and encumbrances.

I/we certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed On 11/1/2018    at Huntington Beach    CA
     *Date*          *City*          *State*

Signature of Sellers:                  11/15/2018

Printed Name: LISA T RYAN

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of **Orange** )

On _November 15, 2018_ before me, **Brandon Vargas, Notary Public**
                 Date                              Here Insert Name and Title of the Officer

personally appeared _Lisa Theresa Ryan_
                              Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

BRANDON VARGAS
Commission # 2203957
Notary Public - California
Orange County
My Comm. Expires JULY 3, 2021

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Brandon V._
                  Signature of Notary Public

Place Notary Seal Above

———————————— OPTIONAL ————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Department of Housing and community development Certificate of title, section B_
Document Date: _____          Number of Pages: _3_
Signer(s) Other Than Named Above: _____

EXHIBIT  6

## J-SANDCASTLE CO, LLC
### 714-321-3449

November 19, 2018


Rancho Del Rey
Mobile Home Estates.
16222 Monterey
Huntington Beach, CA 92649

Attn:  Ms. Kathryn Curtiss


Dear Ms. Curtiss,

Than you for the opportunity to submit this application for residency in the
RDR Mobile Home Estates.

I have been looking for several months in the park.  With no luck finding a
unit that was the size I wanted or the amenities I desired, Five Star returned
my $500.00 several weeks ago.

I looked many times at unit 376, and I believe I have found a beautiful
model I can enjoy.

J-Sandcastle Co, LLC entered into a soft purchase contract with Ms. Ryan on
November 1, 2018.

J-Sandcastle Co. LLC has satisfied the Property Tax Liabilities and has
successfully obtained Tax Clearance Certificate from the County of Orange
Tax Assessor.

J-Sandcastle Co, LLC entered into Sales Contract with Ms. Ryan on
November 15, 2018.

On November 16, 2018, after J-Sandcastle Co., LLC satisfied the outstanding
debt owed by Ms. Ryan, Ms. Ryan and J-Sandcastle Co. LLC successfully

EXHIBIT 6, PAGE 45

executed Transfer of title of the home known as 16222 Monterey Lane Sp 376 Huntington Beach CA.

J-Sandcastle Co. LLC would like to submit payment in satisfaction of the judgment entered in favor of Houser Bros Co by Cashiers Check attached in the amount $ 8,743.07.  I fully anticipate there will be accruing rents due from October 18, 2018 to close the previous tenants account.

J-Sandcastle Co., LLC and Jamie L Gallian, anxiously await your review of the attached documents for occupancy and residency.

Ms. Gallian and Ms. Ryan have agreed to a peaceful transition and we wish Ms. Ryan well.

J-Sandcastle Co LLC has obtained Ms. Ryan's cooperation in vacating the home.  Ms. Ryan has signed and entered into agreement with a commitment to me that she will continue moving out of the home and the home will be vacated completely by Ms. Ryan on or before Sunday, November 25, 2018.

On Monday, November 26, 2018, Ms. Ryan's realtor First Team Real Estate, Agent Nickie Hoover, will conduct a Final walk through of the home with J-Sandcastle Co, LLC, Jamie Gallian and Ms. Ryan.

On or before November 26, 2018, J-Sandcastle Co. LLC and Jamie Gallian respectfully requests consideration and would like to enter into a lease agreement with RDR Mobile Home Estates for residency.

Thank you for time in consideration of the foregoing.
If you have any questions or concerns, please feel free to contact me at your earliest convenience.

Yours truly,

*J-SANDCASTLE CO., LLC*

J-Sandcastle Co. LLC

*Jamie L gAllian*

Its Member, Jamie L. Gallian

EXHIBIT 6, PAGE 46

# APPLICATION FOR RESIDENCY



**Western
Manufactured Housing Communities
Association**

(Each person desiring residency must complete a separate application.)

IN _____ Rancho Del Rey Mobile Home Estates _____
(Community Name)

## Personal

Name of Person Making Application: J-Sandcastle Co., LLC Jamie Gallian, Its Member _____

Phone Number: 714-321-3449 _____

Date (of application): 11-18-18 _____

Present Address: 5782 Pinon Drive   Huntington Beach, CA 92649 _____

                                           City       State     Zip

Social Security Number: EIN 83-2453659 _____ Driver's License Number: _____

Email: jamiegallian@gmail.com _____ Date of birth: _____

Name(s) of Other Person(s) Who Will Be Occupying Homesite: __ Jamie L Gallian ___ DOB 11-16-1962 56yo

_____

Relationship(s): J-Sandcastle Co., LLC Jamie Gallian, Its Member _____

Social Security Number(s): 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 _____

Driver's License Number(s) V8040742 _____

## Previous Residency

Present Landlord or Mortgage Co.: Henry Newton _____ Yrs. < 1 yr

Address: 6641 Beachview Dr. Huntington Beach, CA 92649   Phone: 714-615-3574

                      (City)    (State)   (Zip)

Monthly Rent or Mortgage Payment:   $ 3400.00 plus utilities _____

Prior Landlord or Mortgage Co.: _____ Yrs. _____

Address: _____ Phone: _____

                 (City)    (State)   (Zip)

Monthly Rent or Mortgage Payment: _____

Have you ever been asked to terminate your residency elsewhere or have you ever been evicted? ☐ Yes  ☒ No

If yes, please explain: _____

Have you ever lived in a mobilehome park before? ☐ Yes  ☒ No

If yes, please explain: _____

_____

Address: _____

  Dates of Residency: _____

  Amount of Last Rent: _____

Copyright © 2017 WMA.

# APPLICATION FOR RESIDENCY
Page 2

## Vehicles

Number of Automobile(s): _____ 2 _____ Boat(s): _____ Other _____

We must have complete descriptions of all vehicles:

Make: CIVIC _____ Model: Honda _____ Year: 2001 ___ License No.: 7UJZ768 ___ State: CA ___

Financed By: _____ Address: _____ Phone: _____

Make: Sportage _____ Model: Kia _____ Year: 2011 __ License No.: 6RMM094 ___ State: CA ___

Financed By: _____ Address: _____ Phone: _____

Make: _____ Model: _____ Year: _____ License No.: _____ State: _____

Financed By: _____ Address: _____ Phone: _____

## Employment

Employer: __United Airlines_____ Phone: 310-431-2807 _____

Address: 8 World Way _____ City Los Angeles _____ State/ZIP: CA 90045 _____

Position: Flight Attendant _____ Gross Monthly Salary: $ 4,873.00 _____

Immediate Supervisor: Brian Gaughan _____ Length of Employment: Yrs. 19 __ Mos. ____

If not employed, please provide source and amount of means of financial support:

_____     _____

_____     _____

## Financial

Name of Bank: Chase Bank _____ City: Huntington Bch _ Acct. No.:351897860 _____

&#9746; Checking ☐ Savings ☐ Loan

Name of Bank: _____ City: _____ Acct. No.: _____

☐ Checking ☐ Savings ☐ Loan

Credit Card: _____ Acct. No.: _____ How Long: _____

Credit Card: _____ Acct. No.: _____ How Long: _____

Credit Card: _____ Acct. No.: _____ How Long: _____

Net Worth (from back page): _____ $ 471,600 _____

## References

Business: Name: QIP Management _____ City: Newport Beach _____ Phone: 949-677-6666 _____

Name: M Ahsan Shahid _____ City: Orange _____ Phone: 714-921-9550 _____

Personal: Name: Ron Pierpont _____ City: Orange _____ Phone: 909-202-3145 _____

Name: Justin Barclay _____ City: Rialto _____ Phone: 909-631-6668 _____

Copyright © 2017. WMA.

# APPLICATION FOR RESIDENCY
Page 3

Emergency

Person(s) to notify in case of an emergency (other than co-resident):
Name: Steve Gallian                                    Son
                                                Relationship:
Address: 821 W. 16th Street                     City: Costa Mesa
State/ZIP: CA                    Phone Number: 949-677-7674

## Approved Animals

If you have dogs and/or cats, please provide the following information:

| Name | Age | Type | Color/Description | Height | Weight |
|------|-----|------|-------------------|--------|--------|
| Ammie | 2 | Terrier | White | 7" | |
| Jetta | 14 | Beagle | Tri-Color | 12" | |

## Home or Recreational Vehicle to Occupy Homesite

Make/Model: _____ Net Size: Length: _____ Width: _____ Height: _____

Year: _____ Breaker Size: _____ amps.   License or Decal No.: _____

Serial No.: _____ Value: _____

Financed by: _____

Current Location: _____

Legal Owner Name/Address: _____

Registered Owner Name/Address: _____

Junior Lienholder Name/Address (if any): _____

The following paragraph should be completed by management and initialed by the prospective resident in the event the park has established minimum age requirements. If there are no age requirements for occupancy, the paragraph should be crossed out.

The undersigned understands and acknowledges that this Park is a "housing for older persons" park with a minimum age requirement of ___55___ years of age or older for at least one resident and a minimum age requirement of ___18___ years of age or older for all other residents. **The undersigned hereby represents that the person(s) making application to reside in the park meet the age requirement.** JSC, LLC

The undersigned requests the management to check the above credit references and representations. The undersigned acknowledges that in the event a rental agreement is executed by both the management and the undersigned, it is subject to approval by the management of the undersigned's mobilehome or recreational vehicle as provided in the Rental Agreement.

The undersigned represents and warrants that the above information is true and correct and has been made for the purpose of informing the management of the park. The management has permission to verify any and all information offered on this application. In the event of any misrepresentation by applicant, management will have grounds to cancel any agreement entered in reliance upon the misrepresentation.

Copyright © 2017. WMA.

# APPLICATION FOR RESIDENCY
Page 4

The undersigned understands that in the event that any of the above information cannot be verified by the management of the Park, the management of the Park has the right to deny the application. The undersigned further understands that Prospective Resident(s) shall have no rights of tenancy until a Rental Agreement has been signed by the Park management and the prospective resident(s).

APPLICANT J-Sandcastle Co, LLC

Jamie L. Gallian, Its Member *Jamie L Gallian*

DATE 11/18/18

# NET WORTH STATEMENT

| ASSETS | | IN DOLLARS | LIABILITIES | | AMOUNT |
|---|---|---|---|---|---|
| CASH | Bank Office Name & No. Chase Bank 351897860 | (Omit Cents) $100,000 | NOTES PAYABLE TO BANKS | Bank Office Name & No. | (Omit Cents) |
| STOCKS AND BONDS | | | OTHER NOTES & ACCOUNTS PAYABLE | Mobilehome Loans | 0.00 |
| | | | | Sales Contracts | |
| | | | | Loans of Life Ins. Policies | |
| NOTES RECEIVABLE (COLLECT-IBLE) | Relatives & Friends | | TAXES PAYABLE | Current Yr's Income Taxes Unpaid | PAID THRU 2020 ON MOBILEHOME |
| | Trust Deeds & Mortgages | | | Prior Yr's Income Taxes Unpaid | <$1600.00> |
| | Other | | | Property Taxes Unpaid | |
| AC REAL ESTATE | Improved 7V710394GB/GA | $ 250,000 | OTHER LIABILITIES | Unpaid Interest | |
| | Unimproved | | | | |
| | Leasehold Interest Owned | | | Total Liabilities | |
| LIFE INSURANCE | Cash Surrender Value United Arilines/JGALLIAN | $ 100,000 | NET WORTH CALCU-LATION | TOTAL ASSETS | $ 470,000 |
| OTHER PERSONAL PROPERTY | Vehicles KIA/HONDA/BMW | $20,000 | | TOTAL LIABILITIES | $ 0.00 |
| | Other | | | NET WORTH | $ 471,600 |
| | TOTAL ASSETS | $471,600 | | | |

Type text here

Copyright © 2017. WMA.



# CONSENT TO OBTAIN
# CONSUMER CREDIT REPORT



**Western**
**Manufactured Housing Communities**
**Association**

The undersigned hereby authorizes _____ Rancho Del Rey Mobile Home Estates _____ to obtain a credit report
(Name of park)
based upon the information provided in the undersigned's *Application for Tenancy*, and to share any necessary
personal information from the undersigned's application documents with any credit reporting agency or their
affiliates.

SO AGREED:

Dated: _____11/18/18_____

Dated: _____

Dated: _____

J-Sandcastle Co., LLC
Jamie Gallian, Its Manager   *Jamie L Gallian*
(Applicant)

_____
(Applicant)

_____
(Applicant)

Copyright © 2014. WMA.

# PRIVACY STATEMENT FORM



**Western**
**Manufactured Housing Communities**
**Association**

At

_____ Rancho Del Rey Mobile Home Estates _____
(Name of Community)

we are committed to safeguarding all nonpublic personal information that we may collect during the application process or at any time during your tenancy. We use this information initially for the sole purpose of evaluating your application for residency. Occasionally we use nonpublic personal information in order to collect a debt, for example, when a resident fails to pay the rent.

We collect nonpublic personal information about you from the following sources:

> Information we receive directly from you, on forms, and in other communications to or with us, whether in writing, in person, by telephone or any other means.

> Information we receive from other sources such as current and former landlords, current employers credit reporting agencies and resident screening services.

The community values your privacy and does not disclose nonpublic personal information to anyone, except as permitted or required by law, or as reasonably necessary in order to establish your identity when communicating with others as discussed above.

We restrict access to nonpublic personal information about you to only those persons who need to know that information in order to perform their job duties. Further, we maintain physical, electronic and procedural safeguards that comply with federal standards to guard your nonpublic personal information.

The undersigned Resident, or prospective Resident, hereby acknowledges receipt of a copy of this notice.

*Jamie L Gallian*

DATED: _____ 11/18/18 _____        J-Sandcastle Co., LLC
                                        Jamie L. Gallian, Its MEMEBER

DATED: _____        _____

Copyright © 2014, WMA.



Printed Using formsRus.com On-Line Forms Software 1/14



**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  11-07-2018

Employer Identification Number:
83-2453659

Form:  SS-4

Number of this notice:  CP 575 G

J SANDCASTLE CO LLC
JAMIE LYNN GALLIAN SOLE MBR
5782 PINON DR
HUNTINGTN BCH, CA  92649

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.


WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 83-2453659.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*,
and elect to be classified as an association taxable as a corporation.  If the LLC is
eligible to be treated as a corporation that meets certain tests and it will be electing S
corporation status, it must timely file Form 2553, *Election by a Small Business
Corporation*.  The LLC will be treated as a corporation as of the effective date of the S
corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

*  Keep a copy of this notice in your permanent records. **This notice is issued only
   one time and the IRS will not be able to generate a duplicate copy for you.**  You
   may give a copy of this document to anyone asking for proof of your EIN.

*  Use this EIN and your name exactly as they appear at the top of this notice on all
   your federal tax forms.

*  Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to
us at the address shown at the top of this notice.  If you write, please tear off the stub
at the bottom of this notice and send it along with your letter.  If you do not need to
write us, do not complete and return the stub.

Your name control associated with this EIN is JSAN.  You will need to provide this
information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.


000838                    EXHIBIT 6, PAGE 53

**United Airlines Inc.**
16th Floor - HSCPZ
609 Main Street
Houston, TX 77002
Ph: 877/825-3729

| Pay Group: | SMF-Semimonthly Flt Attendants |
| Pay Begin Date: | 10/01/2018 |
| Pay End Date: | 10/15/2018 |

**UNITED**

Thanks for all you do for United !

| Advice #: | 000000013858637 |
| Advice Date: | 11/01/2018 |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Single | Married |
| Allowances: | 0 | 0 |
| Addl. Pct: | 0 | |
| Addl. Amt: | 0 | |

Jamie Lynn Gallian

| Employee ID: | 270556 |
| Department: | 7606-INFLT ASSIGNMENT-LAX |
| Location: | Los Angeles, California |
| Job Title: | Flight Attendant - Domestic |

## HOURS AND EARNINGS

| | | Current | | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours WKD | Oth Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Flight Advance | | | | 3,205.65 | | 3,205.66 | Fed Withholding | 491.17 | 6,255.52 |
| Quarterly Operations Ince | | | | 0.00 | | 450.00 | Fed MED/EE | 45.76 | 628.30 |
| Off-Set | | | | 0.00 | | 0.00 | Fed OASDI/EE | 195.66 | 2,686.54 |
| Flight Advance Recovery | | | | 0.00 | | 0.00 | CA Withholding | 96.94 | 1,177.27 |
| * Imputed Income - Life | | | | 0.00 | | 0.40 | CA OASDI/EE | 31.56 | 433.31 |
| Per Diem Pay Non Taxable | | | | 0.00 | | 2,270.47 | | | |
| Per Diem Pay Taxable | | | | 0.00 | | 134.83 | | | |
| Profit Sharing | | | | 0.00 | | 981.68 | | | |
| Regular Pay | | | | 0.00 | | 32,432.93 | | | |
| Sick Pay | | | | 0.00 | 36.00 | 2,297.60 | | | |
| Vacation | | | | 0.00 | 67.02 | 4,238.34 | | | |
| Future Vacation - FLT BID | | | | 0.00 | 13.00 | 822.12 | | | |
| **TOTAL:** | | **0.00** | **0.00** | **3,205.65** | **116.02** | **46,842.63** | **TOTAL:** | **861.09** | **11,180.94** |

* Denotes Excluded From Earnings Total

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental - Pre Tax | 4.64 | 115.80 |
| Medical - Pre Tax | 40.29 | 1,000.93 |
| Vision Care Pre Tax | 4.95 | 120.87 |
| 401(k) Deferral | 0.00 | 314.30 |
| **TOTAL:** | **49.88** | **1,551.90** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Loan 1 | 489.42 | 7,853.36 |
| 401(k) Loan 2 | 195.14 | 3,232.43 |
| AFA Dues | 0.00 | 450.00 |
| GUL - Dependent Post Tax | 0.00 | 83.58 |
| GUL - Employee Post Tax | 0.00 | 1,183.25 |
| | 0.00 | 3,174.00 |
| | 0.00 | 18.00 |
| | 0.00 | -399.82 |
| **TOTAL:** | **688.56** | **15,594.80** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,205.65 | 3,155.77 | 861.09 | 738.44 | 1,606.12 |
| YTD | 46,842.63 | 43,016.95 | 11,180.94 | 17,146.70 | 18,514.99 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000013858637 | Checking | xxxx6018 | $1,606.12 |
| **TOTAL:** | | | **$1,606.12** |

## NON-NEGOTIABLE

EXHIBIT 6, PAGE 54

| United Airlines Inc.<br>16th Floor - HSCPZ<br>609 Main Street<br>Houston, TX 77002<br>Ph: 877/825-3729 | Pay Group:<br>Attendants<br>Pay Begin Date:<br>Pay End Date: | SMF-Semimonthly Flt<br><br>08/31/2018<br>09/30/2018 | UNITED<br><br>Thanks for all you do for United ! | Advice #:<br>Advice Date: | 000000013660933<br>10/17/2018 | |
|---|---|---|---|---|---|---|

| | | | | | TAX DATA: | Federal | CA State |
|---|---|---|---|---|---|---|---|
| Jamie Lynn Gallian | Employee ID:<br>Department:<br>Location:<br>Job Title: | 270556<br>7606-INFLT ASSIGNMENT-LAX<br>Los Angeles, California<br>Flight Attendant - Domestic | | | Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Amt: | Single<br>0<br>0<br>0 | Married<br>0 |

## HOURS AND EARNINGS

| | | | | -----YTD----- | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours WKD | Oth Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Quarterly Operations Ince | | | | 25.00 | | 450.00 | Fed Withholding | 5.56 | 5,359.26 |
| Off-Set | | | | 0.00 | | 0.00 | Fed MED/EE | 0.36 | 579.57 |
| Flight Advance | | | | 0.00 | | 3,265.66 | Fed OASDI/EE | 1.55 | 2,478.17 |
| Flight Advance Recovery | | | | 0.00 | | 0.00 | CA Withholding | 2.56 | 1,080.33 |
| * Imputed Income - Life | | | | 0.00 | | 0.40 | CA OASDI/EE | 0.25 | 399.70 |
| Per Diem Pay Non Taxable | | | | 0.00 | | 1,929.76 | | | |
| Per Diem Pay Taxable | | | | 0.00 | | 134.83 | | | |
| Profit Sharing | | | | 0.00 | | 981.68 | | | |
| Regular Pay | | | | 0.00 | | 29,220.34 | | | |
| Sick Pay | | | | 0.00 | 32.00 | 2,029.60 | | | |
| Vacation | | | | 0.00 | 67.02 | 4,238.34 | | | |
| Future Vacation - FLT BID | | | | 0.00 | 13.00 | 822.12 | | | |
| **TOTAL:** | | 0.00 | 0.00 | 25.00 | 112.02 | 43,042.33 | **TOTAL:** | 10.22 | 10,297.03 |

* Denotes Excluded From Earnings Total

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Dental - Pre Tax | 0.00 | 106.52 | GUL - Dependent Post Tax | 0.00 | 77.61 | | | |
| Medical - Pre Tax | 0.00 | 920.35 | GUL - Employee Post Tax | 0.00 | 1,084.83 | | | |
| Vision Care Pre Tax | 0.00 | 110.97 | 401(k) Loan 1 | 0.00 | 6,996.38 | | | |
| 401(k) Deferral | 0.00 | 314.30 | 401(k) Loan 2 | 0.00 | 3,033.29 | | | |
| | | | AFA Dues | 0.00 | 400.00 | | | |
| | | | | 0.00 | 3,174.00 | | | |
| | | | | 0.00 | 18.00 | | | |
| | | | | 0.00 | -399.82 | | | |
| **TOTAL:** | 0.00 | 1,452.14 | **TOTAL:** | 0.00 | 14,384.29 | **TOTAL:** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 25.00 | 25.00 | 10.22 | 0.00 | 14.78 |
| YTD | 43,042.33 | 39,656.12 | 10,297.03 | 15,836.43 | 16,908.87 |

| NET PAY DISTRIBUTION | | | | |
|---|---|---|---|---|
| Payment Type | | Account Type | Account Number | Deposit Amount |
| Advice #000000013660933 | | Checking | xxxx6018 | $14.78 |
| **TOTAL:** | | | | $14.78 |

## NON-NEGOTIABLE

EXHIBIT 6, PAGE 55

United Airlines Inc.
16th Floor - HSCPZ
609 Main Street
Houston, TX 77002
Ph: 877/825-3729

| Pay Group: | SMF-Semimonthly |
| Flt Attendants | |
| Pay Begin Date: | 10/01/2018 |
| Pay End Date: | 10/30/2018 |

**UNITED**

Thanks for all you do for United !

| Advice #: | 000000036559123 |
| Advice Date: | 11/16/2018 |

Jamie Lyna Gallian

| Employee ID: | 270556 |
| Department: | 7606-INFLT ASSIGNMENT-LAX |
| Location: | Los Angeles, California |
| Job Title: | Flight Attendant - Domestic |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Single | Married |
| Allowances: | 0 | 0 |
| Addl. Pct: | | |
| Addl. Amt: | | |

## HOURS AND EARNINGS

| Description | Rate | Hours WKD | Oth Hours | Earnings | Hours | Earnings |
|---|---|---|---|---|---|---|
| Flight Advance | | | | 3,305.85 | | 0.01 |
| Regular Pay | | | | 791.70 | | 791.70 |
| Per Diem Pay Taxable | | | | 47.48 | | 182.31 |
| Flight Advance Recovery | | | | 2,366.47 | | 2,366.47 |
| Quarterly Operations Incs | | | | 0.00 | | 450.00 |
| Off-Set | | | | 0.00 | | 0.00 |
| Imputed Income - Life | | | | 0.00 | | 0.40 |
| Per Diem Pay Non Taxable | | | | 0.00 | | 2,279.47 |
| Profit Sharing | | | | 0.00 | | 981.68 |
| Regular Pay | | | | 0.00 | | 32,432.93 |
| Sick Pay | | | | 0.00 | 36.00 | 2,297.60 |
| Vacation | | | | 0.00 | 67.02 | 4,288.34 |
| Future Vacation - FLT BID | | | | 0.00 | 13.00 | 822.12 |
| **TOTAL:** | | 0.00 | 0.00 | 0.00 | 116.02 | 46,842.63 |

* Denotes Excluded From Earnings Total

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 0.00 | 6,255.52 |
| Fed MED/EE | 0.00 | 628.30 |
| Fed OASDI/EE | 0.00 | 2,686.54 |
| CA Withholding | 0.00 | 1,177.27 |
| CA OASDI/EE | 0.00 | 433.31 |
| **TOTAL:** | 0.00 | 11,180.94 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental - Pre Tax | 0.00 | 115.90 |
| Medical - Pre Tax | 0.00 | 1,000.83 |
| Vision Care Pre Tax | 0.00 | 120.87 |
| 401(k) Deferral | 0.00 | 314.30 |
| **TOTAL:** | 0.00 | 1,551.90 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| AFA Dues | 0.00 | 450.00 |
| GUL - Dependent Post Tax | 0.00 | 83.58 |
| GUL - Employee Post Tax | 0.00 | 1,183.25 |
| 401(k) Loan 1 | 0.00 | 7,853.36 |
| 401(k) Loan 2 | 0.00 | 3,232.43 |
| | 0.00 | 3,174.00 |
| | 0.00 | 18.00 |
| | 0.00 | -399.82 |
| **TOTAL:** | 0.00 | 15,594.80 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 46,842.63 | 43,016.95 | 11,180.94 | 17,146.70 | 18,514.99 |

## NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| **TOTAL:** | | | 0.00 |

# NON-NEGOTIABLE



# TAX CLEARANCE CERTIFICATE

☒ **Mobile Home**          ☐ **Floating Home**

### COUNTY OF ORANGE

| SERIAL NUMBER/HULL NUMBER | DECAL NUMBER/CF NUMBER |
|---|---|
| AC7V710394GB/ AC7V710394GA | LBM1081 |
| LOCATION OF HOME | ASSESSOR'S PARCEL NUMBER |
| 16222 MONTEREY LN 376 HUNTINGTON BEACH | 891-569-62 |
| CURRENT REGISTERED OWNER | APPLICANT |
| RYAN, LISA T<br>16222 MONTEREY LN<br>SPC 376<br>HUNTINGTON BEACH<br>CA 92649 | J-SANDCASTLE CO, LLC<br>16222 MONTEREY LN #376<br>HUNTINGTON BEACH<br>CA 92649 |

I hereby certify that the following has been paid:

☐ Delinquent license fees

☒ Property taxes applicable to the home identified above through the fiscal year 2018-2019

☒ A security deposit for payment of the property taxes for the fiscal year 2019-2020

☒ No taxes due or payable at this time.

There may be a supplemental assessment not covered by this "Tax Clearance Certificate" which may create an additional bill.

### THIS CERTIFICATE IS VOID ON AND AFTER JANUARY 15, 2019.

Executed on November 16, 2018 at Santa Ana.
Treasurer-Tax Collector for Orange County, State of California.

Issued on November 16, 2018 _____ (Signature)

§§2189.8, 5832 R & T Code                                    TDL 10-01 (7-87)



Reg#9               11/16/2018          Trans #52384
cdescenzo           12:20 PM            Location: 100
                    TTC G-58

# RECEIPT

OFFICE OF THE TREASURER-TAX COLLECTOR
SHARI L. FREIDENRICH, CPA
625 N.ROSS STREET, BLDG 11, SANTA ANA
(714) 834-3411   ttcinfo@ttc.ocgov.com

Daily Bank Deposit ID  11-16-18

PPN \ TCN \ REF:                        0813460.
Property Address:  16222 MONTEREY 376 HUNTINGTON BEACH
Tax Year:
Roll Type:                              03 - UNS
Installment #:                          1
Unsecured Tax                           $1,634.54
- - - - - - - - - - - - - - - - - - - - - - - - - - -
          SUB TOTAL:                    $1,634.54
          TOTAL DUE:                    $1,634.54
CHECK                                   $1,634.54
Account Number XXXXXXXXXXXX6018
Check # 2670
Routing Number 271081528

PAY ONLINE WITH YOUR BANK ACCOUNT
AT NO COST AT ocgov.com/octaxbill
PRINT OR GET YOUR RECEIPT BY EMAIL.
THANK YOU



TAX COLLECTOR (TC) REFERENCE NO.          STATEMENT AS OF
       0813460          11/16/2018

## TAX BILL SUMMARY

UNPAID ASSESSMENT SUMMARY

ANY DELINQUENT ASSESSMENTS ARE SUBJECT TO IMMEDIATE
ENFORCEMENT ACTIONS. SEE PARAGRAPH 12 ON THE BACK
FOR MORE INFORMATION.

TOTAL AMOUNT DUE BY 11/30/18:                    $1,634.54

PROPERTY AFTER JANUARY 1 DOES NOT RELIEVE ASSESSEE FROM PAYING THIS BILL

**IMPORTANT INFORMATION**

The owner on the Lien Date is responsible for payment of this bill in full. The sale, closure, removal or other disposal of the assessed property after January 1, 2018 does not relieve the assessee of responsibility for the taxes due. The bill will not be prorated for partial ownership.

A Tax Lien will be recorded against the owner, and a recording fee will be charged, if payment is delinquent. A TAX LIEN MAY AFFECT YOUR CREDIT RATING. A 10% penalty and a fee of $75 per assessment, plus additional penalties of 1.5% per month, will be added.

A Tax Lien may be enforced by seizure and/or sale of personal property including bank accounts, income tax refunds or other interests. Registration holds at the DMV will prevent vessel registration until a delinquency is cleared.

| INFORMATION | ASSESSED VALUES (A/V) | | TRA/ YEAR | TAX TYPE & RATE | AMOUNT |
|---|---|---|---|---|---|
| ASSESSMENTS: | | | | | |
| | BASE TAX AMOUNT | INTEREST & PENALTIES | FEES | AMOUNT PAID | BALANCE DUE |
| 1: 501018 | 1,300.90 | 250.64 | 83.00 | | 1,634.54 |
| IVE TAX YEAR: 2017 | | | | | |
| HUNTINGTON BEACH | | | | | |
| ER | | | | | |
| : 18-00427461 | | | | | |
| TOTALS: | 1,300.90 | 250.64 | 83.00 | | 1,634.54 |




**OFFICE OF THE
TREASURER-TAX COLLECTOR**

P.O. BOX 1438
SANTA ANA, CALIFORNIA 92702-1438

(714) 834-3411

ocgov.com/octaxbill
ttcinfo@ttc.ocgov.com

**SHARI L. FREIDENRICH, CPA**
TREASURER-TAX COLLECTOR

## IMPORTANT INFORMATION ABOUT
## MOBILE HOME TAX CLEARANCE CERTIFICATES

- Tax Clearance Certificates are issued to transfer ownership of a mobile home in order to ensure all property taxes are collected. Mobile home title issuance is administered by the California Department of Housing and Community Development (HCD). They cannot transfer title of a used mobile home subject to local property taxes without a Tax Clearance Certificate from the Treasurer-Tax Collector of the County in which the mobile home is located.

- A Tax Clearance Certificate is issued once all property taxes have been collected and may include an estimate of the current year taxes if the current year taxes have not yet been enrolled. All tax liabilities must be paid prior to receiving a Tax Clearance Certificate.

- Tax Clearance Certificates are issued with an expiration date of 60 days from the issue date. There is no charge for the initial Tax Clearance Certificate. However, if a certificate expires prior to completing a transfer of title, a new certificate must be requested at a cost of $10.00.

- The owner of record as of the lien date of January 1 each year is liable for all property taxes on the mobile home. The owner selling the mobile home should always request a Tax Clearance Certificate to ensure the property tax liability is transferred accordingly.

- In order to complete the title change, take the Tax Clearance Certificate to HCD at the following location:

**Housing and Community Development (HCD)
3737 Main Street, Suite 400
Riverside, CA 92501-3337**

**Telephone: (800) 952-8356
Website: hcd.ca.gov**

- If a Tax Clearance Certificate is not issued at the time of transfer, the mobile home will not be transferred to the new owner's name.

*Mission: Ensure safe and timely receipt, deposit, collection and investment of public funds.*



TCCAS571 ESTIMATED TAX STUB
2018 AT 12:33:41 BY CHRISTINA DASCENZO

1-569-62.00    TOTAL AMT DUE    $1,224.00

/15/19

Pd Ck # 2671

Reg#9          11/16/2018      Trans #52385
cdascenzo      12:21 PM        Location: 100
               TTC 6-58

## RECEIPT

OFFICE OF THE TREASURER-TAX COLLECTOR
SHARI L. FREIDENRICH, CPA
625 N.ROSS STREET, BLDG 11, SANTA ANA
(714) 834-3411  ttcinfo@ttc.ocgov.com

Daily Bank Deposit ID  11-16-18

| | |
|---|---|
| APN \ TDN \ REF: | 89156962.0000 |
| Property Address: | |
| Tax Year: | 2019 |
| Roll Type: | 01 - SEC |
| Installment #: | 03 |
| Secured Tax | $1,224.00 |

| | |
|---|---|
| APN \ TDN \ REF: | 89156962.00 |
| Property Address: 16222 MONTEREY LN 376 HUNTINGTON BEACH | |
| Tax Year: | 2018 |
| Roll Type: | 01 - SEC |
| Installment #: | 1 |
| Secured Tax | $599.66 |

| | |
|---|---|
| APN \ TDN \ REF: | 89156962.00 |
| Property Address: 16222 MONTEREY LN 376 HUNTINGTON BEACH | |
| Tax Year: | 2018 |
| Roll Type: | 01 - SEC |
| Installment #: | 2 |
| Secured Tax | $599.66 |

| | |
|---|---|
| SUB TOTAL: | $2,423.32 |
| TOTAL DUE: | $2,423.32 |
| | $2,423.32 |

CHECK
Account Number XXXXXXXXXXX6018
Check # 2671
Routing Number 271081528

PAY ONLINE WITH YOUR BANK ACCOUNT
AT NO COST AT ocgov.com/octaxbill
PRINT OR GET YOUR RECEIPT BY EMAIL.
THANK YOU

61519000012240000000000000000000000000000000000000009

| TOTAL NET TAXABLE VALUE: | | 109,685 | 1,199.32 |
|---|---|---|---|
| 1st Installment DUE 11/1/18 | 2nd Installment DUE 2/1/19 | | TO PAY BOTH INSTALLMENTS BY 12/10/18 |
| $599.66 | $599.66 | = | $1,199.32 |

| VOTER APPROVED TAXES AND SPECIAL ASSESSMENTS | | | |
|---|---|---|---|
| SERVICE AGENCY | RATE | VALUE | TAXES |
| BASIC LEVY RATE | 1.00000 | 109,685 | 1,096.84 |
| COAST COMM COLLEGE DIST | .03052 | 109,685 | 33.47 |
| OCEAN VIEW SD 2016, SR 2017A | .02404 | 109,685 | 26.37 |
| HUNTINGTON BCH UNION HS | .02388 | 109,685 | 26.19 |
| HUNTINGTON BEACH EMPLOYEE RETIREMEN | .01500 | 109,685 | 16.45 |
| TOTAL CHARGED | 1.09344 | | 1,199.32 |

FOR DETAILS OF UNPAID TAXES, VISIT OUR WEBSITE AT OCGOV.COM/OCTAXBILL
FOR EACH PAYMENT RETURNED UNPAID BY YOUR BANK FOR ANY REASON
BY CHECK, YOUR CANCELLED CHECK IS YOUR RECEIPT OR PAY ONLINE AND RECEIVE AN EMAILED RECEIPT



EXHIBIT 6, PAGE 61

EXHIBIT  7

*Rancho Del Rey*

**MOBILE HOME ESTATES**
16222 MONTEREY LANE
HUNTINGTON BEACH, CA 92649
PHONE: (714) 846-1429

## Amendment To Denial Letter
January 9, 2019

**TO:**
Gallian, Jamie
16222 Monterey Ln. SPC 376
Huntington Beach, California 92649

Ms. Gallian:

Since your Application For Residency was denied on November 20, 2018, Rancho Del Rey Mobile Home Estates has discovered information which significantly and negatively impacts your request for residency. As a result, Rancho Del Rey Mobile Home Estates hereby amends its denial of your Application For Residency, previously made for insufficient financial wherewithal due to poor credit and low credit scores, to also include the following:

1.      You made a materially false statement on your Application For Residency submitted on November 19, 2018. . The application asks: 'Have you been asked to terminate your residency elsewhere or have you ever been evicted" You answered "No" Park management has learned that Huntington Beach Gable Homeowner's Association served you with a Termination Notice on or about September 26, 2018 and on October 24, 2018 you were personally served with a Complaint for unlawful detainer by The Huntington Beach Gables Homeowners Association (Orange County Superior Court Case No. 30 2018 01024401). At the time of the application, the eviction action was still pending. You had in fact been asked to terminate your residency in the condominium community and the community had begun eviction proceedings. This is a material falsehood.

2.      Park Management has also learned that your previous conduct in the condominium community known as The Huntington Beach Gables demonstrates that you will not to comply with the Rules and Regulations governing the mobilehome park. The conduct includes, but is not limited to, the following events:

a.)      You engaged in the systematic and continued harassment of a member of the community and her young family. A Temporary Restraining Order (TRO) was issued against you for the repeated harassment of Ms. Janine Jasso and her seven (7) year old daughter. On December 21, 2018, the Court ordered a five (5) year Restraining Order against you due to your harassing conduct (Orange County Superior Case No. 30-2018-00986785.) Park Management also learned that you have a criminal action (Orange County Criminal Court Case No 18 WM05278. *People v. Jamie Gallian*) pending against you relating two alleged violations of the TRO.

b.)      Park Management has learned that you physically attacked your neighbor, Ms. Leslie Battisti. The Park understands that you trespassed on to your neighbor's property and physically assaulted her by punching Ms. Battisti in the face causing injuries requiring medical attention.

c.)      You trespassed onto a neighbor's property and willfully and deliberately destroyed approximately $800.00 worth of another resident's property.

1

EXHIBIT 7, PAGE 62

3.        You are asserting in recently filed court documents that you are not the owner of the mobilehome. The mobilehome is the property of J Sandcastle Co., LLC.  Rancho Del Rey Mobile Home Estates is a residential community for seniors.  The mobilehome park requires that at least one of the qualifying tenants be registered with HCD as the homeowner.  The mobilehome park does not allow subleasing.

*Wilda Maskulinski*

Wilda Maskulinski

Manager

# PROSPECTIVE PURCHASER EVALUATION — NOTICE TO PROSPECTIVE PURCHASER



**Western Manufactured Housing Communities Association**

### Rancho Del Rey Mobile Home Estates
(Park Name)

TO: Prospective Homeowner: _____ Jamie Gallian _____

(Prospective Homeowner Name)

On 11/19/2018 _____, management received all of the information necessary to determine if you will be

(Date)

acceptable as a homeowner in the park, located at 16222 Monterey Ln. SPC 376 Huntington Beach, CA 92649 _____.

(space and address)

This is to advise prospective homeowner that the prospective homeowner is:

_____**APPROVED FOR RESIDENCY IN THE PARK, provided that the prospective homeowner complies with the requirements of Section 798.75 of the California Civil Code and executes a rental agreement with management.** In the event the prospective homeowner fails to execute the rental agreement, that person shall have no rights of tenancy. The prospective homeowner should contact management immediately to sign a rental agreement. You are also advised that any escrow, sale or transfer agreement for the mobilehome must contain a copy of either a fully executed rental agreement or a statement signed by both the management and you that the parties have agreed to the terms and conditions of the rental agreement.

_X_ **DISAPPROVED**, because:

_____You have not demonstrated that you have the financial ability to pay the rent and charges of the park.

_____Management has determined that, based on your prior tenancies, you will not comply with the rules and regulations of the park.

_____Management has determined that you cannot comply with the requirements of the park's rules and regulations limiting residency to housing for older persons.

_X_ This disapproval includes the following reason(s):

_X_ Consumer Credit Report (check appropriate box below):

_X_ Information contained in a consumer credit report obtained from the consumer credit reporting agency named in the paragraph on page two of this form.

_____A consumer credit report containing insufficient information obtained from the consumer credit reporting agency named in the paragraph on page two of this form.

You have a right to know the information contained in your credit file at the consumer reporting agency. You also have a right to a free copy of your report from the reporting agency if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete you have the right to dispute the matter with the reporting agency. Any questions regarding such information should be directed to the consumer reporting agency.

Printed Using formsRus.com On-Line Forms Software

Copyright © 2014, WMA

EXHIBIT 7, PAGE 64

__X__ Your credit score from the consumer reporting agency named in the paragraph below. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

Your credit score: _523_   Date: _11/20/2018_____   Scores range from a low of _500___ to a high of _850_

Key factors that adversely affected your credit score:

1. __Delinquency_____
2. _____
3. _____
4. _____

5. Number of recent inquiries on credit report. (Check if applicable___ ).

If you have any questions regarding your credit score, you should contact the agency named in the paragraph below.

The consumer reporting agency that provided the report and/or credit score (if applicable) that influenced our decision in whole or in part is listed below. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you.

**OCMHSC/AAOC Consumer Credit Relations**
**525 Cabrillo Park Drive Suite 125**
**Santa Ana, CA 92701-5076**
**Fax 714.245.9505**

You may have additional rights under the credit reporting or consumer protection laws of California. For further information, you can contact the California Department of Consumer Affairs, or the California State Attorney General's office.

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, religion, national origin, gender, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

Dated: _11/20/2018_____          _Wildamaskulinski_____
                                                          (Park Management)
                                                     **Wilda Maskulinski**

Printed Using formsRus.com On-Line Forms Software          Copyright © 2014, WMA

## Notice of Denial To Rent, or Other Adverse Action

On _____10/20/2018_____, Owner/Agent for Owner, of the property located at/known as
_____Rancho Del Rey Mobile Home Estates_____ herein referred to as "We",
received an Application to Rent from Jamie Gallian "Applicant".

We regret to inform you that your application has been:

✓ Denied

— Approved with the following conditions:

_____

This letter will serve to inform you of your rights pursuant to the Fair Credit Reporting Act, (FCRA), 15 U.S.C. Section 1861; et sec., as amended by the Consumer Credit Reporting Reform Act of 1996 (Public law 104-208, the Omnibus Consolidated Appropriations Act for the Fiscal Year 1997, Title II, Subtitle D, Chapter 1).

✓ We have made our decision regarding your application based on the following:

Credit Score below minimum

_____

Information provided by data furnishers and prepared by our credit reporting agency, Orange County Multi-Housing Service Corporation a wholly owned subsidiary of the Apartment Association of Orange County (OCMHSC/AAOC).

If you feel that the information reported to us was in error, you may contact OCMHSC/AAOC by mail or by fax.

### OCMHSC/AAOC Consumer Credit Relations
### 525 Cabrillo Park Drive, Suite 125, Santa Ana, CA 92701-5076
### Fax: 714.245.9505

You have a right under the FCRA to obtain a copy of your consumer report, dispute its accuracy with the appropriate agency, and provide a consumer statement describing your position. You have a right to obtain a copy of your report within 60 days of your application. You have a right to put into your report a consumer statement of up to 100 words explaining your position on the item under dispute. If your information was obtained more than 220 days from the original date of the report, you will need to indicate that to the operator. They will be able to refer you to TransUnion, the national repository responsible for the information on your report. If your credit score from the consumer reporting agency was a factor that affected our decision, your credit score is indicated below. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes. Key factors that may or may not adversely affect your credit score are: late payments, excessive debt, insufficient income, incomplete credit profile.

Applicant Credit Score: ____523____ (Scores range from 300-850)

OCMHSC's/AAOC's office hours for consumer relations are Monday â€" Friday, 8 am â€" 5 pm Pacific Time. Please be prepared to provide your Social Security Number and to answer personal questions regarding your address, employment and credit information. When you contact OCMHSC/AAOC, know that you may also request a credit score along with a disclosure of your credit or public record file. When responding, include a clear copy of your state issued photo ID. Pursuant to Section 615 of the FCRA, we hereby notify you that OCMHSC/AAOC only provided information regarding your credit, criminal and/or rental history. OCMHSC/AAOC took no part in making the decision to reject your rental application, nor can OCMHSC/AAOC explain why the decision was made. Let OCMHSC/ AAOC know if you feel that you have been a victim of fraud or a related crime, including identity theft. In addition to informing the credit reporting agencies, you may also contact the Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20006 or visit their website at www.consumerfinance.gov/learnmore.

EXHIBIT 8

000853

**UD-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Gordon G  May (SBN 167112)
GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA 92614

TELEPHONE NO  (949) 660-1600      FAX NO. (Optional)  (949) 660-6060
E-MAIL ADDRESS (Optional):  ggm@ggb-law.com
ATTORNEY FOR (Name):  Plaintiff BS INVESTORS, LP

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange
**10/17/2018** at 01:07:00 PM
Clerk of the Superior Court
By Marlene Orellana, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  ORANGE
STREET ADDRESS  700 Civic Center Drive West
MAILING ADDRESS
CITY AND ZIP CODE  Santa Ana, CA 92701
BRANCH NAME  CENTRAL JUSTICE CENTER

PLAINTIFF   BS INVESTORS, LP, a California limited partnership

DEFENDANT   JAMIE L  GALLIAN, an individual and DOES 1 to 20, inclusive

☐  DOES 1 TO _____

**COMPLAINT — UNLAWFUL DETAINER***
☐ COMPLAINT   ☒ AMENDED COMPLAINT (Amendment Number): 1

CASE NUMBER
30-2018-01024401

**Jurisdiction (check all that apply):**
☐  ACTION IS A LIMITED CIVIL CASE
  Amount demanded    ☐ does not exceed $10,000
            ☐ exceeds $10,000 but does not exceed $25,000
☒  ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
☐  ACTION IS RECLASSIFIED by this amended complaint or cross-complaint  (check all that apply):
    ☐ from unlawful detainer to general unlimited civil (possession not in issue)    ☐ from limited to unlimited
    ☐ from unlawful detainer to general limited civil (possession not in issue)    ☐ from unlimited to limited

1  PLAINTIFF (name each):  BS INVESTORS, LP, a California limited partnership

alleges causes of action against DEFENDANT (name each): JAMIE L. GALLIAN, an individual

2. a.  Plaintiff is    (1) ☐ an individual over the age of 18 years    (4) ☐ a partnership.
         (2) ☐ a public agency.              (5) ☐ a corporation.
         (3) ☒ other (specify):  a California limited partnership

   b. ☒ Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):
      BS INVESTORS, LP
3  Defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):
   4476 Alderport Drive, Huntington Beach, CA  92649, County of Orange

4. Plaintiff's interest in the premises is  ☐ as owner  ☒ other (specify):  Ground Sublessor
5  The true names and capacities of defendants sued as Does are unknown to plaintiff
6. a.  On or about (date):  March 22, 2017        defendant (name each):  JAMIE L. GALLIAN, an individual

      (1) agreed to rent the premises as a  ☐ month-to-month tenancy  ☒ other tenancy (specify):  See Lease Exs. 1 & 1a
      (2) agreed to pay rent of $ _____  payable ☐ monthly  ☒ other (specify frequency):  Quarterly
      (3) agreed to pay rent  on the  ☐ first of the month  ☒ other day (specify):
   b. This ☒ written  ☐ oral   agreement was made with
      (1) ☐ plaintiff.                (3) ☐ plaintiff's predecessor in interest.
      (2) ☐ plaintiff's agent.            (4) ☒ other (specify):   Plaintiff, prior to conversion to limited partnership

***NOTE.**  Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev  July 1, 2005]

**COMPLAINT—UNLAWFUL DETAINER**  Legal Solutions Plus

Civil Code, § 1940 et seq
Code of Civil Procedure §§ 425 12, 1166

EXHIBIT 8, PAGE 67

| | | CASE NUMBER |
|---|---|---|
| PLAINTIFF *(Name)*   BS INVESTORS, LP, a California limited partnership | | 30-2018-01024401 |
| DEFENDANT *(Name)*   JAMIE L. GALLIAN, an individual and DOES 1 to 20, inclusive | | |

6  c.  [X]  The defendants not named in item 6a are
       (1) [ ]  subtenants.
       (2) [ ]  assignees.
       (3) [X]  other *(specify):*  Unknown DOE defendants.

   d.  [ ]  The agreement was later changed as follows *(specify):*

   e.  [X]  A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached
       and labeled Exhibit 1.  *(Required for residential property, unless item 6f is checked.  See Code Civ. Proc., § 1166.)*
   f   [ ]  *(For residential property)*  A copy of the written agreement is **not** attached because *(specify reason):*
       (1) [ ]  the written agreement is not in the possession of the landlord or the landlord's employees or agents.
       (2) [ ]  this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7  [X]  a.  Defendant *(name each):*  JAMIE L. GALLIAN, an individual

       was served the following notice on the same date and in the same manner:
       (1) [ ]  3-day notice to pay rent or quit     (4) [ ]  3-day notice to perform covenants or quit
       (2) [ ]  30-day notice to quit             (5) [ ]  3-day notice to quit
       (3) [ ]  60-day notice to quit             (6) [X]  Other *(specify):*  Ten Day Notice to Cure or Quit
      b  (1)  On *(date):*  October 9, 2018         the period stated in the notice expired at the end of the day.
       (2)  Defendants failed to comply with the requirements of the notice by that date.
      c.  All facts stated in the notice are true.
      d.  [X]  The notice included an election of forfeiture.
      e.  [X]  A copy of the notice is attached and labeled Exhibit 2.  *(Required for residential property.  See Code Civ. Proc.,*
       *§ 1166.)*
      f.  [ ]  One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different
       manner, as stated in Attachment 8c.  *(Check item 8c and attach a statement providing the information required by*
       *items 7a–e and 8 for each defendant.)*

8  a.  [X]  The notice in item 7a was served on the defendant named in item 7a as follows:
       (1) [ ]  by personally handing a copy to defendant on *(date):*
       (2) [ ]  by leaving a copy with *(name or description):*
           a person of suitable age and discretion, on *(date):*           at defendant's
           [ ] residence   [ ] business   AND mailing a copy to defendant at defendant's place of residence on
           *(date):*                because defendant cannot be found at defendant's residence or usual
           place of business.
       (3) [X]  by posting a copy on the premises on *(date):* September 26, 2018   [X]  AND giving a copy to a person found
           ~~residing at the premises~~ AND mailing a copy to defendant at the premises on
           *(date):* September 26, 2018
           (a) [ ]  because defendant's residence and usual place of business cannot be ascertained OR
           (b) [X]  because no person of suitable age or discretion can be found there.
       (4) [ ]  *(Not for 3-day notice; see Civil Code, § 1946 before using)* by sending a copy by certified or registered mail
           addressed to defendant on *(date):*
       (5) [ ]  *(Not for residential tenancies; see Civil Code, § 1953 before using)* in the manner specified in a written
           commercial lease between the parties.
     b  [ ]  *(Name):*
       was served on behalf of all defendants who signed a joint written rental agreement.
     c.  [ ]  Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
     d.  [X]  Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

| PLAINTIFF (Name)  BS INVESTORS, LP, a California limited partnership | CASE NUMBER 30-2018-01024401 |
|---|---|
| DEFENDANT (Name)  JAMIE L. GALLIAN, an individual and DOES 1 to 20, inclusive | |

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

10. ☐ At the time the 3-day notice to pay rent or quit was served, the amount of **rent due** was $

11. ☒ The fair rental value of the premises is $ 24.05                per day.

12. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b) *(State specific facts supporting a claim up to $600 in Attachment 12.)*

13. ☒ A written agreement between the parties provides for attorney fees

14. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

Plaintiff has met all applicable requirements of the ordinances

15. ☒ Other allegations are stated in Attachment 15.

16. Plaintiff accepts the jurisdictional limit, if any, of the court.

17. **PLAINTIFF REQUESTS**

a. possession of the premises.

b costs incurred in this proceeding:

c. ☐ past-due rent of $

d. ☒ reasonable attorney fees.

e. ☒ forfeiture of the agreement.

f. ☒ damages at the rate stated in item 11 from *(date):* October 1, 2018    for each day that defendants remain in possession through entry of judgment.

g ☐ statutory damages up to $600 for the conduct alleged in item 12.

h ☒ other *(specify):* Such other relief as the Court deems proper

18. ☒ Number of pages attached *(specify):* 3

### UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)

19. *(Complete in all cases.)* An unlawful detainer assistant ☒ did **not** ☐ did    for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state):*

a. Assistant's name

b. Street address, city, and zip code

c. Telephone No.

d. County of registration:

e. Registration No..

f. Expires on *(date):*

Date  October 17, 2018

Gordon G  May
_____
(TYPE OR PRINT NAME)

►              _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

### VERIFICATION

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date

_____
(TYPE OR PRINT NAME)

►              _____
(SIGNATURE OF PLAINTIFF)

000856              EXHIBIT 8, PAGE 69

**ATTACHMENT 15**

Plaintiff BS INVESTORS, LP is informed and believes and thereon alleges as follows:

A)   Plaintiff BS INVESTORS, LP (formerly known as BS Investors, LLC) is a California limited partnership doing business in Orange County, California, and converted from a limited liability company (BS Investors, LLC) to a limited partnership on or about March 29, 2018 (hereinafter "Plaintiff"). Plaintiff is the Landlord under the Condominium Lease (Exhibit 1).

B)   On or about March 22, 2017, Defendant Jamie L. Gallian, an individual ("Defendant") assumed the written Condominium Lease and all obligations and duties of the tenant thereunder when Defendant acquired the leasehold interest by Assignment of Lease (See Exhibits 1, 1a).

C)   Section 7 of the Condominium Lease requires Defendant to fully comply with and abide by the terms of, covenants, restrictions, provisions and conditions of the Declaration [the CC&R for the Huntington Beach Gables development where the Premises is located] and any amendments thereof, and any rules, regulations, agreements, decisions and determinations duly made by the management body for the Project established pursuant to the Declaration respecting the maintenance, use and occupation of its Unit and the leased land and any building or improvements constructed thereon <u>and the payment of all assessments and charges of every type levied by the management body of the Project in connection therewith</u>. In addition to the foregoing, <u>Tenant hereby covenants and agrees to promptly pay at all times during the term hereof,</u>

before the same shall become delinquent, Tenant's share of the common expenses of the Project and <u>any and all assessments, charges, and duties of every description, levied under the provisions of the Declaration</u>, without cost, expense or liability to Landlord in connection with the Premises.

D)   The Huntington Beach Gables Homeowners' Association levied a Special Assessment in the amount of $5,300.50 on Defendant, and provided Defendant and her attorney with specific written detail about the Special Assessment on February 16, 2018.

E)   Defendant breached the Condominium Lease by failing to pay the Huntington Beach Gables Homeowners' Association Special Assessment as specified in the Ten Day Notice to Cure or Quit attached hereto as Exhibit 2.   Defendant is in default under the Condominium Lease for failing to cure as required under Section 14, giving Plaintiff the right to terminate the Lease pursuant to Section 17B, which provides in part: "By written notice to Tenant, Landlord may declare this Lease at an end, re-enter the leased land by process of the law, eject all parties in possession thereof therefrom and repossess said leased land".

EXHIBIT 8, PAGE 71

**<u>VERIFICATION</u>**

     I, Hugh M. Saddington, am an authorized agent for BS Investors, LP, a California limited partnership.  I have read the attached Complaint - Unlawful Detainer and am informed and believe that the matters stated therein are true and on that ground allege that the matters stated therein are true.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this verification was executed on October 17, 2018 at Irvine, California.

                        BS Investors, LP
                        a California limited partnership


By:   LPL Asset Management Corporation,
         a California Corporation
         Its:  General Partner

By:   _____
         Hugh M. Saddington
         Its:  President

# EXHIBIT 1

EXHIBIT 8, PAGE 73

8894                    BK 13824 PG 1274

$ 19⁰⁰

Recorded at the Request of
and When Recorded Return To:

Robert P. Warmington
16592 Hale Avenue
Irvine, California    92714

RECORDED AT REQUEST OF
FIRST AMER. TITLE INS. CO.
IN OFFICIAL RECORDS OF
ORANGE COUNTY, CALIFORNIA
8:00 A.M  NOV  7  1980
LEE A. BRANCH, County Recorder

AP 178-0--01

## CONDOMINIUM SUBLEASE

THIS SUBLEASE (hereinafter "lease") is made
this 1st day of    August    , 1980, by and between
ROBERT P. WARMINGTON, an individual whose address is 16592
Hale Avenue, Irvine, California 92714 (herein termed the
"Landlord"), and

    JOHN F. TURNER and VIRGINIA H. TURNER, husband and wife as Joint Tenants

whose address is
    4476 Al_ _port, Huntington Beach, Ca. 92647
(herein termed the "Tenant").

### W I T N E S S E T H :

That whereas Tenant is concurrently acquiring
certain interest in Condominium Unit  53  on Lots 1 and 2
of Tract 10542 as shown on a map recorded in Book 456
Pages 49 and 50 Official Records of Orange County
California consisting of buildings and other improvements
located on Lots 1 and 2 of Tract 10542, which buildings
and other improvements are and shall remain real property.

1.    PROPERTY LEASED.  For and in consideration
of the payment of the rents and taxes and other charges
and for the performance of all of the covenants and
conditions of this lease by Tenant, Landlord hereby
subleases to Tenant

        (i)  Unit 53 , (the "Unit") as shown and
    defined on that certain Condominium Plan
    recorded in Book 13358 Pages 1193 et seq.,
    Official Records of Orange County,
    California (the "Condominium Plan"),
    excepting therefrom all buildings and other
    improvements;

        (ii)  An undivided one-eightieth (1/80)
    interest in the Common Areas (as defined in
    the Condominium Plan, excepting therefrom
    all buildings and other improvements;

        (iii)  An easement for the exclusive use and
    occupancy of those portions of the
    Restricted Common Area (as defined on said
    Condominium Plan) for entry and staircases
    and attic space relating to said Unit,
    excepting therefrom all buildings and other
    improvements;

WPN:2004A

BK 13824PG 1275

(iv)  A non-exclusive easement and right to use the Common Area (as defined on said Condominium Plan), except the Restricted Common Area, excepting therefrom all buildings and other improvements.

It is understood that "Houser Bros. Co., a California limited partnership (hereinafter the "Master Lessor") and Landlord have entered into a Ground Lease dated as of August 1, 1980 which is being recorded concurrently herewith (the "Master Lease") as lessor and lessee, respectively.  This lease shall be subject and subordinate to the Master Lease, provided that, pursuant to the Master Lease, Master Lessor has agreed not to disturb the subleasehold estate of Tenant in the event of a default under the Master Lease.  Tenant acknowledges receipt of a copy of the Master Lease prior to Tenant's execution of this lease.  The Unit is one unit in a Condominium Project (the "Project") constructed on the leased land and governed by a Declaration of Covenants, Conditions and Restrictions (the "Declaration") recorded in Book 13618, Page 982, Official Records of Orange County, California as amended.

SUBJECT TO:

(a)  Current taxes and assessments.

(b)  Covenants, conditions, restrictions, reservations, rights, rights-of-way and easements of record.

2.   TERM OF LEASE.  The leased land is leased for a basic term commencing on the date this Condominium Sublease is recorded in the Office of the County Recorder of Orange County, California and ending on December 31, 2059, subject, however, to earlier termination as hereinafter provided.

3.   RENTAL.  Tenant agrees to pay to Landlord, as rental for the use and occupancy of said leased land during the term of this lease, the sum of One Thousand Five Hundred DOLLARS ($1,500) per year, in quarterly installments of $375 each in advance, on the first day of the quarter of each calendar year of said term (Provided, however, if the term of this lease commences on a date other than the first day of a calendar quarter, Tenant shall pay an appropriately pro rated amount of such quarterly installments upon the commencement of such term); subject, however, to adjustment at the time and in the manner as herein provided for in Article 21 entitled "Rental Adjustment".  All rentals hereunder and charges with respect thereto shall be paid in lawful money of the United States of America.

4.   TAXES AND ASSESSMENTS.  In addition to the rents above provided, Tenant shall pay and discharge all taxes and general and special assessments of every description which may be levied upon or assessed against the leased land and all interest therein and improvements and other property thereon, (including its Unit) and upon all rentals payable with respect to the leased land, whether belonging to Landlord, Tenant or the Master

WPN:2004A                               2

000862                    EXHIBIT 8, PAGE 75



Lessor, as such taxes and assessments become due and payable during the term of this lease. Tenant agrees to protect and hold harmless the Landlord, the Master Lessor and the leased land and all interest therein and improvements thereon from any and all such taxes and assessments, including any interest, penalties and other charges which may be thereby imposed and from any lien therefor or sale or other proceedings to enforce payment thereof.

5.  **USE OF LEASED LAND.**  Tenant shall use the leased land and its Unit for single family residential use and purpose s incidental thereto.  Tenant shall not use or permit any person to so use the leased land and the improvements thereon, or any portion thereof, or its Unit as to disturb the neighborhood or occupants of adjoining property, or to constitute a nuisance, or to violate any public law, ordinance or regulation from time to time applicable thereto.

6.  **IMPROVEMENTS.**  When any construction is commenced on the leased land, the same shall be prosecuted with reasonable diligence until completed and shall conform to all public laws, ordinances and regulations applicable thereto and shall be constructed and completed at the sole cost and expense of Tenant and without any cost, expense or liability of Landlord whatsoever. Further, Tenant shall comply with all of the terms, covenants and conditions of the Master Lease pertaining to such construction, including, without limitation, the obligation to obtain the approval of the Master Lessor when, and to the extent required by the Master Lease.

7.  **MAINTENANCE.**  Landlord shall not be obligated to make any repairs, alterations, additions or improvements in, to, upon, or adjoining the leased land or any improvements that may be constructed or installed on the leased land.  As part of the consideration for Landlord entering this Lease, Tenant shall, at all times during the full term of this lease and at his sole cost and expense, keep, repair and maintain its Unit and those other portions of the leased land and buildings and improvements therein which are the responsibility of Tenant to maintain and repair under the provisions of the Declaration, in clean and sanitary condition and in good order and repair.  Tenant shall pay for all water, gas, heat, light, power, telephone and all other utilities and services furnished to its Unit.  Tenant shall make payment directly to the utility involved for all separately metered services and shall pay to the management body for the Project the proportionate share of all centrally metered utilities, such proportion to be determined by said management body.

Tenant shall at all times fully comply with and abide by the terms, covenants, restrictions, provisions and conditions of the Declaration and any amendments thereof, and any rules, regulations, agreements, decisions and determinations duly made by the management body for the Project established pursuant to the Declaration respecting the maintenance, use and occupation of its Unit

WPN:2004A                    3

000863                    EXHIBIT 8, PAGE 76

BK 13824PG 1277

and the leased land and any building or improvements
constructed thereon and the payment of all assessments and
charges of every type levied by the management body of the
Project in connection therewith.  In addition to the
foregoing, Tenant hereby covenants and agrees to promptly
pay at all times during the term hereof, before the same
shall become delinquent, Tenant's share of the common
expenses of the Project and any and all assessments,
charges, and duties of every description, levied under the
provisions of the Declaration, without cost, expense or
liability to Landlord.  Tenant shall further, during the
whole term of this Lease, by paying his proportionate
share of the common expenses of the Project make, build,
maintain and repair all fences, sewers, drains, curbs,
roads, sidewalks, parking areas, and other improvements
which may be required by law to be made, built, maintained
and repaired upon or adjoining or in connection with or
for the use of the leased land.

8.   RESTORATION OF IMPROVEMENTS.  If, during the
term hereof, the dwelling, structures or other
improvements, if any, constructed by or for Tenant on the
leased land, or any part thereof, shall be damaged or
destroyed by fire or other casualty, Tenant may, at its
cost and expense, either (a) repair or restore said
dwelling and improvements; or (b) subject to the consent
of any encumbrancer, if any, tear down and remove the same
from the leased land.

9.   LIENS AND CLAIMS.  Tenant shall not suffer
or permit to be enforced against the leased land or its
Unit, or any part thereof, any mechanics', laborers',
materialmen's, contractors', subcontractors', or any other
liens arising from or any claim for damages growing out of
any work of construction or improvement, or any other
claim or demand howsoever the same may arise, but Tenant
shall pay or cause to be paid all of said liens, claims
and demands before any action is brought to enforce the
same against the leased land and its Unit, and Tenant
hereby indemnifies and agrees to hold Landlord, and its
Unit free and harmless from all liability for any and all
such liens, claims and demands, together with all costs
and expenses, including, but not limited to, attorneys'
fees and court costs incurred by Landlord or Master Lessor
in connection therewith, and Landlord and Master Lessor
shall have the right, at any time and from time to time,
to post and maintain on the leased land, or any part
thereof, such notices of nonresponsibility as desired by
Landlord or as may be provided by law.  Notwithstanding
anything to the contrary contained in this paragraph, if
Tenant shall, in good faith, contest the validity of any
such lien, claim or demand, then Tenant shall, at its
expense, defend itself, Landlord and Master Lessor against
the same and shall pay and satisfy any adverse judgment
that may be rendered thereon before the enforcement
thereof against Landlord the leased land or its Unit, and
if Landlord shall require, Tenant shall furnish to
Landlord a surety bond satisfactory to Landlord in an
amount equal to such contested lien, claim or demand
indemnifying Landlord and Master Lessor against liability
for same; or, if Landlord shall request, Tenant shall

WPN:2004A                    4

EXHIBIT 8, PAGE 77

BK 13824 PG 1278

procure and record the bond provided for in the Civil Code of the State of California, or any comparable statute hereafter enacted providing for a bond freeing the leased land and the Unit from the effect of such lien or claim or action thereon.

10.  LIABILITIES.  Landlord shall not be liable for any loss, damage, injury or claim of any kind whatsoever to any person or property of Tenant, or any of Tenant's employees, guests or invitees or of any other person whomsoever, caused by any use of the leased land or by any defect in any building, structure or other improvement constructed thereon, or arising from any accident on the leased land or any fire or other casualty thereon, or occasioned by the failure on the part of Tenant to maintain said premises in safe condition, or by any nuisance made or suffered on the leased land, or any improvements thereto, or by any act or omission of Tenant, or of any member of Tenant's family or of Tenant's employees, guests or invitees, or arising from any other cause whatsoever, and Tenant hereby waives on its behalf all claims and demands against Landlord for any such loss, damage or injury of Tenant, and hereby agrees to indemnify and save Landlord free and harmless from liability for any such loss, damage or injury of other persons, and from all costs, expenses and other charges arising therefrom and in connection therewith.

11.  LANDLORD PAYING CLAIMS.  Neither Landlord nor the Master Lessor shall be liable for any loss, damage, injury or claim of any kind or character to any person or property arising from or caused by the use or development of the leased land and the construction of improvements thereon, including, without limitation, any such loss, damage, injury or claim arising from or caused by (i) any use of the leased land, or any part thereof; (ii) any defect in the ?ion, construction of or material in any structure ?improvement upon the leased land or in any other ?ein; (iii) any defect in soils or in th? ?? ?? soils or in the design and accompli?? ?? ?? ; (iv) any act or omission of Tenant ?nts, employees, licensees, invitee. ?ont ?s; (v) any accident on the leased land or other casualty thereon; (vi) any representations by Tenant or an? of its agents or employees; (vii) a violation or alleged violation by Tenant, its employees or agent, of any law now or hereafter enacted; (viii) any other cause whatsoever in connection with Tenant's use of the leased land; or (ix) the application of the principles of strict liability with respect to any act or omission during the term of this Lease of Tenant or its agents, employees, licensees, invitees or contractors in connection with the leased land; and Tenant, as a material part of the consideration of this Lease, hereby waives on its behalf all claims and demands against Landlord or the Master Lessor for any such loss, damage or injury of Tenant, and hereby indemnifies and agrees to hold Landlord and the Master Lessor entirely free and harmless from all liability for any such loss, damage, injury or claim with respect to any person or property made by other persons, and with respect to any such violations or charges arising

WPN:2004A                    5

EXHIBIT 8, PAGE 78

BK 13024 PG 1279

therefrom, including, without limitation, attorneys' fees and court costs incurred by Landlord and the Master Lessor in connection therewith.

Tenant either individually, or in conjunction with the Tenants of the remaining undivided interests in the leased land or through the management body for Project shall maintain at all times during the term of the Lease, at its expense and in companies acceptable to Landlord:

(a)  Worker's compensation insurance and employer's liability insurance.

(b)  Comprehensive liability insurance, with limits of not less than FIVE HUNDRED THOUSAND ($500,000) DOLLARS for any one person; ONE MILLION ($1,000,000) DOLLARS for any one occurrence as to bodily injury or death; and ONE HUNDRED THOUSAND ($100,000) DOLLARS per occurrence as to property damage.

Each policy of insurance shall be issued by insurers of recognized responsibility, qualified to do business in California, acceptable to Landlord and the Master Lessor and which has, at the execution hereof, a rating at least equal to AXV by Best's Insurance Guide (or other equivalent rating if such Guide be discontinued) and shall name Landlord and the Master Lessor as an additional insured.  Prior to the time of commencement of this Lease, Tenant shall deliver certificates of insurance carriers of each policy of insurance as evidence of compliance with the above requirements and stating that not less than ten (10) days' written notice will be given to Landlord and the Master Lessor prior to cancellation or reduction in coverage or amount.

12.  ASSIGNMENT.  Tenant shall have the right to assign, sublet or otherwise transfer its interest under this lease without the prior written consent of Landlord.  Notwithstanding the foregoing, this lease or any right hereunder shall in no case be assigned separate and apart from Tenant's Unit located on the leased land.  Also notwithstanding the foregoing, Landlord shall accept Tenant's assignee in writing following a request therefor.

13.  ENCUMBRANCES.  Tenant shall have the right to assign Tenant's interest in this Lease and the leased land to a trustee under a deed of trust (herein called "trust deed"), for the benefit of a lender (herein called "encumbrancer") upon and subject to the following covenants and conditions.  Landlord's consent shall not be required for such assignment, but Landlord shall execute its written consent to such assignment by trust deed following a request therefor from Tenant:

A.  Said trust deed and said assignment and all rights acquired thereunder shall be subject to each and all of the covenants, conditions and restrictions set forth in this Lease and to all rights and interests of the Landlord hereunder; and, in the event of any conflict between the provisions of this Lease and the provisions of

WPN:2004A

000866

BK 13824 PG 1280

any such trust deed or assignment, the provisions of this Lease shall control.

B.   Any encumbrancer as a transferee under the provisions of this Article shall be liable to perform the obligations of the Tenant under this Lease only so long as such encumbrancer holds title to the leasehold.

C.   Upon and immediately after the recording of the trust deed covering the leased land, Tenant, at Tenant's expense, shall cause to be recorded in the office of the Recorder of Orange County, California, a written request for a copy, to the Landlord, of any notice of default and of any notice of sale under the trust deed as provided by the statutes of the State of California relating thereto.  Tenant shall furnish to landlord a complete copy of the trust deed and note secured thereby, together with the name and address of the holder thereof.

D.   Landlord agrees that it will not terminate this Lease because of any default or breach hereunder on the part of the Tenant if the encumbrancer or the trustee under such deed of trust, within sixty (60) days after service of written notice on the encumbrancer by Landlord of its intention to terminate this Lease for such default or breach, shall:

(a)  Cure such default or breach if the same can be cured by the payment or expenditure of money provided to be paid under the terms of this Lease, or if such default or breach is not so curable, cause the trustee under the trust       to commence and thereafter to diligently pursue to completion steps and proceedings for the foreclosure by sale or by exercise of a power of sale under and pursuant to the trust deed in the manner provided by law; and

(b)  Keep and perform all of the covenants and conditions of this Lease requiring the payment or expenditure of money by Tenant until such time as said leasehold shall be sold upon foreclosure, or by exercise of a power of sale, pursuant to the trust deed or shall be released or reconveyed thereunder; provided, however, that if the beneficiary under such trust deed shall fail or refuse to comply with any and all of the conditions of this Article with respect to a breach or default as to which notice of intention to terminate this Lease has been given to the encumbrancer, then and thereupon Landlord shall be released from the covenants of forebearance herein contained with respect to such breach or default.

Any notice to the encumbrancer provided for in this Article may be given concurrently with or after Landlord's notice of default to Tenant as herein provided for in the Article entitled "Default."

Any mortgagee shall have the right at any time during the term hereof while this lease is in full force and effect:

WPN:2004A                    7

EXHIBIT 8, PAGE 80

BK 13824 PG 1281

(a)  To do any act required of Tenant hereunder, and all such acts done or performed shall be effective to prevent a forfeiture of Tenant's rights hereunder as if the same had been done or performed by Tenant; and

(b)  To rely on the security afforded by the leasehold estate and to acquire and to succeed to the interest of Tenant hereunder by foreclosure, whether by judicial sale, by power of sale contained in any security instrument, or by assignment given in lieu of foreclosure, and thereafter convey or assign title to the leasehold estate so acquired to any other person firm or corporation without the consent of Landlord as to such initial transfer, and such obligations shall not commence as to any obligation which cannot be satisfied by the payment of money prior to mortgagee's acquisition of the leasehold estate hereunder by reason of the exercise of its rights as aforesaid.

Until such time as the indebtedness of Tenant to mortgagee shall have been fully paid, Landlord shall not, without the prior written consent of mortgagee first had and obtained, accept any surrender of this lease, consent to any modification hereof or consent to the assignment hereof, or of any part or portion, of the term created thereby or of any interest therein.

14.  DEFAULT.  Should Tenant fail to pay any installment of rent or any other sum provided in this lease to be paid by Tenant at the times herein specified and should such default continue uncured for a period of ten (10) days after written notice from Landlord, or should Tenant default in the performance of or breach any other covenant, condition or restriction of this lease herein provided to be kept or performed by Tenant, and should such default or breach continue uncured for a period of thirty (30) days from and after written notice thereof by Landlord to Tenant, then and in any such event, Landlord may declare this lease to be in default and Landlord shall have all of the remedies available at law or stated in the Article entitled "Remedies" or elsewhere provided in this lease.

15.  REMOVAL.  Upon the expiration of the term of this Lease, and on condition that Tenant shall not then be in default under any of the covenants and conditions hereof, and not otherwise, Tenant shall have the right during the last ninety (90) days of said term, at its sole expense, to remove from the leased land all buildings and other improvements thereon, and Tenant shall fill all excavations and remove all parts of said buildings remaining after the same are removed and surrender possession of the leased land to Landlord in a clean and orderly condition.  In the event any of said buildings and other improvements shall not be removed from the leased land within the time hereinabove provided, the same shall become and thereafter remain a part of the leased land and shall belong to Landlord without the payment of any consideration therefor.  Upon the expiration of the term hereof, or any sooner termination of this Lease, Tenant

WPN:2004A                    9

EXHIBIT 8, PAGE 81

BK 13824 PG 1282

shall execute, acknowledge and deliver to Landlord a proper instrument in writing releasing and quitclaiming to Landlord all right, title and interest of Tenant in and to the leased land and any and all improvements thereon, if not removed by virtue of this Lease or otherwise.

16.  **PLACE OF PAYMENTS AND NOTICES.**  All rents and other sums payable by Tenant to Landlord hereunder shall be paid to the Landlord at the address set forth after Landlord's name above.  Whenever either party hereto desires to give written notice to the other respecting this Lease, such notice, if not personally delivered to Landlord or to Tenant, shall be sent by certified or registered mail, with postage prepaid, and directed to either party at the address hereinabove specified, or at such other address as either party may hereafter designate in writing.  The service of any such written notice shall be deemed complete at the time of such personal delivery or within two (2) days after the mailing thereof in Orange County, California, as herein provided.  Should Landlord or Tenant consist of more than one person, the personal delivery or mailing of such notice to any one of such persons shall constitute complete service upon all such persons.  Any notice provided in the Article hereof entitled "Encumbrances" to be given by Landlord to any encumbrancer of Tenant shall be served in the same manner as herein provided in this Article and shall be delivered to the encumbrancer or directed to its address as last shown on the records of Landlord.

17.  **REMEDIES.**  Should Tenant at any time be in default hereunder pursuant to the provisions of the Article hereof entitled "Default", then notwithstanding Tenant's breach of this lease and abandonment of the leased land, this lease shall continue in effect so long as Landlord does not terminate Tenant's right to possession and Landlord may enforce all of its rights and remedies hereunder, including, at the option of Landlord:

A.  Continue this Lease in effect without terminating Tenant's right to possession, even though Tenant has breached this Lease and abandoned the leased land; and to enforce all of Landlord's rights and remedies under this Lease, including the right to recover, by suit or otherwise, all sums and installments required to be paid in accordance with the provisions of Article 3 above, or other monetary performance as it becomes due hereunder, or to enforce, by suit or otherwise, any other term or provision hereof on the part of Tenant required to be performed, it being specifically agreed that the aggregate unpaid installment indebtedness shall bear simple interest at the rate of ten percent (10%) per annum from the date thereof until paid, provided, however, that Landlord may, at any time thereafter, elect to terminate this Lease for such previous breach by notifying Tenant in writing that Tenant's right to possession of the leased land has been terminated; or

B.  By written notice to Tenant, Landlord may declare this Lease at an end, re-enter the leased land by process of the law, eject all parties in possession

WPN:2004A                    9

BK 13824 PG 1283

thereof therefrom and repossess said leased land, in which event, Landlord shall have the right to recover from Tenant:

(i)   The worth at the time of award of the unpaid rent which has been earned at the time of termination;

(ii)   The worth at the time of award of the amount by which the unpaid rent which would have been earned after termination until the time of award exceeds the amount of such rental loss that the Tenant proves could have been reasonably avoided;

(iii)  The worth at the time of award of the amount by which the unpaid rent for the balance of the term after the time of award exceeds the amount of such rental loss for the same period that the Tenant proves could be reasonably avoided;

(iv)  All other amounts necessary to compensate Landlord for all the detriment proximately caused by Tenant's failure to perform its obligations hereunder or which in the ordinary course of things are likely to result therefrom; and

(v)   In computing "worth at the time of award" Landlord shall be allowed interest at the rate of ten percent (10%) per annum.

Each of the terms, covenants, conditions and provisions of Tenant under this lease is a material consideration for this lease, the breach of which shall be deemed a default hereunder.  All rights, options and remedies of Landlord contained in this lease shall be construed and held to be cumulative, and no one of them shall be exclusive of the other, and Landlord shall have the right to pursue any one or all of such remedies or any other remedy or relief which may be provided by law, whether or not stated in this lease.  No waiver by Landlord of a breach of any of the terms, covenants or conditions of this lease by Tenant shall be construed or held to be a waiver of any succeeding or preceding breach of the same or any other term, covenant or condition herein contained.  No waiver of any default of Tenant hereunder shall be implied from any omission by Landlord to take any action on account of such default if such default persists or is repeated, and no express waiver shall affect default other than as specified in said waiver.  The consent or approval by Landlord to or of any act by Tenant requiring Landlord's consent or approval shall not be deemed to waive or render unnecessary Landlord's consent or approval to or of any subsequent similar acts by Tenant.

In the event any action shall be instituted between Landlord and Tenant in connection with this lease, the party prevailing in such action shall be entitled to recover from the other party all of its costs, including reasonable attorneys' fees, as fixed by the court therein.

WPN:2004A                    10

000870                          EXHIBIT 8, PAGE 83

BK 13824 PG 1284

18. **REPRESENTATIONS.** Tenant covenants and agrees that it has examined the leased land and that the same is delivered to it in good order and condition and that no representations as to said land have been made by Landlord or by any person or agent acting for Landlord, and it is agreed that this document contains the entire agreement between the parties hereto and that there are no verbal agreements, representations, warranties or other understandings affecting the same.

19. **HOLDING OVER.** This lease shall terminate and become null and void without further notice upon the expiration of said term. Any holding over shall not consitute a renewal hereof, but the tenancy shall thereafter be on a month-to-month basis and otherwise on the same terms and conditions as herein set forth.

20. **EMINENT DOMAIN.**

A. **Definition of Terms.** The term "total taking", as used in this Article, means the taking of the entire leased land under the power of eminent domain or the taking of so much of said land as to prevent or substantially impair the use thereof by Tenant for the uses and purposes hereinabove provided.

The term "partial taking" means the taking of a portion only of the leased land which does not constitute a total taking as defined above.

The term "taking" shall include a voluntary conveyance by Landlord to an agency, authority or public utility under threat of a taking under the power of eminent domain in lieu of formal proceedings.

The term "date of taking" shall be the date upon which title to the leased land or portion thereof passes to and vests in the condemnor.

The term "leased land" means the real property belonging to Landlord, together with any and all improvements placed thereon by Landlord or to which Landlord has gained title.

B. **Effect of Taking.** If, during the term hereof, there shall be a total taking or partial taking under the power of eminent domain, then the leasehold estate of Tenant in and to the leased land or the portion thereof taken shall cease and terminate as of the date of taking of the said land. If this lease is so terminated, in whole or in part, all rentals and other charges payable by Tenant to Landlord hereunder and attributable to the leased land or portion thereof taken shall be paid by Tenant up to the date of taking by the condemnor and the parties shall thereupon be released from all further liability in relation thereto.

C. **Allocation of Award – Total Taking.** All compensation and damages awarded for the total taking of

WPN:2004A                    11

BK 13824 PG 1285

the leased land allocated to Landlord under the terms of
the Master Lease shall be allocated as follows:

(a) Tenant shall be entitled to an amount equal
to the sum of the following:

(i) The fair market value of all of the
improvements located on the leased land; and

(ii) The then fair market value of the
Tenant's leasehold interest in the leased land.

(b) Landlord shall be entitled to the amount
remaining of the total award after deducting therefrom
the sums to be paid to Tenant as hereinabove provided.

D. **Allocation of Award – Partial Taking.** All
compensation and damages awarded for the taking of a
portion of the leased land allocated to Landlord under the
terms of the Master Lease shall be allocated and divided
as follows:

(a) Tenant shall be entitled to an amount equal
to the sum of the following:

(i) The proportionate reduction of the
fair market value of the improvements located on
the leased land; and

(ii) The proportionate reduction of the
fair market value of Tenant's leasehold interest
in the leased land.

(b) Landlord shall be entitled to the amount
remaining of the total award after deducting therefrom
the sums to be paid to Tenant as hereinabove provided.

E. **Reduction of Rent on Partial Taking.** In the
event of a partial taking, the rent payable by Tenant
hereunder shall be adjusted from the date of taking to the
next rental adjustment date or to the date of the
expiration of the term of this lease, whichever date is
sooner. Such rental adjustment will be made by reducing
the basic rental payable by the Tenant in the ratio that
the fair market value of the leased land at the date of
taking bears to the fair market value of the leased land
immediately thereafter.

F. **Determination of Fair Market Value.**
Whenever fair market value must be determined for the
purposes of this Article, and the parties fail to agree in
writing on such fair market value within ten (10) days of
a request for such agreement from either party, then fair
market value shall be determined by appraisers appointed
pursuant to the Article in the Master Lease entitled
"Condemnation" or if no such appraiser have been or are to
be appointed, by agreement of Landlord and Tenant or, in
the absence of such an agreement by appraisers appointed
by Landlord and Tenant in the same manner as set forth in
such Article.

WPN:2004A                    12

EXHIBIT 8, PAGE 85

BK 13824PG 1286

21.  **RENTAL ADJUSTMENT.**

A.   Effective January 1, 2000, January 1, 2020, and January 1, 2010, the annual rental payable hereunder shall be adjusted to a sum equal to ten percent (10%) of the unimproved fair market value of the leased land, or any portion then remaining subject to this Lease, as of such dates.  The said "unimproved fair market value" of the leased land shall be such value as determined by the Master Lessor and the Landlord in accordance with the terms and provisions of Article 21 of the Master Lease. After any such adjustment of rent, Tenant shall pay to Landlord such rental as so adjusted during the period applicable thereto at the times and in the manner herein provided for in the Article entitled "Rental"; provided, however, in no event shall the annual rental, as so adjusted, be less than the annual rental in the immediately preceding period.

Pending the final determination of such adjusted rental, Tenant shall pay to Landlord the amount of rent previously payable under the Article of this lease entitled "Rental".  If such adjusted rental, as finally determined, shall exceed the amount of the previous rental, the excess amount accruing during the interim period shall be paid by Tenant to Landlord within thirty (30) days after the final determination of said adjusted rental.

B.   Effective January 1, 1990, January 1, 2010, January 1, 2030, and January 1, 2050, the annual rental shall be adjusted upwards as follows:  As promptly as practical after such dates, Landlord shall compute the increase, if any, in the cost of living during the period just ended, based upon the Consumers Price Index - Los Angeles/Long Beach/Anaheim Metropolitan Area (1967=100), "All items of goods and services purchased by urban wage and clerical worker families" (hereinafter called the "Index"), published by the Bureau of Labor Statistics of the United States Department of Labor.  The Index Number for the latest month prior to commencement of the term of this Lease, with respect to which such a Number is published, shall be the "Base Index Number" and the corresponding Index Number for the month which immediately preceeds the effective date of the adjustment shall be the "Current Index Number".

The annual rent shall be adjusted by multiplying the rental payable during the immediately preceding year of the term of this lease by a fraction, the numerator of which is the Current Index Number and the denominator of which is the Base Index Number; provided, however, that the annual rent shall never be reduced below the rental payable in the immediately preceding twelve-month period.

Tenant shall continue payment of rent installments in effect for the expiring rental period until notified by Landlord of the new rent.  Such notification shall include a memorandum showing the calculations used by Landlord in determining the new rent.  Immediately upon receipt of such notice, Tenant

WPN:2004A                     13

EXHIBIT 8, PAGE 86

BK 13824 PG 1287

shall commence payment of the adjusted rent, and shall also pay to Landlord with respect to any period already expired within thirty (30) days after receipt of such notice, the excess of the new annual rent over the rent actually paid by Tenant.

If publication of the Index shall be discontinued, the most comparable Index when published by any branch or department of the United States Government shall be substituted, or if there is none, the parties shall agree on another source of information, and such adjustments in the method of computation shall be made as may be necessary to carry out the intent of this cost-of-living provision. Appropriate adjustments shall also be made in the event that the base period, or other aspects of the Index are changed. If the parties are unable to agree on a source of information, such source of information shall be determined by arbitration, pursuant to the provisions of the California Code of Civil Procedure.

Notwithstanding the foregoing, the annual rental shall not be adjusted pursuant to the above higher than a sum equal to one hundred seventy percent (170%) of the rent payable in the immediately preceding twelve-month period.

22. **DRAINAGE AND FILL.** Tenant shall cause all drainage of water from the leased land and improvements thereon to drain or flow into adjacent streets and not upon adjoining property, and Tenant shall so maintain all slopes or terraces on the leased land to prevent any erosion thereof upon such streets or adjoining property.

23. **ENCROACHMENTS.** If a dwelling house is constructed on the leased land, the wall or walls of which adjoin the wall or walls of a dwelling constructed on a contiguous lot, any such wall shall be considered to adjoin and abut the wall of the contiguous lot against the surface from the bottom of the foundation over the full length and height of any building so erected for residential purposes. Both Tenant and lessees of contiguous lots shall have a reciprocal easement appurtenant to each of said lots over said contiguous lots for the purpose of accommodating any encroachment of any wall of any dwelling house.

Tenant and the lessees of contiguous lots shall have a reciprocal easement appurtenant to each of said lots over said contiguous lots for the purpose of accommodating any natural settlement of any structures located on any of said lots.

Should there be found to exist any party wall or party fence, the agreement between Tenant and the lessee of a contiguous lot or lots shall be that the lessees of the contiguous lots who have a party wall or party fence shall equally have the right to the use of such wall or fence, and such wall shall be considered to adjoin and abut against the surface from the bottom of the foundation over the full length and height of any building so

WPN:2004A                    14

EXHIBIT 8, PAGE 87

BK 13824 PG 1288

erected. Such rights of use shall be as not to interfere
with the use and enjoyment of the leases of adjoining
lots; and, in the event that any such party wall or fence
is damaged or injured from any cause other than the act or
negligence of one of the lessees, the same shall be
repaired or rebuilt at their joint expense.

24. **COMPLIANCE WITH LAWS.** Tenant covenants that
during the lease term, Tenant will comply, at no cost or
expense to Landlord, with all laws, ordinances, orders,
rules, regulations and requirements of all federal, state
and municipal governments and appropriate departments,
commissions, boards and officers thereof, which may be
applicable to the leased land or its Unit, buildings and
other improvements constructed thereon, or the use or
manner of use of the leased land or its Unit. Tenant
accepts the leased land and its Unit in the actual
condition of the same as of the date of this lease.

25. **ACCEPTANCE OF PERFORMANCE BY OTHERS.**
Landlord agrees to accept performance of any of the
covenants or agreements of Tenant contained herein from
(a) any group of ten or more tenants holding subleases of
individual interests in the leased land or (b) the
management body for the Project.

26. **CONSTRUCTION AND EFFECT.** Time is of the
essence of this lease. The article headings herein are
used only for the purpose of convenience and shall not be
deemed to limit the subject to the articles hereof or to
be considered in the construction thereof. Each and all
of the obligations, covenants, conditions and restrictions
of this lease shall be deemed as running with the land and
shall inure to the benefit of and be binding upon and
enforceable against, as the case may require, the
successors and assigns of Landlord and the heirs,
executors, legal representatives, encumbrancers,
assignees, successors and subtenants of Tenant. If Tenant
consists of more than one person, the covenants and
obligations of Tenant hereunder shall be the joint and
several covenants and obligations of such persons. In
this lease, the masculine gender includes the feminine and
the neuter, and the singular number includes the plural,
whenever the context so requires.

27. **NON-DISTURBANCE.** No mortgage or deed of
trust placed on the leased land shall be
superior to the interest of Tenant herein unless the
mortgagee or beneficiary thereunder executes an agreement
in recordable form covenanting in a form satisfactory to
the Tenant that in the event of judicial or private
foreclosure, or deed in lieu of foreclosure, or any other
action taken by such mortgagee or beneficiary this Lease
and the rights of Tenant hereunder shall not be disturbed
by reason of any such foreclosure or other action but
shall continue in full force and effect so long as this
Lease shall remain in full force and effect.

28. **ESTOPPEL CERTIFICATES.** Landlord and Tenant
shall at any time and from time to time, upon not less
than ten (10) days prior written request by the other

WPN:2004A                    15

BK 13824PG 1289

party or parties to this lease, execute, acknowledge and deliver to such party or parties a statement in writing certifying that this lease is unmodified and in full force and effect (or if there has been any modification thereof that the same is in full force and effect as modified and stating the modification or modifications) and that there are no defaults existing (or if there is any claimed default stating the nature and extent thereof); and stating the dates to which the rent and other charges have been paid in advance.  It is expressly understood and agreed that any such statement delivered pursuant to this section may be relied upon by any prospective assignee or sublessee of the leasehold estate, or estates of Tenant, or any prospective purchaser of the estate of Landlord, or any lender or prospective assignee of any lender on the security of the leased land or the fee estate or any part thereof, or upon the leasehold estate of Tenant or any part thereof, and any third person.

          IN WITNESS WHEREOF, the parties hereto have executed this Sublease as of the day and year first above written.

By _____
    Robert P. Warmington
    "Landlord"

By _____
    "Tenant"

By _____
    Virginia D. Turner
    "Tenant"

WPM:2004A                    16

000876                       EXHIBIT 8, PAGE 89

BK 13824 PG 1290

STATE OF ___CALIFORNIA___ )
                                        ) ss.
COUNTY OF ___ORANGE___ )

On ___August 1___, 19 80, before me the
undersigned, a Notary Public in and for said State,
personally appeared Robert P. Warmington, known to me to
be the person whose name is subscribed to the within
Instrument, and acknowledged to me that he executed the
same.

WITNESS my hand and official seal.

_____
Notary Public

[Seal]

[Attach acknowledgment form for Tenant]

STATE OF CALIFORNIA
COUNTY OF ___Orange___ }ss.
On ___November 5, 1980___, before me, the undersigned, a Notary Public in and for
said State, personally appeared ___John F. Turner and Virginia H. Turner___

known to me to be the person_S_ whose name _are_
subscribed to the within instrument and acknowledged to me
that ___they___ executed the same.
WITNESS my hand and official seal.

Signature _____

Bonnie Quenneville
Name (Typed or Printed)

OFFICIAL SEAL
BONNIE QUENNEVILLE
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Commission Expires Jan. 13, 1986

(This area for official notarial seal)

WPN:2004A                    17

RECORDED

000877                    EXHIBIT 8, PAGE 90

# EXHIBIT 1a

276

**RECORDING REQUESTED BY:**
Jamie Gallian
4476 Alderport Dr.
Huntington Beach, CA
92649

**AND WHEN RECORDED MAIL TO:**
Jamie Gallian
4476 Alderport Dr.
Huntington Beach, CA
92649

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

33.00

2017000116815 8:25 am 03/23/17
276 415 A34 A04 F14   6
0.00 0.00 0.00 0.00 15.00 0.00 0.00 0.00

**TITLE OF DOCUMENT:** Assignment of Condominium
Sublease
Lease from present to 2059

Transfer Tax exempt. this Lease is a
Gift between family members.

2T
6P
2FF
CC
2CF

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL AND
SIGNATURE OF THE ORANGE
COUNTY CLERK-RECORDER.

DATE: __MAR 2 3 2017__
CERTIFICATION FEE: __7.00__

COUNTY CLERK-RECORDER

Hugh Nguyen

ORANGE COUNTY
STATE OF CALIFORNIA

RECORDING REQUESTED BY:

~~Sandra Bradley~~
~~19 Meadow Wood Dr.~~
~~Coto de Caza, CA 92679~~

*Jamie Gallian*
*4476 Alderport Dr.*
*Huntington Beach*
*Ca 92649*

WHEN RECORDED RETURN TO:

~~same as above~~
*Jamie Gallian*
*4476 Alderport Dr.*
*Huntington Beach Ca 92649*

(space above this line for Recorder's use)

## ASSIGNMENT OF CONDOMINIUM SUBLEASE

For no consideration, receipt of which is hereby acknowledged, the undersigned, SANDRA L. BRADLEY, as Trustee of the Sandra L. Bradley Trust, hereby transfers and assigns to JAMIE L. GALLIAN, a single woman, all right, title and interest of the undersigned as Tenant, in and under that certain Condominium Sublease dated August 1, 1980, by and between ROBERT P. WARMINGTON, and individual, as Landlord, which interest was subsequently assigned to BS INVESTORS, LLC, by mesne assignments of record, and JOHN F. TURNER AND VIRGINIA H. TURNER, HUSBAND AND WIFE AS JOINT TENANTS as Tenant, recorded on November 7, 1980 in Book 13824, Page 1274 inclusive, as Instrument No. 8694 of Official Records of Orange County, California, as amended by the First Amendment to Condominium Sublease recorded on August, 2003 as Instrument No. 2003 001044770. The property that is the subject of the Sublease is described as follows:

Unit 53 of Tract 10542. Legal Description contained on Exhibit "A" attached hereto and made a part hereof.
TOGETHER WITH all buildings and other improvements on said land.

NO CONSIDERATION – TERM OF LEASE LESS THAN 99 YEARS

Dated: *3/22/2017*

*Sandra L Bradley*
Assignor, SANDRA L. BRADLEY
Trustee of the Sandra L. Bradley Trust

1

> A notary public or other officer completing this certificate
> verifies only the identity of the individual who signed the
> document to which this certificate is attached, and not the
> truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
*COUNTY OF ORANGE*

*On* __3/22/2017__ *, before me,* HENRY J. COOPERSMITH, *a Notary Public in and for said State personally appeared* SANDRA L. BRADLEY, *who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.*

*I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.*

*WITNESS my hand and official seal.*

*Signature*

HENRY J. COOPERSMITH
COMM. # 2054619
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
COMM. EXPIRES FEB. 6, 2018

2



# EXHIBIT "A"
## DESCRIPTION

Order No. 985040290

PARCEL 1:

UNIT 53, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN AND DEFINED ON THAT CERTAIN CONDOMINIUM PLAN ("THE CONDOMINIUM PLAN"), RECORDED OCTOBER 18, 1979 IN BOOK 13368 PAGE 1193, ET SEQ., OFFICIAL RECORDS.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHE HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 500 FEET WITHOUT ANY RIGHT TO ENTER UPON THE SURFACE OR THE SUBSURFACE OF SAID LAND ABOVE A DEPTH OF 500 FEET, AS PROVIDED IN INSTRUMENTS OF RECORD.

PARCEL 2:

AN UNDIVIDED 1/80TH INTEREST IN AND TO LOTS 1 AND 2 OF TRACT NO. 10542, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 456 PAGES 49 AND 50 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY TOGETHER WITH THOSE PORTIONS OF THE COMMON AREA AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN, CONSISTING OF BUILDINGS AND OTHER IMPROVEMENTS.

EXCEPTING THEREFROM CONDOMINIUM UNITS 1 THROUGH 80 INCLUSIVE, LOCATED THEREON.

PARCEL 3:

AN EXCLUSIVE EASEMENT FOR THE USE AND OCCUPANCY OF THOSE PORTIONS OF RESTRICTED COMMON AREA AS DEFINED ON THE CONDOMINIUM PLAN FOR ENTRY AND STAIRCASES AND ATTIC SPACE RELATING TO SAID UNIT.

PARCEL 4:

NON-EXCLUSIVE EASEMENT AND RIGHT TO USE THOSE PORTIONS OF THE COMMON AREA AS DEFINED ON THE CONDOMINIUM PLAN, EXCEPT RESTRICTED COMMON AREA.

EXHIBIT 8, PAGE 96

RECORDING REQUESTED BY:

~~Sandra Bradley~~   *Jamic Gallian*
~~19 Meadow Wood Dr.~~   *4476 Adlerport*
~~Coto de Caza, CA 92679~~   *Huntington Bch*
WHEN RECORDED RETURN TO:   *CA 92647*

~~same as above~~ *Jamie Gallian*
*4476 Adlerport*
*Huntington Beach, CA*
*92647*

(space above this line for Recorder's use)

## ACCEPTANCE AND AGREEMENT

The undersigned Assignee named in the foregoing Assignment hereby accepts said Assignment and hereby agrees with and for the benefit of the Landlord, under the Sublease described in said Assignment, to keep, perform and be bound by all of the terms, covenants and conditions contained in said Sublease as amended by the First Amendment to the Condominium Sublease on the part of the Tenant therein to be kept and performed, to all intents and purposes as though the undersigned Assignee was the original Tenant thereunder. Assignee agrees to pay Landlord a late fee equal to 6% of any rent or other payment due under the Sublease which is not received by Landlord within ten (10) days of its due date. Said late fee is in addition to the interest due on unpaid installment indebtedness of 10% as provided in Article 17(A) of the Condominium Sublease. The undersigned Assignee agrees to pay attorneys fees and cost incurred by Landlord to collect rent or other payment under the Sublease or to otherwise enforce Landlord's rights under the Sublease.

Dated: *3/22/17*

Assignee, JAMIE L. GALLIAN

1

EXHIBIT 8, PAGE 97

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF ORANGE

On _3/22/2017_ , before me, _Henry J Coopersmith_ a Notary Public in and for said State personally appeared JAMIE L. GALLIAN, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

> HENRY J. COOPERSMITH
> COMM. # 2054619
> NOTARY PUBLIC - CALIFORNIA
> ORANGE COUNTY
> COMM. EXPIRES FEB. 8, 2018

2

000885                    EXHIBIT 8, PAGE 98

# EXHIBIT 2

### TEN DAY NOTICE TO CURE OR QUIT
### (Breach of Covenant-Nonpayment of HOA Special Assessment)

**TO:** Jamie Lynn Gallian and all Lenders, Tenants, Subtenants or Occupants in Possession

Jamie Lynn Gallian ("Tenant")
4476 Alderport Drive
Huntington Beach, CA 92649
(hereinafter the "Premises")

**PLEASE TAKE NOTICE** that Tenant is in default of Section 7 of the Condominium Sublease by which Tenant is in possession of the above referenced Premises which requires Tenant to "at all times fully comply with and abide by the terms of, covenants, restrictions, provisions and conditions of the Declaration [the CC&R for the Huntington Beach Gables development where the Premises is located] and any amendments thereof, and any rules, regulations, agreements, decisions and determinations duly made by the management body for the Project established pursuant to the Declaration respecting the maintenance, use and occupation of its Unit and the leased land and any building or improvements constructed thereon <u>and the payment of all assessments and charges of every type levied by the management body of the Project in connection therewith.</u>  In addition to the foregoing, <u>Tenant hereby covenants and agrees to promptly pay at all times during the term hereof,</u> before the same shall become delinquent, Tenant's share of the common expenses of the Project and <u>any and all assessments, charges, and duties of every description, levied under the provisions of the Declaration,</u> without cost, expense or liability to Landlord."

Pursuant to Section 14 of the Condominium Sublease, within ten days after service of this Notice upon you, you are required to pay the Huntington Beach Gables Homeowners' Association the Special Assessment now past due and owing in the amount of $5,300.50 levied in connection with damage you caused to an association tree, and the costs incurred by the Homeowners' Association as a direct result thereof.  Your prior counsel was provided the specific detail supporting this Special Assessment in writing on February 16, 2018.

Within ten (10) days after service of this Notice upon you the total overdue Special Assessment, in the amount stated above, must be paid to Huntington Beach Gables Homeowners' Association, and must be delivered to Huntington Beach Gables Homeowners' Association, 38760 Sky Canyon Drive, Murrieta, CA 92563, between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.  In the alternative, and without excusing your obligation to pay these amounts, you are required to vacate and deliver the Premises to BS Investors, LP within ten days after service of this Notice upon you.

BS-GHB #53-HOA

000887                                    EXHIBIT 8, PAGE 100

If you fail either to pay the amount of the Special Assessment demanded in this Notice or to vacate and deliver the Premises to BS Investors, LP within ten days after service of this Notice on you, pursuant to Section 17B of the Condominium Sublease the undersigned declares the termination of your Lease and will commence legal proceedings against you to (1) confirm a forfeiture of your Lease, (2) recover possession of the Premises, (3) recover damages for each day that you occupy the Premises after the periods covered by this Notice, and (4) recover attorney's fees and other costs of suit.

DATE:  August 29, 2018                BS Investors, LP
                                      a California limited partnership


                      By:    LPL Asset Management Corporation,
                             a California Corporation
                             Its:  General Partner


                      By:    _____
                             Hugh M. Saddington
                             Its:  President


BS-GHB #53-HOA

000888                                EXHIBIT 8, PAGE 101

# EXHIBIT 3

EXHIBIT 8, PAGE 102

## DECLARATION OF SERVICE OF NOTICE

Name of Tenant(s):  <u>JAMIE LYNN GALLIAN   (and all Lenders, Tenants, Sub-Tenants,  and Occupants in Possession)</u>

Name of Person Served
(if other than Tenant):  _____

Place of Service: <u>4476 ALDERPORT DRIVE, HUNTINGTON BEACH, CALIFORNIA  92649</u>

Date and Time of Service:  <u>SEPTEMBER 26, 2018 at  9:15 AM</u>

       I declare that:

       I served the copies of the: <u>TEN DAY NOTICE TO CURE OR QUIT</u> on the

       Tenant(s) named above by  (Check applicable statement):

_____  Handing it personally to one or more of the Tenant(s) named above.  I thereafter mailed a copy by Certified Mail, Return Receipt Requested, postage prepaid, addressed to the Tenant(s) at the premises address and the Tenant(s) and/or Interested Parties as addressed in bold type below.

_____  Leaving a copy with the person named above, who is of suitable age and discretion, at the Tenant(s) premises/business and by sending a copy in a sealed envelope by Certified Mail, Return Receipt Requested, postage prepaid, addressed to the Tenant(s) at the premises address and the Tenant(s) and/or Interested Parties as addressed in bold type below;

__X__  After reasonable diligence, there being no occupant present, by affixing a copy to the front door of the premises and by sending a copy in a sealed envelope by Certified Mail, Return Receipt Requested, postage prepaid, addressed to the Tenant(s) at the premises address below.

**Premises Address: <u>4476 ALDERPORT DRIVE, HUNTINGTON BEACH, CALIFORNIA  92649</u>**

**Diligence Attempts: September 25, 2018 at 1:20 pm; September 25, 2018 at 6:19 pm**

Mailings were deposited on SEPTEMBER 26, 2018 at an authorized U.S. Postal Service location.

__X__  I am personally aware of the facts and I am competent to testify thereto as a witness.  I declare, under penalty of perjury, that the foregoing is true and correct and this declaration was executed on the following date and the following place:

DATE:  <u>September 27, 2018</u>

PLACE:  <u>Newport Beach, California</u>

Fee for Service:  $85.00

                              _____
                              Robert S. Prow
                              Registered Process Server, OC. Co# 2155

          EXHIBIT 8, PAGE 103

EXHIBIT 9

Case Summary:

| Case Id: | 30-2018-01024401-CU-UD-CJC |
|---|---|
| Case Title: | BS INVESTORS, LLC VS. JAMIE L. GALLIAN |
| Case Type: | UNLAWFUL DETAINER - RESIDENTIAL |
| Filing Date: | 10/10/2018 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | E-FILING TRANSACTION 2721074 RECEIVED ON 10/10/2018 01:27:15 PM. | 10/11/2018 | | *NV* | |
| 2 | COMPLAINT FILED BY BS INVESTORS, LLC ON 10/10/2018 | 10/10/2018 | | 37 pages | ☐ |
| 3 | CIVIL CASE COVER SHEET FILED BY BS INVESTORS, LLC ON 10/10/2018 | 10/10/2018 | | 2 pages | ☐ |
| 4 | SUMMONS ISSUED AND FILED FILED BY BS INVESTORS, LLC ON 10/10/2018 | 10/10/2018 | | 4 pages | ☐ |
| 5 | PAYMENT RECEIVED BY ONELEGAL FOR 194 - COMPLAINT OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 12433850 AND RECEIPT NUMBER 12257524. | 10/11/2018 | | 1 pages | ☐ |
| 6 | NOTICE THAT YOU HAVE BEEN SUED OC GENERATED | 10/11/2018 | | 2 pages | ☐ |
| 7 | E-FILING TRANSACTION 3719992 RECEIVED ON 10/16/2018 02:09:33 PM. | 10/16/2018 | | *NV* | |
| 8 | EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE PLEADING AND ORDERS RECEIVED ON 10/16/2018. | 10/16/2018 | | 2 pages | ☐ |
| 9 | PAYMENT RECEIVED BY DDSLEGAL FOR 195 - ANSWER OR OTHER 1ST PAPER IN THE AMOUNT OF 435.00, TRANSACTION NUMBER 12436517 AND RECEIPT NUMBER 12260196. | 10/16/2018 | | 1 pages | ☐ |
| 10 | E-FILING TRANSACTION 2723103 RECEIVED ON 10/16/2018 02:17:29 PM. | 10/16/2018 | | *NV* | |
| 11 | EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE PLEADING AND ORDERS RECEIVED ON 10/16/2018. | 10/16/2018 | | 5 pages | ☐ |
| 12 | PAYMENT RECEIVED BY DDSLEGAL FOR 37 - REQUESTS NOT REQUIRING A HEARING: CONTINUANCE OF HEARING OR CASE MANAGEMENT CONFERENCE; STIPULATION AND ORDER; SERVICE BY POSTING OR PUBLICATION IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 12436521 AND RECEIPT NUMBER 12260200. | 10/16/2018 | | 1 pages | ☐ |
| 13 | E-FILING TRANSACTION 4898010 RECEIVED ON 10/16/2018 04:37:02 PM. | 10/16/2018 | | *NV* | |
| 14 | PROOF OF SERVICE OF SUMMONS FILED BY BS INVESTORS, LLC ON 10/16/2018 | 10/16/2018 | | 2 pages | ☐ |
| 15 | PROOF OF SERVICE OF SUMMONS & COMPLAINT - UNNAMED OCCUPANTS FILED BY BS INVESTORS, LLC ON 10/16/2018 | 10/16/2018 | | 2 pages | ☐ |
| 16 | E-FILING TRANSACTION 1551893 RECEIVED ON 10/17/2018 01:07:25 PM. | 10/17/2018 | | *NV* | |
| 17 | AMENDED COMPLAINT (FIRST) FILED BY BS INVESTORS, LLC ON 10/17/2018 | 10/17/2018 | | 37 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 18 | SUMMONS ISSUED AND FILED FILED BY BS INVESTORS, LLC ON 10/17/2018 | 10/17/2018 | | 2 pages | |
| 19 | E-FILING TRANSACTION 1552014 RECEIVED ON 10/17/2018 03:25:06 PM. | 10/17/2018 | | NV | |
| 20 | PROOF OF SERVICE OF SUMMONS FILED BY BS INVESTORS, LLC ON 10/17/2018 | 10/17/2018 | | 2 pages | |
| 21 | E-FILING TRANSACTION 4898799 RECEIVED ON 10/18/2018 01:23:34 PM. | 10/18/2018 | | NV | |
| 22 | EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE PLEADING AND ORDERS RECEIVED ON 10/18/2018. | 10/18/2018 | | 2 pages | |
| 23 | PAYMENT RECEIVED BY DDSLEGAL FOR 37 - REQUESTS NOT REQUIRING A HEARING: CONTINUANCE OF HEARING OR CASE MANAGEMENT CONFERENCE; STIPULATION AND ORDER; SERVICE BY POSTING OR PUBLICATION IN THE AMOUNT OF 20.00, TRANSACTION NUMBER 12438036 AND RECEIPT NUMBER 12261715. | 10/18/2018 | | 1 pages | |
| 24 | MINUTES FINALIZED FOR CHAMBERS WORK 10/18/2018 01:42:00 PM. | 10/18/2018 | | 1 pages | |
| 25 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 10/18/2018 | | 2 pages | |
| 26 | EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE PLEADING AND ORDERS (GRANTED) FILED BY GALLIAN, JAMIE L. ON 10/18/2018 | 10/18/2018 | | 2 pages | |
| 27 | MINUTES FINALIZED FOR CHAMBERS WORK 10/18/2018 01:30:00 PM. | 10/19/2018 | | 1 pages | |
| 28 | CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | 10/22/2018 | | 3 pages | |
| 29 | E-FILING TRANSACTION 2725684 RECEIVED ON 10/23/2018 03:36:29 PM. | 10/23/2018 | | NV | |
| 30 | NOTICE - OTHER FILED BY BS INVESTORS, LLC ON 10/23/2018 | 10/23/2018 | | 3 pages | |
| 31 | E-FILING TRANSACTION 4900721 RECEIVED ON 10/24/2018 11:02:27 AM. | 10/24/2018 | | NV | |
| 32 | PROOF OF SERVICE OF 5-DAY SUMMONS & COMPLAINT - PERSONAL FILED BY BS INVESTORS, LLC ON 10/24/2018 | 10/24/2018 | | 2 pages | |
| 33 | PROOF OF SERVICE OF SUMMONS & COMPLAINT - UNNAMED OCCUPANTS FILED BY BS INVESTORS, LLC ON 10/24/2018 | 10/24/2018 | | 2 pages | |
| 34 | ORDER TO SHOW CAUSE RE: DISMISSAL SCHEDULED FOR 12/14/2018 AT 08:30:00 AM IN C61 AT CENTRAL JUSTICE CENTER. | 11/26/2018 | | 2 pages | |
| 36 | E-FILING TRANSACTION 3735543 RECEIVED ON 12/03/2018 12:09:50 PM. | 12/03/2018 | | NV | |
| 37 | REQUEST FOR DISMISSAL (WITHOUT PREJUDICE COMPLAINT) FILED BY BS INVESTORS, LLC ON 12/03/2018 | 12/03/2018 | | 3 pages | |
| 38 | AMENDED COMPLAINT DISPOSED WITH DISPOSITION OF REQUEST FOR DISMISSAL. | 12/03/2018 | | NV | |
| 39 | CASE DISMISSED WITH DISPOSITION OF REQUEST FOR DISMISSAL | 12/03/2018 | | NV | |

Participants:

000893                              EXHIBIT 9, PAGE 105

8/30/22, 11:10 AM                                    Civil Case Access - Print Case Information

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| GRANT, GENOVESE & BARATTA, LLP | ATTORNEY | | 10/11/2018 | |
| BS INVESTORS, LLC | PLAINTIFF | | 10/11/2018 | |
| JAMIE L. GALLIAN | DEFENDANT | | 10/11/2018 | |

Hearings:

| Description | Date | Time | Department | Judge |
|---|---|---|---|---|

Print this page

000894                     EXHIBIT 9, PAGE 106

EXHIBIT 10

# Security Agreement

This security agreement is between J-SANDCASTLE CO. LLC, a(n) California limited liability company (the "**Borrower**") and JAMIE LYNN GALLIAN, an individual (the "**Lender**").

The Borrower is indebted to the Lender in the amount of $225000 (the "**Loan**"). The Loan is evidenced by a promissory note effective on the same date as this agreement (the "**Note**"), a copy of which is attached as **Exhibit A**. The Note and this agreement are collectively referred to as the "**Loan Documents**."

To induce the Lender to provide Loan to the Borrower as evidenced by the Note, the Borrower has agreed to enter into this security agreement for the benefit of the Lender and to grant the Lender a security interest in the Secured Property (as defined below) to secure the prompt payment, performance, and discharge in full of the Borrower's obligations under the Note.

The parties therefore agree as follows:

## 1. GRANT OF SECURITY INTEREST.

The Borrower grants to the Lender a security interest in the Secured Property (as defined in section 2 below) to secure payment of the Loan.

## 2. SECURED PROPERTY.

The secured property consists of all of the Borrower's interest as of the effective date of this agreement in the following properties and rights, wherever located, whether now owned or existing or later acquired and arising (the "**Secured Property**"): SERIAL NUMBER AC7V710394GB, AC7V710394GA; DECAL NUMBER LBM1081; ASSESSOR'S PARCEL NUMBER 891-569-62

## 3. INDEBTEDNESS.

This agreement is made to secure payment when due of the Loan. The Loan includes:

(a) all obligations of the Borrower to the Lender under the Note;

EXHIBIT 10, PAGE 107

(b) all amendments, renewals, or extensions of the above;

(c) all costs incurred by the Lender in establishing, determining, continuing, or defending the validity or priority of its security interest, or in pursuing its rights under this agreement or any other Loan Document or in connection with any proceeding involving the Lender as a result of any financial accommodation to the Borrower; and

(d) all other costs of collecting the Loan, including attorneys' fees.

The Borrower shall reimburse the Lender for these expenses immediately on demand, and until paid all costs shall bear interest at the highest per year rate applicable to the Loan and permitted by law.

## 4. REAFFIRMATION OF LOAN.

The Borrower hereby reaffirms its obligation for the full and punctual payment and performance of the Note and all other obligations of the Borrower under the Note.

## 5. BORROWER'S OBLIGATIONS.

(a) The Borrower shall pay the Loan at the time and in the manner provided in the Note;

(b) The Borrower shall ensure that the Secured Property remains free of all security interests other than the rights of the Lender created by this agreement;

(c) The Borrower will defend the Lender's interest in the Secured Property against the claims of all other persons; and

(d) The Borrower may not transfer any Secured Property while this agreement is in effect without the prior written consent of the Lender, which consent may be withheld or given in the Lender's sole discretion.

## 6. RECORDING OF AGREEMENT.

On the effective date of this agreement, the Borrower will record this agreement and any security instrument creating a security interest on the Secured Property as required by law to protect the security interest of the Lender on the Secured Property. The Borrower shall pay all filing fees and associated expenses incident to this recordation.

## 7. EVENTS OF DEFAULT.

The Borrower will be in default under this agreement if any of the following occurs:

(a) A default in the payment of the Loan or any of the obligations contained in this agreement or in the Loan Documents;

(b) Any representation made to the Lender by the Borrower proving to have been false in any material respect when made;

(c) Loss, theft, substantial damage, or destruction, or any sale or encumbrance to which the Lender did not consent in writing, of the Secured Property, or the making of a levy, seizure, or attachment on that property; or

(d) An Event of Default, as defined in the Note.

## 8. REMEDIES FOR EVENTS OF DEFAULT.

If an Event of Default occurs, the Lender may declare the Loan immediately due. In addition, the Lender will have all of the remedies set forth below, and these remedies are cumulative, so that the Lender may exercise one or more of these remedies until the Loan is paid in full without right of reinstatement, disgorgement, or repayment by reason of a preference, other creditor action, or by operation of law:

(a) cause all or any portion of the Secured Property to be registered in its name or the name of its nominee, designee, or assignee;

(b) have the exclusive right to receive all distributions with respect to the Secured Property;

(c) dispose of the Secured Property, at private or public sale, without advertisement of the time or place of the sale (or any adjournment), free of any right of redemption by the Borrower (this right of redemption being expressly waived by the Borrower), at the price, in the manner, and to the purchaser (including the Lender) that the Lender determines in its sole discretion. The proceeds of this sale will be applied to the Loan and the sale expenses (and the Borrower will remain liable for any deficiencies); or

(d) all other rights and remedies arising under this agreement or applicable law.

## 9. RESPONSIBILITY FOR SECURED PROPERTY.

The Borrower assumes all responsibility for the Secured Property, and the Loan will not be affected by the loss, destruction,

damage, or theft of any of the Secured Property or its unavailability for any reason. The Lender

(a) has no duty (either before or after an Event of Default) to collect any amounts related to the Secured Property or to preserve any rights relating to the Secured Property, and

(b) has no obligation to clean up or otherwise prepare the Secured Property for sale.

The Borrower remains obligated under each agreement included in the Secured Property. The exercise of the Lender of any rights under this agreement does not release the Borrower from its obligations under the agreements included in the Secured Property. The Lender has no liability under the agreements included in the Secured Property.

**10. TERMINATION.**

This agreement and all rights of the Lender under this agreement will terminate when the Lender is satisfied that the Loan and all other obligations of the Borrower under the Loan Documents are paid and performed in full without reinstatement, disgorgement, or repayment by reason of a preference, other credit or action, or operation of law.

**11. INCONSISTENCIES.**

If any provision of this agreement is inconsistent with any provision in the Note, the provisions of this agreement will control.

**12. GOVERNING LAW.**

(a) **Choice of Law.** The laws of the state of California govern this agreement (without giving effect to its conflicts of law principles).

(b) **Choice of Forum.** Both parties consent to the personal jurisdiction of the state and federal courts in ORANGE, California.

**13. AMENDMENTS.**

No amendment to this agreement will be effective unless it is in writing and signed by both parties.

**14. ASSIGNMENT AND DELEGATION.**

(a) **No Assignment.** The Borrower may not assign any of its rights under this note. All voluntary assignments of rights are limited

by this subsection.

(b) **No Delegation.** The Borrower may not delegate any performance under this note.

(c) **Enforceability of an Assignment or Delegation.** If a purported assignment or purported delegation is made, or if both are made, in violation of this section, it is void and they are void.

## 15. COUNTERPARTS; ELECTRONIC SIGNATURES.

(a) **Counterparts.** The parties may execute this agreement in any number of counterparts, each of which is an original but all of which constitute one and the same instrument.

(b) **Electronic Signatures.** This agreement, agreements ancillary to this agreement, and related documents entered into in connection with this agreement are signed when a party's signature is delivered by facsimile, email, or other electronic medium. These signatures must be treated in all respects as having the same force and effect as original signatures.

## 16. SEVERABILITY.

If any one or more of the provisions contained in this agreement is, for any reason, held to be invalid, illegal, or unenforceable in any respect, that invalidity, illegality, or unenforceability will not affect any other provisions of this agreement, but this agreement will be construed as if those invalid, illegal, or unenforceable provisions had never been contained in this agreement, unless the deletion of those provisions would result in such a material change as to cause completion of the transactions contemplated by this agreement to be unreasonable.

## 17. NOTICES.

(a) **Writing; Permitted Delivery Methods.** Each party giving or making any notice, request, demand, or other communication required or permitted by this agreement shall give that notice in writing and use one of the following types of delivery, each of which is a writing for purposes of this agreement: personal delivery, mail (registered or certified mail, postage prepaid, return-receipt requested), nationally recognized overnight courier (fees prepaid), facsimile, or email.

(b) **Addresses.** A party shall address notices under this section to a party at the following addresses:

If to the Borrower:

J-SANDCASTLE CO. LLC

5782 Pinon Drive

Huntington Beach, California 92649

jamiegallian@gmail.com

If to the Lender:

JAMIE LYNN GALLIAN

16222 Monterey Ln Sp. 376

Huntington Beach, California 92649

jamiegallian@gmail.com

(c) **Effectiveness.** A notice is effective only if the party giving notice complies with subsections (a) and (b) and if the recipient receives the notice.

## 18. WAIVER.

No waiver of a breach, failure of any condition, or any right or remedy contained in or granted by the provisions of this agreement will be effective unless it is in writing and signed by the party waiving the breach, failure, right, or remedy. No waiver of any breach, failure, right, or remedy will be deemed a waiver of any other breach, failure, right, or remedy, whether or not similar, and no waiver will constitute a continuing waiver, unless the writing so specifies.

## 19. ENTIRE AGREEMENT.

This agreement, together with the other Loan Documents, constitutes the final agreement of the parties. It is the complete and exclusive expression of the parties' agreement with respect to the subject matter of this agreement. All prior and contemporaneous

communications, negotiations, and agreements between the parties relating to the subject matter of this agreement are expressly

merged into and superseded by this agreement. The provisions of this agreement may not be explained, supplemented, or qualified

by evidence of trade usage or a prior course of dealings. Neither party was induced to enter this agreement by, and neither party is

relying on, any statement, representation, warranty, or agreement of the other party except those set forth expressly in this

agreement. Except as set forth expressly in this agreement, there are no conditions precedent to this agreement's effectiveness.

**20. HEADINGS.**

The descriptive headings of the sections and subsections of this agreement are for convenience only, and do not affect this

agreement's construction or interpretation.

**21. EFFECTIVENESS.**

This agreement will become effective when all parties have signed it. The date this agreement is signed by the last party to sign it

(as indicated by the date associated with that party's signature) will be deemed the date of this agreement.

**22. NECESSARY ACTS; FURTHER ASSURANCES.**

Each party shall use all reasonable efforts to take, or cause to be taken, all actions necessary or desirable to consummate and

make effective the transactions this agreement contemplates or to evidence or carry out the intent and purposes of this agreement.

[SIGNATURE PAGE FOLLOWS]

Each party is signing this agreement on the date stated opposite that party's signature.

J-SANDCASTLE CO. LLC

Date:_____     By:_____

Name: JAMIE L GALLIAN
Title: MEMBER

EXHIBIT 10, PAGE 113

000902

EXHIBIT A

Attach copy of promissory note

# Secured Promissory Note (Fully Amortized)

$225000                                                                           11/16/2018

Huntington Beach, California

On or before 12/16/2048, for value received, the undersigned J-SANDCASTLE CO LLC (the **"Borrower"**) promises to pay to the order of J-PAD, LLC (the **"Holder"**), in the manner and at the place provided below, the principal sum of $225000.

## 1. PAYMENT.

All payments of principal and interest under this note will be made in lawful money of the United States, without offset, deduction, or counterclaim, by wire transfer of immediately available funds to an account designated by the Holder in writing at least 10 days after the effective date of this note or, if this designation is not made, by check mailed to the Holder at 5782 Pinon Drive, Huntington Beach, California, 92649, or at such other place as the Holder may designate in writing.

## 2. MONTHLY INSTALLMENT PAYMENTS.

Principal and interest will be payable in 360 consecutive monthly installments of $1278.00, beginning on or before 12/15/2018 and continuing on the 15th day of each month, until the principal and interest have been paid in full. Each payment will be credited first to interest and then to principal, and interest will cease to accrue on any principal paid. Acceptance by the Holder of any payment differing from the designated installment payment listed above does not relieve the Borrower of the obligation to honor the requirements of this note.

## 3. INTEREST.

Interest on the unpaid principal balance of this note is payable from the date of this note until this note is paid in full, at the rate of 5.5% per year, or the maximum amount allowed by applicable law, whichever is less. Accrued interest will be computed on the basis of a 365-day or 366-day year, as the case may be, based on the actual number of days elapsed in the period in which it accrues.

EXHIBIT 10, PAGE 115

## 4. PREPAYMENT.

The Borrower may prepay this note, in whole or in part, at any time before maturity without penalty or premium. Any partial prepayment will be credited first to accrued interest, then to principal. No prepayment extends or postpones the maturity date of this note.

## 5. SECURITY FOR PAYMENT.

This note is secured by certain assets of the Borrower in accordance with a separate security agreement dated 11/16/2018 between the Holder and the Borrower (the **"Security Agreement"**). If an Event of Default (defined below) occurs, the Holder will have the rights set forth below and in the Security Agreement.

## 6. EVENTS OF DEFAULT.

Each of the following constitutes an **"Event of Default"** under this note:

> **(a)** the Borrower's failure to make any payment when due under the terms of this note, including the final payment due under this note when fully amortized;

> **(b)** the filing of any voluntary or involuntary petition in bankruptcy by or regarding the Borrower or the initiation of any proceeding under bankruptcy or insolvency laws against the Borrower;

> **(c)** an assignment made by the Borrower for the benefit of creditors; or

> **(d)** the appointment of a receiver, custodian, trustee, or similar party to take possession of the Borrower's assets or property.

## 7. ACCELERATION; REMEDIES ON DEFAULT.

If any Event of Default occurs, all principal and other amounts owed under this note will become immediately due without any action by the Holder, the Borrower, or any other person. The Holder, in addition to any rights and remedies available to the Holder under this note, may, in its sole discretion, pursue any legal or equitable remedies available to it under applicable law or in equity, including taking any of the following actions:

EXHIBIT 10, PAGE 116

(a) personally, or by agents or attorneys (in compliance with applicable law), take immediate possession of the collateral. To that end, the Holder may pursue the collateral where it may be found, and enter the Borrower's remises, with or without notice, demand, process of law, or legal procedure if this can be done without breach of the peace. If the premises on which any part of the collateral is located are not under the Borrower's direct control, the Borrower will exercise its best efforts to ensure that the Holder is promptly provided right of access to those premises. To the extent that the Borrower's consent would otherwise be required before a right of access could be granted, the Borrower hereby irrevocably grants that consent;

(b) require the Borrower to assemble the collateral and make it available to the Holder at a placeto be designated by the Holder that is reasonably convenient to both parties (it being acknowledged that the Borrower's premises are reasonably convenient to the Borrower);

(c) sell, lease, or dispose of the collateral or any part of it in any manner permitted by applicable law or by contract; and

(d) exercise all rights and remedies of a secured party under applicable law.

## 8. WAIVER OF PRESENTMENT; DEMAND.

The Borrower hereby waives presentment, demand, notice of dishonor, notice of default or delinquency, notice of protest and nonpayment, notice of costs, expenses or losses and interest on those, notice of interest on interest and late charges, and diligence in taking any action to collect any sums owing under this note, including (to the extent permitted by law) waiving the pleading of any statute of limitations as a defense to any demand against the undersigned. Acceptance by the Holder or any other holder of this note of any payment differing from the designated payments listed does not relieve the undersigned of the obligation to honor the requirements of this note.

## 9. GOVERNING LAW.

(a) **Choice of Law.** The laws of the state of California govern this note (without giving effect to its conflicts of law principles).

(b) **Choice of Forum.** Both parties consent to the personal jurisdiction of the state and federal courts in Orange, California.

## 10. COLLECTION COSTS AND ATTORNEYS' FEES.

The Borrower shall pay all expenses of the collection of indebtedness evidenced by this note, including reasonable attorneys' fees and court costs in addition to other amounts due.

## 11. ASSIGNMENT AND DELEGATION.

(a) **No Assignment.** The Borrower may not assign any of its rights under this note. All voluntary assignments of rights are limited by this subsection.

(b) **No Delegation.** The Borrower may not delegate any performance under this note.

(c) **Enforceability of an Assignment or Delegation.** If a purported assignment or purported delegation is made in violation of this section, it is void.

## 12. SEVERABILITY.

If any one or more of the provisions contained in this note is, for any reason, held to be invalid, illegal, or unenforceable in any respect, that invalidity, illegality, or unenforceability will not affect any other provisions of this note, but this note will be construed as if those invalid, illegal, or unenforceable provisions had never been contained in it, unless the deletion of those provisions would result in such a material change so as to cause completion of the transactions contemplated by this note to be unreasonable.

## 13. NOTICES.

(a) **Writing; Permitted Delivery Methods.** Each party giving or making any notice, request, demand, or other communication required or permitted by this note shall give that notice in writing and use one of the following types of delivery, each of which is a writing for purposes of this note: personal delivery, mail (registered or certified mail, postage prepaid, return-receipt requested), nationally recognized overnight courier (fees prepaid), facsimile, or email.

(b) **Addresses.** A party shall address notices under this section to a party at the following addresses:

If to the Borrower:

J-Sandcastle Co LLC

5782 Pinon Drive

Huntington Beach, California 92649

jamiegallian@gmail.com

If to the Holder:

J-Pad, LLC

5782 Pinon Drive

Huntington Beach, California 92649

jamiegallian@gmail.com

(c) **Effectiveness.** A notice is effective only if the party giving notice complies with subsections (a) and (b) and if the recipient receives the notice.

## 14. WAIVER.

No waiver of a breach, failure of any condition, or any right or remedy contained in or granted by the provisions of this note will be effective unless it is in writing and signed by the party waiving the breach, failure, right, or remedy. No waiver of any breach, failure, right, or remedy will be deemed a waiver of any other breach, failure, right, or remedy, whether or not similar, and no waiver will constitute a continuing waiver, unless the writing so specifies.

## 15. HEADINGS.

The descriptive headings of the sections and subsections of this note are for convenience only, and do not affect this note's construction or interpretation.

[SIGNATURE PAGE FOLLOWS]

EXHIBIT 10, PAGE 119

**ATTACHMENT**

11. I certify under penalty of perjury that the contents of this Document are true.
I declare, I am the person who executed this instrument, which execution is my act and
deed.

Signature of Authorized Person:

Jamie L. Gallian

---

11.  I certify under penalty of perjury that the contents of this
Document are true.  I declare I am the person who executed this
instrument, which execution is my act and deed.

Signature of Authorized Person:

ANTHONY CALDERON, Manager of J-Pad, LLC

EXHIBIT 10, PAGE 120

000909

A notary public or other officer completing this certificate verifies only the identity of the individual(s) who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF ORANGE

*Jamie L. Gallian*

On before me, personally appeared Jamie L Gallian who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____  (Notary Seal)
Signature of Notary Public

TRI THE TANG
Commission # 2206619
Notary Public - California
Orange County
My Comm. Expires JULY 22, 2021

---

A notary public or other officer completing this certificate verifies only the identity of the individual(s) who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF ORANGE

*Anthony Calderon*

On before me, , personally appeared Anthony Calderon on behalf of who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____  (Notary Seal)
Signature of Notary Public

TRI THE TANG
Commission # 2206619
Notary Public - California
Orange County
My Comm. Expires JULY 22, 2021



EXHIBIT 10, PAGE 121

000910

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Jamie Gallian
714-321-449

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
J-Pad, LLC
5782 Pinon Drive
Huntington Beach, CA 92649
USA

DOCUMENT NUMBER: 76027030002
FILING NUMBER: 19-7691905279
FILING DATE: 01/14/2019 08:16

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| J-Sandcastle Co LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16222 Monterey Lane #376 | Huntington Beach | CA | 92649 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Gallian | Jamie | | Lynn | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16222 Monterey Ln #376 | Huntington Beach | CA | 92649 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| J-Pad, LLC - CA SOS Entity No. 201804010750 | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2702 N GAFF STREET | ORANGE | CA | 92865 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
ORANGE COUNTY CALIFORNIA ASSESSOR'S PARCEL NUMBER 891-569-62
SERIAL NUMBERS AC7V710394GB, AC7V710394GA
DECAL NUMBER LBM1081

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)   ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:   ☐ Public-Finance Transaction   ☑ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility    6b. Check only if applicable and check only one box:   ☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY

EXHIBIT 10, PAGE 122

000911

EXHIBIT 11

ELAINE B. ALSTON
VIVIENNE J. ALSTON
DONALD A. DIEBOLD

## ALSTON, ALSTON & DIEBOLD

TELEPHONE (714) 556-9400
FACSIMILE (714) 556-9500

27201 PUERTA REAL
SUITE 300
MISSION VIEJO, CALIFORNIA 92691

OUR FILE NO:  1510.

December 10, 2018

### FIVE (5) DAY DEMAND
### FOR SURRENDER OF POSSESSION OF SITE

**To:**    **Jamie Gallian and All Unlawful Occupants and Persons in Possession Without a Signed Rental Agreement ("Occupants"):**

NOTICE IS HEREBY GIVEN that management of the mobilehome park commonly known as:

Rancho Del Rey
16222 Monterey Lane
Huntington Beach, CA 92649
(referred to as "Park" herein)

HEREBY DEMANDS that the Occupants named above, and each of them, quit the premises in the Park and surrender possession thereof commonly described as:

Space376
(referred to as "site" herein)

WITHIN FIVE (5) DAYS FROM AND AFTER SERVICE OF THIS NOTICE, and that said surrender of the mobilehome site be made to the park manager(s), who is authorized to receive the same on behalf of the management.

Civil Code Section 798.75 authorizes forcible detainer proceedings against any occupant of a mobilehome park who does not have rights of tenancy and is not otherwise entitled to occupy the premises, upon failure of the occupants to quit the premises within five (5) days after service of a demand for surrender of the site.

This notice is served with reference to the following facts, inter alia, upon which said demand is now hereby made:

That you have actual and physical possession of the site, without permission from park management, and without right or authority under a rental agreement or otherwise. Based upon the foregoing facts, management is authorized to pursue its legal remedies to obtain possession of the site from all such Occupants having no right of tenancy or possession.

J Gallian
and All Unlawful Occupants
December 10, 2018
Page 2

**THIS NOTICE IS INTENDED AS A FIVE (5) DAY DEMAND TO SURRENDER POSSESSION AND NOTICE TO QUIT AS PER <u>CIVIL CODE</u> SECTION 798.75.  SHOULD YOU FAIL TO QUIT AND SURRENDER POSSESSION AS HEREBY DEMANDED, LEGAL PROCEEDINGS SHALL BE INSTITUTED FOR RESTITUTION OF POSSESSION OF THE PREMISES, REASONABLE RENTAL VALUE, DAMAGES INCIDENTAL TO OCCUPANTS WRONGFUL UNLAWFUL OCCUPATION OF THE SITE, AND ATTORNEYS' FEES AND COSTS, AND STATUTORY DAMAGES.**

ALSTON, ALSTON & DIEBOLD

Dated:  December 10, 2018

By:_____
VIVIENNE J. ALSTON
Authorized Agent for Owner

cc:    Client
       Park Manager

EXHIBIT 11, PAGE 124

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Vivienne J. Alston SBN 170746<br>ALSTON, ALSTON & DIEBOLD<br>27201 Puerta Real ste 300<br>Mission Viejo, CA 92691<br>ATTORNEY FOR  Plaintiff | (714) 556-9400 | |

| SHORT TITLE OF CASE:<br>Rancho Del Rey v. Gallian, Jamie | | |
|---|---|---|
| DATE:        TIME:        DEP./DIV. | | CASE NUMBER:<br>Not Applicable |
| **Declaration of Service of Notice to Tenant** | | Ref. No. or File No:<br>1510 |

I, the undersigned, declare that I served the tenant with the: **Five (5) Day Demand for Surrender of Possessin of site.;**

Constructive Service

After unsuccessfully attempting to personally serve said Notice(s) on each of the named parties on **12/11/2018** at **05:39 PM**, I completed service by serving said notice(s) as authorized by C.C.P. Section 1162 (2,3). In the manner set forth below.

To: **Jamie Gallian**

On: **12/11/2018**          At: **05:39 PM**

**By posting** a copy for each tenant in a conspicuous place on the property therein described, there being no person of suitable age or discretion to be found at the property where situated, **and mailing** a copy to said tenant(s) by depositing said copies in the United States Mail in a sealed envelope with postage fully prepaid, addressed to the tenant  on **12/11/2018** from **Garden Grove** at the address where served: **16222 Monterey Lane 376  Huntington Beach, CA 92649**

Person Who served papers:
  a. Name: **Cesar Gonzalez**
  b. Address: **840 N. Birch St, Santa Ana, CA 92701**
  c. Telephone number: 714-953-9451
  d. **The fee** for this service was: **129.50**
  e. I am:
    (3) [X] a registered California process server:
      (i) [X] Independent Contractor
      (ii) Registration No.: **2729**
      (iii) County: **Orange**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



**Cesar Gonzalez**                Date: **12/12/2018**

Declaration of Service of Notice to Tenant                    Invoice #: 2305520-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Vivienne J. Alston SBN 170746<br>ALSTON, ALSTON & DIEBOLD<br>27201 Puerta Real ste 300<br>Mission Viejo, CA 92691<br>ATTORNEY FOR  **Plaintiff** | **(714) 556-9400** | |

| SHORT TITLE OF CASE:<br>Rancho Del Rey v. Gallian, Jamie | |
|---|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>Not Applicable |
|---|---|---|---|
| **Declaration of Service of Notice to Tenant** | | | Ref. No. or File No:<br>1510 |

I, the undersigned, declare that I served the tenant with the: **Five (5) Day Demand for Surrender of Possessin of site.;**

Constructive Service

After unsuccessfully attempting to personally serve said Notice(s) on each of the named parties on **12/11/2018** at **05:39 PM**, I completed service by serving said notice(s) as authorized by C.C.P. Section 1162 (2,3). In the manner set forth below.

To: **All Other Occupants**

On: **12/11/2018**        At: **05:39 PM**

**By posting** a copy for each tenant in a conspicuous place on the property therein described, there being no person of suitable age or discretion to be found at the property where situated, **and mailing** a copy to said tenant(s) by depositing said copies in the United States Mail in a sealed envelope with postage fully prepaid, addressed to the tenant  on **12/11/2018** from **Garden Grove** at the address where served: **16222 Monterey Lane 376  Huntington Beach, CA 92649**

Person Who served papers:
  a. Name: **Cesar Gonzalez**
  b. Address: **840 N. Birch St, Santa Ana, CA 92701**
  c. Telephone number: **714-953-9451**
  d. **The fee** for this service was: **39.50**
  e. I am:
  (3) [X] a registered California process server:
     (i) [X] Independent Contractor
     (ii) Registration No.: **2729**
     (iii) County: **Orange**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



**Cesar Gonzalez**        Date: **12/12/2018**

Declaration of Service of Notice to Tenant                    Invoice #: 2305520-02

**VERIFICATION**

STATE OF CALIFORNIA, COUNTY OF ORANGE
I have read the foregoing COMPLAINT _____
_____ and know its contents.

☐ **CHECK APPLICABLE PARAGRAPHS**

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☒ I am ☐ an Officer ☒ a partner _____ ☐ a _____ of HOUSER BROS CO. _____ ,
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☒ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on   December 19 , 2018 _____ , at HUNTINGTON BEACH _____ , California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Christopher C. Houser_
Type or Print Name                                         Signature

**PROOF OF SERVICE**
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF
I am employed in the county of _____ , State of California.
I am over the age of 18 and not a party to the within action; my business address is: _____

On. _____ I served the foregoing document described as _____
_____
_____ on _____ in this action

____ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
____ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☐ **BY MAIL**
   ☐ *I deposited such envelope in the mail at _____ , California.
   The envelope was mailed with postage thereon fully prepaid.
   ☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.
Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at
_____ California in the ordinary course of business. I am aware that on motion of the
party served. service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of
deposit for mailing in affidavit.
Executed on _____ , at _____ , California.
   ☐ **(BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.
Executed on _____ , at _____ , California.
☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
☐ (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was
made.

_____              _____
Type or Print Name                        Signature
                              *(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN
                                MAIL SLOT, BOX, OR BAG)
                              **(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)
                                          **Legal**
                                          **Solutions**    Rev. 7/99
                                          **Plus**

EXHIBIT 12

1    ELAINE B. ALSTON, Bar No. 134139,
2    VIVIENNE J. ALSTON, Bar No. 170746
     Members of
3    **ALSTON, ALSTON & DIEBOLD**
        Attorneys at Law
4    27201 Puerta Real, Suite 300
     Mission Viejo, California 92691
5    (714) 556-9400 – FAX (714) 556-9500

6    Attorney for Plaintiff

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**01/02/2019** at 08:00:00 AM
Clerk of the Superior Court
By Diana Cuevas,Deputy Clerk

7

8                SUPERIOR COURT, STATE OF CALIFORNIA

9                        COUNTY OF ORANGE,

10

11   HOUSER BROS. CO., a California limited
     partnership dba RANCHO DEL REY MOBILE
     HOME ESTATES

12                Plaintiff,

13        vs.

14   JAMIE GALLIAN AND ALL OTHER
     OCCUPANTS AND PERSONS IN POSSESSION
15   WITHOUT A SIGNED LEASE AGREEMENT,
     and DOES 1 to 10, inclusive,

16

17                Defendant

18

Case No.:  30-2019-01041423-CL-UD-CJC

COMPLAINT FOR FORCIBLE ENTRY/
DETAINER (MOBILEHOME PARK)

[CIVIL CODE §798.75 AND CODE OF
CIVIL PROCEDURE §§1159, et seq.]

**DOES NOT EXCEED $10,000.00**

19   COMES NOW, the Plaintiff herein, and alleges as follows:

20        1.    Plaintiff, HOUSER BROS. CO., a California limited partnership doing business in the

21   County of Orange State of California, under the fictitious name of RANCHO DEL REY MOBILE

22   HOME ESTATES.  Plaintiff has filed the statements and published the notices required by §§17900, et

23   seq., of the Business and Professions Code.

24        2.    Defendants, JAMIE GALLIAN AND ALL OTHER OCCUPANTS AND PERSONS

25   IN POSSESSION WITHOUT A SIGNED LEASE AGREEMENT, are individuals residing in the City

26   of Huntington Beach, County of Orange State of California

27        3.    The true names and capacities of Defendants sued herein as DOES 1 through 10,

28   inclusive, whether individual, corporate, associate or otherwise, are unknown to Plaintiff, who

                                    1
                **COMPLAINT FOR FORCIBLE ENTRY/DETAINER**

1   therefore sues said Defendants by said fictitious names.  Plaintiff will amend this Complaint to insert

2   said Defendants' true names and capacities when the same have been ascertained.

3         4.    The premises which are the subject of this action are located in the judicial district in

4   which this action is brought.  Said premises are situated at 16222 Monterey Lane. Space 376,

5   Huntington Beach, California 92647  (the "Premises").

6         5.    Plaintiff is the owner of said Premises and has a superior right to possession thereof.

7         6.    Defendants entered into possession of the subject Premises without the consent of

8   Plaintiff.  No rental agreement has been entered into between Plaintiff and Defendants. Defendant's

9   application was denied due to her poor financial condition.  Defendant also made a material falsehood

10   on her application, and her prior conduct indicates she will not comply with the Rules and Regulations

11   governing the mobilehome park.

12         7.    Due to the failure of Defendants to execute a rental agreement prior to taking possession

13   of the Premises, Defendants have no right of tenancy and are unlawful occupants within the meaning of

14   Civil Code §798.75.

15         8.    On or about December 11, 2018 Plaintiff caused to be served on Defendants a Five (5)

16   Day Notice to Quit Premises.  A copy of said Notice is attached hereto as Exhibit "1" and incorporated

17   herein by this reference.

18         9.    Defendants remain in possession of the subject Premises as of this date, and said

19   possession is without Plaintiff's consent.

20         10.    Defendants continue in willful, malicious, obstinate and/or intentional possession of said

21   Premises without Plaintiff's consent and refuse to surrender possession of same to Plaintiff.

22         11.    The reasonable rental value of the Premises is at least Thirty-Six Dollars and Twenty

23   Cents ($36.20) per day, and damages caused by Defendants' forcible detention will accrue at said rate so

24   long as Defendants' mobilehome remains in possession of said Premises.

25         12.    The reasonable value of utilities consumed is the amount evidenced by the meters

26   installed on the Premises, and damages caused by Defendants' forcible detention will accrue at said

27   rates so long as Defendants' mobilehome remains in possession of the said Premises.

28

2

**COMPLAINT FOR FORCIBLE ENTRY/DETAINER**

13.     The reasonable value for trash removal and sewage charges are the amounts charged by the suppliers for these services, and damages caused by Defendants' forcible detention will accrue at said rate so long as Defendants, or any of them, remain in possession of said premises.

14.     California Civil Code §798.85 states as follows:

"In any action arising out of the provisions of this chapter the prevailing party shall be entitled to reasonable attorneys' fees and costs."

15.     Plaintiff has been compelled to commence this action for recovery of possession of said Premises and for default in payment of rent and utilities, and Plaintiff has thereby incurred and been required to expend money for attorneys' fees.

16.     Plaintiff has been compelled to commence this action for recovery of possession of said Premises and for default in payment of rent, utilities and other charges, and to otherwise enforce Plaintiff's rights under Exhibit "1," and Plaintiff has thereby incurred and been required to expend money for attorneys' fees.

WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:

(1)     For restitution of said Premises;

(2)     For damages at the rate of Thirty-Six Dollars and Twenty Cents ($36.20) per day as a reasonable rental value of the Premises from and after the date Defendants went into possession according to proof, and until judgment and for so long as Defendants, or any of them, continue to occupy said Premises;

(3)     For actual consumption of utilities commencing from and after the date Defendants went into possession according to proof, and until judgment and for so long as Defendants, or any of them, continue in possession of said Premises;

(4)     For treble the amount above;

(5)     For attorneys' fees incurred herein;

(6)     For costs of suit incurred herein;

(7)     For interest at the legal rate on judgment; and

3

**COMPLAINT FOR FORCIBLE ENTRY/DETAINER**

1    (8)    For such other and further relief as the Court may deem just and proper, except that

2    Plaintiff remits all damages in excess of the jurisdiction of this Court.

3

4    DATED: December _18_, 2018    By: _____

5                            Vivienne J. Alston

6                            Attorney for Plaintiff

4

**COMPLAINT FOR FORCIBLE ENTRY/DETAINER**

EXHIBIT 12, PAGE 130

**EXHIBIT 1**

EXHIBIT 12, PAGE 131

ELAINE B. ALSTON
VIVIENNE J. ALSTON
DONALD A. DIEBOLD

### ALSTON, ALSTON & DIEBOLD

27201 PUERTA REAL
SUITE 300
MISSION VIEJO, CALIFORNIA 92691

TELEPHONE (714) 556-9400
FACSIMILE (714) 556-9500

OUR FILE NO:   1510.

December 10, 2018

### FIVE (5) DAY DEMAND
### FOR SURRENDER OF POSSESSION OF SITE

**To:**    **Jamie Gallian and All Unlawful Occupants and Persons in Possession Without a Signed Rental Agreement ("Occupants"):**

**NOTICE IS HEREBY GIVEN** that management of the mobilehome park commonly known as:

Rancho Del Rey
16222 Monterey Lane
Huntington Beach, CA 92649
(referred to as "Park" herein)

HEREBY DEMANDS that the Occupants named above, and each of them, quit the premises in the Park and surrender possession thereof commonly described as:

Space376
(referred to as "site" herein)

WITHIN FIVE (5) DAYS FROM AND AFTER SERVICE OF THIS NOTICE, and that said surrender of the mobilehome site be made to the park manager(s), who is authorized to receive the same on behalf of the management.

Civil Code Section 798.75 authorizes forcible detainer proceedings against any occupant of a mobilehome park who does not have rights of tenancy and is not otherwise entitled to occupy the premises, upon failure of the occupants to quit the premises within five (5) days after service of a demand for surrender of the site.

This notice is served with reference to the following facts, inter alia, upon which said demand is now hereby made:

That you have actual and physical possession of the site, without permission from park management, and without right or authority under a rental agreement or otherwise. Based upon the foregoing facts, management is authorized to pursue its legal remedies to obtain possession of the site from all such Occupants having no right of tenancy or possession.

J Gallian
and All Unlawful Occupants
December 10, 2018
Page 2

**THIS NOTICE IS INTENDED AS A FIVE (5) DAY DEMAND TO SURRENDER POSSESSION AND NOTICE TO QUIT AS PER CIVIL CODE SECTION 798.75. SHOULD YOU FAIL TO QUIT AND SURRENDER POSSESSION AS HEREBY DEMANDED, LEGAL PROCEEDINGS SHALL BE INSTITUTED FOR RESTITUTION OF POSSESSION OF THE PREMISES, REASONABLE RENTAL VALUE, DAMAGES INCIDENTAL TO OCCUPANTS WRONGFUL UNLAWFUL OCCUPATION OF THE SITE, AND ATTORNEYS' FEES AND COSTS, AND STATUTORY DAMAGES.**

ALSTON, ALSTON & DIEBOLD

Dated: December 10, 2018

By: _____
VIVIENNE J. ALSTON
Authorized Agent for Owner

cc:     Client
        Park Manager

000925                    EXHIBIT 12, PAGE 133

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Vivienne J. Alston SBN 170746**<br>**ALSTON, ALSTON & DIEBOLD**<br>**27201 Puerta Real ste 300**<br>**Mission Viejo, CA 92691**<br>ATTORNEY FOR  **Plaintiff** | **(714) 556-9400** | |

| SHORT TITLE OF CASE:<br>Rancho Del Rey v. Gallian, Jamie | | | |
|---|---|---|---|
| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>Not Applicable |
| **Declaration of Service of Notice to Tenant** | | | Ref. No. or File No:<br>1510 |

I, the undersigned, declare that I served the tenant with the: **Five (5) Day Demand for Surrender of Possessin of site.;**

Constructive Service

After unsuccessfully attempting to personally serve said Notice(s) on each of the named parties on **12/11/2018** at **05:39 PM**, I completed service by serving said notice(s) as authorized by C.C.P. Section 1162 (2,3). In the manner set forth below.

To: **Jamie Gallian**

On: **12/11/2018**          At: **05:39 PM**

**By posting** a copy for each tenant in a conspicuous place on the property therein described, there being no person of suitable age or discretion to be found at the property where situated, **and mailing** a copy to said tenant(s) by depositing said copies in the United States Mail in a sealed envelope with postage fully prepaid, addressed to the tenant  on **12/11/2018** from **Garden Grove** at the address where served: **16222 Monterey Lane 376  Huntington Beach, CA 92649**

Person Who served papers:
  a. Name: **Cesar Gonzalez**
  b. Address: **840 N. Birch St, Santa Ana, CA 92701**
  c. Telephone number: **714-953-9451**
  d. **The fee** for this service was: **129.50**
  e. I am:
  (3) [X] a registered California process server:
      (i) [X] Independent Contractor
      (ii) Registration No.: **2729**
      (iii) County: **Orange**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



JANNEY & JANNEY
LEGAL SUPPORT SERVICE

**Cesar Gonzalez**          Date: **12/12/2018**

000926          EXHIBIT 12, PAGE 134

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Vivienne J. Alston SBN 170746<br>ALSTON, ALSTON & DIEBOLD<br>27201 Puerta Real ste 300<br>Mission Viejo, CA 92691<br>ATTORNEY FOR Plaintiff | (714) 556-9400 | |

| SHORT TITLE OF CASE:<br>Rancho Del Rey v. Gallian, Jamie | | | |
|---|---|---|---|
| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>Not Applicable |
| **Declaration of Service of Notice to Tenant** | | | Ref. No. or File No:<br>1510 |

I, the undersigned, declare that I served the tenant with the: **Five (5) Day Demand for Surrender of Possessin of site.;**

Constructive Service

After unsuccessfully attempting to personally serve said Notice(s) on each of the named parties on **12/11/2018 at 05:39 PM**, I completed service by serving said notice(s) as authorized by C.C.P. Section 1162 (2,3). In the manner set forth below.

To: **All Other Occupants**

On: **12/11/2018**        At: **05:39 PM**

**By posting** a copy for each tenant in a conspicuous place on the property therein described, there being no person of suitable age or discretion to be found at the property where situated, **and mailing** a copy to said tenant(s) by depositing said copies in the United States Mail in a sealed envelope with postage fully prepaid, addressed to the tenant on **12/11/2018** from **Garden Grove** at the address where served: **16222 Monterey Lane 376 Huntington Beach, CA 92649**

Person Who served papers:
  a. Name: **Cesar Gonzalez**
  b. Address: **840 N. Birch St, Santa Ana, CA 92701**
  c. Telephone number: **714-953-9451**
  d. **The fee** for this service was: 39.50
  e. I am:
  (3) [X] a registered California process server:
      (i) [X] Independent Contractor
      (ii) Registration No.: **2729**
      (iii) County: **Orange**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



Cesar Gonzalez        Date: **12/12/2018**

Declaration of Service of Notice to Tenant        Invoice #: 2305520-02

000927        EXHIBIT 12, PAGE 135

## VERIFICATION

STATE OF CALIFORNIA, COUNTY OF ORANGE

I have read the foregoing COMPLAINT _____ and know its contents.

### CHECK APPLICABLE PARAGRAPHS

[ ]   I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[X]   I am [ ] an Officer [X] a partner _____ [ ] a _____ of HOUSER BROS CO.

a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. [ ] I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. [X] The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ]   I am one of the attorneys for _____

a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on    December 19, 2018    , at HUNTINGTON BEACH _____ , California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Christopher C Houser_
Type or Print Name

_signature_
Signature

### PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF

I am employed in the county of _____ , State of California.

I am over the age of 18 and not a party to the within action; my business address is: _____

On, _____ I served the foregoing document described as _____

_____ on _____ in this action

[ ] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[ ] by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelopes addressed as follows:

[ ] **BY MAIL**

[ ] *I deposited such envelope in the mail at _____ , California.
The envelope was mailed with postage thereon fully prepaid.

[ ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , at _____ , California.

[ ] **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on _____ , at _____ , California.

[ ] (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Type or Print Name

_____
Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal Solutions Plus     Rev. 7/99

000928          EXHIBIT 12, PAGE 136

EXHIBIT 13

# SUPERIOR COURT OF CALIFORNIA

**Name and Address of Court:**
**Superior Court of California, County of ORANGE**
700 W. Civic Center Drive
Santa Ana, CA 92701

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:

Next Event Date: 12/19/2022

## Register of Actions Notice

| Participant Name | Role | Attorney |
|---|---|---|
| Jamie Gallian AKA Jamie Lynn Gallian | Defendant | Casello & Lincoln, Law Office of Casello & Lincoln |
| Houser Bros. Co. DBA RANCHO DEL REY MOBILE HOME ESTATES | Plaintiff | Alston, Alston & Diebold Attorneys at Law |

## Attorney Contact Information

| Attorney Name | Address | Phone Number |
|---|---|---|
| Alston, Alston & Diebold Attorneys at Law | 27201 Puerta Real #300 Mission Viejo, CA 92691 | 714-556-9100 |

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:
Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 2 | 01/02/2019 | Complaint filed by Houser Bros. Co. on 01/02/2019<br>Refers To: Gallian, Jamie | Houser Bros. Co. (Plaintiff) |
| 3 | 01/02/2019 | Civil Case Cover Sheet filed by Houser Bros. Co. on 01/02/2019<br>Refers To: Gallian, Jamie | Houser Bros. Co. (Plaintiff) |
| 4 | 01/02/2019 | Summons Issued and Filed filed by Houser Bros. Co. on 01/02/2019<br>Refers To: Gallian, Jamie | Houser Bros. Co. (Plaintiff) |
| 1 | 01/04/2019 | E-filing transaction 4921967 received on 01/01/2019 06:48:29 PM. | |
| 5 | 01/04/2019 | Payment received by OneLegal for 171 - Complaint or other 1st paper <=$10K (Unlawful Detainer) in the amount of 240.00, transaction number 12476855 and receipt number 12300521. | |
| 6 | 01/04/2019 | Notice that you have been sued OC generated | |

000931     EXHIBIT 13, PAGE 138

**Case Header**

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:
Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 8 | 01/24/2019 | Application and Order to Serve Summons by Posting - Unlawful Detainer received on 01/24/2019.<br>Refers To: Gallian, Jamie | Houser Bros. Co. (Plaintiff) |
| 7 | 02/01/2019 | E-filing transaction 2755214 received on 01/24/2019 01:00:56 PM. | |
| 9 | 02/01/2019 | Payment received by OneLegal for 37 - Requests not requiring a hearing: Continuance of hearing or case management conference; stipulation and order; service by posting or publication in the amount of 20.00, transaction number 12492992 and receipt number 12316691. | |
| 10 | 02/04/2019 | Order - Other (to serve summons by posting) filed by Houser Bros. Co. on 02/04/2019<br>Refers To: Gallian, Jamie | Houser Bros. Co. (Plaintiff) |
| 11 | 02/04/2019 | Clerk's Certificate of Mailing/Electronic Service | |
| 12 | 02/05/2019 | Order to Show Cause re: Dismissal scheduled for 03/08/2019 at 08:30:00 AM in C61 at Central Justice Center. | |

Date Printed: September 7, 2022     Page: 3

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:
Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 23 | 02/06/2019 | Declination of Commissioner filed by Gallian, Jamie on 02/06/2019 Refers To: | Gallian, Jamie (Defendant) |
| 13 | 02/06/2019 | E-filing transaction 1588314 received on 02/06/2019 09:30:15 AM. | |
| 15 | 02/08/2019 | E-filed document with transaction number 3757661 was rejected. | |
| 16 | 02/20/2019 | E-filed document with transaction number 4936628 was rejected. | |
| 17 | 02/20/2019 | E-filed document with transaction number 2764487 was rejected. | |
| 18 | 02/22/2019 | E-filing transaction 2765467 received on 02/22/2019 02:36:08 AM. | |

Date Printed: September 7, 2022          Page: 4

000933                EXHIBIT 13, PAGE 140

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC

Case Title: Houser Bros. Co. vs. Jamie Gallian

Case Category: Civil - Limited

Case Type: Unlawful Detainer - Residential

Case Age: 1344 days

Next Event Type: Status Conference

Filing Date: 01/02/2019

Case Status: Trial Set

Location: Central Justice Center

Judicial Officer:

Department:

Next Event Date: 12/19/2022

### Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 19 | 02/22/2019 | Proof of Service by Posting (UD) filed by Houser Bros. Co. on 02/22/2019 Refers To: | Houser Bros. Co. (Plaintiff) |
| 21 | 02/22/2019 | Answer to Complaint filed by Gallian, Jamie on 02/22/2019 Refers To: | Gallian, Jamie (Defendant) |
| 20 | 02/22/2019 | E-filing transaction 1593961 received on 02/22/2019 07:08:52 AM. | |
| 22 | 02/22/2019 | Payment received by DDSLegal for 173 - Answer or other 1st paper <=$10K in the amount of 225.00, transaction number 12504517 and receipt number 12328236. | |
| 24 | 02/25/2019 | Minutes finalized for Chambers Work 02/25/2019 08:45:00 AM. | |
| 27 | 02/25/2019 | Defendant declined to stipulate to Commissioner Carmen Luege. | |

Date Printed: September 7, 2022     Page: 5

000934     EXHIBIT 13, PAGE 141

**Case Header**

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Case Age: 1344 days
Next Event Type: Status Conference

Judicial Officer:
Department:
Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 28 | 02/25/2019 | Order to Show Cause re: Dismissal continued to 03/05/2019 at 01:30 PM in Department C66. | |
| 29 | 02/25/2019 | Minutes finalized for Chambers Work 02/25/2019 08:46:00 AM. | |
| 30 | 02/25/2019 | Clerk's Certificate of Mailing/Electronic Service | |
| 32 | 02/27/2019 | Proof of eService filed by Gallian, Jamie on 02/27/2019 Refers To: | Gallian, Jamie (Defendant) |
| 31 | 02/27/2019 | E-filing transaction 1595620 received on 02/27/2019 09:12:05 AM. | |
| 33 | 03/04/2019 | E-filed document with transaction number 4943207 was rejected. | |

000935

EXHIBIT 13, PAGE 142

**Case Header**

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:

Next Event Date: 12/19/2022

**Register of Actions Notice**

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 35 | 03/04/2019 | Ex Parte Application - Other filed by Gallian, Jamie on 03/04/2019 Refers To: | Gallian, Jamie (Defendant) |
| 39 | 03/04/2019 | Proposed Order received on 03/04/2019. Refers To: | Gallian, Jamie (Defendant) |
| 34 | 03/04/2019 | E-filing transaction 2768947 received on 03/04/2019 02:51:29 PM. | |
| 36 | 03/04/2019 | Payment received by DDSLegal for 36 - Motion or other (not 1st) paper requiring a hearing in the amount of 60.00, transaction number 12510182 and receipt number 12333901. | |
| 37 | 03/04/2019 | Ex Parte scheduled for 03/05/2019 at 01:30:00 PM in C66 at Central Justice Center. | |
| 38 | 03/04/2019 | E-filing transaction 3765840 received on 03/04/2019 03:11:11 PM. | |

Date Printed: September 7, 2022     Page: 7

EXHIBIT 13, PAGE 143

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:

Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 41 | 03/05/2019 | Opposition filed by Houser Bros. Co. on 03/05/2019<br>Refers To: | Houser Bros. Co. (Plaintiff) |
| 42 | 03/05/2019 | Request for Judicial Notice filed by Houser Bros. Co. on 03/05/2019<br>Refers To: | Houser Bros. Co. (Plaintiff) |
| 40 | 03/05/2019 | E-filing transaction 2769341 received on 03/05/2019 12:02:12 PM. | |
| 46 | 03/05/2019 | Declaration - Other filed by Gallian, Jamie on 03/05/2019<br>Refers To: | Gallian, Jamie (Defendant) |
| 47 | 03/05/2019 | Notice - Other filed by Gallian, Jamie on 03/05/2019<br>Refers To: | Gallian, Jamie (Defendant) |
| 43 | 03/05/2019 | Minutes finalized for Multiple Events 03/05/2019 01:30:00 PM. | |

Date Printed: September 7, 2022    Page: 8

000937    EXHIBIT 13, PAGE 144

**Case Header**

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:
Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 44 | 03/05/2019 | Minutes finalized for Multiple Events 03/05/2019 01:30:00 PM. | |
| 45 | 03/11/2019 | E-filing transaction 4944163 received on 03/05/2019 01:19:29 PM. | |
| 49 | 04/17/2019 | Peremptory Challenge Pursuant to 170.6 CCP (Hon. Ronald Bauer) filed by Gallian, Jamie on 04/17/2019 Refers To: | Gallian, Jamie (Defendant) |
| 48 | 04/18/2019 | E-filing transaction 3782095 received on 04/17/2019 03:48:26 PM. | |
| 50 | 04/18/2019 | Minutes finalized for Chambers Work 2019-04-18 14:18:00.0. | |
| 52 | 04/18/2019 | Proof of Service filed by Gallian, Jamie on 04/18/2019 Refers To: | Gallian, Jamie (Defendant) |

000938      EXHIBIT 13, PAGE 145

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC

Case Title: Houser Bros. Co. vs. Jamie Gallian

Case Category: Civil - Limited

Case Type: Unlawful Detainer - Residential

Case Age: 1344 days

Next Event Type: Status Conference

Filing Date: 01/02/2019

Case Status: Trial Set

Location: Central Justice Center

Judicial Officer:

Department:

Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 54 | 04/18/2019 | Proof of Service filed by Gallian, Jamie on 04/18/2019 Refers To: | Gallian, Jamie (Defendant) |
| 51 | 04/19/2019 | E-filing transaction 3782590 received on 04/18/2019 03:34:43 PM. | |
| 53 | 04/19/2019 | E-filing transaction 3782604 received on 04/18/2019 03:45:35 PM. | |
| 56 | 05/07/2019 | The Order to Show Cause re: Dismissal for Failure to Proceed is scheduled for 05/28/2019 at 01:30 PM in Department C-66. | |
| 57 | 05/07/2019 | Minutes finalized for Chambers Work 05/07/2019 11:07:00 AM. | |
| 58 | 05/07/2019 | Clerk's Certificate of Service By Mail OC generated | |

Date Printed: September 7, 2022     Page: 10

EXHIBIT 13, PAGE 146

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC

Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019

Case Status: Trial Set

Case Category: Civil - Limited

Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Case Age: 1344 days

Next Event Type: Status Conference

Judicial Officer:

Department:

Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|------------|------------------|----------|
| 60 | 05/28/2019 | Order to Show Cause re: Dismissal for Failure to Proceed continued to 08/05/2019 at 01:30 PM in this department pursuant to party's motion. | |
| 61 | 05/28/2019 | Minutes finalized for Order to Show Cause re: Dismissal for Failure to Proceed 05/28/2019 01:30:00 PM. | |
| 67 | 07/05/2019 | Separate Statement filed by Houser Bros. Co. on 07/05/2019 Refers To: | Houser Bros. Co. (Plaintiff) |
| 68 | 07/05/2019 | Separate Statement filed by Houser Bros. Co. on 07/05/2019 Refers To: | Houser Bros. Co. (Plaintiff) |
| 69 | 07/05/2019 | Proof of Service filed by Houser Bros. Co. on 07/05/2019 Refers To: | Houser Bros. Co. (Plaintiff) |
| 70 | 07/05/2019 | Motion to Compel Answers to Interrogatories filed by Houser Bros. Co. on 07/05/2019 Refers To: Gallian, Jamie | Houser Bros. Co. (Plaintiff) |

000940    EXHIBIT 13, PAGE 147

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC

Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited

Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days

Next Event Type: Status Conference

Department:

Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 71 | 07/05/2019 | Motion to Compel Answers to Interrogatories filed by Houser Bros. Co. on 07/05/2019 Refers To: Gallian, Jamie | Houser Bros. Co. (Plaintiff) |
| 63 | 07/08/2019 | Motion to Compel Answers to Interrogatories filed by Houser Bros. Co. on 07/08/2019 Refers To: Gallian, Jamie | Houser Bros. Co. (Plaintiff) |
| 62 | 07/09/2019 | E-filing transaction 3809726 received on 07/06/2019 12:09:00 AM. | |
| 64 | 07/09/2019 | Payment received by OneLegal for 36 - Motion or other (not 1st) paper requiring a hearing in the amount of 60.00, transaction number 12582934 and receipt number 12406993. | |
| 65 | 07/09/2019 | Motion to Compel Answers to Special Interrogatories scheduled for 07/18/2019 at 01:30:00 PM in C66 at Central Justice Center. | |
| 66 | 07/09/2019 | E-filing transaction 2812832 received on 07/05/2019 08:11:57 PM. | |

000941     EXHIBIT 13, PAGE 148

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Case Age: 1344 days
Next Event Type: Status Conference

Judicial Officer:
Department:
Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 72 | 07/09/2019 | Payment received by OneLegal for 36 - Motion or other (not 1st) paper requiring a hearing, 36 - Motion or other (not 1st) paper requiring a hearing in the amount of 120.00, transaction number 12582944 and receipt number 12407003. | |
| 73 | 07/09/2019 | Motion to Compel Further Responses to Form Interrogatories scheduled for 07/18/2019 at 01:30:00 PM in C66 at Central Justice Center. | |
| 74 | 07/09/2019 | Motion to Compel Further Responses to Form Interrogatories scheduled for 07/18/2019 at 01:30:00 PM in C66 at Central Justice Center. | |
| 76 | 07/18/2019 | Substitution of Attorney filed by Gallian, Jamie on 07/18/2019 Refers To: | Gallian, Jamie (Defendant) |
| 78 | 07/18/2019 | Notice of Related Case filed on 07/18/2019 Refers To: | Gallian, Jamie (Defendant) |
| 75 | 07/18/2019 | E-filing transaction 4991915 received on 07/18/2019 11:54:25 AM. | |

000942     EXHIBIT 13, PAGE 149

**Case Header**

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Case Age: 1344 days
Next Event Type: Status Conference

Judicial Officer:
Department:
Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 79 | 07/18/2019 | Minutes finalized for Multiple Events 07/18/2019 01:30:00 PM. | |
| 77 | 07/19/2019 | E-filing transaction 2817127 received on 07/18/2019 12:05:22 PM. | |
| 82 | 08/05/2019 | Court orders the entire action dismissed without prejudice. | |
| 83 | 08/05/2019 | Minutes finalized for Order to Show Cause re: Dismissal for Failure to Proceed 08/05/2019 01:30:00 PM. | |
| 84 | 08/05/2019 | Notice of Dismissal OC generated | |
| 81 | 08/05/2019 | Case dismissed with disposition of Court dismissal- Lack of Prosecution | |

000943    EXHIBIT 13, PAGE 150

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC

Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited

Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days

Next Event Type: Status Conference

Department:

Next Event Date: 12/19/2022

### Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 86 | 08/09/2019 | Substitution of Attorney filed by Gallian, Jamie on 08/09/2019 Refers To: | Gallian, Jamie (Defendant) |
| 85 | 08/14/2019 | E-filing transaction 3821981 received on 08/09/2019 11:27:52 AM. | |
| 88 | 09/04/2019 | Ex Parte Application - Other filed by Houser Bros. Co. on 09/04/2019 Refers To: | Houser Bros. Co. (Plaintiff) |
| 87 | 09/04/2019 | E-filing transaction 41008488 received on 09/04/2019 09:20:13 AM. | |
| 89 | 09/04/2019 | Payment received by OneLegal for 36 - Motion or other (not 1st) paper requiring a hearing in the amount of 60.00, transaction number 12614692 and receipt number 12439191. | |
| 90 | 09/04/2019 | Ex Parte scheduled for 09/05/2019 at 01:30:00 PM in C66 at Central Justice Center. | |

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:

Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 92 | 09/04/2019 | Substitution of Attorney filed by Gallian, Jamie on 09/04/2019 Refers To: | Gallian, Jamie (Defendant) |
| 91 | 09/05/2019 | E-filing transaction 3830581 received on 09/04/2019 10:36:47 AM. | |
| 94 | 09/05/2019 | The Motion to Vacate is scheduled for 09/12/2019 at 01:30 PM in Department C66. | |
| 95 | 09/05/2019 | Minutes finalized for Ex Parte 09/05/2019 01:30:00 PM. | |
| 97 | 09/11/2019 | Points and Authorities (in Opposition) filed by Gallian, Jamie on 09/11/2019 Refers To: | Gallian, Jamie (Defendant) |
| 96 | 09/12/2019 | E-filing transaction 41011308 received on 09/11/2019 02:39:59 PM. | |

Date Printed: September 7, 2022     Page: 16

EXHIBIT 13, PAGE 152

**Case Header**

Case Number: 30-2019-01041423-CL-UD-CJC

Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:

Next Event Date: 12/19/2022

**Register of Actions Notice**

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 101 | 09/12/2019 | The Status Conference is scheduled for 10/21/2019 at 01:30 PM in Department C66. | |
| 102 | 09/12/2019 | Dismissal entered against Houser Bros. Co., DBA RANCHO DEL REY MOBILE HOME ESTATES, Jamie Gallian on the Complaint vacated. | |
| 103 | 09/12/2019 | Minutes finalized for Motion to Vacate 09/12/2019 01:30:00 PM. | |
| 105 | 09/13/2019 | Proposed Order received on 09/13/2019. Refers To: | Gallian, Jamie (Defendant) |
| 104 | 09/19/2019 | E-filing transaction 3834213 received on 09/13/2019 12:16:01 PM. | |
| 106 | 10/01/2019 | Order After Hearing filed by The Superior Court of Orange on 10/01/2019 | |

000946     EXHIBIT 13, PAGE 153

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:
Next Event Date: 12/19/2022

### Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 107 | 10/01/2019 | Clerk's Certificate of Mailing/Electronic Service | |
| 108 | 10/21/2019 | Minutes finalized for Status Conference 10/21/2019 01:30:00 PM. | |
| 110 | 10/29/2019 | Motion for Sanctions filed by Houser Bros. Co. on 10/29/2019 Refers To: Gallian, Jamie | Houser Bros. Co. (Plaintiff) |
| 111 | 10/29/2019 | Proof of Service filed by Houser Bros. Co. on 10/29/2019 Refers To: Gallian, Jamie | Houser Bros. Co. (Plaintiff) |
| 109 | 10/30/2019 | E-filing transaction 3850885 received on 10/29/2019 11:32:52 PM. | |
| 112 | 10/30/2019 | Payment received by OneLegal for 36 - Motion or other (not 1st) paper requiring a hearing in the amount of 60.00, transaction number 12649416 and receipt number 12473995. | |

Date Printed: September 7, 2022     Page: 18

000947     EXHIBIT 13, PAGE 154

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC

Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019

Case Status: Trial Set

Case Category: Civil - Limited

Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days

Department:

Next Event Type: Status Conference

Next Event Date: 12/19/2022

### Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 113 | 10/30/2019 | Motion for Terminating Sanctions scheduled for 11/07/2019 at 01:30:00 AM in C66 at Central Justice Center. | |
| 115 | 10/30/2019 | Proof of Service filed by Houser Bros. Co. on 10/30/2019 Refers To: | Houser Bros. Co. (Plaintiff) |
| 114 | 10/30/2019 | E-filing transaction 1683016 received on 10/30/2019 07:04:58 PM. | |
| 117 | 11/06/2019 | Points and Authorities filed by Gallian, Jamie on 11/06/2019 Refers To: | Gallian, Jamie (Defendant) |
| 116 | 11/07/2019 | E-filing transaction 3853794 received on 11/06/2019 03:50:55 PM. | |
| 119 | 11/07/2019 | The Voluntary Settlement Conference is scheduled for 12/13/2019 at 08:30 AM in Department C66. | |

000948                          EXHIBIT 13, PAGE 155

**Case Header**

Case Number: 30-2019-01041423-CL-UD-CJC

Case Title: Houser Bros. Co. vs. Jamie Gallian

Case Category: Civil - Limited

Case Type: Unlawful Detainer - Residential

Case Age: 1344 days

Next Event Type: Status Conference

Filing Date: 01/02/2019

Case Status: Trial Set

Location: Central Justice Center

Judicial Officer:

Department:

Next Event Date: 12/19/2022

### Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|------------|------------------|----------|
| 120 | 11/07/2019 | Minutes finalized for Motion for Terminating Sanctions 11/07/2019 01:30:00 PM. | |
| 121 | 12/13/2019 | Minutes finalized for Voluntary Settlement Conference 12/13/2019 08:30:00 AM. | |
| 122 | 03/04/2020 | Order to Show Cause re: Dismissal scheduled for 03/26/2020 at 01:30:00 PM in C66 at Central Justice Center. | |
| 124 | 03/18/2020 | Order to Show Cause re: Dismissal continued to 06/04/2020 at 01:30 PM in this department pursuant to Court's motion. | |
| 125 | 03/18/2020 | Minutes finalized for Chambers Work 03/18/2020 04:05:00 PM. | |
| 126 | 03/18/2020 | Clerk's Certificate of Mailing/Electronic Service | |

000949     EXHIBIT 13, PAGE 156

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:

Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 127 | 05/20/2020 | Order to Show Cause re: Dismissal scheduled for 09/03/2020 at 01:30:00 PM in C66 at Central Justice Center. | |
| 128 | 05/20/2020 | Notice of Continuance | |
| 129 | 05/22/2020 | Order to Show Cause re: Dismissal reassigned to C62 at Central Justice Center on 06/29/2020 at 01:30:00 PM. | |
| 130 | 05/22/2020 | Order to Show Cause re: Dismissal scheduled for 06/29/2020 at 01:30:00 PM in C62 at Central Justice Center. | |
| 131 | 05/28/2020 | Notice - Other (of Remote Court Hearing-Order to Show Cause) filed by The Superior Court of Orange on 05/28/2020 | |
| 132 | 05/29/2020 | Clerk's Certificate of Mailing/Electronic Service | |

000950    EXHIBIT 13, PAGE 157

**Case Header**

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:

Next Event Date: 12/19/2022

**Register of Actions Notice**

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 134 | 06/29/2020 | Order to Show Cause re: Dismissal continued to 08/31/2020 at 01:30 PM in this department pursuant to party's motion. | |
| 135 | 06/29/2020 | Minutes finalized for Order to Show Cause re: Dismissal 06/29/2020 01:30:00 PM. | |
| 136 | 06/29/2020 | Clerk's Certificate of Mailing/Electronic Service | |
| 138 | 08/31/2020 | Motion for Terminating Sanctions filed by Houser Bros. Co. on 08/31/2020 Refers To: Gallian, Jamie | Houser Bros. Co. (Plaintiff) |
| 142 | 08/31/2020 | Order to Show Cause re: Dismissal continued to 10/28/2020 at 01:30 PM in this department pursuant to Court's motion. | |
| 143 | 08/31/2020 | Minutes finalized for Order to Show Cause re: Dismissal 08/31/2020 01:30:00 PM. | |

000951                    EXHIBIT 13, PAGE 158

**Case Header**

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:
Next Event Date: 12/19/2022

**Register of Actions Notice**

| ROA# | Entry Date | Short/Long Entry | Filed By |
|---|---|---|---|
| 137 | 08/31/2020 | E-filing transaction 3932518 received on 08/31/2020 01:01:10 PM. | |
| 139 | 08/31/2020 | Payment received by OneLegal for 36 - Motion or other (not 1st) paper requiring a hearing in the amount of 60.00, transaction number 12774926 and receipt number 12601581. | |
| 140 | 08/31/2020 | Motion for Termination of Sanctions scheduled for 09/10/2020 at 01:30:00 PM in C62 at Central Justice Center. | |
| 144 | 08/31/2020 | Clerk's Certificate of Mailing/Electronic Service | |
| 146 | 09/10/2020 | Opposition filed by Gallian, Jamie on 09/10/2020 Refers To: | Gallian, Jamie (Defendant) |
| 147 | 09/10/2020 | Proof of eService filed by Gallian, Jamie on 09/10/2020 Refers To: | Gallian, Jamie (Defendant) |

000952    EXHIBIT 13, PAGE 159

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC

Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited

Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Case Age: 1344 days

Next Event Type: Status Conference

Judicial Officer:

Department:

Next Event Date: 12/19/2022

### Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 145 | 09/10/2020 | E-filing transaction 2938665 received on 09/10/2020 12:15:57 PM. | |
| 148 | 09/10/2020 | Minutes finalized for Motion for Termination of Sanctions 09/10/2020 01:30:00 PM. | |
| 149 | 09/11/2020 | Clerk's Certificate of Mailing/Electronic Service | |
| 151 | 09/29/2020 | Order to Show Cause re: Dismissal continued to 11/09/2020 at 01:30 PM in Department C62. | |
| 152 | 09/29/2020 | Minutes finalized for Chambers Work 09/29/2020 03:11:00 PM. | |
| 153 | 09/29/2020 | Clerk's Certificate of Mailing/Electronic Service | |

Date Printed: September 7, 2022    Page: 24

EXHIBIT 13, PAGE 160

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC

Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019

Case Status: Trial Set

Case Category: Civil - Limited

Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days

Next Event Type: Status Conference

Department:

Next Event Date: 12/19/2022

### Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 156 | 10/16/2020 | Order to Show Cause re: Dismissal continued to 11/09/2020 at 01:30 PM in Department C25. | |
| 157 | 10/16/2020 | Minutes finalized for Chambers Work 10/16/2020 10:23:00 AM. | |
| 158 | 10/16/2020 | Clerk's Certificate of Mailing/Electronic Service | |
| 160 | 10/19/2020 | Declaration in Support filed by Gallian, Jamie on 10/19/2020 Refers To: | Gallian, Jamie (Defendant) |
| 159 | 10/19/2020 | E-filing transaction 2950034 received on 10/19/2020 08:41:47 AM. | |
| 161 | 11/02/2020 | Minutes finalized for Chambers Work 11/02/2020 09:20:00 AM. | |

Date Printed: September 7, 2022     Page: 25

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC

Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited

Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days

Next Event Type: Status Conference

Department:

Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 164 | 11/02/2020 | Peremptory Challenge under C.C.P. 170.6 as to the Honorable Kimberly A. Knill filed. | |
| 165 | 11/02/2020 | Order to Show Cause re: Dismissal continued to 11/13/2020 at 08:30 AM in Department C61. | |
| 166 | 11/02/2020 | Minutes finalized for Chambers Work 11/02/2020 03:41:00 PM. | |
| 167 | 11/02/2020 | Clerk's Certificate of Mailing/Electronic Service | |
| 170 | 11/12/2020 | Minute order dated 11/02/2020 corrected Nunc Pro Tunc. | |
| 171 | 11/12/2020 | Order to Show Cause re: Dismissal continued to 12/14/2020 at 08:30 AM in Department C66. | |

000955          EXHIBIT 13, PAGE 162

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Case Age: 1344 days
Next Event Type: Status Conference

Location: Central Justice Center

Judicial Officer:
Department:
Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 172 | 11/12/2020 | Minutes finalized for Chambers Work 11/12/2020 02:59:00 PM. | |
| 173 | 11/12/2020 | Clerk's Certificate of Mailing/Electronic Service | |
| 175 | 12/03/2020 | Proof of Service by Mail filed by Gallian, Jamie on 12/03/2020 Refers To: | Gallian, Jamie (Defendant) |
| 176 | 12/03/2020 | Peremptory Challenge Pursuant to 170.6 CCP (Hon. Sherri Honer) filed by Gallian, Jamie on 12/03/2020 Refers To: | Gallian, Jamie (Defendant) |
| 174 | 12/03/2020 | E-filing transaction 3959997 received on 12/03/2020 09:46:33 AM. | |
| 177 | 12/04/2020 | Minutes finalized for Chambers Work 12/04/2020 07:34:00 AM. | |

000956    EXHIBIT 13, PAGE 163

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Case Age: 1344 days
Next Event Type: Status Conference

Filing Date: 01/02/2019
Case Status: Trial Set

Location: Central Justice Center

Judicial Officer:
Department:
Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 178 | 12/04/2020 | Clerk's Certificate of Mailing/Electronic Service | |
| 180 | 12/14/2020 | The Status Conference is scheduled for 03/29/2021 at 02:30 PM in Department C66. | |
| 181 | 12/14/2020 | Minutes finalized for Order to Show Cause re: Dismissal 12/14/2020 08:30:00 AM. | |
| 183 | 03/22/2021 | Status Conference continued to 04/05/2021 at 02:30 PM in this department pursuant to Court's motion. | |
| 184 | 03/22/2021 | Minutes finalized for Chambers Work 03/22/2021 10:32:00 AM. | |
| 185 | 03/22/2021 | Clerk's Certificate of Mailing/Electronic Service | |

Date Printed: September 7, 2022        Page: 28

EXHIBIT 13, PAGE 164

**Case Header**

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:

Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 187 | 04/01/2021 | Motion to Reclassify filed by Houser Bros. Co. on 04/01/2021<br>Refers To: Gallian, Jamie | Houser Bros. Co. (Plaintiff) |
| 186 | 04/05/2021 | E-filing transaction 41176408 received on 04/01/2021 12:56:50 PM. | |
| 188 | 04/05/2021 | Payment received by OneLegal for 36 - Motion or other (not 1st) paper requiring a hearing in the amount of 60.00, transaction number 12867878 and receipt number 12695557. | |
| 189 | 04/05/2021 | Motion for Reclassification scheduled for 05/03/2021 at 01:30:00 PM in C66 at Central Justice Center. | |
| 190 | 04/05/2021 | E-filed document with transaction number 1830261 was rejected. | |
| 193 | 04/05/2021 | Status Conference continued to 05/10/2021 at 01:30 PM in this department pursuant to party's motion. | |

Date Printed: September 7, 2022     Page: 29

EXHIBIT 13, PAGE 165

**Case Header**

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:
Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 194 | 04/05/2021 | Motion for Reclassification continued to 05/10/2021 at 01:30 PM in this department pursuant to party's motion. | |
| 195 | 04/05/2021 | Minutes finalized for Status Conference 04/05/2021 02:30:00 PM. | |
| 198 | 05/10/2021 | This case is reclassified as a Civil Unlimited Jurisdiction action.  Plaintiff is ordered to pay transfer fees. | |
| 199 | 05/10/2021 | The Mandatory Settlement Conference is scheduled for 06/11/2021 at 09:00 AM in Department C66. | |
| 200 | 05/10/2021 | Status Conference continued to 06/11/2021 at 09:00 AM in this department pursuant to party's motion. | |
| 201 | 05/10/2021 | Minutes finalized for  Multiple Events 05/10/2021 01:30:00 PM. | |

Date Printed: September 7, 2022       Page: 30

EXHIBIT 13, PAGE 166

**Case Header**

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:
Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 203 | 06/10/2021 | Mandatory Settlement Conference Statement received on 06/10/2021. Refers To: | Gallian, Jamie (Defendant) |
| 202 | 06/10/2021 | E-filing transaction 1857309 received on 06/10/2021 11:21:34 AM. | |
| 206 | 06/11/2021 | The Pretrial Conference is scheduled for 09/13/2021 at 02:30 PM in Department C66. | |
| 207 | 06/11/2021 | The Jury Trial is scheduled for 09/20/2021 at 08:30 AM in Department C66. | |
| 208 | 06/11/2021 | Minutes finalized for Multiple Events 06/11/2021 09:00:00 AM. | |
| 209 | 06/11/2021 | Order - Other (Pre-Trial/Hearing Conference Order for Jury Trials and Long Cause Court Trials and De Novo Hearings) filed by The Superior Court of Orange on 06/11/2021 | |

000960     EXHIBIT 13, PAGE 167

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:

Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 210 | 06/16/2021 | Clerk's Certificate of Service By Mail (out of process) generated | |
| 211 | 07/13/2021 | E-filed document with transaction number 1868807 was rejected. | |
| 213 | 07/13/2021 | Notice of Stay (Bankruptcy) filed by Gallian, Jamie on 07/13/2021 Refers To: | Gallian, Jamie (Defendant) |
| 215 | 07/14/2021 | Notice of Stay (Bankruptcy) filed by Gallian, Jamie on 07/14/2021 Refers To: | Gallian, Jamie (Defendant) |
| 212 | 07/15/2021 | E-filing transaction 21040847 received on 07/13/2021 02:12:39 PM. | |
| 214 | 07/16/2021 | E-filing transaction 31038457 received on 07/14/2021 11:16:14 AM. | |

000961    EXHIBIT 13, PAGE 168

**Case Header**

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:
Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 217 | 09/13/2021 | The Status Conference is scheduled for 11/08/2021 at 02:30 PM in Department C66. | |
| 218 | 09/13/2021 | Minutes finalized for Pretrial Conference 09/13/2021 02:30:00 PM. | |
| 219 | 09/13/2021 | Clerk's Certificate of Mailing/Electronic Service | |
| 221 | 09/14/2021 | The Jury Trial set for 09/20/2021 at 8:30 AM in Department C66 is vacated. | |
| 222 | 09/14/2021 | Minutes finalized for Chambers Work 09/14/2021 02:07:00 PM. | |
| 223 | 09/14/2021 | Clerk's Certificate of Mailing/Electronic Service | |

000962    EXHIBIT 13, PAGE 169

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC

Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:

Next Event Date: 12/19/2022

### Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 227 | 10/18/2021 | Proof of eService filed by Gallian, Jamie on 10/18/2021 Refers To: | Gallian, Jamie (Defendant) |
| 225 | 10/18/2021 | Proof of eService filed by Gallian, Jamie on 10/18/2021 Refers To: | Gallian, Jamie (Defendant) |
| 224 | 10/18/2021 | E-filing transaction 1907356 received on 10/18/2021 08:26:51 PM. | |
| 226 | 10/19/2021 | E-filing transaction 1907323 received on 10/18/2021 05:17:44 PM. | |
| 228 | 10/19/2021 | E-filed document with transaction number 21078329 was rejected. | |
| 229 | 11/08/2021 | E-filed document with transaction number 31083623 was rejected. | |

Date Printed: September 7, 2022     Page: 34

EXHIBIT 13, PAGE 170

**Case Header**

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:

Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 231 | 11/08/2021 | Application to Prevent Forfeiture Due to COVID-19 Rental Debt filed by Gallian, Jamie on 11/08/2021 Refers To: | Gallian, Jamie (Defendant) |
| 233 | 11/08/2021 | Application to Prevent Forfeiture Due to COVID-19 Rental Debt filed by Gallian, Jamie on 11/08/2021 Refers To: | Gallian, Jamie (Defendant) |
| 235 | 11/08/2021 | Status Conference continued to 05/16/2022 at 02:30 PM in this department pursuant to party's motion. | |
| 236 | 11/08/2021 | Minutes finalized for Status Conference 11/08/2021 02:30:00 PM. | |
| 230 | 11/08/2021 | E-filing transaction 21086558 received on 11/08/2021 11:07:56 AM. | |
| 232 | 11/09/2021 | E-filing transaction 31083931 received on 11/08/2021 02:24:45 PM. | |

000964     EXHIBIT 13, PAGE 171

**Case Header**

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:
Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 237 | 11/10/2021 | Minutes finalized for Chambers Work 2021-11-10 11:10:00.0. | |
| 238 | 11/10/2021 | Clerk's Certificate of Mailing/Electronic Service | |
| 240 | 11/12/2021 | Substitution of Attorney filed by Gallian, Jamie on 11/12/2021 Refers To: | Gallian, Jamie (Defendant) |
| 239 | 11/22/2021 | E-filing transaction 21088387 received on 11/12/2021 07:27:33 AM. | |
| 242 | 12/21/2021 | Substitution of Attorney filed by Gallian, Jamie on 12/21/2021 Refers To: | Gallian, Jamie (Defendant) |
| 241 | 12/22/2021 | E-filing transaction 31099816 received on 12/21/2021 11:57:28 AM. | |

000965     EXHIBIT 13, PAGE 172

| Case Header | | |
|---|---|---|
| Case Number: 30-2019-01041423-CL-UD-CJC | | Filing Date: 01/02/2019 |
| Case Title: Houser Bros. Co. vs. Jamie Gallian | | Case Status: Trial Set |
| Case Category: Civil - Limited | | Location: Central Justice Center |
| Case Type: Unlawful Detainer - Residential | | |
| | | Judicial Officer: |
| Case Age: 1344 days | | Department: |
| Next Event Type: Status Conference | | Next Event Date: 12/19/2022 |

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|---|---|---|---|
| 244 | 01/19/2022 | Request to Waive Court Fees filed by Gallian, Jamie on 01/19/2022 Refers To: | Gallian, Jamie (Defendant) |
| 245 | 01/19/2022 | Order on Court Fee Waiver (Superior Court) received on 01/19/2022. Refers To: | Gallian, Jamie (Defendant) |
| 243 | 01/21/2022 | E-filing transaction 21111791 received on 01/19/2022 12:26:40 AM. | |
| 256 | 01/25/2022 | Order on Court Fee Waiver (Superior Court) filed by The Superior Court of Orange on 01/25/2022 | |
| 257 | 01/25/2022 | Gallian, Jamie Request to Waive Court Fees granted in whole on 01/25/2022. | |
| 246 | 01/31/2022 | E-filing transaction 21116785 received on 01/31/2022 12:23:07 PM. | |

000966     EXHIBIT 13, PAGE 173

**Case Header**

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:
Next Event Date: 12/19/2022

**Register of Actions Notice**

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 248 | 01/31/2022 | E-filing transaction 1946003 received on 01/31/2022 12:57:02 PM. | |
| 250 | 01/31/2022 | Minutes finalized for Chambers Work 01/31/2022 02:59:00 PM. | |
| 251 | 01/31/2022 | Clerk's Certificate of Mailing/Electronic Service | |
| 252 | 01/31/2022 | Order to strike entry - Notice - Other filed by Gallian, Jamie on 01/31/2022 is added to the case history. | |
| 253 | 01/31/2022 | Order to strike entry - Declaration in Support filed by Gallian, Jamie on 01/31/2022 is added to the case history. | |
| 254 | 02/02/2022 | E-filed document with transaction number 31114220 was rejected. | |

Date Printed: September 7, 2022      Page: 38

EXHIBIT 13, PAGE 174

## Case Header

Case Number: 30-2019-01041423-CL-UD-CJC
Case Title: Houser Bros. Co. vs. Jamie Gallian

Filing Date: 01/02/2019
Case Status: Trial Set

Case Category: Civil - Limited
Case Type: Unlawful Detainer - Residential

Location: Central Justice Center

Judicial Officer:

Case Age: 1344 days
Next Event Type: Status Conference

Department:

Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 255 | 02/02/2022 | E-filed document with transaction number 1946015 was rejected. | |
| 258 | 02/09/2022 | Clerk's Certificate of Mailing/Electronic Service | |
| 260 | 02/16/2022 | Substitution of Attorney filed by Gallian, Jamie on 02/16/2022 Refers To: | Gallian, Jamie (Defendant) |
| 259 | 02/17/2022 | E-filing transaction 31121084 received on 02/16/2022 02:32:18 PM. | |
| 262 | 05/16/2022 | Status Conference continued to 08/22/2022 at 01:30 PM in this department pursuant to party's motion. | |
| 263 | 05/16/2022 | Minutes finalized for Status Conference 05/16/2022 02:30:00 PM. | |

000968    EXHIBIT 13, PAGE 175

**Case Header**

Case Number: 30-2019-01041423-CL-UD-CJC

Case Title: Houser Bros. Co. vs. Jamie Gallian

Case Category: Civil - Limited

Case Type: Unlawful Detainer - Residential

Case Age: 1344 days

Next Event Type: Status Conference

Filing Date: 01/02/2019

Case Status: Trial Set

Location: Central Justice Center

Judicial Officer:

Department:

Next Event Date: 12/19/2022

## Register of Actions Notice

| ROA# | Entry Date | Short/Long Entry | Filed By |
|------|-----------|------------------|----------|
| 265 | 08/22/2022 | Status Conference continued to 12/19/2022 at 01:30 PM in this department pursuant to party's motion. | |
| 266 | 08/22/2022 | Minutes finalized for Status Conference 08/22/2022 01:30:00 PM. | |

000969          EXHIBIT 13, PAGE 176

EXHIBIT 14

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER** (optional) | |
| Jamie Gallian | |
| 714-321-449 | |

**B. E-MAIL CONTACT AT FILER** (optional)

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

J-Pad, LLC
5782 Pinon Drive
Huntington Beach, CA 92649
USA

**DOCUMENT NUMBER: 76027030002**
**FILING NUMBER: 19-7691905279**
**FILING DATE: 01/14/2019 08:16**

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| J-Sandcastle Co LLC | | | | |
| **OR** 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16222 Monterey Lane #376 | Huntington Beach | CA | 92649 | USA |

**2. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **OR** 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Gallian | Jamie | Lynn | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16222 Monterey Ln #376 | Huntington Beach | CA | 92649 | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| J-Pad, LLC - CA SOS Entity No. 201804010750 | | | | |
| **OR** 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2702 N GAFF STREET | ORANGE | CA | 92865 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

ORANGE COUNTY CALIFORNIA ASSESSOR'S PARCEL NUMBER 891-569-62
SERIAL NUMBERS AC7V710394GB, AC7V710394GA
DECAL NUMBER LBM1081

**5.** Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

**FILING OFFICE COPY**

000971        EXHIBIT 14, PAGE 177

 


U200034803831

B0349-4529 12/04/2020 2:14 PM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State, Alex Padilla*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File #: U200034803831

Date Filed: 12/4/2020

---

Submitter Information:
Contact Name
Organization Name
Phone Number
Email Address
Address                                    None

---

Amendment Action Information:
Initial Financing Statement File Number        197691905279
Date Filed                                     01/14/2019
Amendment Action                               Secured Party Amendment
Secured Party Action                           Add Secured Party

Add Secured Party:

| Secured Party Name | Mailing Address |
|---|---|
| Steven D Gallian | 16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649 |
| Brian J Gallian | 16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649 |

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name          J-PAD, LLC   -   CA SOS ENTITY NO. 201804010750

Optional Filer Reference Information:

Miscellaneous Information:

---

Page 1 of 1

000972                    EXHIBIT 14, PAGE 178

 

U210083394336



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File #: U210083394336

Date Filed: 9/8/2021

Submitter Information:

Contact Name

Organization Name

Phone Number

Email Address

Address                                             None

Amendment Action Information:

Initial Financing Statement File Number            197691905279

Date Filed                                         01/14/2019

Amendment Action                                   Secured Party Amendment

Secured Party Action                               Add Secured Party

Add Secured Party:

| Secured Party Name | Mailing Address |
|---|---|
| RONALD J. PIERPONT | 4519 PONDEROSA WAY<br>YORBA LINDA, CA 92886<br>HUTINGTON BEACH, CA 92649 |
| ROBERT MCLELLAND | 21742 ANZA AVENUE<br>TORRANCE, CA 90503 |
| JUSTIN D. BARCLAY | 16222 MONTEREY LN #376<br>HUNTINGTON BEACH, CA 92649 |
| E. J. GALLIAN | 16222 MONTEREY LN #376<br>HUNTINGTON BEACH, CA 92649 |

Name of Secured Party of Record Authorizing This Amendment:

☐  If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name          J-PAD, LLC    -    CA SOS ENTITY NO. 201804010750

Optional Filer Reference Information:

Miscellaneous Information:

B0428-3050  09/08/2021  3:22 PM  Received by California Secretary of State

Page 1 of 1

000973                    EXHIBIT 14, PAGE 179

 

B0428-3116 09/08/2021 3:41 PM Received by California Secretary of State

U210083400018



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U210083400018 |
| Date Filed: 9/8/2021 |

| Submitter Information: | |
| --- | --- |
| Contact Name | |
| Organization Name | |
| Phone Number | |
| Email Address | |
| Address | None |

| Amendment Action Information: | |
| --- | --- |
| Initial Financing Statement File Number | 197691905279 |
| Date Filed | 01/14/2019 |
| Amendment Action | Secured Party Amendment |
| Secured Party Action | Edit Secured Party |

Edit Secured Party:

| Secured Party Name | Mailing Address |
| --- | --- |
| *Changed From:* JUSTIN D. BARCLAY<br>*Changed To:* JUSTIN D. BARCLAY | *Changed From:* 16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649<br>*Changed To:* 3334 E. COAST HWY. #126 CORONA DEL MAR, CA 92625 |
| *Changed From:* BRIAN J GALLIAN<br>*Changed To:* BRIAN J GALLIAN | *Changed From:* 16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649<br>*Changed To:* 3334 E. COAST HWY. #126 HUNTINGTON BEACH, CA 92649 |
| *Changed From:* E. J. GALLIAN<br>*Changed To:* E. J. GALLIAN | *Changed From:* 16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649<br>*Changed To:* 3334 E. COAST HWY. #126 HUNTINGTON BEACH, CA 92649 |
| *Changed From:* STEVEN D GALLIAN<br>*Changed To:* STEVEN D GALLIAN | *Changed From:* 16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649<br>*Changed To:* 3334 E. COAST HWY #126 CORONA DEL MAR, CA 92625 |
| *Changed From:* J-PAD, LLC - CA SOS ENTITY NO. 201804010750<br>*Changed To:* J-PAD, LLC - CA SOS ENTITY NO. 201804010750 | *Changed From:* 2702 N GAFF STREET ORANGE, CA 92865<br>*Changed To:* 16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649 |

Name of Secured Party of Record Authorizing This Amendment:

000974

EXHIBIT 14, PAGE 180

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

| Authorizing Secured Party Name | J-PAD, LLC   -   CA SOS ENTITY NO. 201804010750 |
| --- | --- |
| Optional Filer Reference Information: | |
| Miscellaneous Information: | |

B0428-3117 09/08/2021 3:41 PM Received by California Secretary of State

Page 2 of 2

000975          EXHIBIT 14, PAGE 181

 

U210084255728



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U210084255728 |
| Date Filed: 9/12/2021 |

B0428-8950 09/12/2021 9:27 PM Received by California Secretary of State

| Submitter Information: | |
| --- | --- |
| Contact Name | Ronald Pierpont or Robert Mclelland, its Managers |
| Organization Name | J--Pad, LLC |
| Phone Number | (714) 742-5999 |
| Email Address | bobwentflying@yahoo.com |
| Address | 4519 Ponderosa Way |
| | Yorba Linda, CA 92886 |

| Amendment Action Information: | |
| --- | --- |
| Initial Financing Statement File Number | 197691905279 |
| Date Filed | 01/14/2019 |
| Amendment Action | Secured Party Amendment |
| Secured Party Action | Edit Secured Party |

Edit Secured Party:

| Secured Party Name | Mailing Address |
| --- | --- |
| Changed From:<br>JUSTIN D. BARCLAY<br>Changed To:<br>JUSTIN D. BARCLAY | Changed From:<br>3334 E. COAST HWY. #126<br>CORONA DEL MAR, CA 92625<br>Changed To:<br>3334 E. COAST HWY. #126<br>CORONA DEL MAR, CA 92625 |
| Changed From:<br>BRIAN J GALLIAN<br>Changed To:<br>BRIAN J. GALLIAN | Changed From:<br>3334 E. COAST HWY. #126<br>HUNTINGTON BEACH, CA 92649<br>Changed To:<br>3334 E. COAST HWY. #126<br>CORONA DEL MAR, CA 92625 |
| Changed From:<br>E. J. GALLIAN<br>Changed To:<br>E. J. GALLIAN | Changed From:<br>3334 E. COAST HWY. #126<br>HUNTINGTON BEACH, CA 92649<br>Changed To:<br>BRIAN J. GALLIAN<br>3334 E. COAST HWY. #126<br>CORONA DEL MAR, CA 92625 |
| Changed From:<br>STEVEN D GALLIAN<br>Changed To:<br>STEVEN D. GALLIAN | Changed From:<br>3334 E. COAST HWY #126<br>CORONA DEL MAR, CA 92625<br>Changed To:<br>3334 E. COAST HWY #126<br>CORONA DEL MAR, CA 92625 |
| Changed From:<br>J-PAD, LLC - CA SOS ENTITY NO. 201804010750<br>Changed To:<br>J-PAD, LLC - CA SOS ENTITY NO. 201804010750 | Changed From:<br>16222 MONTEREY LN #376<br>HUNTINGTON BEACH, CA 92649<br>Changed To:<br>21742 ANZA AVENUE<br>TORRANCE, CA 92503 |

Page 1 of 2

EXHIBIT 14, PAGE 182

B0428-8951 09/12/2021 9:27 PM Received by California Secretary of State

| Changed From:<br>ROBERT MCLELLAND<br><br>*Changed To:*<br>ROBERT MCLELLAND | Changed From:<br>21742 ANZA AVENUE<br>TORRANCE, CA 90503<br><br>*Changed To:*<br>21742 ANZA AVENUE<br>TORRANCE, CA 90503 |
| --- | --- |
| Changed From:<br>RONALD J. PIERPONT<br><br>*Changed To:*<br>RONALD J. PIERPONT | Changed From:<br>4519 PONDEROSA WAY<br>YORBA LINDA, CA 92886<br>HUTINGTON BEACH, CA 92649<br><br>*Changed To:*<br>4519 PONDEROSA WAY<br>YORBA LINDA, CA 92886 |

Name of Secured Party of Record Authorizing This Amendment:

☐  If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name                    J-PAD, LLC    -    CA SOS ENTITY NO. 201804010750

Optional Filer Reference Information:

Miscellaneous Information:

This is a Secured Party Amendment to U197691916827 and U197691905279, Filed on 1/14/2019. and Amendment filed 12/4/2020 U200034803831. This filing secures the personal property collateral to the Secured Parties herein, known as LBM1081, LPT APN 891-569-62, 2014 Skyline Custom Villa the primary residence of Jamie Lynn Gallian. Homestead Declaration filed 7/9/2021 @ 12:48 p.m. Clerk Recorder County of Orange. HCD Registration transferred from J-Sandcastle Co LLC perfected on 2/25/2021. J-Pad, LLC holder of Certificate of Title perfected with HCD 1/14/2019, a manager-managed LLC. entity no. 201804010750.

000977                    EXHIBIT 14, PAGE 183

 

U210084256326

B0428-8959 09/13/2021 12:00 AM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
|---|
| **-FILED-** |
| File #: U210084256326 |
| Date Filed: 9/12/2021 |

Submitter Information:

| | |
|---|---|
| Contact Name | Ronald J. Pierpont; Robert McLelland, its Managers |
| Organization Name | J-Pad, LLC   -   CA SOS Entity No. 201804010750 |
| Phone Number | (714) 742-5999 |
| Email Address | ronpierpont@gmail.com |
| Address | 21742 Anza Avenue<br>Torrance, CA 90503 |

Amendment Action Information:

| | |
|---|---|
| Initial Financing Statement File Number | 197691905279 |
| Date Filed | 01/14/2019 |
| Amendment Action | Secured Party Amendment |
| Secured Party Action | Edit Secured Party |

Edit Secured Party:

| Secured Party Name | Mailing Address |
|---|---|
| *Changed From:*<br>JUSTIN D. BARCLAY<br>*Changed To:*<br>JUSTIN D. BARCLAY | *Changed From:*<br>3334 E. COAST HWY. #126<br>CORONA DEL MAR, CA 92625<br>*Changed To:*<br>3334 E. COAST HWY. #126<br>CORONA DEL MAR, CA 92625 |
| *Changed From:*<br>BRIAN J GALLIAN<br>*Changed To:*<br>BRIAN J GALLIAN | *Changed From:*<br>3334 E. COAST HWY. #126<br>HUNTINGTON BEACH, CA 92649<br>*Changed To:*<br>3334 E. COAST HWY. #126<br>CORONA DEL MAR, CA 92625 |
| *Changed From:*<br>E. J. GALLIAN<br>*Changed To:*<br>E. J. GALLIAN | *Changed From:*<br>3334 E. COAST HWY. #126<br>HUNTINGTON BEACH, CA 92649<br>*Changed To:*<br>3334 E. COAST HWY. #126<br>CORONA DEL MAR, CA 92625 |
| *Changed From:*<br>STEVEN D GALLIAN<br>*Changed To:*<br>STEVEN D GALLIAN | *Changed From:*<br>3334 E. COAST HWY #126<br>CORONA DEL MAR, CA 92625<br>*Changed To:*<br>3334 E. COAST HWY #126<br>CORONA DEL MAR, CA 92625 |
| *Changed From:*<br>J-PAD, LLC - CA SOS ENTITY NO. 201804010750<br>*Changed To:*<br>J-PAD, LLC - CA SOS ENTITY NO. 201804010750 | *Changed From:*<br>16222 MONTEREY LN #376<br>HUNTINGTON BEACH, CA 92649<br>*Changed To:*<br>21742 ANZA AVENUE<br>TORRANCE, CA 90503 |

Page 1 of 2

EXHIBIT 14, PAGE 184

| Changed From:<br>ROBERT MCLELLAND<br>Changed To:<br>ROBERT MCLELLAND | Changed From:<br>21742 ANZA AVENUE<br>TORRANCE, CA 90503<br>Changed To:<br>21742 ANZA AVENUE<br>TORRANCE, CA 90503 |
|---|---|
| Changed From:<br>RONALD J. PIERPONT<br>Changed To:<br>RONALD J. PIERPONT | Changed From:<br>4519 PONDEROSA WAY<br>YORBA LINDA, CA 92886<br>HUTINGTON BEACH, CA 92649<br>Changed To:<br>4519 PONDEROSA WAY<br>YORBA LINDA, CA 92886 |

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name        J-PAD, LLC   -   CA SOS ENTITY NO. 201804010750

Optional Filer Reference Information:

Miscellaneous Information:

PERSONAL PROPERTY LBM 1081, APN 891-569-62, SERIAL NUMBER 7V710394GB/GA LOCATED ON APN 178-011-16
16222 MONTEREY LN SPC 376 HUNTINGTON BEACH, CA 92649

B0428-8960 09/13/2021 12:00 AM Received by California Secretary of State

U210084558226



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**INFORMATION STATEMENT (UCC 5)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U210084558226 |
| Date Filed: 9/13/2021 |

Submitter Information:

Contact Name

Organization Name

Phone Number

Email Address

Address                                                   None

Initial Filing Information:

Initial Financing Statement File Number          197691905279

Date Filed                                               01/14/2019

Record Information to Which This Information Statement          U210083400018
Relates

Claim Information:

Record is inaccurate.

Basis for Claim:                                         Incorrect information entered in error.

Name of Party Filing This Information Statement:

☐ If this Information Statement is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name          J-PAD, LLC    -    CA SOS ENTITY NO. 201804010750

Page 1 of 1

B0429-1133 09/13/2021 4:36 PM Received by California Secretary of State

 

U210088103629



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| :---: |
| **-FILED-** |
| File #: U210088103629 |
| Date Filed: 9/24/2021 |

B0432-8877 09/24/2021 9:04 PM Received by California Secretary of State

| Submitter Information: | |
| :--- | :--- |
| Contact Name | Jamie Gallian |
| Organization Name | |
| Phone Number | (714) 321-3449 |
| Email Address | JAMIEGALLIAN@GMAIL.COM |
| Address | 16222 Monterey Ln. #376<br>Huntington Beach, CA 92649 |

| Amendment Action Information: | |
| :--- | :--- |
| Initial Financing Statement File Number | 197691905279 |
| Date Filed | 01/14/2019 |
| Amendment Action | Secured Party Amendment |
| Secured Party Action | Add Secured Party |

**Add Secured Party:**

| Secured Party Name | Mailing Address |
| :--- | :--- |
| J-PAD, LLC | 21742 ANZA AVENUE<br>TORRANCE, CA 90503 |
| STEVEN D. GALLIAN | 3334 E. COAST HWY. #126<br>CORONA DEL MAR, CA 92625 |
| BRIAN J. GALLIAN | 3334 E. COAST HWY. #126<br>CORONA DEL MAR, CA 92625 |
| JUSTIN D. BARCLAY | 3334 E. COAST HWY. #126<br>CORONA DEL MAR, CA 92625 |
| RONALD J. PIERPONT | 4519 PONDEROSA WAY<br>YORBA LINDA, CA 92886 |
| ROBERT J. MCLELLAND | 21742 ANZA AVENUE<br>TORRANCE, CA 90503 |
| EJ GALLIAN | 3334 E. COAST HWY. #126<br>CORONA DEL MAR, CA 92625 |

**Name of Secured Party of Record Authorizing This Amendment:**

☒ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Debtor Name        JAMIE LYNN GALLIAN

**Optional Filer Reference Information:**

**Miscellaneous Information:**
This is a Debtor Amendment acknowledging reaffirming the Initial UCC Financing Statement 19-7691905279 filed 1/14/2019, and Amendment filed U20003480383 filed 12/4/2020. The individual secured parties listed have a defined percentage interest in the collateral known as LBM1081, APN 891-569-62, located on APN 178-011-01, Tract 10542 Unit 4, Lot 376. J-Pad, LLC a manager managed LLC will continue to be the Legal Owner listed on the COT and Holder.  J-Pad, LLC will continue to manage the collateral for all Secured Parties.

Page 1 of 1

     **EXHIBIT 14, PAGE 187**

EXHIBIT 15

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>Jamie Gallian<br>714-321-3449 | |
| **B. E-MAIL CONTACT AT FILER (optional)** | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>Jamie Lynn Gallian<br>16222 Monterey Ln #376<br>Huntington Beach, CA 92649<br>USA | **DOCUMENT NUMBER: 76027940002**<br>**FILING NUMBER: 19-7691915674**<br>**FILING DATE: 01/14/2019 08:55**<br><br>IMAGE GENERATED ELECTRONICALLY FOR WEB FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| J-SANDCASTLE CO LLC | | | | |
| **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **1c. MAILING ADDRESS**<br>16222 MONTEREY LN #376 | CITY<br>HUNTINGTON BEACH | STATE<br>CA | POSTAL CODE<br>92649 | COUNTRY<br>USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| **2b. INDIVIDUAL'S SURNAME**<br>GALLIAN | FIRST PERSONAL NAME<br>JAMIE | | ADDITIONAL NAME(S)/INITIAL(S)<br>LYNN | SUFFIX |
| **2c. MAILING ADDRESS**<br>16222 MONTEREY LANE #376 | CITY<br>HUNTINGTON BEACH | STATE<br>CA | POSTAL CODE<br>92649 | COUNTRY<br>USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| J-Pad, LLC - CA SOS Entity No. 201804010750 | | | | |
| **3b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **3c. MAILING ADDRESS**<br>2702 N GAFF STREET | CITY<br>ORANGE | STATE<br>CA | POSTAL CODE<br>92865 | COUNTRY<br>USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

LOCATED ON CLERK RECORDER OFFICE OF ORANGE COUNTY CALIFORNIA FILED DECEMBER 20, 1977, PARCEL MAP BOOK NO. 108 PG(S) 47, 48, T.P.M. 77-7, R.S.T.8531

SERIAL NUMBERAC7V710394GB, AC7V710394GA; DECAL NUMBER LBM1081
ASSESSORS PARCEL NUMBER 891-569-62

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

**FILING OFFICE COPY**

000983          EXHIBIT 15, PAGE 188

 

U210088125323

B0432-9096 09/24/2021 11:20 PM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U210088125323 |
| Date Filed: 9/24/2021 |

| Submitter Information: | |
| --- | --- |
| Contact Name | Jamie Lynn Gallian |
| Organization Name | |
| Phone Number | (714) 321-3449 |
| Email Address | jamiegallian@gmail.com |
| Address | 16222 Monterey Lane #376 |
| | Huntington Beach, CA 92649 |

| Amendment Action Information: | |
| --- | --- |
| Initial Financing Statement File Number | 197691915674 |
| Date Filed | 01/14/2019 |
| Amendment Action | Collateral Amendment |
| Collateral Change | Restate Collateral |

| Indicate how documentation of Collateral is provided: | Attached in a File |
| --- | --- |

Upload PDF as Collateral:
CRANDALL OPT C33 6-4-2018 11-16-2018.pdf

☒ Check this box to see additional UCC Collateral options.

This Financing Statement Amendment:

☐ Covers timber to be cut

☐ Covers as-extracted Collateral

☒ Is filed as a fixture filing

Name and address of a Record Owner of real estate described above (if Debtor does not have a record interest):
Randall L. Nickel
4476 Alderport Drive Unit 53
Huntington Beach, CA 92649

Jamie Lynn Gallian
16222 Monterey Lane Unit 376
Huntington Beach, CA 92649

Page 1 of 214

EXHIBIT 15, PAGE 189

Description of real estate:

That Leasehold Estate created by lease August 1, 1980, between Houser Bros Co., a limited partnership and Robert P. Warmington recorded November 7, 1980,
Unit 53 Book 13824 Page 1259
Unit 53 Book 13824 Page 1274
Unit 53 Book 13824 Page 1291
Unit 53 Book 13824 Page 1294 (Grant Deed)

Ground Leasehold and Subcondominium Leasehold Estate as to Parcels 1 and 2 of Tract 10542 in the City of Huntington Beach County of Orange, State of California being more particularly described as the Lessees interest as shown on a map recorded in Book 456, pages 49 & 50 of Misc. Maps in the Office of the County Recorder of said County.
APN 178-771-03. Gables Subd.

Parcel 1 Unit 53, as shown and defined on a Condominum Plan recorded in Book 13358, Page 1193 and following in the Office of the County Recorder of said County on October 18, 1979.

Parcel 2  An undivided 1/80th interest interest in and to Lots 1 and 2 of Tract 10542 as shown on a map recorded in Book 456, Pages(s) 49 and 50 pf misc. maps, records of Orange County, California, together with all improvements thereon, excepting therefrom condominium Units 1 through 80, inclusive located thereon, also together with easements as described therein.

A Determinable Fee Estate as to Parcels 3 & 4
A undivided 1/80th interest in the common area as shown and defined on the Condominium Plan, excepting that portion consisting of buildings and other improvements;
Those portions of a Unit, as shown and defined on the Condominium Plan, consisting of buildings and other improvements;
An undivided 1/80th interest in and to those portions of the common area and shown and defined on the Condominium Plan, consisting of buildings and other improvements;

An easement as to Parcels 5 & 6
An easement for the exclusive use and occupancy of those portions of the restricted common area, as defined on said Condominium Plan for entry, staircases, and attic space, relating to said units;
A non-exclusive easement and right to use the common area as defined on said Condominium Plan. except the restricted common area.

Covenants, Conditions & Restrictions [CC&Rs] recorded in the Office of the County Recorder of said County of Orange, May 28, 1980;
First Amendment to Covenants, Conditions & Restrictions [CC&Rs] recorded in the Office of the County Recorder of said County of Orange, August 5, 1980.

For a Term Ending December 31, 2059, upon the Terms, Covenants, and Conditions recorded as follows:
Unit 53 Book 13824 Page 1259
Unit 53 Book 13824 Page 1274
Unit 53 Book 13824 Page 1291
Unit 53 Book 13824 Page 1294 (Grant Deed)

First Amendment to Ground Lease recorded 8/21/2003, Document No. 2003001013605;
First Amendment to Condominium Sublease 8/28/2003, Document No. 2003001044770.

Corrective Amendment To Ground Lease (Units 1-80) 6/29/2005 Document No. 2005000504166

Miscellaneous:

Name of Secured Party of Record Authorizing This Amendment:

☐  If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name                    J-PAD, LLC    -    CA SOS ENTITY NO. 201804010750

Optional Filer Reference Information:

Miscellaneous Information:
APN 891-569-62, Tract 10542, Unit 4 Lot 376.

B0432-9097 09/24/2021 11:20 PM Received by California Secretary of State

000985                    EXHIBIT 15, PAGE 190

B0432-9098  09/24/2021  11:20 PM  Received by California Secretary of State

From: **Jamie Gallian** jamiegallian@gmail.com 
Subject: Fwd: Gallian MSC Transcript and Gallian email to Counsel before going on the record.
Date: March 22, 2018 at 8:01 PM
To: davidflyer@flyerandflyer.com, raquelflyer@flyerandflyer.com

**Subject: Gallian MSC Transcript and Gallian email to Counsel before going on the record.**



$15,000 payable to Epsten, Grinnell & Howell at the close of escrow as full and final release for case 30-2017-00913985. Preliminary injunction is removed. Full enjoyment of use and enjoyment for lease payments, taxes and landscaping. HOA v Bradley/ Gallian plaintiff HOA is responsible for obtaining all releases removal of any and all liens. Within ????

Remove raingutter attached to patio cover. Association to repair and relocate raingutter out of direct drainage in front of sliding kitchen door. Building is common area that it is attached to.

HOA to hire and pay for licensed, AC technician responsible for relocation of AC unit to a location that is safe and does not obstruct kitchen exit. AC permit and final inspection by City of HB Building.

HOA to Remove special assessment immediately. Balance due 264.00 for March 1, 2018 billing.

No special assessment related to unit 53 and any charges HOA incurred in this action for the the following cases 30-2017-00913985, full and final release. No prevailing party.

Jasso action is dismissed today March 2, 2018, Any alleged violation(s) Small Claim Action for Gragnano is not applicable to this action. Jasso with prejudice today.

Workplace Violence case dismissed today with prejudice.

Gallian
rom my iPhone

Page 3 of 214
EXHIBIT 15, PAGE 191

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 03/02/2018                    TIME: 08:30:00 AM          DEPT:  C33

JUDICIAL OFFICER PRESIDING: James Crandall
CLERK:  Nga Quach
REPORTER/ERM: Amber N. Hogate CSR# 13525
BAILIFF/COURT ATTENDANT:  None/Julie Carney

CASE NO: **30-2017-00913985-CU-CO-CJC** CASE INIT.DATE: 04/11/2017
CASE TITLE: **The Huntington Beach Gables Homeowners Association vs. Bradley**
CASE CATEGORY: Civil - Unlimited       CASE TYPE: Contract - Other

EVENT ID/DOCUMENT ID: 72743477

**EVENT TYPE**: Mandatory Settlement Conference

**APPEARANCES**
Pejman D. Kharrazian, from Epsten Grinnell & Howell, APC, present for Cross - Defendant,Plaintiff(s).
Lee Gragano and Janine Jasso from The Huntington Beach Gables Homeowners Association, Plaintiff, present.
Brenda K. Radmacher, from Gordon & Rees LLP, present for Cross - Defendant,Plaintiff(s).
 Raquel Flyer, from Flyer & Flyer, present for Defendant/Cross-Complainant Jamie L. Gallian.
Jamie L. Gallian, Defendant/Cross-Complainant is present.

The parties waive any objections to the trial judge conducting a settlement conference.

Settlement conference is held. Case is settled.

The terms of the settlement are recited in open court. Each party indicates on the record that they understand and agree to the terms as stated.

This court retains jurisdiction to enforce the settlement.

The Order to Show Cause re: Dismissal on Settled Case is scheduled for 06/04/2018 at 08:30 AM in Department C33.

No appearance is necessary if the full dismissal is filed by 06/04/2018.

All other future hearing dates are ordered vacated.

B0432-9099 09/24/2021 11:20 PM Received by California Secretary of State

000987          EXHIBIT 15, PAGE 192

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 06/04/2018          TIME: 08:30:00 AM          DEPT: C33

JUDICIAL OFFICER PRESIDING: James Crandall
CLERK: P. Rief
REPORTER/ERM: Darci Mullarky CSR# 5569
BAILIFF/COURT ATTENDANT:  Julie Carney

CASE NO: **30-2017-00913985-CU-CO-CJC** CASE INIT.DATE: 04/11/2017
CASE TITLE: **The Huntington Beach Gables Homeowners Association vs. Bradley**
CASE CATEGORY: Civil - Unlimited          CASE TYPE: Contract - Other

---

EVENT ID/DOCUMENT ID: 72768738

**EVENT TYPE**: Order to Show Cause re: Dismissal on Settled Case

---

EVENT ID/DOCUMENT ID: 72793807

**EVENT TYPE**: Motion to Strike or Tax Costs
MOVING PARTY: Ted Phillips, Lindy Beck, Jennifer Paulin, Lee Gragnano, Janine Jasso, Lori Burrett
CAUSAL DOCUMENT/DATE FILED: Motion to Strike or Tax Costs, 02/28/2018

---

**APPEARANCES**
Pejman D. Kharrazian, Esq., from Epsten Grinnell & Howell, APC, present for Cross - Defendant,Plaintiff(s).
Brenda K. Radmacher, Esq., from Gordon & Rees LLP, present for Cross - Defendant,Plaintiff(s).
Jamie L. Gallian, self represented Cross - Defendant, present.

---

Order to Show Cause re: Dismissal held. Extensive discussion held in open court as to the status of the settlement. Upon the order of the court, the parties meet and confer. The case is not settled.

The motion by cross-defendants Lee Gragnano, Ted Phillips, Lindy Buck, Jennifer Paulin, Janine Jasso, and Lori Burrett to strike the Memorandum of Costs filed by cross-complainant Jamie Gallian is continued to 07/19/2018 at 08:30 AM in this department.

Jury Trial scheduled for 08/06/2018 at 08:30 AM in Department C33, if the matter is not resolved at the hearing set for 07/19/2018.

---

B0432-9100  09/24/2021 11:20 PM Received by California Secretary of State

B0432-9101 09/24/2021 11:20 PM Received by California Secretary of State

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE - CENTRAL JUSTICE CENTER

DEPARTMENT C33

| | |
|---|---|
| HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, | ) ) ) |
| PLAINTIFF, | ) ) |
| VS. | ) CASE NO. 30-2017-00913985 |
| JAMIE L. GALLIAN, | ) ) |
| DEFENDANT. | ) ) |

THE HONORABLE JAMES L. CRANDALL, JUDGE PRESIDING

REPORTER'S TRANSCRIPT OF PROCEEDINGS

MONDAY, JUNE 4, 2018

APPEARANCES OF COUNSEL:

```
    FOR PLAINTIFF:        EPSTEN GRINNELL & HOWELL
                          BY:   PEJMAN D. KHARRAZIAN, ESQ.
                                       AND
                          GORDON & REES
                          BY:  BRENDA K. RADMACHER, ESQ.

    FOR DEFENDANT:        JAMIE L. GALLIAN
                          IN PROPRIA PERSONA
```

DARCI MULLARKY, CSR #5569
COURT REPORTER

Notice of Lodgment - Exhibit E - Page 42 of 43

000989

EXHIBIT 15, PAGE 194

B0432-9102  09/24/2021 11:20 PM Received by California Secretary of State

1

```
 1              SANTA ANA, CALIFORNIA - MONDAY, JUNE 4, 2018
 2                          MORNING SESSION
 3                          * * * * *                              .
 4
 5          (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HAD IN
 6     OPEN COURT:)
 7          THE COURT:  NUMBER TWO, HUNTINGTON BEACH GABLES
 8     HOMEOWNERS ASSOCIATION VERSUS JAMIE GALLIAN.
 9          MR. KHARRAZIAN:  PEJMAN KHARRAZIAN ON BEHALF OF THE
10     PLAINTIFF.
11          MS. GALLIAN:  GOOD MORNING, YOUR HONOR.  JAMIE
12     GALLIAN.
13          THE COURT:  GOOD MORNING.
14          MS. GALLIAN:  AND MY HUSBAND.
15          THE COURT:  GOOD MORNING.
16          MR. PIERPORT:  GOOD MORNING, SIR.
17          THE COURT:  CAN WE HAVE YOUR APPEARANCE?
18          MR. PIERPORT:  RON PIERPORT (PHONETIC).
19          THE COURT:  OKAY.
20          MR. MCLELLAND:  ROBERT MCLELLAND.
21          MR. KHARRAZIAN:  AND I HAVE THE ASSOCIATION BOARD
22     PRESIDENT HERE PRESENT IN COURT.
23          THE COURT:  OKAY.  STATE HIS NAME FOR THE RECORD.
24          MR. KHARRAZIAN:  GRAGNANO, G-R-A-G-N-A-N-O, LEE
25     GRAGNANO.
26          THE COURT:  THIS CASE WAS SETTLED AND WE HAD AN
```

**Notice of Lodgment - Exhibit E - Page 1 of 43**

B0432-9103  09/24/2021  11:20 PM Received by California Secretary of State

2

```
1    ORDER TO SHOW CAUSE RE SETTLEMENT.
2          MR. KHARRAZIAN:  THAT'S CORRECT, YOUR HONOR.
3          THE COURT:  AND SOMETHING HAS HAPPENED?  AND WE
4    HAVE A MOTION TO STRIKE COSTS BECAUSE MISS GALLIAN FILED A
5    REQUEST FOR COSTS.
6          MR. KHARRAZIAN:  RIGHT, YOUR HONOR.
7          WE WERE HERE ON MARCH 2ND FOR AN MSC.  ALL THE
8    PARTIES WERE PRESENT.  MISS GALLIAN WAS HERE REPRESENTED BY
9    COUNSEL.  WE REACHED A SETTLEMENT.  THE COURT REPORTER CAME
10   UP AND PUT THE SETTLEMENT ON THE RECORD.
11         THE COURT:  I REMEMBER THANKING HER COUNSEL FOR
12   COMING.
13         MR. KHARRAZIAN:  RIGHT.
14         THE COURT:  AND I ACTUALLY PUT IT ON THE RECORD.
15         MR. KHARRAZIAN:  WE DID.  THE PARTIES AGREED TO
16   HAVE THE SETTLEMENT BE SUBJECT TO 664.6.
17         THE COURT:  YES.
18         MR. KHARRAZIAN:  THE COURT ALSO AGREED.
19         THE COURT ASKED SPECIFICALLY THE PARTIES IF THEY
20   AGREED TO THE TERMS OF THE SETTLEMENT, AND ALL THE PARTIES
21   AFFIRMATIVELY SAID THAT THEY DID, AND NOW IT APPEARS THAT
22   MISS GALLIAN IS SAYING THERE'S NO SETTLEMENT TRYING TO
23   BASICALLY REARGUING THE MERITS OF THE CASE BUT AT THE SAME
24   TIME ARGUING THAT THIS COURT DISMISSED A WORKPLACE VIOLENCE
25   RESTRAINING ORDER TO THE ASSOCIATION OBTAINED IN DEPARTMENT
26   66, JUDGE STAFFORD WHICH IS NOT OUR UNDERSTANDING AND NOT
```

B0432-9104 09/24/2021 11:20 PM Received by California Secretary of State

3

1    THE CASE, AND SO WE WOULD LIKE THAT ADDRESSED AS WELL TODAY

2    IF POSSIBLE.

3           BUT THE ASSOCIATION SET A MOTION ON CALENDAR FOR

4    JULY 19TH TO ENFORCE THE SETTLEMENT AGREEMENT UNDER

5    CCP 664.6 AND TO ASK THIS COURT TO ISSUE A JUDGMENT PURSUANT

6    TO THE TERMS WE ALL AGREED ON.

7           IF YOU RECALL, YOUR HONOR, THE MAIN TERM, THE KEY

8    TERM WAS THAT MISS GALLIAN WAS GOING TO SELL HER UNIT, MOVE

9    OUT OF THE COMMUNITY WHICH I THINK WE ALL AGREED WOULD

10   ALLEVIATE MANY OF THE ISSUES GOING ON IN THIS CASE.

11          THE COURT:  I THINK I SUGGESTED THAT MONTHS BACK.

12   IF THEY DON'T APPRECIATE ALL YOUR EFFORTS DOING GARDENING IN

13   THE COMMUNITY AREA, THE COMMON AREA, MOVE.  BUY A PLACE

14   WHERE SOMEONE LIKES SOMEONE WHO WILL DO THE EXTRA WORK.

15          MR. KHARRAZIAN:  AND THIS SITUATION --

16          THE COURT:  AND YOU FINALLY AGREED.

17          MR. KHARRAZIAN:  THE SITUATION CONTINUES TO

18   ESCALATE.  NOW THERE ARE FIVE ADDITIONAL RESTRAINING ORDERS

19   FROM INDIVIDUALS IN THE COMMUNITY AGAINST MISS GALLIAN IN

20   ADDITION TO THE WORK PLACE TRO.  AS SOON AS MISS GALLIAN

21   MOVES OUT OF THE COMMUNITY, I MEAN, IT'S A POWDER KEG, YOUR

22   HONOR.

23          THE COURT:  WELL, THAT WAS THE TERM OF THE

24   SETTLEMENT.

25          BUT, MISS GALLIAN, WHAT'S THE MATTER?  WHAT

26   HAPPENED?

**Notice of Lodgment - Exhibit E - Page 3 of 43**

B0432-9105  09/24/2021  11:20 PM Received by California Secretary of State

4

```
1          MS. GALLIAN:  YOUR HONOR, YOU DIDN'T GET MY 116
2     PAGE BRIEF I FILLED ON FRIDAY NIGHT?
3          THE COURT:  SORRY?
4          MS. GALLIAN:  HAVE YOU READ MY 116 PAGE BRIEF UNDER
5     473 THAT I FILED FRIDAY NIGHT?
6          THE COURT:  IT WAS NOT PROCESSED.  IT'S IN THE
7     SYSTEM SOMEWHERE.
8          MS. GALLIAN:  OKAY.  I WOULD LIKE TO ASK FOR A
9     CONTINUANCE UNTIL YOUR HONOR HAS A CHANCE TO READ IT.
10         I DISAGREE WITH THE MAJORITY OF WHAT COUNSEL SAYS.
11    IT HAS BEEN A VERY STRESSFUL, UGLY SITUATION FOR ME.  WHEN I
12    LEFT YOUR COURTROOM, I WAS VERY, VERY HAPPY.  I WENT HOME
13    AND, YOU KNOW, THE CRAP THAT I BRING IN HERE, I WILL DRAG A
14    SUITCASE IN FULL OF PAPERS.  I CLEANED UP MY HOUSE TO GET IT
15    READY, YOU KNOW, SHOWING IT, EVERYTHING, AND THEN THE YOU
16    KNOW WHAT HIT THE FAN.  AND IT'S CONSTANT HARASSMENT BY A
17    BOARD MEMBER.  SHE'LL COME AND JUST STAND IN MY YARD AND
18    TAKE PICTURES.  I HAVE MY HUSBAND HERE TO WITNESS AND I HAVE
19    MR. BOB HERE TO WITNESS.  MR. BOB HAS LIVED WITH ME NONSTOP
20    FOR TWO AND A HALF YEARS.  I HAVE NEVER ASKED HIM TO GET
21    INVOLVED BEFORE, BUT WHEN I WAS ON THE MIDDLE OF AN
22    INTERNATIONAL TRIP LAST WEEK, THEY CALLED UNITED.  THAT
23    CROSSED THE LINE.
24         THE COURT:  THEY CALLED WHAT?
25         MS. GALLIAN:  UNITED TWICE TO TELL THEM ABOUT AN
26    ELDER ABUSE RESTRAINING ORDER.  THE ELDER ABUSE RESTRAINING
```

**Notice of Lodgment - Exhibit E - Page 4 of 43**

B0432-9106  09/24/2021  11:20 PM Received by California Secretary of State

5

```
 1   ORDER WAS FILED IN JUDGE HUBBARD'S ROOM.  UM, THE REASON I
 2   BELIEVE THAT THEY FILED IT IN JUDGE HUBBARD'S IS BECAUSE
 3   JUDGE HUBBARD WAS THE PROBATE AND STILL IS THE PROBATE IS
 4   STILL OPEN.  IT HAS NOT BEEN SETTLED.  THEY FILED TWO ELDER
 5   ABUSE RESTRAINING ORDERS BECAUSE THEY FILED TWO TRO'S IN
 6   C66.  JUDGE STAFFORD ALWAYS, AS NORMALLY, WILL NOT ORDER
 7   STAY AWAY ORDERS.  IT'S JUST YOU KNOW WHAT.  EVERYBODY GET
 8   ALONG AND COME BACK TO A PERSON TO BE ABLE TO DEFEND
 9   THEMSELVES.
10           I HAVE BEEN TO COURT THREE TIMES THIS MONTH.  THE
11   FIRST TIME THE ATTORNEY SAYS, YOUR HONOR, I DIDN'T KNOW I
12   WAS SUPPOSED TO GIVE HER 329 EXHIBITS THAT SHE FILED IN
13   ANOTHER TRO SHE FILES OVER THERE.
14           AND THEN THE SECOND TIME, OH, YOUR HONOR, I DIDN'T
15   KNOW I WAS SUPPOSED TO SERVE HER WITH THE 99 THAT I HELPED
16   CONNIE PETERSON PREPARE.  CONNIE PETERSON DIDN'T EVEN SHOW
17   UP, YOUR HONOR, BECAUSE SHE DOESN'T WANT TO COMMIT PERJURY
18   BECAUSE THE PERSON WHO'S DRIVING ALL OF THESE TRO'S IS ONE
19   PERSON.
20           THE COURT:  WHO?
21           MS. GALLIAN:  JANINE.
22           THE COURT:  JANINE?
23           MS. GALLIAN:  JANINE JASSO, THE BLOND WOMAN THAT
24   USUALLY COMES HERE.
25           AND I'M GOING TO ADDRESS -- I'M GOING TO ADDRESS
26   THE WV.
```

Notice of Lodgment - Exhibit E - Page 5 of 43

B0432-9107  09/24/2021  11:20 PM  Received by California Secretary of State

6

```
 1            THE COURT:  FIRST HERE'S WHAT WE'RE HERE FOR.

 2            MS. GALLIAN:  YES, YOUR HONOR.

 3            THE COURT:  THIS IS AN ORDER TO SHOW CAUSE WHY A

 4    DISMISSAL HASN'T BEEN FILED --

 5            MS. GALLIAN:  YES, YOUR HONOR.

 6            THE COURT:  -- ON A SETTLED CASE.

 7            MS. GALLIAN:  YES.

 8            THE COURT:  AND IT'S A CASE WHERE I WAS PROFUSELY

 9    THANKING YOUR LAWYER --

10            MS. GALLIAN:  ABSOLUTELY.

11            THE COURT:  -- FOR SHOWING UP BECAUSE YOU HAD BEEN

12    REPRESENTING YOURSELF.  A LAWYER CAME AND AFTER TWO

13    APPEARANCES AND SETTLED THE CASE.

14            MS. GALLIAN:  NO.  SHE'S ONLY BEEN HERE ONE TIME,

15    AND SHE HAD NO CLUE WHAT A WV TRO WAS.  SHE WAS BLIND-SIDED.

16    BLIND-SIDED.

17            THE COURT:  WE HAD --

18            MS. GALLIAN:  YES, YOUR HONOR.

19            THE COURT:  -- VERY THOROUGH DISCUSSIONS REGARDING

20    THE ISSUES OF THE CASE, THE FACTS OF THE CASE, AND SHE

21    RECOMMENDED THAT THE BEST WAY TO RESOLVE THE DIFFERENCES

22    OVER MINUTE ISSUES.

23            MS. GALLIAN:  OKAY.

24            THE COURT:  I MEAN, YOU ARE GOING OVER YOUR

25    BOUNDARY AND GARDENING IN THE COMMON AREA.

26            MS. GALLIAN:  OKAY, YOUR HONOR.
```

B0432-9108  09/24/2021  11:20 PM  Received by California Secretary of State

7

```
 1            THE COURT:  AND BOTHERING PEOPLE IN THE COMMON
 2    AREA, AND IT GOT TO THE POINT THAT THERE WERE ISSUES WITH
 3    CHRISTMAS LIGHTS AND PERSONAL DISPUTES AMONG NEIGHBORS IN A
 4    CONDOMINIUM.  SO THE RECOMMENDATION OF YOUR LAWYER AND THE
 5    COURT WAS SELL YOUR CONDOMINIUM AND MOVE SOMEPLACE WHERE
 6    THEY'LL APPRECIATE YOU; OKAY?  AND IT WAS AGREED TO.  AND
 7    EVERYBODY AGREED.  AND I SAID I WILL MAINTAIN JURISDICTION
 8    TO ENSURE THE SETTLEMENT.
 9            MS. GALLIAN:  I AGREE.
10            THE COURT:  EVERY TIME YOU COME, I HEAR A DIFFERENT
11    STORY.  NEW THINGS HAVE CHANGED AND MORE PEOPLE ARE
12    OFFENDING YOU.
13            MS. GALLIAN:  NOBODY IS OFFENDING ME.
14            THE COURT:  YOU SAY YOU ARE OFFENDED BY PEOPLE
15    TAKING PICTURES OF YOUR COMMON AREA, YOUR SPACE.
16            MS. GALLIAN:  NO, I'M NOT OFFENDED.
17            THE COURT:  IT'S YOUR USE AREA.
18            MR. PIERPORT:  PROVOKED.
19            MR. KHARRAZIAN:  YOUR HONOR, IF I MAY?
20            MS. GALLIAN:  EXCUSE ME.
21            MR. KHARRAZIAN:  MISS GALLIAN --
22            MS. GALLIAN:  EXCUSE ME.  I WOULD LIKE TO FINISH,
23    PLEASE.
24            THE COURT:  SHE STILL HAS THE FLOOR.
25            MR. KHARRAZIAN:  I APOLOGIZE.
26            MS. GALLIAN:  SO, YOUR HONOR --
```

**Notice of Lodgment - Exhibit E - Page 7 of 43**

B0432-9109  09/24/2021  11:20 PM  Received by California Secretary of State

8

```
 1            THE COURT:  HERE'S MY QUESTION.  WHY HASN'T IT
 2    SETTLED?  WHY HAVEN'T YOU SOLD --
 3            MS. GALLIAN:  YOUR HONOR --
 4            THE COURT:  -- AND COMPLIED WITH THE TERMS OF THE
 5    AGREEMENT?
 6            MS. GALLIAN:  SO THE FIRST --
 7            THE COURT:  IT'S A SETTLEMENT AGREEMENT.
 8            MS. GALLIAN:  YES, YOUR HONOR.
 9            THE COURT:  THE PARTIES AGREED.
10            MS. GALLIAN:  I AGREE WITH EXACTLY WHAT YOU ARE
11    SAYING.  SO HERE'S WHAT I'VE DONE TO MOVE THIS ALONG.
12            THE COURT:  OKAY.
13            MS. GALLIAN:  I HAVE HAD, BECAUSE I LET HIM RELEASE
14    TWO DAYS AGO IN JUDGE STAFFORD'S COURTROOM, MR. SADDLINO
15    (PHONETIC) WAS MY ATTORNEY IN THE WV TRO.  I HADN'T EVEN HAD
16    A CHANCE TO DEFEND IT YET.  SO I BELIEVED THAT IT WAS
17    INAPPROPRIATE TO BE DISCUSSED IN THIS COURTROOM WITHOUT THE
18    ATTORNEY THAT I HIRED, BUT I WENT ALONG WITH IT, AS YOUR
19    HONOR SAYS, IN THE INTEREST OF HOW DO I ALWAYS SAY IT, GET
20    OFF THE MERRY-GO-ROUND.
21            SO -- BUT IT EXPLODED INTO MORE THINGS BECAUSE
22    RIGHT BEFORE WE CAME BACK HERE, THE COURT HAD BROKE FOR
23    LUNCH.  I WAS AT THE ELEVATOR AND PEJMAN CAME RUNNING DOWN
24    THE HALL AND SAYS COME BACK.  THE JUDGE SAID COME BACK,
25    WE'LL PUT IT ON THE RECORD.  AND I SAID, HOLD ON.  I SENT
26    HER A TEXT MESSAGE OR DETAILING THE SEVEN THINGS THAT I
```

**Notice of Lodgment - Exhibit E - Page 8 of 43**

B0432-9110 09/24/2021 11:20 PM Received by California Secretary of State

9

```
 1   AGREED TO.  IT'S TIME STAMPED.  I FILED IT WITH MY BRIEF,
 2   AND I SAID THIS IS WHAT I AGREE TO, NO MORE, NO LESS.  AND
 3   WHEN I WAS HERE, I WAS BLASTED AND THAT WAS NOT THE INTENT.
 4        AGAIN, I HAVE BEEN PRESENTED WITH THESE CASES AND I
 5   HAVE YET TO DEFEND ONE OF THEM.  I AM BEING PROSECUTED
 6   BEFORE I EVEN GET A CHANCE TO PRESENT MY EVIDENCE.
 7        THE COURT:  YOU ARE TALKING ABOUT THESE TRO CASES
 8   THAT AREN'T BEFORE THIS COURT.
 9        MS. GALLIAN:  EXACTLY.  BUT THIS COURT ALLOWED IT
10   IN.  AND YOU GOT -- IN JANUARY, ON JANUARY 11TH YOUR HONOR
11   GOT 159 PAGES OF A WORKPLACE VIOLENCE, AND I REMEMBER
12   STANDING RIGHT HERE AND SAYING, YOUR HONOR, I'M SORRY, THAT
13   IS NOT BEFORE THE COURT.  YOU JUDGE, AND I APPRECIATE YOU
14   TRYING TO HELP THE PARTIES, BUT THIS IS A LITIGATION PLOY
15   WHERE I REMEMBER THE FIRST DAY I WAS BEFORE YOU AND YOU CAME
16   OFF THE BENCH.  DO YOU REMEMBER?
17        THE COURT:  NO, I DON'T REMEMBER THE VERY FIRST
18   DAY.
19        MS. GALLIAN:  YEAH.  YOU CAME AND LOOKED AT MY
20   COMPUTER BECAUSE WE'RE AVID GARDENERS TOGETHER.  YOU WALKED
21   OFF THE BENCH, STOOD RIGHT HERE, AND YOU WERE VERY KIND.
22   AND, UM, YOU WENT BACK, AND -- AND I LOST MY THOUGHT.
23        THE COURT:  BECAUSE YOU WERE SHOWING ME THE COMMON
24   AREA THAT YOU TAKE CARE OF AND HOW MUCH NICER AND GREENER IT
25   IS AROUND YOUR UNIT THAN THE OTHER UNITS.
26        MS. GALLIAN:  OKAY.  CORRECT.
```

Notice of Lodgment - Exhibit E - Page 9 of 43

B0432-9111 09/24/2021 11:20 PM Received by California Secretary of State

10

```
 1         SO ONE OF THE POINTS THAT I WANT TO MAKE, YOUR
 2  HONOR, IS THIS COURT HAS BEEN TOLD REPEATEDLY THROUGH SIGNED
 3  DECLARATIONS UNDER PENALTY OF PERJURY THAT THIS IS AN AIR
 4  SPACE CONDOMINIUM PROJECT.  IT IS NOT.  IT IS A PLANNED UNIT
 5  DEVELOPMENT.  I HAVE A GRANT DEED TO EASEMENTS OF USE AND
 6  ENJOYMENT THAT I PAY MONEY FOR, SO I AM ENTITLED UNDER
 7  CONTRACT LAW TO USE AND ENJOY.  THAT IS THE PROBLEM AND
 8  THAT'S THE PROBLEM -- THE PROBLEM WITH THIS CASE AND HAS
 9  ALWAYS BEEN FROM DAY ONE THAT THE BUILDER DID NOT FILE A
10  FINAL MAP.  THEY'VE BEEN LIVING THIS WAY.
11         THE BOARD HAS OVER EXCEEDED THEIR TERM LIMIT AND
12  THEY KEEP JUST GOING ALONG AND GOING ALONG UNTIL THEY SUED
13  SOMEBODY, AND THAT PERSON JUST HAPPENED TO BE ME.  AND SO
14  WHEN YOU AFFECT MY PAYCHECK, I'M GOING TO LOOK UNDER EVERY
15  STONE AND GO, WAIT A MINUTE.  WAIT A MINUTE.  I'VE LIVED IN
16  THIS COMMUNITY TEN YEARS.  YOU HAVE NEVER ASKED ME TO FILL
17  OUT AN APPLICATION FOR AN OR AIR-CONDITIONING UNIT THAT'S
18  BEEN IN THE GROUND FOR THREE YEARS.  YOU HAVE TURNED OFF THE
19  WATER IN MY SECTION AND I PLANTED MY PLUMERIA TREES.  THEN
20  YOU NOW FIVE YEARS LATER, BECAUSE SHE GETS A WILD HAIR, SHE
21  COMES OVER TO MY YARD WITHOUT AUTHORITY AND RIPS THEM OUT.
22  AND I HAVE A POLICE REPORT FOR $2,000 WORTH OF DAMAGE ON
23  SEPTEMBER 20TH, 2017, YOUR HONOR, FIVE DAYS AFTER WE SAW
24  YOU.
25         SO MY QUESTION TO YOU, YOUR HONOR, IS I HAVE A
26  POLICE REPORT WITH A WITNESS THAT SAYS $2,000 WORTH OF
```

**Notice of Lodgment - Exhibit E - Page 10 of 43**

B0432-9112  09/24/2021  11:20  PM  Received  by  California  Secretary  of  State

11

1    DAMAGE, AND THEN WE HAVE OVER HERE -- AND NOBODY WAS

2    ARRESTED; OKAY?  THEN WE HAVE OVER HERE WHAT THEY CALL IS

3    WORKPLACE VIOLENCE.  IT WASN'T WORKPLACE VIOLENCE.  IT HAD

4    NOTHING TO DO WITH THE BOARD MEMBERS.  NONE OF THEM WERE

5    THERE.  NONE OF THEM WITNESSED IT.  IT WAS A WOMAN/WOMAN

6    DISPUTE BECAUSE THE NIGHT BEFORE THIS WOMAN AND HER DAUGHTER

7    CAME OVER TO MY YARD AGAIN AND RIPPED OUT STOCKS OF THE

8    PLUMERIA AND THREW THEM AWAY.

9            THE COURT:  WHO IS THIS WOMAN?

10           MS. GALLIAN:  THE PRESIDENT'S GIRLFRIEND,

11   KIM MACIAS.

12           THE COURT:  OKAY.

13           MS. GALLIAN:  SO THEN I -- I IGNORE IT BECAUSE

14   AGAIN, YOUR HONOR, YOU GOT TO REMEMBER, I HAVE THAT TYPE OF

15   PASSPORT THAT ALLOWS ME ACCESS TO EVERY AIRPORT IN THE

16   ENTIRE WORLD, SO I DON'T HAVE THE LUXURY OF ACTING OUT.

17           SO I'M WALKING MY DOGS, AND SHE IS ON THE PHONE IN

18   THE MIDDLE OF THE GREEN BAITING ME, AND I WAS WALKING WITH

19   MY FRIEND ROSALYN WHO ALSO HAS THE SAME SIZE DOG.  IT WAS

20   ABOUT 8:50 IN THE MORNING.  MY HUSBAND WAS HOME AND CAN

21   TESTIFY TO THIS.  SHE'S YELLING, GO HOME AND TAKE YOUR MEDS.

22   THE STEPDAUGHTER, AND IT'S NOT HIS DAUGHTER, SO IT'S HER

23   GIRL OR HER DAUGHTER, A P.A., A PHYSICIAN'S ASSISTANT,

24   DOESN'T LIVE IN THE COMMUNITY, AND POSTS ON SOCIAL MEDIA

25   THAT SHE'S GOING TO LOCK ME UP ON A 5150.

26           YOUR HONOR, THIS IS PROFESSIONAL AND PERSONAL

001000          EXHIBIT 15, PAGE 205

B0432-9113 09/24/2021 11:20 PM Received by California Secretary of State

12

```
 1    DEFAMATION WHEN YOU PUT MY NAME IN THE INTERNET, NOW IT
 2    BECOMES FEDERAL.
 3            SO NOW I HAVE THIS.
 4            THE COURT:  OKAY.  WAIT A SECOND.  IF IT BECOMES
 5    FEDERAL, THAT'S A VERY GOOD SIGN.  ARE YOU MOVING TO HAVE
 6    THIS CASE REMOVED TO FEDERAL COURT?
 7            MS. GALLIAN:  I WOULD LIKE NOT TO, YOUR HONOR, BUT
 8    WHEN YOU --
 9            THE COURT:  I'LL GRANT THE MOTION.
10            MS. GALLIAN:  I KNOW.
11            WHEN YOU AFFECT SOMEBODY'S JOB, AND YOU GOT TO
12    REMEMBER, YOUR HONOR, I'M A FLIGHT ATTENDANT; OKAY?
13            SO I'VE GOT THIS LITTLE LETTER HERE THE OTHER DAY
14    IN THE MAIL.  THIS IS FEDERAL.  WHEN YOU GO THIS FAR, IT'S
15    FEDERAL.
16            SO, YOUR HONOR, I HAVE NO PROBLEM, AND IF YOU -- IF
17    YOU WOULD LIKE, I DON'T KNOW IF YOU HAVE ACCESS TO THE 962,
18    999 CASE.
19            THE COURT:  NO.
20            MS. GALLIAN:  JUDGE CRANDALL OR JUDGE STAFFORD'S,
21    BUT --
22            THE COURT:  HOLD ON.  LET ME ASK.
23            THAT'S NOT CIVIL, IS IT?
24            MS. GALLIAN:  YES, IT IS.
25            (DISCUSSION HELD OFF THE RECORD.)
26            THE COURT:  OKAY.
```

**Notice of Lodgment - Exhibit E - Page 12 of 43**

B0432-9114  09/24/2021  11:20 PM Received by California Secretary of State

13

```
 1              MS. GALLIAN:  OKAY.  THIS IS A -- THIS WAS --
 2              THE COURT:  BY THE WAY, I HAVE DOCUMENTS THAT HAVE
 3    BEEN FILED BY THE HUNTINGTON BEACH GABLES HOMEOWNERS
 4    ASSOCIATION THAT ATTACHES SOME OF THE --
 5              MS. GALLIAN:  NO, YOUR HONOR.
 6              THE COURT:  -- ORDERS.  I HAVE A DOMESTIC VIOLENCE
 7    ORDER RIGHT HERE, SO --
 8              MS. GALLIAN:  YOUR HONOR --
 9              THE COURT:  A DOMESTIC VIOLENCE COMPLAINT.
10              MS. GALLIAN:  YOUR HONOR --
11              THE COURT:  I HAVE THE ORDER GRANTING PLAINTIFF'S
12    MOTION FOR PRELIMINARY INJUNCTION.  YOU SAW THE EXHIBITS
13    THAT THEY FILED, THE OTHER SIDE?
14              MS. GALLIAN:  FOR THIS HEARING, YOUR HONOR?
15              THE COURT:  YES.
16              MS. GALLIAN:  YES.
17              THE COURT:  AND WHEN I GRANTED AN INJUNCTION IN
18    THIS CASE, IT WAS BASED IN PART ON INFORMATION FROM THE
19    OTHER COURT.  SO I CAN CONSIDER WHAT EVERYBODY SUBMITS ME,
20    BUT HERE'S MY PROBLEM.  THIS IS A CASE WHERE YOU'VE BEEN
21    SUED FOR VIOLATING CC&R'S.  THAT'S THE CASE BEFORE ME.
22              MS. GALLIAN:  OKAY.  MARTIN V. BRIDGEPORT, YOUR
23    HONOR.
24              THE COURT:  YOU SETTLED THAT CASE.
25              MS. GALLIAN:  THEY CAN'T SUE ME.  UNDER MARTIN V.
26    BRIDGEPORT, THEY HAVE NO STANDING TO SUE ME.  I WAS NOT THE
```

**Notice of Lodgment - Exhibit E - Page 13 of 43**

001002        EXHIBIT 15, PAGE 207

B0432-9115  09/24/2021  11:20 PM  Received by California Secretary of State

14

```
 1   MEMBER.  YOU CAN ONLY SUE A MEMBER.  I WAS THE TENANT, THE
 2   RENTER.  I HAVE NO RIGHTS.  I CANNOT VOTE, AND THIS IS WHAT
 3   I'VE SAID FROM DAY ONE, THAT THEY DID NOT HAVE STANDING TO
 4   SUE ME, BUT YET THEY GOT SO FAR INTO IT AND THEY'VE GONE
 5   AROUND BRAGGING AND SENDING LETTERS TO THE HOMEOWNERS THAT,
 6   OH, WE'RE GOING TO GET OUR ATTORNEYS' FEES BACK FROM
 7   MISS GALLIAN.  THEY ARE WRONG.  NOW THEY DECIDED TO TAKE A
 8   DIFFERENT ROUTE WITH ALL THESE TRO'S TO TRY AND GET
 9   SOMETHING BACK.
10        YOUR HONOR, WHEN MISS BRADLEY SETTLED THE CASE AND
11   DISMISSED, THIS CASE SHOULD HAVE BEEN DISMISSED.
12        THE COURT:  OKAY.
13        MS. GALLIAN:  OKAY.  AND THEY SHOULD HAVE BROUGHT
14   IT AGAINST ME AS A NEW OWNER IF THERE WERE LEGITIMATE
15   VIOLATIONS, BUT THERE IS NOT.  I WANTED TO TELL YOU --
16        THE COURT:  MISS GALLIAN, I'VE HEARD THIS.
17        MS. GALLIAN:  OKAY.
18        THE COURT:  YOU'VE BEEN IN HERE MANY TIMES.
19        MS. GALLIAN:  BUT YOU HAVEN'T CONSIDERED WHAT I'M
20   SAYING.  I WAS WONDERING WHY.
21        THE COURT:  I ALWAYS LET YOU TALK.  YOU TOLD THE
22   OTHER LAWYER FOUR TIMES THE DEED IS DEFECTIVE.  I'VE
23   RESEARCHED THIS.  I WENT BACK AND FOUND THAT WHEN THIS
24   HOMEOWNERS ASSOCIATION WAS FIRST FOUNDED OR FORMED, THERE
25   WAS SOMETHING WRONG WITH IT, AND YOU POINTED OUT TO COUNSEL.
26   THIS ISN'T A NEW ARGUMENT.  AND EVEN THOUGH YOU HAD CLAIMED
```

**Notice of Lodgment - Exhibit E - Page 14 of 43**

001003          EXHIBIT 15, PAGE 208

B0432-9116  09/24/2021  11:20 PM Received by California Secretary of State

15

```
 1   THAT THEY DIDN'T HAVE THE RIGHTS TO DO WHAT THEY WERE DOING,

 2   AND THAT THE WHOLE HOMEOWNERS ASSOCIATION WAS INVALID.

 3           MS. GALLIAN:  I DID NOT SAY THAT, YOUR HONOR.

 4           THE COURT:  YOU SETTLED THE CASE AFTER ALL THAT WAS

 5   OUT, AND AFTER ALL THESE FACTS CAME OUT, AND AFTER ALL THE

 6   PERSONAL ANIMOSITY BETWEEN YOU AND THE BOARD MEMBERS AND

 7   BOARD MEMBERS' FAMILY MEMBERS AND GIRLFRIENDS AND

 8   REPRESENTATIVES CAME OUT, WE SETTLED THE CASE.  THIS IS

 9   SIMPLY A MATTER OF WHY HASN'T IT BEEN FINALIZED?

10           MR. KHARRAZIAN:  MAY I BE HEARD, YOUR HONOR?

11           THE COURT:  NO.

12           LET HER RESTATE AGAIN WHAT SHE'S TOLD US FIVE TIMES

13   BEFORE.

14           GO AHEAD.

15           MS. GALLIAN:  YOUR HONOR, I HAVE NEVER BROUGHT THIS

16   DOCUMENT TO THE COURT BECAUSE I JUST GOT IT FROM THE LAND

17   LEASE, MY LAND LEASE PERSON.

18           THE COURT:  FROM YOUR WHOM?

19           MS. GALLIAN:  THE PERSON I PAY $9,000 TO, OKAY, FOR

20   THE LAND LEASE.  I'VE NEVER BROUGHT THIS DOCUMENT.  THIS IS

21   MY GRANT DEED.  THIS IS A CONDOMINIUM SUBLEASE AND GRANT

22   DEED.  I NEVER BROUGHT IT TO THE COURT.  AND IF -- SO IT

23   GOES THROUGH THE DEVISING CLAUSE, AND THEN IT GOES TO THE

24   GRANTEE CLAUSE.  RIGHT HERE ON PAGE THREE, PARAGRAPH -- I'M

25   GOING TO GO ALL THE WAY.  I WILL NOT READ ALL THIS.  IT SAYS

26   ALL THE EASEMENTS THAT I HAVE.
```

**Notice of Lodgment - Exhibit E - Page 15 of 43**

B0432-9117  09/24/2021  11:20 PM  Received by California Secretary of State

16

```
1          THE COURT:  HOLD ON A SECOND.
2          LOOK, IF THIS CASE IS GOING TO TRIAL, YOU HAVE A
3   RIGHT TO BRING ALL THAT STUFF UP.
4          MS. GALLIAN:  CORRECT.  I THINK THAT'S WHERE WE
5   SHOULD GO.
6          THE COURT:  OKAY.  BUT THAT'S NOT WHAT THIS HEARING
7   IS ABOUT.  THIS HEARING IS AN ORDER TO SHOW CAUSE WHY YOU
8   HAVEN'T CONSUMMATED THE SETTLEMENT.
9          MS. GALLIAN:  I DID MY PART, YOUR HONOR, AND THIS
10  IS WHAT I'VE BEEN TRYING TO EXPLAIN TO YOU.  ON 5/1, BECAUSE
11  FLIER PREPARED ON 3/6, AS INSTRUCTED BY THIS COURT, A
12  STIPULATION.  I SIGNED IT.  I APPROVED IT.  SHE SENT IT TO
13  COUNSEL.  I GET A LETTER BACK FROM MR. FLIER, ATTORNEY
14  FLIER, THAT SAYS THAT MR. -- HE CALLED HIM MR. K DOESN'T
15  AGREE.  MR. K'S VERSION OF THE STIPULATION, HE WANTS ME TO
16  ADMIT THE WV, AND I SAID ABSOLUTELY NOT.  I HAVEN'T HAD A
17  CHANCE TO DEFEND IT YET.
18          THE COURT:  ADMIT WHAT?
19          MS. GALLIAN:  THE WORKPLACE VIOLENCE.  I AM NOT
20  GOING TO CARRY THAT AROUND ON MY RECORD.  NO.  IT'S NOT
21  WORKPLACE VIOLENCE.  IT HASN'T BEEN ADJUDICATED YET.
22          THE COURT:  IS THAT A TERM OF THE SETTLEMENT?
23          MS. GALLIAN:  YES.
24          THE COURT:  THAT WE PUT ON THE RECORD?
25          MS. GALLIAN:  YES.
26          MR. KHARRAZIAN:  THE SETTLEMENT AGREEMENT, YOUR
```

**Notice of Lodgment - Exhibit E - Page 16 of 43**

B0432-9118  09/24/2021  11:20  PM  Received  by  California  Secretary  of  State

17

1   HONOR, WAS THAT SHE WOULD STIPULATE TO THE TERMS OF THE

2   WORKPLACE VIOLENCE.

3           MS. GALLIAN:  NO, I DID NOT.

4           MR. KHARRAZIAN:  IN EXCHANGE --

5           MS. GALLIAN:  I HAVE IT RIGHT HERE.

6           MR. KHARRAZIAN:  AND WE WOULD DISMISS IT.

7           MS. GALLIAN:  LET'S READ IT TOGETHER.

8           MR. KHARRAZIAN:  IT WAS VERY FAIR.

9           MS. GALLIAN:  LET'S READ IT.

10          THE COURT:  YOU HAVE IT RIGHT HERE?

11          MS. GALLIAN:  I HAVE IT RIGHT HERE, YOUR HONOR.

12   LET ME GET MY GLASSES ON.

13          MS. RADMACHER:  YOUR HONOR, BRENDA RADMACHER.  I

14   APOLOGIZE FOR BEING LATE.  I HIT TRAFFIC COMING DOWN FROM

15   LOS ANGELES.

16          THE COURT:  GOOD MORNING.

17          MS. RADMACHER:  ONE OTHER THING I MIGHT ADD.  I

18   THINK THE CONFUSION THAT I'M HEARING IS NOT THAT THERE WAS

19   ANY -- THAT THE SETTLEMENT WAS NOT THAT THERE WAS A

20   STIPULATION TO -- THERE BEING A WORKPLACE VIOLENCE INCIDENT,

21   BUT THE TERMS OF THE STIPULATION WHERE FOR THE BEHAVIOR

22   MOVING FORWARD, AND THAT MAY BE THE CONFUSION OF WHAT I'M

23   HEARING BETWEEN THE PARTIES.

24          THE COURT:  I HAVE THE STIPULATION WORDING

25   WORKPLACE VIOLENCE RESTRAINING ORDERS PREPARED BY

26   MISS GALLIAN'S LAWYER, FLIER, FLIER AND FLIER; OKAY?

**Notice of Lodgment - Exhibit E - Page 17 of 43**

B0432-9119  09/24/2021  11:20 PM  Received by California Secretary of State

18

```
 1         MS. GALLIAN:  CORRECT.

 2         THE COURT:  OKAY.

 3         MS. GALLIAN:  BUT WAIT.  WAIT.  WAIT.  NO.  NO.

 4  NO.  NO.  OKAY.  WAS THAT INCLUDED IN HIS LODGED EXHIBITS.

 5         THE COURT:  YES.

 6         MS. GALLIAN:  SHE DID NOT PREPARE THAT.  SHE DID

 7  NOT PREPARE THAT, YOUR HONOR.  MR. KHARRAZIAN TOOK A DOC

 8  VERSION AND -- A PDF AND CONVERTED IT TO A DOC AND CHANGED

 9  IT TO WHAT HE WANTED IT TO SAY.  I HAVE THE PART THAT I

10  SIGNED, AND I HAVE FILED IT, YOUR HONOR, ON MAY 1ST, AND

11  THIS IS WHAT I'M TRYING TO TELL YOU.  IT'S FILED ON MAY 1ST

12  IN THE WV.  I STOOD BEFORE JUDGE STAFFORD THE OTHER DAY AND

13  HE SAYS I HAVE READ IT.  IT'S FINE.

14         THE COURT:  THIS DOCUMENT IS DATED IN MARCH OF

15  2016.

16         MS. GALLIAN:  I UNDERSTAND, YOUR HONOR.  BUT IT'S

17  NOT THE ONE THAT MISS FLIER PREPARED.

18         THE COURT:  WAIT.  I'M LOOKING AT -- I DON'T KNOW

19  IF YOU KNOW WHAT I'M LOOKING AT.  BUT I HAVE A DOCUMENT

20  CAPTIONED HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION

21  VERSUS JAMIE L. GALLIAN, AND THIS IS IN THE STAFFORD CASE,

22  JUDGE STAFFORD'S CASE.

23         MS. GALLIAN:  CORRECT, YOUR HONOR.

24         THE COURT:  0090299.

25         MS. GALLIAN:  WHO'S THE ATTORNEY UP AT THE TOP?

26         THE COURT:  DAVID FLIER AND RACHEL FLIER.
```

**Notice of Lodgment - Exhibit E - Page 18 of 43**

B0432-9120  09/24/2021  11:20 PM  Received by California Secretary of State

19

1          MS. GALLIAN:  CORRECT.

2          MAY I SEE THIS DOCUMENT, YOUR HONOR?

3          THE COURT:  SURE YOU MAY.  IT'S FILED.  YOU GOT IT

4    WITH THE DOCUMENTS THAT THEY FILED HER.

5          MS. GALLIAN:  YOUR HONOR, I HAVE BEEN BOMBARDED.  I

6    HAVE THREE CASES TO ATTEND TODAY, SO I HAVE BEEN -- BUT I

7    KNOW EXACTLY WHICH ONES THAT I FILED.

8          THE COURT:  NO.  YOU ARE SAYING COUNSEL FOR THE

9    PLAINTIFF TOOK YOUR LAWYER'S DOCUMENT.

10         MS. GALLIAN:  YES, HE DID.

11         THE COURT:  AND ALTERED IT.

12         MS. GALLIAN:  HE DID.

13         THE COURT:  AND FILED IT WITH THE COURT, YOUR

14   LAWYER'S DOCUMENT.

15         MS. GALLIAN:  HE HASN'T FILED IT WITH THE COURT.

16   HE PRESENTED IT IN THE 100 PAGES TO MAKE YOU THINK THAT WAS

17   MISS FLIER'S STIPULATION.  IT WAS NOT, YOUR HONOR.

18         I'VE ALREADY FILED MISS FLIER'S BECAUSE MR. FRANK

19   WAS THE ATTORNEY IN THE WV, AND WE CAME IN AND WE FILED IT

20   IN THE APPROPRIATE COURTROOM, AND I AM NOT AGREEING TO THE

21   WV UNTIL IT'S HEARD IN JUDGE STAFFORD'S COURTROOM.

22         MR. KHARRAZIAN:  I CAN ADDRESS THAT, YOUR HONOR.

23         THE COURT:  YOU ARE SAYING THE LAWYERS, NOT THE

24   HOMEOWNERS ASSOCIATION, TOOK YOUR LAWYERS DOCUMENT?

25         MS. GALLIAN:  YES.

26         THE COURT:  WITH THEIR NAME ON THE TOP?

B0432-9121  09/24/2021  11:20 PM Received by California Secretary of State

20

```
 1            MS. GALLIAN:  YES.

 2            THE COURT:  THEY PREPARED IT?

 3            MS. GALLIAN:  YES.

 4            THE COURT:  AND HE ALTERED IT?

 5            MS. GALLIAN:  YES.

 6            THE COURT:  AND HE FILED IT WITH THE COURT?

 7            MS. GALLIAN:  WITH THIS COURTROOM, YES.

 8            THE COURT:  OKAY.  CRIMINAL ACTIVITY?

 9            MS. GALLIAN:  YES.

10            THE COURT:  FALSIFYING A DOCUMENT?

11            MS. GALLIAN:  I SWEAR TO GOD.

12            THE COURT:  OKAY.

13            MS. GALLIAN:  THANK YOU.

14            THE COURT:  HERE.  WHAT'S FALSE ABOUT IT?

15            (DOCUMENT HANDED TO MISS GALLIAN.)

16            MR. KHARRAZIAN:  YOUR HONOR, WHAT HAPPENED WAS HER

17    COUNSEL PREPARED THIS STIPULATION.  IT DIDN'T CONTAIN ALL

18    THE TERMS OF THE TRO, SO I ALTERED IT TO -- I RED LINED IT

19    TO REFLECT THE CHANGES THAT MY CLIENT WOULD WANT AND WHAT

20    THE PARTIES AGREED TO, AND I SENT IT BACK AND --

21            MS. GALLIAN:  YOUR HONOR --

22            MR. KHARRAZIAN:  -- HERE'S OUR RESPONSE.  I NEVER

23    FILED IT WITH ANYONE.  NOBODY SIGNED IT YET SO WE'RE -- I

24    ALSO PREPARED A WRITTEN SETTLEMENT AGREEMENT THAT TRIED TO

25    REFLECT THE TERMS OF THE SETTLEMENT PUT IT ON THE RECORD.  I

26    ENCOURAGED MISS GALLIAN, ENCOURAGED HER TO LOOK AT IT AND
```

B0432-9122   09/24/2021   11:20 PM Received by California Secretary of State

21

1   RED LINE IT.  I DON'T KNOW WHAT HER CONCERNS OR ISSUES OR

2   PROBLEMS ARE WITH IT, BUT THE BOTTOM LINE IS THAT

3   MISS GALLIAN IS NOT -- IS EXPRESSLY DENYING THERE'S A

4   SETTLEMENT DESPITE THE CLEAR RECORD THAT THERE IS ONE.

5          THERE'S NOW CRIMINAL CHARGES AGAINST MISS GALLIAN.

6   HER ARRAIGNMENT IS JUNE 24TH FOR THE WORKPLACE VIOLENCE TRO

7   CONTINUALLY.  LIKE I SAID, A MOTION IS SET ON JULY 19TH.

8   WE'RE GOING TO BE ASKING THE COURT TO ISSUE A JUDGMENT

9   PURSUANT TO THE SETTLEMENT THAT WAS REACHED.  AS YOU SAY,

10  THIS IS AN OSC RE DISMISSAL, AND THAT'S WHY THE CASE HASN'T

11  BEEN DISMISSED TODAY.

12          IN FACT, MISS GALLIAN, THE ROOF THAT CAME OFF OF

13  THE PATIO COVER, I DON'T KNOW IF YOU RECALL ONE OF THE

14  TERMS.  NOW IT IS GONE AND PUT BACK ON WHICH TELLS US THAT

15  SHE'S NEVER GOING TO COMPLY WITH THIS SETTLEMENT THAT SHE

16  AGREED TO SHORT OF A JUDGMENT FROM THIS COURT, YOUR HONOR.

17          THE COURT:  OKAY.  MISS GALLIAN?

18          MS. GALLIAN:  YES, SIR.

19          THE COURT:  YOU'VE ACCUSED OPPOSING COUNSEL OF

20  FALSIFYING A DOCUMENT.

21          MS. GALLIAN:  YES, SIR.

22          THE COURT:  AND SUBMITTING A DOCUMENT TO THE COURT

23  AS BEING A FINALIZED DOCUMENT WHEN IT ISN'T.

24          MS. GALLIAN:  THAT'S TRUE.

25          THE COURT:  SO YOU WERE GOING TO POINT OUT WHAT HAS

26  BEEN CHANGED.

**Notice of Lodgment - Exhibit E - Page 21 of 43**

B0432-9123  09/24/2021  11:20 PM Received by California Secretary of State

22

```
 1              MS. GALLIAN:  YES, SIR.
 2              THE COURT:  BUT ONE THING I KNOW IS THAT'S NOT A
 3    SIGNED DOCUMENT.
 4              MS. GALLIAN:  YOUR HONOR, MINE IS.
 5              THE COURT:  OKAY.  WHAT I'M SAYING IS HE'S SAYING
 6    IN HIS PAPERS -- THE STIPULATION PROPOSED DIDN'T CONTAIN ALL
 7    THE TERMS AND WE PROPOSE SOME OTHER TERMS.  LAWYERS DO THAT
 8    EVERYDAY.  LAWYERS TAKE DOCUMENTS THAT WE GET IN WORD AND
 9    SEND THEM IN WORD SO WE BOTH CAN MAKE ALTERATIONS IN THEM.
10    THIS HASN'T BEEN SUBMITTED TO THE COURT AS BEING A FINAL AND
11    SIGNED DOCUMENT.  THERE'S NO SIGNATURE ON IT.  IT'S DATED
12    MARCH.  YOU SAY YOURS IS IN MAY.  THAT'S AFTER COUNSEL'S
13    PROPOSED CHANGES WERE SUBMITTED TO YOUR LAWYER.  SO I DON'T
14    SEE ANYTHING HERE THAT SMACKS OF FRAUD BY THE PLAINTIFF'S
15    COUNSEL IN SUBMITTING A DOCUMENT THAT'S BEEN FALSIFIED.
16              SO HERE'S YOUR SIGNED ONE.  YOU ARE SUBMITTING TO
17    ME RIGHT NOW PAGES TWO AND THREE OF A STIPULATION WITH YOUR
18    SIGNATURE.
19              MS. GALLIAN:  THAT'S WHAT WAS FILED IN THE 962, 999
20    IN JUDGE STAFFORD'S COURTROOM.
21              THE COURT:  WHAT'S IMPORTANT HERE IS THIS PLEADING.
22              MS. GALLIAN:  YES, YOUR HONOR.
23              THE COURT:  THAT YOU SAY WAS ALTERED WAS ORIGINALLY
24    PREPARED BY YOUR LAWYER IN MARCH.  THIS IS SIGNED BY YOU
25    APRIL 18TH.
26              MS. GALLIAN:  NO, YOUR HONOR.  LOOK ON THE OTHER
```

**Notice of Lodgment - Exhibit E - Page 22 of 43**

B0432-9124  09/24/2021  11:20 PM Received by California Secretary of State

23

1   SIDE.  I -- MY -- MY ATTORNEY, AS INSTRUCTED BY THE COURT,

2   THE TRANSCRIPT EVEN SAYS MISS GALLIAN'S ATTORNEY CONTROLS.

3   THE INSTRUCTIONS FROM THE COURT WERE MISS FLIER WAS TO

4   PREPARE A STIPULATION.  SHE SENT IT TO ME, AND I FILED IT ON

5   MARCH 6TH WHEN IT WAS SENT TO ME AGREEING TO IT LETTING HER

6   KNOW THAT IT WAS OKAY.  WE SENT IT TO COUNSEL ON THAT DAY.

7   MR. K, ACCORDING TO MR. FLIER, REFUSED IT, AND THAT'S WHERE

8   WE SAT UNTIL APRIL 18TH.

9          JANINE JASSO HAS FILED ANOTHER TEMPORARY

10  RESTRAINING ORDER, AND THIS TIME SHE GOES SO FAR AS TO

11  CHARGE ME WITH, UM, DISOBEYING A COURT ORDER.  THAT IS

12  UNACCEPTABLE, YOUR HONOR, BECAUSE I HAVE NOT BEEN -- I HAVE

13  NOT BEEN FOUND TO BE -- I DID NOT DO A WV TRO, AND I REALLY

14  WISH YOU HAD YOUR 116 PAGES.  YOU COULD ACTUALLY SEE THAT

15  WHEN WE -- ON FEBRUARY 12TH, THE D.A. SENT ME A LETTER AND

16  DISMISSED, SO ONCE HE DISMISSED, I WAS ABLE TO GET THE

17  POLICE REPORT.

18         I GOT THE POLICE REPORT FROM THIS INCIDENT WHICH

19  PROVES TO THE COURT, WHICH I FILED WITH MY BRIEF, THERE WAS

20  NO WORKPLACE VIOLENCE.  IT WAS BETWEEN A WOMAN AND A WOMAN

21  DISPUTE OVER SHE HAD STUFF IN THE COMMON AREA.  BUT THE

22  NIGHT BEFORE HER AND HER DAUGHTER TWICE HAVE COME INTO MY

23  HOME IN MY AREA AND RIPPED STUFF OUT AND CAUSED DAMAGE.

24  IT'S CALLED GOVERNMENT ESTOPPEL.  WHEN THE POLICE COME OVER

25  AND THEY -- THEY -- YOU KNOW, YOU HAVE A POLICE REPORT, AND

26  THERE'S A -- AND THERE'S A WITNESS AND $2,000 WORTH OF, AND

**Notice of Lodgment - Exhibit E - Page 23 of 43**

B0432-9125  09/24/2021  11:20 PM Received by California Secretary of State

24

```
 1    THEY DON'T ARREST THE PERSON, SO KIND OF ALMOST THINKS,

 2    WELL, OKAY.  WELL, GOSH.  SO THEN WHEN THIS HAPPENED OVER

 3    HERE, AFTER THEY TOOK OUT MY STUFF AGAIN --

 4            THE COURT:  WHAT HAPPENED OVER HERE?  WHAT DO YOU

 5    MEAN?

 6            MS. GALLIAN:  WELL, WHEN I TOOK -- WHEN -- THE

 7    NIGHT BEFORE THEY TOOK OUT MY PLUMERIAS AGAIN.

 8            THE COURT:  OKAY.  BECAUSE THEY TOOK OUT YOUR

 9    PLUMERIAS?

10            MS. GALLIAN:  THE NEXT MORNING I HEAR THEM TALKING

11    AND LAUGHING ABOUT IT.  OH, WE GOT HER GOOD.

12            THE COURT:  WHAT WAS THE ALLEGED WORKPLACE VIOLENCE

13    THAT YOU COMMITTED?

14            MS. GALLIAN:  THEY SAID -- THE FIRST CHARGE WAS I

15    ATTACKED MISS MACIAS.  OKAY.  THAT'S CLEARLY NOT THE CASE IN

16    THE POLICE REPORT.

17            THEN THERE WAS VANDALISM.  I PAID $100 BECAUSE I

18    BROKE A LIGHT BULB.  THE DAY THAT I DID IT, BECAUSE I DON'T

19    BEHAVE THIS WAY.  THIS HAS BEEN A LONG, LONG TIME COMING,

20    AND WHEN SOMEBODY STANDS THERE IN THE MIDDLE OF THE

21    COURTYARD AND SAYS GO HOME AND TAKE YOUR MEDS AND WE GOT HER

22    GOOD LAST NIGHT AND BAITING ME, OKAY.  THEN I GO PUT MY DOGS

23    AWAY.  I WALKED OVER TO HER HOUSE.  I SAID, COME ON, KIM,

24    AND PUT ALL YOUR CHRISTMAS DECORATIONS IN YOUR COURTYARD.

25    THEY HAVE A COURTYARD BETWEEN THEIR FRONT DOOR AND THIS

26    LARGE AREA. THAT'S THEIR AREA.  THAT WAS BAITING ME.
```

B0432-9126 09/24/2021 11:20 PM Received by California Secretary of State

25

```
1    BAITING ME.

2         MR. GRAGNANO ACTUALLY PUT A TV ON THE WALL.  DO

3    WHATEVER YOU WANT.  BUT WHEN YOU GO BEYOND THE GATE, AND

4    HE'S GOT AN EXTENSION CORD DUCKTAPED TO THE SIDEWALK, AND

5    HE'S GOT A -- A -- A FLOODLIGHT ON THE POOL GATE SHINING UP

6    TO HIS HOUSE.  NO.  NOT WHEN YOU'VE BROUGHT A PRELIMINARY

7    INJUNCTION AGAINST ME, IT'S INAPPROPRIATE.

8         THE COURT:  YOU ARE SAYING THEY HAD ELECTRIC CORDS

9    AND LIGHTS IN THE COMMON AREA; IS THAT WHAT YOU ARE SAYING?

10        MS. GALLIAN:  RUNNING ACROSS -- I HAVE PICTURES FOR

11   YOU, YOUR HONOR.

12        THE COURT:  AND YOU ASSISTED IN REMOVING THEM?

13        MS. GALLIAN:  REMOVING THEM AND PUT THEM IN THEIR

14   YARD, EXACTLY WHAT I SAID TO THE POLICE.  AND I WASN'T ABLE

15   TO GET THE POLICE REPORT UNTIL THE END OF MARCH AFTER WE

16   WERE HERE.

17        THE COURT:  AND IN THE PROCESS THE LIGHT BULB WAS

18   BROKEN?

19        MS. GALLIAN:  YES, YOUR HONOR.  AND I PAID A

20   HUNDRED DOLLARS FOR IT.

21        AND SINCE, YOUR HONOR, WHEN WE WERE HERE THREE

22   MONTHS AGO AND WE DECIDED THOSE SMALL CLAIM ACTIONS THAT

23   WERE SUPPOSED TO BE DISMISSED, THEY LIED TO THE COURT.  THEY

24   MADE YOU THINK THAT GRAGNANO'S SMALL CLAIM WAS ALREADY

25   FILED.  HE DIDN'T FILE IT UNTIL MARCH 15TH, TWO WEEKS AFTER

26   THIS HEARING.  AND SO YOU KNOW WHAT?
```

**Notice of Lodgment - Exhibit E - Page 25 of 43**

B0432-9127 09/24/2021 11:20 PM Received by California Secretary of State

26

1          THE COURT:   OUR SETTLEMENT WAS EVERYTHING WAS TO BE
2    DISMISSED.   ALL THE CASES WERE GOING TO BE DISMISSED.
3          MS. GALLIAN:   HE HADN'T FILED IT YET.   HE FILED IT
4    AFTER YOU SAID IT WILL BE DISMISSED.
5          MY POINT IS, YOUR HONOR, I TURNED IT IN TO MY
6    INSURANCE AND IN GOOD FAITH AGAIN.   I AM THE ONLY ONE IT
7    SEEMS TO BE DOING GOOD FAITH HERE.
8          MY INSURANCE COMPANY PAID HIM EITHER SEVEN OR $800
9    BECAUSE I WROTE A LETTER TO MR. GRAGNANO SAYING, YES,
10   MR. GRAGNANO, I APPROVE THE MERCURY PAYMENT OF $700 TO YOU.
11         WHAT DOES HE DO?   HE GOES DOWN TO THE POLICE
12   DEPARTMENT AND FILES THAT I VIOLATED THE WORKPLACE VIOLENCE
13   ORDER BECAUSE I CONTACTED HIM.   ANOTHER CHARGE FOR THE D.A.
14   THIS IS OUT-OF-CONTROL.
15         I AGREED TO BASIC RESPECT AND HUMANITY AND DECENCY
16   WITH MY NEIGHBORS.   I HAVE BEEN THERE TEN YEARS.   THIS
17   DIDN'T HAPPEN UNTIL THIS JASSO PERSON CAME INTO OUR
18   COMMUNITY.
19         I NEED TO BE -- I WOULD LIKE TO BE TREATED WITH A
20   LITTLE BIT OF RESPECT, AND I'LL SHOW YOU WHAT I'M TALKING
21   ABOUT.
22         I -- THIS -- THIS MONTH ON OR THE FEBRUARY MINUTES,
23   I GOT TWO DAYS AGO, FEBRUARY.   I AM AN OWNER AND A MEMBER OF
24   THIS COMMUNITY.   IF I WANT TO ATTEND THE OPEN MEETING, THE
25   STATUTE SAYS I CAN, BUT I CHOOSE NOT TO BECAUSE I'M TRYING
26   TO STAY LOW, BUT I STILL EXPECT THE NOTICES.

B0432-9128  09/24/2021  11:20 PM Received by California Secretary of State

27

```
1          THE NOTICE OF THE 2015 MINUTES THAT I GOT THE OTHER
2   DAY SAYS THAT THEY TOOK OUT $50,000 OUT OF THE RESERVE
3   ACCOUNT TO PAY FOR -- LET'S SEE WHAT THE QUOTE WAS -- 4476
4   ELDER ABUSE TO BRING HER IN TO COMPLIANCE.
5          HAVE YOU YET TO HEAR ANYTHING ABOUT THAT I'M OUT OF
6   COMPLIANCE WITH ANYTHING?
7          THEY TOOK OUT MONEY, ABOUT $40,000 AT THE END OF
8   DECEMBER WITHOUT ASKING THE MEMBERSHIP, WITHOUT GETTING
9   APPROVAL BECAUSE THEY WENT OVER THE BUDGETED AMOUNT, SO YOU
10  NEED TO GO GET 67 APPROVAL, YOUR HONOR.  I'M A MEMBER.
11         THE COURT:  LET ME ASK ONE QUESTION.
12         MS. GALLIAN:  YES, SIR.
13         THE COURT:  WHAT DOES THIS HAVE TO DO WITH THE
14  SETTLEMENT THAT YOU REACHED?
15         MS. GALLIAN:  GOOD QUESTION.
16         THE COURT:  BECAUSE THIS --
17         MS. GALLIAN:  GOOD QUESTION.
18         THE COURT:  LET ME REMIND YOU WHAT THIS HEARING IS.
19  THIS IS AN ORDER TO SHOW CAUSE --
20         MS. GALLIAN:  ABSOLUTELY.
21         THE COURT:  -- RE DISMISSAL.  WHY HASN'T THE CASE
22  SETTLED?  WE KNOW IT SETTLED.  WHY WASN'T IT CONSUMMATED?
23  WHY HASN'T THE CASE BEEN DISMISSED?
24         YOU ARE GOING BACK --
25         MS. GALLIAN:  NO.
26         THE COURT:  -- TO THE BEGINNING OF THE WHOLE CASE
```

**Notice of Lodgment - Exhibit E - Page 27 of 43**

B0432-9129  09/24/2021  11:20 PM Received by California Secretary of State

28

```
1    AND RELITIGATING THE WHOLE CASE.

2           MS. GALLIAN:  I DON'T WANT TO DO THAT.

3           THE COURT:  WHERE IS THAT DOCUMENT THAT I GAVE YOU

4    THAT WAS FILED?

5           MS. GALLIAN:  OH, YOUR HONOR, I THINK THAT'S --

6           THE COURT:  IT WAS A PROPOSED STIPULATION PREPARED

7    BY FLIER AND FLIER IN MARCH.

8           MS. GALLIAN:  YES.  THIS IS NOT THE ONE THAT WAS --

9    THIS IS NOT THE ONE THAT WAS FILED.  IT'S GOT A LITTLE BIT

10   OF DIFFERENCE BECAUSE, YOUR HONOR, I HAVE -- I WISH I WOULD

11   HAVE HAD IT.  I DIDN'T WANT TO OVERWHELM THE COURT, BUT I

12   WOULD LIKE TO SHOW THE STIPULATION FOR FEBRUARY 14TH WHERE

13   THE COURT DISMISSED IT.

14          THE COURT:  WAIT.  HERE'S WHAT I'M GOING TO DO.

15   I'M GOING TO DO TWO THINGS.  WE HAVE A MOTION TO CONFIRM THE

16   SETTLEMENT AND ENTER JUDGMENT UNDER THE TERMS OF THE

17   SETTLEMENT.

18          MR. KHARRAZIAN:  THAT'S CORRECT.

19          THE COURT:  THAT'S SET ON JULY --

20          MR. KHARRAZIAN:  19TH.

21          THE COURT:  JULY 19TH.

22          WE'RE GOING TO SET A TRIAL DATE --

23          MS. GALLIAN:  THANK YOU.

24          THE COURT:  -- HEREAFTER IN CASE I DENY THE MOTION,

25   WHICH BY THE WAY, BASED ON WHAT I'VE HEARD, IS A LONG SHOT.

26          I PARTICIPATED IN MANY SETTLEMENT CONFERENCES IN
```

**Notice of Lodgment - Exhibit E - Page 28 of 43**

B0432-9130  09/24/2021  11:20 PM  Received by California Secretary of State

29

```
 1   THIS CASE.  I HEARD A LOT OF FACTS OF THE CASE.  I'M HEARING
 2   THE SAME FACTS AGAIN.  BUT IN CASE I DENY THE MOTION, IN
 3   CASE IT APPEARS AFTER THE SETTLEMENT THE PLAINTIFF'S COUNSEL
 4   PUSHED THEIR ADVANTAGE TOO FAR AND REQUIRED TERMS BEYOND THE
 5   TERMS OF THE SETTLEMENT; AND THEREFORE, SETTLEMENT DOCUMENTS
 6   WERE NOT PREPARED IN ACCORDANCE WITH THE STIPULATION WE PUT
 7   ON THE RECORD.
 8           MS. GALLIAN:  CORRECT.
 9           THE COURT:  AND I DENY THE MOTION, LET'S GO TO
10   TRIAL.
11           MS. GALLIAN:  CORRECT.
12           THE COURT:  OKAY.  PICK A DATE.
13           MS. GALLIAN:  MAY I -- MAY I SAY ONE THING, YOUR
14   HONOR?
15           THE COURT:  SURE.
16           MS. GALLIAN:  I OFFERED PLAINTIFF'S COUNSEL, AND I
17   SPOKE TO HIM THE OTHER DAY ON A FRIDAY AT NOON ON THE
18   TELEPHONE, AND I SAID, YOU KNOW, I WENT BACK AND READ LIKE
19   ONE OF OUR FIRST DOCUMENTS EARLY ON IN THIS CASE, AND I SAID
20   THAT I HAD SUBMITTED A 998 BEFORE THEY SUBMITTED THEIR
21   JANUARY 9TH SETTLEMENT AGREEMENT.  I SUBMITTED THE EXACT
22   SAME 998, GOOD FAITH OFFER AS MISS BRADLEY DID, AND I
23   OFFERED $10,000 JUST LIKE MISS BRADLEY DID BEFORE IT GOT WAY
24   BLOWN OUT OF PROPORTION, ALL OF THESE EXTRA TRO'S AND THIS
25   AND THAT; OKAY?  THIS HAS COST ME A LOT OF MONEY, YOUR
26   HONOR.
```

B0432-9131 09/24/2021 11:20 PM Received by California Secretary of State

30

1          THE COURT:  WHAT'S THAT HAVE TO DO WITH ME SETTING

2   A TRIAL DATE?

3          MS. GALLIAN:  BECAUSE I OFFERED THIS TO COUNSEL.

4          THE COURT:  WE KNOW THAT.

5          MS. GALLIAN:  WELL, NO.  I'M PUTTING IT ON THE

6   RECORD THAT I OFFERED IT TO HIM, AND THE REASON WHY THAT I,

7   UM, AM UPSET IS BECAUSE THESE GENTLEMEN HAVE READ --

8          THE COURT:  WHO'S "THESE GENTLEMEN"?

9          MS. GALLIAN:  SORRY?

10         THE COURT:  YOU CAN'T WAVE YOUR HANDS AND POINT TO

11  PEOPLE --

12         MS. GALLIAN:  YOU DON'T GET IT.

13         THE COURT:  -- ON THE RECORD BECAUSE WE HAVE TO

14  HAVE NAMES.

15         MS. GALLIAN:  RON PIERPORT AND BOB MCLELLAND HAVE

16  BOTH READ HIS PROPOSALS AND COMPARED IT.  YOU KNOW, THEY ARE

17  NEUTRAL PEOPLE THAT KNOW NOTHING ABOUT THIS CASE AND THE,

18  UM, RECORD.

19         CAN YOU GENTLEMEN TELL --

20         THE COURT:  NO THEY CAN'T.

21         MS. GALLIAN:  SORRY.

22         THE COURT:  WAIT A SECOND.  OKAY.  WE'RE SETTING A

23  TRIAL --

24         MS. GALLIAN:  OKAY.

25         THE COURT:  -- FOR AUGUST 6TH.

26         MS. GALLIAN:  OKAY.

**Notice of Lodgment - Exhibit E - Page 30 of 43**

B0432-9132  09/24/2021  11:20 PM  Received by California Secretary of State

31

```
 1            THE COURT:  AT 8:30 A.M.

 2            MS. GALLIAN:  THANK YOU.

 3            THE COURT:  EVERYBODY HAS WORKED ON THIS CASE LONG

 4   ENOUGH.  IF IT IS NOT RESOLVED ON THE JULY 19TH HEARING OR

 5   BY YOURSELVES BEFORE THEN, WE'LL GO TO TRIAL ON AUGUST 6TH

 6   AT 8:30 A.M.; OKAY?

 7            MS. GALLIAN:  AND THE TRIAL WOULD BE BASED UPON THE

 8   ORIGINAL CIVIL ACTION?

 9            THE COURT:  THE TRIAL IS BASED ON THE PLEADINGS IN

10   THIS CASE.  WE'RE NOT TRYING THE DOMESTIC VIOLENCE

11   RESTRAINING ORDER.

12            MS. GALLIAN:  NO.  NO.  NO.

13            THE COURT:  WE ARE TRYING THIS LAWSUIT.

14            MS. GALLIAN:  RIGHT.

15            THE COURT:  THE CLAIM THAT YOU HAVE VIOLATED THE

16   CC&R'S AND WHERE YOU SAY THE WHOLE --

17            MS. GALLIAN:  OKAY.

18            THE COURT:  -- HOA IS DEFECTIVE.

19            MS. GALLIAN:  YOUR HONOR, I DID NOT SAY THAT.  I

20   ASKED FOR CLARIFICATION OF MY RIGHTS AS A PROPER OWNER.  I

21   ASKED FOR DECLARATORY RELIEF EARLY ON IN THIS CASE.  I AM

22   NOT CRITICIZING THEM.  I HAVE NO PROBLEM WITH SAYING I WAS

23   WRONG, NONE.  BUT NOBODY, ESPECIALLY THE PEOPLE THAT ARE

24   SUPPOSED TO KNOW WHAT'S GOING ON CAN ANSWER THE QUESTION.

25            THE COURT:  OKAY.  YOU HAVE A RIGHT TO BRING UP

26   YOUR AFFIRMATIVE DEFENSES.
```

B0432-9133 09/24/2021 11:20 PM Received by California Secretary of State

32

```
 1              MS. GALLIAN:  THANK YOU.

 2              THE COURT:  ALL THE CLAIMS THAT YOU'VE MADE.

 3              MS. GALLIAN:  THANK YOU.

 4              THE COURT:  AND WE'LL TRY THE CASE.

 5              MR. KHARRAZIAN:  YOUR HONOR, AGAIN, I ENCOURAGE

 6  MISS GALLIAN.  I SENT HER WORD DOCUMENTS OF THE SETTLEMENT

 7  AGREEMENT AND STIPULATION.  IF SHE HAS ANY ISSUES TO ANY

 8  LANGUAGE, RED LINE IT, SEND IT BACK, MAYBE SIGN THE

 9  DOCUMENTS PRIOR TO THE JULY 19TH HEARING.

10              MS. GALLIAN:  I BELIEVE THE 998 --

11              MR. KHARRAZIAN:  AND LET'S GET THIS RESOLVED.

12              MS. GALLIAN:  WHAT MISS BRADLEY GOT IS TOTALLY

13  ACCEPTABLE TO ME AND I HAVE NO PROBLEM WRITING THE CHECK,

14  YOUR HONOR, IF THEY DON'T ADD ALL THE OTHER CRAP BEFORE WE

15  ACTUALLY TRIED THIS.

16              THE COURT:  WE HAD A SETTLEMENT CONFERENCE AND A

17  SETTLEMENT WAS REACHED WITH CERTAIN TERMS THAT WE PLACED ON

18  THE RECORD.  ALL THEY ARE SAYING IS THEY WANT TO PREPARE A

19  SETTLEMENT AGREEMENT CONSISTENT WITH THE TERMS OF THE

20  RECORD.

21              MS. GALLIAN:  YOUR HONOR, I FILED MY MOTION UNDER

22  473 TODAY.

23              THE COURT:  I'M JUST TELLING YOU THEY --

24              MS. GALLIAN:  THANK YOU.

25              THE COURT:  -- SAY IF YOU GUYS CAN WORK THAT OUT,

26  HE'S RED LINED SOME THINGS, YOU CAN RED LINE SOME THINGS,
```

**Notice of Lodgment - Exhibit E - Page 32 of 43**

B0432-9134  09/24/2021  11:20  PM  Received  by  California  Secretary  of  State

33

```
 1   AND SEND THEM BACK IN A WORD DOCUMENT AS TO HOW YOU WANT THE
 2   TERMS OF THE SETTLEMENT TO READ.  THAT IS ALL I'M SAYING.
 3          MS. GALLIAN:  RIGHT.
 4          THE COURT:  BECAUSE IF THAT'S NOT DONE BY
 5   JULY 19TH, I'M GOING TO HEAR THE MOTION TO ENTER JUDGMENT.
 6          MS. GALLIAN:  YOU JUST SAID TRIAL.
 7          THE COURT:  SO --
 8          MS. GALLIAN:  YOU JUST SAID TRIAL.
 9          THE COURT:  NO.  I SAID IF THE MOTION IS DENIED.
10          MS. GALLIAN:  YES, SIR.
11          THE COURT:  MY FOLLOWING PHRASE WAS WHICH IS A LONG
12   SHOT BASED ON WHAT I'VE HEARD.
13          MS. GALLIAN:  YOUR HONOR, I -- I WOULD ASK THAT
14   COUNSEL, OKAY, IT'S -- THE REASON YOU MEDIATE, OKAY, IS
15   BECAUSE YOU KNOW NEITHER PERSON IS RIGHT, SO IT'S A NEUTRAL
16   LINE; OKAY?  BUT DON'T -- DON'T -- AND THIS IS WHAT THE
17   PROBLEM WAS.  DON'T TRY THE CASE ON HIS MATERIAL FACTS.
18          THE COURT:  HOLD ON.
19          MS. GALLIAN:  AND DON'T EXPECT ME TO AGREE WITH IT.
20   NO, I'M NOT GOING TO AGREE TO THAT.
21          THE COURT:  I JUST SAID --
22          MS. GALLIAN:  THANK YOU.
23          THE COURT:  -- IF WHAT THE PLAINTIFF'S COUNSEL HAS
24   SUBMITTED TO YOU IN THE SETTLEMENT DOCUMENTS IS OVERREACHING
25   AND BEYOND THE TERMS OF THE SETTLEMENT WE AGREED TO ON THE
26   RECORD, THEN THEY LOSE THEIR SETTLEMENT AND YOU GO TO TRIAL.
```

**Notice of Lodgment - Exhibit E - Page 33 of 43**

B0432-9135  09/24/2021  11:20 PM  Received by California Secretary of State

34

1          MS. GALLIAN:  AND I TOLD HIM THIS SINCE APRIL 7TH.

2    SO HERE WE ARE IN JUNE AND STILL ARGUING ABOUT IT.  IT TOOK

3    US ALL TO COME HERE AND TELL YOU THAT?

4          THE COURT:  IT'S SIMPLE.

5          MS. GALLIAN:  EXACTLY, IT'S SIMPLE.

6          THE COURT:  THERE'S IS A STIPULATION BETWEEN THE

7    PARTIES.

8          MS. GALLIAN:  LET'S SIGN THIS.  THIS IS THE RECORD.

9    YOU SAID WE COULD USE THE EXACT SENTENCES IN HERE.  LET'S

10   SIGN THIS.

11         MR. KHARRAZIAN:  WE'LL AGREE TO THAT, YOUR HONOR.

12         MS. GALLIAN:  OKAY.  LET'S DO THAT.

13         MR. KHARRAZIAN:  THE RECORD THAT WE -- WE PUT THE

14   SETTLEMENT ON THE RECORD ON MARCH 2ND.

15         MS. GALLIAN:  RIGHT HERE.

16         THE COURT:  YOU'LL SIGN IT?  THEN SIGN IT.  LET'S

17   BE DONE.

18         MR. KHARRAZIAN:  IF THAT'S WHAT IT TAKES.

19         THE COURT:  YOU CAN USE MY JURY ROOM.  GO AHEAD.

20         MS. GALLIAN:  THANK YOU.

21         MS. RADMACHER:  WE HAVE A COUPLE OF ITEMS, YOUR

22   HONOR, TO CLARIFY WHICH IS A MOTION TO TAX THAT WAS ON

23   CALENDAR TODAY.

24         THE COURT:  WAIT A SECOND NOW.

25         MR. KHARRAZIAN:  YES.

26         THE COURT:  LET ME TELL YOU SOMETHING.  I KNOW WE

**Notice of Lodgment - Exhibit E - Page 34 of 43**

B0432-9136  09/24/2021  11:20 PM Received by California Secretary of State

35

1   LEARNED A LOT OF PROCEDURES AND TACTICS AND LAW WHEN WE GO

2   TO LAW SCHOOL, BUT BEFORE ANYONE GETS SWORN IN, THEY SHOULD

3   HAVE COMMITTED TO MEMORY THE MOST IMPORTANT LESSON THAT'S

4   LEARNED EVERYDAY.  IT'S THE LESSON OF WALL STREET.

5           MS. GALLIAN:  THAT'S RIGHT.

6           THE COURT:  BULLS GET RICH, BEARS GET RICH, THE

7   HOGS GET SLAUGHTERED.

8           MS. GALLIAN:  THAT'S RIGHT.

9           THE COURT:  IT HAPPENS TO EVERYBODY WHO GETS

10  GREEDY.

11          SO YOU ENTERED INTO A SETTLEMENT.  WE PUT THE TERMS

12  ON THE RECORD.

13          MS. GALLIAN:  I AGREE.

14          THE COURT:  IF THE DEFENDANT WANTS TO ADD SOME

15  TERMS TO HER BENEFIT BEYOND WHICH YOU AGREED TO AND GETS

16  GREEDY, SHE MIGHT LOSE.  THE SAME GOES FOR THE PLAINTIFF.

17  IF YOU ARE TRYING TO ADD TERMS TO THE SETTLEMENT OR

18  STIPULATIONS THAT WEREN'T IN THE SETTLEMENT AGREEMENT THAT

19  WE PUT ON THE RECORD, YOU LOSE YOUR SETTLEMENT.

20          MS. GALLIAN:  THANK YOU.

21          THE COURT:  AND WE HAVE A TRIAL.

22          SO ALL I'M SAYING IS THE PARTIES CAN GET TOGETHER

23  AND AGREE ON A SETTLEMENT.

24          MS. GALLIAN:  THANK YOU.

25          THE COURT:  NOW, THERE IS ANOTHER MATTER ON A

26  MOTION TO STRIKE COSTS.

**Notice of Lodgment - Exhibit E - Page 35 of 43**

B0432-9137  09/24/2021  11:20 PM Received by California Secretary of State

36

1          MS. GALLIAN:  IT'S MY COSTS, YOUR HONOR.

2          THE COURT:  THAT'S ONLY AFTER WE HAVE A SETTLEMENT.

3          MS. GALLIAN:  THANK YOU.

4          THE COURT:  IT'S MOOT UNTIL WE HAVE A SETTLEMENT.

5          MS. RADMACHER:  IT IS UNRELATED.  IT MAY BE MOOT IF

6    THERE IS A SETTLEMENT.

7          YOUR HONOR, ON THE CROSS-COMPLAINT THAT HAD BEEN

8    FILED BY MISS GALLIAN WHICH I WAS DEFENDING, THE ASSOCIATION

9    UNIT OWNERS WHICH WAS DISMISSED, AND WE STILL HAVE THIS SORT

10   OF HANGING OUT THERE.  WHAT I PROPOSE IS WE CONTINUE A

11   HEARING ON THE MOTION TO TAX UNTIL THE 19TH.

12         THE COURT:  OKAY.

13         MS. RADMACHER:  WHEN WE COME BACK IF WE HAVE NOT

14   REACHED A SETTLEMENT -- IF THE SETTLEMENT IS CONSUMMATED,

15   THE MOTION GOES AWAY.

16         THE COURT:  IF YOU DON'T SIGN THE TRANSCRIPT OF THE

17   SETTLEMENT AGREEMENT TOGETHER HERE, BOTH MOTIONS WILL BE ON

18   THE 19TH.

19         MS. GALLIAN:  YOUR HONOR, TWO THINGS TODAY.

20         THE COURT:  WAIT A SECOND.  NO.  I THINK WE'RE DONE

21   BECAUSE YOU HAVE A VERY VALID AND I THINK APPROPRIATE

22   PROPOSAL.  IF THE LAWYERS CAN'T AGREE ON THE SETTLEMENT

23   TERMS, JUST SIGN, EVERYBODY PUT ON THE RECORD AND AGREE TO

24   THE SETTLEMENT AGREEMENT.

25         MS. GALLIAN:  THAT'S MY SUGGESTION.

26         THE COURT:  I'M GOING TO ORDER YOU ALL AND ALL THE

**Notice of Lodgment - Exhibit E - Page 36 of 43**

B0432-9138  09/24/2021 11:20 PM Received by California Secretary of State

37

```
 1   CLIENTS TO GO IN THE JURY ROOM.

 2           MS. GALLIAN:  THANK YOU.

 3           THE COURT:  IF YOU ARE WILLING TO SIGN THAT, WE'LL

 4   HAVE A SETTLEMENT.

 5           MS. GALLIAN:  OKAY.

 6           THE COURT:  AND THEN THE ORDER TO SHOW CAUSE

 7   REGARDING SETTLEMENT CAN ACTUALLY BE THE SETTLEMENT, NOT ALL

 8   THIS OTHER TANGENTAL STUFF.

 9           MS. GALLIAN:  YES, YOUR HONOR.

10           ARE WE COMING BACK HERE ONCE IT'S SETTLED?

11           THE COURT:  THAT'S WHY I PUT PEOPLE IN THE JURY

12   ROOM.  THEY CAN'T GO HOME UNTIL THEY PASS ME; OKAY?

13           I'LL SEE YOU THEN.

14           MR. KHARRAZIAN:  THANK YOU, YOUR HONOR.

15           THE COURT:  SO THAT MEANS, REMEMBER, COUNSEL FOR

16   PLAINTIFFS, I KNOW THERE WERE OTHER CASES PENDING, AND IT

17   WAS AGREED THAT EVERYBODY WILL DISMISS THE INDIVIDUAL CASES.

18           MR. KHARRAZIAN:  RIGHT.

19           THE COURT:  OKAY.  THAT'S AN IMPORTANT TERM.  IF

20   SOMEONE GOES OUT AND FILES A NEW CASE, THAT COULD VIOLATE

21   THE TERMS OF THE SETTLEMENT SO BE CAREFUL.

22           MR. KHARRAZIAN:  THE CASES THAT WE AGREED TO

23   DISMISS WERE DISMISSED THAT VERY SAME DAY, YOUR HONOR.

24           THE COURT:  VERY GOOD.

25           MR. KHARRAZIAN:  IF YOU RECALL, WE SPECIFICALLY

26   CARVED OUT THAT SMALL CLAIMS OVER THE LIGHT BULB ISSUE.
```

**Notice of Lodgment - Exhibit E - Page 37 of 43**

B0432-9139  09/24/2021 11:20 PM Received by California Secretary of State

38

```
1          THE COURT:  AS LONG AS IT'S THE TERMS OF THE
2   AGREEMENT.
3          MR. KHARRAZIAN:  YES.
4          THE COURT:  I'M JUST SAYING IF YOU ARE TRYING TO
5   PRESS YOUR ADVANTAGE, BE CAREFUL.
6          MR. KHARRAZIAN:  WE'RE JUST NOT GOING TO DISMISS
7   THE WORKPLACE VIOLENCE TRO WITHOUT A STIPULATION IN PLACE.
8          THE COURT:  OKAY.  IF SHE SIGNS A STIPULATION.
9          MS. RADMACHER:  BUT IT CHANGES THE TERMS.
10          THE COURT:  HERE'S HER SIGNATURE.
11          I WILL GIVE THIS BACK TO YOU, MISS GALLIAN.  YOU
12   CAN APPROACH.
13          MS. GALLIAN:  THANK YOU, YOUR HONOR.  THANK YOU
14   VERY MUCH, SIR.
15          THE COURT:  OKAY.  BUT YOU HAVE THAT SIGNED.
16          MS. RADMACHER:  IT CHANGES THE TERMS, YOUR HONOR.
17          MR. KHARRAZIAN:  IT DOESN'T COVER THE TERMS OF THE
18   WORKPLACE VIOLENCE TRO.  IT IS NOT EVEN CLOSE.  I CUT AND
19   PASTED FROM THE TRO AND PUT IT IN MY VERSION.  IT IS NO
20   WHERE NEAR THAT.
21          THE COURT:  YOU WANT HER TO SELL HER CONDOMINIUM
22   AND MOVE?  SHE AGREED TO DO THAT.
23          MR. KHARRAZIAN:  SHE WON'T.
24          THE COURT:  YOU WANT TO GET HER FIRED FROM UNITED
25   AIRLINES?
26          MR. KHARRAZIAN:  THAT'S NOT CORRECT, YOUR HONOR.
```

**Notice of Lodgment - Exhibit E - Page 38 of 43**

B0432-9140  09/24/2021  11:20 PM  Received by California Secretary of State

39

1    WE HAVEN'T ADDRESSED THE MERITS TODAY.

2         MS. GALLIAN:  I HAVE A RESPONSE TO ALL THAT.  I DID

3    NOT ARGUE THAT BECAUSE WE HAVE TO COME BACK BECAUSE EVERY

4    TIME I'M OUT THERE, I CAN FILL UP A TRASH CAN FULL OF WEEDS

5    AND LEAVES EVERY SATURDAY, THEN OBVIOUSLY SOMEBODY IS NOT

6    DOING THEIR JOB, AND I CAN'T HAVE IT LOOKING MESSY IF I'M

7    TRYING TO SELL IT.

8         THE COURT:  YES, I UNDERSTAND.

9         OKAY.  LET ME TELL YOU IF MISS GALLIAN IS WILLING

10   TO SIGN THE ACTUAL TRANSCRIPT OF THE SETTLEMENT AGREEMENT

11   THAT WAS PUT ON THE RECORD, THAT MAKES ME QUESTION YOUR

12   MOTION TO ENTER A JUDGMENT.

13        MR. KHARRAZIAN:  WE WERE NOT AWARE SHE WAS GOING TO

14   DO THAT, YOUR HONOR.

15        THE COURT:  THAT SHE WON'T FULFILL WHEN IT APPEARS

16   MAYBE YOU WANT TO ADD NEW TERMS.

17        MR. KHARRAZIAN:  THAT IS NOT THE CASE, YOUR HONOR.

18   IT IS NEWS TO US SHE IS WILLING TO SIGN THAT AND IT NEVER

19   COME UP BETWEEN THE PARTIES.

20        THE COURT:  WELL, IF BOTH SIGN IT, WE'LL BE FINE.

21        MR. KHARRAZIAN:  WE'LL DISCUSS THAT, YOUR HONOR.

22   THANK YOU.

23        THE COURT:  GO AHEAD AND HAVE A CONFERENCE WHILE I

24   TALK TO OUR OTHER CASES.

25        MS. GALLIAN:  THANK YOU.

26        (DISCUSSIONS WERE HAD IN THE JURY ROOM OFF THE

B0432-9141 09/24/2021 11:20 PM Received by California Secretary of State

40

```
 1    RECORD.)

 2                        (END OF PROCEEDINGS.)

 3                             *  *  *

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
```

**Notice of Lodgment - Exhibit E - Page 40 of 43**

B0432-9142 09/24/2021 11:20 PM Received by California Secretary of State

```
1    STATE OF CALIFORNIA )
                         )  SS.
2    COUNTY OF ORANGE    )

3

4

5

6                    REPORTER'S CERTIFICATE

7

8

9          I, DARCI MULLARKY, CSR NO. 5569, OFFICIAL CERTIFIED

10   COURT REPORTER IN AND FOR THE SUPERIOR COURT OF THE STATE OF

11   CALIFORNIA, COUNTY OF ORANGE, DO HEREBY CERTIFY;

12         THAT THE FOREGOING TRANSCRIPT IS A FULL, TRUE AND

13   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES, AND IS A FULL,

14   TRUE AND CORRECT STATEMENT OF THE PROCEEDINGS HAD IN SAID

15   CAUSE.

16

17         DATED THIS 11th DAY OF  July            , 2019.

18

19

20

21         _____
           DARCI MULLARKY, CSR NO. 5569
22         COURT REPORTER

23

24

25

26
```

B0432-9143  09/24/2021 11:20 PM Received by California Secretary of State

```
1   STATE OF CALIFORNIA )
                        )  SS.
2   COUNTY OF ORANGE    )

3

4

5

6                   REPORTER'S CERTIFICATE

7

8

9        I, DARCI MULLARKY, CSR NO. 5569, OFFICIAL CERTIFIED

10  COURT REPORTER IN AND FOR THE SUPERIOR COURT OF THE STATE OF

11  CALIFORNIA, COUNTY OF ORANGE, DO HEREBY CERTIFY;

12       THAT THE FOREGOING TRANSCRIPT IS A FULL, TRUE AND

13  CORRECT TRANSCRIPT OF MY SHORTHAND NOTES, AND IS A FULL,

14  TRUE AND CORRECT STATEMENT OF THE PROCEEDINGS HAD IN SAID

15  CAUSE.

16

17       DATED THIS____DAY OF _____, 2018.

18

19

20

21       _____
             DARCI MULLARKY, CSR NO. 5569
22           COURT REPORTER

23

24

25

26
```

**Notice of Lodgment - Exhibit E - Page 41 of 43**

001031            EXHIBIT 15, PAGE 236

B0432-9144  09/24/2021  11:20 PM  Received by California Secretary of State

DARCI MULLARKY, CSR NO. 5569

COURT REPORTER
8181 CAPE HOPE CIRCLE, #205
HUNTINGTON BEACH, CALIFORNIA  92646
(714) 742-5216
DLAKINCSR@YAHOO.COM

I N V O I C E

DATE:      JUNE 7, 2018

TO:        EPSTEN GRINNELL & HOWELL
           BY:  PEJMAN KHARRAZIAN, ESQ.

RE:        EXPEDITED TRANSCRIPT
           JUNE 4, 2018

CASE:      HUNTINGTON BEACH VS. GALLIAN
           CASE NO. 30-2017-00913985

JUDGE:     JAMES L. CRANDALL, DEPT C33


           EXPEDITED TRANSCRIPT    $ 190.00
           (PDF)


           TOTAL DUE              $ 190.00


     PLEASE MAKE CHECK PAYABLE TO ABOVE-NAMED
REPORTER AND MAIL TO THE ADDRESS ABOVE.



                         THANK YOU!


                         DARCI MULLARKY


NOTICE:  BY ORDERING A TRANSCRIPT, YOU ARE AGREEING
TO ABIDE BY THE PROVISIONS OF GOVERNMENT CODE
SECTION 69954(D), WHICH PROHIBITS THE PROVIDING OR
SELLING OF A COPY OR COPIES TO ANY OTHER PARTY OR
PERSON OF SAID TRANSCRIPT.

43

**Notice of Lodgment - Exhibit E - Page 43 of 43**

B0432-9145  09/24/2021  11:20 PM Received by California Secretary of State

34

1          MS. GALLIAN:  ABSOLUTELY.

2          THE COURT:  SO YOU'VE ALL SAVED A LOT OF MONEY

3  BY GETTING THIS CASE RESOLVED TODAY, SO THANK YOU ALL.

4

5                    (PROCEEDINGS CONCLUDED)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26



001033          EXHIBIT 15, PAGE 238

B0432-9146  09/24/2021 11:20 PM Received by California Secretary of State

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 11/01/2018          TIME: 01:30:00 PM          DEPT:  C33

JUDICIAL OFFICER PRESIDING: James Crandall
CLERK:  Larry S Brown
REPORTER/ERM: Karen A. Hutchison CSR# 6664
BAILIFF/COURT ATTENDANT:  Julie Carney

CASE NO: **30-2017-00913985-CU-CO-CJC** CASE INIT.DATE: 04/11/2017
CASE TITLE: **The Huntington Beach Gables Homeowners Association vs. Bradley**
CASE CATEGORY: Civil - Unlimited          CASE TYPE: Contract - Other

---

EVENT ID/DOCUMENT ID: 72879502

**EVENT TYPE**: Motion to Be Relieved as Counsel of Record
MOVING PARTY: Jamie L. Gallian
CAUSAL DOCUMENT/DATE FILED: Motion to Be Relieved as Counsel of Record, 08/28/2018

EVENT ID/DOCUMENT ID: 72909590

**EVENT TYPE**: Motion for Attorney Fees
MOVING PARTY: Ted Phillips, Lindy Beck, The Huntington Beach Gables Homeowners Association, Jennifer Paulin, Lee Gragnano, Janine Jasso, Lori Burrett
CAUSAL DOCUMENT/DATE FILED: Motion for Attorney Fees, 08/07/2018

---

**APPEARANCES**
Joyce J. Kapsal, from Epsten Grinnell & Howell, APC, present for Cross - Defendant,Plaintiff(s) telephonically.
Brenda K. Radmacher, from Gordon & Rees LLP, present for Cross - Defendant,Plaintiff(s).
Jamie L. Gallian, self represented Cross - Defendant, present telephonically.

1. DAVID R. FLYER'S MOTION TO BE RELIEVED AS COUNSEL OF RECORD FOR DEFENDANT JAMIE L. GALLIAN

The Motion to be Relieved is ordered **off calendar**. A substitution of attorney was filed on 10/05/2018.

2. CROSS-DEFENDANTS LEE GRAGNANO, TED PHILLIPS, LINDY BECK, JENNIFER PAULIN, JANINE JASSO AND LORI BURRETT FOR AN AWARD OF ATTORNEYS' FEES AND COSTS

Tentative Ruling posted on the Internet as follows:

**Timeliness:** A motion for attorney's fees must be made within the time for filing an appeal. See CRC 3.1702 & 8.104. This rule requires a notice of appeal be filed not more than 60 days of service by the clerk of a notice of entry of judgment, or a file stamped copy of the judgment; or not more than 60 days after a party serves a notice of entry of judgment or a file stamped copy of the judgment; or 180 days after entry of judgment. CRC 8.104(a)(1)(A) – (C).

---

DATE: 11/01/2018                                                      Page 1
DEPT:  C33          MINUTE ORDER                    Calendar No.

B0432-9147 09/24/2021 11:20 PM Received by California Secretary of State

CASE TITLE: The Huntington Beach Gables          CASE NO: **30-2017-00913985-CU-CO-CJC**
Homeowners Association vs. Bradley

The court sustained Cross-Defendants Lee Gragnano's, Ted Phillips', Lindy Beck's, & Lori Burrett's demurrers to the Cross-Complaint on 10/26/17, granting Cross-Complainant Gallian twenty days leave to amend. Notice of the court's ruling was given by mail on 10/30/17. A formal ordered issued on 11/20/17. Cross-Complainant ultimately dismissed the Cross-Complaint against Cross-Defendants, Lee Gragnano, Ted Phillips, Lindy Beck, Jennifer Paulin, Janine Jasso, & Lori Burrett on 12/27/17.

A voluntary dismissal is a "judgment" within the meaning of the above rule. Thus, where an action is voluntarily dismissed prior to trial, the time limit for an attorney fees motion is 60 days after notice of entry of the dismissal. *Sanabria v. Embrey* (2001) 92 Cal.App.4th 422, 429; but see *Exxess Electronixx v. Heger Realty Corp.* (1998) 64 Cal.App.4th 698, 706 [dictum suggesting CRC 3.1702(b) not applicable to voluntary dismissals, hence no time limit on motion for fees].

Notice of entry of the dismissal was given by mail on 01/31/18 by mail. (ROA 01/31/18). 65 days (service by mail) from 01/31/18 was 04/06/18. This motion was filed on 08/07/18, after the expiration of the sixty day period to file a motion for attorney's fees. Thus, the Cross-Defendant's motion is arguably untimely, as urged by Cross-Complainant.

That having been said, the parties placed a global settlement on the record on 03/02/18, before the expiration of time to file an attorney's fees motion based upon dismissal of the Cross-Complaint. The 03/02/18 settlement included an agreement by the individual Board members to waive their rights to recover attorney's fees from Cross-Complainant, Gallian. (*Radmacher Reply Dec. ¶2*).

A subsequent motion by Plaintiff to compel entry of judgment per the settlement was opposed by cross-complainant. The motion was denied by the court on 07/19/18. (*ROA 442*). This motion followed roughly 20 days later. Since cross complainant opposed the motion to confirm the settlement she was on notice that the waiver of attorney fees would die with the settlement.

Additionally, CRC 3.1702(d) allows the court to extend the time to file an attorney's fees motion upon a showing of good cause. The global settlement before the deadline to file the motion and subsequent failure of the settlement constitutes good cause for an extension of time extension to hear the motion.

**Lack of Standing.** Cross-Complainant's Opposition inexplicably raises an argument that the Cross-Defendants "lack standing" to recover legal fees. This is purportedly based upon an argument that there is no competent evidence that the Cross-Defendants own separate interests in the Project, citing *Farber v. Bay View Terrace Homeowner's Association* (2006) 141 Cal.App.4th 1007, 1011. *Farber* involved an action by the seller of a condominium who brought an action against the owner's association after he had sold the condominium, claiming that the HOAS failed to make repairs. The DCA found that as a non-owner, the Plaintiff lacked standing to sue the HOA, absent a showing that the CC&Rs authorized a non-owner to bring an action to enforce the covenants.

Additionally, evidence in support of the motion shows that Ms. Gallian specifically represented to Cross-Defendant's counsel in an e-mail discussing the Cross-Complaint that:

"Lastly, I believe that each individual included in the Cross-Complaint is and was a homeowner first. Therefore each of the individuals is very aware [of] all of the Governing Documents are intended to be adhered to by each and every homeowner as well as their role serving as a Board Member. " (*Hawley Dec. Exh. A*).

---

DATE: 11/01/2018                    MINUTE ORDER                         Page 2
DEPT: C33                                                            Calendar No.

CASE TITLE: The Huntington Beach Gables   CASE NO: **30-2017-00913985-CU-CO-CJC**
Homeowners Association vs. Bradley

Having expressly asserted that the Cross-Defendants **are** homeowners, and the Cross-Defendants spending 6 months or more defending the Cross-Complaint on that basis, the Cross-Complainant is estopped from now arguing that the Across-Defendants are not unit owners in the project.

Cross-Defendants counter that Civ. Code § 5975(c) provides that in any action to enforce the governing documents, the prevailing party shall recover their legal fees. Looking to the pleadings, there is no question but that The Gables Association complaint is an action to enforce the governing documents. (FAC ¶¶ 9-60). The Cross-Complaint against the Cross-Defendants seeks indemnity against the Cross-Defendants arising from the Plaintiff's complaint & FAC. (Cross-Complaint ¶¶ 4-5). Thus, Ms. Gallian's Cross-Complaint also involves the enforcement of the governing documents for the Project and apportioning responsibility for any breaches of the governing documents. *Farber v. Bay View Terrace HOA* (2006) 141 Cal.App.4th 1007, 1012 [cross-complaint for indemnity based upon an enforcement complaint was part of enforcement action for purposes of award of fees].

Civ. Code § 5975(a) provides that the CC&Rs may be enforced by an owner of a separate interest, or by the association, or by both. Subsection (b) allows enforcement of other, non-recorded governing documents, such as Rules & Regulations, by an owner of a separate interest, or by the association.

Unlike the preceding two subsections, the application of subsection (c) is not limited to owners of separate interests, or the association, but states that "the prevailing party" shall be entitled to an award of attorney's fees and costs. Had the Legislature wanted to limit such recoveries to owners or an association, it could have done so (having limited the two preceding subsections of the statute to owners of separate interests, or the association). If there is no ambiguity in the language, the court is to presume that the legislature meant what it said, and the plain meaning of the statute governs. *Diamond Multimedia Systems, Inc. v. Superior Court* (1999) 19 Cal.4th 1036, 1047.

Cross-Complainant cites a series of appellate opinions which ultimately did not support her argument of lack of standing. *Almanor v. Kakeside Villas* is cited for the proposition that only the HOA could recover fees, not board members. The board members were not parties to the lawsuit in *Almanor*.

*Salehi v. Surfside III Condominium Owner's Association*, cited for the same proposition, also did not have the Board members as parties. *Rancho Mirage Country Club HOA v. Hazelbaker* again did not involve Board members as parties to the litigation.

*Salawy v. Ocean Towers Housing Corp.* again did not involve Board members and the court determined that the action in which the fees was awarded was not an enforcement action. The other cited appellate opinions also are not based upon facts involving board members and standing to recover attorney's fees.

Because the statute entitling Cross-Defendants to an award of attorney's fees is not ambiguous, and is not limited to owners or the association, the Cross-Defendants, who were undisputedly parties in this action, have standing to pursue a claim for attorney's fees under Civ. Code § 5975(c).


**MERITS:**


---

B0432-9149  09/24/2021  11:20  PM  Received  by  California  Secretary  of  State

CASE TITLE: The Huntington Beach Gables          CASE NO: **30-2017-00913985-CU-CO-CJC**
Homeowners Association vs. Bradley

**Burden of Proof.** A party seeking an award of fees has the burden of establishing entitlement to an award, and of documenting the appropriate hours spent, and the hourly rates. *569 E. County Blvd. LLC v Backcountry Against the Dump, Inc.* (2016) 6 Cal.App.5th 426, 432; *Lunada Biomedical v Nunez* (2014) 230 Cal.App.4th 459, 486.

Civ. Code § 5975(c) provides:
"(c) In an action to enforce the governing documents, the prevailing party shall be awarded reasonable attorney's fees and costs."

To determine whether an action is one to enforce the governing documents, the court must determine the gravamen of the complaint, nature of the dispute and relief sought. *Rancho Mirage Country Club Homeowners Association v. Hazelbaker* (2016) 2 Cal.App.5th 252, 259-60.

The Cross-Complaint sought indemnity, apportionment of fault and declaratory relief based upon the Association's action against her for violation of the Project's CC&Rs and Rules. (See Cross-Complaint ¶ 3-16 (ROA 45); FAC ¶¶ 9-60) (ROA 10).

Ms. Gallian's Cross-Complaint sought indemnity from the Cross-Defendants, claiming that "If Plaintiff sustained damages or is entitled to relief as alleged in its First Amended Complaint, the damages and/or entitlement to relief were caused entirely, or in part, by Cross-Defendants." (Cross-Complaint, ¶ 5). In other words, the Cross-Complaint alleges that the Cross-Defendants and not the Plaintiff, violated the CC&Rs as alleged the FAC. This is an enforcement action, and Cross-Defendants are entitled to attorney's fees under Civ. Code § 5975(c), provided they can show that they were prevailing parties.

**Prevailing Party.** For purposes of an award of costs, a defendant who obtains a dismissal of the action is determined to be the prevailing party. CCP § 1032(a)(4). In this case, the Cross-Defendants achieved their litigation objective, a dismissal of the Cross-Complaint against them with prejudice.

The court therefore finds that Cross-Defendants are the prevailing parties as to the Cross-Complaint and are entitled to an award of attorney's fees pursuant to Civ. Code § 5975(c).

**Amount of Attorney's Fees**. Courts apply a lodestar method to calculate reasonable attorney's fees. *Meister v. U.C. Regents* (1998) 67 Cal.App.4th 437, 448-449. The court determines a lodestar figure based on a careful compilation of the time spent and reasonable hourly compensation of each attorney involved. *Serrano v. Priest* (1977) 20 Cal.3d 25. A reasonable fee is determined in the trial court's discretion. *PLCM Group v. Drexler* (2000) 22 Cal.4th 1084. The trial court is uniquely suited to determine the value of the services rendered. *In re Marriage of Keech* (1999) 75 Cal.App.4th 860, 870.

To determine reasonable attorney's fees, the Court should consider the nature of the litigation, its difficulty, the amount involved, the skill required and employed in handling the matter, the attention given, the success of the attorney's efforts, the intricacies and importance of the litigation, the labor and necessity for skilled legal training and ability in trying the cause, and the time consumed. *Church of Scientology v. Wollersheim* (1996) 42 Cal.App.4th 628, 659 [disapproved on other grounds in *Equilon Enterprises v. Consumer Cause, Inc.* (2002) 29 Cal.4th 53].

**Counsel's Hourly Rate:** Counsel declares that his and his co-counsel charged hourly rate in this matter was $295.00. (*Hawley Dec. ¶¶ 6-8*). As $300.00 an hour is pretty much reasonable as a matter of law,

---

CASE TITLE: The Huntington Beach Gables
Homeowners Association vs. Bradley

CASE NO: **30-2017-00913985-CU-CO-CJC**

the hourly rate is justified.

The Opposition does not address counsel's hourly rate, and only attacked entitlement to an award of attorney's fees, as discussed above. Based upon the foregoing, counsel's hourly rate is justified

**Hours Claimed.** Counsel for Cross-Defendant claim a total of 160.6 hours in the defense of the individual Board members, for a fees amount of $43,377.00 in attorney's fees. (*Hawley Dec. ¶ 11*).

It was seven months of litigation between the filing of the cross-Complaint and notice of entry of dismissal. Cross-Defendants present evidence that they had to engage in significant discovery to attempt to ascertain the factual basis for the Cross-Complainant's claims against the board members. (*Hawley Dec. ¶¶ 2-4, Exh. A-D*). Cross-Defendant's counsel presents billing statements to back up the claims. (*Id. Exh. F*). While the extreme redaction precludes the possibility that some of the entries are not related to the defense of the Cross-Complaint, for the most part, the entries clearly do apply to the defense. There is no improper block billing, and the time entries appear commensurate to the tasks listed.

As for the attorney's fees motion, this time can be recovered, but 10.4 hours for the pro forma motion and short Reply is too much. (*Hawley Dec. ¶ 11*). The court reduces the total hours by at least four hours on this particular motion.

As noted above, the Opposition completely ignores the billing records and hourly rates of counsel. In challenging an attorney's fees request, the burden falls upon the challenging party to point to specific items challenged, with arguments and citation to evidence. General claims that fees are excessive insufficient. *Premier Medical Management Systems, Inc. v. California Insurance Guarantee Association* (2008) 163 Cal.App.4th 550, 564. Here Cross-Complainant fails to even argue that the fees claimed are excessive.

A party cannot litigate tenaciously and then be heard to complain about the time incurred. *Peak-Las Positas Partners v. Bollag* (2009) 172 Cal.App.4th 101, 114.

The total amount of attorney's fees sought appears to be reasonable, especially as Cross-Complainant has not challenged the same, thus **the court finds that 156.4 hours were reasonably and necessarily incurred in the defense of the Cross-Complaint, for an attorney's fees award of $46,138.00.**

Costs per timely memorandum of costs.

Moving party to give notice. (***End of posted tentative***)


The Court hears argument from counsel. Defendant Jamie L. Gallian informs the court she was recently hospitalized.

The Court **modifies** the tentative ruling as follows:

Cross-Defendants' Motion for an Award of Attorneys' Fees and Costs is **continued to 11/08/2018** at 1:30 PM in Department C33, due to Ms. Gallian's medical condition.

---

DATE: 11/01/2018
DEPT: C33

MINUTE ORDER

Page 5
Calendar No.

B0432-9150  09/24/2021  11:20 PM Received by California Secretary of State

CASE TITLE: The Huntington Beach Gables      CASE NO: **30-2017-00913985-CU-CO-CJC**
Homeowners Association vs. Bradley

No further briefing is permitted. The Court orders the parties to meet and confer regarding settlement.

Parties waive notice.

DATE: 11/01/2018              MINUTE ORDER             Page 6
DEPT:  C33                                               Calendar No.

B0432-9151  09/24/2021 11:20 PM Received by California Secretary of State

B0432-9152 09/24/2021 11:20 PM Received by California Secretary of State



1    SUPERIOR COURT OF THE STATE OF CALIFORNIA

2         FOR THE COUNTY OF ORANGE

3      CENTRAL JUSTICE CENTER – DEPARTMENT C33

4

5

6    THE HUNTINGTON BEACH GABLES          )
     HOMEOWNERS ASSOCIATION, A            )
7    CALIFORNIA NONPROFIT MUTUAL          )
     BENEFIT CORPORATION,                 )
8                                         )
9        PLAINTIFF,                       )
                                          )
         VS.                              )  NO. 30-2017-00913985
10                                        )
     SANDRA L. BRADLEY, ET AL.,           )
11                                        )
         DEFENDANTS.                      )
12   _____)
                                          )
13   AND RELATED CROSS-ACTIONS.           )
                                          )
14

15      THE HONORABLE JAMES L. CRANDALL, JUDGE PRESIDING

16              REPORTER'S TRANSCRIPT

17              NOVEMBER 1, 2018

18

19   APPEARANCES OF COUNSEL:

20       FOR PLAINTIFF:      EPSTEN GRINNELL & HOWELL, APC
         (COURTCALL)         BY: JOYCE J. KAPSAL, ESQ.
21
         FOR CROSS-          GORDON & REES
22       DEFENDANTS:         BY:  BRENDA K. RADMACHER, ESQ.

23       FOR DEFENDANT       JAMIE L. GALLIAN
         JAMIE L. GALLIAN:   IN PROPRIA PERSONA
24       (COURTCALL)

25

26          KAREN A. HUTCHISON, CSR #6664
         APPROVED COURT REPORTER PRO TEMPORE

B0432-9153 09/24/2021 11:20 PM Received by California Secretary of State

202

1    SANTA ANA, CALIFORNIA - THURSDAY, NOVEMBER 1, 2018

2                    AFTERNOON SESSION

3         (THE FOLLOWING PROCEEDINGS WERE HELD IN

4         OPEN COURT:)

5

6         THE COURT:  NUMBER 11, HUNTINGTON BEACH GABLES

7    HOMEOWNERS ASSOCIATION VERSUS BRADLEY.

8         MS. KAPSAL:  JOYCE KAPSAL APPEARING ON BEHALF OF

9    THE ASSOCIATION ON COURTCALL, YOUR HONOR.

10        THE COURT:  GOOD AFTERNOON.

11        MS. RADMACHER:  BRENDA RADMACHER OF GORDON & REES,

12   YOUR HONOR, APPEARING TODAY ON BEHALF OF THE MOVING

13   PARTIES, THE INDIVIDUAL BOARD MEMBERS.  I DON'T THINK I

14   NEED TO NAME THEM ALL FOR THE RECORD.

15        THE COURT:  NO, WE HAVE IT.  IT'S IN MY TENTATIVE

16   TOO.

17        MS. RADMACHER:  IT IS.

18        THE COURT:  WE DID GET A CALL FROM MS. GALLIAN,

19   WHO SAID SHE WANTED TO CONTINUE IT.  IS SHE ON THE PHONE?

20        MS. GALLIAN:  YES, I AM, YOUR HONOR.

21        THE COURT:  GOOD AFTERNOON.  MS. GALLIAN, WERE YOU

22   ABLE TO GET AHOLD OF OPPOSING COUNSEL TO TRY TO GET THIS

23   MATTER CONTINUED, AS YOU ADVISED THE COURT YOU WERE GOING

24   TO?

25        MS. GALLIAN:  I DID, YOUR HONOR, AND SHE DENIED.

26        THE COURT:  OKAY.  SO WHAT'S THE BASIS FOR YOUR

B0432-9154  09/24/2021  11:20 PM  Received by California Secretary of State

203

1    REQUEST FOR A CONTINUANCE?

2          MS. GALLIAN:  I WAS IN THE HOSPITAL FOR TWO DAYS,

3    AND I GOT OUT THE NIGHT BEFORE YESTERDAY.  AND THIS HAS

4    BEEN VERY, VERY TAXING ON ME.  AND I NEED HEART SURGERY.

5    IT'S JUST TOO MUCH FOR ME.  AND SO I WANT IT TO END.

6          AND I HAD AGREED AND WROTE A PROPOSAL AGREEING TO

7    SELL MY HOUSE, AND THEY SAID THAT THEY WOULD TAKE SEVERAL

8    DAYS TO CONSIDER IT.

9          I HAD A SECOND BUYER, AND WE SENT THE DEMAND

10   LETTER A WEEK AGO, AND I PAID THE EXPEDITED FEE FOR A

11   ONE-DAY RESPONSE, AS REQUESTED, BY THE HOMEOWNERS

12   ASSOCIATION.  AND AGAIN, THEY DRUG IT OUT NOW.  I SENT THE

13   DEMAND AND THE MONEY ON THE 23RD OF OCTOBER.  IT IS NOW

14   NOVEMBER 1ST.  AND IT'S JUST A CONSTANT BARRAGE OF ATTACKS

15   COMING AT ME.

16         AND I ACCEPT IT THAT THEY DON'T WANT ME THERE, SO

17   I HAVE TO SELL THE HOUSE, AND THAT'S WHAT I'VE BEEN TRYING

18   TO DO.  BUT THEY DIDN'T SEND A DEMAND, AND I PAID THE

19   MONEY, AND HERE WE ARE.

20         MS. KAPSAL:  YOUR HONOR, IF I MAY BE HEARD, JOYCE

21   KAPSAL APPEARING ON BEHALF OF THE ASSOCIATION.  I'M NOT

22   SURE THAT THOSE ARGUMENTS ARE GERMANE TO THE MOTION THAT'S

23   BEFORE THE COURT THIS AFTERNOON.

24         THE COURT:  WELL, I THINK IT'S GERMANE.

25         MS. KAPSAL:  MS. GALLIAN MADE A REQUEST TO

26   CONTINUE THE HEARING, AND THE RESPONSE WAS NO, WE WANTED

B0432-9155 09/24/2021 11:20 PM Received by California Secretary of State

204

1    THE HEARING TO GO FORWARD.

2           THE COURT:  HERE'S WHY I THINK IT'S GERMANE.

3           MS. KAPSAL:  THE ISSUE BEFORE THIS COURT REQUIRES

4    THAT WE GET A RULING ON THIS MOTION SO THAT WE KNOW WHAT

5    KIND OF DEMAND TO MAKE INTO ESCROW.

6           THE COURT:  WELL, HERE'S WHY I THINK IT'S GERMANE,

7    BECAUSE, AS I TOLD PEOPLE AT OUR LAST SETTLEMENT

8    CONFERENCE, PART OF THE FIRST, SECOND, OR THIRD

9    SETTLEMENT, WE HAD A NUMBER OF THEM, WAS THAT THE

10   INDIVIDUAL BOARD MEMBERS WOULD WAIVE THEIR CLAIMS,

11   INCLUDING COSTS AND FEES.  THAT WAS AGREED TO BY THE BOARD

12   MEMBERS, WHICH I TOLD THEIR COUNSEL WAS A GENEROUS OFFER,

13   AND SO I THINK MS. GALLIAN CONSIDERED THAT TO BE A DONE

14   DEAL.

15          WHEN THE SETTLEMENT FELL THROUGH, I, OF COURSE,

16   REMINDED HER THAT IF IT DOESN'T GET SETTLED, THAT MOTION

17   WILL BE BACK ON CALENDAR AND THERE MAY BE AN AWARD.

18          SO IN VIEW OF THE FACT THAT MS. GALLIAN IS SAYING

19   SHE WILL SELL HER HOUSE AND WILL MOVE, I'M NOT OPPOSED TO

20   GIVING THE PARTIES ANOTHER WEEK TO SEE IF THEY CAN PUT A

21   PACKAGE TOGETHER THAT IS SATISFACTORY TO ALL SIDES.

22          MS. RADMACHER:  YOUR HONOR, I CAN ADDRESS THAT

23   SLIGHTLY FOR YOU.

24          THE COURT:  PARDON ME?

25          MS. RADMACHER:  I CAN ADDRESS PART OF THE

26   ADDITIONAL DETAILS THAT HAVEN'T BEEN IDENTIFIED.

B0432-9156 09/24/2021 11:20 PM Received by California Secretary of State

1   THE COURT:  OKAY.

2       MS. RADMACHER:  AS PART OF MS. GALLIAN'S OUTREACH

3   YESTERDAY TO US, SHE SENT US SEVERAL DIFFERENT PROPOSALS.

4   THEY WERE CONFUSING TO US.  IN FACT, SHE EVEN SENT AN

5   E-MAIL SAYING, "PLEASE HELP ME DRAFT SOMETHING THAT MAKES

6   SENSE," WHICH I CAN'T DO, AS YOU UNDERSTAND.  I'M NOT HER

7   ATTORNEY.  THE ISSUES --

8       THE COURT:  BUT YOU CAN DO SOMETHING THAT MAKES

9   SENSE TO YOUR CLIENTS.

10      MS. RADMACHER:  YES.  BUT THE TERMS OF WHAT SHE

11  WAS PROPOSING, WHICH HAVE NOT BEEN ADDRESSED AND I DON'T

12  THINK ARE APPROPRIATE TO ADDRESS IN THIS SETTING, ARE JUST

13  WOEFULLY INSUFFICIENT FOR THIS TIME.

14      MY CLIENTS ARE BOARD MEMBERS WHO HAVE INCURRED

15  ATTORNEY'S FEES AND COSTS IN THIS MATTER.  WHEN THE

16  SETTLEMENT WAS FIRST REACHED, THERE WAS AN AGREEMENT TO

17  WAIVE THESE FEES AND COSTS AT THAT TIME.

18      THE COURT:  I REMEMBER THAT.

19      MS. RADMACHER:  AND WE'RE STILL HERE, I'M STILL

20  HERE.  I'M STILL COMING BACK.  MY CLIENTS CONTINUE TO

21  INCUR COSTS AND FEES.

22      THE COURT:  OKAY, BUT THE --

23      MS. RADMACHER:  BUT WHERE THOSE SETTLEMENT

24  DISCUSSIONS GO, I JUST CAN'T SEE US REACHING AN AGREEMENT.

25      THE COURT:  I UNDERSTAND THAT.  BUT LET ME TELL

26  YOU, YOU'RE RIGHT ON YOUR MOTION, YOU'RE RIGHT ON THE LAW.

B0432-9157 09/24/2021 11:20 PM Received by California Secretary of State

206

1   BUT THIS IS A SIGNIFICANT NUMBER WHICH COULD, IN FACT, END

2   UP VOIDING THE SETTLEMENT AND VOIDING THE SALE.  BECAUSE

3   WHY IS MS. GALLIAN GOING TO GO THROUGH WITH A SALE WHERE

4   THE ASSOCIATION GETS THE MONEY, NOT HER?

5           SO I WAS THINKING, NOW THAT I THINK MS. GALLIAN IS

6   AWARE, AND THANKS TO THE INTERVENTION OF A FEW LAWYERS,

7   THAT THIS MATTER HAS TO BE RESOLVED, I'M THINKING THE WAY

8   TO DO IT IS KEEP THAT MONEY IN PLAY, BUT RATHER THAN ENTER

9   THE DECISION THAT SHE OWES YOU $46,000, THAT WOULD BE A

10  CHIP THAT YOU CAN USE IN YOUR SETTLEMENT NEGOTIATIONS.

11          SO WHAT I'M THINKING IS THAT IN VIEW OF HER

12  HOSPITALIZATION, THAT I WOULD JUST CONTINUE THIS FOR A

13  WEEK KEEPING THE TENTATIVE IN PLACE.  BECAUSE IF THE CASE

14  DOESN'T GET SETTLED IN A WEEK, I'M GOING TO GRANT THE

15  MOTION.

16          MS. RADMACHER:  I HAVE A COUPLE OF SPECIFIC POINTS

17  ON THE TENTATIVE RULING THAT I'D LIKE TO BRING TO THE

18  COURT'S ATTENTION, IF I MAY.

19          THE COURT:  OKAY.  I KNOW YOU ASKED FOR MORE

20  MONEY.

21          MS. RADMACHER:  WELL, YES.  BUT THERE'S A

22  CLARIFICATION.  IN YOUR TENTATIVE, THERE WAS THE ITEM OF

23  COSTS WHICH WERE SOUGHT IN THE MOTION, WERE NOT ADDRESSED.

24          THE COURT:  I THOUGHT IT WAS NOT COSTS.  I THOUGHT

25  YOU HAVE TO MAKE A SEPARATE MOTION FOR COSTS.

26          MS. RADMACHER:  IT WAS INCLUDED IN BOTH OF THEM IN

B0432-9158 09/24/2021 11:20 PM Received by California Secretary of State

207

1   THE ORIGINAL MOTION.

2        THE COURT:  COSTS ARE POSTJUDGMENT, THAT'S THE

3   POINT.  DOES YOUR HOA CONTRACT SAY ANYONE WHO OPPOSES

4   THESE GETS COSTS AND FEES?

5        MS. RADMACHER:  IT DOES, YOUR HONOR.  THESE ARE

6   COSTS ONLY FOR THE INDIVIDUAL BOARD MEMBERS, NOT FOR THE

7   ASSOCIATION.

8        THE COURT:  I UNDERSTAND THAT.

9        MS. RADMACHER:  AND IF WE NEED TO BRING IT

10   SEPARATELY --

11        MS. KAPSAL:  YOUR HONOR, THIS IS JOYCE KAPSAL.

12   THE CC&R'S DO ALLOW FOR RECOVERY OF FEES AND COSTS.

13        THE COURT:  CAN YOU DIFFERENTIATE COSTS BETWEEN

14   THE BOARD AND ASSOCIATION, THOUGH?

15        MS. RADMACHER:  YES.

16        THE COURT:  FILING FEES FOR THOSE PARTIES?

17        MS. RADMACHER:  CORRECT.

18        THE COURT:  SO THAT WOULD BE NOMINAL.  WHAT IS IT?

19        MS. RADMACHER:  IT'S $2,937.27, AS WAS SUBMITTED

20   IN OUR MOTION.

21        THE COURT:  IN VIEW OF MS. GALLIAN'S

22   HOSPITALIZATION, AND I DO HAVE TO SAY SHE'S BEEN HERE ON

23   EVERY OTHER APPEARANCE, SO MY TENTATIVE SETS FORTH THE

24   REASONS WHY THIS MOTION SHOULD BE GRANTED, BUT I THINK SHE

25   DOES HAVE --

26        MS. GALLIAN:  MAY I REPLY, YOUR HONOR?

B0432-9159  09/24/2021  11:20 PM  Received by California Secretary of State

208

1       THE COURT:  LET ME TELL YOU WHAT I'M GOING TO DO

2    FIRST.  I'M JUST SAYING I'M GOING TO TAKE THIS UNDER

3    SUBMISSION FOR A WEEK AND GIVE THE PARTIES A WEEK TO SEE

4    IF THEY CAN FINALIZE SOME KIND OF SETTLEMENT.  AND IF NOT,

5    I'LL HEAR THIS MOTION IN FULL AND GIVE YOU AN OPPORTUNITY

6    TO APPEAR IN PERSON NEXT WEEK.

7       BUT SINCE -- AS YOU CAN SEE, I LAY OUT ALL THE

8    AUTHORITY IN HERE AND ALL OF THE REASONS WHY.  IN FACT, I

9    TRIED TO PUT DOWN MS. GALLIAN'S ARGUMENTS AND WHY I'M NOT

10   ACCEPTING THEM.  SO ALL I CAN SAY IS, ALTHOUGH I'M ALWAYS

11   OPEN TO HEAR THE PARTIES' ARGUMENTS, THIS APPEARS LEGALLY

12   TO BE A JUSTIFIABLE AND RIGHTEOUS MOTION, AND I WOULD BE

13   INCLINED TO GRANT IT, AS I SAID IN MY TENTATIVE.

14      ALL I'M SAYING IS I'M GIVING MS. GALLIAN, BECAUSE

15   OF HER MEDICAL PROBLEMS, A WEEK TO WORK OUT A SETTLEMENT

16   WHERE YOU CAN WITHDRAW YOUR MOTION.  IF NOT, NEXT WEEK, IT

17   WILL MOST LIKELY BE GRANTED.

18      MS. RADMACHER:  YOUR HONOR, IN THAT VEIN, THE

19   COURT IN ITS TENTATIVE IDENTIFIED THAT FOUR HOURS WERE

20   REDUCED FROM THE TIME SOUGHT.

21      THE COURT:  YES.

22      MS. RADMACHER:  WE'RE GOING TO BE COMING BACK

23   AGAIN.

24      THE COURT:  OKAY, I UNDERSTAND.

25      MS. RADMACHER:  AND THAT WOULD BE SOMETHING WE

26   WOULD ASK THE COURT TO CONSIDER, THAT MY CLIENTS ARE

B0432-9160  09/24/2021  11:20 PM  Received by California Secretary of State

209

1  INCURRING ADDITIONAL COSTS.

2          THE COURT:  IF YOU HAVE TO COME BACK, I'LL

3  CONSIDER THAT AS WELL AS THE COSTS.  SO IT MIGHT NOT END

4  UP BEING 46,000; IT MAY BE 50,000 BY THEN.  I UNDERSTAND.

5  BUT I'M JUST SAYING, FOR ALL THE PARTIES, BOTH SIDES HAVE

6  WORKED SO HARD TO TRY TO GET A SETTLEMENT.  AND SINCE IT

7  FELL THROUGH --

8          MS. GALLIAN:  YOUR HONOR?

9          THE COURT:  YES.

10          MS. GALLIAN:  MAY I MOVE THE COURT TO ENFORCE THE

11  MARCH 2ND SETTLEMENT AGREEMENT?  I WILL WRITE THE CHECK

12  FOR $15,000 AND BE DONE WITH IT.  THE MARCH 2ND, IF THAT'S

13  WHAT THEY WANT, THAT'S WHAT IT IS AND --

14          THE COURT:  WELL, THAT'S NOT BEFORE THE COURT

15  RIGHT NOW.

16          MS. KAPSAL:  YOUR HONOR, THIS IS JOYCE KAPSAL.

17  THAT'S NOT BEFORE THIS COURT.  SHE'S ALREADY OBJECTED TO

18  THAT SETTLEMENT.  IT'S OFF THE TABLE.

19          THE COURT:  ALL RIGHT.

20          MS. GALLIAN:  EXCUSE ME, PLEASE.  LET ME FINISH.

21          THE COURT:  ALL I'M TELLING EVERYBODY IS YOU HAVE

22  A WEEK TO WORK IT OUT.  OKAY?  MS. GALLIAN, I HOPE YOU'RE

23  FEELING BETTER, AND I HOPE YOU HAVE AN OPPORTUNITY TO MEET

24  PERSONALLY WITH COUNSEL AND TRY TO SIT DOWN AND WORK

25  SOMETHING OUT.  OTHERWISE, THIS MOTION IS CONTINUED UNTIL

26  NEXT WEEK.

EXHIBIT 15, PAGE 253

B0432-9161 09/24/2021 11:20 PM Received by California Secretary of State

210

1      AND TWO IMPORTANT THINGS:  NO FURTHER BRIEFING --

2      MS. GALLIAN:  YOUR HONOR, I'M TRYING TO SAY

3  SOMETHING.  MAY I SAY SOMETHING, YOUR HONOR?

4      THE COURT:  GO AHEAD, SURE.

5      MS. GALLIAN:  THE HOUSE IS SOLD, THE HOUSE IS

6  GONE.

7      THE COURT:  GOOD.  OKAY.

8      MS. GALLIAN:  THAT'S WHAT I'VE BEEN TRYING TO TELL

9  THE COURT, IT'S GONE.  I COULDN'T TAKE ANYMORE.

10      THE COURT:  ALL RIGHT.  WELL, HOPEFULLY THAT WILL

11  MOTIVATE THE PLAINTIFF AND MOVING PARTIES TO TRY TO WORK

12  OUT A SETTLEMENT IN THE NEXT WEEK.  OTHERWISE, NEXT WEEK,

13  WE'LL HEAR THIS MOTION.  OKAY?

14      MS. GALLIAN:  I APPRECIATE THAT.

15      THE COURT:  MS. GALLIAN, I THINK THAT'S A WISE

16  DECISION TO SELL THE HOUSE.

17      MS. GALLIAN:  I DO TOO.

18      THE COURT:  AND HOPEFULLY EVERYTHING WILL WORK

19  OUT.  OKAY, THANK YOU.

20      MS. RADMACHER:  YOUR HONOR, IS THAT THURSDAY,

21  NOVEMBER 8, AT 1:30 P.M.?

22      THE COURT:  YES, THURSDAY, NOVEMBER 8, 1:30.

23      MS. RADMACHER:  NOTICE WAIVED, YOUR HONOR?

24      THE COURT:  OKAY.  MS. GALLIAN, NOTICE WAIVED?

25      MS. GALLIAN:  YES.

26      MS. KAPSAL:  THANK YOU, YOUR HONOR, NOTICE WAIVED.



211

1    THE COURT:  ALL PARTIES WAIVE NOTICE.  OKAY, THANK
2  YOU.
3    MS. RADMACHER:  THANK YOU, YOUR HONOR.
4    (PROCEEDINGS CONCLUDED.)

B0432-9162 09/24/2021 11:20 PM Received by California Secretary of State

B0432-9163  09/24/2021  11:20 PM  Received by California Secretary of State

REPORTER'S CERTIFICATE

STATE OF CALIFORNIA    )
                       )SS.
COUNTY OF ORANGE       )

    I, CANDACE KHOROUZAN, CSR 11579, OFFICIAL COURT REPORTER IN AND FOR THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE, DO HEREBY CERTIFY THAT THE FOREGOING TRANSCRIPT, CONSISTING OF PAGES 1 THROUGH 39, INCLUSIVE, IS A TRUE AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES, AND IS A FULL, TRUE, AND CORRECT STATEMENT OF THE PROCEEDINGS HAD IN SAID CAUSE.

    DATED THIS 3RD DAY OF JULY, 2019.

CANDACE KHOROUZAN, CSR #11579

B0432-9164 09/24/2021 11:20 PM Received by California Secretary of State

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

CENTRAL JUSTICE CENTER - DEPARTMENT C33

THE HUNTINGTON BEACH GABLES      )
HOMEOWNERS ASSOCIATION, A        )
CALIFORNIA NONPROFIT MUTUAL      )
BENEFIT CORPORATION,             )
                                 )
     PLAINTIFF,                  )
                                 )
          VS.                    )  NO. 30-2017-00913985
                                 )
SANDRA L. BRADLEY, ET AL.,       )
                                 )
     DEFENDANTS.                 )
_____  )
                                 )
AND RELATED CROSS-ACTIONS.       )
_____  )


THE HONORABLE JAMES L. CRANDALL, JUDGE PRESIDING

REPORTER'S TRANSCRIPT

NOVEMBER 8, 2018

APPEARANCES OF COUNSEL:

  FOR PLAINTIFF:          EPSTEN GRINNELL & HOWELL, APC
                          PEJMAN D. KHARRAZIAN, ESQ.

  FOR CROSS-DEFENDANTS    GRANT, GENOVESE & BARATTA LLP
  BS INVESTORS LLC,       BY: GORDON G. MAY, ESQ.
  LPT ASSET MANAGEMENT,
  HUGH SADDINGTON:

  FOR CROSS-DEFENDANT     GORDON & REES
  BOARD MEMBERS:          BY:  BRENDA K. RADMACHER, ESQ.

  FOR CROSS-DEFENDANT     JAMIE L. GALLIAN
  CROSS-COMPLAINANT:      IN PROPRIA PERSONA


               KAREN A. HUTCHISON, CSR #6664
               APPROVED COURT REPORTER PRO TEMPORE

B0432-9165  09/24/2021  11:20 PM  Received by California Secretary of State

212

1        SANTA ANA, CALIFORNIA - THURSDAY, NOVEMBER 8, 2018

2                    AFTERNOON SESSION

3            (THE FOLLOWING PROCEEDINGS WERE HELD IN

4            OPEN COURT:)

5

6        THE COURT:  NUMBER 10, HUNTINGTON BEACH GABLES

7   HOMEOWNERS ASSOCIATION VERSUS BRADLEY.

8        MR. MAY:  GOOD AFTERNOON, YOUR HONOR.  GORDON MAY,

9   SPECIALLY APPEARING ON BEHALF OF CROSS-DEFENDANTS, BS

10  INVESTORS LLC, LPL ASSET MANAGEMENT CORP, AND HUGH

11  SADDINGTON.

12       THE COURT:  MOVING PARTY.

13       MR. MAY:  MOVING PARTY, AND WE SUBMIT ON THE

14  TENTATIVE.

15       THE COURT:  GOOD AFTERNOON, MS. GALLIAN.

16       MS. GALLIAN:  GOOD AFTERNOON, YOUR HONOR.

17       THE COURT:  WELL, A MOTION TO STRIKE, WHEN THEY

18  SAY THEY WEREN'T SERVED, THE BURDEN SHIFTS TO THE

19  PLAINTIFF.  AND WE DIDN'T GET ANY PAPERWORK, SO I DON'T

20  HAVE ANY CHOICE BUT TO DENY THE MOTION.

21       MS. GALLIAN:  ON AUGUST 7TH -- I'VE BEEN WORKING

22  WITH MR. MAY SINCE AUGUST 2017.  HE'S PARTICIPATED IN

23  OUR -- HE'S PARTICIPATED IN OUR -- EARLY ON IN THE CASE

24  WHEN ALL FIVE ATTORNEYS -- HE IS VERY FAMILIAR WITH THE

25  CASE.  WE'VE HAD MANY, MANY CONVERSATIONS GOING BACK AND

26  FORTH.  THE AFRICAN-AMERICAN LADY THAT WAS HERE THE LAST

B0432-9166  09/24/2021  11:20 PM Received by California Secretary of State

213

1   TIME THAT WE WERE HERE, YOUR HONOR, THAT WAS STANDING

2   RIGHT HERE, SHE WAS TRYING TO TELL YOU THAT SHE SERVED THE

3   OFFICE LATER BECAUSE THEY HAD BEEN SAYING NOW, OVER A YEAR

4   LATER, WELL, WE WEREN'T SERVED.  SO --

5        THE COURT:  BUT THEY NEVER ANSWERED, THEY NEVER

6   APPEARED, AND IT DOESN'T APPEAR THERE'S PROPER PROOF OF

7   SERVICE.

8        MS. GALLIAN:  I UNDERSTAND, YOUR HONOR.  I FILED A

9   PROOF OF SERVICE BACK IN AUGUST OF 2017.

10       THE COURT:  AND THEY DENIED IT AND SUBMITTED

11  DOCUMENTATION THAT THEY WEREN'T SERVED.  AND THAT'S WHAT A

12  MOTION TO QUASH DOES.

13       MS. GALLIAN:  CORRECT.  AND, YOUR HONOR, THE OTHER

14  THING I'D LIKE TO MENTION TOO IS THAT BS INVESTORS IS NOT

15  AN LLC ANYMORE.  THEY CHANGED IN MARCH TO BS INVESTORS LLP

16  JUST TO KIND OF CONFUSE THE WHOLE -- MUDDY THE WATER.  BUT

17  I UNDERSTAND, YOUR HONOR, YOU'RE ABSOLUTELY --

18       THE COURT:  THE LAST I HEARD, EVERYONE WAS TRYING

19  TO GET SOME KIND OF A GLOBAL SETTLEMENT TOGETHER.  WHERE

20  ARE YOU ON THAT?

21       MR. KHARRAZIAN:  THAT'S RIGHT, YOUR HONOR.  PEJMAN

22  KHARRAZIAN ON BEHALF OF THE PLAINTIFF.  WE JOINTLY

23  PREPARED A DRAFT SETTLEMENT AGREEMENT AND SENT IT TO

24  MS. GALLIAN EARLIER THIS WEEK.

25       THE COURT:  SO YOU'RE STILL TALKING AT LEAST.

26       MR. KHARRAZIAN:  WE ARE.  UNFORTUNATELY, THAT

B0432-9167  09/24/2021  11:20 PM  Received by California Secretary of State

214

1    VERSION WAS PROMPTLY REJECTED BY MS. GALLIAN.

2           MS. GALLIAN:  YOUR HONOR, IT WAS $400,000,

3    $400,000.  I MEAN, THAT'S JUST SILLY.  I MEAN, I'M TRYING

4    TO BE VERY, VERY COOPERATIVE, AND I HAVE THE SAME OFFER AS

5    I DID JANUARY 2018.  IT HASN'T CHANGED.

6           THE COURT:  YOU'VE BEEN WORKING WITH THEM FOR TWO

7    YEARS NOW.  EVERY TIME HE GETS YOU DOWN, HE KICKS YOU.

8    YOU WOULD THINK YOU'D LEARN AFTER THE FIRST TWO TIMES THAT

9    DON'T LET HIM GET YOU DOWN AGAIN.

10           MS. GALLIAN:  EXACTLY, YOUR HONOR.

11           THE COURT:  AND NOW YOU'RE $100,000 UNDER WATER?

12   WHAT IS IT?  WHAT'S YOUR BILL NOW?

13           MS. RADMACHER:  FOR WHICH COUNSEL, YOUR HONOR?

14   JOINTLY?

15           THE COURT:  YOU.  YOU GOT 45,000 LAST WEEK, DIDN'T

16   YOU?

17           MS. RADMACHER:  YOUR HONOR, BRENDA RADMACHER, I'LL

18   MAKE MY APPEARANCE FOR THE RECORD, FOR THE BOARD MEMBERS.

19   I ALSO REPRESENT THE HOMEOWNERS ASSOCIATION WHO WERE

20   PREVIOUSLY IN THE CASE.

21           I THINK WHERE WE ARE, TO ANSWER YOUR QUESTION OF

22   WHERE ARE WE ON SETTLEMENT AND CAN WE GET THERE,

23   MS. GALLIAN HAS MADE SETTLEMENT OFFERS, WE'VE MADE

24   RESPONSES TO THOSE.  WE HAVE NOT BEEN ABLE TO REACH A

25   NEGOTIATED AGREEMENT.  THE PARTIES ARE TOO FAR APART.  OUR

26   CLIENTS --

B0432-9168  09/24/2021  11:20 PM Received by California Secretary of State

215

1          THE COURT:  YOU REACHED A SETTLEMENT AGREEMENT,

2    AND I THOUGHT YOU PUSHED YOUR ADVANTAGE A LITTLE TOO HARD

3    AND I LET HER OUT OF THAT.  AND NOW IT SEEMS YOU'RE

4    PUSHING YOUR ADVANTAGE AGAIN.  HAVE YOU READ THE "MERCHANT

5    OF VENICE"?

6          MS. RADMACHER:  YES.

7          THE COURT:  A POUND OF FLESH, BUT YOU CAN'T GET

8    ANY BLOOD.  OKAY.

9          MS. RADMACHER:  UNDERSTOOD, YOUR HONOR.

10         THE COURT:  IT APPEARS YOU'RE GOING FOR BLOOD AT

11   THIS POINT.  SHE WANTS TO LEAVE, SHE WANTS TO SELL HER

12   PLACE.  YOU HAVE A NEVER-DARKEN-MY-DOOR CLAUSE WITH HER.

13   SO WHAT GOOD DOES IT DO YOU TO, YOU KNOW, PUSH HER INTO

14   THE GROUND AND RUB HER FACE IN THE MUD?

15         MR. KHARRAZIAN:  YOUR HONOR, I DISAGREE WITH THAT

16   CHARACTERIZATION.  I MEAN, IT'S BEEN A MOVING TARGET WITH

17   HER.  WE HAD AN MSC BEFORE YOU.  YOU UNDERSTAND, WE WERE

18   AT 15, THEN IT WAS DOWN TO 5, THEN IT WAS 0, THEN IT WAS

19   BACK UP TO 5.  I MEAN, IT'S VERY DIFFICULT TO REACH ANY

20   KIND OF AGREEMENT WITH HER.  THE PURPOSE IS NOT TO GET A

21   POUND OF FLESH.

22         THE COURT:  YOU DON'T WANT TO LET HER WATER THE

23   FLOWERS OUTSIDE HER FENCE.  NOW SHE OWES YOU $50,000 AND

24   IS MOVING OUT OF THE COMMUNITY, AND YOU WANT MORE?

25         MR. KHARRAZIAN:  WELL, WE'RE NOT SURE THAT THAT'S

26   THE CASE, YOUR HONOR.  I MEAN, SHE SAYS SHE'S SOLD.  WE

216

1   HAVEN'T BEEN ABLE TO CONFIRM THAT IT'S TO A BONA FIDE

2   THIRD-PARTY PURCHASER FOR VALUE.  WE RECEIVED A COPY OF AN

3   ASSIGNMENT.  IT SAYS FOR NO CONSIDERATION.  WE DON'T KNOW

4   WHAT'S HAPPENED, WE'RE STILL TRYING TO GET TO THE BOTTOM

5   OF THAT, YOUR HONOR.

6           IF SHE HAS INDEED SOLD TO A THIRD-PARTY PURCHASER

7   FOR VALUE, THEN THAT'S GREAT.  AND, YOU KNOW, I THINK WE

8   ARE WELL ON OUR WAY TO GETTING THIS RESOLVED.  BUT WE

9   DON'T KNOW THAT FOR SURE YET.  AND FRANKLY, YOUR HONOR,

10  IT'S DIFFICULT TO TAKE MS. GALLIAN AT HER WORD ON THESE

11  THINGS.  AND SO IT'S DIFFICULT TO REACH A SETTLEMENT IN

12  THAT SCENARIO.

13          THE COURT:  IT'S VERY DIFFICULT IF YOU'RE

14  CONSTANTLY PRESSING FOR EVERY TECHNICAL POINT YOU CAN

15  RAISE AND MAKING SURE THAT YOU GIVE HER EVERY LASH THAT

16  YOU'RE ALLOWED TO UNDER YOUR CC&R'S AND YOUR SETTLEMENT

17  AGREEMENT.  I'M CONSISTENTLY RULING IN YOUR FAVOR ON THE

18  LAW, BUT AT SOME POINT I'VE GOT TO CONSIDER THE EQUITY OF

19  THE SITUATION.  YOU'RE RIGHT ON THE LAW, BUT I THINK

20  YOU'RE PRESSING YOUR ADVANTAGE.

21          MS. RADMACHER:  YOUR HONOR, I APPRECIATE YOUR

22  PERSPECTIVE ON THIS, BUT YOU HAVE TO ALSO UNDERSTAND THE

23  PERSPECTIVE FROM THE HOMEOWNERS ASSOCIATION AND THE BOARD

24  MEMBERS WHO HAVE BEEN INVOLVED IN THIS LAWSUIT THAT SHOULD

25  HAVE BEEN RESOLVED PROBABLY --

26          THE COURT:  WAIT A SECOND.

B0432-9169  09/24/2021 11:20 PM Received by California Secretary of State

B0432-9170  09/24/2021  11:20 PM Received by California Secretary of State

217

1      MS. RADMACHER: -- A YEAR AGO.

2      THE COURT:  I SAID AN IMPORTANT WORD, I SAID

3  "EQUITY."  AND YOU COME BACK WITH HOMEOWNERS ASSOCIATION

4  AND BOARD MEMBERS?

5      MS. RADMACHER:  WHO ARE INDIVIDUAL PEOPLE AS WELL,

6  YOUR HONOR.

7      THE COURT:  I CAN TAKE JUDICIAL NOTICE THAT PEOPLE

8  ONLY GET ON THE BOARD BECAUSE THEY HAVE THIS UNNATURAL

9  DESIRE TO BOSS THEIR NEIGHBORS AROUND.  OKAY?  HOMEOWNERS

10  ASSOCIATIONS ARE VERY DIFFICULT TO DEAL WITH.  THEY'RE

11  TECHNICALLY CORRECT, THOUGH.  I HAVE TO FOLLOW THE LAW.

12      ALL I'M SAYING IS, AT SOME POINT IN TIME, AS

13  ABRAHAM LINCOLN SAID, LAWYERS ARE IN A VERY UNIQUE

14  POSITION TO BE GOOD PEOPLE AND TO RESOLVE PEOPLE'S

15  DISPUTES, AND THEY SHOULD TELL THEIR FRIENDS AND NEIGHBORS

16  TO SETTLE THEIR CASES.

17      SO YOU CAN BE THE BEST LAWYER IN THE WORLD AND

18  FIND EVERY TECHNICAL POINT THAT YOU CAN DRIVE IN TO YOUR

19  OPPONENT, OR YOU COULD LOOK AT THE BIG PICTURE AND SAY,

20  HEY, YOU KNOW, LET'S GET ON IN THE WORLD WITH OUR

21  NEIGHBORS AND OUR FRIENDS AND TRY TO RESOLVE DISPUTES.

22      MS. RADMACHER:  AND I THINK THE ASSOCIATION -- MY

23  POINT, YOUR HONOR, TO MAKE, WAS THE ASSOCIATION AND THE

24  BOARD MEMBERS HAVE BEEN ATTEMPTING TO DO THAT.  WE'VE COME

25  TO THREE SETTLEMENT CONFERENCES, WE'VE CONTINUED TO MOVE

26  THINGS AHEAD IN AN EFFORT TO DO SO.  THE PARTIES, YOU

218

1   ASKED WHERE WE ARE.  WE HAVE YET NOT BEEN ABLE TO REACH AN

2   AGREEMENT.

3            THE COURT:  WELL, KEEP TRYING.

4            MS. RADMACHER:  BUT WE ARE HERE TODAY REALLY ON MY

5   MOTION.

6            THE COURT:  I CAN TURN TO MS. GALLIAN AND SAY,

7   MS. GALLIAN, YOU HAVE HAD A LOT OF OPPORTUNITIES TO BE A

8   LITTLE MORE FLEXIBLE, AND WE'RE GOING TO TRY TO UNDO THE

9   WHOLE HOMEOWNERS ASSOCIATION.  THIS THING, I PROBABLY

10  SHOULDN'T HAVE ALLOWED IT TO ESCALATE TO A LEVEL IT DID,

11  BUT THE PARTIES WANTED TO FIGHT AND THEY HAD A LONG FIGHT,

12  BUT IT SHOULD BE OVER.

13           MS. GALLIAN:  MAY I ADDRESS THE COURT?

14           THE COURT:  BUT ALL I CAN SAY RIGHT NOW IS,

15  BECAUSE ALL I HAVE IN FRONT OF ME UNTIL TOMORROW, I HAVE

16  TWO EX PARTES, I'LL SEE YOU ALL AGAIN, IS THAT I HAVE TO

17  GRANT THE MOTION AND QUASH SERVICE.  MS. GALLIAN.

18           MS. GALLIAN:  YES.  YOUR HONOR, BECAUSE I'M NOT AN

19  ATTORNEY, MAY WE ADDRESS ONE THING AT A TIME SO THAT I CAN

20  KEEP UP?  I UNDERSTAND MR. MAY, HIS MOTION WAS GRANTED.

21           THE COURT:  EXACTLY.  SO THEY'RE NOT A PARTY TO

22  THE LAWSUIT.

23           MS. GALLIAN:  RIGHT, EXACTLY.  OKAY.  MAY I

24  ADDRESS YOUR TENTATIVE THAT WAS POSTED?

25           THE COURT:  MY TENTATIVE SAID THEIR MOTION IS

26  GRANTED.

B0432-9171 09/24/2021 11:20 PM Received by California Secretary of State

B0432-9172   09/24/2021   11:20 PM Received by California Secretary of State

219

```
1          MS. GALLIAN:  I THOUGHT YOU GAVE ME LAST WEEK,
2     BECAUSE I WAS IN THE HOSPITAL, YOU SAID TO COME BACK TODAY
3     TO ARGUE IT.  AND I ARGUED IT.
4          THE COURT:  WHICH ONE IS THIS?
5          MS. RADMACHER:  THAT'S WHY WE'RE --
6          MS. GALLIAN:  THIS IS THE MOTION FOR THE
7     ATTORNEY'S FEES.  I WAS IN THE HOSPITAL WHEN I TALKED TO
8     YOU.
9          THE COURT:  I UNDERSTAND NOW.
10         MS. GALLIAN:  SO I SUBMITTED, YOUR HONOR, A
11    DOCUMENT ABOUT THREE HOURS AGO.  AND I DON'T KNOW IF
12    YOU'VE SEEN IT BUT --
13         THE COURT:  NO.
14         MS. GALLIAN:  WELL THEN, SO BASICALLY WHAT IT SAYS
15    IS --
16         THE COURT:  WELL, FIRST, IT HAS TO GET INTO THE
17    COMPUTER SYSTEM.
18         MS. GALLIAN:  YES, SIR.  IT IS THERE.
19         THE COURT:  WELL, GETTING IT DOWNSTAIRS
20    ELECTRONICALLY FILED MIGHT GET IT INTO THE SYSTEM.  IT
21    DOESN'T GET IT INTO MY FILE.  SO LET ME LOOK.  HOLD ON.
22         MS. GALLIAN:  VERY GOOD, THANK YOU.
23         MS. RADMACHER:  YOUR HONOR, IF I CAN CLARIFY, SO
24    THE RECORD IS CLEAR, WE HAVE A COURT REPORTER, LAST WEEK
25    WE WERE HERE ON THE HEARING ON MY CLIENT'S MOTION FOR
26    ATTORNEY'S FEES AND COSTS.  YOU ASKED US TO COME BACK THIS
```

B0432-9173  09/24/2021  11:20 PM  Received by California Secretary of State

220

1   WEEK AFTER WE ENGAGED IN SOME FURTHER SETTLEMENT

2   DISCUSSIONS.  SO THAT'S WHAT WE ARE HERE FOR.

3        AND WE HAVE FROM THE RECORD LAST WEEK, WE HAVE A

4   TRANSCRIPT, PAGE 9, LINE 21, THROUGH PAGE 10, LINE 1,

5   WHERE YOU CLARIFIED THAT AND ASKED US TO HAVE AN

6   OPPORTUNITY TO TRY TO NEGOTIATE.  BUT YOU SAID ON PAGE 10,

7   LINE 1:  "AND TWO IMPORTANT THINGS:  NO FURTHER BRIEFING."

8   FROM THEN, YOU WERE INTERRUPTED, AND YOU DIDN'T SAY WHAT

9   NUMBER 2 WAS.

10       THE COURT:  THIS IS IN THE DECLARATION THAT YOU

11  HAVE.

12       MS. RADMACHER:  WELL, IT'S A DECLARATION, BUT IT'S

13  SUBMITTING A LEGAL ARGUMENT, YOUR HONOR, WHICH I --

14       MS. GALLIAN:  IT'S NOT TRUE.

15       MS. RADMACHER:  -- WHICH I WOULD STATE WOULD BE A

16  BRIEFING.

17       THE COURT:  IT NOT ONLY HAS ONE, TWO, THREE, FOUR,

18  FIVE, SIX, SEVEN, EIGHT -- OH, TEN REFERENCES TO CODES AND

19  A CASE.  OKAY.  IT'S A LEGAL BRIEF.  SO YOU DON'T WANT ME

20  TO LISTEN TO HER BECAUSE SHE WAS IN THE HOSPITAL, AND

21  YOU'D RATHER JUST HAVE ME GO WITH MY RULING WHEN SHE

22  WASN'T HERE.

23       MS. RADMACHER:  THAT'S NOT WHAT I'M SAYING.  I'M

24  ASKING YOUR HONOR FOR THE LAST-MINUTE LEGAL BRIEFING THAT

25  WAS IN CONTRADICTION TO YOUR ORDER AND WITHOUT ANY REQUEST

26  FOR RELIEF AND SUBMITTED UNTIMELY TO BE NOT CONSIDERED,

B0432-9174 09/24/2021 11:20 PM Received by California Secretary of State

221

1   BUT TO ALLOW THE ORAL ARGUMENT ON YOUR TENTATIVE RULING TO

2   PROCEED.

3          THE COURT:   I USED TO REPRESENT HOMEOWNER

4   ASSOCIATIONS.   OKAY?   I'VE BEEN IN YOUR POSITION.   BUT I

5   DON'T KNOW IF YOU HAVE ANY COMPREHENSION OF HOW

6   DISTASTEFUL THE MANNER AND METHOD IN WHICH YOU HAVE BOTH

7   DEFENDED AND PROSECUTED THIS CASE -- BECAUSE YOU STARTED

8   OUT AS THE PLAINTIFF, AND THEN YOU WERE A CROSS-DEFENDANT,

9   AND NOW YOU'RE THE PLAINTIFF, AND NOW YOU'RE GETTING

10  COSTS.   AND THAT'S WHAT WE DO IN LAW AND MOTION.

11  EVERYBODY HAS A TECHNICAL POINT THEY WANT TO RAISE WITH

12  THE COURT.

13         BUT SHE WAS IN THE HOSPITAL, SO I CONTINUED IT FOR

14  A WEEK, I SAID NO FURTHER BRIEFING, AND THEN SHE SUBMITS

15  SOMETHING AND YOU SAY, OH, YOU SAID NO FURTHER BRIEFING.

16         MS. RADMACHER:   HONESTLY, YOUR HONOR, I HAVEN'T

17  HAD A CHANCE TO -- OTHER THAN PRINT IT OUT, I HAVEN'T

18  REVIEWED IT.

19         THE COURT:   I NEED A SIGN, NO WHINING, JUST TO PUT

20  ON THE BENCH HERE.   I LIKE TO DECIDE MY CASES ON THE

21  MERITS, NOT THAT SOMEBODY IS A DAY LATE AND THEREFORE THEY

22  CAN'T SPEAK.   I HAD TO EARLIER TODAY DENY A REQUEST TO SET

23  ASIDE A DEFAULT BECAUSE IT WASN'T PROPER.   I MEAN, I DO

24  FOLLOW THE LAW.   BUT WHEN I HAVE EVERYBODY HERE, IT WOULD

25  BE NICE TO TALK ABOUT THE MERITS.

26         MS. RADMACHER:   AND I'D BE HAPPY TO DO THAT.   I

B0432-9175 09/24/2021 11:20 PM Received by California Secretary of State

222

1   HAVE NOT DIGESTED ANYTHING THAT SHE SUBMITTED.  MY

2   CONCERN, YOUR HONOR, IS THIS WAS FULLY BRIEFED MONTHS AGO.

3   AND SO THEN THE DAY OF --

4         THE COURT:  AND MY TENTATIVE WAS IN YOUR FAVOR.

5         MS. RADMACHER:  I UNDERSTAND THAT.  AND MY ONLY

6   ISSUE WITH FURTHER BRIEFING THAT'S BEEN SUBMITTED, WE'RE

7   CONTINUED, WE ARE HERE BECAUSE WE'VE BEEN TRYING TO

8   SETTLE, BECAUSE WE'VE BEEN TRYING TO DO THESE DIFFERENT

9   THINGS.  AND TO NOW BE, YOU KNOW, THE 11TH HOUR,

10  LITERALLY, TO HAVE FURTHER BRIEFING THAT YOU HAVEN'T SEEN,

11  THAT WE HAVEN'T DIGESTED, DOESN'T SEEM TO BE EQUITABLE,

12  YOUR HONOR, IN TALKING ABOUT EQUITY.  IT'S NOT WHINING.

13  IT'S ACTUALLY SAYING, YOU KNOW, WE HAVE RULES, AND WE HAVE

14  TO FOLLOW THOSE RULES AND PROCEDURES FOR GOOD REASON.

15        AND SO THAT'S OUR REQUEST TO THE COURT, THAT WE'RE

16  HAPPY TO HEAR AND ARGUE ON THE MERITS AND HAVE YOU HEAR

17  FROM BOTH SIDES BASED ON WHAT YOUR TENTATIVE -- BASED ON

18  THE PLEADINGS AND THE DOCUMENTS THAT HAVE BEEN BRIEFED

19  ACCORDING TO YOUR DIRECTION AND RULES.

20        THE COURT:  SO WHY SHOULD I REVIEW THIS, CLEARLY,

21  A LEGAL BRIEF?  IN FACT, I WAS WRONG, BECAUSE AS I PAGED

22  THROUGH THIS FURTHER, YOU'VE GOT 20 DIFFERENT CASES CITED

23  TO ME.

24        MS. GALLIAN:  NO.  BASICALLY WHAT HAPPENED, YOUR

25  HONOR -- AND I WILL TAKE FULL RESPONSIBILITY FOR NOT

26  READING THE OPPOSITION THAT WAS FILED BY DAVID FLYER TO

B0432-9176 09/24/2021 11:20 PM Received by California Secretary of State

223

1    THE OPPOSITION.  HE TOOK HIS NAME OFF OF IT AND SENT IT TO

2    ME.  HE GOES, YOU HAVE TO FILE THIS RIGHT NOW.  HE'S RIGHT

3    ON IN HIS OPPOSITION, AND THAT SUPPORTS EXACTLY WHAT HIS

4    OPPOSITION WAS.

5            THE COURT:  BUT DID YOU READ MY TENTATIVE LAST

6    WEEK?

7            MS. GALLIAN:  YES, I DID, YOUR HONOR.

8            THE COURT:  YOUR OPPOSITION WAS NOT ON POINT.  THE

9    CASES WERE DISTINGUISHABLE.  YOUR LAW WAS NOT ON POINT.

10           MS. GALLIAN:  HOLD ON FOR A SECOND.  LET ME -- I

11   GET NERVOUS, SO LET ME JUST FINISH MY POINT.

12           THE COURT:  DON'T TELL ME YOU'RE NERVOUS.  I'VE

13   MET WITH YOU 27 TIMES HERE.  YOU'VE GONE TOE-TO-TOE WITH

14   THE LAWYERS ON THE OTHER SIDE FOR HOURS AT A TIME.

15           MS. GALLIAN:  IT WAS A LOT OF -- TO TAKE IN.  AND

16   I BELIEVE THAT THE HOMEOWNERS ASSOCIATION IS NOT WHO I

17   SUED AS INDIVIDUALS, EVEN THOUGH THEY'RE ONE AND THE SAME

18   PEOPLE.  THE REASON I SUED THEM AS INDIVIDUALS IS BECAUSE

19   THEY WERE NOT A DULY CONSTITUTED BOARD, AS I BROUGHT TO

20   THE COURT ON JANUARY 11TH AT OUR VERY FIRST MANDATORY

21   SETTLEMENT CONFERENCE.

22           I ACTUALLY HAVE, IN MY CASE OVER THERE, I HAVE THE

23   BALLOTS, I HAVE THE NOTICE OF THE ANNUAL MEETING.  NONE OF

24   THESE PEOPLE WERE ON IT.  AND WHEN THIS CASE STARTED, THE

25   SAME THREE BOARD MEMBERS THAT HAVE BEEN ON THE BOARD SINCE

26   2004 -- THIS IS 2018, AND THEY HANDPICKED TWO PEOPLE TO BE

001064                    EXHIBIT 15, PAGE 269

B0432-9177 09/24/2021 11:20 PM Received by California Secretary of State

224

1    ON THE BOARD, ONE OF THEM BEING AN ATTORNEY FOR THAT

2    ADVANTAGE.

3         THE COURT:  BUT ONE THING YOU NEED TO UNDERSTAND,

4    EVERYBODY IN OUR COUNTRY TALKS ABOUT AND LOVES THE DUE

5    PROCESS CLAUSE.

6         MS. GALLIAN:  CORRECT.

7         THE COURT:  THAT ONLY APPLIES TO PROTECT PEOPLE

8    FROM THE GOVERNMENT.  PEOPLE BETWEEN EACH OTHER -- THERE'S

9    NO DUE PROCESS IN A HOMEOWNERS ASSOCIATION.  THEY CAN LOAD

10   THE BOARD.  IN MY ASSOCIATION, WHOEVER WAS THE LAST ONE TO

11   STEP BACK HAD TO BE ON THE BOARD.  OKAY?

12        MS. GALLIAN:  CORRECT.  BUT CAN I JUST FINISH?

13        THE COURT:  BUT YOUR POINT IS NOT ABOUT FAIRNESS

14   HERE.  THERE ARE RULES AND REGULATIONS, WE'VE REVIEWED THE

15   CC&R'S, AND YOU'VE BEEN COMING IN HERE AND SAYING IT

16   WASN'T A DULY CONSTITUTED HOMEOWNERS ASSOCIATION.  YOU'RE

17   WRONG.

18        MS. GALLIAN:  I'M A HOMEOWNER, YOUR HONOR.

19        THE COURT:  BUT THIS ISN'T ABOUT AN ELECTION.

20        MS. GALLIAN:  NO, IT'S NOT.

21        THE COURT:  THERE WAS NOTHING SAYS THERE WAS AN

22   UNFAIR ELECTION.

23        MS. GALLIAN:  I BROUGHT IT UP ORIGINALLY.  THAT'S

24   WHY I ASKED FOR DECLARATORY RELIEF IN MY CROSS-COMPLAINT

25   AGAINST THEM BECAUSE I, AS A HOMEOWNER, WHEN I TOOK OVER

26   OWNERSHIP WHEN THE PROPERTY WAS GIFTED TO ME, I FILLED OUT

001065          EXHIBIT 15, PAGE 270

B0432-9178 09/24/2021 11:20 PM Received by California Secretary of State

225

1    AN ARCHITECTURAL APPLICATION THAT WAS DENIED WITHOUT DUE

2    PROCESS, THAT WAS ARBITRARY, THAT WAS CAPRICIOUS.  AND

3    WHAT I'M SAYING IS --

4             THE COURT:  THEY HAVE TO FOLLOW THE ARCHITECTURAL

5    STANDARDS.

6             MS. GALLIAN:  BUT THEY DIDN'T.  I AGREE.  I AGREE,

7    YOUR HONOR.  BUT WHAT I'M SAYING IS, AS A HOMEOWNER, I

8    HAVE THE RIGHT -- I'VE DONE IT THREE TIMES.  I HAVE

9    NOTICED THIS BOARD THREE TIMES TO ADR AS A HOMEOWNER.  AND

10   I AM BEING REFUSED THAT PATH.  SO YOU CAN'T GO FROM A WAY

11   OVER HERE TO Z.  EVEN RIGHT NOW, I'VE NOTICED BOTH OF

12   THESE GENTLEMEN TO ADR.  THIS ONE TRIES TO SERVE AN

13   UNLAWFUL DETAINER, HE KNOWS I HAVEN'T LIVED THERE FOR TWO

14   MONTHS, AND THIS ONE, GAVE HIM THE INFORMATION.  THEY'RE

15   TWO SEPARATE ENTITIES.

16            THE COURT:  WAIT A SECOND.  YOU KNOW, THERE ARE

17   CERTAIN PROCEDURES THAT ARE FINAL, AND ONE OF THEM IS A

18   DISMISSAL.  YOU DISMISSED THESE INDIVIDUALS.  THAT WAS

19   YOUR DECISION.  THAT WASN'T --

20            MS. GALLIAN:  IT WAS REJECTED.

21            THE COURT:  EXCUSE ME.  LET ME FINISH.  YOU

22   DISMISSED SOME INDIVIDUALS.  I DIDN'T ORDER IT.  YOU DID

23   IT ON YOUR OWN.  THOSE PARTIES UNDER THE CODE HAVE A RIGHT

24   TO FILE FOR COSTS AND ATTORNEY'S FEES UNDER THE CC&R'S.

25   THAT'S WHAT THIS MOTION IS.  HOW CAN YOU ARGUE IT'S NOT A

26   DULY CONSTITUTED BOARD WHEN THERE'S ALREADY A DISMISSAL

B0432-9179 09/24/2021 11:20 PM Received by California Secretary of State

226

1    THAT YOU FILED IN FAVOR OF THESE PEOPLE?

2         MS. GALLIAN:  BECAUSE I SUBMITTED THE GOOD FAITH

3    ARGUMENT TWO DAYS LATER AND I HAVE THE E-MAIL TRAIN.  THEY

4    KNOW I DID.  IT WAS AN AGREEMENT, YOUR HONOR, BETWEEN ME

5    AND JAMES --

6         THE COURT:  I DIDN'T SEE ANYWHERE THAT YOU HAVE AN

7    AGREEMENT THAT THERE WOULD BE A WAIVER OF COSTS IN

8    EXCHANGE FOR A DISMISSAL.  IT WASN'T PROVEN.  THEY MADE A

9    MOTION AND SAID IT WASN'T THERE, AND I DON'T HAVE ANY

10    OPPOSITION THAT SHOWS TO THE CONTRARY.  SO THEY HAVE A

11    SATISFACTORY RESULT IN THIS CASE, THEY'RE THE PREVAILING

12    PARTY, THEY HAVE A RIGHT UNDER THE CODE AND UNDER THE

13    CC&R'S FOR ATTORNEY'S FEES.

14         MS. GALLIAN:  THEY ARE NOT THE PREVAILING PARTY

15    BECAUSE THIS WAS A DECLARATORY RELIEF.  THIS WASN'T AN

16    ENFORCEMENT OF THE GOVERNING DOCUMENTS, YOUR HONOR.

17         THE COURT:  THAT WAS RAISED BEFORE.  OKAY.

18         MS. GALLIAN:  THAT'S WHAT THE LAW SAYS.

19         THE COURT:  OKAY.

20         MS. GALLIAN:  AND THEY HAD TO HAVE DONE THE MOTION

21    AT THE SAME TIME.  I'M JUST SAYING IT WAS UNTIMELY.

22         THE COURT:  YOU WERE THERE AT THE SETTLEMENT

23    CONFERENCE A MONTH AGO WHEN I SAID, I'VE GOT THIS BIG

24    MOTION PENDING FOR 54,000, IS WHAT YOU WANTED IN

25    ATTORNEY'S FEES, I THINK, AND YOU GUYS BETTER SETTLE, OR

26    ELSE YOU MIGHT GET A BAD RESULT.  AND I TOLD HER, YOU GUYS

B0432-9180  09/24/2021  11:20 PM Received by California Secretary of State

227

1   SETTLE BECAUSE I MIGHT NOT RULE IN HER FAVOR.  I TOLD BOTH

2   OF YOU THAT'S A BIG NUMBER, AND YOU COULD HAVE SETTLED

3   THIS CASE FOR $15,000.

4           MS. GALLIAN:  YOU'RE RIGHT.  AND I BROUGHT THE

5   CHECK WITH ME IN JUNE, TOO.  AND IT'S BEEN BACK AND FORTH.

6   SO YEAH, WHEN HE TALKS ABOUT THAT THE SETTLEMENT HAS GONE

7   DOWN, IT'S BECAUSE I'VE HAD FRIVOLOUS STUFF BROUGHT

8   AGAINST ME.

9           THE COURT:  WELL, I WAS IN THERE WHEN THEY SAID

10  THEY'D TAKE THE ORIGINAL SETTLEMENT JUST A COUPLE WEEKS

11  AGO.  AND YOU SAID, NO, THAT MONEY IS GONE.  SO YOU DIDN'T

12  TAKE IT.

13          BUT NOW I'M GOING TO MAKE MY RULING.  I'M RULING

14  IN FAVOR, ACCORDING TO MY TENTATIVE RULING, GRANTING FEES

15  TO THE PREVAILING PARTY ON THE CROSS-COMPLAINT.

16          MS. GALLIAN:  ARE YOU SAYING INDIVIDUALS?  YOU'RE

17  TALKING ABOUT INDIVIDUALS?

18          THE COURT:  MY TENTATIVE RULING FROM LAST WEEK.

19          MS. GALLIAN:  NOT BOARD MEMBERS.  THIS IS

20  SEPARATE.  THIS IS NOT THE ASSOCIATION.  I JUST WANT TO

21  MAKE SURE, BE VERY CLEAR.

22          THE COURT:  IF YOU WANT TO MAKE SURE, READ MY

23  TENTATIVE RULING.

24          MS. GALLIAN:  I DID, YOUR HONOR, VERY CLEARLY I

25  READ IT.

26          THE COURT:  THAT WILL BE THE FINAL ORDER OF THE

B0432-9181 09/24/2021 11:20 PM Received by California Secretary of State

228

1      COURT.

2                MS. GALLIAN:  OKAY.

3                THE COURT:  NOW, WE HAVE SOMETHING COMING UP.  I

4      HEARD TWO OF YOU ARE FILING EX PARTE MOTIONS TOMORROW.

5                MS. GALLIAN:  I DIDN'T FILE AN EX PARTE MOTION.

6                THE COURT:  WHAT'S GOING ON?

7                MS. GALLIAN:  THEY WANT TO CONTINUE THE TRIAL.

8      ABSOLUTELY NOT.

9                MR. KHARRAZIAN:  YOUR HONOR, WE HAVE TWO EX

10     PARTES.  I FILED AN EX PARTE SCHEDULED FOR TOMORROW

11     MORNING TO ASK TO CONTINUE THE TRIAL BECAUSE MS. GALLIAN

12     APPEARS TO HAVE SOLD THE UNIT, WHICH MAY VERY WELL

13     ALLEVIATE THE TRIAL.

14                MS. GALLIAN:  YOU JUST SAID FIVE MINUTES AGO YOU

15     DIDN'T KNOW --

16                (CELL PHONE RINGING.)

17                MS. GALLIAN:  PARDON ME, SIR.

18                MR. KHARRAZIAN:  AND BS INVESTORS HAS FILED A U.D.

19     ACTION.  EITHER ONE OF THOSE TWO, AS THEY PLAY OUT, COULD

20     VERY WELL ALLEVIATE THE TRIAL.  WE'RE A MONTH AWAY FROM

21     TRIAL.  I THINK IF THE PARTIES GET INTO HEAVY-DUTY TRIAL

22     PREP, IT'S NOT GOING TO HELP THIS CASE AT ALL.

23                THE COURT:  I'LL SEE YOU TOMORROW.  BUT THERE IS

24     AN OLD SAYING:  "IF YOU LIVE BY THE SWORD, YOU DIE BY THE

25     SWORD."  AND IF YOU MAKE YOUR LIVING HOLDING TECHNICAL

26     POINTS AGAINST PEOPLE, THEY MIGHT AT ONE POINT SAY, TOO

B0432-9182   09/24/2021   11:20 PM   Received by California Secretary of State

229

1    LATE TO CONTINUE THE TRIAL.

2           MR. KHARRAZIAN:  I UNDERSTAND THAT, YOUR HONOR.

3           THE COURT:  THERE'S ANOTHER RULE, I THINK,

4    SOMEWHERE, I HOPE IT'S IN THE BACK OF THIS CIVIL CODE

5    WHERE THEY HAVE ALL THE MAXIMS OF JURISPRUDENCE, AND ONE

6    OF THEM SHOULD SAY, NEVER MOTIVATE THE OPPOSITION.  NEVER

7    CAUSE SOMEONE ELSE TO STAY UP LATE AT NIGHT TO GET EVEN

8    WITH YOU.  AND THAT'S WHAT'S HAPPENED HERE.  THIS HAS

9    DEGENERATED INTO A SPITE FIGHT.

10          SO I WANT TO GET THIS CASE RESOLVED.  IT'S ONE OF

11   MY OLDER CASES.  BUT I'LL HEAR YOUR EX PARTES.  SO YOU'VE

12   GIVEN NOTICE TO MS. GALLIAN?

13          MR. KHARRAZIAN:  WE HAVE, YOUR HONOR.

14          THE COURT:  THERE'S TWO.  WHAT'S THE OTHER ONE?

15          MS. RADMACHER:  THE OTHER ONE IS FOR A TEMPORARY

16   RESTRAINING ORDER RELATED TO THE TRANSFER OF THE ASSETS OF

17   MS. GALLIAN OF THE SALE DEALING WITH THESE ISSUES WHERE WE

18   HAD A SANCTIONS MOTION AS WELL AS THIS PENDING MOTION, THE

19   TRANSFER OF THE PROPERTY.  WE HAVE NOT BEEN ABLE TO VERIFY

20   THAT IT HAS BEEN DONE TO A BONA FIDE PURCHASER, AND

21   THERE'S CONCERNS ABOUT THE ABILITY OF MS. GALLIAN TO

22   SATISFY THE JUDGMENTS THAT MAY BECOME PENDING.

23          THE COURT:  SO ALTHOUGH YOU ORIGINALLY SAID, WE

24   WANT HER NOT TO WATER THE COMMON AREA, NOW YOU WANT TO

25   TAKE ALL THE EQUITY THAT SHE HAS IN THE HOUSE AND TAKE IT

26   FOR YOURSELF.

B0432-9183  09/24/2021  11:20 PM  Received by California Secretary of State

230

1          MS. RADMACHER:  NO, YOUR HONOR.  THAT'S NOT WHAT

2     WE'RE SAYING.

3          MS. GALLIAN:  THAT'S EXACTLY WHAT'S HAPPENING.

4          MS. RADMACHER:  WE'RE SAYING WE WANT TO PRESERVE

5     THE EQUITY TO ENSURE THAT IT IS PROPERLY ADDRESSED.

6          THE COURT:  OKAY.  I'LL HEAR THEM BOTH TOMORROW.

7          MR. KHARRAZIAN:  THANK YOU, YOUR HONOR.

8          MR. MAY:  THANK YOU, YOUR HONOR.

9          MS. RADMACHER:  THANK YOU, YOUR HONOR.

10          (PROCEEDINGS CONCLUDED.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1    STATE OF CALIFORNIA )
                          )   SS.
2    COUNTY OF ORANGE     )

3

4

5

6                    REPORTER'S CERTIFICATE

7

8

9          I, KAREN A. HUTCHISON, CSR NO. 6664, APPROVED

10   COURT REPORTER PRO TEMPORE IN AND FOR THE SUPERIOR COURT

11   OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE, DO HEREBY

12   CERTIFY THAT THE FOREGOING TRANSCRIPT IS A TRUE AND

13   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES, AND IS A FULL,

14   TRUE AND CORRECT STATEMENT OF THE PROCEEDINGS HAD IN SAID

15   CAUSE.

16

17

18

19   DATED:   July 12, 2019

20

21

22

23   _____
     KAREN A. HUTCHISON, CSR #6664
24   APPROVED COURT REPORTER PRO TEMPORE

25

26

B0432-9184 09/24/2021 11:20 PM Received by California Secretary of State

001072                    EXHIBIT 15, PAGE 277

B0432-9185  09/24/2021 11:20 PM Received by California Secretary of State

STATE OF CALIFORNIA )
                     )  SS.
COUNTY OF ORANGE     )


REPORTER'S CERTIFICATE


I, KAREN A. HUTCHISON, CSR NO. 6664, APPROVED
COURT REPORTER PRO TEMPORE IN AND FOR THE SUPERIOR COURT
OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE, DO HEREBY
CERTIFY THAT THE FOREGOING TRANSCRIPT IS A TRUE AND
CORRECT TRANSCRIPT OF MY SHORTHAND NOTES, AND IS A FULL,
TRUE AND CORRECT STATEMENT OF THE PROCEEDINGS HAD IN SAID
CAUSE.



DATED:  _July 12, 2019_



_____
KAREN A. HUTCHISON, CSR #6664
APPROVED COURT REPORTER PRO TEMPORE

001073                EXHIBIT 15, PAGE 278

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 11/09/2018                TIME: 08:30:00 AM          DEPT: C33

JUDICIAL OFFICER PRESIDING: James Crandall
CLERK:  Eric Yu
REPORTER/ERM: Janet (ACRPT) Taylor CSR# 9463
BAILIFF/COURT ATTENDANT:  Julie Carney

CASE NO: **30-2017-00913985-CU-CO-CJC** CASE INIT.DATE: 04/11/2017
CASE TITLE: **The Huntington Beach Gables Homeowners Association vs. Bradley**
CASE CATEGORY: Civil - Unlimited         CASE TYPE: Contract - Other

EVENT ID/DOCUMENT ID: 72926149

**EVENT TYPE**: Ex Parte
MOVING PARTY: The Huntington Beach Gables Homeowners Association
CAUSAL DOCUMENT/DATE FILED: Ex Parte Application - Other, 11/07/2018

**APPEARANCES**
BRENDA K. RADMACHER, specially appearing for Gordon & Rees LLP, present for Cross -
Defendant,Plaintiff(s).
PEJMAN D. KHARRAZIAN, specially appearing for Epsten Grinnell & Howell, APC, present for Cross -
Defendant,Plaintiff(s).
Jamie L. Gallian, self represented Cross - Defendant, present.

Ex-Parte application for TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR
PRELIMINARY INUNCTION TO ENJOIN DISBURSEMENTS FROM PROCEEDS OF SALE OF REAL
PROPERTY, OR ALTERNATIVELY, FOR AN ORDER REQUIRING GALLIAN TO DEPOSIT AT LEAST
$52,145.27 WITH THE COURT is requested by the Huntington Beach Gables Homeowners Association
and Board members'.

Ex parte application is read and considered.

The Court having fully considered the arguments of all parties, both written and oral, as well as the
evidence presented, now rules as follows:

Ex Parte application for Temporary restraining order and order to show cause for preliminary inunction to
enjoin disbursements from proceeds of sale of real property, or alternatively, for an order requiring
gallian to deposit at least $52,145.27 with the court is denied without prejudice.

Ex-Parte application TO CONTINUE TRIAL is requested by Plaintiff.

Ex parte application is read and considered.

The Court having fully considered the arguments of all parties, both written and oral, as well as the
evidence presented, now rules as follows:

DATE: 11/09/2018                          MINUTE ORDER                              Page 1
DEPT:  C33                                                                     Calendar No.

B0432-9186  09/24/2021  11:20 PM  Received by California Secretary of State

CASE TITLE: The Huntington Beach Gables
Homeowners Association vs. Bradley

CASE NO: **30-2017-00913985-CU-CO-CJC**

EX PARTE APPLICATION TO CONTINUE TRIAL is denied.

B0432-9187 09/24/2021 11:20 PM Received by California Secretary of State

DATE: 11/09/2018
DEPT: C33

MINUTE ORDER

Page 2
Calendar No.

001075

EXHIBIT 15, PAGE 280

B0432-9188 09/24/2021 11:20 PM Received by California Secretary of State

```
 1              SUPERIOR COURT OF CALIFORNIA

 2         COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

 3                    DEPARTMENT C33

 4   THE HUNTINGTON BEACH GABLES   )  CERTIFIED TRANSCRIPT
     HOMEOWNERS ASSOCIATION, A     )
 5   CALIFORNIA NONPROFIT MUTUAL   )
     BENEFIT CORPORATION,          )
 6                                 )
                    PLAINTIFFS,    )
 7             VS.                 )  NO. 30-2017-00913985
                                   )      CU-CO-CJC
 8   SANDRA L. BRADLEY, INDIVIDUALLY, )
     AND AS TRUSTEE OF THE SANDRA L. )
 9   BRADLEY TRUST; JAMIE L. GALLIAN, )
     AN INDIVIDUAL; AND DOES 1 THROUGH )
10   25, INCLUSIVE,                )
                    DEFENDANTS.    )
11   _____)
     AND RELATED CROSS-ACTION(S).  )
12   _____)

13       HONORABLE JAMES L. CRANDALL, JUDGE PRESIDING

14                 REPORTER'S TRANSCRIPT

15             FRIDAY, NOVEMBER 9, 2018

16   APPEARANCES OF COUNSEL:

17   FOR THE PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS
     ASSOCIATION:
18      EPSTEN GRINNELL & HOWELL APC
        BY:  PEJMAN D. KHARRAZIAN, ESQ.
19
     FOR THE CROSS-DEFENDANTS THE HUNTINGTON BEACH GABLES
20   HOMEOWNERS ASSOCIATION; LEE GRAGNANO; TED PHILLIPS;
     LINDY BECK; JENNIFER PAULIN; JANINE JASSO; AND LORI
21   BURRETT:
        GORDON & REES SCULLY MANSUKHANI
22      BY:  BRENDA K. RADMACHER, ESQ.

23   FOR THE DEFENDANT/CROSS-COMPLAINANT JAMIE L. GALLIAN:
        JAMIE L. GALLIAN
24      IN PRO PER

25

26   JANET M. TAYLOR, CSR 9463, RMR, CRR
     OFFICIAL COURT REPORTER PRO TEMPORE
```

B0432-9189 09/24/2021 11:20 PM Received by California Secretary of State

```
 1        SANTA ANA, CALIFORNIA; FRIDAY, NOVEMBER 9, 2018

 2                       MORNING SESSION

 3                 (PROCEEDINGS IN OPEN COURT:)

 4                           * * *

 5        THE COURT:  LET ME CALL THE HUNTINGTON BEACH GABLES

 6   HOMEOWNERS ASSOCIATION VS. BRADLEY, ET AL., AND GALLIAN.

 7        MS. GALLIAN:  YES, YOUR HONOR.  GOOD MORNING.

 8        MR. KHARRAZIAN:  GOOD MORNING, YOUR HONOR.

 9        MS. GALLIAN:  WE MADE SOME PROGRESS.  I THINK WE

10   MADE PROGRESS.

11        THE COURT:  PARDON ME?

12        MS. GALLIAN:  I THINK WE MADE PROGRESS.  WE WERE

13   OUT IN THE HALL TALKING.

14        THE COURT:  OH, WONDERFUL.

15        MR. KHARRAZIAN:  WE WERE JUST CHATTING IN THE HALL.

16   GOOD MORNING.

17        MS. RADMACHER:  SHOULD WE STATE OUR APPEARANCES FOR

18   THE RECORD, YOUR HONOR?

19        THE COURT:  PLEASE.

20        MS. GALLIAN:  I'M SORRY.  I DIDN'T ME TO INTERRUPT

21   YOU.

22        MS. RADMACHER:  BRENDA RADMACHER WITH GORDON & REES

23   ON BEHALF OF THE HUNTINGTON BEACH GABLES HOMEOWNERS

24   ASSOCIATION AND THE INDIVIDUAL BOARDS MEMBERS.

25        THE COURT:  OKAY.

26        MR. KHARRAZIAN:  THANK YOU.
```

1    PEJMAN KHARRAZIAN -- GOOD MORNING -- ON BEHALF

2    OF THE PLAINTIFF.

3    **MS. GALLIAN:**  GOOD MORNING, YOUR HONOR.  JAMIE

4    GALLIAN, DEFENDANT.

5    **THE COURT:**  OKAY.  WELL, I'M GLAD TO HEAR YOU'RE

6    TALKING AND MAKING PROGRESS.

7    **MR. KHARRAZIAN:**  WE'RE TRYING, YOUR HONOR.  YOU

8    KNOW, WE'RE HERE FOR TWO EX PARTES THIS MORNING.  THE

9    FIRST ONE IS TO ASK THE COURT TO CONTINUE -- WE

10   UNDERSTAND -- LAST WEEK WE WERE IN TRIAL ON A MOTION THE

11   1ST OF NOVEMBER.  FOR THE FIRST TIME, MS. GALLIAN STATED

12   IN OPEN COURT "I'VE SOLD THE UNIT.  I'M GONE."  AND SO

13   THAT WAS NEWS TO US.

14       SO FOR THE LAST WEEK, WE'VE BEEN TRYING TO

15   FIGURE OUT WHAT HAPPENED, YOU KNOW, WHO'S THE BUYER.

16   THERE WAS NO ESCROW, AND THE DOCUMENT THAT WE'VE BEEN

17   ABLE TO OBTAIN FROM THE COUNTY RECORDER SAYS THE SALE

18   WAS FOR NO CONSIDERATION.  SO THERE ARE SOME RED FLAGS.

19       WE ALSO FOUND THIS OTHER DOCUMENT THAT'S NOT --

20   AN UNRECORDED DEED THAT HAS A DIFFERENT ENTITY ON IT.

21   SO ALL THESE THINGS ARE CONCERNING TO US, AND WE'RE

22   STILL DOING OUR DUE DILIGENCE TO FIND OUT IF IT'S TO A

23   THIRD-PARTY PURCHASER FOR VALUE.  AND IF THAT'S THE

24   CASE, YOU KNOW, HALLELUJAH.  I HOPE THAT'S THE CASE.  I

25   KNOW THE COURT WOULD AGREE, AND THAT WOULD BE A HUGE

26   STEP.

B0432-9190 09/24/2021 11:20 PM Received by California Secretary of State

B0432-9191 09/24/2021 11:20 PM Received by California Secretary of State

```
 1          I'VE ASKED MS. GALLIAN TO SEND ME DOCUMENTS TO

 2   SHOW THAT THAT'S THE CASE.  I HAVE NOT GOTTEN A RESPONSE

 3   FROM HER.  BUT IF THAT IS THE CASE, I DON'T THINK THAT

 4   GOING -- PUSHING TOWARDS TRIAL -- WE'RE A MONTH OUT FROM

 5   TRIAL -- AND GETTING INTO TRIAL PREP IS GOING TO HELP

 6   ANYONE IN THIS CASE.

 7       THE COURT:  I THINK ALL SIDES ARE READY FOR TRIAL

 8   BECAUSE YOU'VE BEEN IN HERE EVERY WEEK SINCE THE CASE

 9   WAS FILED.

10       MS. GALLIAN:  I AGREE.

11       MR. KHARRAZIAN:  WELL, WE CAN CERTAINLY PUSH AND --

12   AND -- YES.  I DON'T DISAGREE WITH THAT, YOUR HONOR.

13   BUT IS THAT THE RIGHT MOVE HERE WHERE THERE'S TWO LIGHTS

14   AT THE END OF THE TUNNEL POTENTIALLY THAT WOULD

15   ALLEVIATE THE NEED FOR A TRIAL ALTOGETHER?

16       THE COURT:  WELL, HERE'S MY CONCERN.  IT'S CLEAR TO

17   ME, NOT ONLY BASED ON MY EXPERIENCE AS A LAWYER BUT MORE

18   SO SINCE I'VE BEEN ON THE BENCH, THAT WHEN YOU HAVE A

19   TRIAL DATE, THAT MAKES PEOPLE MAKE THEIR BEST, FINAL,

20   AND LAST OFFER.  WHEN I CONTINUE THE TRIALS, SETTLEMENTS

21   FALL APART BECAUSE PARTIES KEEP --

22       MS. GALLIAN:  I AGREE.

23       THE COURT:  SO I -- I THINK IF WE KNOW THAT THIS

24   CASE IS GOING TO GO TO TRIAL, IT'S GOING TO MAKE BOTH

25   SIDES SAY, "OKAY.  HERE'S MY FINAL-FINAL POSITION, MY

26   FINAL OFFER."
```

B0432-9192  09/24/2021  11:20 PM  Received by California Secretary of State

1    SO I THINK IT'S WONDERFUL THAT YOU'RE TALKING.

2   I'VE MADE SOME HARD RULINGS IN THE CASE.  AND SO I'M --

3   I THINK BOTH SIDES KNOW WHEN THE TRIAL DATE COMES, IT'S

4   TIME TO PUT UP OR SHUT UP.

5        **MR. KHARRAZIAN:**  I AGREE, YOUR HONOR.  AND LET ME

6   JUST KIND OF GO THROUGH SOMETHING REAL QUICK WITH THE

7   COURT.

8        OUR COMPLAINT THAT WE FILED INITIALLY WAS A

9   VERY SIMPLE COMPLAINT.  IT ASKED FOR TWO THINGS:

10       ONE, MS. GALLIAN CORRECT VARIOUS ARCHITECTURAL

11  VIOLATIONS WITH THE UNIT THAT SHE, I GUESS, USED TO OWN,

12  FIXING ENCROACHMENTS INTO THE COMMON AREA, THE PATIO

13  COVER THAT WAS NOT APPROVABLE AND AGAINST THE RULES,

14  ET CETERA, AND -- (INDISCERNIBLE).

15       **THE COURT:**  A COUPLE LITTLE THINGS THAT VIOLATED

16  THE CC&RS AND WHERE HER PROPERTY ENCROACHED ONTO THE

17  COMMON AREAS --

18       **MR. KHARRAZIAN:**  CORRECT.

19       **THE COURT:**  -- OR DIDN'T COMPLY WITH SOME OF THE

20  ARCHITECTURAL GUIDELINES.

21       **MR. KHARRAZIAN:**  CORRECT.

22       **MS. GALLIAN:**  AND AS THE COURT HAS BEEN TOLD MANY

23  TIMES, THOSE ITEMS HAVE BEEN IN PLACE THERE FOR THREE

24  YEARS PRIOR TO THE GIFT.

25       **THE COURT:**  NO.  I'M JUST SAYING WHAT THE ISSUES

26  ARE.

B0432-9193 09/24/2021 11:20 PM Received by California Secretary of State

1       **MS. GALLIAN:**  RIGHT.

2       **MR. KHARRAZIAN:**  LET ME -- LET ME --

3       **MS. GALLIAN:**  PRIOR TO THE GIFT, SO THEY'RE NOT MY

4   RESPONSIBILITY.

5       **MR. KHARRAZIAN:**  SO THAT'S THE FIRST CAUSE OF

6   ACTION.  SECOND CAUSE OF ACTION IS FOR NUISANCE.

7           SO IF MS. GALLIAN HAS SOLD THE UNIT TO A THIRD

8   PARTY FOR VALUE, THERE'S REALLY NOTHING LEFT TO TRY IN

9   THE CASE.

10      **MS. GALLIAN:**  I AGREE.

11      **MR. KHARRAZIAN:**  THE -- SHE NO LONGER WOULD HAVE

12  THE ABILITY TO FIX THE VIOLATIONS BECAUSE SHE'S MOVED.

13  SHE'S NO LONGER ABLE TO BE A NUISANCE, SO IT WOULD BE

14  TRESPASS.  IT WOULD BE A DIFFERENT CAUSE OF ACTION.

15      **THE COURT:**  AND BECAUSE OF THAT, THERE'S NOT A

16  WHOLE BUNCH OF TRIAL PREP THAT'S REQUIRED.

17      **MS. GALLIAN:**  CORRECT.

18      **MR. KHARRAZIAN:**  NO.

19      **THE COURT:**  SO I JUST WANT TO KEEP THE TRIAL DATE

20  ON TO MAKE SURE THE PARTIES GET TO THE FINAL-FINAL POINT

21  OF A SIGNED, SEALED, AND DELIVERED SETTLEMENT.

22      **MR. KHARRAZIAN:**  THAT SOUNDS GREAT.  AND IF WE

23  DON'T GET THERE, YOUR HONOR, WE BELIEVE THAT THIS --

24  THIS WHOLE CASE CAN BE RESOLVED BY MOTION.  SO WE'LL

25  FILE THAT MOTION PRIOR TO TRIAL AND, I GUESS, SEEK AN

26  ORDER SHORTENING TIME SO THAT --

6

```
 1        MS. GALLIAN:  I THINK THE PART THAT HE'S NOT
 2   TELLING THE COURT, YOUR HONOR, IS THAT WHEN I ASKED THEM
 3   TO STEP OUTSIDE, THAT IF THIS COULD NOT BE RESOLVED,
 4   THAT I MAKE A MOTION TO MOVE IT TO FEDERAL COURT.
 5            AND WE HAVE TALKED ABOUT THAT WITH YOU BEFORE,
 6   AND YOU SAID YOU WOULD BE GLAD TO MOVE IT TO FEDERAL
 7   COURT.
 8        THE COURT:  WELL, WAIT.  IT'S NOT A MOTION TO ME TO
 9   REMOVE IT TO FEDERAL COURT.  THAT'S -- YOU KNOW, YOU
10   REMOVE IT TO FEDERAL COURT --
11        MS. GALLIAN:  YES, SIR.
12        THE COURT:  -- AND THEY MIGHT SEND IT BACK.
13        MS. GALLIAN:  CORRECT.  ABSOLUTELY.  I THINK IT'S A
14   LOT OF CIVIL RIGHTS.
15        THE COURT:  OKAY.  BUT -- OKAY.  LET'S --
16        MS. GALLIAN:  AND I DON'T WANT TO GO THERE.  THAT'S
17   WHY I SAID, YOU KNOW THEY'RE -- THEY'RE, LIKE, "OKAY.
18   WHAT'S YOUR FINAL OFFER?"
19            I TOLD THEM, AND THEN WE WERE CALLED IN HERE.
20   AND NOW WE'RE BACK -- I FEEL THIS TENSION AGAIN.  AND
21   IT'S LIKE I'VE MADE THEM AN OFFER, YOU KNOW, AND -- AND
22   IT'S LIKE -- YOU KNOW, NOW HE'S TALKING ABOUT "WELL,
23   WE'RE GOING TO FILE THIS MOTION.  AND WE'RE" --
24            OKAY.  NO.  JUST BE DONE WITH IT.
25        MR. KHARRAZIAN:  THE SALE HAS BEEN THE LINCHPIN OF
26   ALL OF OUR SETTLEMENT NEGOTIATIONS --
```

B0432-9194 09/24/2021 11:20 PM Received by California Secretary of State

B0432-9195 09/24/2021 11:20 PM Received by California Secretary of State

1      **MS. GALLIAN:**  AND IT'S DONE.

2      **MR. KHARRAZIAN:**  -- AND YOU KNOW THAT, YOUR HONOR.

3  IF SHE -- I DON'T KNOW WHY SHE WON'T DEMONSTRATE THAT

4  THIS IS A BONA FIDE --

5      **MS. GALLIAN:**  IT'S NOT UP TO ME.  IT'S --

6      **MR. KHARRAZIAN:**  -- SALE.

7      **THE REPORTER:**  YOUR HONOR, THERE ARE TOO MANY

8  SPEAKING AT ONE TIME.

9      **THE COURT:**  MS. GALLIAN, HE'S JUST STATING HIS

10  POSITION.

11      **MS. GALLIAN:**  OKAY.  THEN I'LL STATE MINE.

12      **THE COURT:**  AND -- AND HE HAS A RIGHT TO SAY HIS

13  POSITION, AND THEN I'LL LET YOU SAY SOMETHING TOO.

14      **MS. GALLIAN:**  YES, SIR.

15      **MR. KHARRAZIAN:**  THANK YOU, YOUR HONOR.

16          IF MS. GALLIAN CAN DEMONSTRATE THAT THIS IS A,

17  YOU KNOW, RIGHTEOUS SALE TO A BONA FIDE THIRD PARTY,

18  WONDERFUL.  I THINK WE'RE MORE THAN HALFWAY THERE.

19          AND MS. GALLIAN WAS, YOU KNOW, AGAIN, YOU KNOW,

20  FIFTEEN, FIVE, ZERO, FIVE, FIFTEEN, THE SETTLEMENT

21  OFFERS.  WHERE IS SHE TODAY?  I DON'T KNOW.  BUT SHOW US

22  THAT THE SALE IS -- IS LEGIT AND WHAT'S HER OFFER, AND I

23  WILL BE -- I WILL SELL IT TO MY CLIENTS AS BEST AS I

24  CAN, YOUR HONOR.

25      **THE COURT:**  OKAY.  ALL RIGHT.  OKAY.  BUT I THINK

26  IT'S IMPORTANT THAT YOU CAN CONTINUE TALKING, SO I'M

B0432-9196 09/24/2021 11:20 PM Received by California Secretary of State

1    DENYING THE MOTION TO CONTINUE.

2           NOW, THE MORE COMPLICATED MOTION IS YOUR OTHER

3    MOTION.  YOU WANT A TEMPORARY RESTRAINING ORDER AND A

4    PRELIMINARY INJUNCTION TO KEEP HER FROM SPENDING THE

5    MONEY ON THE UNIT.  YOU WANT THE COURT TO LOCK THAT UP

6    UNTIL EVERYTHING IS RESOLVED BECAUSE YOU HAVE A JUDGMENT

7    FOR ATTORNEY'S FEES.

8        **MR. KHARRAZIAN:**  THAT'S RIGHT, YOUR HONOR.  AND --

9        **MS. RADMACHER:**  THAT'S CORRECT, YOUR HONOR.

10       **MR. KHARRAZIAN:**  -- I'LL LET MS. RADMACHER ADDRESS

11   THAT.

12       **THE COURT:**  GO AHEAD.

13       **MS. RADMACHER:**  YOUR HONOR --

14       **THE COURT:**  I WONDER --

15       **MS. RADMACHER:**  YES.

16       **THE COURT:**  -- WHY -- WHY IS IT A TEMPORARY

17   RESTRAINING ORDER AND PRELIMINARY INJUNCTION?  BECAUSE,

18   YOU KNOW, I HAVE TO FIND TO GRANT THAT, ONE, THAT THERE

19   IS AN EXIGENT CIRCUMSTANCE, AND, TWO, THAT YOU'RE LIKELY

20   TO PREVAIL ON THE MERITS.

21          AND THE TROUBLE IS IF WE DO END UP IN TRIAL,

22   YOU KNOW, MS. GALLIAN, HER CASE GOES BACK TO THE

23   FOUNDATION DOCUMENTS OF YOUR WHOLE HOMEOWNERS

24   ASSOCIATION, CLAIMING THAT THE FOUNDATION DOCUMENTS ARE

25   INACCURATE, THAT THE BOARD ISN'T AUTHORIZED TO ACT ON

26   BEHALF OF THE ASSOCIATION, THAT THE PRESENT BOARD IS NOT

B0432-9197 09/24/2021 11:20 PM Received by California Secretary of State

1    PROPERLY CONSTITUTED, THAT THE ELECTION WAS RIGGED, AND

2    THAT THERE WAS ALL KINDS OF SUBSTANTIVE PROBLEMS WITH

3    THE ORGANIZATION OF THE ASSOCIATION EVEN, NOT ONLY THE

4    FACTS OF THE CASE WHICH SHE DISPUTES.

5         SO IT SEEMS TO ME THAT THERE'S SO MANY BALLS UP

6    IN THE AIR HERE AND THERE ARE SO MANY LEGAL ISSUES THAT

7    I CAN'T SAY AT THIS POINT IN TIME THAT IT'S A SLAM-DUNK

8    THAT YOU'RE LIKELY TO WIN, AND, THEREFORE, I'VE GOT TO

9    HOLD SOME OF HER MONEY.

10   **MR. KHARRAZIAN:**  WELL, YOUR HONOR, THIS COURT HAS

11   ALREADY GRANTED A TRO AND A PRELIMINARY INJUNCTION IN

12   THIS MATTER AND HAS MADE THAT DETERMINATION.  IT'S IN

13   THE RECORD THAT THE COURT BELIEVES THAT THERE IS A

14   LIKELIHOOD OF THE PLAINTIFF PREVAILING ON THE MERITS,

15   AND THERE'S A PRELIMINARY INJUNCTION THAT'S IN PLACE

16   CURRENTLY BECAUSE OF THAT.

17   **MS. RADMACHER:**  THE OTHER THING, YOUR HONOR, I'D

18   ADD AND -- IS WITH REGARDS TO THAT IS WE HAVE TWO ORDERS

19   FROM THIS COURT AWARDING SANCTIONS AND AWARDING

20   ATTORNEY'S FEES IN FAVOR OF OUR CLIENTS.

21   **THE COURT:**  I'M FAMILIAR WITH THOSE.

22   **MS. RADMACHER:**  AND THOSE -- AS YOU KNOW, WE WERE

23   HERE YESTERDAY.

24   **THE COURT:**  YEAH.

25   **MS. RADMACHER:**  AND AS THOSE WILL BE REDUCED TO

26   JUDGMENTS, THERE IS AN EXIGENT CONSIDERATION AT THIS

B0432-9198 09/24/2021 11:20 PM Received by California Secretary of State

```
 1    TIME TO ENSURE THAT THE PROCEEDS FROM THE SALE, ASSUMING

 2    IT'S TO A BONA FIDE THIRD-PARTY PURCHASER, ARE

 3    MAINTAINED.  BECAUSE NORMALLY THIS TYPE OF A TRANSACTION

 4    WOULD HAVE BEEN DONE THROUGH ESCROW IN ADDITION TO --

 5        MS. GALLIAN:  AND ESCROW WAS NOTIFIED.  YOU JUST

 6    DIDN'T DO IT.

 7        THE COURT:  OKAY.  MS. GALLIAN --

 8        MS. GALLIAN:  I'M SORRY.

 9        THE COURT:  YEAH.  YOU CAN'T INTERRUPT.

10        MS. GALLIAN:  YES, SIR.

11        THE COURT:  AND NOW YOU HEARD THE COURT'S

12    PRELIMINARY COMMENTS ON THIS, WHICH WAS NOT IN FAVOR OF

13    GRANTING THE TEMPORARY RESTRAINING ORDER.  SO --

14        MS. GALLIAN:  I STEP BACK.

15        THE COURT:  -- WHY WOULD YOU TRY TO SNATCH DEFEAT

16    FROM THE JAWS OF VICTORY BY SPEAKING OUT OF TURN?

17        MS. GALLIAN:  I APOLOGIZE FOR THAT, YOUR HONOR.

18        THE COURT:  OKAY.  GO AHEAD.

19        MS. RADMACHER:  THANK YOU, YOUR HONOR.

20        SO AT A MINIMUM IN THAT REGARD, WE HAVE

21    APPROXIMATELY $49,208 EXACTLY BASED ON YOUR ORDER

22    YESTERDAY THAT HAS BEEN AWARDED, THAT WE WOULD ASK THAT,

23    AT A MINIMUM, THOSE AMOUNTS WOULD BE CONSIDERED AS WE

24    HAVE -- WE HAVE PREVAILED.

25        THE OTHER ISSUES, MAYBE NOT.  AND SO WE HAVE

26    ASKED AND LIMITED OUR PAPERS TO ASK AT A MINIMUM THAT
```

B0432-9199 09/24/2021 11:20 PM Received by California Secretary of State

1    THAT AMOUNT BE THE AMOUNT THAT WOULD BE ORDERED TO BE

2    CONSIDERED AS EITHER TO BE DEPOSITED WITH THE COURT OR

3    TO BE AN INJUNCTION TO PREVENT THOSE FROM BEING USED.

4        **THE COURT:**  YEAH.  NO, I UNDERSTAND YOUR POINT.  IN

5    A STANDARD KIND OF CASE, I MAY BE INCLINED TO DO THAT.

6    BUT HERE EVERY TIME WE HEAR FROM MS. GALLIAN, SHE DOES

7    HAVE NEW THEORIES.  SHE DOES HAVE NEW ARGUMENTS.

8        AND BRINGING UP ARGUMENTS REGARDING THE

9    IMPROPER CONSTITUTION OF THE BOARD THAT JUST I HEARD

10   YESTERDAY, I CAN'T SAY THAT YOU NOW HAVE -- STILL HAVE A

11   SLAM-DUNK ON THE TRIAL.  SO I'M GOING TO DENY THE TRO.

12       **MR. KHARRAZIAN:**  WELL, YOUR HONOR, IF I MAY, BEFORE

13   YOU MAKE THE FINAL RULING --

14       **THE COURT:**  OKAY.  WAIT A SECOND.

15       **MR. KHARRAZIAN:**  SURE.

16       **THE COURT:**  YOU MAY SPEAK ALL YOU WANT.

17       **MR. KHARRAZIAN:**  THANK YOU, YOUR HONOR.

18       **THE COURT:**  I'M NOT GOING TO MAKE A FINAL RULING.

19       GO AHEAD.

20       **MR. KHARRAZIAN:**  I MEAN LET'S LOOK AT THIS.  WE'VE

21   BEEN IMPLORING MS. GALLIAN TO SELL THIS UNIT, AND THAT'S

22   BEEN PART OF OUR SETTLEMENT DISCUSSIONS FOR MONTHS,

23   CLOSE TO A YEAR, YOUR HONOR.

24       ON THE EVE OF MS. RADMACHER'S MOTION FOR

25   ATTORNEY'S FEES WHERE SHE FINALLY REALIZES THERE'S GOING

26   TO BE POSSIBLY A JUDGMENT AGAINST HER, SHE ALL OF A

1   SUDDEN SELLS THE UNIT OVERNIGHT OUT OF ESCROW, UNDER

2   SUSPICIOUS CIRCUMSTANCES, AND IT'S A QUITCLAIM DEED.  SO

3   I MEAN WHAT DOES THAT TELL THE COURT, YOUR HONOR, AS FAR

4   AS WHAT THE MOTIVES ARE FOR THIS SALE?

5       **THE COURT:**  IT TELLS THE COURT THAT YOU FINALLY,

6   THROUGH YOUR INCESSANT MOTIONS AND OVERLY AGGRESSIVE

7   PRESENTATION OF YOUR CASE, DROVE HER INTO SUBMISSION,

8   AND SHE GAVE UP.  AND NOW YOU'RE IN HERE TO HAVE THE

9   COURT ALLOW YOU TO KICK HER A COUPLE TIMES WHILE SHE'S

10  DOWN.  AND I TOLD YOU THAT YESTERDAY THIS IS NOT VERY

11  TASTEFUL TO THE COURT, THESE MOTIONS.

12          I WANTED THE PARTIES TO TRY TO RESOLVE THEIR

13  DIFFERENCES.  I TOLD HER SIX MONTHS AGO THE BEST THING

14  TO DO WOULD BE TO MOVE OUT.  SHE HASN'T MADE THE BEST

15  DECISIONS FOR HERSELF, AND NOW SHE'S UNDER SOME SEVERE

16  FINANCIAL PUNISHMENT BY WAY OF JUDGMENTS AND COST BILLS.

17          BUT I DON'T SEE WHY AT THIS POINT IN TIME I

18  CAN'T ALLOW THE PARTIES TO CONTINUE TO DISCUSS A

19  POTENTIAL RESOLUTION AMONG YOURSELVES WITHOUT THE COURT

20  ENTERING A TEMPORARY RESTRAINING ORDER AND AN

21  INJUNCTION.

22          I TOLD YOU WHEN I GRANTED THE MOTION FOR COSTS

23  THAT THIS IS ANOTHER ARROW IN YOUR QUIVER, ANOTHER CHIP

24  THAT YOU HAVE ON YOUR SIDE OF THE TABLE FOR

25  NEGOTIATIONS.  BUT ALTHOUGH WE'VE HAD TWO SETTLEMENT

26  AGREEMENTS THAT HAVE BOTH BROKEN DOWN, I DON'T WANT TO

B0432-9200 09/24/2021 11:20 PM Received by California Secretary of State

B0432-9201 09/24/2021 11:20 PM Received by California Secretary of State

1    GIVE UP ON IT.  SO --

2        **MS. RADMACHER:**  AND I AGREE, YOUR HONOR.  I THINK

3    THE ISSUE IS THAT WE'RE ALL WORKING TO TRY TO GET THERE.

4    AND FROM MY CLIENTS' PERSPECTIVE, THEY HAVE SUBSTANTIAL

5    CONCERNS THAT IF -- WITHOUT THE EQUITY OF THE

6    RESTRAINING ORDER FOR THESE AMOUNTS OF FUNDS, AT LEAST

7    THE LIMITED FUNDS, THAT PRESSURE IS ALSO ALLEVIATED.

8         BECAUSE THEN THE FUNDS MAY BE DISBURSED AND

9    UTILIZED, AND THEN THERE'S NO RECOVERY FOR THOSE FEES.

10   AND THAT ACTUALLY TAKES AWAY ANY LEVERAGE FOR SETTLEMENT

11   DISCUSSIONS BECAUSE IT'S SORT OF AN EMPTY PIECE OF PAPER

12   AT THAT POINT.

13       **THE COURT:**  THE LEVERAGE FOR SETTLEMENT DISCUSSIONS

14   IS THAT I GRANTED THE COSTS.  I GRANTED THE ATTORNEY'S

15   FEES.  AND IF SOMETHING DOESN'T GET RESOLVED IN

16   SETTLEMENT -- BECAUSE REMEMBER THE ORIGINAL SETTLEMENT,

17   THEY WERE WAIVED.  MS. GALLIAN WOULDN'T HAVE TO PAY FOR

18   THEM.  SHE DIDN'T GO THROUGH THE SETTLEMENT.  NOW YOU'VE

19   GOT THOSE JUDGMENTS.  SO NOW THAT'S SOMETHING EITHER SHE

20   CAN BARGAIN AWAY OR PAY.  BUT I THINK SHE REALIZES

21   THAT'S A PRETTY BIG ROCK HANGING OVER HER HEAD.

22        SO -- BUT I DON'T THINK I CAN SAY RIGHT NOW I'M

23   GOING TO GRANT A TEMPORARY RESTRAINING ORDER AND A

24   PRELIMINARY INJUNCTION BECAUSE IF EVERYTHING FALLS

25   APART, WE'LL HAVE A TRIAL.

26        NOW, WHETHER SHE HAS A LAWYER OR DOES IT

B0432-9202 09/24/2021 11:20 PM Received by California Secretary of State

1    HERSELF, I KNOW YOU'RE HOPING LIKE I DO SHE HAS A LAWYER

2    BECAUSE --

3         **MR. KHARRAZIAN:**  YES, YOUR HONOR.

4         **THE COURT:**  -- SHE SAYS MORE THINGS THAN THE

5    LAWYERS DO.  BUT IT MIGHT BE AN EXTENDED TRIAL.  IT MAY

6    HAVE SOME BROAD ISSUES.

7         **MR. KHARRAZIAN:**  THAT'S WHAT'S CONCERNING.

8         **THE COURT:**  AND I'LL HAVE TO MAKE SOME HARD RULINGS

9    THERE TO -- TO MAKE SURE THAT EVIDENCE ON BOTH SIDES IS

10   PROPERLY FOCUSED.  BUT I THINK THERE'S STILL AN OPEN

11   ISSUE AS TO WHO WINS ON WHAT ISSUES.

12        SO I'M HOPING YOU WILL TALK, BUT I DON'T SEE A

13   BASIS RIGHT NOW TO GRANT A PRELIMINARY INJUNCTION.  IF

14   YOU WANT TO MAKE A MOTION -- A NOTICED MOTION THAT SHE

15   CAN RESPOND TO, PUT IT ON CALENDAR.

16        I'M NOT GOING TO SAY I WOULDN'T GRANT A NOTICED

17   MOTION AFTER SHE RESPONDS.  I JUST DON'T THINK THERE'S,

18   ONE, THE EXIGENT CIRCUMSTANCE, AND, TWO, THAT THERE'S

19   CLEAR EVIDENCE THAT YOU'RE LIKELY TO PREVAIL ON THE

20   WHOLE CASE.

21        **MS. RADMACHER:**  I UNDERSTAND.  THANK YOU, YOUR

22   HONOR.

23        **THE COURT:**  OKAY.  SO KEEP TALKING.  I'M GLAD

24   YOU'RE BOTH HERE.  WE HAVE -- WE HAVE A LITTLE

25   CONFERENCE ROOM.

26        WHY DON'T WE OPEN THIS CONFERENCE ROOM FOR THEM

B0432-9203 09/24/2021 11:20 PM Received by California Secretary of State

```
 1    SO THEY DON'T TALK IN THE HALLWAY.

 2           OUT IN THE HALLWAY?  IS SOMEONE USING THAT?

 3       COURTROOM ATTENDANT:  THEY MIGHT BE FOR A

 4    SETTLEMENT CONFERENCE.

 5       THE COURT:  OKAY.  IF NOT --

 6       MR. KHARRAZIAN:  THE HALL IS FINE, YOUR HONOR.  IT

 7    MIGHT BE BETTER IN THE HALLWAY, ANYWAYS.

 8         (DISCUSSION WITH THE COURTROOM ATTENDANT)

 9       MS. RADMACHER:  BEFORE WE DEPART, SO THE RECORD'S

10    CLEAR, SO THE MOTION FOR OUR TEMPORARY RESTRAINING ORDER

11    IS DENIED.

12       THE COURT:  WITHOUT PREJUDICE.

13       MS. RADMACHER:  THANK YOU, YOUR HONOR.

14       THE COURT:  DENIED WITHOUT PREJUDICE TO A NOTICED

15    MOTION.

16       MS. GALLIAN:  YES, YOUR HONOR.  CAN I MAKE A

17    REQUEST TO MOVE UP A SHORTENED TIME FOR THE DECEMBER 6

18    DECISION FOR THE MOTION FOR JUDGMENT ON THE PLEADINGS?

19       THE COURT:  OH, YOU WANT TO MOVE IT UP?

20       MS. GALLIAN:  IT JUST SEEMS LIKE IT'S ONLY FOUR

21    DAYS AWAY FROM TRIAL, AND IT WOULD JUST SEEM THAT --

22       MR. KHARRAZIAN:  YOUR HONOR, I'LL OBJECT TO THAT.

23    THAT'S NOT WHY WE'RE HERE TODAY.  AND THERE WAS ALREADY

24    A MOTION TO SHORTEN TIME, AND THAT WAS THE DATE WE

25    SELECTED.  THE -- THE --

26       MS. GALLIAN:  NO, IT WASN'T.
```

B0432-9204 09/24/2021 11:20 PM Received by California Secretary of State

1    **MR. KHARRAZIAN:**  –– MOTION WAS SET FOR JANUARY

2    INITIALLY.

3         **THE COURT:**  YEAH, I KNOW.  AND, BY THE WAY, THESE

4    ARE COMPLICATED LEGAL ISSUES.  THEY ALL GO THROUGH MY

5    LEGAL RESEARCH TEAM BEFORE IT GETS TO ME TO MAKE THE

6    FINAL DECISION.  AND MY LEGAL RESEARCH TEAM, AS WE'RE

7    GETTING TOWARD THE HOLIDAYS, IS BACKED UP.

8         **MS. GALLIAN:**  OKAY.

9         **THE COURT:**  I CAN'T DO IT.

10        **MS. GALLIAN:**  DECEMBER 6 IS FINE.  THANK YOU FOR

11   YOUR TIME.

12        **THE COURT:**  ALL RIGHT.  BUT EVERYBODY THINKS THEY

13   HAVE A PATH TO VICTORY HERE.

14        **MS. GALLIAN:**  NO, THERE'S NO VICTORY.

15        **THE COURT:**  BUT THERE ARE A NUMBER OF ROADBLOCKS IN

16   FRONT –– THAT COULD BE PUT UP IN FRONT OF BOTH SIDES,

17   AND THAT'S WHY IT'S PROBABLY BEST THAT YOU RESOLVE THE

18   ISSUES.

19        **MS. GALLIAN:**  I AGREE.  THANK YOU, YOUR HONOR.

20        **THE COURT:**  OKAY.

21        **MS. RADMACHER:**  THANK YOU, YOUR HONOR.

22        **THE COURT:**  YOU'RE WELCOME.

23        **MR. KHARRAZIAN:**  THANK YOU.

24             **(END OF PROCEEDINGS ON THIS MATTER)**

25

26

B0432-9205 09/24/2021 11:20 PM Received by California Secretary of State

1        <u>REPORTER'S CERTIFICATE</u>

2

3

4              I, JANET M. TAYLOR, CSR 9463, RMR, CRR,

5    OFFICIAL COURT REPORTER PRO TEMPORE, IN AND FOR THE

6    SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF

7    ORANGE, DO HEREBY CERTIFY THAT THE FOREGOING TRANSCRIPT,

8    CONSISTING OF PAGES 1 THROUGH 16, INCLUSIVE, IS A TRUE

9    AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES AND IS A

10   FULL, TRUE AND CORRECT STATEMENT OF THE PROCEEDINGS HAD

11   IN SAID CAUSE.

12   DATED:  NOVEMBER 13, 2018

13

14                   (ELECTRONIC SIGNATURE:)

15

16   _____

17   JANET M. TAYLOR
     CERTIFIED SHORTHAND REPORTER
18   CERTIFICATE NUMBER 9463

19

20

21

22

23

24

25

26

B0432-9206 09/24/2021 11:20 PM Received by California Secretary of State

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 11/16/2018                    TIME: 08:30:00 AM          DEPT:  C33

JUDICIAL OFFICER PRESIDING: James Crandall
CLERK:  P. Rief
REPORTER/ERM: Darci Mullarky CSR# 5569
BAILIFF/COURT ATTENDANT:  Julie Carney

CASE NO: **30-2017-00913985-CU-CO-CJC** CASE INIT.DATE: 04/11/2017
CASE TITLE: **The Huntington Beach Gables Homeowners Association vs. Bradley**
CASE CATEGORY: Civil - Unlimited      CASE TYPE: Contract - Other

EVENT ID/DOCUMENT ID: 72930711

**EVENT TYPE: Ex Parte**
MOVING PARTY: The Huntington Beach Gables Homeowners Association
CAUSAL DOCUMENT/DATE FILED: Ex Parte Application - Other, 11/15/2018

**APPEARANCES**
Pejman D. Kharrazian, Esq., from Epsten Grinnell & Howell, APC, present for Cross -
Defendant,Plaintiff(s).
Jamie L. Gallian, self represented Cross - Defendant, present.
 Steven A. Fink, Esq. in a limited scope representation.

EX PARTE APPLICATION BY PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS
ASSOCIATION FOR ORDER SHORTENING TIME RE (1) MOTION TO BE DEEMED PREVAILING
PARTY AND (2) MOTION TO COMPEL AND FOR TERMINATING SANCTIONS AGAINST JAMIE L.
GALLIAN; AND FOR A STAY OF THE ACTION

Hearing held in open court. A discussion is held regarding the status of this matter and the court rules as
follows:

The Application by Plaintiff for an Order Shortening Time is granted.

The Motion by Plaintiff The Huntington Beach Gables Homeowners Association to be Deemed the
Prevailing Party, For an Award of Its Attorney's Fees and Costs and For Judgment on Its Complaint, set
for 01/17/2018 is ordered advanced to the date of trial, 12/10/2018 at 9:00 a.m. in Department C33.

The Motion by Plaintiff The Huntington Beach Gables Homeowners Association to Compel and for
Terminating Sanctions or Issue/Evidence Sanctions Against Defendant, and for Monetary Sanctions, set
for 01/17/2018 is ordered advanced to the date of trial, 12/10/2018 at 9:00 a.m. in Department C33.

---

DATE: 11/16/2018                         MINUTE ORDER                                    Page 1
DEPT: C33                                                                       Calendar No.

CASE TITLE: The Huntington Beach Gables
Homeowners Association vs. Bradley

CASE NO: **30-2017-00913985-CU-CO-CJC**

EX PARTE APPLICATION TO CONTINUE TRIAL is denied.

B0432-9207 09/24/2021 11:20 PM Received by California Secretary of State

DATE: 11/09/2018                    MINUTE ORDER                    Page 2
DEPT:  C33                                                          Calendar No.

001095                    EXHIBIT 15, PAGE 300

B0432-9208 09/24/2021 11:20 PM Received by California Secretary of State

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE - CENTRAL JUSTICE CENTER

DEPARTMENT C33

| | |
|---|---|
| HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, | ) ) ) |
| PLAINTIFF, | ) ) |
| VS. | ) CASE NO. 30-2017-00913985 ) |
| SANDRA BRADLEY, ET AL., | ) ) |
| DEFENDANTS. | ) ) |

THE HONORABLE JAMES L. CRANDALL, JUDGE PRESIDING

REPORTER'S TRANSCRIPT OF PROCEEDINGS ON APPEAL

FRIDAY, NOVEMBER 16, 2018

APPEARANCES OF COUNSEL:

FOR PLAINTIFF:          EPSTEN GRINNELL & HOWELL
                        BY:   PEJMAN D. KHARRAZIAN, ESQ.


FOR DEFENDANT:          LAW OFFICES OF STEVEN FINK
                        BY:  STEVEN A. FINK, ESQ.
                        (APPEARING IN A LIMITED SCOPE)
                                   AND
                        BY:  JAMIE GALLIAN
                        IN PROPRIA PERSONA


DARCI MULLARKY, CSR #5569
COURT REPORTER

B0432-9209 09/24/2021 11:20 PM Received by California Secretary of State

232

```
 1              SANTA ANA, CALIFORNIA - FRIDAY, NOVEMBER 16, 2018

 2                          MORNING SESSION

 3                            * * * * *

 4

 5          (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN

 6   OPEN COURT:)

 7          THE COURT:  I AM ON NUMBER 10, THE HUNTINGTON BEACH

 8   GABLES VERSUS SANDRA BRADLEY.

 9          OKAY.  LET'S CALL THE HUNTINGTON BEACH HOMEOWNERS'

10   ASSOCIATION.

11          MR. KHARRAZIAN:  GOOD MORNING, YOUR HONOR.  PEJMAN

12   KHARRAZIAN ON BEHALF OF THE PLAINTIFF HOMEOWNERS'

13   ASSOCIATION.

14          THE COURT:  GOOD MORNING.

15          MR. FINK:  GOOD MORNING, YOUR HONOR.  STEVEN FINK

16   APPEARING IN A LIMITED SCOPE REPRESENTATION FOR JAMIE

17   GALLIAN.

18          THE COURT:  GOOD MORNING.  GLAD TO SEE YOU AGAIN.

19          MS. GALLIAN:  GOOD MORNING, YOUR HONOR.

20          THE COURT:  GOOD MORNING.

21          SO THIS IS AN ORDER TO SHORTEN TIME ON TWO MOTIONS

22   THAT ARE RESERVED FOR JANUARY 17TH.

23          MR. KHARRAZIAN:  THAT'S CORRECT.

24          THE COURT:  OKAY.  WHAT'S THE RUSH NOW YOU ARE

25   SAYING?  YOU WANT TO GET --

26          MR. KHARRAZIAN:  WE HAVE A TRIAL DATE
```

001097            EXHIBIT 15, PAGE 302

B0432-9210 09/24/2021 11:20 PM Received by California Secretary of State

233

1    DECEMBER 10TH, YOUR HONOR, AND --

2           THE COURT:  YOU WANT THE MOTIONS HEARD BEFORE THE

3    TRIAL?

4           MR. KHARRAZIAN:  THAT WOULD BE GREAT.

5           THE COURT:  WHY DON'T WE SET THEM FOR

6    DECEMBER 10TH?

7           MR. KHARRAZIAN:  WE COULD.  YOU KNOW, AS THE PAPERS

8    SET FORTH, THERE'S BEEN SOME BIG DEVELOPMENTS IN THE CASE.

9           THE COURT:  YES.

10          MR. KHARRAZIAN:  WE'VE BEEN IN TOUCH WITH THIS NEW

11   OWNER WHO HAS ESSENTIALLY FIXED ALL OF THE ISSUES WITH THE

12   PROPERTY.

13          THE COURT:  YES.

14          MR. KHARRAZIAN:  AND SO IT APPEARS THE TRIAL IS

15   MOOT AT THIS POINT, YOUR HONOR.

16          THE COURT:  I WAS HOPING THAT.  I HEARD THERE WAS

17   BIG PROGRESS MADE LAST WEEK.

18          MR. KHARRAZIAN:  WELL, WE DID.  WE SAT DOWN FOR

19   AWHILE IN THE CAFETERIA, MR. IRON AND MR. FINK, AND I TALKED

20   OUT IN THE HALL, SO A SEPARATE COURSE PATH TO SETTLEMENT IS

21   STILL BEING DISCUSSED IN LIGHT OF WHAT'S HAPPENED.

22          THE COURT:  YES.

23          MR. KHARRAZIAN:  IT IS A MUCH SIMPLER DISCUSSION TO

24   BE HAD.

25          THE COURT:  YES.  SO I THINK WE JUST SET EVERYTHING

26   FOR DECEMBER 10TH.  HOPEFULLY BY THEN ALL THE ISSUES WILL BE

B0432-9211 09/24/2021 11:20 PM Received by California Secretary of State

234

1   RESOLVED.

2          MR. KHARRAZIAN:   THE PROBLEM, YOUR HONOR, IS IF THE

3   TRIAL IS MOOT, AND WE HAVE A TRIAL DATE DECEMBER 10TH --

4          THE COURT:   YES.

5          MR. KHARRAZIAN:   -- WE'RE GOING TO BE SPENDING

6   TIME, MONEY, EFFORTS TOWARDS TRIAL PREP, AND I DON'T KNOW

7   THAT THAT'S PRODUCTIVE FOR THIS CASE, YOUR HONOR.   I KNOW

8   THE LAST TIME YOU SAID, OF COURSE, THE TRIAL DATE IS HANGING

9   OVER EVERYONE'S HEAD HELPS WITH SETTLEMENT DISCUSSIONS, AND

10  I COMPLETELY AGREE WITH THAT, BUT, YOU KNOW, THERE'S BEEN

11  ENOUGH ATTORNEY'S FEES AND COSTS INCURRED IN THIS CASE, AND

12  TO HAVE TO PREP FOR TRIAL WHEN THE TRIAL IS WELL LIKELY MOOT

13  IN LIGHT OF WHAT THE DECLARATION SAYS.

14         THE COURT:   A LOT LESS PREP IS NEEDED.

15         MR. KHARRAZIAN:   AGREED.   BUT SHOULDN'T THE MOTION

16  BE HEARD WITHOUT US CHARGING TOWARDS TRIAL PREP IN PROBABLY

17  THE NEXT COUPLE OF WEEKS?

18         THE COURT:   I DON'T KNOW WHY YOU HAVE TO CHARGE

19  TOWARD TRIAL PREP.

20         MR. KHARRAZIAN:   WELL --

21         THE COURT:   YOU'VE BEEN HERE TWICE A WEEK FOR A

22  YEAR.   EVERYONE KNOWS THE CASE.   I COULD TRY THIS CASE FOR

23  EITHER SIDE.   I KNOW BOTH SIDE'S POSITION.

24         MR. KHARRAZIAN:   WE'RE ASKING TO STAY THE CASE FOR

25  THESE MOTIONS TO BE HEARD SO THAT WE'RE NOT IN HERE ANYMORE

26  ON ANYTHING.

B0432-9212 09/24/2021 11:20 PM Received by California Secretary of State

235

1      THE COURT:  NO.  I WOULD RATHER HAVE THE CASE BE

2   FINALLY RESOLVED.  WE'VE HAD TWO SETTLEMENTS I THOUGHT THAT

3   FELL APART.  EITHER SETTLE THE CASE OR TRY THE CASE.  I'LL

4   HEAR YOUR MOTIONS ON THE DAY OF TRIAL, DECEMBER 10TH.  SO

5   I'LL GRANT YOUR MOTION TO SHORTEN TIME FROM JANUARY 17TH.

6   THE MOTIONS WILL BE SCHEDULED FOR MONDAY, DECEMBER 10TH, AND

7   WE'LL HEAR THEM THEN IF WE HAVE TO HEAR THEM; OKAY?

8      MR. KHARRAZIAN:  OKAY.

9      THE COURT:  AT THAT TIME WE'LL HOPEFULLY JUST TIE

10  UP WHATEVER LOOSE ENDS REMAIN AND GET THE SETTLEMENT

11  FINISHED.

12     MR. KHARRAZIAN:  WE HOPE SO, YOUR HONOR.

13     THE COURT:  OKAY.

14     MR. KHARRAZIAN:  OKAY.

15     THE COURT:  I'M GRANTING YOUR MOTION AND WE'RE

16  MOVING UP THESE TWO MOTIONS FROM JANUARY 17TH 2019 TO

17  DECEMBER 10TH, AND EVERYTHING WILL BE HEARD ON

18  DECEMBER 10TH.

19     MR. KHARRAZIAN:  THANK YOU.

20     THE COURT:  IF WE HAVE TO, WE'LL GO TO TRIAL.

21     MR. KHARRAZIAN:  THANKS, YOUR HONOR.

22     MISS GALLIAN HAS A MOTION FOR JUDGEMENT ON THE

23  PLEADINGS SET FOR DECEMBER 6TH.  SHOULD WE JUST DO

24  EVERYTHING ON THE 10TH THEN?

25     MR. FINK:  THAT WOULD WORK OUT.  THERE IS NO REASON

26  TO CONTINUE THAT MOTION.  THAT'S NOT BEFORE THE COURT,

EXHIBIT 15, PAGE 305

B0432-9213 09/24/2021 11:20 PM Received by California Secretary of State

236

1   NUMBER ONE.   NUMBER TWO --

2          THE COURT:   IF YOU WANT TO KEEP IT ON THE 6TH, IT'S

3   SCHEDULED FOR THEN AND WE'VE GOT IT IN LINE TO HANDLE THAT.

4          MR. FINK:   YES.

5          THE COURT:   OKAY.

6          MR. FINK:   AND HOPEFULLY WE'LL BE CHARGING TOWARDS

7   SETTLEMENT AND ALL OF THIS WILL BE OBVIATED.

8          THE COURT:   YES.   I MEAN, I HAVE PEOPLE FILE A

9   DISPOSITIVE MOTION IN SO MANY CASES, AND WHEN JUDGES LOOK AT

10  THE COURT OF APPEALS DECISIONS THAT COME DOWN EVERYDAY, WE

11  GET THEM IN OUR DAILY JOURNAL EVERYDAY, AND THE THINGS THAT

12  GET OVERTURNED WHEN THE COURT GRANTS SUMMARY JUDGMENT OR THE

13  COURT GRANTS JUDGMENT ON THE PLEADINGS, THE COURT OF APPEAL

14  ALWAYS FINDS, NO, YOU SHOULD HAVE RESOLVED THE CASE ON ITS

15  MERITS IN A TRIAL.   SO THOSE ARE TOUGH MOTIONS, BUT I'LL

16  HEAR IT; OKAY?

17         MR. FINK:   OKAY.   THANK YOU, YOUR HONOR.

18         THE COURT:   SO WE GOT YOU ON THE 7TH?

19         MR. FINK:   THE 6TH.

20         THE COURT:   THE 6TH.

21         AND THAT MOTION AND EVERYTHING ELSE IS ON

22  DECEMBER 10TH.

23         MR. KHARRAZIAN:   SOUNDS GREAT, YOUR HONOR.

24         MR. FINK:   THANK YOU, YOUR HONOR.

25         THE COURT:   GOOD TO SEE YOU ALL AGAIN.

26         WHAT AM I GOING TO DO NEXT YEAR IF YOU SETTLE?

001101          EXHIBIT 15, PAGE 306

B0432-9214 09/24/2021 11:20 PM Received by California Secretary of State

237

```
1          MS. GALLIAN:  THIS MUST HAVE TO STAY HERE.

2          THE COURT:  OKAY.  YOU STILL GOT YOUR CHECK?

3          MS. GALLIAN:  YES.  A LADY SAYS YOU DROPPED IT.  I

4  ALMOST WALKED OUT.

5          THE COURT:  WELL --

6          MS. GALLIAN:  I THINK THAT'S A SIGN, YOUR HONOR.

7          THE COURT:  IT'S A GOOD SIGN.  HERE'S THE CHECK

8  RIGHT HERE, COUNSEL.  SHE STILL HAS THE CHECK.

9          MR. KHARRAZIAN:  WONDERFUL.  WE'LL DISCUSS IT.

10         THE COURT:  OKAY.

11         MR. KHARRAZIAN:  THANK YOU.

12         THE COURT:  KEEP TALKING --

13         MR. KHARRAZIAN:  OKAY.  THANK YOU.

14         MR. FINK:  THANK YOU.

15         THE COURT:  -- IN THE HALLWAY.  I AM ORDERING YOU

16  TO HAVE ANOTHER DISCUSSION IN THE HALLWAY.

17         MR. KHARRAZIAN:  WE WILL, YOUR HONOR.  THANKS.

18         THE COURT:  OKAY.  THANKS.

19

20                 (END OF PROCEEDINGS.)

21                    *  *  *  *  *

22

23

24

25

26
```

001102                EXHIBIT 15, PAGE 307

B0432-9215 09/24/2021 11:20 PM Received by California Secretary of State

```
1   STATE OF CALIFORNIA )
                        )   SS.
2   COUNTY OF ORANGE    )

3

4

5

6                    REPORTER'S CERTIFICATE

7

8

9        I, DARCI MULLARKY, CSR NO. 5569, OFFICIAL CERTIFIED

10   COURT REPORTER IN AND FOR THE SUPERIOR COURT OF THE STATE OF

11   CALIFORNIA, COUNTY OF ORANGE, DO HEREBY CERTIFY;

12        THAT THE FOREGOING TRANSCRIPT IS A FULL, TRUE AND

13   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES, AND IS A FULL,

14   TRUE AND CORRECT STATEMENT OF THE PROCEEDINGS HAD IN SAID

15   CAUSE.

16

17        DATED THIS 11th DAY OF   July        , 2019.

18

19

20

21         Darci Mullarky
           DARCI MULLARKY, CSR NO. 5569
22         COURT REPORTER

23

24

25

26
```

001103        EXHIBIT 15, PAGE 308

B0432-9216 09/24/2021 11:20 PM Received by California Secretary of State

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 12/06/2018                    TIME: 01:30:00 PM          DEPT:  C33

JUDICIAL OFFICER PRESIDING: James Crandall
CLERK:  P. Rief
REPORTER/ERM: (ACRPT) Candace Khorouzan CSR# 11579
BAILIFF/COURT ATTENDANT:  Nicole Guerrero

CASE NO: **30-2017-00913985-CU-CO-CJC** CASE INIT.DATE: 04/11/2017
CASE TITLE: **The Huntington Beach Gables Homeowners Association vs. Bradley**
CASE CATEGORY: Civil - Unlimited          CASE TYPE: Contract - Other

EVENT ID/DOCUMENT ID: 72902420
**EVENT TYPE:** Motion for Judgment on the Pleadings
MOVING PARTY: Jamie L. Gallian
CAUSAL DOCUMENT/DATE FILED: Motion for Judgment on the Pleadings, 09/26/2018

**APPEARANCES**
Pejman D. Kharrazian, Esq., from Epsten Grinnell & Howell, APC, present for Cross -
Defendant,Plaintiff(s).
Jamie L. Gallian, self represented Cross - Defendant, present telephonically.

MOTION BY JAMIE L. GALLIAN FOR JUDGMENT ON THE PLEADINGS

Tentative Ruling posted on the Internet.

The court hears oral argument. The court, having fully considered the arguments of all parties, both written and oral, as well as the evidence presented, rules as follows: The Tentative Ruling will become the final ruling of the court.

The request for judicial notice by defendant Jamie L. Gallian is granted as to the original complaint (Ex. 1), the First Amended Complaint (Ex. 2), and the "Certificate Re Compliance with Civil Code Section 5950" (Ex. 4). (Ev. 452(d)(1).)

Defendant's request for judicial notice is denied as to the letter attached as Ex. 3.

The motion for judgment on the pleadings by defendant Jamie L. Gallian is denied.

Moving party has not shown that the court has no jurisdiction of the subject of any cause of action alleged by plaintiff, nor has she shown that the First Amended Complaint fails to state facts sufficient to constitute a cause of action against this moving defendant. (CCP 438(c)(1)(B); *Leko v. Cornerstone Building Inspection Service* (2001) 86 Cal.App.4th 1109, 1114 [like a demurrer, motion for judgment on the pleadings lies only for defects apparent on the face of the pleading or which are subject to judicial notice, and the facts alleged in the pleading are presumed true; extraneous evidence not properly subject to judicial notice is not permitted].)

DATE: 12/06/2018                         MINUTE ORDER                              Page 1
DEPT: C33                                                                   Calendar No.

B0432-9217 09/24/2021 11:20 PM Received by California Secretary of State

CASE TITLE: The Huntington Beach Gables  
Homeowners Association vs. Bradley

CASE NO: **30-2017-00913985-CU-CO-CJC**

Moving party fails to show that the prelitigation alternative dispute resolution [ADR] requirements of Civil Code 5930 et seq. apply (see Civil Code 5930(b)); fails to show that any prelitigation ADR demand was untimely; and fails to cite evidence or authority that moving party's time to respond to any prelitigation ADR demand (Civil Code 5935(c)) only commences once she became a member.

Moving party's other arguments go to the merits of plaintiff's claims, and/or rely on extrinsic evidence not properly subject to judicial notice, and thus are not appropriate for a motion for judgment on the pleadings.

The court also notes that moving party failed to submit the declaration required by CCP 439.

Plaintiff The Huntington Beach Gables Homeowners Association to give notice.

Housekeeping matters are addressed. Department C33 is presently engaged in trial on an unrelated matter. The court issues the following orders:

The Jury Trial set for 12/10/2018 in Department C33 is vacated.

The Motion by Plaintiff The Huntington Beach Gables Homeowners Association to be Deemed the Prevailing Party, For an Award of Its Attorney's Fees and Costs and For Judgment on Its Complaint, set for 12/10/2018, is ordered continued to 01/31/2019 at 01:30 PM in this department.

The Motion by Plaintiff The Huntington Beach Gables Homeowners Association to Compel and for Terminating Sanctions or Issue/Evidence Sanctions Against Defendant, and for Monetary Sanctions, set for 12/10/2018 is ordered continued to 01/31/2019 at 01:30 PM in this department.

DATE: 12/06/2018  
DEPT: C33

MINUTE ORDER

Page 2  
Calendar No.

B0432-2218 09/24/2021 11:20 PM Received by California Secretary of State

**CIV-110**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Gordon G. May (SBN 167112)<br>GRANT, GENOVESE & BARATTA, LLP<br>2030 Main Street, Suite 1600<br>Irvine, CA 92614<br><br>TELEPHONE NO.: (949) 660-1600   FAX NO. *(Optional)*: (949) 660-6060<br>E-MAIL ADDRESS *(Optional)*: ggm@ggb-law.com<br>ATTORNEY FOR *(Name)*: Plaintiff BS INVESTORS, LP | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Orange<br>**12/03/2018** at 12:09:00 PM<br>Clerk of the Superior Court<br>By Anh Dang,Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF/PETITIONER   BS INVESTORS, LP, a California limited partnership

DEFENDANT/RESPONDENT   JAMIE L GALLIAN, an individual

| | |
|---|---|
| **REQUEST FOR DISMISSAL** | CASE NUMBER:<br>30-2018-01024401-CU-UD-CJC |

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1 TO THE CLERK: Please **dismiss** this action as follows:
  a (1) ☐ With prejudice   (2) ☒ Without prejudice
  b (1) ☒ Complaint   (2) ☐ Petition
    (3) ☐ Cross-complaint filed by *(name)*:           on *(date)*:
    (4) ☐ Cross-complaint filed by *(name)*:           on *(date)*:
    (5) ☐ Entire action of all parties and all causes of action
    (6) ☐ Other *(specify)*:*

2. *(Complete in all cases except family law cases.)*
  The court ☐ did ☒ did not waive court fees and costs for a party in this case  *(This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).*

Date: December 3, 2018

Gordon G. May
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)         ▶         (SIGNATURE)
*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.    Attorney or party without attorney for:
    ☒ Plaintiff/Petitioner      ☐ Defendant/Respondent
    ☐ Cross-Complainant

3. TO THE CLERK: Consent to the above dismissal is hereby given **
  Date:         ▶
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY WITHOUT ATTORNEY)        (SIGNATURE)
** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).    Attorney or party without attorney for:
    ☐ Plaintiff/Petitioner      ☐ Defendant/Respondent
    ☐ Cross-Complainant

*(To be completed by clerk)*
4. ☒ Dismissal entered as requested on *(date)*: 12/03/2018
5. ☐ Dismissal entered on *(date)*:    as to only *(name)*:
6. ☐ Dismissal **not entered** as requested for the following reasons *(specify)*:

7. a. ☐ Attorney or party without attorney notified on *(date)*:
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed ☐ means to return conformed copy

Date: 12/03/2018                       , Deputy
        DAVID H. YAMASAKI, Clerk of the Court    Clerk, by         A. DANG

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-110 [Rev Jan 1, 2013] | **REQUEST FOR DISMISSAL** | Legal<br>Solutions<br>Plus | Code of Civil Procedure, § 581 et seq.;<br>Gov. Code, § 68637(c), Cal. Rules of Court, rule 3.1390 |

**001106**        EXHIBIT 15, PAGE 311

B0432-9219 09/24/2021 11:20 PM Received by California Secretary of State

CIV-110

| | |
|---|---|
| PLAINTIFF/PETITIONER· BS INVESTORS, LP, a California limited partnership<br>DEFENDANT/RESPONDENT· JAMIE L GALLIAN, an individual | CASE NUMBER·<br>30-2018-01024401-CU-UD-CJC |

---

### COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS

If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery The court may refuse to dismiss the case until the lien is satisfied. (Gov Code, § 68637 )

---

### Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name)*:

2. The person named in item 1 is *(check one below)*:
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one)*: ☐ Yes ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

_____     ►
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)          _____
                                                                        (SIGNATURE)

---

CIV-110 [Rev  January 1, 2013]            **REQUEST FOR DISMISSAL**                    Page 2 of 2

B0432-9220 09/24/2021 11:20 PM Received by California Secretary of State

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2030 Main Street, Suite 1600, Irvine CA 92614.

On December 3, 2018, I served the foregoing document described as **REQUEST FOR DISMISSAL** on the following person(s) in the manner indicated:

Jamie L. Gallian, an individual                                  Defendant
5782 Pinon Drive
Huntington Beach, CA 92649
Telephone No.: (714) 321-3449

[ X ]   (BY MAIL) I am familiar with the practice of Grant, Genovese & Baratta, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.  On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Grant, Genovese & Baratta, LLP, Irvine, California, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 3, 2018, at Irvine, California.

_____
Helena Coyle

001108                    EXHIBIT 15, PAGE 313

B0432-9221 09/24/2021 11:20 PM Received by California Secretary of State



BS=456266

RECORDING REQUESTED BY
AND WHEN RECORDED RETURN TO:

IRELL & MANELLA
840 Newport Center Drive, Suite 500
Newport Beach, California 92660
Attention:  Patrick J. Evans, Esq.

MAIL TAX STATEMENTS TO:

G/HB INVESTORS,
c/o AP Development Company
17911 Mitchell Avenue
Irvine, California 92714
Attn:  Hugh Saddington

*1444086 MT*

RECORDING REQUESTED BY
FIRST AMERICAN TITLE INS. CO.

RECORDED IN OFFICIAL RECORDS
OF ORANGE COUNTY, CALIFORNIA

-8:12 PM   SEP 30 '86

COUNTY
RECORDER

(Space Above for Recorder's Use)

The undersigned grantor declares:
The real property conveyed hereunder
is located in the City of Huntington
Beach, County of Orange.  The
Documentary Transfer Tax is
$ 247.50  based on full value of
the real property conveyed here-
under, but not on the leasehold
conveyed hereunder, which leasehold
is for a term less than ninety-nine
(99) years.

ASSIGNMENT AND ASSUMPTION
OF
GROUND LEASES
AND
CONDOMINIUM SUBLEASES
AND
GRANT DEED

THIS ASSIGNMENT AND ASSUMPTION OF GROUND LEASES AND

CONDOMINIUM SUBLEASES AND GRANT DEED ("Assignment") is made

and entered into this 30th day of September, 1986 by and

between Robert P. Warmington, a married man, as assignor and

grantor ("Assignor") and G/HB Investors, a California limited

partnership as assignee and grantee ("Assignee").

-1-

2PE01SL

B0432-9222  09/24/2021  11:20 PM Received by California Secretary of State



**86-456266**

### R E C I T A L S

A.    Houser Bros. Co., a limited partnership ("Houser") is the fee owner of that certain real property (the "Houser Property") located in the City of Huntington Beach and more particularly described in Exhibit "A" attached hereto;

B.    Located on the Houser Property is a condominium project (the "Condominium Project") created by that certain Condominium Plan (the "Condominium Plan") recorded in Book 13358, Pages 1193, et. seq., official Records of Orange County, California;

C.    The Condominium Plan shows and defines and there are eighty (80) condominiums (the "Condominiums") in the Condominium Project;

D.    Houser leased the Condominiums, except for the Condominium Project buildings and improvements, to Assignor under those certain Ground Leases (the "Ground Leases") dated August 1, 1980 and described in Exhibit "B" attached hereto;

E.    Assignor subleased the Condominiums, except for the Condominium Project buildings and improvements, to individual condominium tenants (the "Tenants" or a "Tenant") under those certain Condominium Subleases, (the "Subleases") dated August

-2-

2PE01SL

B0432-9223 09/24/2021 11:20 PM Received by California Secretary of State



B6-456266

1, 1980 more particularly described in Exhibit "B" attached hereto;

F.   The property leased under the Ground Leases and the Subleases is more particularly described as Parcels 1, 2, 5 and 6 of Exhibit "B" attached hereto;

G.   The Robert P. Warmington Company ("Company") owned the Condominium Project buildings and improvements and conveyed the Condominium Project buildings and improvements to the Tenants, for a term, with respect to each Tenant, ending on the expiration or earlier termination of the Tenant's Sublease, thereby retaining a remainder interest in a determinable fee estate with respect to the Condominium Project buildings and improvements (the "Remainder Interest"), which Remainder Interest is more particularly described as parcels 3 and 4 of Exhibit "B" attached hereto;

H.   Company conveyed the Remainder Interest to Assignor; and

I.   Assignor now desires to assign, transfer and convey all of his right, title and interest in and to the Ground Leases and Subleases (collectively the "Leases") and the Remainder Interest to Assignee and Assignee desires to assume all of Assignor's obligations under the Leases.

-3-

2PE01SL

B0432-9224  09/24/2021  11:20  PM  Received  by  California  Secretary  of  State



86-456266

NOW, THEREFORE, for valuable consideration, receipt of which is hereby acknowledged, Assignor and Assignee agree as follows:

### A G R E E M E N T

1.   **Assignment.**  Assignor hereby assigns, transfers, conveys and sets over to Assignee all of his right, title and interest in and to the Leases.

2.   **Grant of Remainder Interest.**  Assignor hereby grants, assigns, transfers and sets over to Assignee all of its right, title and interest in and to the Remainder Interest.

3.   **Quitclaim Grant.**  Assignor hereby remises, releases and forever quitclaims to Assignee all of his right, title and interest in and to the Houser Property, the Condominium Project, and any property or other rights defined in the Condominium Plan.

4.   **Assumption.**  Assignee hereby assumes and agrees to keep and perform all of Assignor's obligations under the Leases.

-4-

2PEG1SL

B0432-9225  09/24/2021  11:20 PM Received by California Secretary of State

86=456266

5.   <u>Indemnification</u>.  Assignor agrees to indemnify and hold Assignee harmless from all claims, damages, lawsuits, and liabilities which arise out of or relate to Assignor's obligations under the Leases.

6.   <u>Effective Date</u>.  This Assignment shall be effective on the date it is recorded.

IN WITNESS WHEREOF, Assignor and Assignee have executed this Assignment on the date first written above.

"ASSIGNOR"



_____
Robert P. Warmington

I am the spouse of Robert P. Warmington.  I hereby consent and agree to the terms of the foregoing Assignment.

_____
Loring P. Warmington

"ASSIGNEE"

G/HB Investors,
  a California limited partnership

By:  AP Development Company,
     a California corporation,
     general partner

By: _____
    John E. Wertin, Chairman

-5-



66-456266

E X H I B I T   "A"

The Houser Property

Lots 1 and 2 of Tract 10542 in the City of Huntington Beach,
County of Orange, State of California, as shown on a map
recorded in Book 456, Pages 49 to 50 of Maps, in the office of
the County Recorder of Said County.

B0432-9226  09/24/2021  11:20 PM Received by California Secretary of State

B0432-9227  09/24/2021  11:20  PM  Received by California  Secretary of State



86-456266

E X H I B I T   "B", Page 1

The Leases, the property leased pursuant to the Leases, and the
property comprising the Remainder Interest are described as
follows:

GROUND LEASEHOLD AND SUBLEASEHOLD ESTATES  AS TO PARCELS 1  AND
2, SAID  ESTATES  BEING  MORE  PARTICULARLY  DESCRIBED  AS  THE
LESSEES' INTERESTS UNDER THOSE CERTAIN GROUND LEASES SET  FORTH
IN SUB-PARAGRAPH (A)  HEREIN BELOW,  AND SUBLESSORS'  INTERESTS
UNDER THOSE CERTAIN  SUBLEASES SET FORTH  IN SUB-PARAGRAPH  (B)
BELOW;

A REMAINDER INTEREST IN A DETERMINABLE FEE ESTATE AS TO PARCELS
3 AND 4;

AN EASEMENT AS TO PARCELS 5 AND 6;

(A)   THOSE  CERTAIN  GROUND  LEASES,  DATED  AUGUST  1,  1980,
EXECUTED BY HOUSER BROS.  CO., A LIMITED PARTNERSHIP  ORGANIZED
UNDER THE LAWS OF THE STATE OF CALIFORNIA, IN WHICH CLIFFORD C.
HOUSER AND VERNON F. HOUSER CONSTITUTE THE SOLE GENERAL

(continued)

B0432-9228  09/24/2021  11:20 PM  Received by California Secretary of State



B6-456266

EXHIBIT "B" Page 2

ALTA PLAIN
LANGUAGE COMMITMENT

OR-1444084
AMENDMENT NO. 1

PARTNERS, AS LANDLORD, AND BY ROBERT P. WARMINGTON, AS
TENANT, FOR THE TERM ENDING DECEMBER 31, 2059, UPON THE
TERMS, COVENANTS AND CONDITIONS THEREIN CONTAINED, RECORDED
AS FOLLOWS IN OFFICIAL RECORDS OF SAID ORANGE COUNTY.

| UNIT | BOOK | PAGE | INSTRUMENT |
|------|------|------|------------|
| 1 | 13754 | 263 | |
| 2 | 14091 | 1031 | |
| 3 | 14045 | 118 | |
| 4 | 13733 | 199 | |
| 5 | 13760 | 942 | |
| 6 | 13982 | 417 | |
| 7 | 13754 | 297 | |
| 8 | 13726 | 1238 | |
| 9 | 13822 | 1546 | |
| 10 | 13773 | 10 | |
| 11 | | | 82-128057 |
| 12 | 13807 | 1569 | |
| 13 | 13780 | 354 | |
| 14 | 13797 | 1088 | |
| 15 | 13780 | 462 | |
| 16 | 13726 | 1310 | |
| 17 | 13743 | 259 | |
| 18 | 13915 | 190 | |
| 19 | 13997 | 346 | |
| 20 | 13807 | 1669 | |
| 21 | 13733 | 278 | |
| 22 | 13775 | 235 | |
| 23 | 13803 | 587 | |
| 24 | 14038 | 692 | |
| 25 | 13793 | 955 | |
| 26 | 13814 | 607 | |
| 27 | 13789 | 1600 | |
| 28 | 13787 | 1834 | |
| 29 | 13778 | 173 | |
| 30 | 13896 | 1090 | |
| 31 | 14091 | 1139 | |
| 32 | 13726 | 1346 | |
| 33 | 14005 | 1903 | |
| 34 | 14048 | 1460 | |
| 35 | 13861 | 723 | |
| 36 | 13814 | 666 | |
| 37 | 13768 | 1032 | |
| 38 | 13793 | 1179 | |
| 39 | 13810 | 1665 | |
| 40 | 13783 | 875 | |

PAGE 3

B0432-9229 09/24/2021 11:20 PM Received by California Secretary of State



EXHIBIT "B" Page 3

86-456266

ALTA PLAIN
LANGUAGE COMMITMENT

OR-1444086
AMENDMENT NO. 1

| | | |
|---|---|---|
| 41 | 13824 | 1312 |
| 42 | 13867 | 798 |
| 43 | 13726 | 1102 |
| 44 | 14072 | 1910 |
| 45 | 13789 | 1547 |
| 46 | 14066 | 756 |
| 47 | 14038 | 637 |
| 48 | 13933 | 1829 |
| 49 | 13825 | 1973 |
| 50 | 13783 | 1732 |
| 51 | 13916 | 1672 |
| 52 | 14074 | 1929 |
| 53 | 13824 | 1259 |
| 54 | 13780 | 407 |
| 55 | 13780 | 514 |
| 56 | 14094 | 1874 |
| 57 | 13726 | 1208 |
| 58 | 14091 | 1084 |
| 59 | 13787 | 1781 |
| 60 | 13795 | 966 |
| 61 | 13803 | 335 |
| 62 | 13831 | 117 |
| 63 | 14250 | 1197 |
| 64 | 14191 | 1652 |
| 65 | 13726 | 1136 |
| 66 | 13765 | 1665 |
| 67 | 13803 | 640 |
| 68 | 14031 | 1108 |
| 69 | 13797 | 1038 |
| 70 | 14091 | 977 |
| 71 | 14034 | 1806 |
| 72 | 14130 | 1508 |
| 73 | 13785 | 1959 |
| 74 | 13977 | 569 |
| 75 | 14091 | 923 |
| 76 | 14064 | 1068 |
| 77 | 13726 | 1274 |
| 78 | 13726 | 1172 |
| 79 | 14091 | 869 |
| 80 | 13780 | 599 |

(B) THOSE CERTAIN SUBLEASES DATED AUGUST 1, 1980, EXECUTED BY
ROBERT P. WARMINGTON, AS SUBLESSOR, AND BY VARIOUS PARTIES, AS
SUBLESSEES, FOR THE TERM ENDING DECEMBER 31, 2059, UPON THE
TERMS, COVENANTS AND CONDITIONS THEREIN CONTAINED, RECORDED
AS FOLLOWS IN OFFICIAL RECORDS OF SAID ORANGE COUNTY:

| UNIT | BOOK | PAGE | INSTRUMENT | ORIGINAL |
|---|---|---|---|---|

PAGE 4

001117

B0432-9230  09/24/2021 11:20 PM Received by California Secretary of State



EXHIBIT "B" Page 4

R6-456266

ALTA PLAIN
LANGUAGE COMMITMENT

OR-1444086
AMENDMENT NO. 1

SUBLESSEE

| # | | |
|---|---|---|
| 1 | 13754 | 243 |
| 2 | 14091 | 1066 |
| 3 | 14045 | 133 |
| 4 | 13733 | 216 AND |
|   | 13734 | 52 |
| 5 | 13760 | 917 |
| 6 | 13982 | 432 |
| 7 | 13754 | 312 |
| 8 | 13726 | 1254 AND |
|   | 13754 | 69 |
| 9 | 13822 | 1561 |
| 10 | 13773 | 25 |
| 11 | | 82-128056 |
| 12 | 13807 | 1584 |
| 13 | 13780 | 369 |
| 14 | 13797 | 1103 |
| 15 | 13780 | 477 |
| 16 | 13726 | 1328 AND |
|   | 13754 | 86 |
| 17 | 13763 | 234 |
| 18 | 13915 | 205 |
| 19 | 13997 | 361 |
| 20 | 13807 | 1484 |
| 21 | 13733 | 296 |
| 22 | 13775 | 250 |
| 23 | 13803 | 602 |
| 24 | 14038 | 707 |
| 25 | 13793 | 970 |
| 26 | 13814 | 622 |
| 27 | 13789 | 1615 |
| 28 | 13787 | 1849 |
| 29 | 13778 | 188 |
| 30 | 13896 | 1125 |
| 31 | 14091 | 1154 |
| 32 | 13726 | 1364 AND |
|   | 13754 | 120 |
| 33 | 14005 | 1919 |
| 34 | 14048 | 1475 |
| 35 | 13841 | 738 |
| 36 | 13814 | 681 |
| 37 | 13766 | 1047 |
| 38 | 13793 | 1194 |
| 39 | 13818 | 1680 |
| 40 | 13783 | 1800 |
| 41 | 13824 | 1327 |
| 42 | 13867 | 813 |

PAGE 5

EXHIBIT 15, PAGE 323

B0432-9231 09/24/2021 11:20 PM Received by California Secretary of State



EXHIBIT "B" Page 5

86-456266

ALTA PLAIN
LANGUAGE COMMITMENT

OR-1444084
AMENDMENT NO. 1

| | | |
|---|---|---|
| 43 | 13726 | 1120 |
| 44 | 14072 | 1925 |
| 45 | 13789 | 1562 |
| 46 | 14066 | 771 |
| 47 | 14038 | 652 |
| 48 | 13933 | 1544 |
| 49 | 13826 | 1 |
| 50 | 13783 | 1747 |
| 51 | 13916 | 1687 |
| 52 | 14094 | 1944 |
| 53 | 13824 | 1274 |
| 54 | 13780 | 422 |
| 55 | 13780 | 529 |
| 56 | 14074 | 1889 |
| 57 | 13726 | 1226 |
| 58 | 14091 | 1099 |
| 59 | 13787 | 1796 |
| 60 | 13795 | 981 |
| 61 | 13803 | 350 |
| 62 | 13831 | 132 |
| 63 | 14250 | 1212 |
| 64 | 14191 | 1667 |
| 65 | 13726 | 1154 |
| 66 | 13765 | 1660 |
| 67 | 13803 | 655 |
| 68 | 14031 | 1123 |
| 69 | 13797 | 1053 |
| 70 | 14091 | 992 |
| 71 | 14036 | 1821 |
| 72 | 14180 | 1523 |
| 73 | 13785 | 1974 |
| 74 | 13977 | 584 |
| 75 | 14091 | 938 |
| 76 | 14064 | 1083 |
| 77 | 13726 | 1292 |
| 78 | 13726 | 1190 |
| 79 | 14091 | 884 |
| 80 | 13780 | 614 |

4.   THE LAND REFERRED TO IN THIS COMMITMENT IS DESCRIBED AS
FOLLOWS:

ALL THAT CERTAIN LAND SITUATED IN THE STATE OF CALIFORNIA, COUNTY
OF ORANGE, CITY OF HUNTINGTON BEACH, DESCRIBED AS FOLLOWS:

PARCEL 1:

PAGE 6

B0432-9232  09/24/2021  11:20 PM Received by California Secretary of State



EXHIBIT "B" Page 6

86-456266

ALTA PLAIN                                          OR-1444086
LANGUAGE COMMITMENT                                 AMENDMENT NO. 1

UNITS 1 THROUGH 80 INCLUSIVE, AS SHOWN AND DEFINED ON A CONDOMINIUM
PLAN (THE "CONDOMINIUM PLAN") RECORDED IN BOOK 13358, PAGES 1193 AND
FOLLOWING OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA, EXCEPTING
THAT PORTION CONSISTING OF BUILDINGS AND OTHER IMPROVEMENTS.

PARCEL 2:

AN UNDIVIDED EIGHTY/EIGHTIETHS (80/80) INTEREST IN THE COMMON
AREA AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN, EXCEPTING
THAT PORTION CONSISTING OF BUILDINGS AND OTHER IMPROVEMENTS.

PARCEL 3:

THOSE PORTIONS OF UNITS 1 THROUGH 80 INCLUSIVE, AS SHOWN AND
DEFINED ON THE CONDOMINIUM PLAN, CONSISTING OF BUILDINGS AND
OTHER IMPROVEMENTS.

PARCEL 4:

AN UNDIVIDED EIGHTY/EIGHTIETHS (80/80) INTEREST IN AND TO THOSE
PORTIONS OF THE COMMON AREA AS SHOWN AND DEFINED ON THE CONDOMINIUM
PLAN, CONSISTING OF BUILDINGS AND OTHER IMPROVEMENTS.

PARCEL 5:

AN EASEMENT FOR THE EXCLUSIVE USE AND OCCUPANCY OF THOSE PORTIONS
OF THE RESTRICTED COMMON AREA, AS DEFINED ON SAID CONDOMINIUM
PLAN FOR ENTRY AND STAIRCASES AND ATTIC SPACE RELATING TO SAID
UNITS.

PARCEL 6:

A NON-EXCLUSIVE EASEMENT AND RIGHT TO USE THE COMMON AREA AS
DEFINED ON SAID CONDOMINIUM PLAN, EXCEPT THE RESTRICTED COMMON
AREA.

PAGE 7

B0432-9233 09/24/2021 11:20 PM Received by California Secretary of State



86=456266

STATE OF CALIFORNIA          )
                             ) SS.
COUNTY OF ORANGE             )

On this 24th day of September, in the year 1986, before me, the undersigned, a Notary Public in and for said State, personally appeared Robert P. Warmington, personally known to me or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed it.

WITNESS my hand and official seal.



Pearl L. Hunt

STATE OF CALIFORNIA          )
                             ) SS.
COUNTY OF ORANGE             )

On this 24th day of September, in the year 1986, before me, the undersigned, a Notary Public in and for said State, personally appeared Loring P. Warmington, personally known to me or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that she executed it.

WITNESS my hand and official seal.



Pearl L. Hunt

2PE01SL

B0432-9234 09/24/2021 11:20 PM Received by California Secretary of State



86456266

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF ORANGE           )

On September 22, 1986, before me, the undersigned, a
Notary Public in and for said State, personally appeared John
E. Wertin, personally known to me (or proved to me on the basis
of satisfactory evidence) to be the person who executed the
within instrument as the Chairman on behalf of AP Development
Company, the corporation therein named, and acknowledged to me
that said corporation executed the within instrument pursuant
to its bylaws or a resolution of its board of directors, said
corporation being known to me to be the general partner of G/HB
Investors, the limited partnership that executed the within
instrument, and acknowledged to me that such corporation
executed the same as such partner and that such partnership
executed the same.

WITNESS my hand and official seal.



OFFICIAL SEAL
SHIRLEY A. GERBASI
NOTARY PUBLIC - CALIFORNIA
PRINCIPAL OFFICE IN
ORANGE COUNTY
My Commission Exp. Apr. 23, 1990

2PE01SL

Branch :A14,User :2004                    Comment:                              Station Id :M3Y7

RECORDING REQUESTED BY
CHICAGO   TITLE   COMPANY
AND WHEN RECORDED MAIL TO

SANDRA BRADLEY
18 MEADOW BROOK DR
COTO DE CAZA, CA  92679

Recorded In Official Records, Orange County
Tom Daly, Clerk-Recorder

|||||||||||||||||||||||||||||||    30.00
2009000633802 04:05pm 11/23/09
401 59 A34 A04 A12 5
0.00 0.00 0.00 0.00 12.00 0.00 0.00 0.00

Escrow No.
Order No.  985040290 - S32

SPACE ABOVE THIS LINE FOR RECORDERS USE

ASSIGNMENT OF CONDOMINIUM SUBLEASE

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING  INFORMATION
( Additional recording fee applies )

CPFR4 - 11/15/96bk

Branch :A14,User :2004                Comment:                        Station Id :M3Y7

B0432-9236 09/24/2021 11:20 PM Received by California Secretary of State

**WHEN RECORDED MAIL TO:**
(Assignee's Name & Address)
SANDRA BRADLEY
18 MEADOW BROOK DR
COTA DE CAZA CA 92679

*NO CONSIDERATION*
*TERM OF*
*LEASE LESS*                          (Space Above this Line for Recorder's use)
*THAN 94 YEARS.*   **ASSIGNMENT OF CONDOMINIUM SUBLEASE**

For valuable consideration, receipt of which is hereby acknowledged, the undersigned
LARRY W. RIDER AND TERRI A. RIDER HUSBAND AND WIFE AS JOINT TENANTS, hereby
transfers and assigns to SANDRA L. BRADLEY A WIDOW
all right, title and interest of the undersigned, as Tenant, in and under that certain Condominium
Sublease dated August 1, 1980, by and between ROBERT P. WARMINGTON, an individual, as
Landlord, which interest was subsequently assigned to BS INVESTORS, LLC by mesne assignments
of record, and JOHN F. TURNER AND VIRGINIA H TURNER HUSBAND AND WIFE AS JOINT
TENANTS
as Tenant, recorded on NOVEMBER 7, 1980 in Book 13824 , Page 1274 inclusive, as
Instrument No. 8694 of Official Records of Orange County, California, as amended by the First
Amendment to Condominium Sublease recorded on AUG 28, 2003 as Instrument No.
2003 001044770. The property that is the subject of the Sublease is described as follows:

Unit 53 of Tract 10542. Legal Description contained on Exhibit 'A' attached hereto and made
a part hereof. TOGETHER WITH all buildings and other improvements on said land.

DATED: 11/19/2009

_____
Assignor (s)

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF ORANGE      )

On 11 19 2009 , before me, ANTHONY H. DUONG , personally appeared
LARRY W. RIDER & TERRI A. RIDER , who proved to me on the basis of
satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity
upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

ANTHONY H. DUONG
COMM. #1857553
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Comm. Expires April 13, 2010

(This space for notarial seal)

Page 1 of 2

J:\UC FBRM\Masters-BSN\MASTER-GHB-Assignment of Condominium Sublease with Notary.doc

ORANGE,CA                      Page 2 of 3                Printed on 11/26/2019 9:02:03 AM
Document: AL 2009.633802

B0432-9237  09/24/2021  11:20  PM Received by California Secretary of State

Branch :A14,User :2004                    Comment:                              Station Id :M3Y7

11/17/2009 14:28 FAX                                                    ☑009

## ASSIGNMENT OF CONDOMINIUM SUBLEASE

### ACCEPTANCE AND AGREEMENT

The undersigned Assignee named in the foregoing Assignment (if more than one, then jointly and severally) hereby accepts said Assignment and hereby agrees with and for the benefit of the Landlord, under the Sublease described in said Assignment, to keep, perform and be bound by all of the terms, covenants and conditions contained in said Sublease as amended by the First Amendment to Condominium Sublease on the part of the Tenant therein to be kept and performed, to all intents and purposes as though the undersigned Assignee was the original Tenant thereunder. Assignee agrees to pay Landlord a late fee equal to 6% of any rent or other payment due under the Sublease which is not received by Landlord within ten (10) days of its due date. Said late fee is in addition to the interest due on unpaid installment indebtedness of 10% as provided in Article 17(A) of the Condominium Sublease. The undersigned Assignee agrees to pay attorneys fees and cost incurred by Landlord to collect rent or other payment under the Sublease or to otherwise enforce Landlord's rights under the Sublease.

DATED: 11/17/09                          _Sandra Bradley_
                                         Assignee (s)

STATE OF ~~CALIFORNIA~~ MISSOURI )
~~COUNTY OF ORANGE~~ (Saint Louis City) ss.

On November 17, 2009 before me, _Kenneth J. Ball_, personally appeared _Sandra L. Bradley_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Kenneth J. Ball_
Signature of Notary Public                (This space for notarial seal)

> KENNETH J. BALL
> Notary Public-Notary Seal
> State of Missouri, Saint Louis City
> Commission # 09703489
> My Commission Expires Aug 10, 2013

                    Page 2 of 2

J:\UC PBRM\Masters-BSI\MASTER-GHB-Assignment of Condominium Sublease with Notary.doc

---

Branch :A14,User :2004                    Comment:                          Station Id :M3Y7

Order No.

Escrow No.

Loan No.

**Recorded in Official Records, Orange County**
**Tom Daly, Clerk-Recorder**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 24.00
**2010000219518 1:00 pm 05/10/10**
153 420 A34 A04 A12   3
0.00 0.00 0.00 0.00 6.00 0.00 0.00 0.00

WHEN RECORDED MAIL TO:

Sandra Bradley
18 Meadow Brook Drive
Cota de Caza, CA 92679

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## NO CONSIDERATION
## TERM OF LEASE
## LESS THAN 99 YEARS

## ASSIGNMENT OF CONDOMINIUM SUBLEASE

For valuable consideration, receipt of which is hereby acknowledged, the undersigned, SANDRA L. BRADLEY, A WIDOW, hereby transfers and assigns to, SANDRA L. BRADLEY as trustee of the SANDRA L. BRADLEY TRUST dated October 17, 2001 as amended, all right, title and interest of the undersigned, as Tenant, in and under that certain Condominium Sublease dated August 1, 1980, by and between ROBERT P. WARMINGTON, an individual, as Landlord, which interest was subsequently assigned to BS INVESTORS, LLC by mesne assignments of record, and JOHN F. TURNER AND VIRGINIA H. TURNER, HUSBAND AND WIFE AS JOINT TENANTS as Tenant, recorded on NOVEMBER 7, 1980 in Book 13824, Page 1274 inclusive, as Instrument No. 8604 of Official Records of Orange County, California, as amended by the First Amendment to Condominium Sublease recorded on Aug 28, 2003 as Instrument No. 2003 001044770.  The property that is the subject of the Sublease is described as follows:

Unit 55 of Tract 10542.  Legal Description contained on Exhibit "A" attached hereto and made a part hereof.
TOGETHER WITH all buildings and other improvements on said land.

DATED:  3/10/2010                          _Sandra L. Bradley_
                                           Assignor, SANDRA L. BRADLEY

*STATE OF CALIFORNIA*
*COUNTY OF ORANGE*

On _March 10, 2010_ before me _____, a Notary Public
in and for said State personally appeared SANDRA L. BRADLEY who proved to me on the basis of satisfactory evidence to be
the person whose name  is  subscribed to the within instrument and acknowledged to me that she executed the same in her
authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person  acted,
executed the instrument

*I certify under PENALTY of PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.*

*WITNESS my hand and official seal.*

Signature _____

[Notary Seal]
HENRY J. COOPERSMITH
COMM. #1879512
NOTARY PUBLIC • CALIFORNIA
ORANGE COUNTY
Comm. Exp. FEB. 8, 2014

D/As deed tr mcD gift tax oblig



Branch :A14,User :2004                    Comment:                              Station Id :M3Y7

Page   1
Order No.  985040290                    DESCRIPTION

PARCEL 1:

UNIT 53, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA,
AS SHOWN AND DEFINED ON THAT CERTAIN CONDOMINIUM PLAN ("THE CONDOMINIUM PLAN"),
RECORDED OCTOBER 18, 1979 IN BOOK 13358 PAGE 1193, ET SEQ., OFFICIAL RECORDS.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHE HYDROCARBON SUBSTANCES LYING
BELOW A DEPTH OF 500 FEET WITHOUT ANY RIGHT TO ENTER UPON THE SURFACE OR THE
SUBSURFACE OF SAID LAND ABOVE A DEPTH OF 500 FEET, AS PROVIDED IN INSTRUMENTS OF
RECORD.

PARCEL 2:

AN UNDIVIDED 1/80TH INTEREST IN AND TO LOTS 1 AND 2 OF TRACT NO. 10542, IN THE
CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A
MAP RECORDED IN BOOK 456 PAGES 49 AND 50 OF MISCELLANEOUS MAPS, IN THE OFFICE OF
THE COUNTY RECORDER OF SAID COUNTY TOGETHER WITH THOSE PORTIONS OF THE COMMON
AREA AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN, CONSISTING OF BUILDINGS AND
OTHER IMPROVEMENTS.

EXCEPTING THEREFROM CONDOMINIUM UNITS 1 THROUGH 80 INCLUSIVE, LOCATED THEREON.

PARCEL 3:

AN EXCLUSIVE EASEMENT FOR THE USE AND OCCUPANCY OF THOSE PORTIONS OF RESTRICTED
COMMON AREA AS DEFINED ON THE CONDOMINIUM PLAN FOR ENTRY AND STAIRCASES AND
ATTIC SPACE RELATING TO SAID UNIT.

PARCEL 4:

NON-EXCLUSIVE EASEMENT AND RIGHT TO USE THOSE PORTIONS OF THE COMMON AREA AS
DEFINED ON THE CONDOMINIUM PLAN, EXCEPT RESTRICTED COMMON AREA.

B0432-9239  09/24/2021  11:20  PM Received by California Secretary of State

Order No.

Escrow No.

Loan No.

WHEN RECORDED MAIL TO:

Sandra Bradley
18 Meadow Brook Drive
Cota de Caza, CA 92679

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## ACCEPTANCE AND AGREEMENT

The undersigned Assignee named in the foregoing Assignment (if more than one, then jointly and severally) hereby accepts said Assignment and hereby agrees with and for the benefit of the Landlord, under the Sublease described in said Assignment, to keep, perform and be bound by all of the terms, covenants and conditions contained in said Sublease as amended by the First Amendment to Condominium Sublease on the part of the Tenant therein to be kept and performed, to all intents and purposes as though the undersigned Assignee was the original Tenant thereunder. Assignee agrees to pay Landlord a late fee equal to 6% of any rent or other payment due under the Sublease which is not received by Landlord within ten (10) days of its due date. Said late fee is in addition to the interest due on unpaid installment indebtedness of 10% as provided in Article 17(A) of the Condominium Sublease. The undersigned Assignee agrees to pay attorneys fees and cost incurred by Landlord to collect rent or other payment under the Sublease or to otherwise enforce Landlord's rights under the Sublease.

DATED: 3/10/2010                        _Sandra Bradley_
                                        Assignee, SANDRA L. BRADLEY

*STATE OF CALIFORNIA*
*COUNTY OF ORANGE*

On _3/10/2010_____, before me, _Henry J Coopersmith_____, a Notary Public
in and for said State personally appeared SANDRA L. BRADLEY who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

*I certify under PENALTY of PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.*

WITNESS my hand and official seal

Signature _____

HENRY J. COOPERSMITH
COMM. #1879512
NOTARY PUBLIC • CALIFORNIA
ORANGE COUNTY
Comm. Exp. FEB. 6, 2014

*D/As deed tr mcD gift tax oblig*

B0432-9240  09/24/2021  11:20 PM Received by California Secretary of State

001128          EXHIBIT 15, PAGE 333

Branch :A14,User :2004                Comment:                Station Id :M3Y7

8695                    Bk 13824 PG 1291

$5.00

RECORDED AT THE REQUEST OF
AND WHEN RECORDED RETURN TO:

The Robert P. Warmington Co.
16592 Hale Avenue
Irvine, California    92714

RECORDED AT REQUEST OF
FIRST AMER. TITLE INS. CO.
IN OFFICIAL RECORDS OF
ORANGE COUNTY, CALIFORNIA
9:02 A.M. NOV 17 1989
LEE A. BRANCH, County Recorder

Conveyance connected with leaseholder
interest not to exceed 99 years.

AP 178-011-01

## CONVEYANCE OF REMAINDER INTEREST

FOR VALUABLE CONSIDERATION, receipt of which is hereby
acknowledged, THE ROBERT P. WARMINGTON CO., a California
corporation, hereby grants to ROBERT P. WARMINGTON, an
individual, the remainder interest in that portion of Lots 1
and 2 of Tract 10542 in the City of Huntington Beach, County
of Orange, State of California, as shown on a Map recorded in
Book 456, Pages 49 and 50 of Miscellaneous Maps, in the
Office of the County Recorder of Orange County, California,
described on Exhibit I attached hereto, after the term of
years expiring upon expiration or early termination of that
certain Condominium Sublease of even date herewith, made
by Robert P. Warmington, an individual, to _____

_John F. Turner and Virginia H. Turner, husband and wife, as joint tenants_

_____

_____

_____

a short form of which is being recorded concurrently herewith,
subject, however, to all matters whether or not of record.

GRANTOR:

THE ROBERT P. WARMINGTON CO.

By _____

By _____

Branch :A14,User :2004                    Comment:                                   Station Id :M3Y7

BK 13824 PG 1292

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF ORANGE    )

    On ___August 1___, 1980, before me, the undersigned,
a Notary Public in and for said State, personally appeared
___OLIVER N. CRARY___, known to me to be the
___Vice President___, and ___WILLIAM J. PITTMAN___,
known to me to be the ___Secretary___ of the corporation
that executed the within Instrument, known to me to be the
persons who executed the within Instrument on behalf of the
corporation therein named, and acknowledged to me that such
corporation executed the within Instrument pursuant to its
by-laws or a resolution of its board of directors.

                                Notary Public in and for
                                said County

[SEAL]

2

B0432-9242  09/24/2021  11:20  PM  Received by California Secretary of State

Branch :A14,User :2004                    Comment:                        Station Id :M3Y7

BK 13824 PG 1293

## EXHIBIT I

### Parcel 1

Those portions of Unit *53*, as shown and defined on a Condominium Plan ("the Condominium Plan"), recorded in Book 13358, Page 1193, et seq., consisting of buildings and other improvements.

### Parcel 2

An undivided one-eightieth (1/80) interest in and to those portions of the Common Area as shown and defined on the Condominium Plan, consisting of buildings and other improvements.

### Parcel 3

An exclusive easement for the use and occupancy of those portions of Restricted Common Area as defined on the Condominium Plan for entry and staircases and attic space relating to said Unit, consisting of buildings and other improvements.

### Parcel 4

Non-exclusive easement and right to use those portions of the Common Area as defined on the Condominium Plan, except Restricted Common Area, consisting of buildings and other improvements.

SUBJECT TO:

(a) general and special taxes and assessments for the current fiscal year;

(b) the Declaration of Restrictions recorded in Book 13618, Page 982, Official Records of Orange County, California, as amended, (the "Declaration");

(c) all other covenants, conditions, restrictions, rights, reservation of rights of way and easements whether or not of record.

RECORDED

B0432-9243  09/24/2021  11:20  PM  Received by California Secretary of State

Branch :A14,User :2004                    Comment:                              Station Id :M3Y7

B0432-9244 09/24/2021 11:20 PM Received by California Secretary of State

RECORDING REQUESTED BY:
Jamie Gallian
4476 Alderport Dr.
Huntington Beach, CA
92649

AND WHEN RECORDED MAIL TO:
Jamie Gallian
4476 Alderport Dr.
Huntington Beach, CA
92649

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

33.00
2017000116815 8:25 am 03/23/17
276 415 A34 A04 F14   8
0.00 0.00 0.00 0.00 16.00 0.00 0.00 0.00

TITLE OF DOCUMENT:  Assignment of Condominium
                    SubLease
        Lease from present to 2059

Transfer Tax exempt. This Lease is a
Gift between family members.

2T
6P
2FF
CC
2CT

Branch :A14,User :2004                    Comment:                              Station Id :M3Y7

B0432-9245 09/24/2021 11:20 PM Received by California Secretary of State

RECORDING REQUESTED BY:

~~Sandra Bradley~~
~~19 Meadow Wood Dr.~~
~~Coto de Caza, CA 92679~~

WHEN RECORDED RETURN TO:

~~same as above~~

*(space above this line for Recorder's use)*

## ASSIGNMENT OF CONDOMINIUM SUBLEASE

*For no consideration, receipt of which is hereby acknowledged, the undersigned, SANDRA L. BRADLEY, as Trustee of the Sandra L. Bradley Trust, hereby transfers and assigns to JAMIE L. GALLIAN, a single woman, all right, title and interest of the undersigned as Tenant, in and under that certain Condominium Sublease dated August 1, 1980, by and between ROBERT P. WARMINGTON, and individual, as Landlord, which interest was subsequently assigned to BS INVESTORS, LLC, by mesne assignments of record, and JOHN F. TURNER AND VIRGINIA H. TURNER, HUSBAND AND WIFE AS JOINT TENANTS as Tenant, recorded on November 7, 1980 in Book 13824, Page 1274 inclusive, as Instrument No. 8694 of Official Records of Orange County, California, as amended by the First Amendment to Condominium Sublease recorded on August, 2003 as Instrument No. 2003 001044770. The property that is the subject of the Sublease is described as follows:*

Unit 53 of Tract 10542. Legal Description contained on Exhibit "A" attached hereto and made a part hereof.
TOGETHER WITH all buildings and other improvements on said land.

NO CONSIDERATION – TERM OF LEASE LESS THAN 99 YEARS

Dated: 3/22/2017

_____
Assignor, SANDRA L. BRADLEY
Trustee of the Sandra L. Bradley Trust

1

Branch :A14,User :2004                    Comment:                              Station Id :M3Y7

B0432-9246 09/24/2021 11:20 PM Received by California Secretary of State

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF ORANGE

On _3/22/2017_____, before me, HENRY J. COOPERSMITH, a Notary Public in and for said State personally appeared SANDRA L. BRADLEY, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

HENRY J. COOPERSMITH
COMM. # 2054619
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
COMM. EXPIRES FEB. 6, 2018

2

001134                          EXHIBIT 15, PAGE 339

Branch :A14,User :2004                    Comment:                              Station Id :M3Y7

B0432-9247  09/24/2021  11:20  PM  Received by California Secretary of State

# EXHIBIT "A"
## DESCRIPTION

der No: 985040290

PARCEL 1:

UNIT 53, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN AND DEFINED ON THAT CERTAIN CONDOMINIUM PLAN ("THE CONDOMINIUM PLAN"), RECORDED OCTOBER 18, 1979 IN BOOK 13358 PAGE 1193, ET SEQ., OFFICIAL RECORDS.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHE HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 500 FEET WITHOUT ANY RIGHT TO ENTER UPON THE SURFACE OR THE SUBSURFACE OF SAID LAND ABOVE A DEPTH OF 500 FEET, AS PROVIDED IN INSTRUMENTS OF RECORD.

PARCEL 2:

AN UNDIVIDED 1/80TH INTEREST IN AND TO LOTS 1 AND 2 OF TRACT NO. 10542, IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 456 PAGES 49 AND 50 OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY TOGETHER WITH THOSE PORTIONS OF THE COMMON AREA AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN, CONSISTING OF BUILDINGS AND OTHER IMPROVEMENTS.

EXCEPTING THEREFROM CONDOMINIUM UNITS 1 THROUGH 80 INCLUSIVE, LOCATED THEREON.

PARCEL 3:

AN EXCLUSIVE EASEMENT FOR THE USE AND OCCUPANCY OF THOSE PORTIONS OF RESTRICTED COMMON AREA AS DEFINED ON THE CONDOMINIUM PLAN FOR ENTRY AND STAIRCASES AND ATTIC SPACE RELATING TO SAID UNIT.

PARCEL 4:

NON-EXCLUSIVE EASEMENT AND RIGHT TO USE THOSE PORTIONS OF THE COMMON AREA AS DEFINED ON THE CONDOMINIUM PLAN, EXCEPT RESTRICTED COMMON AREA.

RECORDING REQUESTED BY:

~~Sandra Bradley~~   *Jamie L Gallian*
~~19 Meadow Wood Dr.~~   *4476 Aderport Bad*
~~Coto de Caza, CA 92679~~   *Huntington Bch*
   *CA 92649*

WHEN RECORDED RETURN TO:

~~same as above~~ *Jamie Gallian*
   *4476 Aderport*
   *Huntington Beach, CA*
   *92649*

(space above this line for Recorder's use)

## ACCEPTANCE AND AGREEMENT

The undersigned Assignee named in the foregoing Assignment hereby accepts said Assignment and hereby agrees with and for the benefit of the Landlord, under the Sublease described in said Assignment, to keep, perform and be bound by all of the terms, covenants and conditions contained in said Sublease as amended by the First Amendment to the Condominium Sublease on the part of the Tenant therein to be kept and performed, to all intents and purposes as though the undersigned Assignee was the original Tenant thereunder. Assignee agrees to pay Landlord a late fee equal to 6% of any rent or other payment due under the Sublease which is not received by Landlord within ten (10) days of its due date. Said late fee is in addition to the interest due on unpaid installment indebtedness of 10% as provided in Article 17(A) of the Condominium Sublease. The undersigned Assignee agrees to pay attorneys fees and cost incurred by Landlord to collect rent or other payment under the Sublease or to otherwise enforce Landlord's rights under the Sublease.

Dated: *3/22/17*

Assignee, JAMIE L. GALLIAN

B0432-9248  09/24/2021  11:20 PM Received by California Secretary of State

Branch :A14,User :2004                    Comment:                           Station Id :M3Y7

B0432-9249  09/24/2021  11:20 PM  Received by California Secretary of State

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF ORANGE

On 3/23/2017 _____, before me, _Henry J Coopersmith_ a Notary Public in and for said State personally appeared JAMIE L. GALLIAN, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

*I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.*

*WITNESS my hand and official seal.*

Signature _____

HENRY J. COOPERSMITH
COMM. # 2054619
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
COMM. EXPIRES FEB. 6, 2018

2

ORANGE,CA
Document: AL 2017.116815

Page 6 of 6

Printed on 11/26/2019 9:02:05 AM

Page 154 of 214

001137          EXHIBIT 15, PAGE 342

B0432-9250 09/24/2021 11:20 PM Received by California Secretary of State



001138          EXHIBIT 15, PAGE 343



**HOA - Oct. 2018**

11125 Knott Avenue, Suite E

Huntington Beach Gables Homeowners Association
Elite Management Community

Property Address: 4476 Alder Port Drive #53, Huntington Beach

An escrow has been opened in our office for the transfer of the above referenced property. Please furnish the following information in connection with the Homeowner's Association affecting the property:

Amount of Dues $_____ Payable: ( ) Monthly ( ) Quarterly ( ) Yearly

Dues are currently paid to _____ Next Due Date _____

Make checks for Dues payable to: _____

Transfer Fee of $_____ Payable to:

Other Fees, if an

Special Assessm

12 months of min
Association litigati

If there is a blanke

INSURANCE AGE

ADDRESS: _____

Please complete, s

FORM COMPLETE

We appreciate you

Sincerely,

Cheryl L. Shoats
Escrow Officer/Manager
Email:

Mailed     10/22/18 by FedEx - Response 1 day business Rush Rd.
                                              $120.00

MONEYGRAM PAYMENT SYSTEMS, INC. DRAWER
P.O. BOX 9476
MINNEAPOLIS, MN 55480
www.moneygram.com/moneyorder DATE/AMOUNT

RECEIPT
RECIBO

Gables HOA + L. Chg

R 1081 15554811   EMPLOYEE
                                715 (12/12) 700/14000
                                M 79524-Y

Valid Money Order includes: 1. Heat sensitive, red stop sign AND 2. Contains a True Watermark hold up to light to view.

**MoneyGram.**   INTERNATIONAL MONEY ORDER   75-1616/919

To Validate: Touch the stop sign, then watch it fade and reappear

PAY TO THE
ORDER OF:/
PAGAR A LA   Gables Homeowners Assoc.
ORDEN DE:   IMPORTANT - SEE BACK BEFORE CASHING

Jamie Gallian

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ADDRESS:/
DIRECCIÓN:   4476 AlderPortDr. HB 92649

Payable Through          ISSUER/DRAWER:
Citizens Alliance Bank    MONEYGRAM PAYMENT SYSTEMS, INC.
Clara City, MN

Oct 2018 +10.00 L. Chg.

PAY EXACTLY   THREE HUNDRED TWENTY-SIX DOLLARS 00 CENTS

⑈091916187⑈1081  155548⑈⑈ 90

B0432-9252 09/24/2021 11:20 PM Received by California Secretary of State

## FedEx

**Sender Information /**
Información del remitente

Name / Nombre: Eminence Escrow Inc Inc-Sharab

Address / Dirección: c/o Jamie Grillen
11135 Knott Ave # E
Cypress, CA 90630

Phone Number / Teléfono: 714-604-1057
L

Email / Correo Electrónico:
Cheryl@eminenceescrow.com

Account number, if applicable / Número de cuenta:

---

**Recipient Information /**
Información del destinatario

Name / Nombre: Elite Management

Address / Dirección: 38760 Sky Canyon Dr. Ste C
Murrieta, CA 92563

Phone Number / Teléfono: 888-354-8322

Email / Correo Electrónico:
Linn@Elite Management.com

© 2016 FedEx. All rights reserved. 616.MKS7001          0023186PM

---

## FedEx Office.

Address:          15901 GOLDENWEST ST
                  HUNTINGTON BEACH
                  CA 92647

Location:         JLBKK
Device ID:        -BTCU2
Transaction:      920211562797

FedEx Priority Overnight
783380840B/2    0.2 lbs. (S)
Declared Value    100                    6.54

Recipient Address:
Linn Joslyn/ Jessica
ELITE MANAGEMENT
38760 SKY CANYON DR
STE C
MURRIETA, CA 92563
8883548322
linnelitemanagement.com

Scheduled Delivery Date 10/23/2018

Pricing option:
STANDARD RATE

Package Information:

001140          EXHIBIT 15, PAGE 345

Branch :A14,User :2004                    Comment:                                    Station Id :M3Y7

**RECORDING REQUESTED BY:**

**Mr. Randy Nickel**
**4476 Alderport Drive**
**Huntington Beach, CA 92649**

**MAIL TAX STATEMENTS TO:**

**Mr. Randy Nickel**
**4476 Alderport Drive.**
**Huntington Beach, CA 92649**

*Lease from Present to 2059*

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

96.00

2018000395579 2:35 pm 10/31/18
227 415 A34   5
0.00 0.00 0.00 0.00 12.00 0.00 0.000.0075.00 3.00

TITLE OF DOCUMENT:        **ASSIGNMENT OF CONDOMINIUM SUBLEASE**

B0432-9253 09/24/2021 11:20 PM Received by California Secretary of State

Branch :A14,User :2004                 Comment:                              Station Id :M3Y7

B0432-9254 09/24/2021 11:20 PM Received by California Secretary of State

**WHEN RECORDED MAIL TO:**
(Assignee's Name & Address)
**MR. RANDALL L. NICKEL**
**4476 ALDERPORT DRIVE**
**HUNTINGTON BEACH, CA 92649**

**Mail tax statements to:**
**MR. RANDALL L NICKEL**
**4476 ALDERPORT DRIVE**
**HUNTINGTON BEACH, CA 92649**

(Space Above this Line for Recorder's Use)

## ASSIGNMENT OF GROUND LEASE & CONDOMINIUM SUBLEASE

No Consideration. Term of Lease Less Than 99 years.

**WHEREAS**
**HOUSER BROS. CO., a limited partnership, as Landlord and ROBERT P. WARMINGTON, as** Tenant, entered into that certain **GROUND LEASE** also known as the **MASTER LEASE dated October 19, 1979**, a Short Form Memorandum recorded in the Office of the Orange County, California Clerk Recorder in Book 13424, Page 499 inclusive.

**WHEREAS**
**HOUSER BROS. CO., a limited partnership, as Landlord and ROBERT P. WARMINGTON, as** Tenant, entered into a **PARTIAL CANCELLATION OF MASTER LEASE dated November 7, 1980** for that certain **MASTER LEASE dated October 19, 1979**; recorded in the Office of the Orange County, California Clerk Recorder in Book 13424, Pg(s) 1253-1255, **Instrument No. 8691.

**WHEREAS**
**HOUSER BROS. CO., a limited partnership, as Landlord and ROBERT P. WARMINGTON, as** Tenant, entered into that certain **SUBLEASE** dated October 19, 1979, a Short Form Memorandum recorded in the Office of the Orange County, California Clerk Recorder in Book 13424, Page 504, inclusive, with respect to those portions of Lots 1 and 2 of Tract No. 10542 in the City of Huntington Beach, California as shown on Miscellaneous Map(s) recorded in Book 456, Page(s) 49 and 50, in the Office of the Orange County, California Clerk Recorder.

**WHEREAS**
**HOUSER BROS. CO., a limited partnership, as Landlord and ROBERT P. WARMINGTON, as** Tenant, entered into a **PARTIAL CANCELLATION OF SUBLEASE** dated October 19, 1979; for that certain SUBLEASE dated November 7, 1980, a Short Form Memorandum recorded in the Office of the Orange County, California Clerk Recorder in Book 13824, Pg(s) 1256-1258, with respect to those portions of Lots 1 and 2 of Tract No. 10542 in the City of Huntington Beach, California recorded in Book 456, Page(s) 49 and 50 of Miscellaneous Maps, in the Office of the Orange County, California Clerk Recorder, **Instrument No. 8692;

**WHEREAS**
For valuable consideration, receipt of which is hereby acknowledged, the undersigned **JAMIEL GALLIAN**, hereby transfers and assigns to **RANDALL L NICKEL, a married man, as his sole and separate property** all right, title and interest of the undersigned, as Tenant, in and under that certain **MASTER LEASE/ Ground Lease, dated November 7, 1980**, recorded in the Office of the Orange County, California Clerk Recorder in Book 13824, Pg(s) 1259-1273, **Instrument No. 8693;

1

ORANGE,CA                          Page 2 of 5                    Printed on 11/26/2019 9:02:05 AM
Document: AL 2018.395579

**001142**            EXHIBIT 15, PAGE 347

**JAMIE L GALLIAN**, hereby transfers and assigns to **RANDALL L NICKEL, a married man, as his sole and separate property**, all right, title and interest of the undersigned, as Tenant, in and under that certain **CONDOMINIUM SUBLEASE, dated August 1, 1980**, by and between ROBERT P. WARMINGTON, as Landlord, and JOHN F. TURNER AND VIRGINIA H. TURNER, HUSBAND AND WIFE AS JOINT TENANT, recorded on November 7, 1980, Office of the Orange County, California Clerk Recorder in Book 13824, Pg(s) 1274-1290, **Instrument No. 8694;

As amended by the **FIRST AMENDMENT TO CONDOMINIUM SUBLEASE** effective January 1, 2003, recorded in the Office of the Orange County, California Clerk Recorder as Document No. 2003-001044770 on August 28, 2003.

**JAMIE L GALLIAN**, hereby transfers and assigns to **RANDALL L NICKEL, a married man, as his sole and separate property** all right, title and interest of the undersigned, as Tenant, in and under that certain **CONVEYANCE OF REMAINDER INTEREST, dated November 7, 1980**, recorded in the Office of the Orange County, California Clerk Recorder in Book 13824, Pg(s) 1291-1293, **Instrument No. 8695;

**JAMIE L GALLIAN**, hereby transfers and assigns to **RANDALL L NICKEL, a married man, as his sole and separate property**, all right, title and interest of the undersigned, as Tenant, in and under that certain **CONDOMINIUM SUBLEASE (SHORT FORM – MEMORANDUM AND GRANT DEED, dated November 7, 1980**, recorded in the Office of the Orange County, California Clerk Recorder in Book 13824, Pg(s) 1294-1298, **Instrument No. 8696.

DATED: _10/31/18_                    _____
                                     ASSIGNOR JAMIE L GALLIAN

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF ORANGE

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On _10/31/2018_____, before me, _Paul Dyer, Notary Public_
Personally appeared _Jamie L Gallian_____

Who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

PAUL DYER
Notary Public - California
Riverside County
Commission # 2211938
My Comm. Expires Aug 28, 2021

_____                    (This space for Notary Seal)
Signature of Notary Public

2

B0432-9255 09/24/2021 11:20 PM Received by California Secretary of State

B0432-9256 09/24/2021 11:20 PM Received by California Secretary of State

## ASSIGNMENT OF CONDOMINIUM SUBLEASE
### ACCEPTANCE AND AGREEMENT

The undersigned Assignee named in the foregoing Assignment hereby Accepts said Assignment and hereby agrees with for the benefit of the Master Lessor, Sublessor/Landlord, Tenant and under the Original Condominium Sublease commonly referred to throughout this document as "Condominium Sublease", described in said Assignment, to keep, perform and be bound by all the terms, covenants and conditions contained in said Condominium Sublease and as amended by the First Amendment to Condominium Sublease on the part of the Master Lessor, Sublessor/Landlord and Condominium Sublease Tenant therein to be kept and performed, to all intents and purposes as though the undersigned Assignee was the Original Condominium Sublease Tenant there under.

Assignee agrees to pay Sublessor/Landlord a late fee equal to 6% of any rent or other payment due under the Condominium Sublease, which is not received by Sublessor/Landlord within ten (10) days of its due date. Said late fee is in addition to the interest due on unpaid installment indebtedness of 10% as provided in Article 17(A) of the Condominium Sublease. The undersigned Assignee agrees to pay attorneys fees and costs incurred by Landlord to collect rent or other payment under the Condominium Sublease or to otherwise enforce Sublessor/Landlord rights under the Condominium Sublease.

DATED: _10·31·18_            _Randall L Nickel_
                             **ASSIGNEE RANDALL L NICKEL**

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF ORANGE

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On _10/31/18_ before me, _Paul Dyer, Notary Public_
Personally appeared _Randall L Nickel_

Who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

PAUL DYER
Notary Public – California
Riverside County
Commission # 2211938
My Comm. Expires Aug 28, 2021

_____        (This space for Notary Seal)
Signature of Notary Public

3

B0432-9257 09/24/2021 11:20 PM Received by California Secretary of State

## EXHIBIT A (LEGAL)

The estate or interest in the land described:

A Ground leasehold and Condominium Sublease hold estate as to Parcels 1 and 2, said estate being more particularly described as the Lessees' interest under that certain Ground Lease set forth in subparagraph (A) herein below:

(A)      That certain Ground Lease dated August 1, 1980, executed by Houser Bros. Co, A Limited Partnership organized under the Laws of the State of California, in which Clifford C. Houser and Vernon F. Houser constitute the sole General Partners, as Landlord, and by Robert P. Warmington, as Tenant, for the term ending December 31, 2059. Upon the Terms, Covenants and Conditions therein contained, recorded as follows in Official Records of said Orange County:  **Book 13824 Page 1259-1273**
     **APN: 937-63-053, Unit 53.**

(B)      That certain Condominium Sublease dated August 1, 1980, executed by Robert P. Warmington, as Sublessor and John F. Turner and Virginia H. Turner (Original Sublessee) for the term ending December 31, 2059. Upon the Terms, Covenants and Conditions therein contained, recorded as follows in Official Records of said Orange County: **Book 13824 Page 1274-1290**
     **APN: 937-63-053, Unit 53.**

All that certain land interest situated in the State of California, County of Orange and is described as follows:

Parcel    1:
Unit 53 as shown and defined on a Condominium Plan (the **"Condominium Plan"**) recorded in Book 13358 Page(s) 1193, et seq., Official Records of Orange County, California, excepting that portion consisting of buildings and other improvements;

Parcel    2:
An undivided one-eightieth (1/80th) interest as Tenants in Common in the Common Area of Lots 1 and 2 Tract No. 10542, in the City of Huntington Beach, County of Orange, State of California as shown on a map recorded in Book 456, Page(s) 49 and 50 of Miscellaneous Map, records of Orange County, California, as shown on the Condominium Plan, excepting that portion consisting of buildings and other improvements.

Except there from all minerals, oil, gas and other hydrocarbon substances lying below a depth of 500 feet below the surface of said Land without the right of surface entry above the depth of 500 feet from the surface, as reserved in deeds of record.

Parcel    3:
Those portions of Unit 53, building 14, inclusive, as shown and defined on the Condominium Plan, Consisting of buildings and other improvements.

Parcel    4:
An undivided one-eightieth (1/80th) interest as Tenants in Common, in and to those portions of the Common Area as shown and defined on the Condominium Plan, consisting of buildings or other improvements.

Parcel    5:
An easement for the exclusive use and occupancy of those portions of the restricted Common Area, as defined on said Condominium Plan for ground level entry, courtyard entry, staircases, garages, and attic space relating to said units.

Parcel    6:
A non-exclusive easement and right to use the Common Area as defined on said Condominium Plan, except the restricted Common Area(s).

4

Branch :A14,User :2004                          Comment:                                    Station Id :M3Y7



BK 13362 PG 317

RECORDING REQUESTED BY AND
WHEN RECORDED RETURN TO:

The Robert P. Warmington Co.
16592 Hale Avenue
Irvine, California 92714          $5.00

32442

RECORDED AT REQUEST OF
1989 AMER TITLE INS. CO.
IN OFFICIAL RECORDS OF
ORANGE COUNTY, CALIFORNIA

8:00 A.M. OCT 22 1979

LEE A. BRANCH, County Recorder

Space Above This Line for Recorder's Use Only

GROUND SUBLEASE
(SHORT FORM-MEMORANDUM)

THIS GROUND SUBLEASE (SHORT FORM-MEMORANDUM) is made this
19th day of October, 1979, by and between ROBERT P.
WARMINGTON (hereinafter "Landlord") and THE ROBERT P. WARMINGTON CO.,
a California Corporation (hereinafter "Tenant"), upon the following
terms and conditions:

W I T N E S S E T H :

1. Landlord leases to Tenant that certain real property
(the "leased land") located in the City of Huntington Beach, County of
Orange, State of California, which leased land is described on
Exhibit "A" attached hereto and made a part thereof, at the rental and
upon all of the terms and conditions set forth in that certain unrecorded
Ground Sublease of even date between Landlord and Tenant which is
incorporated herein by this reference.

2. The property is leased for a term of eighty (80) years,
commencing as of October 19, 1979 and ending
October 18, 2059. The aforementioned incorporated Ground Sublease
provides, among other things, that it shall terminate as to the real
property covered by a Consumer Sublease (as defined in said incorporated
Ground Sublease) upon the commencement of the term of such Consumer
Sublease.

3. The aforementioned incorporated Ground Sublease provides,
among other things, that the Tenant shall pay all taxes, general and
special assessments and other charges which, during the term of this
lease, may be levied upon or assessed against the leased land and all
interests therein.

4. The aforementioned incorporated Ground Sublease also
provides, among other things, that Tenant shall not encumber, assign or
otherwise transfer said Sublease, or sublet the whole or any part of
the leased land without the prior written consent and approval of
Landlord, except as otherwise expressly permitted in said incorporated
Ground Sublease.

5. Landlord hereby irrevocably makes, constitutes and
appoints Tenant as Landlord's true and lawful attorney for him and
in his name, place and stead and for his use and benefit to exercise
any or all of the following powers as to the leased land, any interest
therein and/or any building or other improvement thereon: To undertake
any and all construction activities on or in connection with the leased
land and to execute on behalf of Landlord if Landlord has not executed
the same, as provided within the time period set forth in said
incorporated Ground Sublease, any map, permit, application, survey,
report, approval, easement deed or other documents as are necessary or
convenient to obtain the required approvals, permits or other action of
the City of Huntington Beach, the County of Orange, California, and

B0432-9258  09/24/2021 11:20 PM Received by California Secretary of State

Branch :A14,User :2004                    Comment:                              Station Id :M3Y7

B0432-9259  09/24/2021  11:20 PM Received by California Secretary of State

BK 13362 PG 318

other governmental and quasi governmental authorities, including public utilities, for the development of the leased land in the manner contemplated by said incorporated Ground Sublease; giving and granting unto his said attorney full power and authority to do and perform all and every act and thing whatsoever requisite, necessary or appropriate to be done in and about the leased land as fully to all intents and purposes as he might or could do if personally present, hereby ratifying all that his said attorney shall lawfully do or cause to be done by virtue of these presents. It is expressly agreed and understood that the foregoing power of attorney is coupled with an interest.

6. Should there be any inconsistency between the terms of this instrument and the Ground Sublease incorporated herein, the terms of said incorporated Ground Sublease shall prevail.

IN WITNESS WHEREOF, each of the parties hereto has caused this Short Form Memorandum of Ground Sublease to be duly executed as of the day and year first above written.

LANDLORD:

_____
Robert P. Warmington

TENANT:

The Robert P. Warmington Co.,
a California Corporation

By _____
   Roger D. Darnell
   Vice President

STATE OF CALIFORNIA )
                    ) ss:
COUNTY OF ORANGE    )

On   October 19   , 1979, before me, the undersigned, a Notary Public in and for said State, personally appeared ROBERT P. WARMINGTON known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same.
WITNESS my hand and official seal.

[SEAL: OFFICIAL SEAL / PEARL L. HUNT / NOTARY PUBLIC-CALIFORNIA / ORANGE COUNTY / My Commission Expires May 25, 1982]

_____
Pearl L. Hunt

STATE OF CALIFORNIA )
                    ) ss:
COUNTY OF ORANGE    )

On   October 19   , 1979, before me, the undersigned, a Notary Public in and for said State, personally appeared ROGER D. DARNELL, known to me to be the Vice President of the Corporation that executed the within instrument, and known to me to be the person who executed the within instrument on behalf of the Corporation therein named, and acknowledged to me that such Corporation executed the within instrument pursuant to its by-laws or a resolution of its Board of Directors.
WITNESS my hand and official seal.

[SEAL: OFFICIAL SEAL / PEARL L. HUNT / NOTARY PUBLIC-CALIFORNIA / ORANGE COUNTY / My Commission Expires May 25, 1982]

[SEAL: OFFICIAL SEAL / PEARL L. HUNT / NOTARY PUBLIC-CALIFORNIA / ORANGE COUNTY / My Commission Expires May 25, 1982]

_____
Pearl L. Hunt

-2-

Branch :A14,User :2004                    Comment:                                    Station Id :M3Y7

B0432-9260 09/24/2021 11:20 PM Received by California Secretary of State



BK 13362 PG 319

EXHIBIT "A"

PARCEL A:   Parcel 1 as per Parcel Map recorded in
            Book 108, Pages 47 and 48, inclusive,
            Official Records of Orange County,
            California.

            EXCEPTING and reserving a non-exclusive
            easement for ingress and egress within
            and upon the Westerly 30.00 feet there-
            of appurtenant to Parcel 2 as Per Map
            recorded in Book 108, Pages 47 and 48,
            inclusive, Official Records of Orange
            County, California within the private
            street known as "Monterey Lane".

PARCEL B:   A non-exclusive easement for ingress
            and egress within and upon an area 30.00
            feet in width within the private street
            known as "Monterey Lane", within Parcel
            2 as per Map recorded in Book 108, Pages
            47 and 48, inclusive, Official Records of
            Orange County, California,the Easterly
            boundary of which shall be Co-Terminus
            with the Westerly boundary of said Parcel
            1.

EXHIBIT "A"

RECORDED I

001148        EXHIBIT 15, PAGE 353

Branch :A14,User :2004                    Comment:                              Station Id :M3Y7

B0432-9261  09/24/2021  11:20  PM  Received by California Secretary of State

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:          8348          BK 13362 PG  320

The Robert P. Warmington Co.       32443
16902 Hale Avenue
Irvine, California 92714           $6.00          BK 13424 PG  499
Attention: Roger D. Darnell.

                                   $7.00          RECORDED AT REQUEST OF
                                   C1             FIRST AMER. TITLE INS. CO.
                                                  IN OFFICIAL RECORDS OF
                                                  ORANGE COUNTY, CALIFORNIA
                                                  8:01 AM OCT 22 1979
                                                  LEE A. BRANCH, County Recorder

        (Space above line for Recorder's use only)

                                                  RECORDING REQUESTED BY
                                                  FIRST AMERICAN TITLE INS. CO.
                  GROUND LEASE                    RECORDED IN OFFICIAL RECORDS
                                                  OF ORANGE COUNTY, CALIFORNIA
            (SHORT FORM - MEMORANDUM)      3:48 PM DEC  6 1979

                                                  LEE A. BRANCH, County Recorder

       THIS GROUND LEASE (SHORT FORM - MEMORANDUM) is made
this 19th day of   October  , 1979, by and between
HOUSER BROS. CO., a limited partnership, organized and
existing under the laws of the State of California (herein-
after "Landlord"), and ROBERT P. WARMINGTON, a married man
(hereinafter "Tenant"), upon the following terms and con-
ditions:

                  W I T N E S S E T H:

       1.   Landlord leases to Tenant that certain real prop-
erty (the "Leased Land") located in the City of Huntington
Beach, County of Orange, State of California, which leased
land is described in Exhibit A attached hereto and made a
part hereof, at the rental and upon all the terms and condi-
tions set forth in that certain unrecorded ground lease of
even date between Landlord and Tenant which is incorporated
herein by this reference.

       2.   The property is leased for a term of eighty (80)
years, commencing as of the date first above written and
continuing until the anniversary of the eightieth (80th)
year thereafter.  The aforementioned incorporated ground
lease provides, among other things, that it shall terminate,
as to the real property covered by a Residential Lease (as
defined in said incorporated ground lease) upon the com-
mencement of the term of such Residential Lease, but not as
to the real property covered by a Consumer Sublease or
Affiliate Sublease (as defined in said incorporated ground
lease).

       3.   The aforementioned incorporated ground lease pro-
vides, among other things, that the Tenant shall pay the
taxes, general and special assessments and other charges
which, during the term of this lease, may be levied upon or
assessed against the leased land and all interests therein.

       4.   The aforementioned incorporated ground lease al-
so provides, among other things, that Tenant shall not en-
cumber, assign or otherwise transfer said lease, or sublet
the whole or any part of the leased land without the prior
written consent and approval of Landlord, except as other-
wise expressly permitted in said incorporated ground lease.

                                                               Page 166 of 214

                  001149            EXHIBIT 15, PAGE 354

Branch :A14,User :2004                    Comment:                              Station Id :M3Y7

B0432-9262  09/24/2021  11:20 PM Received by California Secretary of State



BK 13362 PG 321
BK 13424 PG 500

5.   Landlord hereby irrevocably makes, constitutes and appoints Tenant as Landlord's true and lawful attorney for it and in its name, place and stead and for its use and benefit to exercise any/or all of the following powers as to the leased land, any interest therein and/or any building or other improvement thereon: To undertake any and all construction activities on or in connection with the leased land and to execute on behalf of Landlord if Landlord has not executed the same, as provided and within the time period set forth in said incorporated ground lease, any map, permit, application, survey, report, approval, easement deed or other documents as are necessary or convenient to obtain the required approvals, permits or other action of the City of Huntington Beach, the County of Orange, California, and other governmental and other quasi governmental authorities, including public utilities, for the development of the leased land in the manner contemplated by said incorporated ground lease, giving and granting unto its said attorney full power and authority to do and perform all and every act and thing whatsoever requisite, necessary or appropriate to be done in and about the leased land as fully to all intents and purposes as it might or could do if personally present, hereby ratifying all that its said attorney shall lawfully do or cause to be done by virtue of these presents.  It is expressly agreed and understood that the foregoing power of attorney is coupled with an interest.

6.   Should there be any inconsistency between the terms of this instrument and the ground lease incorporated herein, the terms of said incorporated ground lease shall prevail.

IN WITNESS WHEREOF, each of the parties hereto has caused this Short Form - Memorandum of Lease to be duly executed as of the day and year first above written.

HOUSER BROS. CO., a California limited partnership by its general partners

By _____
   Clifford C. Houser,
   General Partner

By _____
   Vernon F. Houser,
   General Partner

                                    "Landlord"

_____
Robert P. Warmington

                                    "Tenant"

-2-

Branch :A14,User :2004 — Comment: — Station Id :M3Y7

B0432-9263  09/24/2021  11:20 PM  Received by California Secretary of State



BK 13362 PG 322

BK 13424 PG 501

EXHIBIT "A"

PARCEL A:  Tract No. 10542, as shown on a Map recorded in book 456, pages 49 and 50 of Miscellaneous Maps, records of Orange County, California.

EXCEPTING and reserving a non-exclusive easement for ingress and egress within and upon the Westerly 30.00 feet thereof appurtenant to Parcel 2 as Per Map recorded in Book 108, Pages 47 and 48, inclusive, Official Records of Orange County, California within the private street known as "Monterey Lane".

PARCEL B:  A non-exclusive easement for ingress and egress within and upon an area 30.00 feet in width within the private street known as "Monterey Lane", within Parcel 2 as per Map recorded in Book 108, Pages 47 and 48, inclusive, Official Records of Orange County, California the Easterly boundary of which shall be Co-Terminus with the Westerly boundary of said Parcel 1.

**THIS DOCUMENT IS RE-RECORDED TO CORRECT THE LEGAL DESCRIPTION OF PARCEL A.

EXHIBIT "A"

001151          EXHIBIT 15, PAGE 356

Branch :A14,User :2004                    Comment:                              Station Id :M3Y7

B0432-9264  09/24/2021  11:20 PM  Received by California Secretary of State



Branch :A14,User :2004                    Comment:                    Station Id :M3Y7



BK 13424 PG 503

STATE OF CALIFORNIA
COUNTY OF Orange
On _____ before me, the undersigned, a Notary Public in and for
said State, personally appeared
Clifford G. Houser and Vernon F. Houser,

known to me to be all of the partners of the partnership
that executed the within instrument and acknowledged to me that
such partnership executed the same.

WITNESS my hand and official seal.

Signature _Terry K. Hoffman_
          KERRY K. HOFFMAN
        (Name (Typed or Printed)

OFFICIAL SEAL
KERRY K. HOFFMAN
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Commission Expires Oct. 23, 1982

STATE OF CALIFORNIA
COUNTY OF Orange
On December 6, 1979 before me, the undersigned, a Notary Public in and for
said State, personally appeared
Robert P. Warmington

known to me to be the person whose name is
subscribed to the within instrument, and acknowledged to me
that he executed the same.

WITNESS my hand and official seal.

Signature _Pearl L. Hunt_
          PEARL L. HUNT
        (Name (Typed or Printed)

OFFICIAL SEAL
PEARL L. HUNT
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Commission Expires Mar 25, 1983

B0432-9265  09/24/2021  11:20 PM Received by California Secretary of State

Branch :A14,User :2004                    Comment:                              Station Id :M3Y7

B0432-9266  09/24/2021  11:20 PM Received by California Secretary of State

RECORDING REQUESTED BY AND
WHEN RECORDED RETURN TO:

The Robert P. Warmington Co.
16592 Hale Avenue
Irvine, California  92714

8347
32442

$5.00

$6.00
Q1

BK 13362 PG 317
BK 13424 PG 504

RECORDED AT REQUEST OF
FIRST AMER TITLE INS CO.
IN OFFICIAL RECORDS OF
ORANGE COUNTY, CALIFORNIA

8:01 A.M. OCT 22 1979

LEE A. BRANCH, County Recorder

Space Above This Line for Recorder's Use Only

RECORDING REQUESTED BY
FIRST AMERICAN TITLE INS. CO.

GROUND SUBLEASE
(SHORT FORM—MEMORANDUM)

RECORDED IN OFFICIAL RECORDS
OF ORANGE COUNTY CALIFORNIA

-3 25 PM DEC  6 1979

LEE A. BRANCH, County Recorder

THIS GROUND SUBLEASE (SHORT FORM—MEMORANDUM) is made this
19th  day of  October , 1979, by and between ROBERT H.
WARMINGTON (hereinafter "Landlord") and THE ROBERT P. WARMINGTON CO.,
a California Corporation (hereinafter "Tenant"), upon the following
terms and conditions:

W I T N E S S E T H :

1.   Landlord leases to Tenant that certain real property
(the "Leased Land") located in the City of Huntington Beach, County of
Orange, State of California, which leased land is described on
Exhibit "A" attached hereto and made a part hereof, at the rental and
upon all of the terms and conditions set forth in that certain unrecorded
Ground Sublease of even date between Landlord and Tenant which is
incorporated herein by this reference.

2.   The Property is leased for a term of eighty (80) years,
commencing as of _____ October 19 _____, 19 79 and ending
_ October 18 __, 2059__.  The aforementioned incorporated Ground Sublease
provides, among other things, that it shall terminate as to the real
property covered by a Consumer Sublease (as defined in said incorporated
Ground Sublease) upon the commencement of the term of such Consumer
Sublease.

3.   The aforementioned incorporated Ground Sublease provides,
among other things, that the Tenant shall pay all taxes, general and
special assessments and other charges which, during the term of this
lease, may be levied upon or assessed against the leased land and all
interests therein.

4.   The aforementioned incorporated Ground Sublease also
provides, among other things, that Tenant shall not encumber, assign or
otherwise transfer said Sublease, or sublet the whole or any part of
the leased land without the prior written consent and approval of
Landlord, except as otherwise expressly permitted in said incorporated
Ground Sublease.

5.   Landlord hereby irrevocably makes, constitutes and
appoints Tenant as Landlord's true and lawful attorney for him and
in his name, place and stead and for his use and benefit to exercise
any or all of the following powers as to the leased land, any interest
therein and/or any building or other improvement thereon: To undertake
any and all construction activities on or in connection with the leased
land and to execute on behalf of Landlord if Landlord has not executed
the same, as provided and within the time period set forth in said
incorporated Ground Sublease, any map, permit, application, survey,
report, approval, easement and other documents as are necessary or
convenient to obtain the required approvals, permits or other action of
the City of Huntington Beach, the County of Orange, California, and

Branch :A14,User :2004                     Comment:                          Station Id :M3Y7

B0432-9267 09/24/2021 11:20 PM Received by California Secretary of State



BK 13362 PG 318
BK 13424 PG 505

other governmental and quasi governmental authorities, including public
utilities, for the development of the leased land in the manner
contemplated by said incorporated Ground Sublease; giving and granting
unto his said attorney full power and authority to do and perform all
and every act and thing whatsoever requisite, necessary or appropriate
to be done in and about the leased land as fully to all intents and
purposes as he might or could do if personally present, hereby ratifying
all that his said attorney shall lawfully do or cause to be done by
virtue of these presents. It is expressly agreed and understood that
the foregoing power of attorney is coupled with an interest.

8.   Should there be any inconsistency between the terms of
this instrument and the Ground Sublease incorporated herein, the terms
of said incorporated Ground Sublease shall prevail.

IN WITNESS WHEREOF, each of the parties hereto has caused
this Short Form Memorandum of Ground Sublease to be duly executed as
of the day and year first above written.

LANDLORD:

Robert P. Warmington

TENANT:

The Robert P. Warmington Co.,
a California Corporation

By Roger D. Darnell
   Roger D. Darnell
   Vice President

STATE OF CALIFORNIA)
COUNTY OF ORANGE   ) ss:
        On  October 19,   1979, before me, the undersigned, a Notary
Public in and for said State, personally appeared ROBERT P. WARMINGTON
known to me to be the person whose name is subscribed to the within
instrument and acknowledged to me that he executed the same.
        WITNESS my hand and official seal.

                                        Pearl L. Hunt
                                        Pearl L. Hunt

[OFFICIAL SEAL
PEARL L. HUNT
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Commission Expires Mar 25, 1983]

STATE OF CALIFORNIA)
COUNTY OF ORANGE   ) ss:
        On  October 19,   1979, before me, the undersigned, a Notary
Public in and for said State, personally appeared ROGER D. DARNELL
known to me to be the Vice President of the Corporation that executed the
within instrument, and known to me to be the person who executed the within
instrument on behalf of the Corporation therein named, and acknowledged to
me that such Corporation executed the within instrument pursuant to its
by-laws or a resolution of its Board of Directors.
        WITNESS my hand and official seal.

                                        Pearl L. Hunt
                                        Pearl L. Hunt

[OFFICIAL SEAL
PEARL L. HUNT
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Commission Expires Mar 25, 1983]

[OFFICIAL SEAL
PEARL L. HUNT
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Commission Expires Mar 25, 1983]

-2-

001155                    EXHIBIT 15, PAGE 360

Branch :A14,User :2004                    Comment:                              Station Id :M3Y7

B0432-9268 09/24/2021 11:20 PM Received by California Secretary of State



Branch :A14,User :2004                    Comment:                         Station Id :M3Y7



BK 13424 PG 507

BK 13382 PG 319

EXHIBIT "A"

PARCEL A:   Tract No. 10542, as shown on a Map recorded
            in Book 456, pages 49 and 50 of Miscellaneous
            Maps, records of Orange County, California.

            EXCEPTING and reserving a non-exclusive
            easement for ingress and egress within
            and upon the Westerly 30.00 feet there-
            of appurtenant to Parcel 2 as per Map
            recorded in Book 108, Pages 47 and 48,
            inclusive, Official Records of Orange
            County, California within the private
            street known as "Monterey Lane".

PARCEL B:   A non-exclusive easement for ingress
            and egress within and upon an area 30.00
            feet in width within the private street
            known as "Monterey Lane", within Parcel
            2 as per Map recorded in Book 108, Pages
            47 and 48, inclusive, Official Records of
            Orange County, California the Easterly
            boundary of which shall be Co-Terminus
            with the Westerly boundary of said Parcel
            1.

**THIS DOCUMENT IS RE-RECORDED TO CORRECT THE LEGAL DESCRIPTION
OF PARCEL A.

EXHIBIT "A"

B0432-9269 09/24/2021 11:20 PM Received by California Secretary of State

B0432-9270 09/24/2021 11:20 PM Received by California Secretary of State

1 | Rian W. Jones, Bar No. 118830
rjones@epsten.com
2 | Joyce J. Kapsal, Bar No. 091950
jkapsal@epsten.com
3 | Pejman D. Kharrazian, Bar No. 279260
pkharrazian@epsten.com
4 | EPSTEN GRINNELL & HOWELL APC
10200 Willow Creek Road, Suite 100
5 | San Diego, California 92131
(858) 527-0111/ Fax (858) 527-1531
6 |
Attorneys for Plaintiff, THE HUNTINGTON
7 | BEACH GABLES HOMEOWNERS ASSOCIATION

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange
**11/07/2018** at 04:20:00 PM
Clerk of the Superior Court
By Sonya Wilson,Deputy Clerk

8 |       SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 |          COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

11 | THE HUNTINGTON BEACH GABLES | Case No. 30-2017-00913985-CU-CO-CJC
HOMEOWNERS ASSOCIATION, a California
12 | Nonprofit Mutual Benefit Corporation, | Judge: Hon. James L. Crandall, Dept.: C33

13 |                              Plaintiff, | **DECLARATION OF PEJMAN D.**
**KHARRAZIAN IN SUPPORT OF**
14 |                                        | **PLAINTIFF'S EX PARTE APPLICATION**
      v.                                  | **TO CONTINUE THE TRIAL**
15 |
      SANDRA L. BRADLEY, individually and | Hearing Date:  November 9, 2018
16 | as Trustee of the Sandra L. Bradley Trust; | Hearing Time: 8:30 a.m.
      JAMIE L. GALLIAN, an individual; and | Dept.: C33
17 | DOES 1 through 25, inclusive,
                                          | FAC Filed: May 16, 2017
18 |                              Defendants. | Trial Date: December 10, 2018

20 |       I, Pejman D. Kharrazian, declare:

21 |       1.      I am an attorney at law licensed to practice in the State of California, employed

22 | by the law firm of Epsten Grinnell & Howell, APC, attorneys of record for Plaintiff THE

23 | HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION ("Association").

24 |       2.      I have personal knowledge of the facts stated herein and could and would

25 | testify to said facts if sworn as a witness in these proceedings.

26 |       3.      Trial in this matter is currently set for December 10, 2018. The Court set this

27 | trial date at the hearing on Association's Motion to Enter Judgment Pursuant to the Terms of

28 | Stipulation for Settlement (under Code Civ. Proc. § 664.6) on July 19, 2018 because the

3695895v1

1

DECLARATION OF PEJMAN D. KHARRAZIAN IN SUPPORT OF THE HUNTINGTON BEACH GABLES
HOMEOWNERS ASSOCIATION'S EX PARTE APPLICATION TO CONTINUE THE TRIAL

B0432-9271 09/24/2021 11:20 PM Received by California Secretary of State

1  original trial date was vacated when it appeared the parties had settled.  No other trial

2  continuances have been sought or granted in this case.

3        4.     On November 1, 2018, the parties appeared in Court for a motion hearing. At

4  the hearing Ms. Gallian represented to the Court that she had sold her unit within the

5  Association.

6        5.     The Association began investigating the purported sale and on November 5,

7  2018, was able to obtain copies of the transfer documents for the unit from the County

8  Recorder's office.  A true and correct copy of an Assignment of Sublease purporting to

9  transfer the unit to Randall L. Nickel is attached hereto as **Exhibit A**.

10        6.     The Association has asked Ms. Gallian for proof that the buyer is a bona fide

11  purchaser for value but as of the signing of this Declaration has received no reply from her.

12        7.     The Association is concerned that this may be a fraudulent transfer to defraud

13  creditors because the Assignment of Sublease (Ex. A) was done very quickly *out of escrow*

14  and the document states it is a transfer for *no consideration*.

15        8.     The Association sits on leased land and the landlord, BS Investors LLC, has

16  filed and served an unlawful detainer action (Orange County Case No. 30-2018-01024401-

17  CU-UD-CJC) seeking to remove Ms. Gallian from her unit in the Association and terminate

18  her sublease.  The unlawful detainer action was filed on October 10, 2018, before the

19  purported sale of the unit by Ms. Gallian. A true and correct copy of the complaint in the

20  unlawful detainer action, without exhibits, and filed by BS Investors LLC is attached as

21  **Exhibit B** hereto.

22        9.     The sale of Ms. Gallian's unit and her departure from the community has been

23  the lynchpin of the settlement negotiations by the parties. Assuming the unit has been properly

24  sold or Ms. Gallian is evicted, the Association believes it can work with the new owner to

25  correct the violations that Ms. Gallian created during her ownership, thereby achieving its

26  litigation objective and eliminating the need for a trial.

27        10.    Ms. Gallian has not complied with the Court's order of September 27, 2018

28  (ROA #564) to supply verified responses, without objection, to four sets of written discovery.

3695895v1

B0432-9272  09/24/2021  11:20 PM Received by California Secretary of State

1    The Association will need to file further motions to compel her responses and seek further

2    sanctions against her, including terminating sanctions because of her willful refusal to comply

3    with this Court's orders.  Ms. Gallian has not paid the sanctions ordered either.

4         11.    Ms. Gallian's deposition was timely noticed for September 28, 2018.  Although

5    she appeared for her deposition, she unilaterally terminated it after 3 hours while questions

6    were pending.  To date, Ms. Gallian has refused to provide dates to complete her deposition.

7    The Association will need to file a motion to compel her deposition and seek further sanctions

8    against her, including terminating sanctions because of her willful refusals.

9         12.    On October 17, 2018, Ms. Gallian sent the Association a letter advising that she

10   plans to amend her cross-complaint against the Association.  A true and correct copy of Ms.

11   Gallian's undated letter without exhibits (received on October 17, 2018 by my firm) is attached

12   hereto as **Exhibit C**.

13        13.    A trial continuance is necessary to allow the Association time to file

14   terminating sanctions against her prior to the trial.  Further, in the event the Association is able

15   to confirm the sale of the subject unit was to a bona fide purchaser, and the purchaser agrees to

16   bring the unit into compliance with the governing documents, the Association will have met its

17   litigation objective without need of a lengthy trial.  Only a noticed motion to deem the

18   Association the prevailing party and for an award attorneys' fees and costs would be

19   necessary.

20        <u>DECLARATION REGARDING EX PARTE NOTICE TO DEFENDANT</u>

21        14.    On November 8, 2018, my office informed Defendant Jamie L. Gallian, by

22   email communication, of the Association's ex parte application.

23        I declare under penalty of perjury under the laws of the State of California that the

24   foregoing is true and correct.

25        Executed this ___7___ day of November, 2018, at San Diego, California.

26

27                                         Pejman D. Kharrazian

28

3

DECLARATION OF PEJMAN D. KHARRAZIAN IN SUPPORT OF THE HUNTINGTON BEACH GABLES
HOMEOWNERS ASSOCIATION'S EX PARTE APPLICATION TO CONTINUE THE TRIAL

3695895v1

B0432-9273  09/24/2021  11:20 PM  Received by California Secretary of State

**RECORDING REQUESTED BY:**

Mr. Randy Nickel
4476 Alderport Drive
Huntington Beach, CA 92649

**MAIL TAX STATEMENTS TO:**

Mr. Randy Nickel
4476 Alderport Drive.
Huntington Beach, CA 92649

Lease from Present to 2059

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

96.00

2018000395579 2:35 pm 10/31/18
227 415 A34   5
0.00 0.00 0.00 0.00 12.00 0.00 0.00 0.000.0075.00 3.00

**TITLE OF DOCUMENT:**   **ASSIGNMENT OF CONDOMINIUM SUBLEASE**

Exhibit A - Page 1 of 5 to Decl. of Pejman D. Kharrazian
in Support of HOA's Ex Parte Appl to Continue Trial

B0432-9274  09/24/2021  11:20 PM  Received by California Secretary of State

**WHEN RECORDED MAIL TO:**
**(Assignee's Name & Address)**
**MR. RANDALL L. NICKEL**
**4476 ALDERPORT DRIVE**
**HUNTINGTON BEACH, CA 92649**

**Mail tax statements to:**
**MR. RANDALL L NICKEL**
**4476 ALDERPORT DRIVE**
**HUNTINGTON BEACH, CA 92649**

(Space Above this Line for Recorder's Use)

## ASSIGNMENT OF GROUND LEASE & CONDOMINIUM SUBLEASE

No Consideration.  Term of Lease Less Than 99 years.

**WHEREAS**
**HOUSER BROS. CO., a limited partnership, as Landlord and ROBERT P. WARMINGTON, as Tenant,** entered into that certain <u>GROUND LEASE</u> also known as the <u>MASTER LEASE dated October 19, 1979,</u> a Short Form Memorandum recorded in the Office of the Orange County, California Clerk Recorder in Book 13424, Page 499 inclusive.

**WHEREAS**
**HOUSER BROS. CO., a limited partnership, as Landlord and ROBERT P. WARMINGTON, as Tenant,** entered into a <u>PARTIAL CANCELLATION OF MASTER LEASE dated November 7, 1980</u> for that certain <u>MASTER LEASE dated October 19, 1979</u>; recorded in the Office of the Orange County, California Clerk Recorder in Book 13424, Pg(s) 1253-1255, **Instrument No. 8691.**

**WHEREAS**
**HOUSER BROS. CO., a limited partnership, as Landlord and ROBERT P. WARMINGTON, as Tenant,** entered into that certain SUBLEASE dated October 19, 1979, a Short Form Memorandum recorded in the Office of the Orange County, California Clerk Recorder in Book 13424, Page 504, inclusive, with respect to those portions of Lots 1 and 2 of Tract No. 10542 in the City of Huntington Beach, California as shown on Miscellaneous Map(s) recorded in Book 456, Page(s) 49 and 50, in the Office of the Orange County, California Clerk Recorder.

**WHEREAS**
**HOUSER BROS. CO., a limited partnership, as Landlord and ROBERT P. WARMINGTON, as Tenant,** entered into a <u>PARTIAL CANCELLATION OF SUBLEASE dated October 19, 1979</u>; for that certain SUBLEASE dated November 7, 1980, a Short Form Memorandum recorded in the Office of the Orange County, California Clerk Recorder in Book 13824, Pg(s) 1256-1258, with respect to those portions of Lots 1 and 2 of Tract No. 10542 in the City of Huntington Beach, California recorded in Book 456, Page(s) 49 and 50 of Miscellaneous Maps, in the Office of the Orange County, California Clerk Recorder, **Instrument No. 8692;**

**WHEREAS**
For valuable consideration, receipt of which is hereby acknowledged, the undersigned <u>JAMIEL GALLIAN</u>, hereby transfers and assigns to <u>RANDALL L NICKEL, a married man, as his sole and separate property</u> all right, title and interest of the undersigned, as Tenant, in and under that certain <u>MASTER LEASE/ Ground Lease, dated November 7, 1980</u>, recorded in the Office of the Orange County, California Clerk Recorder in Book 13824, Pg(s) 1259-1273, **Instrument No. 8693;**

1

Exhibit A - Page 2 of 5 to Decl. of Pejman D. Kharrazian
in Support of HOA's Ex Parte Appl to Continue Trial

B0432-9275  09/24/2021  11:20 PM Received by California Secretary of State

**JAMIE L GALLIAN**, hereby transfers and assigns to **RANDALL L NICKEL, a married man, as his sole and separate property,** all right, title and interest of the undersigned, as Tenant, in and under that certain **CONDOMINIUM SUBLEASE, dated August 1, 1980**, by and between ROBERT P. WARMINGTON, as Landlord, and **JOHN F. TURNER AND VIRGINIA H. TURNER, HUSBAND AND WIFE AS JOINT TENANT, recorded** on November 7, 1980, Office of the Orange County, California Clerk Recorder in Book 13824, Pg(s) 1274-1290, **Instrument No. 8694;**

As amended by the **FIRST AMENDMENT TO CONDOMINIUM SUBLEASE** effective January 1, 2003, recorded in the Office of the Orange County, California Clerk Recorder as Document No. 2003-001044770 on August 28, 2003.

**JAMIE L GALLIAN**, hereby transfers and assigns to **RANDALL L NICKEL, a married man, as his sole and separate property** all right, title and interest of the undersigned, as Tenant, in and under that certain **CONVEYANCE OF REMAINDER INTEREST, dated November 7, 1980**, recorded in the Office of the Orange County, California Clerk Recorder in Book 13824, Pg(s) 1291-1293, **Instrument No. 8695;**

**JAMIE L GALLIAN**, hereby transfers and assigns to **RANDALL L NICKEL, a married man, as his sole and separate property,** all right, title and interest of the undersigned, as Tenant, in and under that certain **CONDOMINIUM SUBLEASE (SHORT FORM – MEMORANDUM AND GRANT DEED, dated November 7, 1980**, recorded in the Office of the Orange County, California Clerk Recorder in Book 13824, Pg(s) 1294-1298, **Instrument No. 8696.**

DATED: _10/31/18_

ASSIGNOR JAMIE L GALLIAN

STATE OF CALIFORNIA )
                     ) ss.
COUNTY OF ORANGE

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On _10/31/2018_, before me, _Paul Dyer, Notary Public_
Personally appeared _Jamie L Gallian_

Who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

PAUL DYER
Notary Public - California
Riverside County
Commission # 2211938
My Comm. Expires Aug 28, 2021

(This space for Notary Seal)

Signature of Notary Public

2

Exhibit A - Page 3 of 5 to Decl. of Pejman D. Kharrazian
in Support of HOA's Ex Parte Appl to Continue Trial

B0432-9276 09/24/2021 11:20 PM Received by California Secretary of State

## ASSIGNMENT OF CONDOMINIUM SUBLEASE
### ACCEPTANCE AND AGREEMENT

The undersigned Assignee named in the foregoing Assignment hereby Accepts said Assignment and hereby agrees with for the benefit of the Master Lessor, Sublessor/Landlord, Tenant and under the Original Condominium Sublease commonly referred to throughout this document as "Condominium Sublease", described in said Assignment, to keep, perform and be bound by all the terms, covenants and conditions contained in said Condominium Sublease and as amended by the First Amendment to Condominium Sublease on the part of the Master Lessor, Sublessor/Landlord and Condominium Sublease Tenant therein to be kept and performed, to all intents and purposes as though the undersigned Assignee was the Original Condominium Sublease Tenant there under.

Assignee agrees to pay Sublessor/Landlord a late fee equal to 6% of any rent or other payment due under the Condominium Sublease, which is not received by Sublessor/Landlord within ten (10) days of its due date.  Said late fee is in addition to the interest due on unpaid installment indebtedness of 10% as provided in Article 17(A) of the Condominium Sublease.  The undersigned Assignee agrees to pay attorneys fees and costs incurred by Landlord to collect rent or other payment under the Condominium Sublease or to otherwise enforce Sublessor/Landlord rights under the Condominium Sublease.

DATED: _10·31·18_     _Randall L. Nickel (signature)_

ASSIGNEE RANDALL L. NICKEL

STATE OF CALIFORNIA     )
                           ) ss.
COUNTY OF ORANGE

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On _10/31/2018_ before me, _Paul Dyer, Notary Public_
Personally appeared _Randall L. Nickel_

Who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

(This space for Notary Seal)

PAUL DYER
Notary Public – California
Riverside County
Commission # 2211938
My Comm. Expires Aug 28, 2021

Signature of Notary Public

3

Exhibit A - Page 4 of 5 to Decl. of Pejman D. Kharrazian
in Support of HOA's Ex Parte Appl to Continue Trial

B0432-9277  09/24/2021  11:20 PM Received by California Secretary of State

## **EXHIBIT A (LEGAL)**

The estate or interest in the land described:

A Ground leasehold and Condominium Sublease hold estate as to Parcels 1 and 2, said estate being more particularly described as the Lessees' interest under that certain Ground Lease set forth in subparagraph (A) herein below:

(A)     That certain Ground Lease dated August 1, 1980, executed by Houser Bros. Co, A Limited Partnership organized under the Laws of the State of California, in which Clifford C. Houser and Vernon F. Houser constitute the sole General Partners, as Landlord, and by Robert P. Warmington, as Tenant, for the term ending December 31, 2059.  Upon the Terms, Covenants and Conditions therein contained, recorded as follows in Official Records of said Orange County:   **Book 13824 Page 1259-1273**
**APN: 937-63-053, Unit 53.**

(B)     That certain Condominium Sublease dated August 1, 1980, executed by Robert P. Warmington, as Sublessor and John F. Turner and Virginia H. Turner (Original Sublessee) for the term ending December 31, 2059.  Upon the Terms, Covenants and Conditions therein contained, recorded as follows in Official Records of said Orange County: **Book 13824 Page 1274-1290**
**APN: 937-63-053, Unit 53.**

All that certain land interest situated in the State of California, County of Orange and is described as follows:

Parcel    1:
Unit 53 as shown and defined on a Condominium Plan (the **"Condominium Plan"**) recorded in Book 13358 Page(s) 1193, et seq., Official Records of Orange County, California, excepting that portion consisting of buildings and other improvements;

Parcel    2:
An undivided one-eightieth (1/80th) interest as Tenants in Common in the Common Area of Lots 1 and 2 Tract No. 10542, in the City of Huntington Beach, County of Orange, State of California as shown on a map recorded in Book 456, Page(s) 49 and 50 of Miscellaneous Map, records of Orange County, California, as shown on the Condominium Plan, excepting that portion consisting of buildings and other improvements.

Except there from all minerals, oil, gas and other hydrocarbon substances lying below a depth of 500 feet below the surface of said Land without the right of surface entry above the depth of 500 feet from the surface, as reserved in deeds of record.

Parcel    3:
Those portions of Unit 53, building 14, inclusive, as shown and defined on the Condominium Plan, Consisting of buildings and other improvements.

Parcel    4:
An undivided one-eightieth (1/80th) interest as Tenants in Common, in and to those portions of the Common Area as shown and defined on the Condominium Plan, consisting of buildings or other improvements.

Parcel    5:
An easement for the exclusive use and occupancy of those portions of the restricted Common Area, as defined on said Condominium Plan for ground level entry, courtyard entry, staircases, garages, and attic space relating to said units.

Parcel    6:
A non-exclusive easement and right to use the Common Area as defined on said Condominium Plan, except the restricted Common Area(s).

B0422-9278 09/24/2021 11:20 PM Received by California Secretary of State

ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange
**10/18/2018** at 01:23:34 PM
Clerk of the Superior Court
By Alan Silva, Deputy Clerk

**CM-020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| JAMIE LYNN GALLIAN 4476 ALDERPORT DRIVE HUNTINGTON BEACH, CA 92649 TELEPHONE NO.: 714-321-3449   FAX NO. *(Optional):* E-MAIL ADDRESS *(Optional):* jamiegallian@gmail.com ATTORNEY FOR *(Name):* IN PRO PER | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  ORANGE
STREET ADDRESS:  700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE:  SANTA ANA, CALIFORNIA 92701
BRANCH NAME:  CENTRAL JUSTICE CENTER

PLAINTIFF/PETITIONER:  BS Investors LP a california limited partnership

DEFENDANT/RESPONDENT:  Jamie L Gallian

| EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE PLEADING  AND ☑ ORDER EXTENDING TIME TO SERVE AND ☐ ORDER CONTINUING CASE MANAGEMENT CONFERENCE | CASE NUMBER: 30-2018-01024401 cu-ud-cjc |
|---|---|
| **Note: This ex parte application will be considered without a personal appearance. (See Cal. Rules of Court, rule 3.1207(2).)** | HEARING DATE: DEPT.:        TIME: |

1. Applicant *(name):*  Jamie L Gallian
   is
   a. ☐  plaintiff
   b. ☐  cross-complainant
   c. ☐  petitioner
   d. ☑  defendant
   e. ☐  cross-defendant
   f. ☐  respondent
   g. ☐  other *(describe):*

2. The complaint or other initial pleading in this action was filed on *(date):*

3. Applicant requests that the court grant an order extending time for service of the following pleading:
   a. ☐  Complaint
   b. ☐  Cross-complaint
   c. ☐  Petition
   d. ☑  Answer or other responsive pleading
   e. ☐  Other *(describe):*

4. Service and filing of the pleading listed in item 3 is presently required to be completed by *(date):*   10-22-18

5. Previous applications, orders, or stipulations for an extension of time to serve and file in this action are:
   a. ☑  None
   b. ☐  The following *(describe all, including the length of any previous extensions):*

6. Applicant requests an extension of time to serve and file the pleading listed in item 3 on the following parties *(name each):*
   BS Investors, LP, a california limited partnership

Page 1 of 2

| Form Approved for Optional Use Judicial Council of California CM-020 [Rev. January 1, 2008] | **EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE PLEADING AND ORDERS** | Cal. Rules of Court, rules 3.110, 3.1200–3.1207 www.courtinfo.ca.gov |
|---|---|---|

B0422-9279 09/24/2021 11:20 PM Received by California Secretary of State

CM-020

| CASE NAME: | CASE NUMBER: |
|---|---|
| BS Investors, **LP** v Jamie L Gallian | 30-2018-01024401-CU-UD-CJC |

7. The pleading has not yet been filed and served on the parties listed in item 6 for the following reasons *(describe the efforts that have been made to serve the pleading and why service has not been completed):*

Only a flight attendant and received the serv on Friday 10-12-18, 7:02pm,  I request additional time to hire an atty and gather monies to pay filing fees and atty.  This case is part of case no. 30-2017-00913985, C-33.
☐ Continued on Attachment 7.

8. An extension of time to serve and file the pleading should be granted for the following reasons:

This case is part of another civil matter 30-2017-00913985, C-33.  The plaintiff in this case was noticed to ADR for attempting to fraudulently lien my separate property in an HOA after Judge Crandall C-33, on July 19, 2018, denied MOT to enforce settlement agreement under 664.6, found "no meeting of the minds."  The HOA and Landlord are bullying me and filing new causes of action under new case numbers.  The alleged breach in the UD-100, is NOT a HOA Special Assessment under §5600,5605, it is a fraud. monetary penalty For a split tree branch, removed by 2 gentlemen out off the sidewalk. Trial 12-10-18
☐ Continued on Attachment 8.                                                                                                C-33

9. If an extension of time is granted, filing and service on the parties listed in item 6 will be completed by *(date):*

Within 30 days of service November 12, 2018.  BS Investors is a party(Cross-defendant) to the civil action. Mandatory settlement conference by Judge Crandall, C-33 scheduled for October 26, 2018, C-33, 8:30a.

10. Notice of this application under rules 3.1200–3.1207 ☑ has been provided as required *(describe all parties or counsel to whom notice was given; the date, time, and manner of giving notice; what the parties or counsel were told and their responses; and whether opposition is expected)* or ☐ is not required *(state reasons):*

Exparte Resv. C-33 ,email sent Oct 16,2018 to Notice of exparte hearing October 17, 2018, C-33,  Honorable James Crandall was sent to BS Investors attorney Gordon G. May SBN 167112  ggm@ggb-law.com and a copy of email was sent to BS Investors President Hugh Saddington at hugh@afpscpa.com

☐ Continued on Attachment 10.

11. Number of pages attached: _____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10-18-18

Jamie L Gallian
(TYPE OR PRINT NAME OF APPLICANT OR ATTORNEY FOR APPLICANT)

▶       *(SIGNATURE OF APPLICANT OR ATTORNEY FOR APPLICANT)*

Order on Application is ☐ below ☐ on a separate document.

## ORDER

1. The application for an order extending time to serve and file the pleading is ☐ granted ☐ denied.

2. The pleading must be served and filed no later than *(date):*

3. ☐ The case management conference is rescheduled to:

   a. Date:

   b. Time:

   c. Place:

4. Other orders:

5. A copy of this application and order must be served on all parties or their counsel that have appeared in the case.

Date:

_____
JUDICIAL OFFICER

| CM-020 [Rev. January 1, 2008] | **EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE PLEADING AND ORDERS** | Page 2 of 2 |
|---|---|---|

B0432-2280  09/24/2021  11:20 PM Received by California Secretary of State

**UD-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|

Gordon G. May (SBN 167112)
GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA 92614

TELEPHONE NO. (949) 660-1600   FAX NO. *(Optional)*: (949) 660-6060
E-MAIL ADDRESS *(Optional)*: ggm@ggb-law.com
ATTORNEY FOR *(Name)*: Plaintiff BS INVESTORS, LLC

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
STREET ADDRESS 700 Civic Center Drive West
MAILING ADDRESS
CITY AND ZIP CODE Santa Ana, CA 92701
BRANCH NAME CENTRAL JUSTICE CENTER

ELECTRONICALLY FILED
Superior Court of California,
County of Orange
10/10/2018 at 01:27:15 PM
Clerk of the Superior Court
By Diana Cuevas, Deputy Clerk

PLAINTIFF  BS INVESTORS, LLC, a California limited liability company

DEFENDANT  JAMIE L. GALLIAN, an individual and DOES 1 to 20, inclusive

☐ DOES 1 TO _____

**COMPLAINT — UNLAWFUL DETAINER\***

[X] COMPLAINT  ☐ AMENDED COMPLAINT *(Amendment Number)*: _____

CASE NUMBER
30-2018-01024401-CU-UD-CJC

**Jurisdiction** *(check all that apply)*:

☐ ACTION IS A LIMITED CIVIL CASE
   Amount demanded  ☐ does not exceed $10,000
         ☐ exceeds $10,000 but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint  *(check all that apply)*:
   ☐ from unlawful detainer to general unlimited civil (possession not in issue)  ☐ from limited to unlimited
   ☐ from unlawful detainer to general limited civil (possession not in issue)  ☐ from unlimited to limited

1  PLAINTIFF *(name each)*:  BS INVESTORS, LLC, a California limited liability company

alleges causes of action against DEFENDANT *(name each)*: JAMIE L. GALLIAN, an individual

2. a.  Plaintiff is  (1) ☐ an individual over the age of 18 years.  (4) ☐ a partnership.
         (2) ☐ a public agency.  (5) ☐ a corporation.
         (3) [X] other *(specify)*:  a California limited liability company

   b. [X] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify)*:
      BS INVESTORS, LLC

3  Defendant named above is in possession of the premises located at *(street address, apt. no., city, zip code, and county)*:
   4476 Alderport Drive, Huntington Beach, CA 92649, County of Orange

4  Plaintiff's interest in the premises is  ☐ as owner  [X] other *(specify)*: Ground Sublessor
5. The true names and capacities of defendants sued as Does is unknown to plaintiff.
6. a.  On or about *(date)*:  March 22, 2017  defendant *(name each)*: JAMIE L. GALLIAN, an individual

   (1) agreed to rent the premises as a  ☐ month-to-month tenancy  [X] other tenancy *(specify)*:  See Lease Exs 1 & 1a
   (2) agreed to pay rent of $ _____  ☐ payable  ☐ monthly  [X] other *(specify frequency)*:  Quarterly
   (3) agreed to pay rent  on the  ☐ first of the month  ☐ other day *(specify)*:
   b  This [X] written  ☐ oral  agreement was made with
      (1) [X] plaintiff.  (3) ☐ plaintiff's predecessor in interest.
      (2) ☐ plaintiff's agent.  (4) ☐ other *(specify)*:

\*NOTE  Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>UD-100 [Rev July 1, 2005] | **COMPLAINT—UNLAWFUL DETAINER**<br>Exhibit B - Page 1 of 6 to Decl. of Pejman D. Kharrazian | Civil Code, § 1940 et seq.<br>Code of Civil Procedure §§ 425 12, 1166 |
|---|---|---|

Legal Solutions Plus

B0432-2281 09/24/2021 11:20 PM Received by California Secretary of State

| PLAINTIFF (Name):  BS INVESTORS, LLC, a California limited liability company | CASE NUMBER |
|---|---|
| DEFENDANT (Name):  JAMIE L. GALLIAN, an individual and DOES 1 to 20, inclusive | |

6  c. [X] The defendants not named in item 6a are
    (1) [ ]  subtenants.
    (2) [ ]  assignees.
    (3) [X] other (specify):  Unknown DOE defendants.

    d. [ ] The agreement was later changed as follows (specify):

    e. [X] A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)
    f. [ ] (For residential property)  A copy of the written agreement is **not** attached because (specify reason):
        (1) [ ]  the written agreement is not in the possession of the landlord or the landlord's employees or agents.
        (2) [ ]  this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. [X] a  Defendant (name each):  JAMIE L. GALLIAN, an individual

    was served the following notice on the same date and in the same manner:
    (1) [ ]  3-day notice to pay rent or quit      (4) [ ]  3-day notice to perform covenants or quit
    (2) [ ]  30-day notice to quit            (5) [ ]  3-day notice to quit
    (3) [ ]  60-day notice to quit            (6) [X] Other (specify): Ten Day Notice to Cure or Quit
    b  (1) On (date):  October 9, 2018          the period stated in the notice expired at the end of the day.
        (2) Defendants failed to comply with the requirements of the notice by that date.
    c  All facts stated in the notice are true.
    d. [X] The notice included an election of forfeiture.
    e. [X] A copy of the notice is attached and labeled Exhibit 2  (Required for residential property. See Code Civ. Proc., § 1166.)
    f. [ ]  One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c.  (Check item 8c and attach a statement providing the information required by items 7a–e and 8 for each defendant.)

8. a. [X] The notice in item 7a was served on the defendant named in item 7a as follows:
    (1) [ ]  by personally handing a copy to defendant on (date):
    (2) [ ]  by leaving a copy with (name or description):
        a person of suitable age and discretion, on (date):       at defendant's
        [ ] residence  [ ] business  AND mailing a copy to defendant at defendant's place of residence on
        (date):                because defendant cannot be found at defendant's residence or usual place of business
    (3) [X]  by posting a copy on the premises on (date): September 26, 2018    [X] AND giving a copy to a person found
        residing at the premises AND mailing a copy to defendant at the premises on
        (date): September 26, 2018
        (a) [ ]  because defendant's residence and usual place of business cannot be ascertained OR
        (b) [X]  because no person of suitable age or discretion can be found there.
    (4) [ ]  (Not for 3-day notice; see Civil Code, § 1946 before using) by sending a copy by certified or registered mail addressed to defendant on (date):
    (5) [ ]  (Not for residential tenancies; see Civil Code, § 1953 before using) in the manner specified in a written commercial lease between the parties.
    b. [ ]  (Name):
        was served on behalf of all defendants who signed a joint written rental agreement.
    c. [ ]  Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
    d. [X]  Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

---

**COMPLAINT—UNLAWFUL DETAINER**
Exhibit B - Page 2 of 6 to Decl. of Pejman D. Kharrazian

B0432-9282  09/24/2021  11:20 PM  Received by California Secretary of State

| PLAINTIFF (Name): BS INVESTORS, LLC, a California limited liability company | CASE NUMBER |
|---|---|
| DEFENDANT (Name): JAMIE L. GALLIAN, an individual and DOES 1 to 20, inclusive | |

9. [ ] Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

10. [ ] At the time the 3-day notice to pay rent or quit was served, the amount of **rent due** was $

11. [X] The fair rental value of the premises is $ 24.05                   per day.

12. [ ] Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). (State specific facts supporting a claim up to $600 in Attachment 12.)

13. [X] A written agreement between the parties provides for attorney fees.

14. [ ] Defendant's tenancy is subject to the local rent control or eviction control ordinance of (city or county, title of ordinance, and date of passage):

        Plaintiff has met all applicable requirements of the ordinances.

15. [X] Other allegations are stated in Attachment 15.

16. [ ] Plaintiff accepts the jurisdictional limit, if any, of the court.

17. **PLAINTIFF REQUESTS**
   a. possession of the premises.
   b. costs incurred in this proceeding:
   c. [ ] past-due rent of $
   d. [X] reasonable attorney fees
   e. [X] forfeiture of the agreement.

   f. [X] damages at the rate stated in item 11 from (date): October 1, 2018              for each day that defendants remain in possession through entry of judgment.
   g. [ ] statutory damages up to $600 for the conduct alleged in item 12.
   h. [X] other (specify): Such other relief as the Court deems proper.

18. [X] Number of pages attached (specify): 3

### UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)

19. (Complete in all cases.) An unlawful detainer assistant [X] did **not** [ ] did   for compensation give advice or assistance with this form. (If plaintiff has received **any** help or advice for pay from an unlawful detainer assistant, state):

   a. Assistant's name:
   b. Street address, city, and zip code:

   c. Telephone No.:
   d. County of registration:
   e. Registration No.:
   f. Expires on (date):

Date: October 10, 2018

Gordon G. May
_____
(TYPE OR PRINT NAME)

▶                    _____
                     (SIGNATURE OF PLAINTIFF OR ATTORNEY)

### VERIFICATION

(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)

I am the plaintiff in this proceeding and have read this complaint  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(TYPE OR PRINT NAME)

▶                    _____
                     (SIGNATURE OF PLAINTIFF)

B0432-9283 09/24/2021 11:20 PM Received by California Secretary of State

**ATTACHMENT 15**

Plaintiff is informed and believes and thereon alleges as follows:

A)   On or about March 22, 2017, Defendant Jamie L. Gallian, an individual ("Defendant") assumed the written Condominium Lease and all obligations and duties of the tenant thereunder when Defendant acquired the leasehold interest by Assignment of Lease (See Exhibits 1, 1a).

B)   Section 7 of the Condominium Lease requires Defendant to fully comply with and abide by the terms of, covenants, restrictions, provisions and conditions of the Declaration [the CC&R for the Huntington Beach Gables development where the Premises is located] and any amendments thereof, and any rules, regulations, agreements, decisions and determinations duly made by the management body for the Project established pursuant to the Declaration respecting the maintenance, use and occupation of its Unit and the leased land and any building or improvements constructed thereon <u>and the payment of all assessments and charges of every type levied by the management body of the Project in connection therewith</u>.   In addition to the foregoing, <u>Tenant hereby covenants and agrees to promptly pay at all times during the term hereof</u>, before the same shall become delinquent, Tenant's share of the common expenses of the Project and <u>any and all assessments, charges, and duties of every description, levied under the provisions of the Declaration</u>, without cost, expense or liability to Landlord in connection with the Premises.

B0432-9284  09/24/2021  11:20 PM  Received by California Secretary of State

C)   The Huntington Beach Gables Homeowners' Association levied a Special Assessment in the amount of $5,300.50 on Defendant, and provided Defendant and her attorney with specific written detail about the Special Assessment on February 16, 2018.

D)   Defendant breached the Condominium Lease by failing to pay the Huntington Beach Gables Homeowners' Association Special Assessment as specified in the Ten Day Notice to Cure or Quit attached hereto as Exhibit 2.   Defendant is in default under the Condominium Lease for failing to cure as required under Section 14, giving Plaintiff the right to terminate the Lease pursuant to Section 17B, which provides in part:  "By written notice to Tenant, Landlord may declare this Lease at an end, re-enter the leased land by process of the law, eject all parties in possession thereof therefrom and repossess said leased land".

**Exhibit B - Page 5 of 6 to Decl. of Pejman D. Kharrazian**

B0432-9285  09/24/2021  11:20 PM Received by California Secretary of State

## VERIFICATION

I, Hugh M. Saddington, am an authorized agent for BS Investors, LLC, a California limited liability company. I have read the attached Complaint - Unlawful Detainer and am informed and believe that the matters stated therein are true and on that ground allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this verification was executed on October 10, 2018 at Irvine, California.

BS INVESTORS, LLC
a California Limited Liability Company

By:    LPL Asset Management Corporation,
       a California Corporation
       Its: Member

By:    _____
       Hugh M. Saddington
       Its: President

Exhibit B - Page 6 of 6 to Decl. of Pejman D. Kharrazian

B0432-9286  09/24/2021  11:20 PM  Received by California Secretary of State

Epsten, Grinnell & Howell
10200 Willow Creek Rd. Ste. 100
San Diego, CA 92131

RE:     Regarding refusal to ADR request dated September 17, 2018

Mr. Kharrazian:

      Regarding your clients response and refusal to participate in ADR, I am a home-owner and member of The Huntington Beach Gables Homeowners Association. The Association is already in violation by attempting to lien a member's separate property for a fraudulent Special Assessment. Please forward my request for consideration to participate in ADR. The Association's frivolous TRO filings are not relevant to participation in Member requested ADR. The Board can chose an Ad-hoc committee to participate.

      In regards to the Association's fraudulent WVTRO and Jasso antics and fraudulent filings, please let this letter serve as Notice I intend to file two Motions. The first will be a MOT to vacate the fraudulent WVTRO and then sanctions against you and your firm, after which a claim with the Orange County Bar Association, as well as the El Paso Bar Association against Jasso.

      Additionally, please let this serve as my attempt to Meet and Confer regarding my intent to Amend my cross-complaint against The Huntington Beach Gables Homeowners Association.

      Lastly, your comments are childish and your actions are of a child's tantrum. I am not the one whose Motion was ruled against on July 19, 2018. A copy is attached in case you forgot.

Always a pleasure, Pejman.


Sincerely,


Jamie Gallian

Encl. Conformed Copy - Ruling on Motion to enforce settlement agreement.

Exhibit C - Page 1 of 1 to Decl. of Pejman D. Kharrazian
in Support of HOA's Ex Parte Appl to Continue Trial

B0432-9287  09/24/2021  11:20 PM  Received by California Secretary of State



**From:** Jamie Gallian jamiegallian@gmail.com
**Subject:** Per your request_Filed after I sold my home on 10-31-18. Pejman is who said the trial was "Moot" Fwd: Notice of Ex Parte Hearing on 11/9/2018 at 8:30 am Huntington Beach Gables v. Gallian (37-2017-00913985-CU-CO-CJC)
**Date:** December 26, 2019 at 6:25 PM
**To:** Steve Fink sfink@stevefinklaw.com
**Cc:** Jamie Gallian jamiegallian@gmail.com

Begin forwarded message:

**From:** "Joy A. Carpio" <jcarpio@epsten.com>
**Subject: Huntington Beach Gables v. Gallian (37-2017-00913985-CU-CO-CJC) - Notice of Ex Parte Hearing on 11/9/2018 at 8:30 am**
**Date:** November 8, 2018 at 9:30:34 AM PST
**To:** jamiegallian@gmail.com <jamiegallian@gmail.com>
**Cc:** "Pejman D. Kharrazian" <pkharrazian@epsten.com>

Ms. Gallian,

Please take notice that on November 9, 2018 at 8:30 am, in Department C33 of the Orange County Superior Court located at 700 W. Civic Center Dr., Santa Ana, California, the Association will seek an ex parte order to continue the December 10, 2018 trial date and related dates in Orange County Superior Case No. 37-2017-00913985-CU-CO-CJC. Attached are the following papers that have been filed with the Court:

1. Plaintiff's Ex Parte Application to Continue Trial; Memorandum of Points and Authorities in Support Thereof;
2. Declaration of Pejman D. Kharrazian in Support of Plaintiff's Ex Parte Application to Continue the Trial; and
3. [PROPOSED] Order regarding Plaintiff The Huntington Beach Gables Homeowners Association's Ex Parte Application to Continue the Trial

Please let us know if you plan to attend the ex parte hearing.

Thank you,

Joy Carpio, Secretary
On Behalf of Pejman D. Kharrazian, Esq.

**Joy A. Carpio**
**Legal Assistant**
10200 Willow Creek Road, Suite 100 | San Diego, CA 92131
Phone: 1.858.527.0111 | Fax: 1.858.527.1531 | www.epsten.com



San Diego | Coachella Valley | Inland Empire



This message contains information which may be confidential or legally privileged. Unless you are the addressee (or are authorized to receive e-mail for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message or any attachment. If you have received the message in error, please advise the sender by reply e-mail and delete the message and any attachments and destroy all hard copies. Thank you.

Federal Law Disclosure – If you are a person receiving this email communication in relation to a debt you owe, please be advised of the following, as required by Federal law: **This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.**



[CONFORMED]
Declar...an.PDF



[CONFORMED]
Plaintif...an.PDF



[PROPOSED]
Order r...ial.PDF

B0432-9288 09/24/2021 11:20 PM Received by California Secretary of State

1 | Rian W. Jones, Bar No. 118830
rjones@epsten.com
2 | Joyce J. Kapsal, Bar No. 091950
jkapsal@epsten.com
3 | Pejman D. Kharrazian, Bar No. 279260
pkharrazian@epsten.com
4 | **EPSTEN GRINNELL & HOWELL APC**
10200 Willow Creek Road, Suite 100
5 | San Diego, California  92131
(858) 527-0111/ Fax (858) 527-1531
6 |
7 | Attorneys for Plaintiff, THE HUNTINGTON
BEACH GABLES HOMEOWNERS ASSOCIATION

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

**11/07/2018** at 04:20:00 PM
Clerk of the Superior Court
By Sonya Wilson,Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

| | |
|---|---|
| THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, a California Nonprofit Mutual Benefit Corporation, | Case No. 30-2017-00913985-CU-CO-CJC |
| | Judge:  Hon. James L. Crandall, Dept.: C33 |
| Plaintiff, | **PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE TRIAL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| v. | Hearing Date:  November 9, 2018 |
| SANDRA L. BRADLEY, individually and as Trustee of the Sandra L. Bradley Trust; JAMIE L. GALLIAN, an individual; and DOES 1 through 25, inclusive, | Hearing Time: 8:30 a.m. Dept.: C33 |
| Defendants. | FAC Filed: May 16, 2017 Trial Date: December 10, 2018 |

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on November 9, 2018, at 8:30 a.m. or as soon thereafter

as this matter may be heard in Department 33 of the County of Orange Superior Court, Central

Justice Center, located at 700 Civic Center Drive, Santa Ana, California 92701, Plaintiff The

Huntington Beach Gables Homeowners Association will and hereby does apply ex parte to this

Court for an order to continue the trial date, which is currently set for December 10, 2018, and

other related dates.

/ / /

/ / /

1
THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION'S EX PARTE APPLICATION TO
CONTINUE THE TRIAL

3695869v1

B0432-9289 09/24/2021 11:20 PM Received by California Secretary of State

1    This Application is brought pursuant to California Rules of Court 3.1200 *et seq.* and

2    California Rules of Court 3.1332.  This Application is based upon this Notice, the attached

3    Memorandum of Points and Authorities in support thereof; the Declaration of Pejman D.

4    Kharrazian in support thereof; and the pleadings, records and files herein; as well as any oral

5    and documentary evidence that may be presented at the time of the ex parte hearing.

6

7    Dated: November __7__, 2018              EPSTEN GRINNELL & HOWELL, APC

8

9                                            By: _____
                                                 Rian W. Jones
10                                               Joyce J. Kapsal
                                                 Pejman D. Kharrazian
11                                               Attorneys for Plaintiff The Huntington Beach
                                                 Gables Homeowners Association
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3695869v1

                                               2
THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION'S EX PARTE APPLICATION TO
                              CONTINUE THE TRIAL

001177     EXHIBIT 15, PAGE 382

B0432-9290  09/24/2021  11:20 PM Received by California Secretary of State

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   INTRODUCTION**

Trial in this matter is currently set for December 10, 2018. This Ex Parte Application to continue the trial and related dates is made under California Rules of Court 3.1332(c-d) and the policy of judicial economy and is based on the following grounds:

    A.   The Association recently learned Defendant Jamie L. Gallian has purportedly sold the unit within the Association to a third party bona fide purchaser for value and vacated the Association;

    B.   The entity who owns the land the Association sits on—BS Investors LLC—recently served Ms. Gallian with an unlawful detainer action seeking to remove her from the unit, which is currently pending;

    C.   Ms. Gallian willfully refuses to comply with this Court's September 27, 2018 order to respond to four sets of written discovery and refuses to complete her deposition, and the Association will need to further move this Court to compel Ms. Gallian's compliance or issue terminating sanctions for her willful failure before trial;

    D.   Ms. Gallian is trying to add new parties and claims to the lawsuit at the eleventh hour.

**II.   GOOD CAUSE EXISTS FOR CONTINUANCE OF THE TRIAL**

A trial continuance is strongly supported by the factors to be considered under California Rules of Court 3.1332(c-d) and the policy of judicial economy. A trial continuance is properly sought through an ex parte application.  (See Rule 3.1332(b).)

    **A.   Ms. Gallian's purported sale of the unit may deem a trial unnecessary.**

On November 1, 2018, at a motion hearing before this Court, Ms. Gallian suggested she had sold her unit within the Association—the unit that is the subject of this lawsuit. (Declaration of Pejman D. Kharrazian ["Kharrazian Decl."] at ¶4.) The Association has been trying to determine if the buyer is a bona fide third party purchaser for value.  (*Id*. at ¶5.) To date, Ms. Gallian has refused requests by the Association to provide the purchase sale

3

THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION'S EX PARTE APPLICATION TO CONTINUE THE TRIAL

3695869v1

B0432-9291  09/24/2021  11:20  PM  Received  by  California  Secretary  of  State

1   agreements or other relevant documents regarding the transfer. (*Id*. at ¶6.) The Association

2   was able to obtain the Assignment of Condominium Sublease (Ex. A to Kharrazian Decl.)

3   from the County Recorder.  The Assignment of Condominium Sublease suggests the transfer

4   was done out of escrow and for "no consideration"—which is concerning to the Association.

5   (*Id*. at ¶7.) If it is determined the transfer is legitimate and to a bona fide purchaser for value,

6   and not an attempt at a fraudulent transfer by Ms. Gallian, it is very likely a trial will not be

7   necessary in this case.  Instead, the Association will have achieved its litigation objective and

8   can move, by a noticed motion, to be deemed the prevailing party and entitled to an award of

9   its attorneys' fees and costs.

10       **B.    The unlawful detainer action filed by BS Investors LLC may deem a trial**
11            **unnecessary.**

12       On the other hand, if it is determined the buyer is not a bona fide third party purchaser

13   for value, the landlord[1], BS Investors LLC, filed and served an unlawful detainer action

14   against Ms. Gallian in October 2018.  A true and correct copy of the complaint in the unlawful

15   detainer action is attached as Exhibit B to the Declaration of Pejman D. Kharrazian. If the

16   unlawful detainer action is successful it will very likely alleviate the need for trial.

17       A continuance of the trial date allows time for Ms. Gallian to vacate the premises (by

18   sale or eviction) and allows the Association the opportunity to work with the new owner to

19   bring the unit into compliance with the governing documents without needlessly going through

20   a lengthy trial and incurring additional costs and legal fees in preparing for trial.  This would

21   also alleviate significant burdens on the Court in having to accommodate a lengthy trial and

22   multiple motion hearings.

23       **C.    Even if the sale or eviction do not materialize, a trial continuance is**
24            **necessary to allow for Ms. Gallian's flagrant and willful discovery abuses**
         **to be addressed.**

25       Assuming the sale or unlawful detainer action do not resolve this case and trial is

26   necessary, the Association will need to file five motions to compel (four motions to enforce

---

[1]   The Association sits on leased land and the units are subject to a ground lease.  BS Investors LLC is the landlord.

4

THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION'S EX PARTE APPLICATION TO
CONTINUE THE TRIAL

B0432-9292  09/24/2021  11:20 PM Received by California Secretary of State

1    the prior orders of this Court regarding written discovery and one motion to compel Ms.

2    Gallian's deposition that she is willfully evading). (Kharrazian Decl. at ¶¶10-11.)  The

3    Association will still need a trial continuance to allow these flagrant discovery abuses by Ms.

4    Gallian to be heard by the Court and resolved.  Ms. Gallian is the lone defendant and key

5    witness in this case, so if a trial is necessary in this case, it is absolutely imperative she be

6    ordered to sit for her deposition and provide meaningful responses to written discovery.

7    Alternatively, it is imperative that terminating sanctions be issued if she continues her willful

8    refusal to comply with Court orders and discovery rules to avoid the Association from being

9    ambushed at trial by Gallian's testimony.  To deny a trial continuance will severely prejudice

10   the Association's ability to properly present its case at trial.

11          **D.    Ms. Gallian continues to try and expand the case by adding new parties
                    and claims.**

12

13          Ms. Gallian is trying to bring BS Investors LLC into the case at this late stage in the

14   lawsuit.  Ms. Gallian has named BS Investors LLC in this lawsuit and BS Investors LLC has

15   filed a motion to quash service, which is set to be heard on November 8, 2018.  In addition to

16   trying to add new parties on the eve of trial, on October 17, 2018, Ms. Gallian sent the

17   Association a letter advising that she also plans to amend her cross-complaint against the

18   Association (Ex. C to Kharrazian Decl.), as follows:

19          "Additionally, please let this serve as my attempt to Meet and Confer regarding
            my intent to Amend my cross-complaint against The Huntington Beach Gables
20          Homeowners Association."

21          Finally, other than the initial trial date being vacated when this case appeared to settle

22   in March 2018, no previous continuances of the trial have been requested or granted.

23   (Kharrazian Decl. at ¶3.)

24          The Association proposes that the trial be continued for 120 days (in or about April

25   2019) to allow sufficient time for the status of the sale of the unit to be confirmed or

26   alternatively for the unlawful detainer action to be heard.

27   / / /

28   / / /

B0432-9293   09/24/2021   11:20 PM   Received by California Secretary of State

**III.    CONCLUSION**

It appears Ms. Gallian has sold her unit in the Association.  If the Association can confirm this sale is to a bona fide third party, then a trial may be unnecessary.  If it is determined the sale is a fraudulent transfer or is otherwise problematic, an unlawful detainer action has been filed and served by BS Investors LLC seeking to evict Ms. Gallian from the unit, which would like make a trial in this action unnecessary.

Assuming neither the sale nor eviction occur, there are serious discovery abuses by Ms. Gallian that need to be addressed prior to trial, and a continuance is necessary to protect the interests of the Association.

Therefore, in the interests of justice and for good cause, a continuance is warranted in this matter to allow the sale or unlawful detainer action to play out.  We respectfully request the Court issue an order continuing the date of trial for approximately 120 days, or to a date convenient to the Court's calendar.

Dated:  _November 7_, 2018          EPSTEN GRINNELL & HOWELL, APC

By: _____
Rian W. Jones
Joyce J. Kapsal
Pejman D. Kharrazian
Attorneys for Plaintiff The Huntington Beach
Gables Homeowners Association

6

THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION'S EX PARTE APPLICATION TO
CONTINUE THE TRIAL

3695869v1

B0432-9294  09/24/2021 11:20 PM Received by California Secretary of State

**COUNTY OF ORANGE**
**CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 11/09/2018               TIME: 08:30:00 AM          DEPT:  C33

JUDICIAL OFFICER PRESIDING: James Crandall
CLERK:  Eric Yu
REPORTER/ERM: Janet (ACRPT) Taylor CSR# 9463
BAILIFF/COURT ATTENDANT:  Julie Carney

CASE NO: **30-2017-00913985-CU-CO-CJC** CASE INIT.DATE: 04/11/2017
CASE TITLE: **The Huntington Beach Gables Homeowners Association vs. Bradley**
CASE CATEGORY: Civil - Unlimited          CASE TYPE: Contract - Other

EVENT ID/DOCUMENT ID: 72926149

**EVENT TYPE**: Ex Parte
MOVING PARTY: The Huntington Beach Gables Homeowners Association
CAUSAL DOCUMENT/DATE FILED: Ex Parte Application - Other, 11/07/2018

**APPEARANCES**
BRENDA K. RADMACHER, specially appearing for Gordon & Rees LLP, present for Cross -
Defendant,Plaintiff(s).
PEJMAN D. KHARRAZIAN, specially appearing for Epsten Grinnell & Howell, APC, present for Cross -
Defendant,Plaintiff(s).
Jamie L. Gallian, self represented Cross - Defendant, present.

Ex-Parte application for TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR
PRELIMINARY INUNCTION TO ENJOIN DISBURSEMENTS FROM PROCEEDS OF SALE OF REAL
PROPERTY, OR ALTERNATIVELY, FOR AN ORDER REQUIRING GALLIAN TO DEPOSIT AT LEAST
$52,145.27 WITH THE COURT is requested by the Huntington Beach Gables Homeowners Association
and Board members'.

Ex parte application is read and considered.

The Court having fully considered the arguments of all parties, both written and oral, as well as the
evidence presented, now rules as follows:

Ex Parte application for Temporary restraining order and order to show cause for preliminary inunction to
enjoin disbursements from proceeds of sale of real property, or alternatively, for an order requiring
gallian to deposit at least $52,145.27 with the court is denied without prejudice.

Ex-Parte application TO CONTINUE TRIAL is requested by Plaintiff.

Ex parte application is read and considered.

The Court having fully considered the arguments of all parties, both written and oral, as well as the
evidence presented, now rules as follows:

DATE: 11/09/2018                        MINUTE ORDER                              Page 1
DEPT:  C33

Homeowners Association vs. Bradley

EX PARTE APPLICATION TO CONTINUE TRIAL is denied.

B0432-9295  09/24/2021 11:20 PM Received by California Secretary of State

| DATE: 11/09/2018 | MINUTE ORDER | Page 2 |

DEPT: C33

Calendar No.

001183                    EXHIBIT 15, PAGE 388

B0432-9296 09/24/2021 11:20 PM Received by California Secretary of State

RECORDING REQUESTED BY AND
WHEN RECORDED MAIL TO:

The Huntington Beach Gables Homeowners Association
c/o Elite Community Management
38760 Sky Canyon Drive, Suite C
Murrieta, CA 92563

**Recorded in Official Records, Orange County**
**Hugh Nguyen, Clerk-Recorder**

|||||||| *SR0010533904$* 129.00
2018000469842 2:27 pm 12/17/18
7 413 N16   18
0.00 0.00 0.00 0.00 45.00 0.00 0.000,0075.00 3.00

### NOTICE OF DELINQUENT ASSESSMENT

NOTICE IS HEREBY GIVEN that the Board of Directors of THE HUNTINGTON BEACH GABLES HOMEOWNERS' ASSOCIATION, pursuant to the powers conferred upon it by that certain Declaration of Covenants, Conditions and Restrictions recorded in the Office of the Orange County Recorder, State of California, on May 28, 1980, as Book 13618/Page No. 982, and any amendments or restatements thereof, and Civil Code Section 5740, levied against assessments and other charges on that certain unit located at 4476 Alderport, Huntington Beach, California, 92649, more particularly known as Parcel No. 937-63-053, Unit #53 of Tract 10542, and further described in the Condominium Sublease dated August 1, 1980, by and between Robert P. Warmington, an individual, as Landlord, which interest was subsequently assigned to BS INVESTORS, LLC by mesne assignments of record, and JOHN F. TURNER and VIRGINIA H. TURNER, HUSBAND AND WIFE AS JOINT TENANTS as Tenant, recorded on NOVEMBER 7, 1980 in Book 13824, Page 1274 inclusive, as Instrument No. 8694 of Official Records of Orange County, California, as amended by the First Amendment to Condominium Sublease recorded on August 28, 2003 as Instrument No. 2003 0010447700.

    1.    The amount of the lien imposed on the unit by this notice is the sum of $6788.10, plus any additional assessments accrued and owing after the date of recordation to the date of satisfaction hereof, which includes the following:

    a)    delinquent assessments and late charges in the amount of $6263.10, as of December 15, 2018; and

    b)    costs of collection in the amount of $525.00.    *See attached Exhibit A*

In addition to the amounts set forth in this paragraph, this lien shall include any other delinquent payments, credits, assessments and/or interest which have become due and payable with respect to said unit, together with all costs (including attorney's fees), penalties and interest which have been accrued on such amounts prior to the recording of this notice and all future assessments and interest which become due and payable with respect to said unit. Future assessments and interest accrue subsequent to the levy of this assessment and/or recordation of this notice.
OTHER COSTS MAY RESULT IN YOUR PROPERTY BEING FO...

    2.    The purported owners of the unit is Jamie ...

    3.    The name and address of the trustee auth... Reconveyance Corporation, 525 East Main Street, El Cajon, C...

Dated: 12/17/18    By: _____
    Janine Jasso, ...
    Huntington ...

A notary public or other officer completing this certificate verifies o...
this certificate is attached, and not the truthfulness, accuracy, or vali...

STATE OF CALIFORNIA )
    ) ss.
COUNTY OF ORANGE )

On 12-17-18, before me, THOMAS G. KNAACK, Notary Public, personally appeared JANINE JASSO, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public in and for said State

THOMAS G. KNAACK
Notary Public - California
Orange County
Commission # 2159910
My Comm. Expires Aug 11, 2020

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.
HUNTINGTON BEACH, CA 92649    OFFICE
Certified Mail Fee $3.45    $2.75    0450    11
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00    Postmark
☐ Certified Mail Restricted Delivery $0.00    Here
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.63
12/27/2018
Total Postage and Fees $7.83
Sent To Jamie L Gallian
Street and Apt. No., or PO Box No. 4476 Alderport
City, State, ZIP+4® HB, CA 92649

EXHIBIT 6, PAGE 0

Branch :A14,User :2004                Comment:                        Station Id :M3Y7

RECORDING REQUESTED BY AND
WHEN RECORDED MAIL TO:

The Huntington Beach Gables Homeowners Association
c/o Elite Community Management
38760 Sky Canyon Drive, Suite C
Murrieta, CA 92563

**Recorded in Official Records, Orange County**
**Hugh Nguyen, Clerk-Recorder**

|||||||||||||||||||||||||||||||||  129.00
2018000469842 2:27 pm 12/17/18
7 413 N16   16
0.00 0.00 0.00 0.00 45.00 0.00 0.000.0075.00 3.00

### NOTICE OF DELINQUENT ASSESSMENT

NOTICE IS HEREBY GIVEN that the Board of Directors of THE HUNTINGTON BEACH GABLES HOMEOWNERS' ASSOCIATION, pursuant to the powers conferred upon it by that certain Declaration of Covenants, Conditions and Restrictions recorded in the Office of the Orange County Recorder, State of California, on May 28, 1980, as Book 13618/Page No. 982, and any amendments or restatements thereof, and Civil Code Section 5740, levied against assessments and other charges on that certain unit located at 4476 Alderport, Huntington Beach, California, 92649, more particularly known as Parcel No. 937-63-053, Unit #53 of Tract 10542, and further described in the Condominium Sublease dated August 1, 1980, by and between Robert P. Warmington, an individual, as Landlord, which interest was subsequently assigned to BS INVESTORS, LLC by mesne assignments of record, and JOHN F. TURNER AND VIRGINIA H. TURNER, HUSBAND AND WIFE AS JOINT TENANTS as Tenant, recorded on NOVEMBER 7, 1980 in Book 13824, Page 1274 inclusive, as Instrument No. 8694 of Official Records of Orange County, California, as amended by the First Amendment to Condominium Sublease recorded on August 28, 2003 as Instrument No. 2003 0010447700.

1.       The amount of the lien imposed on the unit by this notice is the sum of $6788.10, plus any additional assessments accrued and owing after the date of recordation to the date of satisfaction hereof, which includes the following:

a)       delinquent assessments and late charges in the amount of $6263.10, as of December 15, 2018; and

b)       costs of collection in the amount of $525.00.   *See attached Exhibit A*

In addition to the amounts set forth in this paragraph, this lien shall include any other delinquent payments, credits, assessments and/or interest which have become due and payable with respect to said unit, together with all costs (including attorney's fees), penalties and interest which have been accrued on such amounts prior to the recording of this notice; and this lien shall further include any delinquent payments, assessments and interest which become due and payable with respect to said unit, together with all costs (including attorney's fees), penalties and interest accrue subsequent to the levy of this assessment and/or recording of this Notice. FAILURE TO PAY ACCRUED ASSESSMENTS AND OTHER COSTS MAY RESULT IN YOUR PROPERTY BEING FORCLOSED UPON.

2.       The purported owners of the unit is Jamie Gallian.

3.       The name and address of the trustee authorized by the Association to enforce the lien by sale is Cal Western Reconveyance Corporation, 525 East Main Street, El Cajon, California 92022-9004.

Dated: 12/17/18            By: _____
                                       Janine Jasso, Board Vice-President
                                       Huntington Beach Gables Homeowners Association

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF CALIFORNIA      )
                                            ) ss.
COUNTY OF ORANGE         )

On 12-17-18 , before me, THOMAS G KNAACK , Notary Public, personally appeared JANINE JASSO , who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

_____
Notary Public in and for said State

THOMAS G. KNAACK
Notary Public - California
Orange County
Commission # 2159910
My Comm. Expires Aug 11, 2020

ORANGE,CA
Document: LN 2018.469842

Exhibit A

## HUNTINGTON BEACH GABLES

38760 Sky Canyon Drive Suite C

Murrieta, CA 92563

Jamie Gallian
4476 Alderport
Huntington Beach, CA  92649

**Property Address:**  4476 Alderport

**Account #:**  21776

| Code | Date | Amount | Balance | Check# | Memo |
|------|------|--------|---------|--------|------|
| Assessment | 4/1/2017 | 316.00 | 316.00 | | MONTHLY ASSESSMENT |
| Late Fee | 4/16/2017 | 10.00 | 326.00 | | |
| Assessment | 5/1/2017 | 316.00 | 642.00 | | MONTHLY ASSESSMENT |
| Payment - Mutual of Omaha | 5/1/2017 | -632.00 | 10.00 | 5697 | RBCCABLB20170501.dat |
| Payment - Mutual of Omaha | 5/16/2017 | -316.00 | -306.00 | 5745 | RBCCABLB20170516.dat |
| Assessment | 6/1/2017 | 316.00 | 10.00 | | MONTHLY ASSESSMENT |
| Payment - Mutual of Omaha | 6/5/2017 | -316.00 | -306.00 | 5731 | RBCCABLB20170605.dat |
| Assessment | 7/1/2017 | 316.00 | 10.00 | | MONTHLY ASSESSMENT |
| Payment - Mutual of Omaha | 7/3/2017 | -316.00 | -306.00 | 5762 | RBCCABLB20170703.dat |
| Payment - Mutual of Omaha | 7/13/2017 | -80.00 | -386.00 | 5787 | RBCCABLB20170713.dat |
| Assessment | 8/1/2017 | 316.00 | -70.00 | | MONTHLY ASSESSMENT |
| Assessment | 9/1/2017 | 316.00 | 246.00 | | MONTHLY ASSESSMENT |
| Assessment | 10/1/2017 | 316.00 | 562.00 | | MONTHLY ASSESSMENT |
| Payment - Mutual of Omaha | 10/3/2017 | 316.00 | 246.00 | 5810 | rcvd 9/1/17 |
| Assessment | 11/1/2017 | 316.00 | 562.00 | | MONTHLY ASSESSMENT |
| Payment - Mutual of Omaha | 11/1/2017 | -316.00 | 246.00 | 5829 | CK#5829 RCVD 10/6/17 |
| Payment - Mutual of Omaha | 11/6/2017 | -316.00 | -70.00 | 5845 | RBCCABLB20171106.dat |
| Assessment | 12/1/2017 | 316.00 | 246.00 | | MONTHLY ASSESSMENT |
| Payment - Mutual of Omaha | 12/11/2017 | -316.00 | -70.00 | 5867 | RBCCABLB20171211.dat |
| Assessment | 1/1/2018 | 316.00 | 246.00 | | MONTHLY ASSESSMENT |
| Payment - Mutual of Omaha | 1/8/2018 | -316.00 | -70.00 | 5884 | RBCCABLB20180108.dat |
| Assessment | 2/1/2018 | 316.00 | 246.00 | | MONTHLY ASSESSMENT |
| Late Fee | 2/16/2018 | 10.00 | 256.00 | | |
| Payment - Mutual of Omaha | 2/20/2018 | -316.00 | -60.00 | 5891 | RBCCABLB20180220.dat |
| Special Assessment | 2/20/2018 | 5,300.50 | 5,240.50 | | SPECIAL ASSESSMENT |
| Assessment | 3/1/2018 | 316.00 | 5,556.50 | | MONTHLY ASSESSMENT |
| Late Fee | 3/16/2018 | 10.00 | 5,566.50 | | |
| Payment - Mutual of Omaha | 3/19/2018 | -316.00 | 5,250.50 | 5921 | RBCCABLB20180319.dat |
| Assessment | 4/1/2018 | 316.00 | 5,566.50 | | MONTHLY ASSESSMENT |
| Payment - Mutual of Omaha | 4/13/2018 | -316.00 | 5,250.50 | 5932 | RBCCABLB20180413.dat |
| Special Assessment | 5/1/2018 | 189.60 | 5,440.10 | | SPECIAL ASSESSMENT |
| Assessment | 5/1/2018 | 316.00 | 5,756.10 | | MONTHLY ASSESSMENT |
| Payment - Mutual of Omaha | 5/16/2018 | -316.00 | 5,440.10 | 5947 | RBCCABLB20180516.dat |
| Late Fee | 5/16/2018 | 10.00 | 5,450.10 | | |

*Elite Management | 38760 Sky Canyon Drive Suite C | Murrieta, CA 92563 | (951) 899-1220*

**Make check payable to: HUNTINGTON BEACH GABLES**

12/12/2018                                                                    Page 1 of 2

B0432-9298  09/24/2021  11:20  PM  Received by California Secretary of State

Branch :A14,User :2004                  Comment:                        Station Id :M3Y7

B0432-9299 09/24/2021 11:20 PM Received by California Secretary of State

# HUNTINGTON BEACH GABLES
### 38760 Sky Canyon Drive Suite C
### Murrieta, CA 92563

| Code | Date | Amount | Balance | Check# | Memo |
|------|------|--------|---------|--------|------|
| Assessment | 6/1/2018 | 316.00 | 5,766.10 | | MONTHLY ASSESSMENT |
| Late Fee | 6/16/2018 | 10.00 | 5,776.10 | | |
| Payment - Mutual of Omaha | 6/18/2018 | -316.00 | 5,460.10 | 5965 | RBCCABLB20180618.dat |
| Payment - Mutual of Omaha | 6/25/2018 | -189.00 | 5,271.10 | 5985 | RBCCABLB20180625.dat |
| Assessment | 7/1/2018 | 316.00 | 5,587.10 | | MONTHLY ASSESSMENT |
| Payment - Mutual of Omaha | 7/9/2018 | 316.00 | 5,271.10 | 5980 | RBCCABLB20180709.dat |
| Assessment | 8/1/2018 | 316.00 | 5,587.10 | | MONTHLY ASSESSMENT |
| Payment - Mutual of Omaha | 8/13/2018 | -316.00 | 5,271.10 | 5995 | RBCCABLB20180813.dat |
| Legal Fee | 8/15/2018 | 175.00 | 5,446.10 | | LEGAL FEE |
| Assessment | 9/1/2018 | 316.00 | 5,762.10 | | MONTHLY ASSESSMENT |
| Payment - Mutual of Omaha | 9/10/2018 | -316.00 | 5,446.10 | 6026 | RBCCABLB20180910.dat |
| Legal Fee | 9/24/2018 | 175.00 | 5,621.10 | | LEGAL FEE/PRE-LIEN |
| Assessment | 10/1/2018 | 316.00 | 5,937.10 | | MONTHLY ASSESSMENT |
| Late Fee | 10/16/2018 | 10.00 | 5,947.10 | | |
| Payment - Mutual of Omaha | 10/23/2018 | -326.00 | 5,621.10 | 5481 | |
| Assessment | 11/1/2018 | 316.00 | 5,937.10 | | MONTHLY ASSESSMENT |
| Late Fee | 11/16/2018 | 10.00 | 5,947.10 | | |
| Assessment | 12/1/2018 | 316.00 | 6,263.10 | | MONTHLY ASSESSMENT |

| Current | 30 - 59 Days | 60 - 89 Days | >90 Days | Balance: | 6,263.10 |
|---------|--------------|--------------|----------|----------|----------|
| 326.00 | 326.00 | 175.00 | 5,436.10 | | |

*Elite Management | 38760 Sky Canyon Drive Suite C | Murrieta, CA 92563 | (951) 685-7220*
**Make check payable to: HUNTINGTON BEACH GABLES**

12/12/2018                                                                 Page 2 of 2

ORANGE,CA
Document: LN 2018.469842

001187                    EXHIBIT 15, PAGE 392

Branch :A14,User :2004                     Comment:                              Station Id :M3Y7

B0432-9300 09/24/2021 11:20 PM Received by California Secretary of State

# HUNTINGTON BEACH GABLES

### 38760 Sky Canyon Drive Suite C
### Murrieta, CA 92563

Jamie Gallian
4476 Alderport
Huntington Beach, CA  92649

**Property Address:**  4476 Alderport
**Account #:**         22034

| Code | Date | Amount | Balance | Check# | Memo |
|------|------|--------|---------|--------|------|
| Fine | 2/20/2018 | 400.00 | 400.00 | | |
| Fine | 8/24/2018 | 11,050.00 | 11,450.00 | | |
| Fine | 10/18/2018 | 11,000.00 | 22,450.00 | | |

| Current | 30 - 59 Days | 60 - 89 Days | >90 Days | Balance. | 22,450.00 |
|---------|--------------|--------------|----------|----------|-----------|
| 0.00 | 11,000.00 | 0.00 | 11,450.00 | | |

*Elite Management | 38760 Sky Canyon Drive Suite C | Murrieta, CA 92563 | (951) 699-1220*
**Make check payable to: HUNTINGTON BEACH GABLES**

12/12/2018                                                                        Page 1 of 1

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

87.00

* S R 0 0 1 1 0 9 0 6 4 7 5 *

2019000326771 12:29 pm 08/30/19
65 MASup N15   2
0.00 0.00 0.00 0.00 3.00 0.00 0.000.0075.00 3.00

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO
Nationwide Reconveyance, LLC
5677 Oberlin Drive, Suite 210
San Diego, California 92121
844-252-6972
Attn: Foreclosure Department

Space above this line for recorder's use

Title Order No.: 95522653    Trustee Sale No.: NR-51545-CA Reference No.: The Huntington Beach
A.P.N.: 937-63-053

[ATTENTION RECORDER: PURSUANT TO CIVIL CODE 2923.3, THE SUMMARY OF INFORMATION
REFERENCED BELOW IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT
ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.]

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED

注：本文件包含一个信息摘要

참고사항: 본 첨부 문서에 정보 요약서가 있습니다

NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

## IMPORTANT NOTICE
## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER PROPERTY
## ASSOCIATION LIEN

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR
PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the
legal right to bring your account in good standing by paying all of your past due payments plus permitted
costs and expenses within the time permitted by law for reinstatement of your account, which is normally
five business days prior to the date set for sale of your property. No sale date may be set until
approximately 90 days from the date this notice of default may be recorded (which date of recordation
appears on this notice). The amount is $389,286.72 as of 8/27/2019 and will increase until your account
becomes current. While your property is in foreclosure, you must still pay other obligations (such as
insurance and taxes) required by your Covenants, Conditions and Restrictions. If you fail to make future
payments of your assessments, pay taxes on property, provide insurance on the property, or pay other
obligations as required in the Covenants, Conditions and Restrictions, the Association may insist that you
do so in order to reinstate your account in good standing. In addition, the association may require, as a
condition to reinstatement, that you provide reliable written evidence that you paid all senior liens,
property taxes, and hazard insurance premiums. Upon your written request, the Association will give
you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid
portion of your account, even though full payment was demanded, but you must pay all amounts in
default at the time payment is made. However, you and your Association may mutually agree in writing
prior to the time the notice of sale is posted (which may not be earlier than three months after this notice
of default is recorded) to, among other things, (1) provide additional time in which to cure the default by
transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your
default; or both (1) and (2). Following the expiration of the time period referred to in the first paragraph
of this notice, unless the obligation being foreclosed upon or a separate written agreement between you

1

JOINT EXHIBIT - PAGE - 0682

B0432-9301 09/24/2021 11:20 PM Received by California Secretary of State

B0432-9302 09/24/2021 11:20 PM Received by California Secretary of State

and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

The Huntington Beach Gables Homeowners' Association
C/O Nationwide Reconveyance, LLC
5677 Oberlin Drive, Suite 210, San Diego, California 92121
844-252-6972

**THIS NOTICE** is given pursuant to Sections 2924 et seq., 5650 et seq. and 5700 et seq., of the California Civil Code, and pursuant to that certain Assessment Lien, recorded on 12/17/2018 as document no. 2018000469842 book XX page XX of official Records in the office of the Recorder of Orange County, California. Owner: Jamie Gallian

PROPERTY ADDRESS:     4476 Aldeport
                      Huntington Beach, CA 92649

If you have any questions, you should contact a lawyer or the government agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

## REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION

NOTICE IS HEREBY GIVEN THAT: Nationwide Reconveyance, LLC is the duly appointed Trustee Agent under the above referenced Lien, dated 12/17/2018, executed by The Huntington Beach Gables Homeowners' Association (Association) to secure assessment obligations in favor of said Association, pursuant to the terms contained in that certain Declaration of Covenants, Conditions and Restrictions, Recorded on 5/28/1980 as document XX book no. 13618 page 982 of Official Records in the Office of the Recorder of Orange County, California, describing the land therein, that the beneficial Interest under said Homeowners Association Lien and the obligations secured thereby are presently held by Restrictions as security has occurred in that the payment(s) have not been made of: Homeowner's assessments due from 8/16/2019 and all subsequent homeowner's assessments, monthly or otherwise, less credits and offsets, plus late charges, interest, association's fees and costs, trustee's fees and costs, and attorney's fees and costs.

That by reason thereof, the present Association under such Covenants, Conditions and Restrictions, has executed and delivered to said Trustee, a written Declaration and Demand for Sale, and has deposited with said duly appointed Trustee, such Covenants, Conditions and Restrictions and all documents evidencing the obligations secured thereby, and has declared and does hereby declare all sums secured hereby immediately due and payable and has elected and does hereby elect to cause the herein described property, lined by said Association, to be sold to satisfy the obligations secured thereby.

DATE: 8/27/2019

Nationwide Reconveyance, LLC  as Trustee

_(signature)_

Rhonda Rorie, Trustee

2

B0432-9303 09/24/2021 11:20 PM Received by California Secretary of State

5

P.O. Box 23159
San Diego, CA 92193-3159

IMPORTANT INFORMATION
ENCLOSED



71 96900 2484 0596 3781 7

| | |
|---|---|
| Mailed On: | 12/12/2019 |
| Mailing Number: | 0005100-01 |
| Reference Number: | NR-51545-CA |

ClientID: Nationwi000391 CE

Jamie Gallian
4476 Aldeport
Huntington Beach, CA 92649


CERTIFIED MAIL





U.S. POSTAGE >> PITNEY BOWES

ZIP 92123   $ 004.15⁰
02 4W
0000333527 DEC 12 2019

910  NFE  1     C18I0012/12/19
NOTIFY SENDER OF NEW ADDRESS
GALLIAN JAMIE
16222 MONTEREY LN SPC 376
HUNTINGTN BCH CA 92649-2258

SC: 92649225876     *0104-00334-12-41

92649>2258
92649X2258 CO C4

B0432-9304 09/24/2021 11:20 PM Received by California Secretary of State

Recorded In Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

|||||||||||||||||||||||||||||||||||||| 87.00
*$R00113504923*
2019000526463 3:20 pm 12/16/19
65 402 N34   2
0.00 0.00 0.00 0.00 3.00 0.00 0.000 0075.00 3.00

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO
Nationwide Reconveyance, LLC
5677 Oberlin Drive, Suite 210
San Diego, California 92121
844-252-6972

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Title Order No.: 95522653   Trustee Sale No.: NR-51545-CA   Reference No.: The Huntington
Beach  APN No.: 937-63-053

## NOTICE OF TRUSTEE'S SALE
### (NOTICE OF LIEN SALE OF REAL PROPERTY UPON LIEN FOR HOMEOWNER'S ASSOCIATION DUES)
### (CALIFORNIA CIVIL CODE §§ 5700 and 5710)

[ATTENTION RECORDER: PURSUANT TO CIVIL CODE §2923.3, THE SUMMARY OF INFORMATION
REFERENCED BELOW IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT
ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.]

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED

注：本文件包含一个信息摘要

참고사항: 본 첨부 문서에 정보 요약서가 있습니다

NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

**YOU ARE IN DEFAULT UNDER A NOTICE OF DELINQUENT ASSESSMENT
DATED 12/17/2018. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY,
IT MAY BE SOLD AT A PUBLIC SALE.  IF YOU NEED AN EXPLANATION OF THE
NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A
LAWYER.**

**THIS PROPERTY IS BEING SOLD SUBJECT TO THE RIGHT OF REDEMPTION CREATED IN
CALIFORNIA CIVIL CODE SECTION 5715(b).**

**On 1/13/2020 at 3:00 PM**, Nationwide Reconveyance, LLC

As the duly appointed Trustee under and pursuant to Notice of Delinquent Assessment, recorded on 12/17/2018 as
Document No. 2018000469842 Book XX Page XX of Official Records in the Office of the Recorder of Orange
County, California, property owned by: Jamie Gallian and described as follows:

As more fully described on the referenced Assessment Lien

WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH, (payable at time of sale in lawful
money of the United States, by cash, a cashier's check drawn by a State or national bank, a check drawn by a state of
federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or
savings bank specified in section 5102 of the Financial Code and authorized to do business in this state.) At: ON
THE FRONT STEPS TO THE ENTRANCE OF THE ORANGE CIVIC CENTER, 300 E. CHAPMAN AVENUE,
ORANGE, CA 92866

1

JOINT EXHIBIT - PAGE - 0885

B0432-9305 09/24/2021 11:20 PM Received by California Secretary of State

All right, title and interest under said Notice of Delinquent Assessment in the property situated in said County, describing the land therein: 937-63-053

The street address and other common designation, if any, of the real property described above is purported to be:
4476 Alderport
Huntington Beach, CA 92649

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum due under said Notice of Delinquent Assessment, with interest thereon, as provided in said notice, advances, if any, estimated fees, charges, and expenses of the Trustee, to-wit: $396,315.29 Estimated
Accrued Interest and additional advances, if any, will increase this figure prior to sale

The claimant, The Huntington Beach Gables Homeowners' Association

under said Notice of Delinquent Assessment heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located and more than three months have elapsed since such recordation.

NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call (714) 986-9342 or visit this Internet Web site www.superiordefault.com, using the file number assigned to this case NR-51545-CA. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale.

**PLEASE NOTE THAT WE ARE A DEBT COLLECTOR**

Date: 12/10/2019

Nationwide Reconveyance, LLC
For Sales Information Please Call (714) 986-9342

Rhonda Roric, Trustee

JOINT EXHIBIT - PAGE - 0666
Document Number: 2019000526463 Page: 2 of 2

B0432-9306 09/24/2021 11:20 PM Received by California Secretary of State

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO
Nationwide Reconveyance, LLC
5677 Oberlin Drive, Suite 210
San Diego, California 92121
844-252-6972

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Title Order No.: 95522653    Trustee Sale No.: NR-51545-CA    Reference No.: The Huntington
Beach  APN No.: 937-63-053

# NOTICE OF TRUSTEE'S SALE
### (NOTICE OF LIEN SALE OF REAL PROPERTY UPON LIEN FOR HOMEOWNER'S ASSOCIATION DUES)
### (CALIFORNIA CIVIL CODE §§ 5700 and 5710)

[ATTENTION RECORDER: PURSUANT TO CIVIL CODE §2923.3, THE SUMMARY OF INFORMATION
REFERENCED BELOW IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT
ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.]

**NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED**

注：本文件包含一个信息摘要

참고사항: 본 첨부 문서에 정보 요약서가 있습니다

**NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO**
**TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP**
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

**YOU ARE IN DEFAULT UNDER A NOTICE OF DELINQUENT ASSESSMENT
DATED 12/17/2018. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY,
IT MAY BE SOLD AT A PUBLIC SALE.  IF YOU NEED AN EXPLANATION OF THE
NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A
LAWYER.**

**THIS PROPERTY IS BEING SOLD SUBJECT TO THE RIGHT OF REDEMPTION CREATED IN
CALIFORNIA CIVIL CODE SECTION 5715(b).**

**On 1/13/2020 at 3:00 PM**, Nationwide Reconveyance, LLC

As the duly appointed Trustee under and pursuant to Notice of Delinquent Assessment, recorded on 12/17/2018 as
Document No. 2018000469842 Book XX Page XX of Official Records in the Office of the Recorder of Orange
County, California, property owned by: Jamie Gallian and described as follows:

As more fully described on the referenced Assessment Lien

WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH, (payable at time of sale in lawful
money of the United States, by cash, a cashier's check drawn by a State or national bank, a check drawn by a state of
federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or
savings bank specified in section 5102 of the Financial Code and authorized to do business in this state.) At: ON
THE FRONT STEPS TO THE ENTRANCE OF THE ORANGE CIVIC CENTER, 300 E. CHAPMAN AVENUE,
ORANGE, CA 92866



1

B0432-9307 09/24/2021 11:20 PM Received by California Secretary of State

All right, title and interest under said Notice of Delinquent Assessment in the property situated in said County, describing the land therein: **937-63-053**

The street address and other common designation, if any, of the real property described above is purported to be:
**4476 Aldeport**
**Huntington Beach, CA 92649**

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum due under said Notice of Delinquent Assessment, with interest thereon, as provided in said notice, advances, if any, estimated fees, charges, and expenses of the Trustee, to-wit: **$396,315.29 Estimated**
Accrued Interest and additional advances, if any, will increase this figure prior to sale

**The claimant, The Huntington Beach Gables Homeowners' Association**

under said Notice of Delinquent Assessment heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located and more than three months have elapsed since such recordation.

NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. **If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call (714) 986-9342 or visit this Internet Web site www.superiordefault.com, using the file number assigned to this case NR-51545-CA.** Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale.

## PLEASE NOTE THAT WE ARE A DEBT COLLECTOR

Date: 12/10/2019

Nationwide Reconveyance, LLC
For Sales Information Please Call (714) 986-9342

---

Authorized Signor

2

B0432-9308 09/24/2021 11:20 PM Received by California Secretary of State

**Summary of Notice of Sale**

NOTICE OF SALE
SUMMARY OF KEY INFORMATION

The attached notice of sale was sent to Jamie Gallian, in relation to 4476 Aldeport , Huntington Beach, CA 92649.

YOU ARE IN DEFAULT UNDER A NOTICE OF DELINQUENT ASSESSMENT DATED 12/17/18.  UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE.

IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

The total amount due in the notice of sale is $396,315.29.

Your property is scheduled to be sold on 1/13/2020 at 3:00 PM at ON THE FRONT STEPS TO THE ENTRANCE OF THE ORANGE CIVIC CENTER, 300 E. CHAPMAN AVENUE, ORANGE, CA 92866

.

However, the sale date shown on the attached notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code.  The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call (714) 986-9342 or visit this Internet Web site address www.superiordefault.com, using the file number assigned to this case NR-51545-CA.  Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site.  The best way to verify postponement information is to attend the scheduled sale.

If you would like additional copies of this summary, you may obtain them by calling 844-252-6972.

**The Huntington Beach Gables Homeowners Association**

5267 WarnerAve., #263
Huntington Beach, CA 92649

| Invoice Date | Invoice # |
|---|---|
| 8/21/2020 | 1069 |

# INVOICE

**Property:**

4476 Alderport

**Bill To:**

Jamie Gallian
4476 Alderport
Huntington Beach, CA 92649

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.

### PLEASE PAY THIS AMOUNT ▶▶▶▶ $412,958.11

| Make checks payable to: | The Huntington Beach Gables Homeowners Assoc. 5267 Warner Ave., #263 Huntington Beach, CA 92649 |
|---|---|

--------------------------------------------------------------------

The Huntington Beach Gables Homeowners Association

5267 WarnerAve., #263
Huntington Beach, CA 92649

**PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT**

| Due Date | Account # |
|---|---|
| 9/1/2020 | 22034 |

| Transaction | Amount | Amount |
|---|---|---|
| September Assessment | 350.00 | 350.00 |
| | | |
| **Total of the Current Month** | | $350.00 |
| **Total Balance Due Or Credit Balance (-)** | | $412,958.11 |

Correspondence or questions should be emailed to the Association at thehbgableshoa@gmail.com. A Board member will respond accordingly.

B0432-9309 09/24/2021 11:20 PM Received by California Secretary of State

001197          EXHIBIT 15, PAGE 402

EXHIBIT 16

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>Jamie Gallian<br>714-321-3449 | |
| B. E-MAIL CONTACT AT FILER (optional) | |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address)<br>Jamie Lynn Gallian<br>16222 Monterey Ln #376<br>Huntington Beach, CA 92649<br>USA | **DOCUMENT NUMBER:** 76027940003<br>**FILING NUMBER:** 19-7691916827<br>**FILING DATE:** 01/14/2019 09:10<br><br>IMAGE GENERATED ELECTRONICALLY FOR WEB FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| J-SANDCASTLE CO LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16222 MONTEREY LN #376 | HUNTINGTON BEACH | CA | 92649 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| J-Pad, LLC - CA SOS Entity No. 201804010750 | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2702 N GAFF ST | ORANGE | CA | 92865 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
LOCATED ON PROPERTY RECORDED IN ORANGE COUNTY CLERK RECORDERS OFFICE IN CALIFORNIA PARCEL MAP RECORDED IN BOOK 108, PG(S) 47-48.

ASSESSORS PARCEL NUMBER 891-569-62
SERIAL NUMBERS AC7V710394GB, AC7V710394GA; DECAL NUMBER LBM1081

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**

001199          EXHIBIT 16, PAGE 403

Page 2

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

| 9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐ |
|---|

| | 9a. ORGANIZATION'S NAME |
|---|---|
| | J-SANDCASTLE CO LLC |
| OR | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S) — SUFFIX |

**DOCUMENT NUMBER: 76027940003**

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | 10a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 10b. INDIVIDUAL'S SURNAME | | | |
| OR | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☑ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | GALLIAN | JAMIE | LYNN | |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16222 MONTEREY LANE #376 | HUNTINGTON BEACH | CA | 92649 | USA |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing. |
|---|---|
| 15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

**FILING OFFICE COPY**

001200                    EXHIBIT 16, PAGE 404

 

U210084251426

B0428-8874 09/12/2021 10:11 AM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
|  **-FILED-** |
| File #: U210084251426 |
| Date Filed: 9/12/2021 |

**Submitter Information:**

| | |
| --- | --- |
| Contact Name | Ron Pierpont; Bob McLelland, its Managers |
| Organization Name | J-Pad, LLC |
| Phone Number | (909) 202-3145 |
| Email Address | ronpierpont@gmail.com |
| Address | 4519 Ponderosa Way |
| | Yorba Linda, CA 92886 |

**Amendment Action Information:**

| | |
| --- | --- |
| Initial Financing Statement File Number | 197691916827 |
| Date Filed | 01/14/2019 |
| Amendment Action | Secured Party Amendment |
| Secured Party Action | Add Secured Party |

**Add Secured Party:**

| Secured Party Name | Mailing Address |
| --- | --- |
| Steven D. Gallian | 3334 E. COAST HWY.<br>#126<br>CORONA DEL MAR, CA 92625 |
| Brian J. Gallian | 3334 E. COAST HWY.<br>#126<br>CORONA DEL MAR, CA 92625 |
| Justin D. Barclay | 3334 E. COAST HWY.<br>#126<br>CORONA DEL MAR, CA 92625 |
| Ronald J. Pierpont | 4519 PONDEROSA WAY<br>YORBA LINDA, CA 92886 |
| Robert J. McLelland | 21742 ANZA AVENUE<br>TORRANCE, CA 90503 |
| Jamie L. Gallian | 16222 MONTEREY LN.<br>#376<br>HUNTINGTON BEACH, CA 92649 |
| EJ Gallian | BRIAN J. GALLIAN<br>3334 E. COAST HWY<br>#126<br>CORONA DEL MAR, CA 92625 |

**Name of Secured Party of Record Authorizing This Amendment:**

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name        J-PAD, LLC   -   CA SOS ENTITY NO. 201804010750

**Optional Filer Reference Information:**
J-Pad, LLC   Ronald J. Pierpont and Robert J. McLelland, It's Managers

**Miscellaneous Information:**

001201            EXHIBIT 16, PAGE 405

This is a Secured Party Amendment to U197691916827 filed 1/14/2019, adding all Secured Parties, as individuals who have a defined percentage interest in the collateral known as LBM1081, A.P.N. 891-569-62, 2014 Skyline Custom Villa, Serial No. 7V710394GB/GA, located on APN 178-011-16, Lot 376, 16222 Monterey Lane Huntington Beach, CA 92649. to mirror the Secured Parties listed in U197691905279, filed 1/14/2019 and its Amendments therein. J-Pad, LLC will continue to be the Legal Owner listed on the COT and Note and entity who Manages the collateral for all Secured Parties.

B0428-8875 09/12/2021 10:11 AM Received by California Secretary of State

001202                    EXHIBIT 16, PAGE 406





U210084251729



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**INFORMATION STATEMENT (UCC 5)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U210084251729 |
| Date Filed: 9/12/2021 |

Submitter Information:

| | |
| --- | --- |
| Contact Name | Ronald Pierpont or Robert Mclelland, Its Managers |
| Organization Name | J-Pad, LLC |
| Phone Number | (714) 742-5999 |
| Email Address | bobwentflying@yahoo.com |
| Address | J-PAD, LLC |
| | 21742 ANZA AVENUE |
| | TORRANCE, CA 92503 |

Initial Filing Information:

| | |
| --- | --- |
| Initial Financing Statement File Number | 197691916827 |
| Date Filed | 01/14/2019 |
| Record Information to Which This Information Statement Relates | U00003862424 |

Claim Information:

Record filed by person not entitled to do so.

Basis for Claim:

J-Pad, LLC has a Superior UCC-1 filing 1/14/2019 U197691916827 and U210084251426.  There are no agreements between Jamie Gallian, J-Sandcastle Co LLC, J-Pad, LLC and Janine Jasso. Jamie Gallian, J-Sandcastle Co LLC or J-Pad, LLC Steven Gallian, Brian Gallian ,EJ Gallian, Justin Barclay, Ronald Pierpont, or Robert Mclelland, Secured Parties, did not authorize this UCC-1 lien filing by Janne Jasso.  The UCC Filing U200003862424 is Fraudulent.

Name of Party Filing This Information Statement:

☐ If this Information Statement is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name             J-PAD, LLC    -   CA SOS ENTITY NO. 201804010750

B0428-8878  09/12/2021  11:43 AM Received by California Secretary of State

 

U210084251830



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**INFORMATION STATEMENT (UCC 5)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
|---|
| **-FILED-** |
| File #: U210084251830 |
| Date Filed: 9/12/2021 |

| Submitter Information: | |
|---|---|
| Contact Name | Jamie Gallian |
| Organization Name | |
| Phone Number | (714) 321-3449 |
| Email Address | jamiegallian@gmail.com |
| Address | 16222 MONTEREY LN. #376 HUNTINGTON BEACH, CA 92649 |

| Initial Filing Information: | |
|---|---|
| Initial Financing Statement File Number | 197691916827 |
| Date Filed | 01/14/2019 |
| Record Information to Which This Information Statement Relates | U200003862424 |

| Claim Information: | |
|---|---|
| Record filed by person not entitled to do so. | |
| Basis for Claim: | There is no agreement between Janine Jasso and Jamie Gallian. Jamie Gallian did not authorize UCC lien filing U200003862424 by Janine Jasso. The UCC Filing is Fraudulent. |

Name of Party Filing This Information Statement:

☐ If this Information Statement is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name          JAMIE LYNN GALLIAN

Page 1 of 1

B0428-8879 09/12/2021 12:28 PM Received by California Secretary of State

 

U210084251931



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**INFORMATION STATEMENT (UCC 5)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U210084251931 |
| Date Filed: 9/12/2021 |

**Submitter Information:**

| | |
| --- | --- |
| Contact Name | Jamie Gallian |
| Organization Name | |
| Phone Number | (714) 321-3449 |
| Email Address | jamiegallian@gmail.com |
| Address | 16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649 |

**Initial Filing Information:**

| | |
| --- | --- |
| Initial Financing Statement File Number | 197691916827 |
| Date Filed | 01/14/2019 |
| Record Information to Which This Information Statement Relates | U210050463223 |

**Claim Information:**

| | |
| --- | --- |
| Record filed by person not entitled to do so. | |
| Basis for Claim: | Jamie Gallian did not authorize a UCC lien filing by Janine Jasso on 5/27/2021 U210050463223. Jamie Gallian, J-Pad, LLC have a Superior UCC filed 1/14/2019 U1976905279 and U197691916827. No Secured Parties authorized this UCC lien.  The UCC Filing is Fraudulent. |

**Name of Party Filing This Information Statement:**

☐  If this Information Statement is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name          J-PAD, LLC   -   CA SOS ENTITY NO. 201804010750

B0428-8880 09/12/2021 1:31 PM Received by California Secretary of State

Page 1 of 1

EXHIBIT 16, PAGE 409

U210084255829



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**INFORMATION STATEMENT (UCC 5)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U210084255829 |
| Date Filed: 9/12/2021 |

**Submitter Information:**

| | |
| --- | --- |
| Contact Name | Jamie Gallian |
| Organization Name | |
| Phone Number | |
| Email Address | jamiegallian@gmail.com |
| Address | 16222 MONTEREY LN.<br>#376<br>HUNTINGTON BEACH, CA 92649 |

**Initial Filing Information:**

| | |
| --- | --- |
| Initial Financing Statement File Number | 197691916827 |
| Date Filed | 01/14/2019 |
| Record Information to Which This Information Statement Relates | U210084251931 |

**Claim Information:**

| | |
| --- | --- |
| Record is inaccurate. | |
| Basis for Claim: | Incorrect  U1976905279 number listed in error. |

**Name of Party Filing This Information Statement:**

☐ If this Information Statement is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

| | |
| --- | --- |
| Authorizing Secured Party Name | J-PAD, LLC   -   CA SOS ENTITY NO. 201804010750 |

B0428-8952 09/12/2021 10:26 PM Received by California Secretary of State

001206                 EXHIBIT 16, PAGE 410

 

U210088103427



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**INFORMATION STATEMENT (UCC 5)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U210088103427 |
| Date Filed: 9/24/2021 |

B0432-8876 09/24/2021 8:11 PM Received by California Secretary of State

---

**Submitter Information:**

| | |
| --- | --- |
| Contact Name | Ronald Pierpont or Robert Mclelland, Its Manager |
| Organization Name | J-Pad, LLC |
| Phone Number | (714) 742-5999 |
| Email Address | bobwentflying@yahoo.com |
| Address | 21742 ANZA AVENUE<br>TORRANCE, CA 90503 |

**Initial Filing Information:**

| | |
| --- | --- |
| Initial Financing Statement File Number | 197691916827 |
| Date Filed | 01/14/2019 |
| Record Information to Which This Information Statement Relates | U210084251729 |

**Claim Information:**

Record is inaccurate.

| | |
| --- | --- |
| Basis for Claim: | 9/12/2021, RECORD INFORMATION TO WHICH THIS INFORMATION STATEMENT RELATES TO WAS INCORRECTLY LISTED AS U00003862424. |
| | 9/24/2021, THE CORRECT RECORD INFORMATION TO WHICH THIS INFORMATION STATEMENT RELATES TO IS U200003862424. |

**Name of Party Filing This Information Statement:**

☐ If this Information Statement is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name          J-PAD, LLC   -   CA SOS ENTITY NO. 201804010750

---

Page 1 of 1

EXHIBIT 17

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Jamie Gallian
714-321-3449

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Jamie Lynn Gallian
16222 Monterey Ln #376
Huntington Beach, CA 92649
USA

**DOCUMENT NUMBER: 76027940004**
**FILING NUMBER: 19-7691927091**
**FILING DATE: 01/14/2019 09:33**

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| HOUSER | CRAIG | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16183 CARIBOU STREET | FOUNTAIN VALLEY | CA | 92708 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| CURTISS | KATHRYN | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 22512 COSTA BELLA DR | LAKE FOREST | CA | 92630 | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| J-SANDCASTLE CO LLC | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 16222 MONTEREY LN #376 | HUNTINGTON BEACH | CA | 92649 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
LOCATED ON PARCEL MAP ORANGE COUNTY CLERK OF CALIFORNIA PARCEL MAP RECORDED IN BOOK 108, PG(S) 47,48

SERIAL NUMBER AC7V710394GB, AC7V710394GA; DECAL NUMBER LBM1081
ASSESSORS PARCEL NUMBER 891-569-62

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

| **6a.** Check only if applicable and check only one box: | **6b.** Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien  ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

**FILING OFFICE COPY**

Page 2

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

| | |
|---|---|
| 9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐ | |

| | 9a. ORGANIZATION'S NAME | |
|---|---|---|
| OR | 9b. INDIVIDUAL'S SURNAME<br>HOUSER | |
| | FIRST PERSONAL NAME<br>CRAIG | |
| | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**DOCUMENT NUMBER: 76027940004**

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 10b. INDIVIDUAL'S SURNAME<br>HOUSER | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME<br>CHRIS | | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS<br>16222 MONTEREY LANE | CITY<br>HUNTINGTON BEACH | STATE<br>CA | POSTAL CODE<br>92649 | | COUNTRY<br>USA |

11. ☐ ADDITIONAL SECURED PARTY'S NAME <u>or</u> ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (11a or 11b)

| | 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT:<br>☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing. |
|---|---|
| 15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

FILING OFFICE COPY

001210

EXHIBIT 17, PAGE 413

Page 3

## UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

| 18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here |
|---|

| OR | 18a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| | 18b. INDIVIDUAL'S SURNAME | | |
| | HOUSER | | |
| | FIRST PERSONAL NAME | | |
| | CRAIG | | |
| | ADDITIONAL NAME(S)/INTITAL(S) | | SUFFIX |

DOCUMENT NUMBER: 76027940004

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 19. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) | | | |
|---|---|---|---|
| 19a. ORGANIZATION'S NAME  BS INVESTORS LP CA SOS ENTITY NO.- 201809600019 | | | |
| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 19c. MAILING ADDRESS  19100 VON KARMAN STE 370 | CITY  IRVINE | STATE  CA | POSTAL CODE  92612 | COUNTRY  USA |

| 20. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) | | | |
|---|---|---|---|
| 20a. ORGANIZATION'S NAME  HOUSER BROS CO CA SOS ENTITY NO. 198415300148 | | | |
| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 20c. MAILING ADDRESS  16222 MONTEREY LN | CITY  HUNTINGTON BEACH | STATE  CA | POSTAL CODE  92649 | COUNTRY  USA |

| 21. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) | | | |
|---|---|---|---|
| 21a. ORGANIZATION'S NAME | | | |
| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 22. ADDITIONAL SECURED PARTY'S NAME or ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b) | | | |
|---|---|---|---|
| 22a. ORGANIZATION'S NAME | | | |
| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 23. ADDITIONAL SECURED PARTY'S NAME or ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b) | | | |
|---|---|---|---|
| 23a. ORGANIZATION'S NAME | | | |
| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 24. MISCELLANEOUS: |
|---|

FILING OFFICE COPY

EXHIBIT 17, PAGE 414

EXHIBIT 18

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES, AND HOUSING
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS

GAVIN NEWSOM, Governor



## Title Search

Date Printed:  Jan 18, 2019

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Last Title Date:** 09/10/2014
**Last Reg Card:** Pending Reg Card
**Sale/Transfer Info:** Price $175,000.00 Transferred on 11/01/2018

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

### ***END OF TITLE SEARCH***

EXHIBIT 18, PAGE 415

EXHIBIT 19

**STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING**                    **GAVIN NEWSOM, Governor**

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



# Title Search

Date Printed:   Jul 23, 2020

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Last Title Date:**         01/19/2019

**Last Reg Card:**          01/19/2019

**Sale/Transfer Info:**          Price $175,000.00 Transferred on 11/01/2018

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Title Searches:

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937

**Title File No:**          LBM1081

### ***END OF TITLE SEARCH***

EXHIBIT 20

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS

GAVIN NEWSOM, Governor



# Title Search

Date Printed:  Jun 7, 2021

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

    J-SANDCASTLE CO LLC
    16222 MONTEREY LANE ROOM 376
    HUNTINGTON BEACH, CA 92649

**Last Title Date:** 02/24/2021

**Last Reg Card:** 02/24/2021

**Sale/Transfer Info:** Price $175,000.00 Transferred on 11/01/2018

Situs Address:

    16222 MONTEREY LN SPACE 376
    HUNTINGTON BEACH, CA  92649
    Situs County:  ORANGE

Legal Owner:

    RONALD J PIERPONT
    JPAD LLC
    Tenants in Common Or
    16222 MONTEREY LN SPACE 376
    HUNTINGTON BEACH, CA 92649

**Lien Perfected On:** 08/20/20 11:58:00

Title Searches:

    JANINE JASSO
    PO BOX 370161
    EL PASO, TX 79937

**Title File No:** LBM1081

## ***END OF TITLE SEARCH***

001217

EXHIBIT 20, PAGE 417

EXHIBIT 21

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY          GAVIN NEWSOM, Governor

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



# Title Search

Date Printed:  Aug 10, 2021

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Record Conditions:

- An application for title or registration change is pending with the department.  For information regarding this application, please call 1-800-952-8356 and request to speak with a customer representative.

Registered Owner:

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Last Title Date:**      08/03/2021

**Last Reg Card:**        08/03/2021

**Sale/Transfer Info:**      Price $.00 Transferred on 02/25/2021

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Title Searches:

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937

**Title File No:**        LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**        LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**        LBM1081

001219                    EXHIBIT 21, PAGE 418

HOUSER BROS. CO.
16222 MONTEREY LN OFC
HUNTINGTON BEACH, CA 92649

**Title File No:**                                LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                                LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                                LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                                LBM1081

***END OF TITLE SEARCH***                    Page Number:2

001220                          EXHIBIT 21, PAGE 419

EXHIBIT 22

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY          GAVIN NEWSOM, Governor

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



# Title Search
Date Printed:  Sep 21, 2021

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Last Title Date:**  08/12/2021

**Last Reg Card:**  08/12/2021

**Sale/Transfer Info:**  Price $.00 Transferred on 02/25/2021

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Legal Owner:

J-PAD LLC
21742 ANZA AVE
TORRANCE, CA 90503

**Lien Perfected On:**  01/14/19 15:22:00

Title Searches:

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937

**Title File No:**  LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**  LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**  LBM1081

EXHIBIT 22, PAGE 420

HOUSER BROS. CO.
16222 MONTEREY LN OFC
HUNTINGTON BEACH, CA 92649

**Title File No:**                                    LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                                    LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                                    LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                                    LBM1081

***END OF TITLE SEARCH***                    Page Number:2

001223                    EXHIBIT 22, PAGE 421

EXHIBIT 23



| DTN: | 10689563 |
|---|---|
| Decal: | LBM1081 |
| Unit ID: | 252606085 |
| Trans Type: | Correspondence |
| Trans Date: | 11/20/2018 |
| Trade Name: | CUSTOM VILLA |
| Serial #: | AC7V710394GA, AC7V710394GB |
| Insignia # | PFS1130281, PFS1130282 |

| Status Date: | 11/28/2018 | User Name: | MO, SIYAO |
|---|---|---|---|

EXHIBIT 23, PAGE 422

EXHIBIT 23, PAGE 423

**State of California**
BUSINESS, TRANSPORTATION AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM
PO Box 2111 Sacramento  CA  95812-2111
1 800 952-8356
www.hcd.ca.gov



## NOTICE OF SALE OR TRANSFER

**ATTENTION: THIS FORM IS TO BE USED <u>ONLY</u> WHEN YOU SELL OR TRANSFER YOUR MOBILEHOME OR COMMERCIAL COACH.  AT THAT TIME COMPLETE, SIGN, AND RETURN TO THE ADDRESS STATED ABOVE TO REPORT THE CHANGE OF OWNERSHIP.**

**SECTION I:** Enter the following information that describes your unit:  Decal/License plate number(s), Serial(s) number, and Trade name of Unit.

**SECTION II:** Enter the sale price and the date of sale/transfer including the month, day, and year.

**SECTION III:** Enter the full name and mailing address of the new owner/buyer(s).

**SECTION IV:** Enter date, city, and state indicating where and when this form is being executed.  SELLER(S) MUST SIGN and print their names(s).

---

**SECTION I.**     **DESCRIPTION OF UNIT**

| Decal Number(s) | Serial Number(s) | Trade Name |
|---|---|---|
| LBM1081 | M7V71039 4 6B  AC7471039 4 6A | Custom Villa |

---

**SECTION II.**     **SALE OR TRANSFER INFORMATION**

For the sum of $ 225,000 the receipt of which is hereby acknowledged, I/we did sell, transfer and deliver to the purchaser/owner named below, on 11-1-18 , my/our right title and interest in the unit described above.
*Date of Transfer*

---

**SECTION III.**     **NAME OF PURCHASER/NEW OWNER:**

Name: J-Sandcastle Co, LLC  Its Manager Jamie L. Gallian

Address: 5782 PINON Dr.

City: Huntington Bch    State: CA    Zip Code: 92649

---

**SECTION IV.**     **CERTIFICATION AND RELEASE**

I/we certify under penalty of perjury under the laws of the State of California that: 1) I/We are the lawful owner(s) of the unit, and 2) I/We have the right to sell it, and 3) I/We guarantee and will defend the title to the unit against the claims and demands of any and all persons arising prior to this date, and 4) the unit is free of all liens and encumbrances.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed On 11/1/2018          at Huntington Beach , CA
*Date*                                    *City*                    *State*

Signature of Sellers: _____  _____ 11/15/2018

Printed Name: LISA T RYAN

EXHIBIT 23, PAGE 424

EXHIBIT 23, PAGE 425

**Secretary of State**
**Articles of Organization**
Limited Liability Company (LLC)

LLC-1

201 829810053

**FILED**
Secretary of State
State of California

OCT 19 2018

This Space For Office Use Only

**IMPORTANT — Read Instructions before completing this form.**

Filing Fee  –  $70.00

Copy Fees  –  First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

Note:  LLCs may have to pay minimum $800 tax to the California Franchise Tax Board
each year.  For more information, go to https://www.ftb.ca.gov.

1.  **Limited Liability Company Name** (See Instructions – Must contain an LLC ending such as LLC or L.L.C.  "LLC" will be added, if not included.)

J-Sandcastle Co, LLC

2.  **Business Addresses**

| a. Initial Street Address of Designated Office in California - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 5782 PiNON Dr. | Huntington Beach | CA | 92649 |
| b. Initial Mailing Address of LLC, if different than item 2a | City (no abbreviations) | State | Zip Code |
| | | | |

3.  **Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 3a and 3b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Steven Gallian | D. | Gallian | Mr |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 821 W. 16th St. | Costa Mesa | CA | 92663 |

CORPORATION – Complete Item 3c. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b

4.  **Management** (Select **only** one box)

NOV 2 0 2018

The LLC will be managed by:

☐ One Manager   ☐ More than One Manager   ☐ All LLC Member(s)

5.  **Purpose Statement** (Do not alter Purpose Statement)

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company
may be organized under the California Revised Uniform Limited Liability Company Act.

6.  The Information contained herein, including in any attachments, is true and correct.

Organizer sign here

Jamie L. Gallian
Print your name here

LLC-1 (REV 04/2017)

Jamie L. Gallian

2017 California Secretary of State
www.sos.ca.gov/business/be

10689563

EXHIBIT 23, PAGE 426

EXHIBIT 23, PAGE 427

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of **Orange** )

On _November 15, 2018_ before me, **Brandon Vargas**, Notary Public

Date — *Here Insert Name and Title of the Officer*

personally appeared _Jamie Lynn Galliani, J-SandCastle Co, LLC_
_Its Manager_ — *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**BRANDON VARGAS**
Commission # 2203957
Notary Public - California
Orange County
My Comm. Expires JULY 3, 2021

Signature _Brandon V._

*Signature of Notary Public*

*Place Notary Seal Above*

──────────────── **OPTIONAL** ────────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Department of housing and community development certificate of title - Section C_

Document Date: _____ Number of Pages: _4_

Signer(s) Other Than Named Above: _____

EXHIBIT 23, PAGE 428

EXHIBIT 23, PAGE 429



**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of __Orange__ )

On _November 15 2018_ before me, _Brandon Vargas_, Notary Public
    Date                     Here Insert Name and Title of the Officer

personally appeared _Lisa Theresa Ryan_
                                Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

BRANDON VARGAS
Commission # 2203957
Notary Public - California
Orange County
My Comm. Expires JULY 3, 2021

Signature _Brandon V._
                      Signature of Notary Public

Place Notary Seal Above

———————————— OPTIONAL ————————————
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _Department of Housing and community development Certificate of Title, Section B_
Document Date: _____ Number of Pages: _3_
Signer(s) Other Than Named Above: _____

EXHIBIT 23, PAGE 430

EXHIBIT 23, PAGE 431



EXHIBIT 23, PAGE 431

EXHIBIT 24



DTN: **10670236**

Decal: **LBM1081**

Unit ID: 252606085

Trans Type: R/O Transfer - Private Sale

Trans Date: 11/16/2018

Trade Name: CUSTOM VILLA

Serial #: AC7V710394GA, AC7V710394GB

Insignia # PFS1130281, PFS1130282

Status Date: 01/18/2019    User Name: CRUZ, SYLVIA

EXHIBIT 24, PAGE 432

EXHIBIT 24, PAGE 433

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE
### Manufactured Home

Decal No: LBM1081

| Manufacturer ID/Name | | Trade Name | Model | | DOM 05/29/2014 | DFS 07/28/2014 | RY | Exp. Date |
|---|---|---|---|---|---|---|---|---|
| 90002  SKYLINE HOMES INC | | CUSTOM VILLA | | | | | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | SPC | SCC | Exempt | Use | Type |
|---|---|---|---|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | | 30 | | SFD | LPT |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | | | | |

| Issued | Total Fees Paid |
|---|---|
| Sep 10, 2014 | $91.00 |

**Addressee**
LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA 92649



**Registered Owner(s)**
LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA 92649

**Situs Address**
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA 92649

**IMPORTANT**
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.
THE CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 8169431

NOV 1 6 2018

09102014 - 244

001238

EXHIBIT 24, PAGE 434

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  11/1/2018  at  Huntington Beach  CA

| Date | City | State |
|---|---|---|

Signature _____  Printed Name  LISA  T  RYAN

## SECTION B - RELEASING SIGNATURES

1a. _____  Date of Release  11/1/2018
Releasing Signature of Registered Owner

1b. _____  Date of Release _____
Releasing Signature of Registered Owner

2. _____  ☒ Release   ☐ Retain   • ☐ Assign Interest
Legal Owner of Record (if any) sign and check appropriate box    (* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

NEW REGISTERED OWNER - Please Print or Type Clearly

3a.  J- Sandcastle Co, LLC    3c. _____
New Registered Owners Name    New Registered Owners Name

3b. _____    3d. _____
New Registered Owners Name    New Registered Owners Name
If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   *☐ Trust/Trustee(s)
(* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

4.  16222 Monterey Ln #376    Huntington Beach CA 92649
Mailing Address of New Registered Owner    City/State    Zip Code

5.  Same as Above
Actual Location Address of Unit    City/State    Zip Code

6.  $225,000 175,000    11-1-18
Purchase Price or check box if Gift-☐    Purchase Date or Transfer Date

7a.  J Sandcastle Co. LLC    _____
Signature of New Registered Owners    Signature of New Registered Owners
by _____ Managing member

7b. _____    7d. _____
Signature of New Registered Owners    Signature of New Registered Owners

NEW LEGAL OWNER - Please Print or Type Clearly

8a. _____    8b. _____
New Legal Owners Name    New Legal Owners Name
If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   *☐ Trust/Trustee(s)
(* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

9. _____
Mailing Address of New Legal Owner    City/State    Zip Code

NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____    10b. _____
New Junior Lienholder Name    New Junior Lienholder Name

11. _____
Mailing Address of New Junior Lienholder    City/State    Zip Code

## SECTION D - RELEASE OF DEALERS

12. _____
Signature of Selling Dealer    Print Dealers Name and Dealer Number

OSP 09 112819

EXHIBIT 24, PAGE 435

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF ERROR OR ERASURE

**SECTION I.          DESCRIPTION OF UNIT**

The Decal (License) Number(s) of the unit is: _LBM 1081_

The Trade Name of the unit is: _Custom Villa_

The Serial Number(s) of the unit is: _ACMV710394 GB / GA_

**SECTION II.          STATEMENT OF ERROR**

The name or information appearing on, erased from, crossed through or whited-out on line _6_

or other area of the _CERT OF TITLE_

*Enter name of document or form*

was entered in error and has no bearing on the ownership of the unit. The name or information should not be part of
the ownership record.

In the space provided below, enter the reason for the error or erasure:

_The correct purchase price should be $175,000_
_due to satisfying Tax Clearance Certificate 17-18, 18-19,_
_APP 20.00 abstract Judgement, Past due Ground Rent + Fees, Costs._
_Already paid before application of fee waiver._

**SECTION III.          CERTIFICATION**

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _Nov. 16, 2018_ at _Riverside CA_
                    *Date*                              *City*              *State*

Signature _J Sandcastle Co, LLC      James A Sellen  Its Manager_

Address _16222 Monterey Lane  # 376 Huntington Beach CA 92649_
              *Address or P.O. Box*                    *City*              *State*        *Zip*

HCD 475.6 (Rev. 11/14)

001240                     EXHIBIT 24, PAGE 436

EXHIBIT 24, PAGE 437

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### REGISTRATION CARD

Manufactured Home

Decal No: LBM1081

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | SPC | SCC | Exempt | Use | Type |
|---|---|---|---|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | | 30 | | SFD | LPT |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | | | | |

| Issued | Total Fees Paid |
|---|---|
| Sep 10, 2014 | $91.00 |

**Addressee**

LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

**Situs Address**

16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE**
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.**
**THE CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 8169431

09102014 - 243

001242

EXHIBIT 24, PAGE 438



EXHIBIT 24, PAGE 439

State of California
Department of Housing and Community Development
Division of Codes and Standards
Registration and Titling Program
P.O. Box 2111, Sacramento, CA 95812-2111
(916) 323-9224 / (800) 952-8356
www.hcd.ca.gov



# MULTI-PURPOSE TRANSFER FORM

## PLEASE COMPLETE ONLY THE SECTIONS THAT APPLY AND SIGN BOTTOM OF FORM

### UNIT DESCRIPTION

Decal (License) No.(s): _L BM 1081_  Serial No.(s): _ACTV710394CB /ACTV710394GA_

### SMOKE DETECTOR AND CARBON MONOXIDE CERTIFICATION

I/We, the undersigned, hereby state that the manufactured home, mobilehome, or multifamily manufactured home described above is equipped with a properly working, operable smoke detector in accordance with California Health and Safety Code Section 18029.6 and a carbon monoxide detector in accordance to California Residential Code Section R315.

☒ YES ☐ NO

### PARK PURCHASE FEE EXEMPTION

The registered owner of the above-described manufactured home/mobilehome that is located on private property owned by the registered owner is exempt from payment of the $5 Park Purchase Fund (PPF) fee (Health and Safety Code Section 18114.1). If you feel you qualify for the exemption, complete the following questions:

- Do you (the registered owner) own your manufactured home/mobilehome?  ☒ YES ☐ NO
- Do you (the registered owner) own the land your manufactured home/mobilehome is located on?  ☐ YES ☒ NO

### DESIGNATION OF CO-OWNER TERM

We request the Department of Housing and Community Development to register our ownership interest in the unit described above with the following co-owner term:  **(READ CAREFULLY AND CHECK ONE BOX.)**

☐ **JTRS (Joint Tenants with Right of Survivorship):** Upon the death of a joint tenant, the interest of the deceased party passes to the surviving joint tenant. The signature of each joint tenant is required to transfer or encumber the title.

☐ **TENCOM AND (Tenants in Common with the names joined by the word AND):** Each tenant in common may transfer his or her individual interest without the signature of the other tenant(s) in common. The signature of each tenant in common is required to transfer full interest in the unit to a new registered owner or to encumber the title.

☐ **TENCOM OR (Tenants in Common with the names joined by the word OR):** Any one of the tenants in common may transfer full ownership interest in the unit to a new registered owner without the signature of the other tenant(s) in common. The signature of each tenant in common is required to encumber the title.

☐ **COMPRO (Community Property):** A unit may be registered as community property in the names of a husband and wife. The signature of each spouse is required to transfer full interest in the unit or encumber the title.

☐ **COMPRORS (Community Property with Right of Survivorship):** A unit may be registered as community property in the names of a husband and wife. At the death of one spouse, the decedent's community property interest passes to the surviving spouse without administration. The signature of each spouse is required to transfer full interest in the unit or encumber the title.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above described unit in California, or from, issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _11-16-2018_  at _Riverside Ca_
                   Date                          City                          State

Signature _Amie H Allison, Its Manager For J Sandcastle Co, LLC_   Signature

Signature                                        Signature

PHONE #: _714 321-3449_   E-MAIL ADDRESS:

HCD RT 476.6G Side 1 (Rev. 07/16)

EXHIBIT 24, PAGE 440

Decal (License) No.(s): _LBM 1081_   Serial No.(s): _ACTV2103946B/ACTV103946 A_

## DECLARATION OF INSTALLATION OF WATER HEATER SEISMIC BRACING

I/We the undersigned hereby state that all fuel gas-burning water heater appliances in the manufactured home, mobilehome, or multifamily manufactured housing described above are seismically braced, anchored, or strapped in accordance with Health and Safety Code Section 18031.7 and Part 5 of Title 24 of the California Code of Regulations.

☑ YES   ☐ NO   ☑ Electric water heater is installed per manufacturer's instructions.

### SIGNATURE ON FRONT SIDE IS CERTIFICATION FOR THIS SECTION

## REASON FOR USE TAX AND/OR MOBILEHOME RECOVERY FUND FEE EXEMPTION

Check appropriate box(es):

☐ The above-described unit was a gift.  All rights and interest of ownership were transferred without exchange or money or other valuable consideration.

☐ The above-described unit has been acquired from: _____
   *parents, spouse, grandparent(s), grandchild, child, brother(s)*, sister(s)**

☐ The name of a _____ is being ☐ **ADDED**  ☐ **DELETED** to the record.
   *show relationship*

☐ The above-described unit was received as the result of an inheritance.

☐ Transfer of the above-described unit is being made pursuant to a court order.

☐ The transfer of the unit is being made to a revocable trust which (1) the seller has an unrestricted power to revoke the trust, (2) the transfer does not result in any change in the beneficial ownership of the property, (3) the trust provides that upon revocation of the trust the property will revert wholly to the seller, and (4) the only consideration for the transfer is the assumption by the trust of an existing loan for which the tangible personal property being transferred is the sole collateral for the assumed loan.

**NOTE:  A sale between brother(s) or sister(s) is subject to use tax unless both are minors.  If minors, check here:** ☐

### SIGNATURE ON FRONT SIDE IS CERTIFICATION FOR THIS SECTION

## DESIGNATION OF TRUST

I/We, the undersigned trustee(s), hereby state that the unit described above has been placed into a trust.  This Declaration of Trust is dated _____

In compliance with Section 18080.1(b) of the California Health and Safety Code, I/we as trustee(s) hereby request the unit described above be registered as shown below.  I/we acknowledge that the Department's permanent title record and the titling documents for the unit will reflect the information as shown below.

_____
*Print Name of the Trust.  This is how the name of the Trust will appear on title.*

I/We as trustee(s) agree(s) to notify and make application with the Department of Housing and Community Development to appropriately amend the permanent registration and titling record immediately upon any change to the original trust agreement described herein by submitting this form along with all appropriate documents, fees or any other needed items to the Department.

I/We as trustee(s) further agree(s) to indemnify and save harmless the Director of the Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above described unit in California and from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ at _____
   *Date*                          *City*                          *State*

Trustee Signature(s): _____   _____

_____
*Street Address or P.O. Box*              *City*                    *State*

HCD RT 476.6G Side 2 (Rev. 07/16)

   EXHIBIT 24, PAGE 441



# TAX CLEARANCE CERTIFICATE

☒ **Mobile Home**                    ☐ **Floating Home**

### COUNTY OF ORANGE



| SERIAL NUMBER/HULL NUMBER | DECAL NUMBER/CF NUMBER |
|---|---|
| AC7V710394GB/ AC7V710394GA | LBM1081 |

| LOCATION OF HOME | ASSESSOR'S PARCEL NUMBER |
|---|---|
| 16222 MONTEREY LN 376 HUNTINGTON BEACH | 891-569-62 |

| CURRENT REGISTERED OWNER | APPLICANT |
|---|---|
| RYAN, LISA T<br>16222 MONTEREY LN<br>SPC 376<br>HUNTINGTON BEACH<br>CA 92649 | J-SANDCASTLE CO, LLC<br>16222 MONTEREY LN #376<br>HUNTINGTON BEACH<br>CA 92649 |

I hereby certify that the following has been paid:

☐ Delinquent license fees

☒ Property taxes applicable to the home identified above through the fiscal year 2018-2019

☒ A security deposit for payment of the property taxes for the fiscal year 2019-2020

☒ No taxes due or payable at this time.

There may be a supplemental assessment not covered by this Tax Clearance Certificate which may create an additional bill.

**THIS CERTIFICATE IS VOID ON AND AFTER JANUARY 15, 2019.**

Executed on November 16, 2018 at Santa Ana.
Treasurer-Tax Collector for Orange County, State of California.

Issued on November 16, 2018 _____
                                                    (Signature)

§§2189.8, 5832 R & T Code                                    TDL 10-01 (7-87)

001246                    EXHIBIT 24, PAGE 442

EXHIBIT 24, PAGE 443

EXHIBIT 25



DTN:                    **12153896**

Decal:                 **LBM1081**

Unit ID:               252606085

Trans Type:            L/O Assignment

Trans Date:            02/01/2021

Trade Name:            CUSTOM VILLA

Serial #:              AC7V710394GA, AC7V710394GB

Insignia #             PFS1130281, PFS1130282

Status Date:      02/23/2021     User Name:     SHAH, KIRAN

EXHIBIT 25, PAGE 445

**STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
**CERTIFICATE OF TITLE**

Manufactured Home                                    Decal:     **LBM1081**

| Manufacturer ID/Name | Trade Name | Model | | DOM | DFS | RY |
|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | ** | | 05/29/2014 | 07/28/2014 | |
| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued | |
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Jan 19, 2019 | |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | |

**Addressee**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA  92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE**
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE**
**CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 10670236                                                                  01192019 - 2

001251                    EXHIBIT 25, PAGE 446

EXHIBIT 25, PAGE 447

*Copy*

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ _____ _____, State _____

## SECTION B - RELEASING SIGNATURES

1a. _____
Signature of Registered Owner

1b. _____                              Date of Release _____

2. _____                         ☐ Release   ☐ Retain   ☐ Assign Interest
Legal Owner of Record (if any) sign and check appropriate box          * If Assign Interest is check... Complete New Legal Owner Below )

## SECTION C - NEW OWNER INFORMATION

### NEW REGISTERED OWNER - Please Print or Type Clearly

3a. _____                          3c. _____
New Registered Owners Name                     New Registered Owners Name

3b. _____                          3d. _____
New Registered Owners Name                     New Registered Owners Name
                    If more than one New Owner going onto title, please check the appropriate Co-owner term box here.

☐ Joint Tenants with Right of Survivorship    ☐ Tenants In Common OR    *☐ Trust/Trustee(s)
                                                            (* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND    ☐ Community Property    ☐ Community Property with Right of Survivorship

4. _____                          _____    _____
Mailing Address of New Registered Owner         City/State        Zip Code

5. _____                          _____    _____
Actual Location Address of Unit                 City/State        Zip Code

6. _____                          _____
Purchase Price or check box if Gift ☐          Purchase Date or Transfer Date

7a. _____                          _____
Signature of New Registered Owners             Signature of New Registered Owners

7b. _____                      7d. _____
Signature of New Registered Owners             Signature of New Registered Owners

### NEW LEGAL OWNER - Please Print or Type Clearly

8a. **BRIAN J. GALLIAN**             8b. **Steven D. Gallian**
New Legal Owners Name                          New Legal Owners Name
                    If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☒ Joint Tenants with Right of Survivorship    ☐ Tenants In Common OR    *☐ Trust/Trustee(s)
                                                            (* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND    ☐ Community Property    ☐ Community Property with Right of Survivorship

9. **16222 Monterey Ln #376**        **Huntington Beach, CA    92649**
Mailing Address of New Legal Owner             City/State        Zip Code

### NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____                         10b. _____
New Junior Lienholder Name                     New Junior Lienholder Name

11. _____                          _____    _____
Mailing Address of New Junior Lienholder        City/State        Zip Code

## SECTION D – RELEASE OF DEALERS

12. _____                          _____
Signature of Selling Dealer                    Print Dealers Name and Dealer Number

OSP 09 112819

EXHIBIT 25, PAGE 449

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### REGISTRATION CARD

Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Jan 19, 2019 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649



**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

***************************************************
### ATTENTION OWNER:

THIS IS THE REGISTRATION CARD FOR THE
UNIT DESCRIBED ABOVE.  PLEASE KEEP THIS
CARD IN A SAFE PLACE WITHIN THE UNIT.

### INSTRUCTIONS FOR RENEWAL:

REGISTRATION FOR THIS UNIT EXPIRES ON THE
DATE INDICATED ABOVE IN THE BOX LABELED
"Exp. Date".  THERE ARE SUBSTANTIAL
PENALTIES FOR DELINQUENCY.  IF YOU DO NOT
RECEIVE A RENEWAL NOTICE WITHIN 10 DAYS
PRIOR TO THE EXPIRATION DATE, CONTACT
H.C.D. FOR RENEWAL INSTRUCTIONS.
***************************************************

### IMPORTANT
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 10670236

01192019 - 1

EXHIBIT 25, PAGE 451

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome   ☐ Commercial Modular   ☐ Floating Home   ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM 1081 | | |

I/We, the undersigned, hereby state:

The original paperwork to add legal owner was lost in the mail. Customer sent photocopies of the application. Representative for J-Sandcastle CO LLC, Jamie Gallian states the legal owner is Joint Ronald J. Pierpont and J Pad LLC at the same address: 16222 Monterey Ln # 376 Huntington Beach CA 92649

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on  02/22/2021  at  Sacramento , CA
_____Date_____        _____City_____   ____State____

Signature(s):                          Printed name(s):
Rebecca O'Laughlin              Rebecca O'Loughlin, Program Tech III

Address _____

City _____        State _____

HCD RT 476.6 (Rev. 07/16)

EXHIBIT 25, PAGE 453

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT TO ENCUMBER

### SECTION I.   DESCRIPTION OF UNIT

This unit is a (check one):

[X] Manufactured Home, Mobilehome, Multifamily Manufactured Home   [ ] Commercial Modular   [ ] Truck Camper   [ ] Floating Home

The Decal (License) Number(s) is: __LBM1081__

The Trade Name is: __SKYLINE HOMES CUSTOM VILLA__

The Serial Number(s) is: __AC7V710394GB/GA__

### SECTION II.   LEGAL OWNER INFORMATION

I/We are releasing legal owner interest in the above-described unit to encumber the title (record a lien) in favor of:

__Ronald J. Pierpont, Member JPad LLC__
*(Name of New Legal Owner)*

*Address:* __16222 MONTEREY LN, #376 HUNTINGTON BEACH, CA 92649__
      *Street Address or P.O. Box*               *City*              *State*      *Zip*

### SECTION III.   CERTIFICATION

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __8/20/2020__ at __HUNTINGTON BEACH, CALIFORNIA__
         *Date*                    *City*            *State*

Signature of each registered owner:        Printed name of each registered owner:

*Jamie L. Gallian, Member*         J-SANDCASTLE CO LLC JAMIE L.GALLIAN, MEMBER

Address: __16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649__
      *Street Address or P. O. Box*           *City*           *State*      *Zip*

HCD 484.7 (Rev. 11/14)

EXHIBIT 25, PAGE 455

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☒ Manufactured Home / Mobilehome  ☐ Commercial Modular  ☐ Floating Home  ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM 1081 | Custom Villa | AC7V710394GB AC7V710394GA |

I/We, the undersigned, hereby state:

*J-Sandcastle wishes to disregard former Statement to Encumber/Lien Assignment. for favor of NEW legal owner J-Pad LLC Ronald J. Pierpont. The New legal owner is J-PAD LLC, Ronalds Pierpont, Member.*

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on _8/20/2020_ at _Huntington Beach_, _CA_
                Date                    City                    State

| Signature(s): | Printed name(s): |
|---|---|
| *J-Sandcastle Co LLC By Janiel Gilliam JANIEL GILLIAM* | J-Sandcastle CO LLC |

Address _16222 Monterey Ln #376_

City _Huntington Beach_          State _CA_

HCD RT 476.6 (Rev. 07/16)

001261                              EXHIBIT 25, PAGE 456

EXHIBIT 25, PAGE 457

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome  ☐ Commercial Modular  ☐ Floating Home  ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM 1081 | SKYLINE HOMES | AC7V710394GB/GA |

I/We, the undersigned, hereby state: *J-Sandcastle Co LLC made errors on the Certificate of Title. The only change to the Certificate of Title is the addition of two names as Legal owners as indicated on the Statement to Encumber dated 8/20/2020. The Legal owners to be added to the Certificate of Title are Steven D. Gallian Brian J. Gallian*

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on __08/20/2020__ at __HUNTINGTON BEACH__, __CA__
　　　　　　　Date　　　　　　　　　　City　　　　　　　　　　　State

Signature(s): _____  Printed name(s): J-SANDCASTLE CO LLC JAMIE GALLIAN MEMBER

Address __16222 MONTEREY LN. #376__

City __HUNTINGTON BEACH__  State __CA__

HCD RT 476.6 (Rev. 07/16)

001263　　　　EXHIBIT 25, PAGE 458

EXHIBIT 25, PAGE 459

*Copy*

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT TO ENCUMBER

| SECTION I. | DESCRIPTION OF UNIT |
|---|---|

This unit is a (check one):

☒ Manufactured Home, Mobilehome, Multifamily Manufactured Home  ☐ Commercial Modular  ☐ Truck Camper  ☐ Floating Home

The Decal (License) Number(s) is: __LBM1081__

The Trade Name is: __SKYLINE HOMES CUSTOM VILLA__

The Serial Number(s) is: __AC7V710394GB/GA__

| SECTION II. | LEGAL OWNER INFORMATION |
|---|---|

I/We are releasing legal owner interest in the above-described unit to encumber the title (record a lien) in favor of:

__STEVEN D GALLIAN   AND   BRIAN J. GALLIAN  JOINT TENANTS Right of Survivorship__
(Name of New Legal Owner)

*Address:*  __16222 MONTEREY LN. #376 HUNTINGTON BEACH, CA 92649__
Street Address or P.O. Box        –        City        State        Zip

| SECTION III. | CERTIFICATION |
|---|---|

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __8/20/2020__   at   __HUNTINGTON  BEACH, CALIFORNIA__
Date        City        State

Signature of each registered owner:     Printed name of each registered owner:

*Jamie L Gallian, member*     __J-SANDCASTLE CO LLC JAMIE L.GALLIAN, MEMBER__

Address: __16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649__
Street Address or P. O. Box        City        State        Zip

HCD 484.7 (Rev. 11/14)

EXHIBIT 25, PAGE 461

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## LIEN ASSIGNMENT

| SECTION I. | DESCRIPTION OF UNIT |
|---|---|

This unit is a (check one):

☒ Manufactured Home, Mobilehome, Multifamily Manufactured Home  ☐ Commercial Modular  ☐ Truck Camper  ☐ Floating Home

The Decal (License) Number(s) is:  __LBM 1081__

The Trade Name is:  SKYLINE HOMES CUSTOM VILLA

The Serial Number(s) is:  AC7V710394GB/GA

| SECTION II. | NAME AND ADDRESS OF PARTY ASSIGNING LIEN (ASSIGNOR) |
|---|---|

Name of Assignor:  J-SANDCASTLE CO LLC, JAMIE L. GALLIAN, MEMBER

Mailing Address of Assignor:  16222 Monterey Ln. #376 Huntington Beach CA 92649
Street Address or P.O. Box                                              City                    State        Zip

| SECTION III. | DEBTOR(S) NAME AND ADDRESS |
|---|---|

Name of Debtor(s):  J-SANDCASTLE CO LLC , JAMIE L. GALLIAN, MEMBER

Mailing Address of Debtor(s):  16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649
Street Address or P.O. Box                              City              State        Zip

Location Address:  16222 MONTEREY LN. #376 HUNTINGTON BEACH, CA 92649
Street Address                                    City                County          State

| SECTION IV. | NAME AND ADDRESS OF PARTY TO WHICH LIEN HAS BEEN ASSIGNED (ASSIGNEE) |
|---|---|

Name of Assignee:  STEVEN D. GALLIAN AND BRIAN J. GALLIAN, JOINT TENANTS Right of Survivorship

Mailing Address of Assignee:  16222 MONTEREY LN. #376 HUNTINGTON BEACH, CA 92649
Street Address or P.O. Box                              City              State        Zip

| SECTION V. | ASSIGNOR'S CERTIFICATION |
|---|---|

I/We the assignor certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct that my/our lien in the name of the debtor(s), for the described unit, has been transferred to the assignee on __8/20/2020__ .
Date of Lien Assignment

Executed on __8/20/2020__          at  HUNTINGTON BEACH, CA
Date                                          City                        State

Signature of Authorized Agent:  _Jamie L. Gallian_

HCD 485.1 (Rev. 12/14)

EXHIBIT 25, PAGE 463

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ORANGE_____ )

On __AUG,28,2020_____ before me, ALEX MAJDPOUR NOTARY PUBLIC
_____
(insert name and title of the officer)

personally appeared __JAMIE LYNN GALLIAN_____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____        (Seal)

ALEX MAJDPOUR
Notary Public · California
Orange County
Commission # 2216025
My Comm. Expires Jan 28, 2024

001269                    EXHIBIT 25, PAGE 464

EXHIBIT 25, PAGE 465

EXHIBIT 26



DTN:                        **12313525**

Decal:                      **LBM1081**

Unit ID:                    252606085

Trans Type:                 R/O Transfer - No Sale

Trans Date:                 07/14/2021

Trade Name:                 CUSTOM VILLA

Serial #:                   AC7V710394GA, AC7V710394GB

Insignia #                  PFS1130281, PFS1130282

Status Date:       08/02/2021        User Name:       SHAH, KIRAN

001272

EXHIBIT 26, PAGE 467

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE

Manufactured Home                                    **Decal:   LBM1081**

| Manufacturer ID/Name<br>90002    SKYLINE HOMES INC | Trade Name<br>CUSTOM VILLA | Model | DOM<br>05/29/2014 | DFS<br>07/28/2014 | RY |
|---|---|---|---|---|---|
| Serial Number<br>AC7V710394GB<br>AC7V710394GA | Label/Insignia Number<br>PFS1130281<br>PFS1130282 | Weight<br>22,383<br>25,068 | Length<br>56'<br>60' | Width<br>15' 2"<br>15' 2" | Issued<br>Feb 24, 2021 |

**Addressee**

RONALD J PIERPONT
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

*JUL 14 2021*

**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

RONALD J PIERPONT
JPAD LLC
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

Lien Perfected On:        08/20/20 11:58:00

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE**
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE**
**CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 12153896                                                           02242021 - 2

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _2/25/2021_ at _Huntington Beach_   _CALIFORNIA_
                                          City                      State

Signature: _James Gallian, its member_          Printed Name: _J SANDCASTLE CO LLC_

## SECTION B - RELEASING SIGNATURES

1a. _J SANDCASTLE CO LLC   James Gallian, its member_   Date of Release _2/25/2021_
    Releasing Signature of Registered Owner

1b. _____   Date of Release _____
    Releasing Signature of Registered Owner

2. _____   ☒ Release   ☐ Retain   * ☐ Assign Interest
   Legal Owner of Record (if any) sign and check appropriate box        (* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

### NEW REGISTERED OWNER - Please Print or Type Clearly

3a. _JAMIE LYNN GALLIAN_                 3c. _J SANDCASTLE CO LLC_
    New Registered Owners Name              New Registered Owners Name

3b. _J SANDCASTLE CO LLC_                 3d. _____
    New Registered Owners Name              New Registered Owners Name

If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   * ☐ Trust/Trustee(s)
                                                                        (* If this box is checked-Complete HCD 476.6B)
☒ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

4. _16222 Monterey Ln #376_        _Huntington Beach, CA_      _92649_
   Mailing Address of New Registered Owner   City/State           Zip Code

5. _16222 Monterey Ln #376_        _Huntington Beach, CA_      _92649_
   Actual Location Address of Unit   City/State                  Zip Code

6. _0_                    _2/25/2021_
   Purchase Price or check box if Gift ☒   Purchase Date or Transfer Date

7a. _Jamie Lynn Gallian_          7c. _Jamie Lynn Gallian, its member_
    Signature of New Registered Owners         _J SANDCASTLE CO LLC_
                                               Signature of New Registered Owners

7b. _J SANDCASTLE CO LLC   James Gallian member_   _____
    Signature of New Registered Owners              Signature of New Registered Owners

### NEW LEGAL OWNER - Please Print or Type Clearly

8a. _J PAD, LLC_                      8b. _____
    New Legal Owners Name                 New Legal Owners Name

If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   * ☐ Trust/Trustee(s)
                                                                        (* If this box is checked-Complete HCD 476.6B)
☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

9. _16222 Monterey Ln #376_        _Huntington Beach, CA_      _92649_
   Mailing Address of New Legal Owner   City/State               Zip Code

### NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____   10b. _____
     New Junior Lienholder Name               New Junior Lienholder Name

11. _____   _____   _____
    Mailing Address of New Junior Lienholder   City/State            Zip Code

## SECTION D – RELEASE OF DEALERS

12. _____   _____
    Signature of Selling Dealer            Print Dealers Name and Dealer Number

OSP 20 149325

001275                    EXHIBIT 26, PAGE 469

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____ Orange _____ )

On 2/25/21 _____ before me, Greg Buysman, Notary Public _____
(insert name and title of the officer)

personally appeared Jasmin Lynn Galliac _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

**GREG BUYSMAN**
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature _____   (Seal)

GREG BUYSMAN
COMM # 224149
ORANGE County
California Notary Public
My Comm Exp Feb. 5, 20?

EXHIBIT 26, PAGE 471

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## REGISTRATION CARD

Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Feb 24, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

RONALD J PIERPONT
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649



**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

RONALD J PIERPONT
JPAD LLC
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

Lien Perfected On:     08/20/20 11:58:00

**LEGAL OWNER COPY
INFORMATION ONLY**

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 12153896

02242021 - 1

EXHIBIT 26, PAGE 473

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## REGISTRATION CARD
Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Feb 24, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA  92649



**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

RONALD J PIERPONT
JPAD LLC
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

Lien Perfected On:     08/20/20 11:58:00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ATTENTION OWNER:**

**THIS IS THE REGISTRATION CARD FOR THE
UNIT DESCRIBED ABOVE.  PLEASE KEEP THIS
CARD IN A SAFE PLACE WITHIN THE UNIT.**

**INSTRUCTIONS FOR RENEWAL:**

**REGISTRATION FOR THIS UNIT EXPIRES ON THE
DATE INDICATED ABOVE IN THE BOX LABELED
"Exp. Date".  THERE ARE SUBSTANTIAL
PENALTIES FOR DELINQUENCY.  IF YOU DO NOT
RECEIVE A RENEWAL NOTICE WITHIN 10 DAYS
PRIOR TO THE EXPIRATION DATE, CONTACT
H.C.D. FOR RENEWAL INSTRUCTIONS.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 12153896

02242021 - 1

EXHIBIT 26, PAGE 475

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## LIEN SATISFIED

---

**SECTION I.        DESCRIPTION OF UNIT**

---

This unit is a:

☑ Manufactured Home/Mobilehome   ☐ Commercial Modular   ☐ Floating Home   ☐ Truck Camper

The Decal (License) No.(s) of the unit is: <u>LBM1081</u>

The Trade Name of the unit is: <u>CUSTOM VILLA</u>

The Serial No.(s) of the unit is: <u>AC7V710394GB/AC7V710394GA</u>

---

**SECTION II.        DEBTOR(S) NAME(S)**

---

Name of Debtor(s): <u>J-SANDCASTLE CO, LLC</u>

---

**SECTION III.        LIENHOLDER'S CERTIFICATION**

---

This is to certify that our/my lien in the name(s) of the debtor(s) shown above against the described unit has been fully satisfied and has not been assigned to any other party.

I/We certify under penalty of perjury that the foregoing is true and correct.

Print or Type Name of Legal Owner or Jr. Lienholder (Lender):

J-PAD LLC or RONALD J. PIERPONT

Signature of Legal Owner, Jr. Lienholder (Lender) or their Authorized Agent:

*Ronald J Pierpont*                                    Date <u>7/9/2021</u>

Address   <u>16222 MONTEREY LN. #376</u>         <u>HUNTINGTON BEACH,</u>      <u>CA</u>      <u>92649</u>
                Street Address or P.O. Box                         City                         State         Zip

HCD RT 475.3 (Rev. 07/16)

EXHIBIT 26, PAGE 477

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome  ☐ Commercial Modular  ☐ Floating Home  ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM 1081 | Skyline Custom Villa | AC7V710394GB/GA |

I/We, the undersigned, hereby state:

Jamie Lynn Gallian is the sole registered owner of 2014 home.  J-Pad LLC or Robert McLelland is the Legal Owner.

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on ___25th of Feb. 2021___ at ___Huntington Beach,_____, ___CA 92649___
          *Date*                    *City*                    *State*

Signature(s): _____   Printed name(s):
                                               Jamie Lynn Gallian

Address ___21742 Anza Avenue_____

City ___Torrance_____   State ___CA 90503___

HCD RT 476.6 (Rev. 07/16)

EXHIBIT 26, PAGE 478

EXHIBIT 26, PAGE 479

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___Orange___ )

On _2/25/21_ before me, _Greg Buysman Notary Public_
(insert name and title of the officer)

personally appeared _Jamie Lynn Billings_,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**GREG BUYSMAN**
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature _____   **(Seal)**

001286                           EXHIBIT 26, PAGE 480

EXHIBIT 26, PAGE 481

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome   ☐ Commercial Modular   ☐ Floating Home   ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM 1081 | | |

I/We, the undersigned, hereby state:

I spoke with Jamie Gallian and she states the unit should be registered as Jamie Gallian as sole registered owner. The lien has been satisfied and there is no legal owner at this time. Jamie advised the county and was told there was no need to revise the Tax Clearance certificate.

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on  7/28/21  at  Sacramento ,  CA
                   _Date_              _City_            _State_

Signature(s):                          Printed name(s):
Rebecca M. O'Loughlin                  Rebecca M O'Loughlin, Program Tech II

Address _____

City _____   State _____

HCD RT 476.6 (Rev. 07/16)

EXHIBIT 26, PAGE 482

EXHIBIT 26, PAGE 483

**State of California**
**Department of Housing and Community Development**
**Division of Codes and Standards**
**Registration and Titling Program**
P.O. Box 277820, Sacramento, CA 95827-7820
**(800) 952-8356**
www.hcd.ca.gov



## MULTI-PURPOSE TRANSFER FORM

### PLEASE COMPLETE ONLY THE SECTIONS THAT APPLY AND SIGN BOTTOM OF FORM

#### UNIT DESCRIPTION

Decal (License) No.(s): LBM1081          Serial No.(s): AC7V710394GA; AV7V710394GA

#### SMOKE DETECTOR AND CARBON MONOXIDE CERTIFICATION

I/We, the undersigned, hereby state that the manufactured home, mobilehome, or multifamily manufactured home described above is equipped with a properly working, operable smoke detector in accordance with California Health and Safety Code Section 18029.6 and a carbon monoxide detector in accordance to California Residential Code Section R315.

☑ YES  ☐ NO

#### PARK PURCHASE FEE EXEMPTION

The registered owner of the above-described manufactured home/mobilehome that is located on private property owned by the registered owner is exempt from payment of the $5 Park Purchase Fund (PPF) fee (Health and Safety Code Section 18114.1). If you feel you qualify for the exemption, complete the following questions:

- Do you (the registered owner) own your manufactured home/mobilehome?  ☑ YES  ☐ NO
- Do you (the registered owner) own the land your manufactured home/mobilehome is located on?  ☐ YES  ☑ NO

#### DESIGNATION OF CO-OWNER TERM

We request the Department of Housing and Community Development to register our ownership interest in the unit described above with the following co-owner term:  **(READ CAREFULLY AND CHECK ONE BOX.)**

☐ **JTRS (Joint Tenants with Right of Survivorship):** Upon the death of a joint tenant, the interest of the deceased party passes to the surviving joint tenant. The signature of each joint tenant is required to transfer or encumber the title.

☑ **TENCOM AND (Tenants in Common with the names joined by the word AND):** Each tenant in common may transfer his or her individual interest without the signature of the other tenant(s) in common. The signature of each tenant in common is required to transfer full interest in the unit to a new registered owner or to encumber the title.

☐ **TENCOM OR (Tenants in Common with the names joined by the word OR):** Any one of the tenants in common may transfer full ownership interest in the unit to a new registered owner without the signature of the other tenant(s) in common. The signature of each tenant in common is required to encumber the title.

☐ **COMPRO (Community Property):** A unit may be registered as community property in the names of a husband and wife. The signature of each spouse is required to transfer full interest in the unit or encumber the title.

☐ **COMPROS (Community Property with Right of Survivorship):** A unit may be registered as community property in the names of a husband and wife. At the death of one spouse, the decedent's community property interest passes to the surviving spouse without administration. The signature of each spouse is required to transfer full interest in the unit or encumber the title.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above described unit in California, or from, issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 02/25/2021          at HUNTINGTON BEACH,    CALIFORNIA    COUNTY OF ORANGE
_____ Date                      City                      State

_Jamie Lynn Gallian_                         _Jamie Lynn Gallian_
Signature                                    Signature   J-SANDCASTLE CO LLC, JAMIE LYNN GALLIAN,
                                                                     IT'S MEMBER

_____                      _____
Signature                                    Signature

PHONE #: (714) 321-3449                      E-MAIL ADDRESS: jamiegalian@gmail.com

HCD RT 476.6G Side 1 (Rev. 08/20)

001290                      EXHIBIT 26, PAGE 484

EXHIBIT 26, PAGE 485

| Decal (License) No.(s): LBM1081 | Serial No.(s): AC7V710394GA; AC7V710394GA |
|---|---|

### DECLARATION OF INSTALLATION OF WATER HEATER SEISMIC BRACING

I/We the undersigned hereby state that all fuel gas-burning water heater appliances in the manufactured home, mobilehome, or multifamily manufactured housing described above are seismically braced, anchored, or strapped in accordance with Health and Safety Code Section 18031.7 and Part 5 of Title 24 of the California Code of Regulations.

☑ YES   ☐ NO   ☐ Electric water heater is installed per manufacturer's instructions.

**SIGNATURE ON FRONT SIDE IS CERTIFICATION FOR THIS SECTION**

### REASON FOR USE TAX AND/OR MOBILEHOME RECOVERY FUND FEE EXEMPTION

Check appropriate box(es):

☑ The above-described unit was a gift. All rights and interest of ownership were transferred without exchange or money or other valuable consideration.

☑ The above-described unit has been acquired from: _J-SANDCASTLE CO LLC, JAMIE LYNN GALLIAN, ITS MEMBER_
*parents, spouse, grandparent(s), grandchild, child, brother(s)\*, sister(s)\**

☑ The name of a _CO-OWNER_____ is being ☑ **ADDED** ☐ **DELETED** to the record.
*show relationship*

☐ The above-described unit was received as the result of an inheritance.

☐ Transfer of the above-described unit is being made pursuant to a court order.

☐ The transfer of the unit is being made to a revocable trust which (1) the seller has an unrestricted power to revoke the trust, (2) the transfer does not result in any change in the beneficial ownership of the property, (3) the trust provides that upon revocation of the trust the property will revert wholly to the seller, and (4) the only consideration for the transfer is the assumption by the trust of an existing loan for which the tangible personal property being transferred is the sole collateral for the assumed loan.

**\*NOTE: A sale between brother(s) or sister(s) is subject to use tax unless both are minors. If minors, check here:** ☐

**SIGNATURE ON FRONT SIDE IS CERTIFICATION FOR THIS SECTION**

### DESIGNATION OF TRUST

I/We, the undersigned trustee(s), hereby state that the unit described above has been placed into a trust. This Declaration of Trust is dated _____.

In compliance with Section 18080.1(b) of the California Health and Safety Code, I/we as trustee(s) hereby request the unit described above be registered as shown below. I/we acknowledge that the Department's permanent title record and the titling documents for the unit will reflect the information as shown below.

_____
*Print Name of the Trust. This is how the name of the Trust will appear on title.*

I/We as trustee(s) agree(s) to notify and make application with the Department of Housing and Community Development to appropriately amend the permanent registration and titling record immediately upon any change to the original trust agreement described herein by submitting this form along with all appropriate documents, fees or any other needed items to the Department.

I/We as trustee(s) further agree(s) to indemnify and save harmless the Director of the Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above described unit in California and from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ at _____
              *Date*                              *City*                                    *State*

_____      _____
*Trustee Signature(s):*                                *City*                                    *State*

_____      _____
*Street Address or P.O. Box*                          *City*                                    *State*

HCD RT 476.6G Side 2 (Rev. 08/20)

EXHIBIT 26, PAGE 487



# TAX CLEARANCE CERTIFICATE

☒ **Mobile Home**          ☐ **Floating Home**

### COUNTY OF ORANGE

| SERIAL NUMBER/HULL NUMBER | DECAL NUMBER/CF NUMBER |
|---|---|
| AC7V710394GA, AC7V710394GB | LBM1081 |

| LOCATION OF HOME | ASSESSOR'S PARCEL NUMBER |
|---|---|
| 16222 MONTEREY LN 376 HUNTINGTON BEACH | 891-569-62 |

| CURRENT REGISTERED OWNER | APPLICANT |
|---|---|
| J-SANDCASTLE CO LLC<br>16222 MONTEREY LN<br>SPC 376<br>HUNTINGTON BEACH CA 92649 | J-SANDCASTLE CO LLC & JAMIE L. GALLIAN<br>16222 MONTEREY LN #376<br>HUNTINGTON BEACH CA 92649 |

I hereby certify that the following has been paid:

☐ Delinquent license fees

☐ Property taxes applicable to the home identified above through the fiscal year

☒ A security deposit for payment of the property taxes for the fiscal year 2021-2022

☒ No taxes due or payable at this time.

There may be a supplemental assessment not covered by this "Tax Clearance Certificate" which may create an additional bill.

**THIS CERTIFICATE IS VOID ON AND AFTER SEPTEMBER 7, 2021.**

Executed on July 9, 2021 at Santa Ana.
Treasurer-Tax Collector for Orange County, State of California.

Issued on July 9, 2021 _____
                                              (Signature)

§2189.8, 5832 R & T Code                                    TDL 10-01 (7-87)

001294                    EXHIBIT 26, PAGE 488

EXHIBIT 26, PAGE 489

EXHIBIT 27



DTN:                          **12339739**

Decal:                        **LBM1081**

Unit ID:                      252606085

Trans Type:                   L/O Addition

Trans Date:                   08/10/2021

Trade Name:                   CUSTOM VILLA

Serial #:                     AC7V710394GA, AC7V710394GB

Insignia #                    PFS1130281, PFS1130282

Status Date:      08/11/2021        User Name:      CRUZ, SYLVIA

**STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
**CERTIFICATE OF TITLE**

Manufactured Home                        **Decal:   LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY |
|---|---|---|---|---|---|
| 90002   SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Aug 03, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE**
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE**
**CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN:  12313525                                                      08032021 - 2

AUG 1 0 2021

001299                      EXHIBIT 27, PAGE 492

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on_____ at_____                                     _____
              Date                     City                                           State

_____                                   _____
       Signature                                                         Printed Name

## SECTION B - RELEASING SIGNATURES

1a. _____        Date of Release _____
       Releasing Signature of Registered Owner

1b. _____        Date of Release _____
       Releasing Signature of Registered Owner

2. _____   ☐ **Release**    ☐ **Retain**    *☐ **Assign Interest**
       Legal Owner of Record (if any) sign and check appropriate box        (* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

### NEW REGISTERED OWNER - Please Print or Type Clearly

3a. _____        3c. _____
       New Registered Owners Name                   New Registered Owners Name

3b. _____        3d. _____
       New Registered Owners Name                   New Registered Owners Name

If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ **Joint Tenants with Right of Survivorship**    ☐ **Tenants In Common OR**    *☐ **Trust/Trustee(s)**
                                                                              (* If this box is checked-Complete HCD 476.6B)

☐ **Tenants In Common AND**    ☐ **Community Property**    ☐ **Community Property with Right of Survivorship**

4. _____        _____        _____
       Mailing Address of New Registered Owner            City/State                    Zip Code

5. _____        _____        _____
       Actual Location Address of Unit                    City/State                    Zip Code

6. _____        _____
       Purchase Price or check box if Gift-☐        Purchase Date or Transfer Date

7a. _____        7c. _____
       **Signature** of New Registered Owners               **Signature** of New Registered Owners

7b. _____        7d. _____
       **Signature** of New Registered Owners               **Signature** of New Registered Owners

### NEW LEGAL OWNER - Please Print or Type Clearly

8a. _____        8b. _____
       New Legal Owners Name                        New Legal Owners Name

If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☐ **Joint Tenants with Right of Survivorship**    ☐ **Tenants In Common OR**    *☐ **Trust/Trustee(s)**
                                                                              (* If this box is checked-Complete HCD 476.6B)

☐ **Tenants In Common AND**    ☐ **Community Property**    ☐ **Community Property with Right of Survivorship**

9. _____        _____        _____
       Mailing Address of New Legal Owner                City/State                    Zip Code

### NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____        10b. _____
        New Junior Lienholder Name                       New Junior Lienholder Name

11. _____        _____        _____
        Mailing Address of New Junior Lienholder            City/State                    Zip Code

## SECTION D – RELEASE OF DEALERS

12. _____        _____
        Signature of Selling Dealer                      Print Dealers Name and Dealer Number

OSP 20 149325

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## REGISTRATION CARD

Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|---|
| 90002   SKYLINE HOMES INC | | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Aug 03, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649



**Registered Owner(s)**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

```
**************************************************
                  ATTENTION OWNER:

THIS IS THE REGISTRATION CARD FOR THE
UNIT DESCRIBED ABOVE.  PLEASE KEEP THIS
CARD IN A SAFE PLACE WITHIN THE UNIT.

              INSTRUCTIONS FOR RENEWAL:

REGISTRATION FOR THIS UNIT EXPIRES ON THE
DATE INDICATED ABOVE IN THE BOX LABELED
"Exp. Date".  THERE ARE SUBSTANTIAL
PENALTIES FOR DELINQUENCY.  IF YOU DO NOT
RECEIVE A RENEWAL NOTICE WITHIN 10 DAYS
PRIOR TO THE EXPIRATION DATE, CONTACT
H.C.D. FOR RENEWAL INSTRUCTIONS.
**************************************************
```

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE**
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE**
**CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN:  12313525                                                    08032021 - 1

EXHIBIT 27, PAGE 495

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome   ☐ Commercial Modular   ☐ Floating Home   ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM1081 | CUSTOM VILLA | AC7V710394GB/GA |

I/We, the undersigned, hereby state:

Jamie L. Gallian, say that J-Pad, LLC is the Legal Owner and perfected their lien 1/14/2019.

The correct Address for the Legal Owner - J-Pad LLC
21742 Anza Ave, Torrance, CA 90503

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on   8/6/2021   at   Huntington Beach   ,   CA
               _Date_            _City_                    _State_

Signature(s):                           Printed name(s):
                                        Jamie Lynn Gallian

Address   16222 Monterey Ln #376

City   Huntington Beach                    State   CA 92649

HCD RT 476.6 (Rev. 07/16)

EXHIBIT 27, PAGE 496

EXHIBIT 27, PAGE 497

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT TO ENCUMBER

---

**SECTION I.          DESCRIPTION OF UNIT**

This unit is a (check one):

☒ Manufactured Home, Mobilehome, Multifamily Manufactured Home   ☐ Commercial Modular   ☐ Truck Camper   ☐ Floating Home

The Decal (License) Number(s) is: __LBM1081__

The Trade Name is: __SKYLINE HOMES-CUSTOM VILLA__

The Serial Number(s) is: __AC7V710394GB; AC7V710394GA__

---

**SECTION II.          LEGAL OWNER INFORMATION**

I/We are releasing legal owner interest in the above-described unit to encumber the title (record a lien) in favor of:

J-PAD, LLC - SOS ENTITY NO. 201804010750

*(Name of New Legal Owner)*

*Address:*   2702 N. GAFF STREET              ORANGE,              CA        92865
        *Street Address or P.O. Box*                  *City*                          *State*        *Zip*

---

**SECTION III.          CERTIFICATION**

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __1/14/2019__   at   HUNTINGTON BEACH,   CALIFORNIA, CO. OF ORANGE
        *Date*                              *City*                          *State*

Signature of each registered owner:                    Printed name of each registered owner:

*Jane L Gillen, its Member*                            J-SANDCASTLE CO LLC

Address:   16222 MONTEREY LN  376   HUNTINGTON BEACH,        CA        92649
        *Street Address or P. O. Box*                *City*                          *State*        *Zip*

HCD 484.7 (Rev. 11/14)

EXHIBIT 27, PAGE 499

EXHIBIT 28

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**FILED**

JUL - 9 2021

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an
amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Jamie**<br>First name | _____<br>First name |
| | | **Lynn**<br>Middle name | _____<br>Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Gallian**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | Jamie L Gallian | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3936 | |

001308                    EXHIBIT 28, PAGE 500

Debtor 1 __Jamie Lynn Gallian__                      Case number *(if known)* _____

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| ■ I have not used any business name or EINs. | ☐ I have not used any business name or EINs. |
| Business name(s) | Business name(s) |
| EIN | EIN |

**5. Where you live**

| | If Debtor 2 lives at a different address: |
|---|---|
| **16222 Monterey Ln. SP#376**<br>**Huntington Beach, CA 92649**<br>Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
| **Orange**<br>County | County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

| *Check one:* | *Check one:* |
|---|---|
| ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| ☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

001309        EXHIBIT 28, PAGE 501

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | |

---

**Part 2:**   **Tell the Court About Your Bankruptcy Case**

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | District | | When | | Case number | |
| | District | | When | | Case number | |
| | District | | When | | Case number | |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | Debtor | | | Relationship to you | |
| | District | | When | Case number, if known | |
| | Debtor | | | Relationship to you | |
| | District | | When | Case number, if known | |

---

**11.** **Do you rent your residence?**

- ■ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☐   No. Go to line 12.
  - ☐   Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

001310          EXHIBIT 28, PAGE 502

Debtor 1  __Jamie Lynn Gallian_____          Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.  Go to Part 4.

☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
_____
Number, Street, City, State & Zip Code

---

001311          EXHIBIT 28, PAGE 503

Case 8:21-bk-11710-ES    Doc 1   Filed 07/09/21   Entered 07/09/21 14:15:51   Desc
Main Document    Page 5 of 60

Debtor 1    **Jamie Lynn Gallian**

Case number *(if known)* _____

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

001312    EXHIBIT 28, PAGE 504

Debtor 1 __Jamie Lynn Gallian__                                            Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts _____

---

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_Jamie Lynn Gallian (signature)_                               Signature of Debtor 2 _____

__Jamie Lynn Gallian__
Signature of Debtor 1

Executed on __7/9/2021__                                        Executed on _____
          MM / DD / YYYY                                                  MM / DD / YYYY

---

Debtor 1   **Jamie Lynn Gallian**_____     Case number *(if known)*_____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

_____        Date _____
Signature of Attorney for Debtor                              MM / DD / YYYY

_____

_____
Firm name

_____
Number, Street, City, State & ZIP Code

Contact phone _____    Email address _____

_____
Bar number & State

---

001314            EXHIBIT 28, PAGE 506

Debtor 1 _____     Case number *(if known)*_____
      First Name    Middle Name    Last Name

| | |
|---|---|
| **For you if you are filing this bankruptcy without an attorney** <br><br> **If you are represented by an attorney, you do not need to file this page.** | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.** <br><br> To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay. <br><br> You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.** <br><br> If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply. |

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☒ No
☐ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☒ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☒ No
☐ Yes. Name of Person_____.
    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X _~~Joan R Sullivan~~_____     X _____
  Signature of Debtor 1                      Signature of Debtor 2

Date _7/9/2021_____     Date _____
     MM / DD / YYYY                    MM / DD / YYYY

Contact phone _____     Contact phone _____

Cell phone _714-321-3449_____     Cell phone _____

Email address _____     Email address _____

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 9

EXHIBIT 28, PAGE 507

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **8:03-bk-1856-JB; Chapter 7; Central District of California - Santa Ana; Filed 08/04/2003; Discharged 11/17/2003**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Santa Ana**_____ , California.

Date: _____7/9/2021_____

_____
**Jamie Lynn Gallian**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*          **F 1015-2.1.STMT.RELATED.CASES**

001316               EXHIBIT 28, PAGE 508

**Fill in this information to identify your case:**

| Debtor 1 | **Jamie Lynn Gallian** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number _____
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:   Summarize Your Assets**

| | | Your assets<br>Value of what you own |
|---|---|---|
| 1. | Schedule A/B: Property (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................. | $ 235,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................ | $ 19,634.34 |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................. | $ 254,634.34 |

**Part 2:   Summarize Your Liabilities**

| | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $ 561,789.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................. | $ 0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*......................... | $ 427,177.76 |
| | Your total liabilities | $ 988,966.76 |

**Part 3:   Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.................................... | $ 1,000.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................ | $ 2,676.00 |

**Part 4:   Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

| Official Form 106Sum | Summary of Your Assets and Liabilities and Certain Statistical Information | page 1 of 2 |
|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

EXHIBIT 28, PAGE 509

Debtor 1    **Jamie Lynn Gallian**                                          Case number *(if known)*

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $              1,000.00

9.  *Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:*

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $            0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $            0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $            0.00 |
| 9d. Student loans. (Copy line 6f.) | $            0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $            0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$            0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $            0.00 |

001318          EXHIBIT 28, PAGE 510

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

### Located on APN 178-011-16, Space No. 376

1.1

| | |
|---|---|
| **16222 Monterey Ln Space #376** | |
| Street address, if available, or other description | |

| **Huntington Beach** | **CA** | **92649-0000** |
|---|---|---|
| City | State | ZIP Code |

**Orange**
County

Personal Residence of Debtor since 11/1/2018
2014 Skyline Custom Villa Manufactured Home
Decal No. LBM1081
Serial Number AC7V710394GB 56'x15'2"
Serial Number AC7V710394GA 60'x15'2"

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☑ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$235,000.00** | **$235,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: LPT APN  891-569-62

**Registered Title with HCD Debtor's single member LLC, J-Sandcastle Co, LLC**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................................=>**

| **$235,000.00** |
|---|

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Kia** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model: **Sportage**
Year: **2020**
Approximate mileage: _____
Other information:

| Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE) |

Who has an interest in the property? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................=>

| $0.00 |

**Part 3:   Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 | $4,500.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

■ Yes. Describe    **Wall Television, Computer, Printer.**    $ 500.00
☐ No.

**Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No
☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No
☐ Yes.  Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes.  Describe.....

Official Form 106A/B                    Schedule A/B: Property                    page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Jamie Lynn Gallian**                                Case number *(if known)*

**11. Clothes**
     *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
     ☐ No
     ■ Yes.  Describe.....

| Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|

**12. Jewelry**
     *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
     ■ Yes. Describe          **20 year old Movado Wrist-watch 40th birthday gift; Costume jewelry from Mother and**
     ☐ No                **Grandmother Misc/ sized rings, various non-gold chains and bracelets, earrings.**      $1,000.00

     <u>Location: 16222 Monterey Ln #376, Huntington Beach CA 92649</u>

**13. Non-farm animals**
     *Examples:* Dogs, cats, birds, horses
     ■ Yes. Describe            **5-year old Rescued Wired Terrier Dog-White "Ammie"**
     ☐ No.                <u>Location: 16222 Monterey Ln #376, Huntington Beach CA 92649</u>

**14. Any other personal and household items you did not already list, including any health aids you did not list**
     ■ No
     ☐ Yes.  Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
for Part 3. Write that number here** ...................................................................................

| | |
|---|---|
| | **$7,000.00** |

**Part 4:**   **Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**          Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**16. Cash**
     *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
     ■ No
     ☐ Yes.................................................................................

**17. Deposits of money**
     *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
               institutions. If you have multiple accounts with the same institution, list each.
     ☐ No
     ■ Yes.......................                      Institution name:

| | | Institution name: | |
|---|---|---|---|
| | **Checking and** | **J-Sandcastle Co LLC - Chase - Un-cashed Tendered Space 376 Rent Checks** | $ 8,050.00 |
| 17.1 | **savings** | **Alliant Credit Union (Personal) Stimulus Ck** | $ 4,048.34 |

**18. Bonds, mutual funds, or publicly traded stocks**
     *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
     ■ No
     ☐ Yes...................             Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
joint venture**
     ☐ No
     ■ Yes.  Give specific information about them...................
                    Name of entity:                 % of ownership:

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **J-Sandcastle Co., LLC - Debtor's single member LLC**<br>**(Purpose is to hold Registered title with HCD, to Debtor's primary residence)   LBM1081** | **100** | **%** | **$0.00** |

Official Form 106A/B                        Schedule A/B: Property                                  page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | |

| | **J-Pad, LLC**<br>**(Debtor owns 1/3 interest in LLC; only purpose**<br>**is to hold a note and UCC-1 filing on Debtor's**<br>**primary residence) LBM1081** | **33.33** | **%** | **$0.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them.
        Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.

| | Type of account: | Institution name: | |
|---|---|---|---|
| | **IRA** | **Fidelity** | **$7,400.00** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    No

■ Yes. .....................     Institution name or individual:   Houser Bros Co. dba Rancho Del Rey Mobilehome Estates
                                                Ground Lease Deposit (Ryan) Agreement Space 376 - 1/1/2006   **$ 686.00**

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............     Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                       **Current value of the**
**portion you own?**
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No

Official Form 106A/B                       Schedule A/B: Property                            **page 4**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)*

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
   benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes. Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.
      Company name:                          Beneficiary:                      Surrender or refund
                                                                               value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
   property because someone has died.

   No
   ☒ Yes. Give specific information..    **Father, DOD 6/17/2000, Charles J. Bradley, Jr.  Probate OCSC**
                                         **30-2017-00915711**                                               $ unknown

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   No
   ■ Yes. Describe each claim..........    **Personal Injury: Against HOA Date of Injury 8/5/2018;  Severe nerve injury to
                                          top of left foot and left wrist injury; occurred in the HOA common area of APN
                                          178-771-03, located on  APN 178-011-16,**                         $ unknown

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☐ No
   ■ Yes. Describe each claim..........    **Personal injury claims against Huntington Beach Gables
                                          Homeowner's Association and Ind. Jesus Jasso Jr.;
                                          DOI: 8/5/2018; Case No.: 30-2020-01153679**                       $ unknown

                                          **Potential insurance bad faith claim against Mercury
                                          Insurance Failure to Indemnify; No lawsuit filed yet.
                                          Related to Case No(s).: 30-2017-00913985, 30-2017-00962999**      $ unknown

                                          **Real estate failure to disclose, claim against previous
                                          homeowner Sandra Bradley; DOI: 04/11/2017; No lawsuit
                                          filed yet.**                                                       $ unknown

                                          **Houser Bros Co GP dba Rancho Del Rey Mobilehome Estates
                                          Retaliation; Trespassing/Unlawful Entry; Wrongful Eviction;
                                          Forcible Detainer; Cruelty to an animal causing death.
                                          Failure to offer and execute rental agreement.**                   $ unknown

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
   for Part 4. Write that number here**.................................................................................................    $20,184.34

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes. Go to line 38.

Official Form 106A/B                          Schedule A/B: Property                                        page 5

Debtor 1    __Jamie Lynn Gallian_____    Case number *(if known)*    _____

| **Part 6** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|

If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.........

**54.    Add the dollar value of all of your entries from Part 7. Write that number here ....................................**    | **$0.00** |

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

**55. Part 1: Total real estate, line 2** .................................................................................................    **$235,000.00**

**56. Part 2: Total vehicles, line 5**    **$0.00**

**57. Part 3: Total personal and household items, line 15**    **$ 7,000.00**

**58. Part 4: Total financial assets, line 36**    **$ 20,184.34**

**59. Part 5: Total business-related property, line 45**    **$0.00**

**60. Part 6: Total farm- and fishing-related property, line 52**    **$0.00**

**61. Part 7: Total other property not listed, line 54**    +    **$0.00**

**62. Total personal property.** Add lines 56 through 61...    **$27,184.34**    Copy personal property total    **$27,184.34**

**63. Total of all property on Schedule A/B.** Add line 55 + line 62    | **$262,184.34** |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | |
| | First Name                Middle Name                Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name                Middle Name                Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (if known) | _____ | ☐ Check if this is an amended filing |

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649** Line from *Schedule A/B*: 6.1 | $7,000.00 | ☑ $,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Checking and savings: Alliant Credit= Union             Stimulous Cks** Line from *Schedule A/B*: 17.1 | $4,048.34 | ☑ $4,048.34 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 541(b)(11) |
| **Checking and savings: Chase Bank** Line from *Schedule A/B*: 17.1 **8 months uncashed rent checks tendered to Houser Bros. dba Rancho Del Rey MHE/Fidelity 401K** | $8,050.00 | ☑ $8,050 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **J-Sandcastle Co., LLC - Debtor's single member LLC (Purpose is to hold Registered title with HCD to Debtor's primary residence) 100 % ownership** Line from *Schedule A/B*: 19.1 | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 8:21-bk-11710-ES   Doc 1   Filed 07/09/21   Entered 07/09/21 14:15:51   Desc
Main Document      Page 19 of 60

Debtor 1   **Jamie Lynn Gallian**                                        Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **J-Pad, LLC**<br>**(Debtor owns 1/3 interest in LLC; only purpose is to hold a note and UCC-1 filing on Debtor's primary residence)**<br>**33.33 % ownership**<br>Line from *Schedule A/B*: **19.2** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| **IIRA: Fidelity IRA**<br>Line from *Schedule A/B*: **21.1** | $7400.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **Personal injury claims against Huntington Beach Gables Homeowner's Association and Jesus Jasso Jr.; DOI: 8/5/2018; Case No.: 30-2020-01153679**<br>Line from *Schedule A/B*: **34.1** | unknown $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.140 |
| **Potential insurance bad faith claim against Mercury Insurance related to claim against Huntington Beach Gables Homeowner's Association; No lawsuit filed yet. Related to Case Nos.: 30-2017-00913985, 30-2017-00962999**<br>Line from *Schedule A/B*: **34.2** | unknnown $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.140 |
| **Real estate fraud; Failure to disclose, claim against Sandra Bradley; DOI: 04/11/2017; No lawsuit filed yet.** Line from *Schedule A/B*: **34.3** | unknown $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.140 |
| **Restitution claim against Jesus Jasso Jr. from PC §242 OCDA Case no.: 19WM09951**<br>Line from *Schedule A/B*: **34.4** | Unknown $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.140 |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

001326                              EXHIBIT 28, PAGE 518

**Fill in this information to identify your case:**

Debtor 1    **Jamie Lynn Gallian**
            First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **Houser Bros. Co.**<br>Creditor's Name<br>**DBA Rancho Del Rey<br>Mobilehome Estates<br>16222 Monterey Ln<br>Huntington Beach, CA<br>92649** | Describe the property that secures the claim:<br>**16222 Monterey Ln #376 Huntington Beach,<br>CA 92649  Orange County Registered HCD<br>Title held by Debtor's single member LLC -<br>J-Sandcastle Co, LLC** | $0.00 | $235,000.00 | $0.00 |

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 and another (J-Sandcastle Co, LLC)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  **Unexpired term of 80-yr. Ground Leasehold - Tract No. 10542,<br>Unit 4, Space 376.**

Date debt was incurred   **11/1/2018 ongoing**   Last 4 digits of account number   **0376**

Official Form 106D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 4

Case 8:21-bk-11710-ES    Doc 1   Filed 07/09/21   Entered 07/09/21 14:15:51   Desc
Main Document      Page 21 of 60

Debtor 1   **Jamie Lynn Gallian**
First Name      Middle Name           Last Name

Case number (if known) _____

| 2.2 | **J-Pad, LLC** | Describe the property that secures the claim: | $175,000.00 | $235,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name
**4519 Ponderosa Way**
**Yorba Linda, CA 92886**
Number, Street, City, State & Zip Code

**Ron Pierpont**
**Creditor's Name**
**4519 Ponderosa Way**
**Yorba Linda, CA 92886**

Who owes the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred   **1/14/2019;**
**8/20/2020.**

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County, HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)  **Manufactured Home Financing Note**
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **UCC-1 File No. 19-7691905279   Filing Date: 1/14/2019;**
**Encumbrance; HCD Lien perfected 8/20/2020, Ronald J. Pierpont (Loan WJC 8/7/2019, 1/27/2020)**

Last 4 digits of account number   **LBM1081**

| 2.3 | **Kia Motors Finance** | Describe the property that secures the claim: | $4,186.00 | $0.00 | $4,186.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 20815**
**Fountain Valley, CA**
**92728**
Number, Street, City, State & Zip Code

Who owes the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**2020 Kia Sportage**
**Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **Auto Lease**

Last 4 digits of account number   **9742**

| 2.4 | **Orange County Tax Assessor** | Describe the property that secures the claim: | $0.00 | $235,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**P.O. Box 149**
**Santa Ana, CA 92702**
Number, Street, City, State & Zip Code

Who owes the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County Title held by Debtor's single member LLC - J-Sandcastle Co, LLC, APN 891-569-62**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **Property Taxes**

Last 4 digits of account number   **Decal LBM 1081; APN: 891-569-62**

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 8:21-bk-11710-ES   Doc 1   Filed 07/09/21   Entered 07/09/21 14:15:51   Desc
Main Document     Page 22 of 60

Debtor 1   **Jamie Lynn Gallian**                                    Case number (if known) _____
          First Name        Middle Name        Last Name

| 2.5 | **The Huntington Beach Gables Homeowners Association** | | | | |
|---|---|---|---|---|---|

| 2.5 | **The Huntington Beach Gables Homeowners Association** Creditor's Name c/o Epsten Grinnell & Howell, APC 10200 Willow Creek Road, Ste 100 San Diego, CA 92131; c/o Feldsott & Lee 23161 Mill Creek Drive Ste 300 Laguna Hills, CA 92653 Number, Street, City, State & Zip Code | Describe the property that secures the claim: **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC** | **$319,653.59** | **$235,000.00** | **$241,319.59** |

**The Huntington Beach Gables Homeowners Association**
Creditor's Name
c/o Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131;
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653
Number, Street, City, State & Zip Code

Describe the property that secures the claim:
**16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC**

**$319,653.59**      **$235,000.00**      **$241,319.59**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

EJ-1

Date debt was incurred   **May 6, 2019**      Last 4 digits of account number   OCJC **30-2017-00913985**

| 2.6 | **The Huntington Beach Gables Homeowners Association** Creditor's Name c/o Epsten Grinnell & Howell, APC 10200 Willow Creek Road, Ste 100 San Diego, CA 92131; c/o Feldsott & Lee 23161 Mill Creek Drive Ste 300 Laguna Hills, CA 92653 Number, Street, City, State & Zip Code | Describe the property that secures the claim: **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC** | **$9,265.00** | **$235,000.00** | **$9,265.00** |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

EJ-001 2019000148568 - filed OC REC. 5/3/2019

Date debt was incurred   **March 21, 2019**      Last 4 digits of account number   OCJC **30-2017-00962999**

001329      EXHIBIT 28, PAGE 521

Debtor 1    **Jamie Lynn Gallian**
     First Name   Middle Name      Last Name          Case number (if known)

| | | | |
|---|---|---|---|
| **2.7** **Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | **$53,684.41** | **$235,000.00** | **$53,684.41** |

Creditor's Name:
Jasso; Gragnano; Phillips; Beck;
Paulin; Burrett.
**c/o Gordon Rees Scully & Mansukhani**
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071
**c/o Epsten Grinnell & Howell, APC**
10200 Willow Creek Road, Ste 100
San Diego, CA 92131;
    Number, Street, City, State & Zip Code

**16222 Monterey Ln #376 Huntington
Beach, CA 92649  Orange County HCD
Title held by Debtor's single member
LLC - J-Sandcastle Co, LLC**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☒ Other (including a right to offset)  **Judgment Lien (JL1)  File # U200003862424 -7/26/2020**

**Who owes the debt?** Check one.

☒ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred    Dec. 4, 2018        Last 4 digits of account number    OCJC 30-2017-00913985

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$561,789.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$561,789.00** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Official Form 106D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**              page 4 of 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**001330**        EXHIBIT 28, PAGE 522

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.

☐ Yes.

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | |
|---|---|---|---|---|
| | **BS Investors, LP** | | | **Total claim** |
| 4.1 | **G/HB** | | | |
| | Nonpriority Creditor's Name | Last 4 digits of account number | 0376 | **Unknown** |
| | **18201 Von Karmen Ste. 450** | | | |
| | **Irvine, CA 92612** | When was the debt incurred? | **11/1/2018-present** | |
| | Number Street City State Zip Code | | | |
| | | As of the date you file, the claim is: Check all that apply | | |

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **OCSC Filed 1/2/2019   30-2019-0101423**

Debtor 1    **Jamie Lynn Gallian**

Case number (if known) _____

| | | |
|---|---|---|
| **4.2** | **Gordon Rees Scully & Mansukhani** | |
| | Nonpriority Creditor's Name | |

**633 W 5th Street, 52nd Floor
Los Angeles, CA 90071**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **12/4/2018; 5/6/2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    OCSC Case No. 30-2017-00913985  Huntington  Beach Gables Homeowners Association; Lee Gragnano; Ted Phillips; Lindy Beck; Janine Jasso; Jennifer Paulin; Lori Burrett

---

| | | |
|---|---|---|
| **4.3** | **Houser Bros. Co.** | |
| | Nonpriority Creditor's Name | |

**dba Rancho Del Rey Mobile Home Estates
17610 Beach Blvd Ste. 32
Huntington Beach, CA 92647**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0376**    **Unknown**

When was the debt incurred?    **11/1/2018-present**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Unlawful Detainer Lawsuit Filed 1/2/2019**
OCSC 30-2019-01041423

---

| | | |
|---|---|---|
| **4.4** | **Internal Revenue Service** | |
| | Nonpriority Creditor's Name | |

**PO Box 7346
Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$3,361.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Income Taxes**

---

Debtor 1   **Jamie Lynn Gallian**

Case number (if known) _____

---

| 4.5 | **James H Casello** | Last 4 digits of account number _____ _____ _____ _____ | **Unknown** |

Nonpriority Creditor's Name

**Casello & Lincoln, Attorneys at Law**
**525 N Cabrillo Park Drive Ste 104**
**Santa Ana, CA 92701**

When was the debt incurred?  _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only
- ☐ Disputed
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify  **Misc. Debt.**

---

| 4.6 | **Janine Jasso c/o Huntington Beach Gables Homeowners Association** | Last 4 digits of account number _____ _____ _____ _____ | **$46,138.00** |

Nonpriority Creditor's Name:

**Gordon Rees Scully & Mansukhani**
**633 W 5th Street, 52nd Floor**
**Los Angeles, CA 90071**

When was the debt incurred?  **12/4/2018**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Contingent
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only
- ☐ Disputed
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ No
- ■ Other. Specify  **EJ-1 2018000467142, FILED 12/14/18 OC CLK REC**
- ☐ Yes

**OCSC Case No. 30-2017-00913985  Huntington Beach Gables Homeowners Association;**
**Lee Gragnano, Ted Phillips, Lindy Beck, Janine Jasso, Jennifer Paulin, Lori Burrett**

---

| 4.7 | **Jennifer Ann Paulin c/o Huntington Beach Gables Homeowners Association:** | Last 4 digits of account number _____ _____ _____ _____ | **$0.00** |

Nonpriority Creditor's Name

**c/o Gordon Rees Scully & Mansukhani**
**633 W 5th Street, 52nd Floor**
**Los Angeles, CA 90071**

When was the debt incurred?  _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Contingent
- ☐ Debtor 2 only
- ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only
- ☐ Disputed
- ☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**
- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ■ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes
- ■ Other. Specify  **EJ-1 2018000467142, FILED 12/14/18 OC CLK REC;   OCSC Case No.**
  **30-2017-00913985   Huntington Beach Gables Homeowners Association;**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**EXHIBIT 28, PAGE 525**

Debtor 1   **Jamie Lynn Gallian**

Case number (if known) _____

| 4.8 | Lee S Gragnano c/o Huntington Beach Gables Homeowners Association | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

c/o Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   EJ-1 2018000467142, FILED 12/14/18 OC CLK REC;   OCSC Case No. 30-2017-00913985   Huntington Beach Gables Homeowners Association;

| 4.9 | Lindy Beck c/o Huntington Beach Gables Homeowners Association | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

c/o Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   EJ-1 2018000467142, FILED 12/14/18 OC CLK REC;   OCSC Case No. 30-2017-00913985   Huntington Beach Gables Homeowners Association;

| 4.10 | Lisa Ryan | Last 4 digits of account number _____ | $8,743.02 |
|---|---|---|---|

Nonpriority Creditor's Name

20949 Lassen St. Apt 208
Chattsworth, CA 91311

When was the debt incurred?   10-18-2018

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   30-2018-01013582   Misc Debt

Debtor 1   **Jamie Lynn Gallian**

Case number (if known) _____

| | | |
|---|---|---|
| **4.1** **1** | **Lori Burrett Huntington Beach Gables** **Homeowners Association** | |

Nonpriority Creditor's Name

c/o Gordon Rees Scully & Mansukhani
**633 W 5th Street, 52nd Floor**
**Los Angeles, CA 90071**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another ☐
**Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  EJ-1 2018000467142, FILED 12/14/18 OC CLK REC;   OCSC Case No. 30-2017-00913985, Huntington  Beach Gables Homeowners Association

---

| | | |
|---|---|---|
| **4.1** **2** | **Nationwide Reconveyance, LLC** | |

Nonpriority Creditor's Name
**c/o Feldsott & Lee**
**23161 Mill Creek Drive Ste 300**
**Lagina Hills, CA 92653**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Lawsuit - Case No  30-2020-01163055-CU-OR-CJC**

---

| | | |
|---|---|---|
| **4.1** **3** | **Patricia C. Ryan** | |

Nonpriority Creditor's Name

**20949 Lassen St. Apt 208**
**Chattsworth, CA 91311**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Lawsuit  -  Houser v Ryan UD**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

**EXHIBIT 28, PAGE 527**

Debtor 1   **Jamie Lynn Gallian** _____   Case number (if known) _____

| 4.1 4 | **Rancho Bernard Condominium Management** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____        **$0.00**

**dba Elite Community Management
c/o Gordon Rees Scully Mansukhani
5 Park Plaza Ste 1100
Irvine, CA 92614**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify   **Lawsuit   Case No. 30-2020-01163055**

---

| 4.1 5 | **Randall Nickell** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____        **Unknown**

**4476 Alderport Dr
Huntington Beach, CA 92649**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify   **Lawsuit - Case No
30-2020-01163055-CU-OR-CJC**

---

| 4.1 6 | **Orange County Superior Court Bench Citation  (Civil C-33)** | | |
|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number   **17-00913985**        **$5,000.00**

**c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653**

When was the debt incurred?   **7/8/2021**

Number Street City State Zip Code

**As of the date you file, the claim is: Check all that apply**

**Who incurred the debt? Check one.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify   **MISC DEBT Collection Case 30-2017-00913985**

---

Debtor 1   **Jamie Lynn Gallian**

Case number (if known) _____

| 4.1 7 | **People of the State Of California 18WM05278** | Last 4 digits of account number _____ | $ 13,229.24 |

Nonpriority Creditor's Name

**West Justice Center
8141 13th Street
Westminster, CA 91683**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Misc. Debt - 2021000348287   Filed 05/27/2021;  OC Clerk Recorder**

---

| 4.1 8 | **Superior Default Services Inc** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lawsuit 30-2020-01163055**

---

| 4.1 9 | **The Huntington Beach Gables** | Last 4 digits of account number _____ | $319,653.59 |

Nonpriority Creditor's Name

**Homeowners Association
c/o Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131**

Number Street City State Zip Code

When was the debt incurred?   **5/6/2019**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **EJ-001  2019000165259,  FILED 05/16/2019  OC  CLERK  RECORDER;
OCSC  No.  30-2017-00913985;  Huntington  Beach  Gables  Homeowners  Association;**

---

Official Form 106 E/F

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Schedule E/F: Creditors Who Have Unsecured Claims

Page 7 of 11

Best Case Bankruptcy

EXHIBIT 28, PAGE 529

Debtor 1   **Jamie Lynn Gallian** _____   Case number (if known) _____

| 4.20 | **The Huntington Beach Gables** | Last 4 digits of account number _____ | $9,265.00 |

**The Huntington Beach Gables**
Nonpriority Creditor's Name
**Homeowners Association
c/o Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

Last 4 digits of account number _____

When was the debt incurred?   **March 21, 2019**

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **EJ-001 2019000148568, FILED 05/03/2019 OC CLERK RECORDER; OCSC Case No. 30-2017-00962999, Huntington  Beach Gables Homeowners Association**

---

| 4.21 | **The Huntington Beach Gables** | Last 4 digits of account number _____ | $3,070.00 |

**The Huntington Beach Gables**
Nonpriority Creditor's Name
**Homeowners Association
c/o Epsten Grinnell & Howell APC
10200 Willow Creek Road, Ste 100 San
Diego, CA 92131**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

Last 4 digits of account number _____

When was the debt incurred?   **September 27, 2018**

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify EJ-001 2018000435011, FILED 11/19/2018 OC CLERK RECORDER; OCSC  No. 30-2017-00913985, Huntington  Beach Gables Homeowners Association

---

| 4.22 | **Ted Phillips c/o Huntington Beach Gables Homeowners Association** | Last 4 digits of account number _____ | $0.00 |

**Ted Phillips c/o Huntington Beach Gables
Homeowners Association**
Nonpriority Creditor's Name
**c/o Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

Last 4 digits of account number _____

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify EJ-001 2018000467142, FILED 12/14/2018 OC CLERK RECORDER; OCSC  No. 30-2017-00913985, Huntington  Beach Gables Homeowners Association

---

Schedule E/F: Creditors Who Have Unsecured Claims

EXHIBIT 28, PAGE 530

Debtor 1  **Jamie Lynn Gallian**

Case number (if known) _____

---

| 4.2 3 | | |
|---|---|---|

**The Huntington Beach Gables
Homeowners Association**
Nonpriority Creditor's Name
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653
Number Street City State Zip Code=

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **OCSC CX Complaint Lawsuit 30-2020-01163055  Filed (11/9/2020)
Nickel  vs.  Huntington  Beach Gables Homeowners Association**

---

| 4.2 4 | | |
|---|---|---|

**United Airlines**
Nonpriority Creditor's Name
PO Box 0675
Carol Stream, IL 60132-0675

Number Street City State Zip Code=
**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community= debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **10092**

**$9,572.91**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Misc Debt COBRA**

---

| 4.2 5 | | |
|---|---|---|

**US Bank NA**
Nonpriority Creditor's Name
PO Box 64799
Saint Paul, MN 55164

Number Street City State Zip Code
**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **6482**

**$9,145.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify= **Collection**

---

| Part 3: | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Debtor 1   **Jamie Lynn Gallian**

Case number (if known) _____

| | |
|---|---|
| Name and Address<br>**Feldsott & Lee**<br>**23161 Mill Creek Drive Ste 300**<br>**Laguna Hills, CA 92653**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Feldsott & Lee**<br>**23161 Mill Creek Drive Ste 300**<br>**Laguna Hills, CA 92653**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Feldsott & Lee**<br>**23161 Mill Creek Drive Ste 300**<br>**Laguna Hills, CA 92653**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Gorden G May**<br>**Grant, Genovese & Baratta, LLP**<br>**2030 Main Street, Ste. 1600**<br>**irvine, CA 92614**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Gordon Rees Scully & Mansukhani**<br>**5 Park Plaza Ste. 1100**<br>**Irvine, CA 92614**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Gordon Rees Scully & Mansukhani**<br>**633 W 5th Street, 52nd Floor**<br>**Los Angeles, CA 90071**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.2** of (Check one):<br>**4.6; 4.7; 4.8; 4.9; 4.11; 4.22**<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Mark Mellor**<br>**Mellor Law Firm**<br>**6800 Indiana Avenue Ste. 220**<br>**Riverside, CA 92506**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Vivian J. Alston**<br>**Alston, Alston, & Diebold**<br>**27201 Puerta Real, Ste. 300**<br>**Mission Viejo, CA 92691**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |
| | | | | Total Claim |
| | 6f. | Student loans | 6f. | $ 0.00 |
| **Total claims from Part 2** | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |

Debtor 1    **Jamie Lynn Gallian**                                              Case number (if known)

| | | | |
|---|---|---|---|
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 427,177.76 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 427,177.76 |

001341          EXHIBIT 28, PAGE 533

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | _____ | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Kia Motors** <br> Name <br> **P.O. Box 20815** <br> Number      Street <br> **Fountain Valley, CA 92708** <br> City                    State            ZIP Code | **Kia Sportage Car Lease** |
| 2.2 | **Robert P. Warmington Co** <br> Name <br> **3090 Pullman St.** <br> Number      Street <br> **Costa Mesa, CA 92626** <br> City                    State            ZIP Code | **Unexpired Ground Leasehold Located on APN 178-011-01, Unit 4, Tract 10542, Space 376. Expires 12/31/2059** |
| 2.3 | **BS Investors, LP** <br> Name <br> **18201 Von Karman Ste. 450** <br> Number      Street <br> **Irvine, CA      92612** <br> City                    State            ZIP Code | **Unexpired Ground Leasehold Located on APN 178-011-01. Unit 4, Tract 10542, Space 376. Expires 12/31/2059** |
| 2.4 | **Houser Bros Co dba Rancho Del Rey Mobilehome Estates** <br> Name <br> **16222 Monterey Ln** <br> Number      Street <br> **Huntington Beach CA 92649** <br> City                    State            ZIP Code | **Unexpired Ground Leasehold, Located on APN 178-011-01. Unit 4, Tract 10542, Space 376. Expires 12/31/2059** |
| 2.5 | <br> Name <br> <br> Number      Street <br> <br> City                    State            ZIP Code | |

| Official Form 106G | Schedule G: Executory Contracts and Unexpired Leases | Page 1 of 1 |
|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

EXHIBIT 28, PAGE 534

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number | | |
| (if known) | | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                   12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ■ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ■ No
      ☐ Yes.

      In which community state or territory did you live?   __-NONE-__   . Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent
      Number, Street, City, State & Zip Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| Number   Street<br>City   State   ZIP Code | |
| **3.2** _____<br>Name | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| Number   Street<br>City   State   ZIP Code | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

001343                     EXHIBIT 28, PAGE 535

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income                                                            12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   **Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | **Unemployed/Disabled;date of injury 8/5/2018, severe crushing injury left foot, with nerve impingment, protruding interior bone left interior portion foot.** | |
| **Employer's name** | | | |
| **Employer's address** | | | |
| **How long employed there?** | | **Flight Attendant-United Airlines**<br>**22 years Last day; worked 10/26/2018** | |

**Part 2:**   **Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

001344                           EXHIBIT 28, PAGE 536

Debtor 1   __Jamie Lynn Gallian_____   Case number *(if known)* _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here _____ | 4. | $ 0.00 | $ N/A |
| 5. | List all payroll deductions: | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |
| 8. | List all other income regularly received: | | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 1,000.00 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $ 0.00 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 1,000.00 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,000.00 + | $ N/A = $ 1,000.00 |
| 11. | State all other regular contributions to the expenses that you list in *Schedule J*. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: _____ | 11. | +$ 0.00 | |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies | 12. | $ 1,000.00 Combined monthly income | |

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

001345                EXHIBIT 28, PAGE 537

**Fill in this information to identify your case:**

Debtor 1      Jamie Lynn Gallian

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
13 expenses as of the following date:

MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1.   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ■ No

   | Do not list Debtor 1 and Debtor 2. | ☐ Yes. Fill out this information for each dependent.............. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|---|---|
   | Do not state the dependents names. | | _____ | _____ | ☐ No / ☐ Yes |
   | | | _____ | _____ | ☐ No / ☐ Yes |
   | | | _____ | _____ | ☐ No / ☐ Yes |
   | | | _____ | _____ | ☐ No / ☐ Yes |
   | | | _____ | _____ | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2.   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | **Your expenses** |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $    0.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $    100.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $    100.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $    100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $    0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $    100.00 |

001346        EXHIBIT 28, PAGE 538

Debtor 1    **Jamie Lynn Gallian**              Case number (if known) _____

| | | | |
|---|---|---|---:|
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. $ | 200.00 |
| | 6b.   Water, sewer, garbage collection | 6b. $ | 60.00 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 160.00 |
| | 6d.   Other. Specify:= **Space #376 Rent** | 6d. $ | 1,086.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 500.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 0.00 |
| 10. | **Personal care products and services** | 10. $ | 30.00 |
| 11. | **Medical and dental expenses** | 11. $ | 125.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | |
| | Do not include car payments. | 12. $ | 100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. $ | 0.00 |
| | 15b.   Health insurance | 15b. $ | 0.00 |
| | 15c.   Vehicle insurance | 15c. $ | 175.00 |
| | 15d.   Other insurance. Specify: _____ | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: _____ | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. $ | 240.00 |
| | 17b.   Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.   Other. Specify: _____ | 17c. $ | 0.00 |
| | 17d.   Other. Specify: _____ | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support persons who do not live with you.** | | |
| | Specify: _____ | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.   Mortgages on other property | 20a. $ | 0.00 |
| | 20b.   Real estate taxes | 20b. $ | 0.00 |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.   Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: _____ | 21. +$ | 0.00 |

| | | | |
|---|---|---|---:|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 2,676.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2= | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 2,676.00 |

| | | | |
|---|---|---|---:|
| 23. | **Calculate your monthly net income.** | | |
| | 23a.= Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 1,000.00 |
| | 23b.= Copy your monthly expenses from line 22c above. | 23b. -$ | 2,676.00 |
| | 23c.   Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -1,676.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here: _____

001347          EXHIBIT 28, PAGE 539

Fill in this information to identify your case:

| Debtor 1 | **Jamie Lynn Gallian** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____
**Jamie Lynn Gallian**    Signature of Debtor 2
Signature of Debtor 1

Date ____7/9/2021____    Date _____

Official Form 106Dec    **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 28, PAGE 540

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (if known) | _____ | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

   | | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   | | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
   | **For last calendar year:** **(January 1 to December 31, 2020 )** | ■ Wages, commissions, bonuses, tips | $1,408.00 | ☐ Wages, commissions, bonuses, tips | |
   | | ☐ Operating a business | | ☐ Operating a business | |

001349                    EXHIBIT 28, PAGE 541

Debtor 1   **Jamie Lynn Gallian**                                      Case number *(if known)* _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>(January 1 to December 31, 2019 ) | ☑ Wages, commissions, bonuses, tips | $3,375.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.   Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Unemployment | $0.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2020 ) | Unemployment | $21,227.00 | | |
| | Retirement | $31,922.58 | | |

▬▬ **Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy** ▬▬

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.   Go to line 7.

☐ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No.   Go to line 7.

☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

001350                    EXHIBIT 28, PAGE 542

Debtor 1   __Jamie Lynn Gallian__ _____     Case number (if known) _____

---

**7.** **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**8.** **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

---

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

**9.** **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Filed 1/2/2019 Houser Bros Co v Jamie Gallian 30-2019-01041423-CI-UD-CJC | Unlawful Detainer | Orange County Superior Court 700 W Civic Center West Santa Ana, CA 92701 | ■ Pending ☐ On appeal ☐ Concluded |
| Filed 11/8/2020 Randall L Nickell v. The Huntington Beach Gabels HOA, etal 30-2020-01163055-CU-OR-CJC | Civil | Orange County Superior Court 700 Civic Center Drive West Santa Ana, CA 92701 | ■ Pending ☐ On appeal ☐ Concluded |
| Filed 4/11/2017 Huntington Beach Gables Homeowners Association vs. Sandra Bradley et al. 30-2017-00913985-CU-CO-CJC | Collections | Orange County Superior Court 700 Civic Center Drive West Santa Ana, CA 92701 | ☐ Pending ☐ On appeal ☐ Concluded |
| Filed 12/22/2017 Huntington Beach Gables Homeowners Association vs. Jamie Lynn Gallian 30-2017-00962999-CU-HR-CJC | Collections | Orange County Superior Court 700 Civic Center Drive West Santa Ana, CA 92701 | ☐ Pending ☐ On appeal ☐ Concluded |
| | | | ☐ Pending ☐ On appeal ☐ Concluded |

---

Case 8:21-bk-11710-ES    Doc 1   Filed 07/09/21   Entered 07/09/21 14:15:51   Desc
Main Document    Page 45 of 60

Debtor 1   **Jamie Lynn Gallian** _____    Case number *(if known)* _____

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

    **A WRIT dated 11/19/18, in the name of LISA T. RYAN, Case No. 30-2018-01013582 was UNLAWFULLY executed by Park**

■ No. Go to line 11.  **Mgr., Houser Bros Co GP on 3/4/2019, against the bona fide purchase of Ryan home LBM1081 on 11/1/2018.**

☐ Yes. Fill in the information below.  · **Possession returned to bona fide buyer by Judicial Officer Judge Carmen Luege. on 3/6/19, OCJC.**

| Creditor Name and Address | Describe the Property **LBM 1081** | Date **3/6/2019** | Value of the property |
|---|---|---|---|
| **Houser Bros Co GP** | Explain what happened | **Resident Gallian was removed from her home by force on 3/4/19,** | |
| **dba RDRMHE** | | **Park Manager changed Locks unlawfully. Possession ret. to Gallian.** | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No

☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No

☐ Yes

**Part 5:**   **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Charity's Name | | | |
| Address (Number, Street, City, State and ZIP Code) | | | |

**Part 6:**   **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**   **Unemployment due to Covid 19 pandemic massive layoffs in airline industry and other industries; California Governors Stay at Home Orders. Unable to procure sustainable employment. Apply for Covid 19 Rent Relief State Programs.**

No

☒ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | | |

**Part 7:**   **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Made the Payment, if Not You | | | |

Official Form 107                     Statement of Financial Affairs for Individuals Filing for Bankruptcy                     page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

001352                  EXHIBIT 28, PAGE 544

Debtor 1    **Jamie Lynn Gallian**                                          Case number (if known) _____

| Person Who Was Paid; Address; Email address | | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|---|
| James H. Casello Esq. | SBN 76021 | Client Trust Account for Atty Fees | 2019-2020 | $ 43,000.00 |
| Michael Chulak, Esq. SBN 194744 (suspended) | | Client Trust Account for Atty Fees | 2018-2019 | $ 8,700.00 |
| Michael S. Devereux, Esq. | SBN 225240 | Client Trust Account for Atty Fees | 2018-2019 | $ 5,000.00 |
| Steven A. Fink, Esq. | SBN 93762 | Client Trust Account for Atty Fees | 2019-2020 | $ 30,000.00 |
| David R. Flyer, Esq. | SBN 10069 | Client Trust Account for Atty Fees | 2018-2019 | $ 17,000.00 |
| Raquel Flyer-Dashner Esq. | SBN 282248 | Client Trust Account for Atty Fees | 2018 | $ 5,000.00 |
| Frank A. Satalino, Esq. | SBN 143444 | Client Trust Account for Atty Fees | 2018 | $ 5,000.00 |
| | | | **TOTAL** | **$ 113,700.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- ☑ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ☐ No
- ☑ Yes. Fill in the details.

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Person's relationship to you** | | | |
| **Randall Nickell** **4476 Alderport Dr. Unit 53** **Huntington Beach, CA 92649** **Bona fide purchaser for Value.** | **Primary residence sold Leasehold on 10/31/2018 4476 Alderport Drive #53, Huntington Beach, CA 92649 APN 937-63-053** | **$379,000** | **10/31/2018** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

- ☑ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ☑ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor 1   Jamie Lynn Gallian      Case number *(if known)* _____

---

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

---

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

---

Official Form 107      Statement of Financial Affairs for Individuals Filing for Bankruptcy      page 6

001354      EXHIBIT 28, PAGE 546

Debtor 1    **Jamie Lynn Gallian**                                                    Case number *(if known)* _____

---

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies. Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| J-Sandcastle Co., LLC<br>16222 Monterey Lane #376<br>Huntington Beach, CA 92649 | Residential Management | EIN:  83-2453659<br><br>From-To  10/19/2018 - Present |
| J-Pad, LLC<br>16222 Monterey Lane #376<br>Huntington Beach, CA 92649 | Residential Management | EIN:<br><br>From-To  02/09/2018 - Present |

---

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_Jamie Lynn Gallian (signature)_                        _____
**Jamie Lynn Gallian**                                            Signature of Debtor 2
**Signature of Debtor 1**

Date    _7/9/2021_                                                    Date    _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ **No**
☐ **Yes**

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ **No**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | |
|---|---|---|---|

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

001356                    EXHIBIT 28, PAGE 548

**Fill in this information to identify your case:**

Debtor 1        **Jamie Lynn Gallian**
                First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7            12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Houser Bros. Co. dba Rancho Del Rey Mobile-home Estates Space #376, Unexpired Ground leasehold until 2059, located on APN 178-011-16; Parcel Map Book 108, Pg. 47 & 48, County of Orange property**<br>Description of securing debt: **16222 Monterey Ln. Space #376 Huntington Beach, CA 92649 Orange County. APN 891-569-62 Decal No. LBM1081 Title held by Debtor's single member LLC J-Sandcastle Co, LLC** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Debtor will retain collateral & continue to make Monthly Ground Space Payments #376, located on APN 178-011-16** | ☐ No<br>■ Yes |
| Creditor's name: **J-Pad, LLC**<br>Description of property securing debt: **16222 Monterey Ln. Space #376 Huntington Beach, CA 92649 Orange County. APN-891-569-62, Decal No. LBM1081 Title held by Debtor's single member LLC J-Sandcastle Co, LLC** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Debtor will retain collateral & continue to make regular principal payments.** | ☐ No<br>■ Yes |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

001357                    EXHIBIT 28, PAGE 549

Debtor 1   __Jamie Lynn Gallian__                                   Case number (if known) _____

| | | |
|---|---|---|
| Creditor's name: | **Kia Motors Finance** | No |
| | | ☐ Retain the property and redeem it. |
| Description of property securing debt: | **2020 Kia Sportage Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)** | ■ Retain the property and enter into a *Reaffirmation Agreement.*  ☐ Retain the property and [explain]: |

- ■ Yes

---

Creditor's name:   **Orange County Tax Assessor**

Description of property securing debt:   **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County. APN 891-569-62 Decal No. LBM1081  Title held by Debtor's single member LLC J-Sandcastle Co, LLC**

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
■ Retain the property and [explain]:

**Debtor will retain collateral & continue to make regular payments.**

☐ No
■ Yes

---

Creditor's name:   **The Huntington Beach Gables Homeowners Association**

Description of property securing debt:   **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County. APN 891-569-62 Decal No. LBM1081  Title held by Debtor's single member LLC J-Sandcastle Co, LLC**

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
■ Retain the property and [explain]:

**avoid lien using 11 U.S.C. § 522(f)**

☐ No
■ Yes

---

Creditor's name:   **The Huntington Beach Gables Homeowners Association**

Description of property securing debt:   **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County. APN 891-569-62 Decal No. LBM1081  Title held by Debtor's single member LLC J-Sandcastle Co, LLC**

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
■ Retain the property and [explain]:

**avoid lien using 11 U.S.C. § 522(f)**

☐ No
■ Yes

---

Creditor's name:   **The Huntington Beach Gables Homeowners Association**

Description of property securing debt:   **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County. APN 891-569-62 Decal No. LBM1081  Title held by Debtor's single member LLC J-Sandcastle Co, LLC**

☐ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
■ Retain the property and [explain]:

**avoid lien using 11 U.S.C. § 522(f)**

☐ No
■ Yes

---

**Part 2:   List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**                              **Will the lease be assumed?**

Official Form 108                    Statement of Intention for Individuals Filing Under Chapter 7                    page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1 __Jamie Lynn Gallian__                                     Case number *(if known)* _____

| | | |
|---|---|---|
| Lessor's name:<br>Description of leased<br>Property: | **Houser Bros Co, dba Rancho Del Rey Mobile Home Estates**<br>Ground Leasehold until 2059, Space #376, located upon APN 178-011-01<br>2014 Skyline Villa - Manufactured Home installed on Space 376<br>July 2, 2014, LBM1081 | ☐ No<br><br>☒ Yes |
| Lessor's name:<br>Description of leased<br>Property: | **BS Investor, LP**<br>Ground Leasehold until 2059, Space #376, located upon APN 178-011-01<br>2014 Skyline Villa - Manufactured Home installed on Space 376,<br>July 2, 2014, LBM1081 | ☐ No<br><br>☒ Yes |
| Lessor's name:<br>Description of leased<br>Property: | **Kia Motors Finance**<br>2020 Kia Sportage | ☐ No<br><br>☒ Yes |
| Lessor's name:<br>Description of leased<br>Property: | | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | | ☐ No<br><br>☐ Yes |

**Part 3:   Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  _Jamie L Gallian_                     X  _____
**Jamie Lynn Gallian**                      Signature of Debtor 2
Signature of Debtor 1

Date  __7/9/2021__                       Date  _____

Official Form 108                **Statement of Intention for Individuals Filing Under Chapter 7**                page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| Debtor 1 **Jamie Lynn Gallian** | ■ 1. There is no presumption of abuse |
| Debtor 2 (Spouse, if filing) | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the: Central District of California | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known) | ☐ Check if this is an amended filing |

## Official Form 122A – 1

# Chapter 7 Statement of Your Current Monthly Income
04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

**1. What is your marital and filing status?** Check one only.

■ **Not married.** Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

  ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

  ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |
| 5. | **Net income from operating a business, profession, or farm** | | |

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00 Copy here → | $ 0.00 | $ |

| 6. | **Net income from rental and other real property** | | |
|---|---|---|---|

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 1,000.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 1,000.00 Copy here → | $ 1,000.00 | $ |

| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ |
|---|---|---|---|

001360                EXHIBIT 28, PAGE 552

Debtor 1   **Jamie Lynn Gallian**                                      Case number *(if known)* _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| **8. Unemployment compensation** | $ _____ 0.00 | $ _____ |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
| For you _____ $ _____ 0.00 | | |
| For your spouse _____ $ _____ | | |
| **9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $ _____ 0.00 | $ _____ |
| **10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.. | | |
| _____ | $ _____ 0.00 | $ _____ |
| _____ | $ _____ 0.00 | $ _____ |
| Total amounts from separate pages, if any. | + $ _____ 0.00 | $ _____ |
| **11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $ **1,000.00** | + $ _____ = $ **1,000.00**<br>Total current monthly income |

---

**Part 2:**   **Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 _____ Copy line 11 here=>   $ **1,000.00**

    Multiply by 12 (the number of months in a year)   **x 12**

12b. The result is your annual income for this part of the form   12b. $ **12,000.00**

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   **CA**

Fill in the number of people in your household.   **1**

Fill in the median family income for your state and size of household. _____   13. $ **62,938.00**
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

**Part 3:**   **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____ *Jamie Lynn Gallian*   7/9/2021
    **Jamie Lynn Gallian**

Official Form 122A-1     Chapter 7 Statement of Your Current Monthly Income     page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **Jamie Lynn Gallian** _____   Case number (*if known*) _____

> Signature of Debtor 1
>
> Date _____
> MM / DD / YYYY
>
> If you checked line 14a, do NOT fill out or file Form 122A-2.
>
> If you checked line 14b, fill out Form 122A-2 and file it with this form.

001362            EXHIBIT 28, PAGE 554

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jamie Lynn Gallian**<br>**16222 Monterey Ln. #376**<br>**Huntington Beach, CA 92649**<br>**714-321-3449**<br>**jamiegallian@gmail.com** | |

☒  *Debtor(s) appearing without an attorney*

*Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

    **Jamie Lynn Gallian**

CASE NO.:

CHAPTER: **7**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____7/9/2021_____

    Signature of Debtor 1

Date: _____

    Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

    Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Jamie Lynn Gallian
16222 Monterey Ln #376
Huntington Beach, CA 92649


David R. Flyer
4120 Birch St. Ste. 101,
Newport Beach, CA 92660


Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653


Frank Satalino
19 Velarde Ct.
Rancho Santa Margarita, CA
92688


Gordon Rees Scully & Mansukhani
5 Park Plaza Ste. 1100
Irvine, CA 92614


Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


Houser Bros. Co.
DBA Rancho Del Rey Estates
16222 Monterey Ln
Huntington Beach, CA 92649


Houser Bros. Co.dba Rancho Del
Rey Mobile Home Estates
17610 Beach Blvd Ste. 32
Huntington Beach, CA 92647


Huntington Harbor Village
16400 Saybrook
Huntington Beach, CA 92649


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


1

EXHIBIT 28, PAGE 556

J-Pad, LLC
2702 N Gaff Street
Orange, CA 92865


James H Cosello
Casello & Lincoln,
525 N Cabrillo Park Dr. Ste 104
Santa Ana, CA 92701

Janine Jasso
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071

Janine Jasso
P.O. Box 370161
El Paso, TX 79937


Jennifer Ann Paulin
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


Kia Motors Finance
PO Box 20815
Fountain Valley, CA 92728


Lee S. Gragnano
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


Linda Jean "Lindy" Beck
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


Lisa T. Ryan
20949 Lassen St. Apt 208
Chattsworth, CA 91311

2

001365

EXHIBIT 28, PAGE 557

Lori Ann Burrett
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


Mark A.Mellor Mellor Law Firm
c/o Randall Nickell
6800 Indiana Ave.
Riverside, CA 92506-4267


Michael Chulak-(Unknown)
MChulak@MTCLaw.com


Michael S. Devereux
Wex Law
9171 Wilshire Blvd. Ste. 500
Beverly Hills, CA 90210-5536


Nationwide Reconveyance, LLC
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653


Orange County Tax Assessor
P.O. Box 149
Santa Ana, CA 92701


Patricia Ryan
20949 Lassen St. Apt 208
Chattsworth, CA 91311


Raquel Flyer-Dashner
4120 Birch St. Ste. 101,
Newport Beach, CA 92660


People of the St of CA
8141 13th Street
Westminster, CA 92683


Randall Nickel
11619 Inwood Drive,
Riverside, CA 92503

3


001366

EXHIBIT 28, PAGE 558

Superior Default Services Inc
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653


Stanley Feldsott, Esq
Feldsott & Lee
23161 Mill Creek Drive
Laguna Hills, CA 92653


Steven A. Fink
13 Corporate Plaza Ste. 150
Newport Beach, CA 92660


The Huntington Beach Gables
Homeowners Association
c/o Epsten Grinnell & Howell,
APC 10200 Willow Creek Road,
Ste 100
San Diego, CA 92131


The Huntington Beach Gables
Homeowners Association
c/o Epsten Grinnell & Howell APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131


Theodore R "Ted" Phillips
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


United Airlines
P.O. Box 0675
Carol Stream, IL 60132-0675


US Bank NA
PO Box 64799
Saint Paul, MN 55164


Vivienne J Alston
Alston, Alston & Diebold
27201 Puerta Real Ste 300
Mission Viejo, CA 92691

4

001367

EXHIBIT 28, PAGE 559

EXHIBIT 29

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **JAMIE LYNN GALLIAN**<br>16222 Monterey Ln. #376<br>Huntington Beach, CA 92649<br>(714) 321-3449<br>jamiegallian@gmail.com | |

☐ Attorney for Debtor
☑ Individual appearing without attorney

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION**

In re:

Jamie Lynn Gallian

CASE NO.: **8:21-bk-11710-ES**

CHAPTER: **7**

**SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS**
**[LBR 1007-1(c)]**

Debtor(s)

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B      ☑ Schedule C      ☐ Schedule D      ☐ Schedule E/F      ☑ Schedule G

☑ Schedule H        ☑ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☑ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)                    ☑ Statement of Intentions      ☐ Master Mailing List

☑ Other (specify)   **Statement of Related Cases LBR Form 1015-2 ; Form 122-A Statement of Current Income and Expenses**

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:  9/3/2021

Jamie Lynn Gallian
Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 1                          F 1007-1.1.AMENDED.SUMMARY

EXHIBIT 29, PAGE 560

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**12600 Brookhurst St. Ste 103A Garden Grove, CA 92840 (714) 374-0101**

**Email: garrelslaw@aol.com**

A true and correct copy of the foregoing document entitled (*specify*):   **Summary of Amended Schedules, Master Mailing List, and or Statements**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 8-14-2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jeffrey I Golden (TR)   lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
Mark A Mellor   mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
Valerie Smith   claims@recoverycorp.com
United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached

page

**2.   SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached

page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached

page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9-03-2021 | Sherry A. Garrels, Esq. | |
|-----------|------------------------|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 2                          F 1007-1.1.AMENDED.SUMMARY

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number   **8:21-bk-11710-ES**

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

☒ Yes. Where is the property?

1.1

Located on APN 178-011-01
Tract 10542, Unit 4, Lot 376

**16222 Monterey Ln. Spc 376**
Street address, if available, or other description

**Huntington Beach   CA   92649-0000**
City   State   ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☒ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $235,000.00 | $235,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:
**APN: 891-569-62; Lot 376; LBM 1081; 2014 Skyline Custom Villa Manufactured Home. Serial Number AC7V710394GB, 56'x15'2"; Serial Number AC7V710394GA. 60'x15'2". Registered Owner, Jamie Lynn Gallian with HCD perfected 2/25/2021**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................⇒

$235,000.00

**Part 2:**   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Official Form 106A/B

Schedule A/B: Property

page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

| 5 Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=> | $0.00 |
|---|---|

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Misc. household goods and furnishings<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
|---|---|
| waterford crystal set red and white wine glasses | $1,000.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| Wall television, computer, printer and peripherals<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes. Describe.....

| Lladro figurine collection (20) | $1,900.00 |
|---|---|

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

Official Form 106A/B                           Schedule A/B: Property                                    page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* 8:21-bk-11710-ES |
|---|---|---|

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

| | Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA<br>92649 | $1,000.00 |
|---|---|---|

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes. Describe.....

| | Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA<br>92649 | $1,000.00 |
|---|---|---|

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

■ Yes. Describe.....

| | 5-year old Wired Terrier Dog | $25.00 |
|---|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..........................................................................** | $8,925.00 |

**Part 4: Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No

☐ Yes.......................................................................................................

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes....................... Institution name:

| 17.1. | EDD Debit account | Bank of America | $3,793.00 |
|---|---|---|---|

| 17.2. | Savings | Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | $1,407.00 |
|---|---|---|---|

Official Form 106A/B Schedule A/B: Property page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | 8:21-bk-11710-ES |
|---|---|---|---|---|

| | 17.3. **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | **$2,600.00** |
|---|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes.................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes. Give specific information about them..................
         Name of entity:                                                                    % of ownership:

| **J-Sandcastle Co, LLC  Entity currently has a bank account of less than $2,000 assets.** | | |
|---|---|---|

| **Original purpose of LLC was to hold HCD Registration to Debtor's residence.  HCD Registration was transferred to debtor on 2/25/2021.  According to the Mobilehome Park Management Houser Bros, park rules forbid home to be held in name other than an individual.** | **100** | **%** | **$2,000.00** |
|---|---|---|---|

| **J-PAD, LLC.  Entity Assets include bank account of around $4,000; Certificate of Title with HCD, perfected 1/14/2019, LBM 1081; 2014 Skyline Custom Villa Manufactured Home UCC-1 Manufactured Home Financing Statement perfected 1/14/2019. against personal property located at 16222 Monterey Lane, Space 376, Huntington Beach, CA. 92649** | **33.33** | **%** | **$59,666.00** |
|---|---|---|---|

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them
         Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

■ Yes. List each account separately.
         Type of account:          Institution name:

| | **IRA** | **Fidelity** | **$7,400.00** |
|---|---|---|---|

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ Yes

■ No.                                              Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

☐ Yes.............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Official Form 106A/B                          Schedule A/B: Property                                      page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Jamie Lynn Gallian** _____   Case number (if known)   **8:21-bk-11710-ES**

- ■ No
- ☐ Yes..............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   - ■ No
   - ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   _Examples:_ Internet domain names, websites, proceeds from royalties and licensing agreements
   - ■ No
   - ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   _Examples:_ Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   - ■ No
   - ☐ Yes. Give specific information about them...

**Money or property owed to you?**

|  | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   - ■ No
   - ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......

29. **Family support**
   _Examples:_ Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   - ■ No
   - ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   _Examples:_ Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
   - ■ No
   - ☐ Yes. Give specific information..

31. **Interests in insurance policies**
   _Examples:_ Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   - ■ No
   - ☐ Yes. Name the insurance company of each policy and list its value.
      Company name:          Beneficiary:          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   - ☐ No
   - ■ Yes. Give specific information..

   [32.1]   **Probate estate of Father Charles J. Bradley, Jr.  DOD 6/18/2000**

   | **OCSC Case No. 30-2017-00915711.** Uncertain what, if any, proceeds will pass to debtor. |  |
   |---|---|
   |  | **Unknown** |

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | **8:21-bk-11710-ES** |

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes. Describe each claim........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
■ Yes. Describe each claim........

| [34.1] | Personal Injury claim against Huntington Beach Gables Homeowners Association; Jesus Jasso, Jr. et al. DOI: 8/5/2018 OCSC Case No. 30-2020-01153679. | Unknown |

| [34.2] | Claim against Houser Bros Co. dba Rancho Del Rey Mobilehome Estates for Violation(s) of Civil Code and MRL §798, et seq. Failure to Offer and countersign Lease Agreement, Lot 376, 2014 manufactured home sold in place 11/1/2018 to debtor. Failure to disclose possible MH park Change of Use; Failure to timely pursue/ prosecute frivolous UD claim filed 1/2/19, against Debtor; Multiple acts by park management including retaliation, discrimination, trespassing, unlawful entry; forcible detainer, wrongful eviction. No lawsuit yet filed. | Unknown |

**35. Any financial assets you did not already list**
☐ No
■ Yes. Give specific information..

| [35..1] | Possible Victim Restitution Order against Jesus Jasso Jr. for battery, Penal Code §242 OCDA Criminal Case, People of the State of California vs Jesus Jasso Jr. OCSC Case No. 19WM09951        **Estimated loss of income**    $73,000.00 | Unknown |

| [35.2] | Possible COVID-19 Rent Relief Act from State of California (Applied for June 2021, but not yet approved).  Not property of the estate. | $27,000.00 |

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...................................................................................................................** | $103,866.00 |

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1.

Official Form 106A/B                                  Schedule A/B: Property                                            page 6
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)*  **8:21-bk-11710-ES**

37. Do you own or have any legal or equitable interest in any business-related property?

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Part 6    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ..................................   | **$0.00** |

**Part 8:    List the Totals of Each Part of this Form**

| | | |
|---|---|---|
| 55. Part 1: Total real estate, line 2 .............................................................................................. | | **$235,000.00** |
| 56. Part 2: Total vehicles, line 5 | $0.00 | |
| 57. Part 3: Total personal and household items, line 15 | $8,925.00 | |
| 58. Part 4: Total financial assets, line 36 | $103,866.00 | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. Part 7: Total other property not listed, line 54 | + $0.00 | |
| 62. Total personal property. Add lines 56 through 61... | $112,791.00 | Copy personal property total **$112,791.00** |

63. Total of all property on Schedule A/B. Add line 55 + line 62   | **$347,791.00** |

001377    EXHIBIT 29, PAGE 568

Fill in this information to identify your case:

| Debtor 1 | Jamie Lynn Gallian | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION | | |
| Case number (if known) | 8:21-bk-11710-ES | | |

■ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill it out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:**  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649  Orange County** APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2". Line from *Schedule A/B*: **1.1** | $235,000.00 | ■ | $600,000.00 | C.C.P. § 704.730 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Misc. household goods and furnishings** Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 Line from *Schedule A/B*: **6.1** | $3,500.00 | ■ | $3,500.00 | C.C.P. § 704.020 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **waterford crystal set red and white wine glasses** Line from *Schedule A/B*: **6.2** | $1,000.00 | ■ | $1,000.00 | C.C.P. § 704.040 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

001378        EXHIBIT 29, PAGE 569

Debtor 1    **Jamie Lynn Gallian**                                                        Case number (if known)    **8:21-bk-11710-ES**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Wall television, computer, printer and peripherals**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from Schedule A/B: **7.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Lladro figurine collection (20)**<br>Line from Schedule A/B: **8.1** | $1,900.00 | ■ $1,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Misc. clothing**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from Schedule A/B: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from Schedule A/B: **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **5-year old Wired Terrier Dog**<br>Line from Schedule A/B: **13.1** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **EDD Debit account: Bank of America**<br>Line from Schedule A/B: **17.1** | $3,793.00 | ■ $3,793.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from Schedule A/B: **17.2** | $1,407.00 | ■ $1,407.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from Schedule A/B: **17.3** | $2,600.00 | ■ $381.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from Schedule A/B: **17.3** | $2,600.00 | ■ $2,219.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **IRA: Fidelity**<br>Line from Schedule A/B: **21.1** | $7,400.00 | ■ $7,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

001379          EXHIBIT 29, PAGE 570

| Debtor 1    Jamie Lynn Gallian | | Case number (if known)    8:21-bk-11710-ES | |
|---|---|---|---|
| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.1** | $7,400.00 | ■              $7,400.00<br><br>☐  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| **Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr. Case No. 30-2020-01153679. Estimated damages unknown**<br>Line from *Schedule A/B*: **34.1** | **Unknown** | ■<br><br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.140 |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☐   No

■   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐   No

    ■   Yes

001380      EXHIBIT 29, PAGE 571

Fill in this information to identify your case:

| Debtor 1 | Jamie Lynn Gallian | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number    8:21-bk-11710-ES
(if known)

■ Check if this is an
amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  Do you have any executory contracts or unexpired leases?
    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

    Person or company with whom you have the contract or lease          State what the contract or lease is for
    Name, Number, Street, City, State and ZIP Code

2.1    Houser Bros. Co.                                               Unexpired Ground lease Tract 10542, Unit 4, Lot 376 for
       dba Rancho Del Rey Mobilehome Est.                             personal property residence located at 16222 Monterey
       17610 Beach Blvd. Ste. 32                                      Lane, Huntington Beach, California.
       Huntington Beach, CA 92647

2.2    Hyundai Capital America                                        Vehicle lease for 2020 Kia Sportage. Expires 12/1/2022
       PO BOX 269011
       Plano, TX 75026

---

Fill in this information to identify your case:

| Debtor 1 | Jamie Lynn Gallian | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION

Case number    8:21-bk-11710-ES
(if known)

�■ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.

■ No
☐ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.

■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
■ Yes.

In which community state or territory did you live?    **California**    . Fill in the name and current address of that person.
**Ronald Pierpont**
**4519 Ponderosa Way**
**Yorba Linda, CA 92886**
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | | | | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|---|---|---|
| 3.1 | Name | | | | ☐ Schedule D, line<br>☐ Schedule E/F, line<br>☐ Schedule G, line |
| | Number    Street<br>City | State | | ZIP Code | |
| 3.2 | Name | | | | ☐ Schedule D, line<br>☐ Schedule E/F, line<br>☐ Schedule G, line |
| | Number    Street<br>City | State | | ZIP Code | |

Official Form 106H                                    Schedule H: Your Codebtors                                    Page 1 of 1
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Jamie Lynn Gallian |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION |
| Case number (if known) | 8:21-bk-11710-ES |

Check if this is:

- ☑ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed ☑ Not employed   Disability; DOI 8/5/18 | ☐ Employed ☐ Not employed |
| Occupation | | Flight Attendant | |
| Employer's name | | | |
| Employer's address | | | |
| How long employed there? | | 21 years | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

Official Form 106I                    Schedule I: Your Income                    page 1

001383        EXHIBIT 29, PAGE 574

Case 8:21-bk-11710-ES   Doc 15   Filed 09/07/21   Entered 09/07/21 11:31:55   Desc
Main Document       Page 16 of 29

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | 8:21-bk-11710-ES |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here | | 4. | $ 0.00 | $ N/A |
| 5. | List all payroll deductions: | | | | |
| | 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| | 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| | 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| | 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| | 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| | 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| | 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| | 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 | + $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | | 6. | $ 0.00 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | | 7. | $ 0.00 | $ N/A |
| 8. | List all other income regularly received: | | | | |
| | 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| | 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| | 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| | 8d. | Unemployment compensation | 8d. | $ 1,005.26 | $ N/A |
| | 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| | 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify:   Temporary Covid-19 FAC payment | 8f. | $ 1,200.00 | $ N/A |
| | 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| | 8h. | Other monthly income. Specify: | 8h.+ | $ 0.00 | + $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | | 9. | $ 2,205.26 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | 10. | $ 2,205.26 + $ N/A = $ 2,205.26 | |
| 11. | State all other regular contributions to the expenses that you list in *Schedule J.*<br>Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.<br>Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*<br>Specify: | | 11. | +$ 0.00 | |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.<br>Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | | 12. | $ 2,205.26 | |
| | | | | Combined monthly income | |
| 13. | Do you expect an increase or decrease within the year after you file this form?<br>☑ No.<br>☐ Yes. Explain: | | | | |

Official Form 106I                      Schedule I: Your Income                      page 2

001384          EXHIBIT 29, PAGE 575

Fill in this information to identify your case:

| Debtor 1 | Jamie Lynn Gallian | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number   **8:21-bk-11710-ES**
(if known)

☐ Check if this is an
amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1.   What is your current marital status?**

☐   Married
■   Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

☐   No
■   Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 4476 Alderport Dr. #53 Huntington Beach, CA 92649 | From-To: 11/2009 to 10/31/2018 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐   No
■   Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐   No
■   Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| For last calendar year: (January 1 to December 31, 2020 ) | ■ Wages, commissions, bonuses, tips | $1,408.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Official Form 107   Statement of Financial Affairs for Individuals Filing for Bankruptcy   page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1   **Jamie Lynn Gallian**                                    Case number (*if known*)   **8:21-bk-11710-ES**

| | Debtor 1<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| For the calendar year before that:<br>(January 1 to December 31, 2019 ) | ■ Wages, commissions,<br>bonuses, tips | $3,375.00 | ☐ Wages, commissions,<br>bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment,
   and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery
   winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1<br>Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until<br>the date you filed for bankruptcy: | Unemployment | $11,000.00 | | |
| For last calendar year:<br>(January 1 to December 31, 2020 ) | Unemployment | $21,227.00 | | |
| | 401k Loan default- Taxed as<br>Retirement Income | $31,922.58 | | |

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an
   individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you
   paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do
   not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ■ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ■ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not
   include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an
   attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

Debtor 1   **Jamie Lynn Gallian**                                              Case number (if known)   **8:21-bk-11710-ES**

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
   |---|---|---|---|---|

**Part 4:**   **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

   | Case title Case number | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|
   | Houser Bros. Co. vs. Jamie Lynn Gallian 30-2019-01041423-CI-UD-CJC | Unlawful Detainer filed 1/2/2019 regarding Lot 376, Tract 10542, Unit 4, Unexpired term of 80 yr. Ground Leasehold APN 178-011-16 | Orange County Superior Court 700 W. Civic Center Dr. West Santa Ana, CA 92701 | ■ Pending ☐ On appeal ☐ Concluded |
   | Randall L. Nickell vs. Huntington Beach Gables HOA, et. al. 30-2020-01163055-CU-OR-CJC | Cross complaint contained in this action by Huntington Beach Gables HOA seeks to void the sale of Unit 53; Unexpired term of 80 yr. Ground Leasehold & SubCondominium Leasehold Estate APN 178-771-03, Tract 10542, Lot 1 & 2, Gables subd. to Randall Nickell. | Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701 | ■ Pending ☐ On appeal ☐ Concluded **Debtor is a cross defendant** |

---

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Huntington Beach Gables HOA vs. Sandra Bradley, et. al. 30-2017-00913985 | Collections | Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701 | ☐ Pending ☐ On appeal ☒ Concluded post judgment collections actions |
| Huntington Beach Gables HOA vs. Jamie Gallian 30-2017-00962999-CU-HR-CJC | Collections | Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701 | ☐ Pending ☐ On appeal ☒ Concluded |
| Jamie Lynn Gallian vs. Jesus Jasso, et. al. 30-2020-01153679 | personal injury | Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701 | ☐ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

---

**Part 5:   List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

---

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

   ■ No
   ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ■ No
   ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
   Do not include any payment or transfer that you listed on line 16.

   ■ No
   ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
   Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

   ☐ No
   ■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| James H. Casello<br>Casello & Lincoln<br>525 Cabrillo Park Dr. Ste. 104<br>Santa Ana, CA 92701 | $47,000 legal fees | Legal services | 2019-2021 |
| Michael T. Chulak & Assoc.<br>30343 Canwood St. Ste. 203<br>Agoura Hills, CA 91301<br><br>None | $8,700 | Legal services | 2018 to 2019 |
| Michael S. Devereux, Esq.<br>9171 Wilshire Blvd. Ste. 500<br>Beverly Hills, CA 90210<br><br>None | $5,000 | legal services | 2018 to 2019 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person's relationship to you | | | |
| Steven A. Fink, Esq 13 Corporate Plaza Dr. Ste. 150 Newport Beach, CA 92660 | $30,000 | legal services | 2019 to 2020 |
| None | | | |
| David R. Flyer, Esq. 4120 Birch St. Ste. 101 Newport Beach, CA 92660 | $17,000 | Legal services | 2018 to 2019 |
| None | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

001390        EXHIBIT 29, PAGE 581

Debtor 1   Jamie Lynn Gallian        Case number (if known)   8:21-bk-11710-ES

---

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns?** Include any property you borrowed from, are storing for, or hold in trust for someone.

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

---

Debtor 1    Jamie Lynn Gallian _____    Case number (if known)   8:21-bk-11710-ES

☐   No. None of the above applies. Go to Part 12.

■   Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| J-Sandcastle Co., LLC<br>16222 Monterey Lane #376<br>Huntington Beach, CA 92649 | Residential Management | EIN:      83-2453659<br><br>From-To   10-19-2018 |
| J-Pad, LLC<br>21742 Anza Ave.<br>Torrance, CA 90503 | Residential Management. | EIN:<br><br>From-To   2/9/2018 |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■   No

☐   Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_Jamie Lynn Gallian_____          **Signature of Debtor 2**
Signature of Debtor 1

Date   _9/3/2021_                               Date   _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■   No
☐   Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■   No
☐   Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

001392      EXHIBIT 29, PAGE 583

**Fill in this information to identify your case:**

| Debtor 1 | Jamie Lynn Gallian | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number   **8:21-bk-11710-ES**
(if known)

■ Check if this is an
amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:   List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:  **J-Pad, LLC** | ☐ Surrender the property.<br>☐ Retain the property and redeem it. | ☐ No |
| Description of property securing debt:  **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | ☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]:<br><br><br>retain | ■ Yes |
| Creditor's name:  **Janine Jasso (The People of the State of California)** | ☐ Surrender the property.<br>☐ Retain the property and redeem it. | ☐ No |
| Description of  **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081.** | ☐ Retain the property and enter into a Reaffirmation Agreement. | ■ Yes |

Official Form 108                    Statement of Intention for Individuals Filing Under Chapter 7                    page 1

001393    EXHIBIT 29, PAGE 584

Debtor 1  **Jamie Lynn Gallian**                                    Case number (if known) **8:21-bk-11710-ES**

| property securing debt: | **Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | ☑ Retain the property and [explain]: Lien To Be Avoided By 522(f) or Other Means | |
|---|---|---|---|

Creditor'sName   **Janine Jasso Huntington Beach Gables; Gragnano, Phillips, Beck, Burrett, Jasso, Paulin.**

| | | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | |
| Description of Property securing debt: | **16222 Monterey Ln.. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | ☐ Retain the property and enter into a Reaffirmation Agreement. | ☑ Yes |
| | | ☑ Retain the property and [explain]: | |
| | | Lien to be avoided by 522(f) or other means | |

**Part 2:**  **List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: Description of leased Property: | **Houser Bros. Co. dba Rancho Del Rey Mobilehome Park** Unexpired Ground lease Tract 10542, Unit 4, Lot 376  2014 **MANUFACTURED HOME LBM1081; residence located at 16222 Monterey Lane, #376, Huntington Beach, California.** | ☐ No  ☑ Yes |
| Lessor's name: Description of leased Property: | **Hyundai Capital America Vehicle lease for 2020 Kia Sportage.**   **Expires 12/1/2022** | ☐ No  ☑ Yes |

**Part 3:**  **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____        X _____
**Jamie Lynn Gallian**                           Signature of Debtor 2
Signature of Debtor 1

Date ____9/3/2021____                      Date _____

Official Form 108                Statement of Intention for Individuals Filing Under Chapter 7                page 2

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | Jamie Lynn Gallian |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California–Santa Ana Division |
| Case number (if known) | 8:21-bk-11710-ES |

Check one box only as directed in this form and in Form 122A-1Supp:

- ☑ 1. There is no presumption of abuse.
- ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).
- ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☑ Check if this is an amended filing

## Official Form 122A – 1
# Chapter 7 Statement of Your Current Monthly Income

04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check only one.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

   ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
| --- | --- | --- | --- |
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

|  | Debtor 1 | | | |
| --- | --- | --- | --- | --- |
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from a business, profession, or farm | $ | 0.00 | Copy here -> $ | 0.00 |  $ |

6. **Net income from rental and other real property**

|  | Debtor 1 | | | |
| --- | --- | --- | --- | --- |
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from rental or other real property | $ | 0.00 | Copy here -> $ | 0.00 |  $ |

| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ |
| --- | --- | --- | --- |

Debtor 1    **Jamie Lynn Gallian**                                         Case number (if known)    **8:21-bk-11710-ES**

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 8. **Unemployment compensation** | | $    1,789.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here:

| For you | $ | 0.00 |
|---|---|---|
| For your spouse | $ | |

9. **Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act. Also, except as stated in the next sentence, do
not include any compensation, pension, pay, annuity, or allowance paid by the
United States Government in connection with a disability, combat-related injury or
disability, or death of a member of the uniformed services. If you received any retired
pay paid under chapter 61 of title 10, then include that pay only to the extent that it
does not exceed the amount of retired pay to which you would otherwise be entitled
if retired under any provision of title 10 other than chapter 61 of that title.                         $       0.00      $

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act; payments made
under the Federal law relating to the national emergency declared by the President
under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the
coronavirus disease 2019 (COVID-19); payments received as a victim of a war
crime, a crime against humanity, or international or domestic terrorism; or
compensation pension, pay, annuity, or allowance paid by the United States
Government in connection with a disability, combat-related injury or disability, or
death of a member of the uniformed services. If necessary, list other sources on a
separate page and put the total below..

| | $ | 0.00 | $ |
|---|---|---|---|
| | $ | 0.00 | $ |
| Total amounts from separate pages, if any. | + $ | 0.00 | $ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for
each column. Then add the total for Column A to the total for Column B.    $    1,789.00   + $          = $    1,789.00

Total current monthly
income

---

**Part 2:**    Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11                Copy line 11 here=>    $    1,789.00

Multiply by 12 (the number of months in a year)                                        x  12

12b. The result is your annual income for this part of the form                      12b.   $    21,468.00

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                              | CA |

Fill in the number of people in your household.                  | 1 |

Fill in the median family income for your state and size of household.    13.   $    62,938.00
To find a list of applicable median income amounts, go online using the link specified in the separate instructions
for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.  ■  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

**Part 3:**    **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X   _Jamie Lynn Gallian_

Jamie Lynn Gallian

Official Form 122A-1                     **Chapter 7 Statement of Your Current Monthly Income**                          page 2
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1    **Jamie Lynn Gallian**                                     Case number *(if known)*    **8:21-bk-11710-ES**

Signature of Debtor 1

Date ⟋⟋/ ⟋/ ⟋⟋⟋/
    MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

001397          EXHIBIT 29, PAGE 588

EXHIBIT 30

ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jamie Lynn Gallian**<br>**16222 Monterey Ln. #376**<br>**Huntington Beach, CA 92649**<br>**(714) 321-3449**<br>**jamiegallian@gmail.com** | **FILED**<br><br>**SEP 22 2021**<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |

☐ *Attorney for Debtor*
☑ *Individual appearing without attorney*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIVISION**

| In re:<br><br>**Jamie Lynn Gallian**<br><br><br><br><br>Debtor(s) | CASE NO.: **8:21-bk-11710-ES**<br><br>CHAPTER: **7**<br><br>**First Amendment to**<br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B   ☒ Schedule C   ☐ Schedule D   ☐ Schedule E/F   ☒ Schedule G

☒ Schedule H   ☒ Schedule I   ☐ Schedule J   ☐ Schedule J-2   ☒ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)   ☒ Statement of Intentions   ☒ Master Mailing List

☒ Other *(specify)*   **Statement of Related Cases LBR Form 1015-2; Form 122-A Statement of Current Income and Expenses**

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: ___9/21/2021___   _____
_Jamie Lynn Gallian_
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    F 1007-1.1.AMENDED.SUMMARY

**AMENDED**
**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **Chapter 7 case number 8:03-bk-15856-JB filed 8/4/2003 in the Central Dist. of California.  Judge James N. Barr.  Discharge entered 11/17/2003.  Case closed 9/23/2004.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Huntington Beach,**_____, California.

Date: _____ 9/21/2021 _____

Jamie Lynn Gallian
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    Page 1         **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes. Where is the property?

**Located Tract 10542, Unit 4, Lot 376 on APN 178-011-01.**

| | | |
|---|---|---|
| 1.1 | | |
| **16222 Monterey Ln. Spc 376** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Street address, if available, or other description | ■ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ■ Manufactured or mobile home | **Current value of the**    **Current value of the** |
| **Huntington Beach  CA   92649-0000** | ☐ Land | **entire property?**    **portion you own?** |
| City    State    ZIP Code | ☐ Investment property | **$235,000.00**    **$235,000.00** |
| | ☐ Timeshare | |
| | ☐ Other | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| **Orange** | **Who has an interest in the property?** Check one | |
| County | ■ Debtor 1 only | |
| | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property |
| | ☐ At least one of the debtors and another | (see instructions) |

Other information you wish to add about this item, such as local property identification number:
**APN: 891-569-62; HCD COT Registration transferred 2/25/2021, from J-Sandcastle Co LLC Debtor's single member LLC, to Debtor, in attempt to end UD litigation and obtain counter-signed Leasehold Agreement with RDRMHE. Debtor Homestead Declaration filed with OC Clerk Recorder 7/9/2021@12:48 p.m.**

**2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>**  | **$235,000.00**

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1   **Jamie Lynn Gallian**                                                      Case number *(if known)*   **8:21-bk-11710-ES**

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ **YES**  Lease 2020 Kia Sportage        **LOCATION: 16222 MONTEREY LN #376**
☐No                                       **HUNTINGTON BEACH, CA 92649**

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ **No**
☐ **Yes**

| | |
|---|---|
| **5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..............................................=>** | **$0.00** |

**Part 3:**   **Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|
| **6. Household goods and furnishings** *Examples:* Major appliances, furniture, linens, china, kitchenware ☐ No ■ Yes. Describe..... | |
| **Misc. household goods and furnishings** **Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | **$3,500.00** |
| **waterford crystal red & white wine glasses** | **$1,000.00** |
| **7. Electronics** *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games ☐ No ■ Yes. Describe..... | |
| **Wall television, computer, printer and peripherals** **Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | **$500.00** |
| **8. Collectibles of value** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles ☐ No ■ Yes. Describe..... | |
| **Lladro figurines collection (20)** **Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | **$1,900.00** |
| **9. Equipment for sports and hobbies** *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments ■ No ☐ Yes. Describe..... | |
| **10. Firearms** *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment ■ No ☐ Yes. Describe..... | |

Official Form 106A/B                          Schedule A/B: Property                                          page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1   **Jamie Lynn Gallian**                                          Case number *(if known)*   **8:21-bk-11710-ES**

---

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes. Describe.....

| | |
|---|---|
| **Misc. clothing**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | **$1,000.00** |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☑ Yes. Describe.....

| | |
|---|---|
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | **$1,000.00** |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☑ Yes. Describe.....   **5-year old Wired Terrier Dog**

| | |
|---|---|
| **Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | **$25.00** |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☑ No
☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..........................................................................** | **$8,925.00**

---

**Part 4:   Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☑ No
☐ Yes........................................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☑ Yes........................        Institution name:

| 17.1. | **EDD Debit account** | **Bank of America** | **$3,793.00** |
|---|---|---|---|
| 17.2. | **Savings** | **Alliant Credit Union** | **$1,407.00** |

---

Official Form 106A/B                          Schedule A/B: Property                                          page 3

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

| | 17.3. | **Savings** | **Alliant Credit Union** | **$2,600.00** |

---

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☑ No
☐ Yes..................     Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
☑ Yes. Give specific information about them...................

| Name of entity:<br><br>[19.a] | **J-Sandcastle Co LLC-** Entity currently has $500.00 in bank account.  Debtor Purchased home on 11/1/2018 with proceeds from 10/31/2018 sale of debtors previous residence APN 937-63-053.  HCD Registered to J-Sandcastle Co LLC.  RDRMHE Park Mgr. refused to countersign 1/1/2006 Ryan Leasehold Agreement, Space 376, to Applicant, J-Sandcastle, Co. LLC. or enter new agreement.  J-Sandcastle Co  LLC transferred Registration to Jamie Lynn Gallian, perfected with HCD 2/25/2021 to obtain Lot 376 Leasehold Agreement with RDRMHE.  RDRMHE Mgrs. forbid home to be held in name other than individual. However, Park Management allow Registration of MH to be held in the name of a Trust. | % of ownership:<br><br>100% |

| [19.b] | **J-Pad, LLC - Manager-Managed LLC-**  Entity has approximately $7,000.00, from un-cashed space 376 rent checks tendered to RDRMHE, returned to Debtor un-cashed.<br>Only purpose is to hold HCD Certificate of Title, perfected 1/14/2019 of debtors primary residence 2014 Skyline Custom Villa, Decal No. LBM 1081; Serial No. 7V710394GB/GA to protect purchase of 2014 Manufactured Home as debtors primary residence and qualification 1/1/2006 Ryan Ground Leasehold Assigned to Debtor, located on APN 178-011-01 Tract 10542, Unit 4, Lot 376, pending litigation;  preservation. | % of ownership:<br><br>1/7- th |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☑ No
☐ Yes. Give specific information about them
       Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
☑ Yes. List each account separately.

| Type of account: | Institution name: | |
| **IRA** | **Fidelity** | **$7,400.00** |

---

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ Yes
☑ No .............     Institution name or individual:

---

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes.............     Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☑ No
☐ Yes. Give specific information about them...

---

Official Form 106A/B            Schedule A/B: Property            page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

EXHIBIT 30, PAGE 594

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
  *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
  ■ No
  ☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
  *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
  ■ No
  ☐ Yes. Give specific information about them...

**Money or property owed to you?**

Current value of the portion you own? Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
  ■ No
  ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
  *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
  ■ No
  ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
  *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
         benefits; unpaid loans you made to someone else
  ■ No
  ☐ Yes. Give specific information..

**31. Interests in insurance policies**
  *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
  ■ No
  ☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |

**32. Any interest in property that is due you from someone who has died**
  If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
  ☐ No
  ■ Yes. Give specific information..

| Probate estate of Charles J. Bradley, Jr. DOD 6/18/2000 OCSC  Case No.  30-2017-00915711. Uncertain what, if any proceeds will pass to debtor. | Unknown |

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
  *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
  ■ No
  ☐ Yes.  Describe each   claim.....

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
  ☐ No
  ■ Yes.  Describe each claim.........

| **[34.1]** | Personal Injury claim filed against Huntington Beach Gables HOA; Jesus Jasso, Jr., et al. OCSC Case No. 30-2020-01153679.  Date of injury 8/5/2018. | Unknown |

| Debtor 1 | **Jamie Lynn Gallian** | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **[34.2]** | Possible Victim Restitution Award Order - People of the State of CA vs. Jesus Jasso Jr., PC §242, OCSC  Case No. 19WM09951.  Claim submitted to OC District Attorney through Victim Witness Agency.      $73,000.00 | | **$73,000.00** |
| **[34.3]** | Potential Claim against Houser Bros Co. dba Rancho Del Rey Mobilehome Estates.  Violation(s) of MRL §798, et seq.; multiple acts (retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction.  Failure to timely pursue/prosecute frivolous UD claim filed 1/2/19, against debtor, bona fide purchaser for value on 11/1/2018.    Potential award of attorney fees under MRL. | | **UNKNOWN** |
| **[34.4]** | Possible right to reversionary interest in unexpired 80 yr Ground Leasehold and Sub-condominium Leasehold,  Lot 1 & 2, Tract 10542, APN 178-011-01I Gables subd. located on APN 178-771-03. | | |
| | Huntington Beach Gables HOA has a cross-complaint in the Nickel complaint pending OCSC 30-2020-01163055, in which Gables HOA seek a voiding of Unit 53 sale and Assignment of unexpired Ground Leasehold and Subcondominium Leasehold October 31, 2018, to bona fide purchaser Randall L. Nickel for valuable consideration.    Gallian had a homestead exemption. | | |
| | On November 1, 2018, Debtor announced to Court on the record, OCSC 30-2017-00913985, C-33, Gallian sold the subject property. | | |
| | On November 9, 2018, Hon. James L. Crandall, C-33, Denied Gables HOA 30-2017-00913985, exparte MOT to freeze debtors equity from sale to bona fide purchaser Randall L. Nickel.  "It's her equity." | | |
| | On December 6, 2018, Court vacated jury trial sua sponte. | | **UNKNOWN** |

**35. Any financial assets you did not already list**

☐ No

■ Yes.  Give specific information..

| | | |
|---|---|---|
| | **Possible COVID-19 Rent Relief Act from State of California for rent relief (Applied for June 2021, but not yet approved). Not property of the estate.   $27,000.00** | **$27,000.00** |

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**           **$ 122,700.00**

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

**Part 6**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

**Part 7:**  Describe All Property You Own or Have an Interest In That You Did Not List Above

| | | |
|---|---|---|
| Official Form 106A/B | Schedule A/B: Property | page 6 |
| Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

EXHIBIT 30, PAGE 596

Debtor 1   **Jamie Lynn Gallian**                                   Case number *(if known)*   **8:21-bk-11710-ES**

---

**53. Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

   ■ No
   ☐ Yes. Give specific information.........

**54.  Add the dollar value of all of your entries from Part 7. Write that number here** ...................................    | **$0.00** |

---

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| 55. | **Part 1: Total real estate, line 2** .......................................................................................... | | **$235,000.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | **$0.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$8,925.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$122,700.00** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |

| 62. | **Total personal property. Add lines 56 through 61...** | **$131,625.00** | Copy personal property total | **$131,625.00** |
|---|---|---|---|---|

| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | | **$366,625.00** |
|---|---|---|---|

---

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION | |
| Case number | **8:21-bk-11710-ES** | |
| (if known) | | |

■ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                 4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649  Orange County**<br>**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".**<br>Line from *Schedule A/B*: **1.1** | $235,000.00 | ■  $600,000.00<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **Misc. household goods and furnishings**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: **6.1** | $3,500.00 | ■  $3,500.00<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Wall television, computer, printer and peripherals**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■  $500.00<br>☐  100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1   **Jamie Lynn Gallian** | | | Case number (if known)   **8:21-bk-11710-ES** |
|---|---|---|---|
| **Brief description of the property and line on** *Schedule A/B that lists this property* | **Current value of the portion you own** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption.* | **Specific laws that allow exemption** |
| **Lladro figuring collection (20)** Line from *Schedule A/B*: **8.1** | $1,900.00 | ■ $1,900.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Misc. clothing** **Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings. Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **5-year old Wired Terrier Dog** Line from *Schedule A/B*: **13.1** | $25.00 | ■ $25.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **EDD Debit account: Bank of America** Line from *Schedule A/B*: **17.1** | $3,793.00 | ■ $3,793.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Savings: Alliant Credit Union-Covid Govt. Stimulus** Line from *Schedule A/B*: **17.2** | $1,407.00 | ■ $1,407.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union-Covid Govt. Stimulus** Line from *Schedule A/B*: **17.3** | $2,600.00 | ■ $381.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union-Covid Govt. Stimulus** Line from *Schedule A/B*: **17.3** | $2,600.00 | ■ $2,219.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **IRA: Fidelity** Line from *Schedule A/B*: **21.1** | $7,400.00 | ■ $7,400.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **IRA: Fidelity** Line from *Schedule A/B*: **21.1** | $7,400.00 | ■ $7,400.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |

001409                    EXHIBIT 30, PAGE 599

| Debtor 1 | **Jamie Lynn Gallian** | | Case number (if known) | **8:21-bk-11710-ES** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr. Case No. 30-2020-01153679. Estimated damages $73,000.**<br>Line from *Schedule A/B*: **34.2** | **$73,000.00** | ☑ *$ 73,000.00*<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.14** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐   No

   ☑   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐   No

       ☑   Yes   **Debtors primary residence was purchased 11/1/2018 with proceeds from sale of previous residence located on same parcel of land. APN 178-011-01**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION | | |
| Case number | **8:21-bk-11710-ES** | | |
| (if known) | | | |

■ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Houser Bros  Co.<br>dba Rancho Del Rey Mobilehome Est.<br>17610 Beach Blvd. Ste. 32<br>Huntington Beach, CA 92647 | Lot 376, Tract 10542, Unit 4, Unexpired Ground Leasehold. Location of existing 2014 Skyline Custom Villa Manufactured Home, LBM1081, located on APN 178-011-01, FROM SELLER (RYAN) transferred 11/1/2018. Ground Leasehold Expires 2059. |
| 2.2 | Hyundai Capital America<br>PO BOX 269011<br>Plano, TX 75026 | Vehicle lease for 2020 Kia Sportage.  Expires 12/1/2022 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIVISION |
| Case number (If known) | **8:21-bk-11710-ES** |

Check if this is:

- ☑ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

  _____
  MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed ☑ Not employed | ☐ Employed ☐ Not employed |
| | | **Disability from injury, left foot 8/5/2018** | |
| Occupation | | Flight Attendant | |
| Employer's name | | | |
| Employer's address | | | |
| How long employed there? | | 21 years | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $     0.00 | $     N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$     0.00 | +$     N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $     0.00 | $     N/A |

001412                     EXHIBIT 30, PAGE 602

Debtor 1   **Jamie Lynn Gallian** _____   Case number (*if known*)  **8:21-bk-11710-ES**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Copy line 4 here** | 4. $ 0.00 | $ N/A |
| 5. | **List all payroll deductions:** | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. $ 0.00 | $ N/A |
| | 5b. **Mandatory contributions for retirement plans** | 5b. $ 0.00 | $ N/A |
| | 5c. **Voluntary contributions for retirement plans** | 5c. $ 0.00 | $ N/A |
| | 5d. **Required repayments of retirement fund loans** | 5d. $ 0.00 | $ N/A |
| | 5e. **Insurance** | 5e. $ 0.00 | $ N/A |
| | 5f. **Domestic support obligations** | 5f. $ 0.00 | $ N/A |
| | 5g. **Union dues** | 5g. $ 0.00 | $ N/A |
| | 5h. **Other deductions. Specify:** | 5h.+ $ 0.00 | + $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ 0.00 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. $ 0.00 | $ N/A |
| 8. | **List all other income regularly received:** | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ 0.00 | $ N/A |
| | 8b. **Interest and dividends** | 8b. $ 0.00 | $ N/A |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ 0.00 | $ N/A |
| | 8d. **Unemployment compensation** | 8d. $ 1,005.26 | $ N/A |
| | 8e. **Social Security** | 8e. $ 0.00 | $ N/A |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: **Temporary Covid-19 FAC payment** | 8f. $ 1,200.00 | $ N/A |
| | 8g. **Pension or retirement income** | 8g. $ 0.00 | $ N/A |
| | 8h. **Other monthly income. Specify:** | 8h.+ $ 0.00 | + $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ 2,205.26 | $ N/A |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ 2,205.26 + $ N/A = $ 2,205.26 | |
| 11. | **State all other regular contributions to the expenses that you list in** *Schedule J.* Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: | 11. +$ 0.00 | |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and *Related Data*, if it applies | 12. $ 2,205.26 **Combined monthly income** | |

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain: _____

Official Form 106I                    Schedule I: Your Income                    page 2

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |
| (if known) | |

☑ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

☐ Married
☑ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **4476 Alderport Dr. #53 Huntington Beach, CA 92649** | From-To: 11/23/2009 to 10/31/2018 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **16222 Monterey Ln. #376 Huntington Beach, CA 92649** | From-To: 11/1/2018 to CURRENT | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2     Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Jamie Lynn Gallian**                                    Case number *(if known)*   **8:21-bk-11710-ES**

| | Debtor 1<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| **For last calendar year:**<br>(January 1 to December 31, 2020 ) | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | $1,408.00 | ☐ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2019 ) | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | $3,375.00 | ☐ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment,
    and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery
    winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1<br>Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | Unemployment | $11,000.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2020 ) | EDD Unemployment | $21,227.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2019 ) | 401 Loan Default due to Medical Leave<br>of Absence.  Loan taxed as income,<br>distribution. | $31,922.58 | | |

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an
        individual primarily for a personal, family, or household purpose."

        During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
        ■ No.   Go to line 7.
        ☐ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you
            paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do
            not include payments to an attorney for this bankruptcy case.
            * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

    ■ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
        During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

        ■ No.   Go to line 7.
        ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not
            include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an
            attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|

001415                              EXHIBIT 30, PAGE 605

Case 8:21-bk-11710-ES    Doc 16    Filed 09/22/21    Entered 09/22/21 09:40:50    Desc
Main Document      Page 18 of 29

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|---|

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Houser Bros. Co. dba Rancho Del Rey Mobilehome Est. vs. Jamie L. Gallian**<br>30-2019-01041423-CI-UD-CJC | Unlawful Detainer 1/2/2019, Lot 376, Tract 10542, Unit 4, Unexpired term of 80 yr. Ground Leasehold APN 178-011-01, location of existing 2014 Manufactured Home purchase as debtor residence. | **Orange County Superior Court**<br>**700 W. Civic Center Dr. West**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Randall L. Nickell vs. Huntington Beach Gables HOA, et. al.**<br>30-2020-01163055-CU-OR-CJC | Cross-complaint contained in this action by Huntington Beach Gables HOA seeks to void bona fide sale approved by Landlord, BS Investors, for value of Assignment Unexpired term of 80 yr. Ground Leasehold & Sub-Condominium Leasehold Lot 1 & 2 Tract 10542, Unit 53. Gables subd. APN 178-771-03. | **Orange County Superior Court**<br>**700 Civic Center Dr. West**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Debtor is a cross-defendant** |
| **Huntington Beach Gables HOA vs .  Sandra Bradley, et. al.**<br>30-2017-00913985 | Collections | **Orange County Superior Court**<br>**700 Civic Center Dr. West**<br>**Santa Ana, CA 92701** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**post judgment collection actions** |
| **Huntington Beach Gables HOA vs. Jamie Gallian**<br>30-2017-00962999-CU-HR-CJC | Collections | **Orange County Superior Court**<br>**700 Civic Center Dr. West**<br>**Santa Ana, CA 92701** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Jamie Lynn Gaillan vs. Huntington Beach Gables HOA; Jesus Jasso, Jr. , et. al.**<br>30-2020-01153679 | Personal injury | **Orange County Superior Court**<br>**700 Civic Center Dr. West**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

---

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 30, PAGE 606

Debtor 1   **Jamie Lynn Gallian**                                                    Case number *(if known)*  **8:21-bk-11710-ES**

---

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Charity's Name | | | |
| Address *(Number, Street, City, State and ZIP Code)* | | | |

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss. Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

| Debtor 1   **Jamie Lynn Gallian** | | Case number *(if known)*   **8:21-bk-11710-ES** |
|---|---|---|

**Part 7:   List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you
consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid
Address
Email or website address
Person Who Made the Payment, if Not You | Description and value of any property
transferred | Date payment
or transfer was
made | Amount of
payment |
|---|---|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who
promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid
Address | Description and value of any property
transferred | Date payment
or transfer was
made | Amount of
payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property
transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not
include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer
Address

Person's relationship to you | Description and value of
property transferred | Describe any property or
payments received or debts
paid in exchange | Date transfer was
made |
|---|---|---|---|
| James H. Casello, Esq.
Casello & Lincoln
525 Cabrillo Park Dr. Ste.
104 Santa Ana, CA 92701

None | $47,000 legal fees | Legal services | 2019 to 2021 |
| Michael T. Chulak & Assoc.
30343 Canwood St. Ste. 203
Agoura Hills, CA 91301

None | $8,700 | Legal services | 2017 to 2018 |
| Michael S. Devereux, Esq.
9171 Wilshire Blvd. Ste. 500
Beverly Hills, CA 90210

None | $5,000 | Legal services | 2018 to 2020 |
| Steven A. Fink, Esq
13 Corporate Plaza Dr. Ste. 150
Newport Beach, CA 92660

None | $30,000 | Legal services | 2018 to 2020 |

Case 8:21-bk-11710-ES   Doc 16   Filed 09/22/21   Entered 09/22/21 09:40:50   Desc
Main Document      Page 21 of 29

Debtor 1   **Jamie Lynn Gallian**                                                    Case number *(if known)*   **8:21-bk-11710-ES**

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Person's relationship to you** | | | |
| David R. Flyer, Esq. Raqual Flyer-Dashner 4120 Birch St. Ste. 101 Newport Beach, CA 92660 None | $17,000 | Legal services | 2018 to 2020 |
| Sherry Garrels, Esq. 12660 Brookhurst St. A103 Garden Grove, CA 92840 None | $6500.00 | Legal Services | 2020-2021 |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☐ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☐ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

001419                    EXHIBIT 30, PAGE 609

Debtor 1   **Jamie Lynn Gallian** _____    Case number *(if known)*   **8:21-bk-11710-ES**

---

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| **Owner's Name**<br>**Address** (Number, Street, City, State and ZIP Code) | **Where is the property?**<br>(Number, Street, City and ZIP Code) | **Describe the property** | **Value** |

---

| **Part 10:** | **Give Details About Environmental Information** |

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| **Name of site**<br>**Address** (Number, Street, City, State and ZIP Code) | **Governmental unit**<br>**Address** (Number, Street, City, State and ZIP Code) | **Environmental law, if you know it** | **Date of notice** |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| **Name of site**<br>**Address** (Number, Street, City, State and ZIP Code) | **Governmental unit**<br>**Address** (Number, Street, City, State and ZIP Code) | **Environmental law, if you know it** | **Date of notice** |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| **Case Title**<br>**Case Number** | **Court or agency**<br>**Name**<br>**Address** (Number, Street, City, State and ZIP Code) | **Nature of the case** | **Status of the case** |

---

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

---

Debtor 1    **Jamie Lynn Gallian**                                      Case number *(if known)*    **8:21-bk-11710-ES**

☐ **No. None of the above applies. Go to Part 12.**

☑ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| J-Sandcastle Co., LLC<br>16222 Monterey Lane #376<br>Huntington Beach, CA 92649 | Residential Management | EIN:    83-2453659<br><br>From-To    10-19-2018 |
| J-Pad, LLC<br>21742 Anza Avenue<br>Torrance, CA 92503 | Residential Management. | EIN:<br><br>From-To    2/9/2018 |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:**  **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____                      _____
**Jamie Lynn Gallian**                                                    **Signature of Debtor 2**
**Signature of Debtor 1**

Date      **9/21/2021**                                          Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION |
| Case number (if known) | **8:21-bk-11710-ES** |

■ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7
12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:   List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **J-Pad, LLC,**<br><br>Description of property securing debt: **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br><br>**Retain** | ☐ No<br><br>■ Yes |
| Creditor's name: **Janine Jasso, Esq.**<br><br>Description of property securing debt: **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br><br>**Notice of Appeal - Pending OCSC Appellate Department 30-2021-01189657 to VOID Order.** | ☐ No<br><br>■ Yes |

Official Form 108                    Statement of Intention for Individuals Filing Under Chapter 7                    page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

EXHIBIT 30, PAGE 612

Debtor 1    **Jamie Lynn Gallian**                                      Case number *(if known)*  **8:21-bk-11710-ES**

|  |  |  |
|---|---|---|
|  | ■ Retain the property and [explain]: | |
|  | **UCC To Be Avoided By  522(f) and/or Other Means 11 U.S.C. §523(a)(7)** | |

| Creditor's name: | **Janine Jasso, Esq.** **Huntington Beach Gables HOA** | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
|  |  | ☐ Retain the property and redeem it. |  |
|  |  | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ■ Yes |
| Description of property securing debt | **16222 Monterey Ln Spc 376 Huntington Beach, CA 92649 APN 891-56-62; 2014 skyline Custom Villa Manufactured Home. Decal No. LBM1081** | ■ Retain the property and [explain]: **UCC filed to be avoided by 522(f) and/or other means** | |

---

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                                       **Will the lease be assumed?**

| Lessor's name: | **HOUSER BROS CO dba Rancho Del Rey Mobilehome Estates 17610 Beach Blvd. Ste. 32 Huntington Beach, California 92647** | ☐No ■ Yes |
|---|---|---|
| Description of leased Property: | **Ryan Assignment of 1/1/2006 Unexpired Ground Leasehold, APN 178-011-01 Tract 10542, Unit 4, Lot 376.  Location of 2014 Skyline Custom Villa Home.                    Expires 2059** | |

| **Lessor's name:** | **Hyundai Capital America** | ☐ No ■ Yes |
|---|---|---|
| Description of leased Property: | **Vehicle lease for 2020 Kia Sportage.   Expires 12/1/2022** | |

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt, and personal property LBM 1081, that is situated to an unexpired term of that certain Groundlease, Tract 10542, Unit 4, Lot 376, located upon APN 178-011-01,  16222 Monterey Lane, Huntington Beach, CA 92649

X  *[signature]*                                                X _____
   Jamie Lynn Gallian                                              Signature of Debtor 2
   Signature of Debtor 1

Date  **9/21/2021**                                            Date _____

Official Form 108                 Statement of Intention for Individuals Filing Under Chapter 7                 page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

Case 8:21-bk-11710-ES    Doc 16   Filed 09/22/21   Entered 09/22/21 09:40:50    Desc
Main Document     Page 26 of 29

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1 Supp: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1 **Jamie Lynn Gallian**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Central District of California—Santa Ana Division

Case number **8:21-bk-11710-ES**
(if known)

**Check one box only as directed in this form and in Form 122A-1 Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

■ Check if this is an amended filing

## Official Form 122A – 1
## Chapter 7 Statement of Your Current Monthly Income                04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ■ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |
| 5. | **Net income from operating a business, profession, or farm** | | |

5. Net income from operating a business, profession, or farm

| | Debtor 1 | |
|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | |
| Ordinary and necessary operating expenses | -$ 0.00 | |
| Net monthly income from a business, profession, or farm | $ 0.00 | Copy here -> $ 0.00 | $ |

6. Net income from rental and other real property

| | Debtor 1 | |
|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | |
| Ordinary and necessary operating expenses | -$ 0.00 | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | $ |

| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ |

Official Form 122A-1                Chapter 7 Statement of Your Current Monthly Income                page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|---|

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 8. | **Unemployment compensation**<br>Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:<br>For you $ 0.00<br>For your spouse $ | $ 1,789.00 | $ |
| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $ 0.00 | $ |
| 10. | **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.. | $ 0.00 | $ |
| | _____ | $ 0.00 | $ |
| | Total amounts from separate pages, if any. | + $ 0.00 | $ |
| 11. | **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $ 1,789.00 | + $ = $ 1,789.00<br>Total current monthly income |

**Part 2:**   **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ............ Copy line 11 here=> $ 1,789.00

Multiply by 12 (the number of months in a year) .................................... x 12

12b. The result is your annual income for this part of the form ......... 12b. $ 21,468.00

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.  **CA**

Fill in the number of people in your household.  **1**

Fill in the median family income for your state and size of household.   13. $ 62,938.00
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

**Part 3:**   **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

x _Jamie L. Gallian_____
   **Jamie Lynn Gallian**

Official Form 122A-1     Chapter 7 Statement of Your Current Monthly Income     page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**EXHIBIT 30, PAGE 615**

Debtor 1   **Jamie Lynn Gallian**                                    Case number *(if known)*   **8:21-bk-11710-ES**

Signature of Debtor 1

Date   9/21/2021
       MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Official Form 122A-1          **Chapter 7 Statement of Your Current Monthly Income**                    **page 3**
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

001426          EXHIBIT 30, PAGE 616

**FIRST AMENDED**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**5401 Skylab  Huntington Beach, CA 92647**
A true and correct copy of the foregoing document entitled (*specify*):    **Summary of Amended Schedules, Master
Mailing List, or and Statements**    will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

---

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
8-20-2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Jeffrey I Golden (TR)**   lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
**Mark A Mellor**   mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
**D. Edward Hays**  ehays@marshackhays.com
**Valerie Smith**   claims@recoverycorp.com
**United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
**Jamie Lynn Gallian**  jamiegallian@gmail.com

☐ Service information continued on attached
page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known
addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/21/2021 | Robert McLelland | _(signature)_ |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

EXHIBIT 31

ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jamie Lynn Gallian**<br>**16222 Monterey Ln. #376**<br>**Huntington Beach, CA 92649**<br>**(714) 321-3449**<br>jamiegallian@gmail.com | **FILED**<br><br>**SEP 22 2021**<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

| ☐ *Attorney for Debtor*<br>☑ *Individual appearing without attorney* | |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIVISION**

| In re:<br><br>   **Jamie Lynn Gallian**<br><br><br><br><br>                                         Debtor(s) | CASE NO.: **8:21-bk-11710-ES**<br><br>CHAPTER: **7**<br><br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website
www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an
attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B        ☐ Schedule C        ☑ Schedule D        ☑ Schedule E/F        ☐ Schedule G

☐ Schedule H          ☐ Schedule I        ☐ Schedule J        ☐ Schedule J-2       ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)     ☐ Statement of        ☑ Master Mailing List
                                                       Intentions

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or
statements are true and correct.

Date: _____**9/21/2021**_____          _____

                                        **Jamie Lynn Gallian**
                                        Debtor 1 Signature

                                        _____
                                        Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this
Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of
Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    **F 1007-1.1.AMENDED.SUMMARY**

001429                    EXHIBIT 31, PAGE 618

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION | | |
| Case number | **8:21-bk-11710-ES** | | |
| (if known) | | | |

■ Check if this is an
amended filing

### Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim | **Column C**<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** | **J-Pad, LLC,**<br>**Steven & Brian**<br>**Gallian;**<br>**EJ Gallian; Justin**<br>**Barclay; Ronald j.**<br>**Pierpont; Robert J.**<br>**Pierpont; Jamie Lynn**<br>**Gallian**<br>Creditor's Name | Describe the property that secures the claim:<br><br>**16222 Monterey Ln. Spc 376**<br>**Huntington Beach, CA 92649**<br>**Orange County**<br>**APN: 891-569-62; 2014 Skyline**<br>**Custom Villa Manufactured Home.**<br>**Decal No. LBM1081. Serial Number**<br>**AC7V710394GB 56'x15'2"; Serial**<br>**Number AC7V710394GA 60'x15'2".** | $175,000.00 | $235,000.00 | $0.00 |

**21742 Anza Avenue**
**Torrance, CA 90503**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

**Date debt was incurred** _____

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit     **Holder of UCC 1 Perfected 1/14/2019;**
☐ Other (including a right to offset)   **HCD Registration Jamie Lynn Gallian perfected 2-25-2021**

**Last 4 digits of account number** _____ **N/A** _____

| Debtor 1 | **Jamie Lynn Gallian** | | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.2 | **Janine Jasso** | | $53,684.41 | $235,000.00 | $0.00 |
|---|---|---|---|---|---|

**Creditor's Name**

Describe the property that secures the claim:

**16222 Monterey Ln. Spc 376
Huntington Beach, CA 92649
Orange County
APN: 891-569-62; 2014 Skyline
Custom Villa Manufactured Home.
Decal No. LBM1081.  Serial Number
AC7V710394GB 56'x15'2"; Serial
Number AC7V710394GA 60'x15'2".**

**16025 Warmington Lane
Huntington Beach, CA
92649**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred   **12/4/2018**        Last 4 digits of account number   **HOA Fees 3985**

| 2.3 | **Janine Jasso** | | $13,229.24 | $235,000.00 | $6,913.65 |
|---|---|---|---|---|---|

**Creditor's Name**

Describe the property that secures the claim:

**16222 Monterey Ln. Spc 376
Huntington Beach, CA 92649
Orange County
APN: 891-569-62; 2014 Skyline
Custom Villa Manufactured Home.
Decal No. LBM1081.  Serial Number
AC7V710394GB 56'x15'2"; Serial
Number AC7V710394GA 60'x15'2".**

**16025 Warmington Lane
Huntington Beach, CA
92649**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Date debt was incurred   **2018**        Last 4 digits of account number   **Attorney Fees $9400.00 Civil OCSC 30-2018-00986785.**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $241,913.65 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $241,913.65 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 2 of 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 8:21-bk-11710-ES   Doc 17   Filed 09/22/21   Entered 09/22/21 09:45:20   Desc
Main Document     Page 4 of 15

| Debtor 1 | **Jamie Lynn Gallian** | | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

[ ]   Name, Number, Street, City, State & Zip Code    On which line in Part 1 did you enter the creditor?   **2.2; 2.3**
      **Janine Jasso. Esq.**
      **16025 Warmington Lane**    Last 4 digits of account number  _____
      **Huntington Beach, CA 92649**

**J-Pad, LLC**                        On which line in Part 1 did you enter the creditor?   2.1
**21742 Anza Avenue**
**Torrance, CA 90503**               Last 4 digits of account number  _____

---

Official Form 106D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

001432                    EXHIBIT 31, PAGE 621

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION | | |
| Case number | **8:21-bk-11710-ES** | | |
| (if known) | | | |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number | 3936 | $32,361.00 | $32,361.00 | $0.00 |
| | Priority Creditor's Name | | | | | |
| | **Insolvency** | When was the debt incurred? | 2017-2018, 2019 | | | |
| | **PO BOX 7346** | | | | | |
| | **Philadelphia, PA 19101-7346** | | | | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify   **income tax**

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**
    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                                    Total claim

Debtor 1  **Jamie Lynn Gallian**                                             Case number (if known)   **8:21-bk-11710-ES**

| 4.1 | **Gordon, Reese, Scully & Mansukhani** | Last 4 digits of account number | **N/A** | Unknown |

Nonpriority Creditor's Name
**633 W. 5th St. Fl. 52**
**Los Angeles, CA 90071**
Number Street City State Zip Code

When was the debt incurred?   **2021**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☑ No
- ☐ Yes

☑ Other. Specify   **possible remittur amount owed as part of HOA Gables lawsuits.**

---

| 4.2 | **Houser Bros Co.** | Last 4 digits of account number | **N/A** | Unknown |

Nonpriority Creditor's Name
**dba Rancho Del Rey Mobilehome Est.**
**17610 Beach Blvd. Ste. 32**
**Huntington Beach, CA 92647**
Number Street City State Zip Code

When was the debt incurred?   **2020**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☑ No
- ☐ Yes

☑ Other. Specify   **possible space 376 rent; due to refusal to accept tendered rent payments by debtor. Checks returned to debtor by RDRMHE uncashed. since 11/1/2018. Pending Litigation.**

---

| 4.3 | **Huntington Beach Gables HOA** | Last 4 digits of account number | **3985** | **$413,000.00** |

Nonpriority Creditor's Name
**c/o Epstein, Grinnell & Howell, APC**
**10200 Willow Creek Rd. Ste. 100**
**San Diego, CA 92131**
Number Street City State Zip Code

When was the debt incurred?   **2017-2018**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☑ No
- ☐ Yes

☑ Other. Specify   **judgment for attorneys fees and costs owed to Gables HOA**

---

Debtor 1   **Jamie Lynn Gallian**                                    Case number (if known)   **8:21-bk-11710-ES**

| 4.4 | **Huntington Beach Gables HOA** | Last 4 digits of account number | **2999** | **$9,300.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Epstein, Grinnell & Howell, APC**          When was the debt incurred?   **2018**
**10200 Willow Creek Rd. Ste. 100**
**San Diego, CA 92131**
Number Street City Zip Code

**Who incurred the debt? Check one.**          As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only          ☐ Contingent
- ☐ Debtor 2 only          ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only          ☐ Disputed
- ☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
- ☐ Check if this claim is for a **community debt**          ☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**
- ■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes          ■ Other. Specify   **Attorneys fees in Anti-Slapp Motion**

---

| 4.5 | **James H. Casello** | Last 4 digits of account number | **N/A** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Casello & Lincoln**          When was the debt incurred?   **2019-2021**
**525 N. Cabrillo Park Dr. Ste. 104**
**Santa Ana, CA 92701**
Number Street City Zip Code

**Who incurred the debt? Check one.**          As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only          ☐ Contingent
- ☐ Debtor 2 only          ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only          ☐ Disputed
- ☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
- ☐ Check if this claim is for a **community debt**          ☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**
- ■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes          ■ Other. Specify   **legal services**

---

| 4.6 | **Nationwide Reconveyance, LLC** | Last 4 digits of account number | **3055** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Feldsott & Lee**          When was the debt incurred?   **2018**
**23161 Mill Creek Dr. Ste. 300**
**Laguna Hills, CA 92653**
Number Street City Zip Code

**Who incurred the debt? Check one.**          As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only          ☐ Contingent
- ☐ Debtor 2 only          ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only          ☐ Disputed
- ☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
- ☐ Check if this claim is for a **community debt**          ☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**
- ■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes          ■ Other. Specify   **possible debt owed in connection with Randall Nickel lawsuit**

---

Debtor 1   **Jamie Lynn Gallian**                                      Case number (if known)   **8:21-bk-11710-ES**

| 4.7 | **Huntington Beach Gables HOA** | Last 4 digits of account number | **3985** | **$5,000.00** |

Nonpriority Creditor's Name
**c/o Feldsott & Lee
23161 Mill Creek Dr. Ste. 300
Laguna Hills, CA 92653**

When was the debt incurred?   **2021**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **7/8/21 related to misc. debt collection case.**

---

| 4.8 | **Patricia Ryan and Lisa Ryan** | Last 4 digits of account number | **N/A** | **Unknown** |

Nonpriority Creditor's Name
**20949 Lassen St. #208
Chatsworth, CA 91311**

When was the debt incurred?   **2018**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Listed solely as a precaution. Sale of 2014 MH on Space 376**

---

| 4.9 | **Janine Jasso, Esq.** | Last 4 digits of account number | **8287** | **$13,229.24** |

Nonpriority Creditor's Name
**16025 Warmington Ln.
Huntington Beach, CA 92649**

When was the debt incurred?   **2018**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Atty fees $9400.00 OCSC 30-2018-00986785**

---

Official Form 106 E/F                  Schedule E/F: Creditors Who Have Unsecured Claims                  Page 4 of 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

EXHIBIT 31, PAGE 625

Debtor 1   **Jamie Lynn Gallian**                                     Case number (if known)   **8:21-bk-11710-ES**

---

| 4.10 | **Rancho Bernardo Condominium Mgt.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**dba Elite Community Mgt.**
**c/o Gordon, Rees, Scully**
**Mansukhani**
**5 Park Plaza Ste. 1100**
**Irvine, CA 92614**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number   **3055**                    Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Listed as precaution**

---

| 4.11 | **Randall Nickell** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**4476 Alderport Dr.**
**Huntington Beach, CA 92649**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number   **3055**                    Unknown

When was the debt incurred?   **2019**

As of the date you file, the claim is: Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Listed as a precaution for possible claims related to assignment of Ground leasehold rights, Sub Condominium Leasehold rights in Tract 10542, Lot 1&2, APN 178771-03; 4476 Alderport Dr. #53, Huntington Beach, CA**

---

| 4.12 | **Robert P. Warmington Co.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o BS Investors**
**18201 Von Karmen Ste. 450**
**Irvine, CA 92612**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number   **0376**                    Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Listed as precaution for possible claims; Lot 376 Tract 10542, Unit 4 APN 178-011-01**

---

Debtor 1   **Jamie Lynn Gallian**                                     Case number (if known)   **8:21-bk-11710-ES**

| 4.1 3 | **United Airlines** | Last 4 digits of account number | **0092** | **$9,600.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 0675**
**Carol Stream, IL 60132-0675**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **???**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Cobra payments**

---

| 4.1 4 | Huntington Mobile Home Investments, LLC | Last 4 digits of account number | | **$450,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
16400 Saybrook
Huntington Beach, CA 92649
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Listed solely as precaution; Potential previous MH Conversion without Notice to resident owners.

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **BS Investors ; Robert P. Warmington**
**c/o Gorden May**
**Grant, Genovese & Baratta**
**2030 Main St. Ste. 1600**
**Irvine, CA 92614** | Line **4.12** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims   ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number   **N/A** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Janine Jasso, Esq.**
**16025 Warmington Lane**
**Huntington Beach, CA 92649** | Line **4.3** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims   ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number   **2999** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Huntington Mobile Home Investments, LLC**
**16400 Saybrook Lane**
**Huntington Beach, CA 92649** | Line **4.14** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims   ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

Debtor 1  **Jamie Lynn Gallian**                                    Case number (if known)   **8:21-bk-11710-ES**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Jennifer Paulin**<br>**4446 Alderport Dr.**<br>**Huntington Beach, CA 92649** | Line **4.3** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | |
| **Lee Gragnano**<br>**16062 Warmington Ave.**<br>**Huntington Beach, CA 92649** | Line **4.3** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **3985** | |
| **Lindy Beck**<br>**4443 Chase Dr.**<br>**Huntington Beach, CA 92649** | Line **4.3** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **3985** | |
| **Lori Burrett**<br>**16107 Warmington Lane**<br>**Huntington Beach, CA 92649** | Line **4.3** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **3985** | |
| **Randell Nickel**<br>**c/o Mark Mellor, Esq.**<br>**6800 Indiana Ave. Ste. 220**<br>**Riverside, CA 92506** | Line **4.11** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **3055** | |
| **Ted Phillips**<br>**17162 Sandra Lee**<br>**Huntington Beach, CA 92649** | Line **4.3** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **3985** | |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 32,361.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 32,361.00 |

|  |  |  |  | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 900,129.24 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 900,129.24 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**001439**                                    EXHIBIT 31, PAGE 628

Case 8:21-bk-11710-ES   Doc 17   Filed 09/22/21   Entered 09/22/21 09:45:20   Desc
Main Document   Page 12 of 15

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jamie Lynn Gallian**<br>**16222 Monterey Lane #376**<br>**Huntington Beach, CA 92649**<br>**(714) 321-3449**<br>**jamiegallian@gmail.com** | |

☐ *Attorney for Debtor*
■ *Debtor appearing without an attorney*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION**

| In re:<br><br>        **Jamie Lynn Gallian**<br><br><br><br><br><br><br><br>                                    Debtor(s). | CASE NO.: **8:21-bk-11710-ES**<br>CHAPTER: **7**<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __**3**__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___*9/21/2021*___ 

Signature of Debtor 1 *Jamie Lynn Gallian*

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                              **F 1007-1.MAILING.LIST.VERIFICATION**

001440                    EXHIBIT 31, PAGE 629

```
BS Investors
Robert P. Warmington Co
c/o Gorden May
Grant, Genovese & Baratta
2030 Main St. Ste. 1600
Irvine, CA 92614

Houser Brothers Co.
dba Rancho Del Rey Mobilehome Est.
17610 Beach Blvd. Ste. 32
Huntington Beach, CA 92647

Huntington Beach Gables HOA
c/o Feldsott & Lee
23161 Mill Creek Dr. Ste. 300 Laguna
Hills, CA 92653

Huntington Mobile Home Investments
16400 Saybrook Lane
Huntington Beach, CA 92649

Hyundai Capital America
PO BOX 269011
Plano, TX 75026

Internal Revenue Service Insolvency
PO BOX 7346
Philadelphia, PA 19101-7346

J-Pad, LLC
21742 Anza Avenue
Torrance, CA 90503

Janine Jasso
16025 Warmington Lane
Huntington Beach, CA 92649

Jennifer Paulin
4446 Alderport Dr.
Huntington Beach, CA 92649
```

001441                    EXHIBIT 31, PAGE 630

Lee Gragnano
16062 Warmington Ave.
Huntington Beach, CA 92649

Lindy Beck
4443 Chase Dr.
Huntington Beach, CA 92649

Lori Burrett
16107 Warmington Lane
Huntington Beach, CA 92649

Randell Nickel
c/o Mark Mellor, Esq. Ste. 220 6800
Indiana Ave.
Riverside, CA 92506

Robert P. Warmington Co.
c/o BS Investors
18201 Von Karmen Ste. 450
Irvine, CA 92612

Sandra L. Bradley
18 Meadowwood
Coto De Caza, CA 92649

Ted Phillips
17162 Sandra Lee
Huntington Beach, CA 92649

EXHIBIT 31, PAGE 631

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**5401 Skylab  Huntington Beach, CA 92647**
A true and correct copy of the foregoing document entitled (*specify*):   **Summary of Amended Schedules, Master
Mailing List, and or Statements**   will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
8-20-2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Jeffrey I Golden (TR)**   lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
**Mark A Mellor**   mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
**D. Edward Hays**  ehays@marshackhays.com
**Valerie Smith**   claims@recoverycorp.com
**United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
**Jamie Lynn Gallian**  jamiegallian@gmail.com

☐ Service information continued on attached
page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known
addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| **9/21/2021** | **Robert McLelland** | *[signature]* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

EXHIBIT 32

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **JAMIE LYNN GALLIAN**<br>**16222 Monterey Lane Spc. 376**<br>**Huntington Beach, CA 92649**<br>**(714) 321-3449**<br>**jamiegallian@gmail.com** | |
| ☒ *Individual appearing without attorney*<br>☐ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION**

| In re:<br><br>         **Jamie Lynn Gallian**<br><br><br><br><br><br><br>                              Debtor(s) | CASE NO.: **8:21-bk-11710-ES**<br><br>CHAPTER: **7**<br><br>**Second Amended**<br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website. www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B        ☑ Schedule C        ☐ Schedule D        ☐ Schedule E/F        ☑ Schedule G

☑ Schedule H        ☑ Schedule I        ☐ Schedule J        ☐ Schedule J-2        ☑ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)        ☑ Statement of Intentions        ☐ Master Mailing List

☑ Other (*specify*)    **Statement of Related Cases LBR Form 1015-2 ; Form 122-A Statement of Current Income and Expenses**

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    ___10/14/2021___                    _____ Jamie L Gallian _____
                                                            **Jamie Lynn Gallian**
                                                            Debtor 1 Signature

                                                            _____
                                                            Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                              Page 1                          F 1007-1.1.AMENDED.SUMMARY

       EXHIBIT 32, PAGE 633

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **5801 Skylab Drive Huntington Beach, CA 92647**

**Email: bobwentflying@yahoo.com.**                                     Second Amended

A true and correct copy of the foregoing document entitled (*specify*): __**Summary of Amended Schedules, Master Mailing List and or Statements**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 10-14-2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Jeffrey I Golden (TR)**    lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
**Mark A Mellor**    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
**Valerie Smith**    claims@recoverycorp.com
**United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached
page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/14/202 | **Robert McLelland** | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                       Page 2                          **F 1007-1.1.AMENDED.SUMMARY**

**Fill in this information to identify your case and this filing:**

| Debtor 1 | Jamie Lynn Gallian | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number   **8:21-bk-11710-ES**

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

**APN 178-011-16, Tract 10542, Unit 4, Lot 376**

| 1.1 | | | | What is the property? Check all that apply | | |
|---|---|---|---|---|---|---|
| **16222 Monterey Ln #376** | | | | ☒ Single-family home | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Street address, if available, or other description | | | | ☐ Duplex or multi-unit building | | |
| | | | | ☐ Condominium or cooperative | | |
| | | | | ■ Manufactured or mobile home | | |
| | | | | ☐ Land | Current value of the entire property? | Current value of the portion you own? |
| **Huntington Beach  CA   92649-0000** | | | | ☐ Investment property | $275,000.00 | $275,000.00 |
| City | State | ZIP Code | | ☐ Timeshare | | |
| | | | | ☐ Other | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. | |
| | | | | Who has an interest in the property? Check one | **Fee simple** | |
| **Orange** | | | | ■ Debtor 1 only | | |
| County | | | | ☐ Debtor 2 only | | |
| | | | | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property (see instructions) | |
| | | | | ☐ At least one of the debtors and another | | |

Other information you wish to add about this item, such as local property identification number: APN 891.569.62

Title/Registration through HCD; LBM 1081 to Debtor.

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................................=>

**$275,000.00**

**Part 2:   Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | Jamie Lynn Gallian | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | Make: **Kia** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

| | Model: **Sportage** | ■ Debtor 1 only | |
| | Year: **2020** | ☐ Debtor 2 only | |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | | |
| | **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)** | ☐ Check if this is community property (see instructions) | **$0.00** | **$0.00** |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................................=>   **$0.00**

**Part 3:   Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
Example          Major appliances, W/D, Refrigerator, living furniture, linens, china, kitchenware, beds, Sofa, chairs, dressers, coffee table, end table, Stools, dining table, hutch, side table, curio cabinet, wall unit, desk.

☐ No          **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**          **$3,500.00**

■ Yes. Describe.....

| Waterford crystal set red & white wine glasses | **$1,000.00** |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

■ Yes. Describe
☐ No..          **Wall television, computer, printer, and peripherals**
          **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**          **$1,500.00**

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ Yes. Describe          **Lladro figurine boy dog collection (20)**
☐ No.          **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**          **$1,950.00**

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes. Describe.....

| Official Form 106A/B | Schedule A/B: Property | page 2 |
|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC – www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe..... Misc. clothing, winter jackets, purses, blouses, pants, dresses, uniforms, shoes, boots, tennis shoes, sandals, heels, work shoes
Location: 16222 Monterey Ln #376, Huntington Beach CA 92649

$1,000.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

■ Yes. Describe
☐ No.....

Movado wrist watch (20 yrs old.), costume jewelry, misc non-gold chains, bracelets and earrings.
Location: 16222 Monterey Ln #376, Huntington Beach CA 92649

$1,000.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

■ Yes. Describe
☐ No..

5-year old Wired Terrier Dog
Location: 16222 Monterey Ln #376, Huntington Beach CA 92649

$25.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .............................

$9.975.00

**Part 4:** **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No
☐ Yes..............

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes.................17.1

| | Institution name: | |
| 17.1 | **EDD Debit Card** | **Bank of America** | $3,793.00 |
| 17.2. | **Checking and Savings** | **Alliant Credit Union Covid Relief Funds** | $1,407.00 |
| 17.3 | **Savings** | **Alliant Credit Union Covid Relief Funds** | $ 2,600.00. |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes.

Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes   Give specific information about them..................

Percentage of Ownership

Name of entity:

**J-Sandcastle Co., LLC** - Entity is debtor's single member LLC.
Note payable in the approximate amount of $ 225,000.00, dated 11/16/2018, secured by UCC-1, perfected 1/14/2019.
Entity currently has a bank account $16,000, holding funds from tendered, Lot 376, Tract 10542,Unit 4, rent checks payable to RDRMHE; Ground Space #376 for 2014 Skyline manufactured home, LBM1081. RDRMHE refused to countersign Ground Space Agreement with Applicant.  According to RDRMHE, park rules forbid home to be held in name other than individual.
However, RDRMHE allows registration held in the name of a Trust.

100 %

< $209,000.00 >

Official Form 106A/B              Schedule A/B: Property

page 3