

FILED
CLERK, U.S. DISTRICT COURT

8/16/2023

CENTRAL DISTRICT OF CALIFORNIA
BY:        DTA        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA    PART 2

| | |
|---|---|
| In re:<br>JAMIE LYNN GALLIAN,<br><br>        Debtor(s) | **District Court Case No.:** 8:23-cv-00961-WLH<br><br>Bankruptcy Court Case No.<br>8:23-bk-11710-SC<br>Adversary No.:   8:21-ap-01097-SC<br><br>Chapter   7 |
| JAMIE LYNN GALLIAN<br><br>        Appellant/Debtor<br><br>vs.<br>HOUSER BROS. CO. dba RANCHO DEL REY<br>MOBILE HOME ESTATES,<br><br>        Appellee/Plaintiff | **USBC TRIAL EXHIBIT REGISTER**<br><br>USBC Hearing Date: April 26, 2023<br><br>USBS Hearing Time:    9:30 a.m.<br><br>USBS Hearing Place: 5C<br>411 W. Fourth Street<br>Santa Ana, CA 92701 |

## LIST OF EXHIBITS (*NUMBERED, TAGGED AND A BRIEF DESCRIPTION OF EXHIBIT)

| | |
|---|---|
| 1. | Gables Judgment in the amount of $316,583.59 in favor of the Gables entered 05/06/2019 |
| 2. | Ryan Complaint filed 08/21/2018, OCSC Case No. 30-2018-01013582-CL-UD-CJC |
| 3. | Stipulated Judgment filed 10/18/2018, in the Ryan State Court Action |
| 4. | Ryan Release Form - releasing title of property to J-Sandcastle Co. as of 11/01/2018 |
| 5. | Ryan Notice of Sale or Transfer - transfer date 11/01/2018 |
| 6. | Application for Residency |
| 7. | Denial Letter from Rancho Del Rey to Jamie Gallian |
| 8. | Complaint in the BS Investors Action filed 10/17/2018 , OCSC Case No. 30-2018-01024401 |
| 9. | Docket in BS Investors Action |
| 10. | Security Agreement and Note between Jamie Gallian and J-Sandcastle |

*  **EXHIBITS OF PLAINTIFF/MOVANT(S) SHALL BE MARKED WITH NUMBERS.**
   **EXHIBITS OF DEFENDANT/RESPONDENT(S) SHALL BE MARKED WITH LETTERS.**

**Revised 12/12**

**LIST OF EXHIBITS (\*NUMBERED, TAGGED AND A BRIEF DESCRIPTION OF EXHIBIT)**

## PLAINTIFF'S TRIAL EXHIBITS

| | |
|---|---|
| 11. | Notice to Quit December 2018 |
| 12. | OCSC Complaint filed 01/02/2019, OCSC Case No. 30-2019-01041423-CL-UD-CJC |
| 13. | Docket in OCSC Action |
| 14. | 01/14/2019 UCC Financing Statement - Doc. No. 76027030002 filed against JSC |
| 15. | 01/14/2019 UCC Financing Statement - Doc. No. 76027040002 filed against JSC |
| 16. | A January 14, 2019, UCC Financing Statement that Debtor filed against JSC, Document No. 76027940003 |
| 17. | January 14, 2019, UCC Financing Statement that Debtor filed against Craig Houser and Kathryn Curtiss, Document No. 7602794004. |
| 18. | January 18, 2019, California Department of Housing and Community Development ("HCD") "Title Search" regarding the Property |
| 19. | July 23, 2020, HCD "Title Search" regarding the Property |
| 20. | June 7, 2021, HCD "Title Search" regarding the Property |
| 21. | August 10, 2021, HCD "Title Search" regarding the Property |
| 22. | September 21, 2021, HCD "Title Search" regarding the Property |
| 23. | HCD "Correspondence" with Transaction Date November 20, 2018, regarding the Property |
| 24. | HCD "R/O Transfer – Private Sale" with Transaction Date November 16, 2018, regarding the Property |
| 25. | HCD "L/O Assignment" with Transaction Date February 1, 2021, regarding the Property. |

\*   **EXHIBITS OF PLAINTIFF/MOVANT(S) SHALL BE MARKED WITH NUMBERS.**
**EXHIBITS OF DEFENDANT/RESPONDENT(S) SHALL BE MARKED WITH LETTERS.**
Revised 12/12

000778

| 26. | HCD "R/O Transfer – No Sale" with Transaction Date July 14, 2021, regarding the Property |
| 27. | HCD "L/O Addition" with Transaction Date August 10, 2021, regarding the Property. |
| 28. | Debtor's Petition and Original Schedules (including Statement of Financial Affairs), filed on July 9, 2021, as BK Docket No. 1 |
| 29. | Debtor's amended schedules filed on September 7, 2021, as BK Docket No. 15 |
| 30. | Debtor's amended schedules filed on September 22, 2021, as BK Docket No. 16 |
| 31. | Debtor's amended schedules filed on September 22, 2021, as BK Docket No. 17 |
| 32. | Debtor's amended schedules filed on October 14, 2021, as BK Docket No. 22 |
| 33. | Debtor's amended schedules filed on November 16, 2021, as BK Docket No. 37 |
| 34. | Debtor's amended schedules filed on November 22, 2021, as BK Docket No. 38 |
| 35. | Debtor's amended schedules filed on November 23, 2021, as BK Docket No. 39 |
| 36. | Debtor's amended schedules filed on December 1, 2021, as BK Docket No. 42 |
| 37. | Debtor's amended schedules filed on March 11, 2022, as BK Docket No. 72 |
| 38. | Debtor's amended schedules filed on March 15, 2022, as BK Docket No. 75 |
| 39. | The Exemption Motion filed May 12, 2022, as BK Docket No. 95 |
| 40. | The Exemption Opposition filed June 1, 2022, as BK Docket 105 |
| 41. | The Exemption Reply filed July 7, 2022, as Bk Docket 130-133 |
| 42. | "Declaration of Greg Buysman Re: Motion Objecting to Debtor's Claimed Homestead Exemption," filed on July 7, 2022, as BK Docket No. 132 |
| 43. | The Employment Application filed July 28, 2022, as BK Docket No. 162 |
| 44. | The Exemption Order filed August 5, 2022, as BK Docket 177 |
| 45. | The Complaint filed October 22, 2021, as AP Docket No. 3 |
| 46. | The Answer filed October 28, 2021, as AP Docket No. 6 |

\*   **EXHIBITS OF PLAINTIFF/MOVANT(S) SHALL BE MARKED WITH NUMBERS.**
**EXHIBITS OF DEFENDANT/RESPONDENT(S) SHALL BE MARKED WITH LETTERS.**

000779

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | 8:21-bk-11710-ES |
|---|---|---|---|---|

J-Pad, LLC - Entity is a manager-managed LLC.
Debtor has _____ interest in LLC; J-Pad, LLC holds COT perfected with HCD.
Holder of UCC-1, perfected 1/14/2019, secured Note receivable $225,000.00.
($175,000 & $88,000.00 Less note $225.000.00 = $38,000.00. Promissory Note
~~payable to Ron Pierpont; Robert McLelland vs equity in LLC + protection.~~

70 %

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
                        Type of account:              Institution name:

| | 401k | Fidelity 401k | | $7,400.00 |
|---|---|---|---|---|

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ...................                    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

**Money or property owed to you?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No

Official Form 106A/B                    Schedule A/B: Property                    page 4

| Debtor 1 | Jamie Lynn Gallian | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|

☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

☐ Yes. Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No

☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ Yes...    Probate Estate Charles James Bradley Jr. DOD 6-18-2000.Case No.30-2017-00915711.    unknown
☐ No..    Uncertain what, if any, proceeds will pass to debtor. Will placed in paper shredder by
   Administrator Sandra Bradley, decedent's widow. Witnessed first hand by decedent's
   brother & wife, David Bradley and Diane Goetz.

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**    est.    $ 100,000.00
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ Yes. Describe each claim......... Potential claim for <u>wrongful termination claim against employer, United Airlines</u> under Railroad Labor Act.
☐ No..    Potential claim against Association of Flight Attendants-MEC for failure to arbitrate employee's claim with CO.

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No

■ Yes. Describe each claim.........

| 34.1 | Personal injury claim against Huntington Beach Gables Homeowner's Association and Jesus Jasso Jr.; DOI: 8/5/2018; Case No.: 30-2020-01153679 | est. | $75,000.00 |
|---|---|---|---|
| 34.2 | Potential Claim against Houser Bros Co dba Rancho Del Rey MHE for violation(s) of MRL §798, et seq multiple acts of retaliation, discrimination, trespassing, unlawful entry, forcible detainer, wrongful eviction, failure to timely pursue frivilous Unlawful detainer, forcible Detainer Action filed 1/2/19. against bona fide purchaser for value 11/1/2018.    Potential Attorney fee award. | | $ 75,,000.00 |
| 34.3 | Possible rights to reversionary interest in unexpired 80 yr Ground Leasehold, Tract 10542, Lot 1 & 2, and Subcondominium Leasehold Unit 53. | | unknown |
| 34.4 | Potential Victim Restitution Order in favor debtor for economic losses injury sustained from PC §242, 8/5/2018, against Jesus Jasso Jr,; OCDAfiled Case No. 19WM09951, June 25, 2019 | est. | $73,000.00 |

**35. Any financial assets you did not already list**

■ Yes. Give specific information..    possible COVID-19 rent relief from State of California    est.    $ 27,000.00
☐ No.    (applied for, but not yet approved). Not property of the estate.

**36. Add the dollar value of all of your interest from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................................**    $ 350,000.00

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes. Go to line 38.

| Debtor 1 | Jamie Lynn Gallian | | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|---|

---

**Part 6** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................... | $0.00 |

**Part 8:** **List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. Part 1: Total real estate, line 2 .................................................................................................... | | | $275,000.00 |
| 56. Part 2: Total vehicles, line 5 | $ 0.00 | | |
| 57. Part 3: Total personal and household items, line 15 | $ 9,975.00 | | |
| 58. Part 4: Total financial assets, line 36 | $ 350,000.00 | | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. Part 7: Total other property not listed, line 54 + | $0.00 | | |
| 62. **Total personal property.** Add lines 56 through 61... | $ 359,975.00 | Copy personal property total | $359,975.00 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | $ 634,975.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| **Debtor 1** | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| **Debtor 2** | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION | |
| Case number (if known) | **8:21-bk-11710-ES** | | |

■ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649  Orange County** APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2". Line from *Schedule A/B*: 1.1 | $235,000.00 | ■ $600,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **Misc. household goods and furnishings** Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 Line from *Schedule A/B*: 6.1 | $3,500.00 | ■ $3,500.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **waterford crystal set red and white wine glasses** Line from *Schedule A/B*: 6.2 | $1,000.00 | ■ $1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |

Official Form 106C                  Schedule C: The Property You Claim as Exempt

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

EXHIBIT 32, PAGE 641

Debtor 1 **Jamie Lynn Gallian**     Case number (if known)   **8:21-bk-11710-ES**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wall television, computer, printer and peripherals**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■          $500.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Lladro figurine collection (20)**<br>Line from *Schedule A/B*: **8.1** | $1,900.00 | ■        $1,900.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Misc. clothing**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■        $1,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■        $1,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **5-year old Wired Terrier Dog**<br>Line from *Schedule A/B*: **13.1** | $25.00 | ■          $25.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **EDD Debit account: Bank of America**<br>Line from *Schedule A/B*: **17.1** | $3,793.00 | ■        $3,793.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.2** | $1,407.00 | ■        $1,407.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.3** | $2,600.00 | ■         $381.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.3** | $2,600.00 | ■        $2,219.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.1** | $7,400.00 | ■        $7,400.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

001454     EXHIBIT 32, PAGE 642

Debtor 1   **Jamie Lynn Gallian**                                                    Case number (if known)   **8:21-bk-11710-ES**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.1** | $7,400.00 | ■          $7,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr.  Case No. 30-2020-01153679.  Estimated damages $195,000.**<br>Line from *Schedule A/B*: **34.4** | Unknown | ■      $195,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |
| **Potential Victim Restitution Order against Jesus Jasso, Jr.  OCDA 19WM09951.**<br>**Estimated damages $70,000.**<br><br>Line from *Schedule A/B*: **35.2** | Unknown | 📄     $70,000.00<br>100% of fair market value, up to any applicable statutory limit | **C.C.P. §704.140** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

  ☐  No

  ■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

     ☐ '   No

     ■   Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number   **8:21-bk-11710-ES**
(if known)

☒ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|
| **2.1   Houser Bros. Co.** | Describe the property that secures the claim: | $0.00 | $275,000.00 | $0.00 |

Creditor's Name
**DBA Rancho Del Rey
Estates
16222 Monterey Ln.
Huntington Beach,
CA 92649**

Number, Street, City, State & Zip Code

**16222 Monterey Ln #376 Huntington
Beach, CA 92649  Orange County,
LBM1081 HCD Title held by Debtor**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   Ground Lease,  Lot 376, Tract 10542, Unit 4 located APN 178-011-01

Date debt was incurred _____    Last 4 digits of account number _____

Debtor 1  **Jamie Lynn Gallian**

First Name          Middle Name          Last Name

Case number (if known)     **8:21-bk-11710-ES**

---

| 2.2 | **J-Pad, LLC; Steven & Brian Gallian** | Describe the property that secures the claim: | $225,,000.00 | $275,000.00 | $ 00.00 |

Creditor's Name

16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County LBM1081 HCD Title held by Debtor

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only

☑ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

☑ Other (including a right to offset)  **UCC-1**   Certificate of Title Legal Owner recorded with HCD. UCC-1 perfected 1/14/2019

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.3 | **Hyundai Capital America** | Describe the property that secures the claim: | $4,186.00 | $0.00 | $4,186.00 |

Creditor's Name

2020 Kia Sportage Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)

P.O. Box 269011
Plano, TX 75026

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

☑ Other (including a right to offset)  **Auto Lease**

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.4 | **Orange County Tax Assessor** | Describe the property that secures the claim: | $0.00 | $275,000.00 | $0.00 |

Creditor's Name

16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County Title held by Debtor's single member LLC - J-Sandcastle Co, LLC

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☑ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

☑ Other (including a right to offset)  **Property Taxes**

Date debt was incurred _____    Last 4 digits of account number _____

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

001457     EXHIBIT 32, PAGE 645

Debtor 1   **Jamie Lynn Gallian**                                        Case number (if known)   **8:21-bk-11710-ES**
   First Name      Middle Name         Last Name

| 2.5 | **The Huntington Beach Gables** | **Describe the property that secures the claim:** | $319,653.59 | $275,000.00 | $319,653.59 |
|---|---|---|---|---|---|

Creditor's Name
**Homeowners
Association
c/o Epsten Grinnell &
Howell, APC
10200 Willow Creek
Road, Ste 100
San Diego, CA 92131**

**16222 Monterey Ln #376 Huntington
Beach, CA 92649  Orange County ;
LBM1081; 2014 Skyline Manufactured
Home APN 891-569-62**
As of the date you file, the claim is: Check all that apply.
☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☒ Other (including a right to offset)   5/16/2019   Abstract Judgment 2019 165259

Date debt was incurred   **5/16/2019**      Last 4 digits of account number   **OCSC**   **30-2017-00913985**

| 2.6 | **Huntington Beach Gables Homeowners** | **Describe the property that secures the claim:** | $319,653.59 | $275,000.00 | $319,653.59 |
|---|---|---|---|---|---|

Creditor's Name
**Association
c/o Epsten Grinnell &
Howell, APC
10200 Willow Creek
Road, Ste 100
San Diego, CA 92131**

**16222 Monterey Ln #376 Huntington
Beach, CA 92649  Orange County; LBM
1081; 2014 Skyline Manufactured Home**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated

Number, Street, City, State & Zip Code

☐ Disputed
**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☒ Other (including a right to offset)   Abstract Judgment 201900166068

Date debt was incurred   **05/16/2019**      Last 4 digits of account number   **OCSC**   **30-2017-00913985**

Official Form 106D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page 3 of 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.7 | **The Huntington Beach Gables Homeowners** | Describe the property that secures the claim: | $3,070.00 | $275,000.00 | $3,070.00 |
|---|---|---|---|---|---|

Creditor's Name

**Association c/o Epsten Grinnell & Howell, APC 10200 Willow Creek Road, Ste 100 San Diego, CA 92131**

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County ; LBM1081; 2014 Skyline Manufactured Home APN 891-569-62**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only

☐ Debtor 2 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

■ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

☒ Other (including a right to offset)      **11/19/2018      Abstract Judgment 2018435011**

Date debt was incurred   **11/19/2018**      Last 4 digits of account number   **OCSC      30-2017-00913985**

| 2.8 | **Huntington Beach Gables Homeowners** | Describe the property that secures the claim: | $9,265.00 | $275,000.00 | $9,265.00 |
|---|---|---|---|---|---|

Creditor's Name

**Association c/o Epsten Grinnell & Howell, APC 10200 Willow Creek Road, Ste 100 San Diego, CA 92131**

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County;      LBM 1081; 2014 Skyline Manufactured Home; APN 891-569-62**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

Number, Street, City, State & Zip Code

☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ An agreement you made (such as mortgage or secured car loan)

■ Debtor 1 only

☐ Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

☒ Other (including a right to offset)      **Abstract Judgment 2019148568**

Date debt was incurred   **05/03/2019**      Last 4 digits of account number   **OCSC      30-2017-00962999**

001459      EXHIBIT 32, PAGE 647

Debtor 1  **Jamie Lynn Gallian**
_____   Case number (if known)   **8:21-bk-11710-ES**
First Name       Middle Name              Last Name

| 2.9 | **Janine Basso, ESQ** | Describe the property that secures the claim: | $13,229.24 | $275,000.00 | $13,229.24 |
|---|---|---|---|---|---|

Creditor's Name

**16222 Monterey Ln #376 Huntington
Beach, CA 92649  Orange County ;
LBM1081; 2014 Skyline Manufactured
Home APN 891-569-62**

**16025 Warmington Lane
Huntinton Beach, CA
92649**

As of the date you file, the claim is: Check all that apply.
☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

☒ Other (including a right to offset)  **11/19/2018   Abstract Judgment 2021000348287**

Date debt was incurred  **5/27/2021**     Last 4 digits of account number   **OCSC**   **30-2018-00986785**

---

| 2.10 | **People of the ST of CA** | Describe the property that secures the claim: | $13,229.24 | $275,000.00 | $13,229.24 |
|---|---|---|---|---|---|

**16222 Monterey Ln #376 Huntington Beach,
CA 92649  Orange County;
LBM 1081; 2014 Skyline Manufactured
Home; APN 891-569-62**

Creditor's Name

**8141 13th Street
Westminister, CA
92683**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated  **On Appeal 30-2021-01189657**
☐ Disputed

Number, Street, City, State & Zip Code

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.

☐ An agreement you made (such as mortgage or secured car loan)

■ Debtor 1 only
☐ Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

☒ Other (including a right to offset)   **Abstract Judgment 2021000348287**

Date debt was incurred  **5/27/2021**     Last 4 digits of account number   **OCSC**   **18WM05278**

---

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

page 5 of *8*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | 8:21-bk-11710-ES |
|---|---|---|---|---|
| | First Name Middle Name | Last Name | | |

| 2.11 | Janine Basso, ESQ | Describe the property that secures the claim: | $ 53,684.41 | $275,000.00 | $53,684.41 |
|---|---|---|---|---|---|

Creditor's Name

**16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County ; LBM1081; 2014 Skyline Manufactured Home APN 891-569-62**

**16025 Warmington Lane**
**Huntinton Beach, CA**
**92649**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated
☒ Disputed

**Nature of lien.** Check all that apply.

Who owes the debt? Check one.

☐ An agreement you made (such as mortgage or secured car loan)

■ Debtor 1 only
☐ Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

☒ Other (including a right to offset) **12/14/2018 Abstract Judgment 2018000467142**

Date debt was incurred **7/23/2020**

Last 4 digits of account number **OCSC 30-2017-00913985**

---

| 2.12 | **Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | $46,138.00 | $275,000.00 | $46,138.00 |
|---|---|---|---|---|---|

Creditor's Name

**16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County; LBM 1081; 2014 Skyline Manufactured Home; APN 891-569-62**

**c/o Epsten Grinnell &**
**Howell, APC**
**10200 Willow Creek**
**Road, Ste 100**
**San Diego, CA 92131**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated

Number, Street, City, State & Zip Code

☐ Disputed

**Nature of lien.** Check all that apply.

Who owes the debt? Check one.

☐ An agreement you made (such as mortgage or secured car loan)

■ Debtor 1 only
☐ Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Judgment lien from a lawsuit

☐ Check if this claim relates to a community debt

☒ Other (including a right to offset) **12/14/2018 Abstract Judgment 2018000467142**

Date debt was incurred **12/14/2018**

Last 4 digits of account number **OCSC 30-2017-00913985**

001461 EXHIBIT 32, PAGE 649

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| 2.7 | The Huntington Beach Gables | Describe the property that secures the claim: | $46,138.00 | $275,000.00 | $46,138.00 |
|---|---|---|---|---|---|

Creditor's Name

Homeowners Association
Gordon, Rees,
Mansukhani
633 W 5th Street, 52nd
Floor
Los Angeles, CA 90071

16222 Monterey Ln #376 Huntington
Beach, CA 92649  Orange County;
2014 Skyline Manufactured Home
LBM 1081

As of the date you file, the claim is: Check all that apply.

☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Abstract of Judgement  2018000467142**

Date debt was incurred **12/14/2018**    Last 4 digits of account number    **30-2017-00913985**

Add the dollar value of your entries in Column A on this page. Write that number here:    $604,242.59

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:    $ 604,242.59

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| Debtor 1 | Jamie Lynn Gallian | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number  8:21-bk-11710-ES
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ■ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Internal Revenue Service** | Last 4 digits of account number **3936** | $3,361.00 | $3,361.00 | $0.00 |

Priority Creditor's Name
**Insolvency**  When was the debt incurred?  **2018**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

Who incurred the debt? Check one.   As of the date you file, the claim is: Check all that apply
■ Debtor 1 only          ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another   **Type of PRIORITY unsecured claim:**
☐ Check if this claim is for a community debt   ☐ Domestic support obligations
Is the claim subject to offset?   ■ Taxes and certain other debts you owe the government
■ No          ☐ Claims for death or personal injury while you were intoxicated
☐ Yes         ☐ Other. Specify **income tax**

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Case 8:21-bk-11710-ES   Doc 22   Filed 10/14/21   Entered 10/14/21 17:12:48   Desc
Main Document      Page 20 of 31

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |

| 4.1 | **Gordon, Reese, Scully & Mansukhani** | Last 4 digits of account number | **3985** | **$35,000.00** |

Nonpriority Creditor's Name
**633 W. 5th St.  52nd FL**
**Los Angeles, CA 90071**
Number Street City State Zip Code

When was the debt incurred?    **2021**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

□ Yes

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **possible remittur amount owed as part of HOA lawsuits.**

| 4.2 | **Houser Bros Co.** | Last 4 digits of account number | **376** | **$35,000.00** |

Nonpriority Creditor's Name
**dba Rancho Del Rey Mobilehome Estates**
**16222 Monterey Ln.**
**Huntington Beach, CA 92647**
Number Street City State Zip Code

When was the debt incurred?    **2021**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

□ Yes

□ Contingent
□ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **possible past due space 376, rent owed due to RDRMHE refusal to accept tendered space 376 rent payments; RDRMHE refusal to countersign Lease Assignment Space 376, after purchase of 2014 manufactured home.**

| 4.3 | **Huntington Beach Gables HOA** | Last 4 digits of account number | **3985** | **$413,000.00** |

Nonpriority Creditor's Name
**c/o Epstein, Grinnell & Howell, APC**
**10200 Willow Creek Rd. Ste. 100**
**San Diego, CA 92131**
Number Street City State Zip Code

When was the debt incurred?    **2018**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

□ Yes

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Judgment for attorneys fees and costs owed to Huntington Beach Gables HOA**

001464    EXHIBIT 32, PAGE 652

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |

| | | | | |
|---|---|---|---|---|
| **4.4** | **Huntington Beach Gables HOA** | Last 4 digits of account number | 962999 | **$9,300.00** |

Nonpriority Creditor's Name
c/o Epstein, Grinnell & Howell, APC
10200 Willow Creek Rd. Ste. 100
San Diego, CA 92131
Number Street City State Zip Code

When was the debt incurred?   **2019**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community
debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

**Attorneys fee award for Anti-Slapp MOT**
☑ Other. Specify

---

| | | | | |
|---|---|---|---|---|
| **4.5** | **Huntington Beach Gables HOA** | Last 4 digits of account number | 913985 | **$3070.00** |

Nonpriority Creditor's Name
c/o Epstein, Grinnell & Howell, APC
10200 Willow Creek Rd. Ste. 100
San Diego, CA 92131
Number Street City State Zip Code

When was the debt incurred?   **2018**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community
debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify **HOA Attorney Fee award 9/27/2018**

---

| | | | | |
|---|---|---|---|---|
| **4.6** | **James H. Casello** | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name
**Casello & Lincoln**
525 N. Cabrillo Park Dr. Ste.
104 Santa Ana, CA 92701
Number Street City State Zip Code

When was the debt incurred?   **2019-2021**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community
debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

**debt owed in connection with legal services for**
☑ Other. Specify **Houser Bros Co dba Rancho Del Rey UD lawsuit;**

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

001465      EXHIBIT 32, PAGE 653

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |

| 4.7 | **Huntington Beach Gables HOA** | Last 4 digits of account number | **3985** | **$5,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
c/o Feldsott & Lee
23161 Mill Creek Dr. Ste. 300
Laguna Hills, CA 92653
Number Street City State Zip Code

When was the debt incurred? **2021**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

□ Yes

□ Contingent

□ Unliquidated

□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **related to misc. debtor examination 7/8/21 in HB Gables HOA collection case(s).**

| 4.8 | **Patricia Ryan and Lisa Ryan** | Last 4 digits of account number | **N/A** | **$8750.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
20949 Lassen St. #208
Chatsworth, CA 91311
Number Street City State Zip Code

When was the debt incurred? **2018**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

□ Yes

□ Contingent

□ Unliquidated

□ Disputed

Type of NONPRIORITY unsecured claim:

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Listed solely as a precaution; possible reimbursement owed due to failure of mobilehome park owner to prior owner of home purchased by debtor.**

| 4.9 | **People of State of California**
**Janine Jasso, Esq.** | Last 4 digits of account number | | **$13,229.24** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**West Justice Center**
8141 13th St.
**Westminster, CA 92683**
Number Street City State Zip Code

When was the debt incurred? **2018**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

□ Yes

□ Contingent

□ Unliquidated

☒ Disputed  **On Appeal, 30-2021-01189657**

Type of NONPRIORITY unsecured claim:

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **18WM05278 (Jasso) Civil Fees 30-2018-00986785**

| Debtor 1 | **Jamie Lynn Gallian** | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|

---

**4.1
0**

**Michael Devereux, Esq.**
Nonpriority Creditor's Name
**9171 Wilshire Blvd. Ste. 500
Beverly Hills, CA 90210-5536**

| Last 4 digits of account number | **5278; 2999; 6785** | **$40,000.00** |
|---|---|---|

When was the debt incurred?  **2018-2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

□ Contingent

□ Unliquidated

□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specif. **West CT; CJC HB Gables HOA related Case(s)**

---

**4.1
1**

**Randall Nickell**
Nonpriority Creditor's Name
**4476 Alderport Dr.
Huntington Beach, CA 92649**
Number Street City State Zip Code

| Last 4 digits of account number | **3055** | **Unknown** |
|---|---|---|

When was the debt incurred?  **2019**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

■ Contingent

■ Unliquidated

□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify
Listed as a precaution for possible claims related to Unexpired Assignment of Ground Leasehold and Sub-Condominium Leasehold in Tract 10542 Lot 1 & 2, Gables subd. 4476 Alderport Dr. #53, Huntington Beach, CA

---

**4.1
2**

**Robert P. Warmington Co.**
Nonpriority Creditor's Name
**c/o BS Investors
18201 Von Karmen Ste. 450
Irvine, CA 92612**
Number Street City State Zip Code

| Last 4 digits of account number | **RDRMHE  Lot 376** | **$35,000.00** |
|---|---|---|

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

□ Yes

□ Contingent

□ Unliquidated

□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Unexpired Ground Lease Lot 376, Tract 10542, Unit 4, Assignment from Seller, Lisa Ryan, 35 year-Ground lease, Lot 376 RDRMHE, 2014 Skyline Custom Villa, Decal LBM1081.**

---

Official Form 106 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page 5 of 7

Best Case Bankruptcy

Debtor 1 **Jamie Lynn Gallian**  Case number (if known) **8:21-bk-11710-ES**

| 4.1 3 | **United Airlines** | Last 4 digits of account number | **0092** | **$9,600.00** |

Nonpriority Creditor's Name
PO BOX 0675
Carol Stream, IL 60132-0675
Number Street City State Zip Code

When was the debt incurred? **2019,2020, 2021**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Cobra Medical Payments**

| 4.1 4 | **US Bank** | Last 4 digits of account number | **6482** | **$9,145.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
Po Box 5229
Cincinnati, OH 45201
Number Street City State Zip Code

When was the debt incurred? **2011**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **misc. purchases**

**Part 3: List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**BS Investors/Robert P. Warmington
c/o Gorden May
Grant, Genovese & Baratta
2030 Main St. Ste. 1600
Irvine, CA 92614**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number **376**

Name and Address
**Huntington Beach Gables HOA
Gragnano, Beck, Phillips, Burrett,
Jasso, Paulin
c/o Feldsott & Lee
23161 Mill Creek Dr. Ste. 300
Laguna Hills, CA 92653**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number **2999**

Name and Address **Huntington Beach
Gables HOA Gragnano, Beck, Phillips,
Burrett, Jasso, Paulin
16025 Warmington Ln.
Huntington Beach, CA 92649**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number **3985**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Michael Devereux** | Line **4.10** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| **9171 Wilshire Blvd. Ste. 500** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Beverly Hills, CA 90210-5536** | |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Randell Nickel** | Line **4.11**of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| **c/o Mark Mellor, Esq.** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **6800 Indiana Ave. Ste. 220** | |
| **Riverside, CA 92506** | Last 4 digits of account number    **3055** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| | Line ___ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| | Line ___ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $    0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $    3,361.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $    0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $    0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $    3,361.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $    0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $    0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $    0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $    666,094.24 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $    666,094.24 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

001469    EXHIBIT 32, PAGE 657

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Jamie Lynn Gallian | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION | |
| Case number | 8:21-bk-11710-ES | | |
| (if known) | | | |

�■ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 **Houser Bros. Co.**<br>**dba Rancho Del Rey Mobilehome Est.**<br>**17610 Beach Blvd. Ste. 32**<br>**Huntington Beach, CA 92647** | Unexpired Ground lease Tract 10542, Unit 4, Lot 376 for personal property residence located at 16222 Monterey Lane, Huntington Beach, California. |
| 2.2 **Hyundai Capital America**<br>**PO BOX 269011**<br>**Plano, TX 75026** | Vehicle lease for 2020 Kia Sportage. Expires 12/1/2022 |

Fill in this information to identify your case:

| Debtor 1 | Jamie Lynn Gallian | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number   8:21-bk-11710-ES
(if known)

■ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.

■ No
□ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

□ No. Go to line 3.

■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

□ No
■ Yes.

In which community state or territory did you live?      California      . Fill in the name and current address of that person.

**Ronald Pierpont**
**4519 Ponderosa Way**
**Yorba Linda, CA 92886**
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

| 3.1 | | |
| Name | | □ Schedule D, line _____ |
| | | □ Schedule E/F, line _____ |
| | | □ Schedule G, line _____ |
| Number   Street | | |
| City            State            ZIP Code | | |

| 3.2 | | |
| Name | | □ Schedule D, line _____ |
| | | □ Schedule E/F, line _____ |
| | | □ Schedule G, line _____ |
| Number   Street | | |
| City            State            ZIP Code | | |

001471      EXHIBIT 32, PAGE 659

**Fill in this information to identify your case:**

| Debtor 1 | Jamie Lynn Gallian | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number   8:21-bk-11710-ES
(if known)

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:   List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **J-Pad, LLC,**<br><br>Description of property securing debt: **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]:<br><br>**Retain** | ☐ No<br>■ Yes |
| Creditor's name:  **Janine Jasso**<br><br>Description of  **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement. | ☐ No<br>■ Yes |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

001472        EXHIBIT 32, PAGE 660

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | |

| name: | **Hyundai Capital America** | ☐ Retain the property and redeem it. | ■ Yes |
| | | ■ Retain the property and enter into a | |
| Description of property securing debt: | **2020 Kia Sportage Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)** | *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | |

| Creditor's name: | **Orange County Tax Assessor** | ☐ Surrender the property. ☐ Retain the property and redeem it. | ☐ No ■ Yes |
| Description of property securing debt: | **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County Title registered HCD to Debtor AND COT J-Pad, LLC; LBM 1081** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* ■ Retain the property and [explain]: **Debtor will retain collateral & continue to make regular payments.** | |

| Creditor's name: | **The Huntington Beach Gables Homeowners Association** | ☐ Surrender the property. ☐ Retain the property and redeem it. | ☐ No ■ Yes |
| Description of property securing debt: | **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County Title registered HCD to Debtor AND COT J-Pad, LLC; LBM 1081** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* ■ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)** | |

| Creditor's name: | **The Huntington Beach Gables Homeowners Association** | ☐ Surrender the property. ☐ Retain the property and redeem it. | ☐ No ■ Yes |
| Description of property securing debt: | **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County Title registered HCD to Debtor AND COT J-Pad, LLC; LBM1081** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* ■ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)** | |

| Creditor's name: | **The Huntington Beach Gables HOMEOWNERS ASSOCIATION** | ☐ Surrender the property. ☐ Retain the property and redeem it. | ☐ No ■ Yes |
| Description of property securing debt: | **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County Title registered HCD to Debtor AND COT J-Pad, LLC; LBM 1081** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* ■ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)** | |

**Part 2: List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**                                                     **Will the lease be assumed?**

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|

| property | Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2". | ■ Retain the property and [explain]:<br><br>Lien To Be Avoided By 522(f) or Other means | | |
|---|---|---|---|---|
| securing debt: | | | | |

| Creditor's name: | **Huntington Beach Gables Homeowners Association** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br><br>■ Retain the property and [explain]:<br><br>Lien to be Avoided by 522(f) or Other means | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property | 16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 | | |
| securing debt: | **Orange County** APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2". | | |

## Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:   **Hyundai Capital America** | ☐ No |
| Description of leased Property: | ■ Yes |
| Vehicle lease for 2020 Kia Sportage. Expires 12/1/2022 | |
| Lessor's name: | |
| Description of leased Property: | ■ |

## Part 3:   Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _Jamie Lynn Gallian_
Jamie Lynn Gallian
Signature of Debtor 1

Date   10/14/2021

X _____
Signature of Debtor 2

Date _____

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7

3
page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**5801 Skylab**
**Huntington Beach, CA 92649**

A true and correct copy of the foregoing document entitled (*specify*): __**Summary of Amended Schedules, or**__
__**Statements**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR
5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
8-14-2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jeffrey I Golden (TR)   lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
Mark A Mellor   mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
D. Edward Hays ehays@marshackhays.com
Valerie Smith   claims@recoverycorp.com
United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached
page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ____, I served the following persons and/or entities at the last known
addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10-14-2021 | **Robert Mclelland** | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                           Page 2                    F 1007-1.1.AMENDED.SUMMARY

001475        EXHIBIT 32, PAGE 663

EXHIBIT 33

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **JAMIE LYNN GALLIAN**<br>**16222 MONTREY LN. #376**<br>**HUNTINGTON BEACH, CA 92649**<br>**(714)321-3449**<br>**JAMIEGALLIAN@GMAIL.COM** | |

☐ *Attorney for Debtor*
☑ *Individual appearing without attorney*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION**

| In re:<br><br>            **Jamie Lynn Gallian**<br><br><br><br><br>                                    Debtor(s) | CASE NO.: **8:21-bk-11710-ES**<br><br>CHAPTER: **7**<br>                              **AMENDED**<br><br>            **SUMMARY OF AMENDED SCHEDULES,**<br>            **STATEMENTS [LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B      ☑ Schedule C      ☐ Schedule D      ☐ Schedule E/F      ☑ Schedule G

☑ Schedule H      ☑ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☑ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)      ☑ Statement of Intentions      ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:      11/16/2021                          *Jamie Lynn Gallian*
                                               **Jamie Lynn Gallian**
                                               Debtor 1 Signature

                                               _____
                                               Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    **F 1007-1.1.AMENDED.SUMMARY**
                              **001477**              EXHIBIT 33, PAGE 664

AMENDED
## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**5801 SKYLAB ROAD, HUNTINGTON BEACH, CA 92647**

A true and correct copy of the foregoing document entitled (*specify*):    **Summary of Amended Schedules and
Statements** will be served 11/16/2021 or was served **(a)** on the judge in chambers in the form and manner required by
LBR  5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
11-16-2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below
:

**Jeffrey I Golden (TR)    lwerner@wgllp.com,  jlg@trusteesolutions.net;  kadele@wgllp.com**
**D. Edward Hays    ehays@marshackhays.com; ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com;**
**cmendoza@marshackhays.com; cmendoza@ec.courtdrive.com;**
**Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com. kfrederick@ecf.courtdrive.com**
**Mark A Mellor    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com**
**Valerie Smith    claims@recoverycorp.com**
**United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**: On _____ , I served the following persons and/or entities at the last known
addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

__ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **11/16/2021** , I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Huntington Beach Gables HOA          Janine Jasso, Esq                    __ Service information continued on attached
c/o  Feldsott & Lee                  16025 Warmington Lane                page
23161 Mill Creek Drive, Suite 300    Huntington Beach, CA 92649
Laguna Hills, CA 92653               P.O. Box 370161
**Email: feldsott@gmail.com**         El Paso, TX 79937
**mpoole@calhoalaw.com**              **Email: j9_jasso@yahoo.com**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11-16-2021 | **ROBERT MCLELLAND** | *Robert McLelland* |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 2                    **F 1007-1.1.AMENDED.SUMMARY**

001478                    EXHIBIT 33, PAGE 665

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |

■ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

| | | | |
|---|---|---|---|
| 1.1 | **Located on APN 178-011-01 Tract 10542, Unit 4, Lot 376** | | |
| | **16222 Monterey Ln. Spc 376** | | |
| | Street address, if available, or other description | | |

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

| | | |
|---|---|---|
| **Huntington Beach** | **CA**  **92649-0000** | |
| City | State    ZIP Code | |

**Orange**

County

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$235,000.00** | **$235,000.00** |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.....................................................................=>**

| |
|---|
| **$235,000.00** |

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 33, PAGE 666

Case 8:21-bk-11710-ES   Doc 37   Filed 11/16/21   Entered 11/17/21 14:02:04   Desc
Main Document       Page 4 of 26

Debtor 1   **Jamie Lynn Gallian**                               Case number *(if known)*   **8:21-bk-11710-ES**

**3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycle**

■ Yes        Lease 2020 Kia Sportage   Expires 12/2022

☐ No

**4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
    pages you have attached for Part 2. Write that number here............................................................=>    | **$0.00** |

| **Part 3:** | Describe Your Personal and  Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6.  Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| Misc. household goods and furnishings Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
|---|---|
| waterford crystal set red and white wine glasses | $1,000.00 |

**7.  Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| Wall television, computer, printer and peripherals Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |
|---|---|

**8.  Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....     Location:  16222 Monterey Lane, Space 376, Huntington Beach CA 92649

| Lladro figurine collection (20) | $1,900.00 |
|---|---|

**9.  Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

**10.  Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes.  Describe.....

Official Form 106A/B                        Schedule A/B: Property                                        page 2

001480              EXHIBIT 33, PAGE 667

Debtor 1    **Jamie Lynn Gallian**                                                        Case number *(if known)*   **8:21-bk-11710-ES**

---

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ☑ Yes. Describe.....

| | |
|---|---|
| **Misc. clothing**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | **$1,000.00** |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ☑ Yes. Describe.....

| | |
|---|---|
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649** | **$1,000.00** |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ☑ Yes. Describe.....

| | |
|---|---|
| **5-year old Wired Terrier Dog** | **$25.00** |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☑ No
   ☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..........................................................................

| |
|---|
| **$8,925.00** |

---

**Part 4:**  **Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☑ No
   ☐ Yes.................................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ☑ Yes........................           Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **EDD Debit account** | **Bank of America** | **$3,793.00** |
| 17.2. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | **$1,407.00** |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

EXHIBIT 33, PAGE 668

| Debtor 1 | Jamie Lynn Gallian | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|

| 17.3. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | $2,600.00 |
|---|---|---|---|

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes...................                   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................
          Name of entity:                                        % of ownership:

| **J-Sandcastle Co, LLC  single member entity** currently has a bank account of less than $500.00 assets. **Original purpose of LLC was to hold HCD Registration to Debtor's residence. HCD Registration was transferred to debtor on 2/25/2021 after voluntary mediation with RDRMHE Park in UD Case.  Park refused to countersign lease agreement with HCD Registered Applicant, J-Sandcastle Co LLC. According to Houser Bros RDR Park Owner/Manager, Park Rules allegedly forbid home to be held in name other than an  individual; However, Park allow homes titled in a Trust.  Debtor unable to verify stated reason in RDRMHE Park Rules.** | 100 % | $ 500.00 |
|---|---|---|

| **J-PAD, LLC.  Manager-Managed closed family LLC.  Members Assets include bank account of around $2,000; Uncashed B/A Cashiers Check $13,710.00, from ChaseJ-Sandcastle 7/9/21, rent funds to RDRMHE; Rent Checks tendered for space 376 rent paid in full by debtor (Alliant CU Acct)  through December 2021, returned from Rancho Del Rey MHE. J-Pad, LLC Holder of  COTA  perfected 1/14/2019.  UCC-1 AD  filed 1/14/2019, 30-yr. Manufactured Home Transaction secured by LBM1081, located on APN 178-011-16, Tract 10542, Unit 4, Lot 376.  J-Pad, LLC  Holder of Security Agreement, dated 11/16/18, Promissory Note ($175,000 & $88,000). Matures 2048.  Various minimal debts owed approx. $15,000.  Debtor 341 testimony concerned frivolous costly ongoing litigation debt; Debtor manages 100%.** | 33-1/3 % | $ 75,000.00 |
|---|---|---|

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                               Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
          Type of account:                    Institution name:

|  | **IRA** | **Fidelity** | $ 7,400.00 |
|---|---|---|---|

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ Yes
    ■ No. .                                Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............       Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

001482                   EXHIBIT 33, PAGE 669

Case 8:21-bk-11710-ES    Doc 37    Filed 11/16/21    Entered 11/17/21 14:02:04    Desc
Main Document    Page 7 of 26

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

■ No
☐ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☐ No
■ Yes.  Give specific information..      **Probate estate of Charles J. Bradley, Jr.  Case No. 30-2017-00915711. Uncertain what, if any, proceeds will pass to debtor.**

**Creditor's claim Estate of Charles James Bradley  Jr. filed by debtor for $1 million, June 2020, denied by Administrator, Sandra Bradley, approx. March 29, 2021.  Unknown whether any recovery will be awarded.**                                          **Unknown**

---

001483                    EXHIBIT 33, PAGE 670

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|---|

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ Yes. Describe each claim.      Wrongful termination against United Airlines. No lawsuit filed.
□ No. .                          Claim filed Collective Bargaining with Association of Flight Attendants under
                                 Railway Labor Act. Arbitration with Compa\ny & AFA requested and being pursued.      **Unknown**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
□ No
■ Yes. Describe each claim.........

*34.1*   Claim against Sandra Bradley and Houser Bros Co for failure to disclose real estate
         transaction May 2010, that ultimately lead to recordation of Grant Deed Doc #
         2010219518 APN 937-63-053, Unit 53 in name of Houser Bros instead of intended
         transfer to Sandra L. Bradley Trust.                    No lawsuit filed yet.          **Unknown**

*34.2*   Possible claim against Sandra Bradley for failure to disclose previous alleged
         ARC violations in connection with improvements to Unit 53 in 2014, 2015, 2016, at
         Alderport, that occurred prior to debtor became legal owner of the Alderport property on
         March 23, 2017, the subject of 4/11/2017 FAC 5/16/2017, Gables HOA civil complaint.      **Unknown**

*34.3*   Multiple claims against Tract 10542 Master Lessor Houser Bros Co. and Park Manager Houser Bros
         Co. dba Rancho Del Rey Mobilehome Estates for Violation(s) Davis Stirling Act; Civil Code;
         violations of MRL §798, et seq.  multiple acts (retaliation, discrimination, trespassing/unlawful
         entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim
         filed 1/2/19.  Failure to counter sign Consumer Lease Agreement with Applicant(s); Registered
         Owners of bona fide purchase 2014 Skyline Custom Villa, LBM1081
                      Possible award of Attorney Fees under Davis Stirling Act;  CA Civil Code; and (MRL)     **Unknown**

*34.4*   Personal Injury claim pending against Huntington Beach Gables HOA; Jesus Jasso, Jr.
         et al. Case No. 30-2020-01153679.
                                      Estimated  damages approximately $195,000.      **Unknown**

*34.5*           Due to pending litigation  Potential right of debtor to reversionary interest in Unit 53, unexpired Ground
         Leasehold and Subcondominum Leasehold in Condominium Project Lot 1 & 2, Tract 10542, APN
         178-011-01; 178-011-16,  Holding Alternate APN 178-771-03;  Unit 53 APN 937-63-053;
         Original Master Lessor Houser Bros Co. and Robert P. Warmington, an Ind. Original Tenant;
         Robert P. Warmington, an Ind. Sublessor, assigned to Robert P. Warmington Company, Subleasee; Further
         assigned Declarant Robert P. Warmington Co. Sublessor assigned certain rights of
         Declarant to various consumers until 2059, termination 80-year GroundLeasehold and
         Subcondominium Leasehold;   Further rights clarified by Master Lessor and Sublessor in First Amendment
         to CC&Rs filed OC Clerk Recorder, 8/5/1980, Doc No. 8005, detailing Consumer's Interest in Master Ground
         Leasehold and Subcondominium Leasehold  relative to Lot 1 & 2 Tract 10542, City of Huntington Beach, CA.

              (Huntington Beach Gables HOA has a filed cross-complaint pending OCSC, in which Gables
         HOA seek a voiding of the debtors sale of unencumbered rights in debtors previous residence;
         Ground Leasehold and SubCondominium Leasehold sold on 10/31/2018 to a bona fide purchaser
         for value, Randall Nickels, including rights of Assignment of unexpired term of 80 yr Ground
         Leasehold and Subcondominium Leasehold from Debtor to purchaser Randall Nickels).      **Unknown**

**34.6**   Potential Victim restitution Order from Defendant Jesus Jasso, Jr,  OCSC Case No. 19WM09951      **Unknown**
                             Approx. economic damages  $ 73,000.00

**35. Any financial assets you did not already list**
□ No                                CA COVID-19 relief from State of California for rent relief (debtor
■ Yes.  Give specific information..  applied approx June 9,2021.  CA Covid-19 Relief Award
                                    October 27, 2021.                    Not property of the estate.      **$24,301.55**

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here.................................................................................................................      **$ 115,001.55**

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Case 8:21-bk-11710-ES    Doc 37    Filed 11/16/21    Entered 11/17/21 14:02:04    Desc
Main Document    Page 9 of 26

| Debtor 1  **Jamie Lynn Gallian** | Case number *(if known)*  **8:21-bk-11710-ES** |
|---|---|

37.  **Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes.  Go to line 38.

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

54.    **Add the dollar value of all of your entries from Part 7. Write that number here**  .....................................  | **$0.00** |

**Part 8:    List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55.  **Part 1: Total real estate, line 2**  ............................................................................................................... | | | **$235,000.00** |
| 56.  **Part 2: Total vehicles, line 5** | | **$0.00** | |
| 57.  **Part 3: Total personal and household items, line 15** | | **$8,925.00** | |
| 58.  **Part 4: Total financial assets, line 36** | | **$115,001.55** | |
| 59.  **Part 5: Total business-related property, line 45** | | **$0.00** | |
| 60.  **Part 6: Total farm- and fishing-related property, line 52** | | **$0.00** | |
| 61.  **Part 7: Total other property not listed, line 54** | + | **$0.00** | |
| 62.  **Total personal property.** Add lines 56 through 61... | | **$123,926.55** | Copy personal property total  **$123,926.55** |
| 63.  **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | **$358,926.55** |

001485                          EXHIBIT 33, PAGE 672

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number (if known) | **8:21-bk-11710-ES** |

■ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt
                                                                                                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649  Orange County**<br>APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".<br>Line from *Schedule A/B*: **1.1** | **$235,000.00** | ■ **$600,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.730** |
| **Misc. household goods and furnishings**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **6.1** | **$3,500.00** | ■ **$3,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **waterford crystal set red and white wine glasses**<br>Line from *Schedule A/B*: **6.2** | **$1,000.00** | ■ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

001486                     EXHIBIT 33, PAGE 673

Case 8:21-bk-11710-ES   Doc 37   Filed 11/16/21   Entered 11/17/21 14:02:04   Desc
Main Document      Page 11 of 26

Debtor 1   **Jamie Lynn Gallian**                                    Case number (if known)   **8:21-bk-11710-ES**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wall television, computer, printer and peripherals**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Lladro figurine collection (20)**<br>Line from *Schedule A/B*: **8.1** | $1,900.00 | ■ $1,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Misc. clothing**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **5-year old Wired Terrier Dog**<br>Line from *Schedule A/B*: **13.1** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **EDD Debit account: Bank of America**<br>Line from *Schedule A/B*: **17.1** | $3,793.00 | ■ $3,793.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.2** | $1,407.00 | ■ $1,407.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.3** | $2,600.00 | ■ $381.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.3** | $2,600.00 | ■ $2,219.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.1** | $7,400.00 | ■ $7,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

001487                    EXHIBIT 33, PAGE 674

Case 8:21-bk-11710-ES   Doc 37   Filed 11/16/21   Entered 11/17/21 14:02:04   Desc
Main Document      Page 12 of 26

Debtor 1   **Jamie Lynn Gallian**                                    Case number (if known)   **8:21-bk-11710-ES**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.1** | **$7,400.00** | ■ **$7,400.00**<br>□ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr.  Case No. 30-2020-01153679.  Estimated damages $195,000.**<br>Line from *Schedule A/B*: **34.4** | **Unknown** | ■ **$195,000.00**<br>□ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |
| **Potential Award Victim Restitution OCSC 19WM09951**<br>Line from Schedule A/B: **34.6** | **Unknown** | XX **$73,000.00**<br>**100% of fair market value, up to any applicable statutory limit** | **C.C.P.  704.140** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   □ No
   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   □   No
   ■   Yes

001488                        EXHIBIT 33, PAGE 675

**Fill in this information to identify your case:**

Debtor 1        **Jamie Lynn Gallian**
                First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number    **8:21-bk-11710-ES**
(if known)

■ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Houser Bros. Co.**<br>**dba Rancho Del Rey Mobilehome Est.**<br>**17610 Beach Blvd. Ste. 32**<br>**Huntington Beach, CA 92647** | **Unexpired Ground lease Tract 10542, Unit 4, Lot 376 located at 16222 Monterey Lane, Huntington Beach, California APN 178-011-01.** |
| 2.2  **Hyundai Capital America**<br>**PO BOX 269011**<br>**Plano, TX 75026** | **Vehicle lease for 2020 Kia Sportage.  Expires 12/1/2022** |

**Fill in this information to identify your case:**

Debtor 1    **Jamie Lynn Gallian**
_____
First Name          Middle Name          Last Name

Debtor 2    _____
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number    **8:21-bk-11710-ES**
(if known)

■ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

        In which community state or territory did you live?    **California**    . Fill in the name and current address of that person.

        **Ronald Pierpont**
        **4519 Ponderosa Way**
        **Yorba Linda, CA 92886**
        Name of your spouse, former spouse, or legal equivalent
        Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number       Street<br>_____<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number       Street<br>_____<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

001490

EXHIBIT 33, PAGE 677

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number (If known) | **8:21-bk-11710-ES** |

Check if this is:

■ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Employment**

1.  **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Flight Attendant | |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

**Part 2:    Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.   $    0.00 | $    N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3.   +$    0.00 | +$    N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.   $    0.00 | $    N/A |

001491                    EXHIBIT 33, PAGE 678

Debtor 1  **Jamie Lynn Gallian**                                                   Case number (*if known*)  **8:21-bk-11710-ES**

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ | 0.00 | $ N/A |
| 5. | **List all payroll deductions:** | | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ | 0.00 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ | 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ | 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ | 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ | 0.00 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ | 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ | 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ | 0.00 | + $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ | 0.00 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ | 0.00 | $ N/A |
| 8. | **List all other income regularly received:** | | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | 0.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ | 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ | 1,005.26 | $ N/A |
| 8e. | **Social Security** | 8e. | $ | 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify:   **Temporary Covid-19 FAC payment** | 8f. | $ | 1,200.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ | 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ | 0.00 | + $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ | 2,205.26 | $ N/A |

| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,205.26 | + $ N/A | = $ 2,205.26 |
|---|---|---|---|---|---|

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                                                    11. + $               0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies                                                       12.   $          2,205.26

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑  No.
☐  Yes. Explain: _____

001492                    EXHIBIT 33, PAGE 679

**Fill in this information to identify your case:**

Debtor 1    **Jamie Lynn Gallian**
_____
First Name        Middle Name        Last Name

Debtor 2    _____
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number   **8:21-bk-11710-ES**
(if known)

■ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

**4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1.    What is your current marital status?**

☐ Married
■ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **4476 Alderport Dr. #53 Huntington Beach, CA 92649** | From-To: **11/23/2009 to 9/10/2018** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **5782 Pinon Dr. Hunt Bch 92649** | **9/11//2018 to 10/31/2018** | | |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
|---|---|

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| **For last calendar year: (January 1 to December 31, 2020 )** | ■ Wages, commissions, bonuses, tips | $1,408.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

001493          EXHIBIT 33, PAGE 680

Case 8:21-bk-11710-ES   Doc 37   Filed 11/16/21   Entered 11/17/21 14:02:04   Desc
Main Document      Page 18 of 26

Debtor 1   __Jamie Lynn Gallian__                                    Case number (if known)  __8:21-bk-11710-ES__

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| For the calendar year before that:<br>(January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips | $3,375.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

5.   **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐   No
■   Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | Unemployment | $11,000.00 | | |
| For last calendar year:<br>(January 1 to December 31, 2020 ) | Unemployment | $21,227.00 | | |
| For last calendar year:<br>(January 1 to December 31, 2019 | Retirement Income<br>401k Loan Default; Taxed in 2020 | $31,922.58 | | |

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
☐   No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
☐   No.   Go to line 7.
☐   Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?
■   No.   Go to line 7.
☐   Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

001494                    EXHIBIT 33, PAGE 681

Debtor 1   __Jamie Lynn Gallian__                                      Case number (*if known*)  __8:21-bk-11710-ES__

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Houser Bros. Co. vs. Jamie Lynn Gallian** 30-2019-01041423-CI-UD-CJC | **Unlawful Detainer filed 1/2/2019 regarding Lot 376, Tract 10542, Unit 4, Unexpired term of 80 yr. Ground Leasehold APN 178-011-16** | **Orange County Superior Court 700 W. Civic Center Dr. West Santa Ana, CA 92701** | ■ Pending ☐ On appeal ☐ Concluded |
| **Randall L. Nickell vs. Huntington Beach Gables HOA, et. al.** 30-2020-01163055-CU-OR-CJC | **Cross complaint contained in this action filed by Huntington Beach Gables; HOA Gables seek to void the unencumbered sale of Unit 53 to a bona fide purchaser Randall Nickell .on October 31, 2018, for considerable value, with Assignment of Unexpired term of 80 yr. Ground Leasehold & SubCondominium Leasehold Estate, Tract 10542, Lot 1 & 2, Gables subd. to Randall Nickell.** | **Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701** | ■ Pending ☐ On appeal ☐ Concluded  **Debtor is a cross defendant** |
| **Estate of Charles James Bradley OCSC Probate Court** 30-2017-00915711 | **Determine heirship** | **Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701** | **Pending** |

---

001495              EXHIBIT 33, PAGE 682

Case 8:21-bk-11710-ES    Doc 37    Filed 11/16/21    Entered 11/17/21 14:02:04    Desc
Main Document    Page 20 of 26

| Debtor 1   Jamie Lynn Gallian | | Case number (if known)   8:21-bk-11710-ES |
|---|---|---|

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Huntington Beach Gables HOA vs. Sandra Bradley, et. al.<br>30-2017-00913985 | Collections | Orange County Superior Court<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**post judgment collections actions** |
| Huntington Beach Gables HOA vs. Jamie Gallian<br>30-2017-00962999-CU-HR-CJC | Collections | Orange County Superior Court<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Jamie Lynn Gaillan vs. Jesus Jasso, et. al.<br>30-2020-01153679 | personal injury | Orange County Superior Court<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Debtor 1    **Jamie Lynn Gallian**                                             Case number (if known)    **8:21-bk-11710-ES**

---

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Jamie Lynn Gallian 16222 Monterey Ln. #376 Huntington Beach, CA 92649<br><br>Person's Relationship to you;<br>J-Sandcastle Co LLC, It's Member | Registration Individual Name 2014 Skyline Manufactured Home, LBM1081.<br>For 0.00 consideration. | J-Sandcastle Co surrendered (Chase) uncashed rent check funds; Dep. B/A to Legal Owner, J-Pad, LLC, Cashier Chk-B/A RDRMHE pending CJC Dismissal. | Registered Ind. name with HCD  2/25/2021, to satisfy request of Park Mgr. Houser Bros Co. |
| James H. Casello<br>Casello & Lincoln<br>525 Cabrillo Park Dr. Ste. 104 | $43,000 legal fees | Legal services | multiple: 2019 to 2020 |
| Santa Ana, CA 92701 | $8,700 | Legal services | 2018 to 2019 |
| Michael T. Chulak & Assoc.<br>30343 Canwood St. Ste. 203<br>Agoura Hills, CA 91301<br>None | | | |
| Michael S. Devereux, Esq.<br>9171 Wilshire Blvd. Ste. 500<br>Beverly Hills, CA 90210 | $5,000 | legal services | 2018 to 2019 |
| None | | | |

001497                    EXHIBIT 33, PAGE 684

Debtor 1   **Jamie Lynn Gallian** _____   Case number (if known)   **8:21-bk-11710-ES** _____

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Steven A. Fink, Esq<br>13 Corporate Plaza Dr. Ste. 150<br>Newport Beach, CA 92660<br><br>**None** | $30,000 | legal services | 2019 to 2020 |
| David R. Flyer, Esq.<br>4120 Birch St. Ste. 101<br>Newport Beach, CA 92660   None | $17,000 | Legal services | 2018 to 2019 |
| Sherry Garrels, Esq.<br>12660 Brookhurst St. #103   None<br>Garden Grove Ca 92840 | $ 5,000 | Legal Services<br>West Ct.- Jasso matter | 2020-2021 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Case 8:21-bk-11710-ES   Doc 37   Filed 11/16/21   Entered 11/17/21 14:02:04   Desc
Main Document      Page 23 of 26

Debtor 1   **Jamie Lynn Gallian**                                    Case number (if known)   **8:21-bk-11710-ES**

---

| **Part 9:** | Identify Property You Hold or Control for Someone Else |
|---|---|

23.   Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ **No**
☐ **Yes.  Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

| **Part 10:** | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.   Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.   Have you notified any governmental unit of any release of hazardous material?

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.   Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

| **Part 11:** | Give Details About Your Business or Connections to Any Business |
|---|---|

27.   Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

---

001499                    EXHIBIT 33, PAGE 686

Case 8:21-bk-11710-ES    Doc 37    Filed 11/16/21    Entered 11/17/21 14:02:04    Desc
Main Document        Page 24 of 26

Debtor 1    **Jamie Lynn Gallian**                                      Case number (*if known*)   **8:21-bk-11710-ES**

☐  **No. None of the above applies. Go to Part 12.**

■  **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | | |
|---|---|---|---|---|
| J-Sandcastle Co., LLC<br>16222 Monterey Lane #376<br>Huntington Beach, CA 92649 | Residential Management | EIN: | 83-2453659 | |
| | | From-To | 10-19-2018 | |
| J-Pad, LLC<br>21742 Anza Ave.<br>Torrance, CA 90503 | Residential Management. | EIN: | 82-4203776 | |
| | | From-To | 2/9/2018 | |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?** Include all financial
institutions, creditors, or other parties.

■  **No**

☐  **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:**  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers
are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection
with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

*Jamie Lynn Gallian*                                    _____
**Jamie Lynn Gallian**                                  **Signature of Debtor 2**
**Signature of Debtor 1**

Date     **11/16/2021**                                 Date     _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

001500            EXHIBIT 33, PAGE 687

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number (if known) | **8:21-bk-11710-ES** |

■ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **J-Pad, LLC,**<br><br>Description of property securing debt: **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | □ Surrender the property.<br>□ Retain the property and redeem it.<br>□ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br><br><br>**Retain.  Make payments as agreed.** | □ No<br><br>■ Yes |
| Creditor's name: **People of the ST of California** (Janine Jasso)<br><br>Description of property securing debt: **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.** | □ Surrender the property.<br>□ Retain the property and redeem it.<br>□ Retain the property and enter into a *Reaffirmation Agreement.* | □ No<br><br>■ Yes |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

001501                    EXHIBIT 33, PAGE 688

Debtor 1  **Jamie Lynn Gallian**                                              Case number *(if known)*  **8:21-bk-11710-ES**

| property securing debt: | **Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | ■ Retain the property and [explain]:<br><br>**Lien To Be Avoided By  522(f) or Other Means** | |

| Creditor's name: | **Huntington Beach Gables HOA** | ☐ Surrender the property. | ☐ No |
| Description of property securing debt: | **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | ☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br><br>**Lien to be avoided by 522(f) or other means** | ■ Yes |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | **Master Lessor - Houser Bros. Co. dba Rancho Del Rey Mobilehome Estates** | ☐ No |
| | **Tenant - Assignor Robert P. Warmington to G/HB Investors, Assignee and BS Investors LP, Tenant.** | ■ Yes |
| Description of leased Property: | **Unexpired Ground lease, Tract 10542, Unit 4, Lot 376 located APN 178-011-01; 178-011-16;  16222 Monterey Lane, Huntington Beach, California. Expires 2059.  Lot 376 Assigned 11/16/2018, by Seller Lisa Ryan.** | |
| Lessor's name: | **Hyundai Capital America** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **Vehicle lease for 2020 Kia Sportage.  Expires 12/1/2022** | |

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X *Jamie Lynn Gallian*                                    X _____
**Jamie Lynn Gallian**                                         Signature of Debtor 2
Signature of Debtor 1

Date   **11/16/2021**                                       Date _____

EXHIBIT 34

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **JAMIE LYNN GALLIAN**<br>**16222 MONTREY LN. #376**<br>**HUNTINGTON BEACH, CA 92649**<br>**(714)321-3449**<br>**JAMIEGALLIAN@GMAIL.COM** | |

☐ *Attorney for Debtor*
☑ *Individual appearing without attorney*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION**

| In re:<br><br>      **Jamie Lynn Gallian**<br><br><br><br><br><br><br>                                              Debtor(s) | CASE NO.: **8:21-bk-11710-ES**<br><br>CHAPTER: **7**<br>                                    **AMENDED**<br><br>         **SUMMARY OF AMENDED SCHEDULES,**<br>             **STATEMENTS [LBR 1007-1(c)]** |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website
www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an
attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B        ☑ Schedule C        ☐ Schedule D        ☐ Schedule E/F        ☑ Schedule G

☐ Schedule H         ☐ Schedule I        ☐ Schedule J        ☐ Schedule J-2        ☑ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)        ☑ Statement of        ☐ Master Mailing List
                                                            Intentions

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or
statements are true and correct.

Date:        11/22/2021                                 *Jamie Lynn Gallian*
                                                        **Jamie Lynn Gallian**
                                                        Debtor 1 Signature

                                                        _____
                                                        Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this
Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of
Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                Page 1                          **F 1007-1.1.AMENDED.SUMMARY**
                                            001504
                                                        EXHIBIT 34, PAGE 690

Case 8:21-bk-11710-ES   Doc 38   Filed 11/22/21   Entered 11/23/21 11:21:39   Desc
Main Document   Page 2 of 23

AMENDED
## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**5801 SKYLAB ROAD, HUNTINGTON BEACH, CA 92647**

A true and correct copy of the foregoing document entitled (*specify*):   **Summary of Amended Schedules and
Statements** will be served 11/22/2021 or was served **(a)** on the judge in chambers in the form and manner required by
LBR  5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
11-22-2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below
:

**Jeffrey I Golden (TR)    lwerner@wgllp.com,   jlg@trusteesolutions.net;  kadele@wgllp.com
D. Edward Hays    ehays@marshackhays.com; ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com;
cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com**
**Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com. kfrederick@ecf.courtdrive.com
Mark A Mellor    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
Valerie Smith    claims@recoverycorp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On _____ , I served the following persons and/or entities at the last known
addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

__ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **11/22/2021** , I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Huntington Beach Gables HOA
c/o  Feldsott & Lee
23161 Mill Creek Drive, Suite 300
Laguna Hills, CA 92653
**Email: feldsott@gmail.com
mpoole@calhoalaw.com**

Janine Jasso, Esq
16025 Warmingon Lane
Huntington Beach, CA 92649
P.O. Box 370161
El Paso, TX 79937
**Email: j9_jasso@yahoo.com**

XX  Service information continued on attached
page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

11-22-2021        **ROBERT MCLELLAND**                          *Robert McLelland*
Date                    Printed Name                                     Signature

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 2                    **F 1007-1.1.AMENDED.SUMMARY**
001505                    EXHIBIT 34, PAGE 691

**Fill in this information to identify your case and this filing:**

Debtor 1    **Jamie Lynn Gallian**
_____
First Name                    Middle Name                    Last Name

Debtor 2
(Spouse, if filing)    _____
First Name                    Middle Name                    Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number    **8:21-bk-11710-ES**
_____

■ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes. Where is the property?

1.1  **Located on APN 178-011-01 Tract 10542, Unit 4, Lot 376**

**16222 Monterey Ln. Spc 376**
Street address, if available, or other description

**Huntington Beach  CA  92649-0000**
City                    State        ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $235,000.00 | $235,000.00 |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.  80 yr Ground Leasehold, APN 178-011-01, Tract 10542, Unit 4, Lot 376. OC Clk Rec. RS Bk 58 pg 35-36; Parcel Map, Bk 108 Pg 47, 48; MM Bk 456, Pg 49-50;

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:
**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. HCD Decal No. LBM 1081. Serial Number AC7V710394GB/GA 56'x15'2". Registered to Debtor. HCD COTA perfected 1/14/2019**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>

| $235,000.00 |
|---|

**Part 2:**  **Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Case 8:21-bk-11710-ES    Doc 38    Filed 11/22/21    Entered 11/23/21 11:21:39    Desc
Main Document      Page 4 of 23

Debtor 1    **Jamie Lynn Gallian** _____    Case number *(if known)*   **8:21-bk-11710-ES**

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycle**

■ Yes        Lease 2020 Kia Sportage   Expires 12/2022
☐ No

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here.........................................................=>     | **$0.00** |

| **Part 3:** | **Describe Your Personal and  Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
  *Examples:* Major appliances, furniture, linens, china, kitchenware
  ☐ No
  ■ Yes.  Describe.....

| Misc. household goods and furnishings<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
|---|---|
| waterford crystal set red and white wine glasses | $1,000.00 |

**7. Electronics**
  *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
  ☐ No
  ■ Yes.  Describe.....

| Wall television, computer, printer and peripherals<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |
|---|---|

**8. Collectibles of value**
  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
  ☐ No
  ■ Yes.  Describe.....      Location:  16222 Monterey Lane, Space 376, Huntington Beach CA 92649

| Lladro figurine collection (20) | $1,900.00 |
|---|---|

**9. Equipment for sports and hobbies**
  *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
  ■ No
  ☐ Yes.  Describe.....

**10. Firearms**
  *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
  ■ No
  ☐ Yes.  Describe.....

Official Form 106A/B                    Schedule A/B: Property                    page 2

EXHIBIT 34, PAGE 693

Case 8:21-bk-11710-ES    Doc 38    Filed 11/22/21    Entered 11/23/21 11:21:39    Desc
Main Document      Page 5 of 23

Debtor 1    **Jamie Lynn Gallian**                                                  Case number *(if known)*    **8:21-bk-11710-ES**

---

**11.  Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**12.  Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**13.  Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| 5-year old Wired Terrier Dog | $25.00 |

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................**

| |
|---|
| $8,925.00 |

---

**Part 4:**  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**16.  Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes...........................................................................................................

**17.  Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................                          Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **EDD Debit account** | **Bank of America** | $3,793.00 |
| 17.2. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | $1,407.00 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

001508                              EXHIBIT 34, PAGE 694

Case 8:21-bk-11710-ES    Doc 38    Filed 11/22/21    Entered 11/23/21 11:21:39    Desc
Main Document        Page 6 of 23

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 17.3. | **Savings** | Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | $2,600.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................
   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................
   Name of entity:                                                    % of ownership:

   **J-Sandcastle Co, LLC  single member entity** had a bank account of  $9000.00 assets to B/A
   Cashiers Chk. Uncashed space 376 rent funds.  Current less than $500.00
   Original purpose of LLC was to hold HCD Registration to Debtor's residence.
   HCD Registration was transferred to debtor on 2/25/2021 after voluntary
   mediation with RDRMHE Park re: 2019 UD Case.  Park refused to countersign
   lease agreement with HCD Registered Applicant, J-Sandcastle Co LLC. Accord-
   ing to Houser Bros Park Owner/Manager, Park Rules allegedly forbid home
   to be held in business name; insistent only in an individual name.  However, Park allows
   homes held  in Trust. Debtor unable to verify stated reason in RDRMHE Park Rules.    **100** %    $500.00

   **J-PAD, LLC.  Manager-Managed  LLC.  Assets include bank account of less than $1,000;**
   B/A Cashier;s Check approx, $13,710.00, from 7/9/21 Chase Bank- J-Sandcastle Co LLC;
   Rent Checks tendered for space 376 as agreed.  Space rent tendered each month since filing
   BK petition 7-9-21 by debtor (Alliant CU Acct.)  through December 31, 2021, Concurrently
   with CA Covid-19 Relief AWARD 10/27/2021;  Houser Bros Co. caused further harm to
   debtor, Houser Bros sent uncashed checks to various un-authorized entities including the
   IRS, in violation of debtors STAY.
   Debtors  J-Pad, LLC,  Holder of  COTA  perfected 1/14/2019.    **100** %    $14,710.00

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
   Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
   Type of account:              Institution name:

   **IRA**                      **Fidelity**                                       $ 7,400.00

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☐ Yes
   ■ No. .
   Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

001509                          EXHIBIT 34, PAGE 695

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

■ No
☐ Yes.............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**28. Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
               benefits; unpaid loans you made to someone else

■ No
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.

☐ No
■ Yes.  Give specific information..       **Probate estate of Charles J. Bradley, Jr.  Case No. 30-2017-00915711.
                                         Uncertain what, if any, proceeds will pass to debtor.**

**Creditor's claim Estate of Charles James Bradley  Jr. filed by debtor for $1
million, June 2020, denied by Administrator, Sandra Bradley, approx.
March 29, 2021.  Unknown whether any recovery will be awarded.**                    **Unknown**

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ Yes. Describe each claim.      Wrongful termination against United Airlines. No lawsuit filed.
☐ No. .                          Claim filed Collective Bargaining with Association of Flight Attendants under
                                 Railway Labor Act. Arbitration with Compa\ny & AFA requested and being pursued.        **Unknown**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
■ Yes. Describe each claim.........

| 34.1 | Claim against Sandra Bradley and Houser Bros Co for failure to disclose real estate transaction May 2010, that ultimately lead to recordation of Grant Deed Doc # 2010219518 APN 937-63-053, Unit 53 in name of Houser Bros instead of intended transfer to Sandra L. Bradley Trust.                    No lawsuit filed yet. | **Unknown** |
|---|---|---|

| 34.2 | Possible claim against Sandra Bradley for failure to disclose previous alleged ARC violations in connection with improvements to Unit 53 in 2014, 2015, 2016, at Alderport, that occurred prior to debtor became legal owner of the Alderport property on March 23, 2017, the subject of 4/11/2017 FAC 5/16/2017, Gables HOA civil complaint. | **Unknown** |
|---|---|---|

| 34.3 | Multiple claims against Tract 10542 Master Lessor Houser Bros Co. and Park Manager Houser Bros Co. dba Rancho Del Rey Mobilehome Estates for Violation(s) Davis Stirling Act; Civil Code; violations of MRL §798, et seq.  multiple acts (retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim filed 1/2/19.  Failure to counter sign Consumer Lease Agreement with Applicant(s); Registered Owners of bona fide purchase 2014 Skyline Custom Villa, LBM1081 |  |
|---|---|---|
|  | Possible award of Attorney Fees under Davis Stirling Act;  CA Civil Code; and (MRL) | **Unknown** |

| 34.4 | Personal Injury claim pending against Huntington Beach Gables HOA; Jesus Jasso, Jr. et al. Case No. 30-2020-01153679. |  |
|---|---|---|
|  | Estimated  damages approximately $195,000. | **Unknown** |

| 34.5 | Due to pending litigation  potential right of debtor to reversionary interest  unexpired Ground Leasehold in Condominium Project Lot 1 & 2, Tract 10542, APN 178-011-01; 178-011-16,  Holding Alternate APN 178-771-03; |  |
|---|---|---|
|  | Original Master Lessor Houser Bros Co. and Robert P. Warmington, an Ind. Original Tenant; Robert P. Warmington, an Ind. Sublessor, assigned to Robert P. Warmington Company, Subleasee; Further assigned Declarant Robert P. Warmington Co. Sublessor assigned certain rights of the Declarant to various consumers until 2059, an 80-year GroundLeasehold and Subcondominium Leasehold Tract 10542, Lot 1 and 2;  Further rights clarified by Master Lessor and Sublessor in that certain First Amendment to CC&Rs filed OC Clerk Recorder, 8/5/1980, Doc No. 8005, detailing Consumer's Interest in Master Ground-Leasehold and Subcondominium Leasehold relative to Lot 1 & 2 Tract 10542 Hunt. Beach. |  |
|  | (Huntington Beach Gables HOA has filed a cross-complaint pending OCSC, in which Gables HOA seek a voiding of the debtors sale of unencumbered fee interest in debtor's previous residence; Ground Leasehold and SubCondominium Leasehold sold on 10/31/2018 to a bona fide purchaserfor value, Randall Nickels, including rights of Assignment of unexpired term of 80 yr Ground Leasehold and Subcondominium Leasehold from Debtor to purchaser Randall Nickels). | **Unknown** |

| **34.6** | Potential Victim Restitution Order from Defendant Jesus Jasso, Jr, PC§242 OCSC Case No. 19WM09951 | **Unknown** |
|---|---|---|
|  | .   Approx. economic damages  $ 73,000.00 |  |

**35. Any financial assets you did not already list**
☐ No
■ Yes.  Give specific information..

| | CA COVID-19 Award - State of California.  Landlord refused to participate or apply on behalf of this tenant after receiving Tenants Declaration re: Covid related afflictions from Tenant.  Tenant applied 6/9/21 and was Awarded Relief on 10/27/2021. | **$24,301.55** |
|---|---|---|
|  | Landlord waited three weeks to notify Counsel in UD case of funds received.  Landlord refused to dismiss UD case.  Application to avoid Lease Forfeiture Filed @ CJC. |  |

**36.**  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here......................................................................................    **$ 54,711.55**

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)*   **8:21-bk-11710-ES**

37.  **Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes.  Go to line 38.

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

**Part 7:**   **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................    **$0.00**

**Part 8:**   **List the Totals of Each Part of this Form**

| | | |
|---|---|---|
| 55.  **Part 1: Total real estate, line 2** ......................................................................................... | | **$235,000.00** |
| 56.  **Part 2: Total vehicles, line 5** | **$0.00** | |
| 57.  **Part 3: Total personal and household items, line 15** | **$8,925.00** | |
| 58.  **Part 4: Total financial assets, line 36** | **$54,711.55** | |
| 59.  **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60.  **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61.  **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| 62.  **Total personal property.** Add lines 56 through 61... | **$63,636.55**    Copy personal property total | **$63,636.55** |
| 63.  **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$298,636.55** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649  Orange County**<br>**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".**<br>Line from *Schedule A/B*: **1.1** | $235,000.00 | ■ $600,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **Misc. household goods and furnishings**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: **6.1** | $3,500.00 | ■ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **waterford crystal set red and white wine glasses**<br>Line from *Schedule A/B*: **6.2** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

001513            EXHIBIT 34, PAGE 699

Case 8:21-bk-11710-ES   Doc 38   Filed 11/22/21   Entered 11/23/21 11:21:39   Desc
Main Document      Page 11 of 23

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wall television, computer, printer and peripherals**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, to any applicable statutory limit | C.C.P. § 704.020 |
| **Lladro figurine collection (20)**<br>Line from *Schedule A/B*: **8.1** | $1,900.00 | ■ $1,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Misc. clothing**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **CA COVID-19 TENANT RELIEF AWARD 10-27-2021**<br>Line from *Schedule A/B*: **35** | $24,302.00 | ■ $24,302.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.170<br><br>**Executive Order N-57-20** |
| **EDD Debit account: Bank of America**<br>Line from *Schedule A/B*: **17.1** | $3,793.00 | ■ $3,793.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.2** | $1,407.00 | ■ $1,407.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.3** | $2,600.00 | ■ $381.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.3** | $2,600.00 | ■ $2,219.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.1** | $7,400.00 | ■ $7,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

Case 8:21-bk-11710-ES   Doc 38   Filed 11/22/21   Entered 11/23/21 11:21:39   Desc
Main Document      Page 12 of 23

Debtor 1   **Jamie Lynn Gallian**                                          Case number (if known)   **8:21-bk-11710-ES**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.1** | **$7,400.00** | ■ **$7,400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr.  Case No. 30-2020-01153679.  Estimated damages $195,000.**<br>Line from *Schedule A/B*: **34.4** | **Unknown** | ■ **$195,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |
| **Potential Award Victim Economic Restitution against Jesus Jasso, Jr. PC §242.  DOI 8/5/2018.    OCSC  19WM09951**<br>**Line from Schedule A/B: 34.6** | **Unknown** | XX **$73,000.00**<br>**100% of fair market value, up to any applicable statutory limit** | **C.C.P.  704.140** |

3.  **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
☐ No
■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No
■ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |
| (if known) | |

■ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Houser Bros. Co.**<br>**dba Rancho Del Rey Mobilehome Est.**<br>**17610 Beach Blvd. Ste. 32**<br>**Huntington Beach, CA 92647** | **Unexpired Groundlease Tract 10542, Unit 4, Lot 376 located 16222 Monterey Lane, Huntington Beach, California   APN 178-011-01.** |
| 2.2  **Hyundai Capital America**<br>**PO BOX 269011**<br>**Plano, TX 75026** | **Vehicle lease for 2020 Kia Sportage.  Expires 12/1/2022** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

001516                    EXHIBIT 34, PAGE 702

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |
| (if known) | |

■ Check if this is an amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1.   What is your current marital status?**

☐  Married
■  Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

☐  No
■  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **4476 Alderport Dr. #53 Huntington Beach, CA 92649** | From-To: **11/23/2009 to 9/10/2018** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **5782 Pinon Dr. Hunt Bch 92649** | **9/11//2018 to 10/31/2018** | | |

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐  No
■  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
|---|---|

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐  No
■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| **For last calendar year: (January 1 to December 31, 2020 )** | ■ Wages, commissions, bonuses, tips | $1,408.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

001517                    EXHIBIT 34, PAGE 703

Case 8:21-bk-11710-ES   Doc 38   Filed 11/22/21   Entered 11/23/21 11:21:39   Desc
Main Document      Page 15 of 23

Debtor 1    __Jamie Lynn Gallian__         Case number *(if known)*   __8:21-bk-11710-ES__

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| For the calendar year before that:<br>(January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $3,375.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5.    **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐   No
■   Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Unemployment** | **$11,000.00** | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2020 )** | **Unemployment** | **$21,227.00** | | |
| For last calendar year:<br>(January 1 to December 31, 2019 ) | **Retirement Income**<br>**401k Loan Default; Taxed in 2020** | **$31,922.58** | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.    **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐   No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
☐   No.    Go to line 7.
☐   Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
     * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■   Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■   No.    Go to line 7.
☐   Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

EXHIBIT 34, PAGE 704

Case 8:21-bk-11710-ES   Doc 38   Filed 11/22/21   Entered 11/23/21 11:21:39   Desc
Main Document      Page 16 of 23

| Debtor 1 | Jamie Lynn Gallian | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Houser Bros. Co. vs. Jamie Lynn Gallian 30-2019-01041423-CI-UD-CJC | Unlawful Detainer filed 1/2/2019 regarding Lot 376, Tract 10542, Unit 4, Unexpired term of 80 yr. Ground Leasehold APN 178-011-16 | Orange County Superior Court 700 W. Civic Center Dr. West Santa Ana, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Randall L. Nickell vs. Huntington Beach Gables HOA, et. al. 30-2020-01163055-CU-OR-CJC | Cross-complaint to set aside a voidable sale filed 2 years after Trial Court approved 2018 sale of debtors unencumbered Fee Interest, Subcondominium Leasehold in Unit 53, APN 937-630-53, in retaliation of 2020 Complaint by Randall Nickel vs. Huntington Beach Gables HOA, et al.   Unencumbered sale to a bona fide purchaser, Randall Nickell on October 31, 2018, for valuable consideration including Assignment of Unexpired 80 yr. Ground Leasehold thru 2059 & SubCondominium Leasehold Estate,Tract 10542, Lot 1 & 2, Gables subd. | Orange County Superior Court 700 Civic Center Dr. We st Santa Ana, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Debtor is a cross defendant** |
| Estate of Charles James Bradley, Jr. OCSC Probate Court 30-2017-00915711 | Determine heirship in probate. | Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701 | Pending |

001519          EXHIBIT 34, PAGE 705

Debtor 1    __Jamie Lynn Gallian__    Case number *(if known)*   __8:21-bk-11710-ES__

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Huntington Beach Gables HOA vs. Sandra Bradley, et. al.<br>30-2017-00913985 | Collections | Orange County Superior Court<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**post judgment collections actions** |
| Huntington Beach Gables HOA vs. Jamie Gallian<br>30-2017-00962999-CU-HR-CJC | Collections | Orange County Superior Court<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Jamie Lynn Gaillan vs. Jesus Jasso, Jr, et. al; Huntington Beach Gables HOA.<br>30-2020-01153679 | personal injury | Orange County Superior Court<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address *(Number, Street, City, State and ZIP Code)* | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

001520    EXHIBIT 34, PAGE 706

Case 8:21-bk-11710-ES    Doc 38    Filed 11/22/21    Entered 11/23/21 11:21:39    Desc
Main Document        Page 18 of 23

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|---|

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer (Debtor) Jamie Lynn Gallian Address:  16222 Monterey Ln. #376 Huntington Beach, CA 92649  Person's Relationship to you; J-Sandcastle Co LLC, It's Member | Description and value of property transferred  Registration Individual Name 2014 Skyline Manufactured Home, LBM1081. For 0.00 consideration. | Describe any property or payments received or debts paid in exchange J-Sandcastle Co surrendered (Chase) uncashed rent check funds; Dep. B/A to Legal Owner, J-Pad, LLC, Cashier Chk-B/A RDRMHE pending CJC Dismissal UD. | Date transfer was made Registered Ind. name with HCD  2/25/2021, to satisfy request of Park Mgr. Houser Bros Co. |
|---|---|---|---|
| James H. Casello Casello & Lincoln 525 Cabrillo Park Dr. Ste. 104 | $43,000 legal fees | Legal services | multiple: 2019 to 2020 |
| Santa Ana, CA 92701  Michael T. Chulak & Assoc. 30343 Canwood St. Ste. 203 Agoura Hills, CA 91301 None | $8,700 | Legal services | 2018 to 2019 |
| Michael S. Devereux, Esq. 9171 Wilshire Blvd. Ste. 500 Beverly Hills, CA 90210  None | $5,000 | legal services | 2018 to 2019 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

001521          EXHIBIT 34, PAGE 707

Case 8:21-bk-11710-ES    Doc 38    Filed 11/22/21    Entered 11/23/21 11:21:39    Desc
Main Document       Page 19 of 23

Debtor 1   **Jamie Lynn Gallian**                                            Case number (if known)   **8:21-bk-11710-ES**

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Steven A. Fink, Esq<br>13 Corporate Plaza Dr. Ste. 150<br>Newport Beach, CA 92660<br><br>**None** | $30,000 | legal services | 2019 to 2020 |
| David R. Flyer, Esq.<br>4120 Birch St. Ste. 101<br>Newport Beach, CA 92660    None | $17,000 | Legal services | 2018 to 2019 |
| Sherry Garrels, Esq.<br>12660 Brookhurst St. #103    None<br>Garden Grove Ca 92840 | $ 5,000 | Legal Services<br>West Ct.- Jasso matter | 2020-2021 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)
- ■ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**
- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
- ■ No
- ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

001522          EXHIBIT 34, PAGE 708

Debtor 1  **Jamie Lynn Gallian**       Case number *(if known)*   **8:21-bk-11710-ES**

---

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

 ■ No
 ☐ Yes.  Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- ■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- ■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- ■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

 ■ No
 ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

 ■ No
 ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

 ■ No
 ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

 ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

 ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

 ☐ A partner in a partnership

 ☐ An officer, director, or managing executive of a corporation

 ☐ An owner of at least 5% of the voting or equity securities of a corporation

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

EXHIBIT 34, PAGE 709

Case 8:21-bk-11710-ES    Doc 38    Filed 11/22/21    Entered 11/23/21 11:21:39    Desc
Main Document        Page 21 of 23

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* | 8:21-bk-11710-ES |
|---|---|---|---|

☐ **No. None of the above applies. Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | | |
|---|---|---|---|---|
| J-Sandcastle Co., LLC<br>16222 Monterey Lane #376<br>Huntington Beach, CA 92649 | Residential Management | EIN: | 83-2453659 | |
| | | From-To | 10/19/2018-11/22/2021 | |
| J-Pad, LLC<br>21742 Anza Ave.<br>Torrance, CA 90503 | Residential Management. | EIN: | 82-4203776 | |
| | | From-To | 2/9/2018-11/22/2021 | |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

*Jamie Lynn Gallian*
**Jamie Lynn Gallian**
**Signature of Debtor 1**

**Signature of Debtor 2**

Date    **11/22/2021**                    Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

001524            EXHIBIT 34, PAGE 710

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number (if known) | **8:21-bk-11710-ES** |

■ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7                    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:    **J-Pad, LLC,**<br><br>Description of property securing debt:    **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br><br>**Retain.** | ☐ No<br><br>■ Yes |
| Creditor's name:    **PEOPLE OF THE ST OF CALIFORNIA**<br><br>Description of property:    **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page 1

001525                    EXHIBIT 34, PAGE 711

Case 8:21-bk-11710-ES   Doc 38   Filed 11/22/21   Entered 11/23/21 11:21:39   Desc
Main Document       Page 23 of 23

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

| property securing debt: | **Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | ■ Retain the property and [explain]:<br>**1. Lien To Be Avoided By 522(f) or Other Means;**<br>**2. Fines, Fees paid to WJC Superior Court as Ordered on 12/13/2019. Attorney Fee civil award Janine Jasso, Esq. 1/27/2020, not a restitution award to a "Government Entity", possible eligible discharge warranted.** | |

| Creditor's name: | **Huntington Beach Gables Homeowners Association** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Lien to be avoided by 522(f) or other means.**<br><br>Janine Jasso, Esq. filed with SOS,July 2020, Notice of JL duplicate of JL December 2018, Huntington Beach Gables Homeowners Association. | ☐ No<br><br>■ Yes |
| Description of property securing debt: | **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | | |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**

**Will the lease be assumed?**

| | | |
|---|---|---|
| Lessor's name: | **Master Lessor - Houser Bros. Co. GP;  Original Tenant Robert P. Warmington, an Ind.**<br>**Park Mgr. Houser Bros Co dba Rancho Del Rey Mobilehome Estates (Manufactured Home Park consisting of Tract 10542, Unit 1, 2, 3,& 4) Parcel Map Bk 108 Pg 47-48 Original Tenant Robert P. Warmington, Ind. to Assigned to Sublessee Robert P. Warmington Co,; 1986 Warmington Assigned to John Wertin,G/HB Investors; BS Investors, assigned to themselves due to (Wertin BK);**<br>**Master Lessor Houser Bros Co (Craig Houser and Tenant BS Investors, Hugh Saddington) Amended Ground Lease 2005 without NOTICE to Consumers. Ground Lease Amendment 2003 after Court Trial ending in 2002.** | ☐ No<br><br>■ Yes |
| Description of leased Property: | **Unexpired Ground lease, Tract 10542, Unit 4, Lot 376 located APN 178-011-01; 16222 Monterey Lane, Huntington Beach, California. Expires 2059.   Unexpired Ryan 2006 Ground Lease Lot 376; In 2013, old mobilehome tear out; Lisa Ryan replaced with New 2014 Skyline Custom Villa, Park continued 2006 executed Space 376 agreement, Seller Lisa Ryan Assigned Lot 376 space agreement, location of new construction 2014 Skyline Home LBM1081 sold to Jamie Gallian after court approved sale, 10/18/2018, CJC, Judge Carmen Luege, confirmed 3/6/2019.** | |
| Lessor's name: Description of leased Property: | **Hyundai Capital America Vehicle lease for 2020 Kia Sportage.  Expires 12/1/2022** | ☐ No<br><br>■ Yes |

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X *Jamie Lynn Gallian*                                            X _____
**Jamie Lynn Gallian**                                                Signature of Debtor 2
Signature of Debtor 1

Date    **11/22/2021**                                            Date    _____

Official Form 108                    Statement of Intention for Individuals Filing Under Chapter 7                    page 2

001526                    EXHIBIT 34, PAGE 712

EXHIBIT 35

AMENDED
## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**5801 SKYLAB ROAD, HUNTINGTON BEACH, CA 92647.**

A true and correct copy of the foregoing document entitled (*specify*):   **PROOF OF ELECTRONIC SERVICE - CONFORMED
DOCUMENT NO. 38 - Summary of Amended Schedules and  Statements**
will be served 11/22/2021 or was served **(a)** on the judge in chambers in the form and manner required by
LBR  5005-2(d); and **(b)** in the manner stated below:

_____

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
11-22-2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below  :

**Jeffrey I Golden (TR)    lwerner@wgllp.com,   jlg@trusteesolutions.net;   kadele@wgllp.com**
**D. Edward Hays     ehays@marshackhays.com; ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com;**
**cmendoza@marshackhays.com; cmendoza@ec.courtdrive.com;**
**Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com. kfrederick@ecf.courtdrive.com**
**Mark A Mellor    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com**
**Valerie Smith    claims@recoverycorp.com**
**United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

☐   Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On _____ , I served the following persons and/or entities at the last known
addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

__ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **11/23/2021** , I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Huntington Beach Gables HOA          Janine Jasso, Esq
c/o  Feldsott & Lee                  16025 Warmingon Lane              x X   **Service information continued on attached**
23161 Mill Creek Drive, Suite 300    Huntington Beach, CA 92649        **page**
Laguna Hills, CA 92653               P.O. Box 370161
**Email: feldsott@gmail.com**         El Paso, TX 79937
**mpoole@calhoalaw.com**              **Email: j9_jasso@yahoo.com**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11-23-2021 | **ROBERT MCLELLAND** | *Robert McLelland* |
|---|---|---|
| *Date* | *Printed Name* | *Signature*   bobwentflying@yahoo.com |

_____

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**001528**                    EXHIBIT 35, PAGE 713

ELECTRONIC SERVICE LIST

1.  Huntington Beach Gables
    Homeowners Association
    Pejman D. Kharrazian, Esq.
    10200 willow Creek Road, Suite 100
    San Diego, CA 92131
    Email Address: pkharrazian@epsten.com

8.  Janine B. Jasso, Esq.
    P.O. Box 370161
    El Paso, TX 79937
    Email: j9_jasso@yahoo.com

2.  Huntington Beach Gables Homeowners Association
    Michael Poole, Esq.
    23161 Mill Creek Drive, Suite 300
    Laguna Hills, CA 92653
    Email Address:  mpoole@calhoalaw.com

3.  Sandra L. Bradley, Administrator
    Estate of Charles J. Bradley, Jr.
    18 Meadow Wood
    Coto De Caza, CA 92679
    SandyBrad@cox.net

4.  Sandra L. Bradley, Administrator
    Estate of Charles J. Bradley, Jr.
    Ross, Wolcott, Teinert & Prout, LLP
    Suzanne Tague, Esq.
    3151 Airway Avenue, Suite S-1
    Costa Mesa, CA 92626
    stague@rossllp.com

5.  Houser Bros Co.
    Craig Houser
    16222 Monterey Ln.
    Huntington Beach, CA 92649
    chouser@ranchodelreymhe.com

6.  Houser Bros Co
    Vivienne Alston
    27201 Puerta Real, Suite 300
    Mission Viejo CA 92691
    valston@aadlawyers.com

7.  James H. Casello, Esq.
    Casello & Lincoln
    525 Cabrillo Park Drive, Suite 104
    Santa Ana, CA 92701
    jhctlex@yahoo.com

001529            EXHIBIT 35, PAGE 714

Case 8:21-bk-11710-ES    Doc 39    Filed 11/23/21    Entered 11/23/21 15:43:25    Desc
Main Document    Page 3 of 26

001530

EXHIBIT 35, PAGE 715

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **JAMIE LYNN GALLIAN**<br>**16222 MONTREY LN. #376**<br>**HUNTINGTON BEACH, CA 92649**<br>**(714)321-3449**<br>**JAMIEGALLIAN@GMAIL.COM** | |

☐ *Attorney for Debtor*
☑ *Individual appearing without attorney*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION**

| In re:<br><br>         **Jamie Lynn Gallian**<br><br><br><br><br>                                      Debtor(s) | CASE NO.: **8:21-bk-11710-ES**<br><br>CHAPTER: **7**<br>                              **AMENDED**<br><br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**STATEMENTS [LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B          ☑ Schedule C          ☐ Schedule D          ☐ Schedule E/F          ☑ Schedule G

☐ Schedule H          ☐ Schedule I          ☐ Schedule J          ☐ Schedule J-2          ☑ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)          ☑ Statement of Intentions          ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:        11/22/2021          *Jamie Lynn Gallian*

**Jamie Lynn Gallian**
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    **F 1007-1.1.AMENDED.SUMMARY**
                              **001531**

EXHIBIT 35, PAGE 716

AMENDED
## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**5801 SKYLAB ROAD, HUNTINGTON BEACH, CA 92647**

A true and correct copy of the foregoing document entitled (*specify*):    **Summary of Amended Schedules and
Statements** will be served 11/22/2021 or was served **(a)** on the judge in chambers in the form and manner required by
LBR  5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
11-22-2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below
:

**Jeffrey I Golden (TR)    lwerner@wgllp.com,   jlg@trusteesolutions.net;  kadele@wgllp.com
D. Edward Hays    ehays@marshackhays.com; ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com;
cmendoza@marshackhays.com; cmendoza@ec.courtdrive.com
Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com. kfrederick@ecf.courtdrive.com
Mark A Mellor    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
Valerie Smith    claims@recoverycorp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL:** On _____ , I served the following persons and/or entities at the last known
addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

__ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **11/22/2021** , I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Huntington Beach Gables HOA
c/o  Feldsott & Lee
23161 Mill Creek Drive, Suite 300
Laguna Hills, CA 92653
**Email: feldsott@gmail.com
mpoole@calhoalaw.com**

Janine Jasso, Esq
16025 Warmington Lane
Huntington Beach, CA 92649
P.O. Box 370161
El Paso, TX 79937
**Email: j9_jasso@yahoo.com**

XX  Service information continued on attached
page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11-22-2021 | **ROBERT MCLELLAND** | *Robert McLelland* |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 2                   F 1007-1.1.AMENDED.SUMMARY
                                   001532              EXHIBIT 35, PAGE 717

| Fill in this information to identify your case and this filing: |
|---|

| Debtor 1 | **Jamie Lynn Gallian** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number   **8:21-bk-11710-ES**

■ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes. Where is the property?

1.1

**Located on APN 178-011-01
Tract 10542, Unit 4, Lot 376**

**16222 Monterey Ln. Spc 376**
Street address, if available, or other description

**Huntington Beach   CA   92649-0000**
City                State    ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $235,000.00 | $235,000.00 |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.  80 yr Ground Leasehold, APN 178-011-01, Tract 10542, Unit 4, Lot 376. OC Clk Rec. RS Bk 58 pg 35-36; Parcel Map, Bk 108 Pg 47, 48; MM Bk 456, Pg 49-50;

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:
**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.
HCD Decal No. LBM 1081. Serial Number AC7V710394GB/GA 56'x15'2".
Registered to Debtor. HCD COTA perfected 1/14/2019**

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>** | $235,000.00 |

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXHIBIT 35, PAGE 718

Debtor 1    **Jamie Lynn Gallian**                                              Case number *(if known)*   **8:21-bk-11710-ES**

**3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycle**

■ Yes        Lease 2020 Kia Sportage   Expires 12/2022
☐ No

**4.  Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here.........................................................=>    | **$0.00** |

| **Part 3:** | **Describe Your Personal and Household Items** |

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**6.  Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| Misc. household goods and furnishings<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
| waterford crystal set red and white wine glasses | $1,000.00 |

**7.  Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| Wall television, computer, printer and peripherals<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |

**8.  Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....        Location:  16222 Monterey Lane, Space 376, Huntington Beach CA 92649

| Lladro figurine collection (20) | $1,900.00 |

**9.  Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

**10.  Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes.  Describe.....

Official Form 106A/B                          Schedule A/B: Property                                    page 2

001534                         EXHIBIT 35, PAGE 719

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)*  **8:21-bk-11710-ES**

---

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| 5-year old Wired Terrier Dog | $25.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................

| |
|---|
| $8,925.00 |

**Part 4:**  Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.....................................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................              Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **EDD Debit account** | **Bank of America** | $3,793.00 |
| 17.2. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | $1,407.00 |

---

001535                         EXHIBIT 35, PAGE 720

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

| | | Alliant Credit Union--Only funds are Covid-19 | |
|---|---|---|---|
| 17.3. | **Savings** | relief funds from the government. | $2,600.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................      Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................
         Name of entity:                             % of ownership:

<u>J-Sandcastle Co, LLC</u>  single member entity had a bank account of  $9000.00 assets to B/A
Cashiers Chk. Uncashed space 376 rent funds.  Current less than $500.00
Original purpose of LLC was to hold HCD Registration to Debtor's residence.
HCD Registration was transferred to debtor on 2/25/2021 after voluntary
mediation with RDRMHE Park re: 2019 UD Case.  Park refused to countersign
lease agreement with HCD Registered Applicant, J-Sandcastle Co LLC.  Accord-
ing to Houser Bros Park Owner/Manager, Park Rules allegedly forbid home
to be held in business name; insistent only in an individual name.  However, Park allows
homes held  in Trust. Debtor unable to verify stated reason in RDRMHE Park Rules.    100 %      $500.00

J-PAD, LLC.  Manager-Managed  LLC.  Assets include bank account of less than $1,000;
 B/A Cashier;s Check approx, $13,710.00, from 7/9/21 Chase Bank- J-Sandcastle Co LLC;
Rent Checks tendered for space 376 as agreed.  Space rent tendered each month since filing
BK petition 7-9-21 by debtor (Alliant CU Acct.)  through December 31, 2021, Concurrently
with CA Covid-19 Relief AWARD 10/27/2021;  Houser Bros Co. caused further harm to
debtor, Houser Bros sent uncashed checks to various un-authorized entities including the
IRS, in violation of debtors STAY.
Debtors  J-Pad, LLC,  Holder of  COTA  perfected 1/14/2019.      100 %      $14,710.00

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
         Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
         Type of account:                   Institution name:

           **IRA**                    **Fidelity**                            $ 7,400.00

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ Yes
    ■ No. .                          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Case 8:21-bk-11710-ES    Doc 38    Filed 11/23/21    Entered 11/23/21 15:43:29    Desc
Main Document    Page 70 of 226

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|---|

■ No
☐ Yes.............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.

|  | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☐ No
■ Yes.  Give specific information..     **Probate estate of Charles J. Bradley, Jr.  Case No. 30-2017-00915711.
Uncertain what, if any, proceeds will pass to debtor.**

**Creditor's claim Estate of Charles James Bradley  Jr. filed by debtor for $1
million, June 2020, denied by Administrator, Sandra Bradley, approx.
March 29, 2021.  Unknown whether any recovery will be awarded.**                                        **Unknown**

---

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)*  **8:21-bk-11710-ES** |
|---|---|---|

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ Yes. Describe each claim.    Wrongful termination against United Airlines. No lawsuit filed.
☐ No .                          Claim filed Collective Bargaining with Association of Flight Attendants under
                                Railway Labor Act. Arbitration with Compa\ny & AFA requested and being pursued.          **Unknown**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
■ Yes. Describe each claim.........

| | | |
|---|---|---|
| *34.1* | Claim against Sandra Bradley and Houser Bros Co for failure to disclose real estate transaction May 2010, that ultimately lead to recordation of Grant Deed Doc # 2010219518 APN 937-63-053, Unit 53 in name of Houser Bros instead of intended transfer to Sandra L. Bradley Trust.          No lawsuit filed yet. | **Unknown** |
| *34.2* | Possible claim against Sandra Bradley for failure to disclose previous alleged ARC violations in connection with improvements to Unit 53 in 2014, 2015, 2016, at Alderport, that occurred prior to debtor became legal owner of the Alderport property on March 23, 2017, the subject of 4/11/2017 FAC 5/16/2017, Gables HOA civil complaint. | **Unknown** |
| *34.3* | Multiple claims against Tract 10542 Master Lessor Houser Bros Co. and Park Manager Houser Bros Co. dba Rancho Del Rey Mobilehome Estates for Violation(s) Davis Stirling Act; Civil Code; violations of MRL §798, et seq.  multiple acts (retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim filed 1/2/19.  Failure to counter sign Consumer Lease Agreement with Applicant(s); Registered Owners of bona fide purchase 2014 Skyline Custom Villa, LBM1081.<br>Possible award of Attorney Fees under Davis Stirling Act;  CA Civil Code; and (MRL) | **Unknown** |
| *34.4* | Personal Injury claim pending against Huntington Beach Gables HOA; Jesus Jasso, Jr. et al.  Case No. 30-2020-01153679.<br>Estimated  damages approximately $195,000. | **Unknown** |
| *34.5* | Due to pending litigation  potential right of debtor to reversionary interest  unexpired Ground Leasehold in Condominium Project Lot 1 & 2, Tract 10542, APN 178-011-01; 178-011-16,  Holding Alternate APN 178-771-03;<br>Original Master Lessor Houser Bros Co. and Robert P. Warmington, an Ind. Original Tenant; Robert P. Warmington, an Ind. Sublessor, assigned to Robert P. Warmington Company, Subleasee; Further assigned Declarant Robert P. Warmington Co. Sublessor assigned certain rights of the Declarant to various consumers until 2059, an 80-year GroundLeasehold and Subcondominium Leasehold Tract 10542, Lot 1 and 2;  Further rights clarified by Master Lessor and Sublessor in that certain First Amendment to CC&Rs filed OC Clerk Recorder, 8/5/1980, Doc No. 8005, detailing Consumer's Interest in Master Ground-Leasehold and Subcondominium Leasehold relative to Lot 1 & 2 Tract 10542 Hunt. Beach.<br>(Huntington Beach Gables HOA has filed a cross-complaint pending OCSC, in which Gables HOA seek a voiding of the debtors sale of unencumbered fee interest in debtor's previous residence; Ground Leasehold and SubCondominium Leasehold sold on 10/31/2018 to a bona fide purchaserfor value, Randall Nickels, including rights of Assignment of unexpired term of 80 yr Ground Leasehold and Subcondominium Leasehold from Debtor to purchaser Randall Nickels). | **Unknown** |
| **34.6** | Potential Victim Restitution Order from Defendant Jesus Jasso, Jr, PC§242 OCSC Case No. 19WM09951<br>.        Approx. economic damages  $ 73,000.00 | **Unknown** |

35. **Any financial assets you did not already list**

☐ No
■ Yes.  Give specific information..    CA COVID-19 Award - State of California.  Landlord refused to participate or apply on behalf of this tenant after receiving Tenants Declaration re: Covid related afflictions from Tenant.  Tenant applied 6/9/21 and was Awarded Relief on 10/27/2021.          **$24,301.55**

Landlord waited three weeks to notify Counsel in UD case of funds received.  Landlord refused to dismiss UD case.  Application to avoid Lease Forfeiture Filed @ CJC.

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here..................................................................................   **$ 54,711.55**

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Case 8:21-bk-11710-ES    Doc 39    Filed 11/23/21    Entered 11/23/21 15:43:29    Desc
Main Document    Page 92 of 236

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| --- | --- |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
| --- | --- |

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

54.   **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................   | **$0.00** |

| **Part 8:** | List the Totals of Each Part of this Form |
| --- | --- |

| 55. | **Part 1: Total real estate, line 2** .......................................................................................... | | **$235,000.00** |
| --- | --- | --- | --- |
| 56. | **Part 2: Total vehicles, line 5** | **$0.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$8,925.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$54,711.55** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$63,636.55** | Copy personal property total | **$63,636.55** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$298,636.55** |

**Fill in this information to identify your case:**

Debtor 1        **Jamie Lynn Gallian**
                First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number    **8:21-bk-11710-ES**
(if known)

■ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649  Orange County**<br>APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".<br>Line from *Schedule A/B*: **1.1** | $235,000.00 | ■ $600,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.730** |
| **Misc. household goods and furnishings**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **6.1** | $3,500.00 | ■ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **waterford crystal set red and white wine glasses**<br>Line from *Schedule A/B*: **6.2** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |

Case 8:21-bk-11710-ES   Doc 39   Filed 11/23/21   Entered 11/23/21 15:43:29   Desc
Main Document      Page 14 of 28

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wall television, computer, printer and peripherals**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, to any applicable statutory limit | C.C.P. § 704.020 |
| **Lladro figurine collection (20)**<br>Line from *Schedule A/B*: **8.1** | $1,900.00 | ■ $1,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Misc. clothing**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **CA COVID-19 TENANT RELIEF AWARD 10-27-2021**<br>Line from *Schedule A/B*: **35** | $24,302.00 | ■ $24,302.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.170<br><br>**Executive Order N-57-20** |
| **EDD Debit account: Bank of America**<br>Line from *Schedule A/B*: **17.1** | $3,793.00 | ■ $3,793.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.2** | $1,407.00 | ■ $1,407.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.3** | $2,600.00 | ■ $381.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.3** | $2,600.00 | ■ $2,219.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.1** | $7,400.00 | ■ $7,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

001541

EXHIBIT 35, PAGE 726

| Debtor 1 | **Jamie Lynn Gallian** | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.1** | **$7,400.00** | ■           **$7,400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr.  Case No. 30-2020-01153679.  Estimated damages $195,000.**<br>Line from *Schedule A/B*: **34.4** | **Unknown** | ■      **$195,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |
| **Potential Award Victim Economic Restitution against Jesus Jasso, Jr. PC §242.  DOI 8/5/2018.   OCSC  19WM09951**<br>**Line from Schedule A/B: 34.6** | **Unknown** | XX     **$73,000.00**<br>**100% of fair market value, up to any applicable statutory limit** | **C.C.P.  704.140** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☐  No
■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐  No
    ■  Yes

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |
| (if known) | |

■ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Houser Bros. Co.**<br>**dba Rancho Del Rey Mobilehome Est.**<br>**17610 Beach Blvd. Ste. 32**<br>**Huntington Beach, CA 92647** | **Unexpired Groundlease Tract 10542, Unit 4, Lot 376 located 16222 Monterey Lane, Huntington Beach, California  APN 178-011-01.** |
| 2.2  **Hyundai Capital America**<br>**PO BOX 269011**<br>**Plano, TX 75026** | **Vehicle lease for 2020 Kia Sportage.  Expires 12/1/2022** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number (if known) | **8:21-bk-11710-ES** |

■ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

1.  **What is your current marital status?**

☐ Married
■ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **4476 Alderport Dr. #53 Huntington Beach, CA 92649** | From-To: **11/23/2009 to 9/10/2018** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **5782 Pinon Dr. Hunt Bch 92649** | **9/11//2018 to 10/31/2018** | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
|---|---|

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| For last calendar year: (January 1 to December 31, 2020 ) | ■ Wages, commissions, bonuses, tips | $1,408.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

001544                        EXHIBIT 35, PAGE 729

Debtor 1   **Jamie Lynn Gallian**                                        Case number *(if known)*   **8:21-bk-11710-ES**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| For the calendar year before that:<br>(January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips | $3,375.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | Unemployment | $11,000.00 | | |
| For last calendar year:<br>(January 1 to December 31, 2020 ) | Unemployment | $21,227.00 | | |
| For last calendar year:<br>(January 1 to December 31, 2019 ) | Retirement Income<br>401k Loan Default; Taxed in 2020 | $31,922.58 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

      During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
      ☐ No.    Go to line 7.
      ☐ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
         * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ■ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
      During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?
      ■ No.    Go to line 7.
      ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

001545

EXHIBIT 35, PAGE 730

Case 8:21-bk-11710-ES   Doc 39   Filed 11/22/21   Entered 11/23/21 15:23:29   Desc
Main Document   Page 10 of 28

Debtor 1   Jamie Lynn Gallian _____   Case number (if known)   8:21-bk-11710-ES

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Houser Bros. Co. vs. Jamie Lynn Gallian 30-2019-01041423-CI-UD-CJC | Unlawful Detainer filed 1/2/2019 regarding Lot 376, Tract 10542, Unit 4, Unexpired term of 80 yr. Ground Leasehold APN 178-011-16 | Orange County Superior Court 700 W. Civic Center Dr. West Santa Ana, CA 92701 | ■ Pending ☐ On appeal ☐ Concluded |
| Randall L. Nickell vs. Huntington Beach Gables HOA, et. al. 30-2020-01163055-CU-OR-CJC | Cross-complaint to set aside a voidable sale filed 2 years after Trial Court approved 2018 sale of debtors unencumbered Fee Interest, Subcondominium Leasehold in Unit 53, APN 937-630-53, in retaliation of 2020 Complaint by Randall Nickel vs. Huntington Beach Gables HOA, et al.   Unencumbered sale to a bona fide purchaser, Randall Nickell on October 31, 2018, for valuable consideration including Assignment of Unexpired 80 yr. Ground Leasehold thru 2059 & SubCondominium Leasehold Estate,Tract 10542, Lot 1 & 2, Gables subd. | Orange County Superior Court 700 Civic Center Dr. We st Santa Ana, CA 92701 | ■ Pending ☐ On appeal ☐ Concluded **Debtor is a cross defendant** |
| Estate of Charles James Bradley, Jr. OCSC Probate Court 30-2017-00915711 | Determine heirship in probate. | Orange County Superior Court 700 Civic Center Dr. West Santa Ana, CA 92701 | Pending |

Official Form 107            Statement of Financial Affairs for Individuals Filing for Bankruptcy            page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

001546            EXHIBIT 35, PAGE 731

Case 8:21-bk-11710-ES    Doc 39    Filed 11/23/21    Entered 11/23/21 15:43:29    Desc
Main Document      Page 27 of 28

Debtor 1    **Jamie Lynn Gallian**                                           Case number *(if known)*    **8:21-bk-11710-ES**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Huntington Beach Gables HOA vs. Sandra Bradley, et. al.**<br>**30-2017-00913985** | Collections | **Orange County Superior Court**<br>**700 Civic Center Dr. West**<br>**Santa Ana, CA 92701** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**post judgment collections actions** |
| **Huntington Beach Gables HOA vs. Jamie Gallian**<br>**30-2017-00962999-CU-HR-CJC** | Collections | **Orange County Superior Court**<br>**700 Civic Center Dr. West**<br>**Santa Ana, CA 92701** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Jamie Lynn Gaillan vs. Jesus Jasso, Jr, et. al; Huntington Beach Gables HOA.**<br>**30-2020-01153679** | personal injury | **Orange County Superior Court**<br>**700 Civic Center Dr. West**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
   Check all that apply and fill in the details below.

   ■ No. Go to line 11.
   ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
   ■ No
   ☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
   ■ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
   ■ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address *(Number, Street, City, State and ZIP Code)* | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 4

001547                    EXHIBIT 35, PAGE 732

| Debtor 1 | **Jamie Lynn Gallian** | | Case number (*if known*) | **8:21-bk-11710-ES** |

---

| **Part 6:** | **List Certain Losses** |

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| **Part 7:** | **List Certain Payments or Transfers** |

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer (Debtor)<br>Jamie Lynn Gallian<br>Address: 16222 Monterey Ln. #376<br>Huntington Beach, CA 92649<br><br>Person's Relationship to you;<br>J-Sandcastle Co LLC, It's Member | Description and value of property transferred<br><br>**Registration Individual Name**<br>2014 Skyline Manufactured Home,<br>LBM1081.<br>For 0.00 consideration. | Describe any property or payments received or debts paid in exchange<br><br>J-Sandcastle Co surrendered (Chase) uncashed rent check funds; Dep. B/A to Legal Owner, J-Pad, LLC, Cashier Chk-B/A RDRMHE pending CJC Dismissal UD. | Date transfer was made<br><br>Registered Ind. name with HCD  2/25/2021, to satisfy request of Park Mgr. Houser Bros Co. |
|---|---|---|---|
| James H. Casello<br>Casello & Lincoln<br>525 Cabrillo Park Dr. Ste. 104 | $43,000 legal fees | Legal services | multiple: 2019 to 2020 |
| Santa Ana, CA 92701<br><br>Michael T. Chulak & Assoc.<br>30343 Canwood St. Ste. 203<br>Agoura Hills, CA 91301<br>None | $8,700 | Legal services | 2018 to 2019 |
| Michael S. Devereux, Esq.<br>9171 Wilshire Blvd. Ste. 500<br>Beverly Hills, CA 90210<br><br>None | $5,000 | legal services | 2018 to 2019 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

001548

EXHIBIT 35, PAGE 733

Debtor 1   **Jamie Lynn Gallian**                                                      Case number *(if known)*   **8:21-bk-11710-ES**

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of<br>property transferred | Describe any property or<br>payments received or debts<br>paid in exchange | Date transfer was<br>made |
|---|---|---|---|
| Steven A. Fink, Esq<br>13 Corporate Plaza Dr. Ste. 150<br>Newport Beach, CA 92660<br><br>None | $30,000 | legal services | 2019 to 2020 |
| David R. Flyer, Esq.<br>4120 Birch St. Ste. 101<br>Newport Beach, CA 92660    None | $17,000 | Legal services | 2018 to 2019 |
| Sherry Garrels, Esq.<br>12660 Brookhurst St. #103    None<br>Garden Grove Ca 92840 | $ 5,000 | Legal Services<br>West Ct.- Jasso matter | 2020-2021 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a
beneficiary?** (These are often called *asset-protection devices.*)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was<br>made |
|---|---|---|
| | | |

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed,
sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage
houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP<br>Code) | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|
| | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities,
cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access<br>to it?<br>Address (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|
| | | | |

001549                    EXHIBIT 35, PAGE 734

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* | 8:21-bk-11710-ES |

---

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name Address *(Number, Street, City, State and ZIP Code)* | Where is the property? *(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

---

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site Address *(Number, Street, City, State and ZIP Code)* | Governmental unit Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site Address *(Number, Street, City, State and ZIP Code)* | Governmental unit Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title Case Number | Court or agency Name Address *(Number, Street, City, State and ZIP Code)* | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

Debtor 1    **Jamie Lynn Gallian**                                   Case number *(if known)*    **8:21-bk-11710-ES**

☐   **No. None of the above applies. Go to Part 12.**

■   **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **J-Sandcastle Co., LLC**<br>**16222 Monterey Lane #376**<br>**Huntington Beach, CA 92649** | **Residential Management** | **EIN:**     **83-2453659**<br><br>**From-To**   **10/19/2018-11/22/2021** |
| **J-Pad, LLC**<br>**21742 Anza Ave.**<br>**Torrance, CA 90503** | **Residential Management.** | **EIN:**     **82-4203776**<br><br>**From-To**   **2/9/2018-11/22/2021** |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■   **No**
☐   **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
|   |   |

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

*Jamie Lynn Gallian*
**Jamie Lynn Gallian**                                   **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **11/22/2021**                                   Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

001551                          EXHIBIT 35, PAGE 736

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number (if known) | **8:21-bk-11710-ES** |

■ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7                                   12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

**1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **J-Pad, LLC,**<br><br>Description of property securing debt: **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | □ Surrender the property.<br>□ Retain the property and redeem it.<br>□ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br><br><br>**Retain.** | □ No<br><br>■ Yes |
| Creditor's name: **PEOPLE OF THE ST OF CALIFORNIA**<br><br>Description of property: **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.** | □ Surrender the property.<br>□ Retain the property and redeem it.<br>□ Retain the property and enter into a *Reaffirmation Agreement.* | □ No<br><br>■ Yes |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

001552                    EXHIBIT 35, PAGE 737

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

| property securing debt: | Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2". | ■ Retain the property and [explain]:<br>**1. Lien To Be Avoided By 522(f) or Other Means;**<br>**2. Fines, Fees paid to WJC Superior Court as Ordered on 12/13/2019.**<br>**Attorney Fee civil award Janine Jasso, Esq. 1/27/2020, not a restitution award to a "Government Entity", possible eligible discharge warranted.** |

| Creditor's name: | **Huntington Beach Gables Homeowners Association** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ☐ No<br><br><br>■ Yes |
| Description of property securing debt: | **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County** APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2". | **Lien to be avoided by 522(f) or other means.**<br>Janine Jasso, Esq.  filed with SOS,July 2020, Notice of JL duplicate of JL December 2018, Huntington Beach Gables Homeowners Association. | |

---

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**

| | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | Master Lessor - Houser Bros. Co. GP;  Original Tenant Robert P. Warmington, an Ind.<br>**Park Mgr. Houser Bros Co dba Rancho Del Rey Mobilehome Estates (Manufactured Home Park consisting of Tract 10542, Unit 1, 2, 3,& 4) Parcel Map Bk 108 Pg 47-48 Original Tenant Robert P. Warmington, Ind. to Assigned to Sublessee Robert P. Warmington Co,; 1986 Warmington Assigned to John Wertin,G/HB Investors; BS Investors, assigned to themselves due to (Wertin BK); Master Lessor Houser Bros Co (Craig Houser and Tenant BS Investors, Hugh Saddington) Amended Ground Lease 2005 without NOTICE to Consumers. Ground Lease Amendment 2003 after Court Trial ending in 2002.** | ☐ No<br><br>■ Yes |
| Description of leased Property: | **Unexpired Ground lease, Tract 10542, Unit 4, Lot 376 located APN 178-011-01; 16222 Monterey Lane, Huntington Beach, California. Expires 2059.   Unexpired Ryan 2006 Ground Lease Lot 376; In 2013, old mobilehome tear out; Lisa Ryan replaced with New 2014 Skyline Custom Villa, Park continued 2006 executed Space 376 agreement, Seller Lisa Ryan Assigned Lot 376 space agreement, location of new construction 2014 Skyline Home LBM1081 sold to Jamie Gallian after court approved sale, 10/18/2018, CJC, Judge Carmen Luege, confirmed 3/6/2019.** | |
| Lessor's name:<br>Description of leased Property: | **Hyundai Capital America Vehicle lease for 2020 Kia Sportage.  Expires 12/1/2022** | ☐ No<br>■ Yes |

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  *Jamie Lynn Gallian*                                              X  _____
**Jamie Lynn Gallian**                                                    Signature of Debtor 2
Signature of Debtor 1


Date      **11/22/2021**                                              Date  _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

EXHIBIT 36

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jamie Lynn Gallian**<br>**16222 Monterey Ln. #376**<br>**Huntington Beach, CA 92649**<br>jamiegallian@gmail.com<br>**(714) 321-3449** | **FILED**<br><br>**DEC 0 1 2021**<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
| ☐ *Attorney appearing for Debtor*<br>☑ *Individual appearing without attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION**

| In re:<br><br>**Jamie Lynn Gallian**<br><br><br><br><br>Debtor(s) | CASE NO.: **8:21-bk-11710-ES**<br><br>CHAPTER: **7**<br><br>**AMENDED**<br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B      ☐ Schedule C      ☑ Schedule D      ☑ Schedule E/F      ☐ Schedule G

☐ Schedule H      ☐ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)      ☐ Statement of Intentions      ☑ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and/or statements are true and correct.

Date: _____11/30/2021_____

*Jamie Lynn Gallian*
**Jamie Lynn Gallian**
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    **F 1007-1.1.AMENDED.SUMMARY**

AMENDED
## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**5801 SKYLAB ROAD, HUNTINGTON BEACH, CA 92647.**

A true and correct copy of the foregoing document entitled (*specify*):    **Summary of Amended Schedules D, E,
F and Statements** will be served 11/30/2021 or was served **(a)** on the judge in chambers in the form and manner
required by  LBR  5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
11-30-2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below  :

Jeffrey I Golden (TR)   lwerner@wgllp.com,  jlg@trusteesolutions.net;  kadele@wgllp.com
D. Edward Hays   ehays@marshackhays.com; ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com;
cmendoza@marshackhays.com; cmendoza@ec.courtdrive.com;
Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com. kfrederick@ecf.courtdrive.com
Mark A Mellor   mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
Valerie Smith   claims@recoverycorp.com
United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov

☐   Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:** On _____ , I served the following persons and/or entities at the last known
addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

__ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **11/30/2021** , I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Huntington Beach Gables HOA
c/o  Feldsott & Lee
23161 Mill Creek Drive, Suite 300
Laguna Hills, CA 92653
**Email: feldsott@gmail.com**
mpoole@calhoalaw.com

Janine Jasso, Esq
16025 Warmingon Lane
Huntington Beach, CA 92649
P.O. Box 370161
El Paso, TX 79937
**Email: j9_jasso@yahoo.com**

X X  Service information continued on attached
page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11-30-2021 | **ROBERT MCLELLAND** | *Robert McLelland* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* bobwentflying@yahoo.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1.    Huntington Beach Gables
      Homeowners Association
      Pejman D. Kharrazian, Esq.
      10200 Willow Creek Road, Suite 100
      San Diego, CA 92131
      Email Address: pkharrazian@epsten.com

8.    Janine B. Jasso, Esq.
      P.O. Box 370161
      El Paso, TX 79937
      Email: j9_jasso@yahoo.com

2.    Huntington Beach Gables Homeowners Association
      Michael Poole, Esq.
      23161 Mill Creek Drive, Suite 300
      Laguna Hills, CA 92653
      Email Address: mpoole@calhoalaw.com

3.    Sandra L. Bradley, Administrator
      Estate of Charles J. Bradley, Jr.
      18 Meadow Wood
      Coto De Caza, CA 92679
      SandyBrad@cox.net

4.    Sandra L. Bradley, Administrator
      Estate of Charles J. Bradley, Jr.
      Ross, Wolcott, Teinert & Prout, LLP
      Suzanne Tague, Esq.
      3151 Airway Avenue, Suite S-1
      Costa Mesa, CA 92626
      stague@rossllp.com

5.    Houser Bros Co.
      Craig Houser
      16222 Monterey Ln.
      Huntington Beach, CA 92649
      chouser@ranchodelreymhe.com

6.    Houser Bros Co
      Vivienne Alston
      27201 Puerta Real, Suite 300
      Mission Viejo CA 92691
      valston@aadlawyers.com

7.    James H. Casello, Esq.
      Casello & Lincoln
      525 Cabrillo Park Drive, Suite 104
      Santa Ana, CA 92701
      jhctlex@yahoo.com

          EXHIBIT 36, PAGE 741

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral | Unsecured |
| | | Do not deduct the | that supports this | portion |
| | | value of collateral. | claim | If any |

| 2.1 | **Jamie Gallian; Steven Gallian; Brian Gallian** | Describe the property that secures the claim: | $225,000.00 | $235,000.00 | $10,000.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | | | |

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**16222 Monterey Ln. #376
Huntington Beach, CA
92649**

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number

Date debt was incurred

CA Sec. of State UCC-1, File No. 19761916827, 1/14/2019.  Manufactured Home Transaction, Amended 09/12/2021.  Debtor is Holder of a Security Agreement and Promissory Note dated 11/16/2018 against LBM1081 Serial No; 7V710394GB/GA, HCD COTA perfected 1/14/2019. HCD Registration changed 2/25/2021 named Ind., Jamie Gallian, to obtain promised countersigned lease hold agreement from Landlord and end ~~Frivolous Unlawful Detainer Case~~ filed 1/2/19, pending for three years.  Debtors single member LLC original HCD registration refused a Ground Lease Agreement Sp 376.

| Official Form 106D | Schedule D: Creditors Who Have Claims Secured by Property | page 1 of 2 |
|---|---|---|
| Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

EXHIBIT 36, PAGE 742

Case 8:21-bk-11710-ES    Doc 42    Filed 12/01/21    Entered 12/01/21 14:07:41    Desc
Main Document        Page 5 of 15

| Debtor 1 | **Jamie Lynn Gallian** | | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Add the dollar value of your entries in Column A on this page. Write that number here: | $225,000.00

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here: | $225,000.00

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

001559          EXHIBIT 36, PAGE 743

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION | | |
| Case number | **8:21-bk-11710-ES** | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:** List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number  3936 | $3,361.00 | $3,361.00 | $0.00 |

Priority Creditor's Name
**Insolvency**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?  **2018**

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify  **income tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:** List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                                    **Total claim**

Case 8:21-bk-11710-ES    Doc 42    Filed 12/01/21    Entered 12/01/21 14:07:41    Desc
Main Document    Page 7 of 15

Debtor 1    **Jamie Lynn Gallian**                                        Case number (if known)    **8:21-bk-11710-ES**

---

**4.1**    **Huntington Beach Gables**
**Homeowners Association**
**Gordon, Reese, Scully & Mansukhani**    Last 4 digits of account number    **N/A**                              **$75,000.00**
Nonpriority Creditor's Name
**633 W. 5th St. Fl. 52**                  When was the debt incurred?    **2017-2021**
**Los Angeles, CA 90071**
Number Street City State Zip Code         As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☑ Debtor 1 only                           ☐ Contingent
☐ Debtor 2 only                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community    ☐ Student loans
debt
                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?           report as priority claims
☑ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                     ☑ Other. Specify    **attorney fees; possible appeal remittur amount owed as**
                                          **part of HOA lawsuits to Defense Insurane Company.**

---

**4.2**    **Houser Bros Co.**            Last 4 digits of account number    **376**                               **$30,000.00**
Nonpriority Creditor's Name
**dba Rancho Del Rey Mobilehome**         When was the debt incurred?    **2018-2021**
**Estates**
**17610 Beach Blvd. Ste. 32**
**Huntington Beach, CA 92647**
Number Street City State Zip Code         As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☑ Debtor 1 only                           ☐ Contingent
☐ Debtor 2 only                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ☑ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community    ☐ Student loans
debt
                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?           report as priority claims
☑ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                     ☑ Other. Specify    **possible past rent due space 376 as a result of Landlord RDRMHE refusal to**
                                          **accept tendered payments from Tenant since 2018-2021; Landlord Refusal to**
                                          **apply to CA Covid-19 Rent Relief Program on behalf of Tenant.  Tenant**
                                          **submitted CA Covid Relief Application 6/9/2021, awarded relief 10/27/2021.**

---

**4.3**    **Huntington Beach Gables HOA**    Last 4 digits of account number    **3985**                           **$413,000.00**
Nonpriority Creditor's Name
**c/o Epstein, Grinnell & Howell, APC**    When was the debt incurred?    **2017-2020**
**10200 Willow Creek Rd. Ste. 100**
**San Diego, CA 92131**
Number Street City State Zip Code         As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☑ Debtor 1 only                           ☐ Contingent
☐ Debtor 2 only                           ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only              ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☑ Check if this claim is for a community    ☐ Student loans
debt
                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?           report as priority claims
☑ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                     ☑ Other. Specify    **Attorneys fees, filing costs, other fees owed to HOA**
                                          **and HOA Board Members;**

---

001561                    EXHIBIT 36, PAGE 745

Case 8:21-bk-11710-ES    Doc 42    Filed 12/01/21    Entered 12/01/21 14:07:41    Desc
Main Document    Page 8 of 15

Debtor 1  Jamie Lynn Gallian                                                    Case number (if known)   8:21-bk-11710-ES

| 4.4 | Huntington Beach Gables HOA | Last 4 digits of account number | 3985 | $46,138.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
c/o Epstein, Grinnell & Howell, APC    When was the debt incurred?   2018
10200 Willow Creek Rd. Ste. 100
San Diego, CA 92131
Number Street City State Zip Code
Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community         ☐ Student loans
debt                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 ■ Other. Specify  **Attorneys fees, filing costs, other fees owed to HOA**
☐ Yes                                            **and HOA Board Members**

| 4.5 | James H. Casello | Last 4 digits of account number | N/A | $50,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
Casello & Lincoln                      When was the debt incurred?   2019-2021
525 N. Cabrillo Park Dr. Ste. 104
Santa Ana, CA 92701
Number Street City State Zip Code
Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community         ☐ Student loans
debt                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify  **legal services**

| 4.6 | Huntington Beach Gables Homeowners Association (Cross Complaint) | Last 4 digits of account number | 3055 | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
c/o Feldsott & Lee                     When was the debt incurred?   2018
23161 Mill Creek Dr. Ste. 300
Laguna Hills, CA 92653
Number Street City State Zip Code
Who incurred the debt? Check one.                As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                  ☐ Contingent          Debtor is a Co-Defendant
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community         ☐ Student loans
debt                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                  report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 ■ Other. Specify  **possible debt owed in connection CJC Randall Nickel vs Huntington**
☐ Yes                                            **Beach Gables Homeowners Association; HOA Gables filed**
                                                 **Cross Complaint filed against Debtor and Nickel.**

001562                    EXHIBIT 36, PAGE 746

Debtor 1   **Jamie Lynn Gallian**                                    Case number (if known)   **8:21-bk-11710-ES**

---

| 4.7 | **Orange County Superior Court** | Last 4 digits of account number | **3985** | **$5,000.00** |

Nonpriority Creditor's Name
**c/o Feldsott & Lee
23161 Mill Creek Dr. Ste. 300
Laguna Hills, CA 92653**
Number Street City State Zip Code

When was the debt incurred?   **2021**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Check if this claim is for a community debt

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Same day citation recalled ; illness; related to misc. HOA debtor examination collection case.**

---

| 4.8 | **Patricia Ryan and Lisa Ryan** | Last 4 digits of account number | **N/A** | **Unknown** |

Nonpriority Creditor's Name
**20949 Lassen St. #208
Chatsworth, CA 91311**
Number Street City State Zip Code

When was the debt incurred?   **2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:

□ Check if this claim is for a community debt

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **possible reimbursement owed due to failure of mobilehome park owner to prior owner of home purchased by debtor. Listed solely as a precaution. Potential Funds due for L. Ryan 2014 MH LBM1081 for 2018 sale,**

---

| 4.9 | **People of State of California
Janine B. Jasso, Esq.** | Last 4 digits of account number | **8287** | **$9,400.00** |

Nonpriority Creditor's Name
**West Justice Center
8141 13th St.
Westminster, CA 92683**
Number Street City State Zip Code

When was the debt incurred?   **2018**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another

□ Contingent
□ Unliquidated
■ Disputed   **On Appeal 30-2021-01189657**

Type of NONPRIORITY unsecured claim:

■ Check if this claim is for a community debt

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **WJC Order 12/12/19, Paid Fees & Fine at WJC 12/13/19.**
■ **Subsequent civil atty fee order entered 1/27/2021 30-2018-00986785**

---

Debtor 1   **Jamie Lynn Gallian**                                    Case number (if known)   **8:21-bk-11710-ES**

| 4.10 | **Sandra Bradley** | | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?   **2017-2021**

**18 Meadow Wood
Coto De Caza, CA 92769**

Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   Atty Fees Civil RO Case

---

| 4.11 | **Randall Nickell** | | Last 4 digits of account number   **3055** | | | **Unknown** |

Nonpriority Creditor's Name
**4476 Alderport Dr.
Huntington Beach, CA 92649**

When was the debt incurred?   **2018**

Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Listed as a precaution for possible claims related to 10/31/2018 sale of Unencumbered Fee Interest in APN 937-63-053; Assignment of Ground leasehold; Assignment of Subcondominium Lot 1 & 2 Tract 10542, APN 178-011-01; alternate 178-771-03, Gables Subd, Huntington Beach, CA**

---

| 4.12 | **BS Investors, LP**
**Robert P. Warmington Co.** | | Last 4 digits of account number   **0376** | | | **$30,000.00** |

Nonpriority Creditor's Name
**c/o BS Investors, LP
18201 Von Karmen Ste. 450
Irvine, CA 92612**

When was the debt incurred?   **2018-2020**

Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Unexpired Ground Lease payments Tract 10542, Unit 4 ,Lot 376, Rancho Del Rey mobile home park  APN 178-011-16**

---

Case 8:21-bk-11710-ES    Doc 42    Filed 12/01/21    Entered 12/01/21 14:07:41    Desc
Main Document      Page 11 of 15

Debtor 1   **Jamie Lynn Gallian**                                          Case number (if known)   **8:21-bk-11710-ES**

| 4.1 3 | **United Airlines** | | |
|---|---|---|---|

Nonpriority Creditor's Name | **Last 4 digits of account number**   **0092** | | **$9,600.00** |

**PO BOX 0675**
**Carol Stream, IL 60132-0675**
Number Street City State Zip Code

**When was the debt incurred?**   **2019-2020**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Cobra payments**

| 4.1 4 | **US Bank** | | |
|---|---|---|---|

Nonpriority Creditor's Name | **Last 4 digits of account number**   **6482** | | **$9,145.00** |

**Attn: Bankruptcy Dept**
**Po Box 5229**
**Cincinnati, OH 45201**
Number Street City State Zip Code

**When was the debt incurred?**   **?**

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **misc. purchases**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**BS Investors/Robert P. Warmington**
**c/o Gorden May**
**Grant, Genovese & Baratta**
**2030 Main St. Ste. 1600**
**Irvine, CA 92614**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):

- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **N/A**

Name and Address
**Huntington Beach Gables HOA**
**c/o Feldsott & Lee**
**23161 Mill Creek Dr. Ste. 300**
**Laguna Hills, CA 92653**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):

- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **3985**

Name and Address
**Janine B. Jasso, Esq.**
**16025 Warmington Lane**
**Huntington Beach, CA 9264**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):

- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **3985**

---

Official Form 106 E/F               Schedule E/F: Creditors Who Have Unsecured Claims                     Page 6 of 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Case 8:21-bk-11710-ES   Doc 42   Filed 12/01/21   Entered 12/01/21 14:07:41   Desc
Main Document    Page 12 of 15

| Debtor 1 | **Jamie Lynn Gallian** | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Jennifer Paulin**<br>**4446 Alderport Dr.**<br>**Huntington Beach, CA 92649** | Line **4.3** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **3985** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Lee Gragnano**<br>**16062 Warmington Ave.**<br>**Huntington Beach, CA 92649** | Line **4.3** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **3985** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Lindy Beck**<br>**4443 Chase Dr.**<br>**Huntington Beach, CA 92649** | Line **4.3** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **3985** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Lori Burrett**<br>**16107 Sherlock Lane**<br>**Huntington Beach, CA 92649** | Line **4.3** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **3985** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Randell Nickel**<br>**c/o Mark Mellor, Esq. Ste. 220**<br>**6800 Indiana Ave.**<br>**Riverside, CA 92506** | Line **4.11** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **3055** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Ted Phillips**<br>**17912 Sandra Lee**<br>**Huntington Beach, CA 92649** | Line **4.3** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **3985** |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. $ | 3,361.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ | 3,361.00 |
| | 6f. | Student loans | 6f. $ | Total Claim<br>0.00 |
| **Total claims from Part 2** | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 677,283.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | 680,644.00 |

001566                    EXHIBIT 36, PAGE 750

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jamie Lynn Gallian**<br>**16222 Monterey Ln #376**<br>**Huntington Beach, CA 92649**<br>**(714) 321-3449**<br>**jamiegallian@gmail.com** | |

☐ *Attorney for Debtor*

■ *Debtor appearing without an attorney*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

| In re: | |
|---|---|
| **Jamie Lynn Gallian** | CASE NO.: **8:21-bk-11710-ES**<br>CHAPTER: **7** |
| | Amended<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **11/30/21** _____

*Jamie Lynn Gallian*
Signature of Debtor 1 **Jamie Lynn Gallian**

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                            **F 1007-1.MAILING.LIST.VERIFICATION**

**001567**                        EXHIBIT 36, PAGE 751

```
BS Investors LP Robert P. Warmington
c/o Gorden May, Esq.
Grant, Genovese & Baratta
2030 Main St. Ste. 1600
Irvine, CA 92614

Huntington Mobile Home Investments,
LLC
1100 Newport Beach Blvd. Ste 1150
Newport Beach, CA 92660

Huntington Mobile Home Inv. LLC.
430 S. San Dimas Ave.
San Dimas, CA 91733

Hyundai Capital America
PO BOX 269011
Plano, TX 75026

Janine Jasso
16025 Warmington Lane
Huntington Beach, CA 92649

Jennifer Paulin
4446 Alderport Dr.
Huntington Beach, CA 92649

Lee Gragnano
16062 Warmington Ave.
Huntington Beach, CA 92649

Lindy Beck
4443 Chase Dr.
Huntington Beach, CA 92649

Lori Burrett
16107 Sherlock Lane
Huntington Beach, CA 92649
```

EXHIBIT 36, PAGE 752

```
Orange County Superior Court
c/o Feldsott & Lee
23161 Mill Creek Dr. Ste. 300
Laguna Hills, CA 92653

Randall Nickell
4476 Alderport Dr.
Huntington Beach, CA 92649

Randell Nickel
c/o Mark Mellor, Esq.
6800 Indiana Ave. Ste. 220
Riverside, CA 92506

Robert P. Warmington Co.
c/o BS Investors LP
18201 Von Karmen Ste. 450
Irvine, CA 92612

Sandra Bradley
18 Meadow Wood
Coto De Caza, CA 92679

Suzanne Tague
Ross, Wolcott,Teinert, Prout
3151 Airway Ave. S-1
Costa Mesa, CA 92626

Ted Phillips
17912 Sandra Lee
Huntington Beach, CA 92649

United Airlines
233 S. Wacker Dr.
Chicago, IL 60606

Association of Flight Attendants
6250 No. River Road Ste. 4020
Rosemont, IL. 60018
```

EXHIBIT 36, PAGE 753

EXHIBIT 37

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **JAMIE LYNN GALLIAN**<br>**16222 MONTEREY LANE UNIT 376**<br>**HUNTINGTON BEACH, CA 92649**<br>**(714)321-3449**<br>**jamiegallian@gmail.com** | **FILED**<br>**MAR 1 1 2022**<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

☐ Attorney for Debtor
☑ Individual appearing without attorney

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION**

| In re: <br><br>    **Jamie Lynn Gallian** <br><br><br><br><br> Debtor(s) | CASE NO.: **8:21-bk-11710-ES**<br><br>CHAPTER: **7**<br><br><br>**SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B      ☑ Schedule C      ☑ Schedule D      ☑ Schedule E/F      ☑ Schedule G

☑ Schedule H      ☑ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☑ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)      ☑ Statement of Intentions      ☑ Master Mailing List

☑ Other (specify)   **Statement of Related Cases LBR Form 1015-2 ; Form 122-A Statement of Current Income and Expenses**

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and/or statements are true and correct.

Date:   **3/10/2022**

_____
**Jamie Lynn Gallian**
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                          Page 1                          F 1007-1.1.AMENDED.SUMMARY

001571                          EXHIBIT 37, PAGE 754

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**5801 Skylab Road Huntington Beach, CA 92647**

A true and correct copy of the foregoing document entitled (*specify*):   **Summary of Amended Schedules, Master
Mailing List, and or Statements**   will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
3/11/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jeffrey I Golden (TR)   lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
Mark A Mellor   mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
Valerie Smith   claims@recoverycorp.com
United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov

☒ Service information continued on attached
page

2.   **SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known
addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

3.   **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/11/2022 | Robert McLelland | *Robert McLelland* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

001572                          EXHIBIT 37, PAGE 755

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Aaron E DE Leest on behalf of Trustee Jeffrey I Golden (TR)
adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com

Jeffrey I Golden (TR)     lwerner@wglp.com, jig@trusteesolutions.net; kadele@wgllp.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Plaintiff Houser Bros. Co.
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Houser Bros. Co.
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Mark A Mellor on behalf of Defendant Randall L Nickel
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Mark A Mellor on behalf of Interested Party Courtesy NEF
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Valerie Smith on behalf of Interested Party Courtesy NEF        claims@recoverycorp.com

United States Trustee (SA)      ustpregion16.sa.ecf@usdoj.gov

## 2. SERVED BY U.S. MAIL

| | |
|---|---|
| Jamie Lynn Gallian<br>16222 Monterey Ln. Unit 376<br>Huntington Beach, CA 92649 | The Honorable Erithe A. Smith<br>U.S. Bankruptcy Court<br>411 West Fourth Street, Suite 5040<br>Santa Ana, CA 92701-4593 |
| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 |
| Feldsott & Lee<br>23161 Mill Creek Drive, Ste.<br>300 Laguna Hills, CA<br>92653-7907 | Janine Jasso<br>16025 Warmington Lane<br>Huntington Beach, CA 92649 |
| | Janine Jasso<br>P.O Box 37106<br>El Paso TX 79937-0161 |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**

1

**001573**                    EXHIBIT 37, PAGE 756

Association of Flight Attendants
6625 No. River Road Ste. 4020
Rosemont, IL. 60018

BS Investors, LP
Grant, Genovese & Baratta
2230 Main Street, Ste. 1600
Irvine, CA  92614

Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue Of The Stars,   Ste. 450
Los Angeles, CA 90067-6006

David R. Flyer
4120 Birch St. Ste. 101,
Newport Beach, CA 92660-2228

Frank Satalino
19 Velarde Ct.
Rancho Santa Margarita, CA
92688- 8502

Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

Houser Bros. Co.
dba Rancho Del Rey Estates
16222 Monterey Ln (Office)
Huntington Beach, CA 92649-6214

Houser Bros Co
dba Rancho Del Rey Mobilehome Est.
17610 Beach Blvd. Ste. 32 Huntington
Beach, CA 92647-6876

Huntington Harbor Village
16400 Saybrook
Huntington Beach, CA 92649-2277

Huntington Beach Gables H0A
c/o Feldsott & Lee
23161 Mill Creek Dr. Ste. 300
Laguna Hills, CA 92653-7907

Huntington Mobile Home Inv. LLC.
430 S. San Dimas Ave.
San Dimasa CA 91773-4045

Huntington Mobile Home Investments
16400 Saybrook Lane
Huntington Beach, CA 92649-2277

Huntington Mobile Home Investments
LLC
1100 Newport Beach Blvd. Ste 1150
Newport Beach, CA 92660

Huntington Beach Gables Homeowners
Association EPSTEN, GRINNEL, &
H0WELL, APC
10200 Willow Creek Rd. Ste. 100   San
Diego, CA 92131

Hyundai Capital America
P0 B0X 269011
Plano, TX 75026-9011

Internal Revenue Service Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

James H Cosello, Esq.
Casello & Lincoln,
525 N Cabrillo Park Dr. Ste 104
Santa Ana, CA 92701-5017

Janine Jasso
16025 Warmington Lane
Huntington Beach, CA 92649

Jennifer Paulin
4446 Alderport Dr.
Huntington Beach, CA 92649-2286

Lee Gragnano
16062 Warmington Lane
Huntington Beach, CA 92649

Lindy Beck
4443 Chase Dr.
Huntington Beach, CA 92649-2297

Lisa T. Ryan
20949 Lassen St. APT. 208
Chatsworth, CA 91311-4239

Lori Burrett
16107 Sherlock Lane
Huntington Beach, CA 92649-2293

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

001574

EXHIBIT 37, PAGE 757

Michael S. Devereux
Wex Law
9171 Wilshire Blvd. Ste. 50O
Beverly Hills, CA 90210-5536

Patricia Ryan
20949 Lassen St. Apt 208
Chatsworth, CA 91311-4239

Raquel Flyer-Dashner
4120 Birch St. Ste. 101, Newport
Beach, CA 92660-2228

Rutan & Tucker
18575 Jamboree Rd. 9th FL Irvine,
CA 92612

Steven A. Fink
13 Corporate Plaza Ste. 150
Newport Beach, CA 92660-7919

The Huntington Beach Gables
Homeowners Association
c/o Epsten Grinnell & Howell APC
10200 Willow Creek Road, Ste 10O
San Diego, CA 92131-1669

United Airlines
233 S. Hacker Dr.
Chicago, IL 60606-6462

Vivienne J Alston
Alston, Alston & Diebold
27201 Puerta Real Ste 300
Mission Viejo, CA 92691-8590

Orange County Alternate Public
Defenders Office
600 W. Santa Ana,  Ste. 600
Santa Ana, CA 92701

People of the St of CA
8141 13th Street
Westminster, CA 92683-4576

Randall Nickell
4476 Alderport Dr.
Huntington Beach. CA 92649-2288

Superior Court of California
County Of Orange
711 Civic Center Drive, West
Santa Ana, CA 92701

Suzanne Tague Ross Wolcott,
Teinert, Prout
3151 Airway Ave. S-1
Costa Mesa, CA 92626-4627

Theodore Phillips
17612 Sandea Lee
Huntington Beach, CA 92649

United Airlines
P.O. Box 0675
Carol Stream, 60132-0675

Orange County Public Defender
801 Civic Center Drive, West
Santa Ana, CA 92702

Randell Nickel
c/o Mark Mellor, Esq.
6800 Indiana Ave. Ste. 220
Riverside, CA 92506-4267

Robert P. Warmington Co.
c/o  BS Investors LP
18201 Von Karmen Ste. 450
Irvine, CA 92612-1195

Sandra L.  Bradley
18 Meadowwood,
Coto De Caza, 92679

Stanley Feldsott: Esq
Feldsott & Lee
23161 Mill Creek Drive  Ste. 300
Laguna Hills, CA 92653-7907

S 4, A California Limited
Partnership
1001 Dove Street Ste. 230
Newport  Beach, CA 92660

US BANK
PO Box5229
Cincinnati, OH 45201-5229

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Central District of California

Case number (If known): ___8:21-bk-11710-ES___

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

AMENDED
- [X] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy                04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | First name: JAMIE<br>Middle name: LYNN<br>Last name: GALLIAN<br>Suffix (Sr., Jr., II, III): | First name:<br>Middle name:<br>Last name:<br>Suffix (Sr., Jr., II, III): |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 3 9 3 6<br>OR<br>9 xx – xx – _ _ _ _ | xxx – xx – _ _ _ _<br>OR<br>9 xx – xx – _ _ _ _ |

001576          EXHIBIT 37, PAGE 759

| Debtor 1 | JAMIE LYNN GALLIAN | | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

☐ I have not used any business names or EINs.

J-SANDCASTLE CO, LLC
Business name

J-PAD, LLC
Business name

_____
EIN

_____
EIN

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
EIN

_____
EIN

**5. Where you live**

16222 Monterey Lane,
Number    Street

Unit 376

Huntington Beach        CA    92649
City                          State    ZIP Code

Orange County
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                          State    ZIP Code

If Debtor 2 lives at a different address:

_____
Number    Street

_____
City                          State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                          State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

Check one:

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

Official Form 101            Voluntary Petition for Individuals Filing for Bankruptcy            page 2

EXHIBIT 37, PAGE 760

| Debtor 1 | JAMIE LYNN GALLIAN | | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:**    Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

| Debtor _____ | Relationship to you _____ |
|---|---|
| District _____ | When _____ Case number, if known _____ |

| Debtor _____ | Relationship to you _____ |
|---|---|
| District _____ | When _____ Case number, if known _____ |

**11. Do you rent your residence?**

☑ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

****** <u>State Court UD Case 30-2019-01041423,
pending since 1/2/2019; Dispute over failure
of Landlord to counter-sign Leasehold for
Ground lease, Space 376, location of
2014 Manufactured Home LBM 1081, Affixed
to real property in July 2014, pursuant to
H & S §§ 18551. Original 80yr Unexpired
Ground Lease in place thru 12/31/2059.</u>

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A)

   and file it with this bankruptcy petition.

Official Form 101           **Voluntary Petition for Individuals Filing for Bankruptcy**           page 3

| Debtor 1 | JAMIE LYNN GALLIAN | | | Case number (*if known*) | 8:21-bk-11710-ES |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 3:    Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____
City                                         State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

---

**Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard?

_____

_____

If immediate attention is needed, why is it needed?

_____

_____

Where is the property?

_____

---

| Debtor 1 | JAMIE LYNN GALLIAN | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|
| | First Name      Middle Name      Last Name | | |

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

001580                          EXHIBIT 37, PAGE 763

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | **8:21-bk-11710-ES** |
| --- | --- | --- | --- | --- |

**Part 6:    Answer These Questions for Reporting Purposes**

| 16. | What kind of debts do you have? | 16a. | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
| --- | --- | --- | --- |

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☒ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

*Consumer Debts*

| 17. | Are you filing under Chapter 7? | ☐ No. | I am not filing under Chapter 7. Go to line 18. |
| --- | --- | --- | --- |
| | Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors? | ■ Yes. | I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors? |

■ No

☐ Yes

| 18. | How many Creditors do you estimate that you owe? | ■ 1-49 ☐ 50-99 ☐ 100-199 ☐ 200-999 | ☐ 1,000-5,000 ☐ 5001-10,000 ☐ 10,001-25,000 | ☐ 25,001-50,000 ☐ 50,001-100,000 ☐ More than100,000 |
| --- | --- | --- | --- | --- |
| 19. | How much do you estimate your assets to be worth? | ☐ $0 - $50,000 ☐ $50,001 - $100,000 ■ $100,001 - $500,000 ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million ☐ $10,000,001 - $50 million ☐ $50,000,001 - $100 million ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion ☐ $1,000,000,001 - $10 billion ☐ $10,000,000,001 - $50 billion ☐ More than $50 billion |
| 20. | How much do you estimate your liabilities to be? | ☐ $0 - $50,000 ☐ $50,001 - $100,000 ☐ $100,001 - $500,000 ■ $500,001 - $1 million | ☐ $1,000,001 - $10 million ☐ $10,000,001 - $50 million ☐ $50,000,001 - $100 million ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion ☐ $1,000,000,001 - $10 billion ☐ $10,000,000,001 - $50 billion ☐ More than $50 billion |

**Part 7:    Sign Below**

| For you | I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct. |
| --- | --- |

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| _Jamie Lynn Gallian_ | |
| --- | --- |
| **Jamie Lynn Gallian** | Signature of Debtor 2 |
| Signature of Debtor 1 | |

| Executed on  3/9/2022 | Executed on |
| --- | --- |
| MM / DD / YYYY | MM / DD / YYYY |

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 6

**AMENDED**
## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **8:03-bk-1856-JB; Chapter 7; Central District of California - Santa Ana; Filed 08/04/2003; Discharged 11/17/2003**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Santa Ana**                    , California.

Date:    _3/9/2022_

Jamie Lynn Gallian
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

001582                    EXHIBIT 37, PAGE 765

| Fill in this information to identify your case and this filing: |
|---|

| Debtor 1 | **Jamie Lynn Gallian** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION | | |
| Case number | **8:21-bk-11710-ES** | | |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes. Where is the property?

| 1.1 | | |
|---|---|---|

**16222 Monterey Ln. Unit 376**
Street address, if available, or other description

**Huntington Beach   CA   92649-0000**
City              State      ZIP Code

**Orange**
County

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:   LPT 891-569-62

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ unknown | $235,000.00 |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Existing 1979 80 year Ground Leasehold Parcel 1 & 2 Tract 10542, Unit(s) 1,2,3,4**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................=>

| $235,000.00 |
|---|

**Part 2:   Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Official Form 106A/B                          Schedule A/B: Property                                          page 1

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|---|

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
pages you have attached for Part 2. Write that number here.......................................................... => | **$0.00** |

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Misc. household goods and furnishings<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
|---|---|

| waterford crystal set red and white wine glasses | $1,000.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| Wall television, computer, printer and peripherals<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes.  Describe.....

| Lladro figurine collection (20) | $1,900.00 |
|---|---|

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes.  Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes.  Describe.....

Official Form 106A/B | Schedule A/B: Property | page 2

Debtor 1  **Jamie Lynn Gallian**                                        Case number *(if known)*  **8:21-bk-11710-ES**

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

|  | Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

|  | Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|---|

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

|  | 5-year old Wired Terrier Dog | $25.00 |
|---|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ....................................................................  | **$8,925.00** |

---

**Part 4:** Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes..................................................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................                          Institution name:

| 17.1. | **EDD Debit account** | **Bank of America** | $3,793.00 |
|---|---|---|---|
| 17.2. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | $1,407.00 |

---

001585                    EXHIBIT 37, PAGE 768

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8-1-bk-11710-ES** |

| | 17.3. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | **$2,600.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
- ☑ No
- ☐ Yes................  Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
- ☐ No
- ☑ Yes.  Give specific information about them.......  Name of entity:  % of ownership:

19.1  J-Sandcastle Co, LLC- Assets include a bank account of less than $1,000. Debtor peacefully resided at 4476 Alderport since 11/23/2009. On 8/5/2018, debtor was battered at her home in HOA. Criminal charges PC §242 were filed; trial is pending 19WM00951. Request for victim restitution. Debtor moved out of the HOA-Alderport home out of fear on 9/11/18. On 9/11/2018, a three year residential property lease 5782 Pinon Dr signed. Debtors Alderport home sold on 10/31/2018. Debtor purchased investment rental property on 11/1/2018 within TRACT 10542 APN 178-011-01 located in Huntington Harbour with proceeds from unencumbered sale of her Alderport with the intent of living in the property at the end of the signed lease commitment. Debtors Retirement Funds were completely depleted from 2016-2019 legal expenses incurred defending Gables HOA civil complaints filed against her On 11/8/18, ST Court denied Gables HOA MOTION to freeze debtors equity in the Alderport sale. Debtor executed a Security Agreement and Promissory Note with the LLC dated 11/16/2018, perfected HCD Certificate of Title and UCC-1 on 1/14/2019 No. 19-7691916827. Debtor continued on medical LOA and never returned to her 20 year employment as a Flight Attendant due to the 8/5/18 battery with severe nerve injury. On February 1, 2019, Debtor successfully terminated the 3 year Pinon Drive lease agreement with Landlord Henry Newton. Debtors primary residence is 16222 Monterey Ln. Unit 376, Located on Lot 2 Tract 10542 Unit 4 per 8/7/1979 City of HB.    100 %    $1,000.00

19.2  J-PAD, LLC. has a bank account of around $ 500.00    100 %    $ 500.00

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
- ☑ No
- ☐ Yes. Give specific information about them
  Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
- ☐ No
- ☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **Fidelity** | **$7,400.00** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
- ☑ No
- ☐ Yes. ....................  Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
- ☑ No
- ☐ Yes............  Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

| Official Form 106A/B | Schedule A/B: Property | page 4 |
|---|---|---|
| Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

EXHIBIT 37, PAGE 769

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |
| --- | --- | --- | --- |

■ No
☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
              benefits; unpaid loans you made to someone else
■ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
              Company name:                          Beneficiary:                    Surrender or refund
                                                                                     value:

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
☐ No
■ Yes.  Give specific information..

| 32.1 | Probate estate of Charles J. Bradley, Jr.  Case No. 30-2017-00915711.  Uncertain what, if any, proceeds will pass to debtor. | Unknown |
| --- | --- | --- |

| 32.2 | "Creditor's claim" in probate estate of Charles Bradley filed by debtor for $1 million.  Unknown whether any recovery will be awarded or available. | Unknown |
| --- | --- | --- |

Official Form 106A/B                          Schedule A/B: Property                                page 5

          EXHIBIT 37, PAGE 770

Case 8:21-bk-11710-ES    Doc 72    Filed 03/11/22    Entered 03/14/22 09:54:23    Desc
Main Document    Page 18 of 64

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples: Accidents, employment disputes, insurance claims, or rights to sue*
■ No
☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
■ Yes. Describe each claim.........

| | | |
|---|---|---|
| 34.1 | Potential claim for bad faith denial of insurance against Mercury Insurance Company failure to defend/indemnify HOA Civil Action filed 4/11/2017, 18 days after title recorded. Debtor purchased homeowners insurance policy on 3/22/17 | Unknown |
| 34.2 | Potential Victim Restitution Award from Jesus Jesus Jr, for battery 8/5/2018.  Criminal Case pending 19WM09951. Estimated economic damages exceed $73,000.00 | Unknown |
| 34.3 | Claim against Houser Bros Co. dba Rancho Del Rey Mobilehome Estates  for Violation(s) of Davis Stirling Act, MRL §798, et seq. multiple acts of retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim pending since 1/2/19. Failure to apply to CA Covid19 Relief after debtor delivered 9/7/20 Declaration of Covid afflictions and hardship.          No lawsuit yet filed. | Unknown |
| 34.4 | Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr.  Case No. 30-2020-01153679. Estimated damages $195,000. | Unknown |
| 34.5 | Potential Claim against Master Lessor, Houser Company, Lessor(s) BS Investors, LP, S4 I, GP due to overpayment of Ground Leasehold fees charged to Consumers.  Master Lessor Houser Company recorded Annexation approx. 8/17/1979.  The Original Tenant Robert P. Warmington, an Ind., ro Sublessor RPW, Co. and Houser Bros Co dba Rancho Del Rey MHE misrepresent to consumers Fee Interest vs, Air-Space Condominium Project within Parcel 1 & Parcel 2; Ground Leases recorded in violation of known City of Huntington Beach Ordinance from City Attorney. Master Lessor, Tenant, & RPW, Co recorded 1979 Ground Lease and Subcondominium Lease on APN 178-011-01, and not APN 178-771-03. Only easements were recorded. Additionally, Lessors Amended CC&Rs 8/5/1980 after Final Subdivision Report was issued by DRE July 1980, without Notice to Consumers or providing NT of Copy of Rec,  First Amendment to CC&Rs Doc No. 1980-5002.  Subsequently in 2005, Craig Houser, RDRMHE  recorded Amendment to all 80 Ground Leases without Notice to Park Consumers or Gables HOA Consumers.  Huntington Beach Gables HOA has a cross-complaint pending in the ST. Court Case Randall Nickels vs. Huntington Beach Gables HOA, et al. 30-2020-01163055-CU-OR-CJC which the HOA seeks a voiding of the sale and Assignment of unexpired term of Subcondominium Leasehold APN 937-63-053, on October 31, 2018, from Debtor to bona fide purchaser Randall Nickels.     Potential Cross-Petition not yet filed. | Unknown |

**35. Any financial assets you did not already list**

☐ No
■ Yes. Give specific information..

| | | | |
|---|---|---|---|
| | CA COVID-19 Rent Relief Award10/27/2021, post petition tendered to Houser Bros Co. Ck No. 58066665    $ 24,301.55. Not property of the estate. | $ | 0.00 |
| 35.1   ■ *Yes.* | Bank of America Cashier's Check [uncashed] tendered rent chk Houser Bros Co. Not property of the estate.                 $ 14,118.00 | $ | 0.00 |

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................** | $ 16,700.00 |

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

001588                    EXHIBIT 37, PAGE 771

Debtor 1  **Jamie Lynn Gallian**                                          Case number *(if known)*  **8:21-bk-11710-ES**

**37. Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes. Go to line 38.

| **Part 6** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.** |
|---|---|

If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes. Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ..................................     **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ........................................................................................     **$235,000.00**

56. **Part 2: Total vehicles, line 5**                                          **$0.00**

57. **Part 3: Total personal and household items, line 15**                      **$ 8,925.00**

58. **Part 4: Total financial assets, line 36**                                  **$ 16,700.00**

59. **Part 5: Total business-related property, line 45**                          **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**                 **$0.00**

61. **Part 7: Total other property not listed, line 54**          +               **$0.00**

62. **Total personal property.** Add lines 56 through 61...          **$25,625.00**     Copy personal property total    **$25,625.00**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62                                              **$260,625.00**

---

Official Form 106A/B

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Schedule A/B: Property

page 7

Best Case Bankruptcy

001589

EXHIBIT 37, PAGE 772

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIVISION | | |
| Case number | **8:21-bk-11710-ES** | | |
| (if known) | | | |

■ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt
4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:** Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649  Orange County**<br>**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".**<br>Line from *Schedule A/B*: **1.1** | $235,000.00 | ■      $600,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **Misc. household goods and furnishings**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **6.1** | $3,500.00 | ■      $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **waterford crystal set red and white wine glasses**<br>Line from *Schedule A/B*: **6.2** | $1,000.00 | ■      $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |

Official Form 106C                    Schedule C: The Property You Claim as Exempt                    page 1 of 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Jamie Lynn Gallian**                                          Case number (if known)   **8:21-bk-11710-ES**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Wall television, computer, printer and peripherals**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: **7.1** | $500.00 | �■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Lladro figurine collection (20)**<br>Line from *Schedule A/B*: **8.1** | $1,900.00 | �■ $1,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **Misc. clothing**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | �■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | �■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| **5-year old Wired Terrier Dog**<br>Line from *Schedule A/B*: **13.1** | $25.00 | �■ $25.00<br>☐ 100% of fair market value, up to any appliicable statutory limit | C.C.P. § 704.020 |
| **EDD Debit account: Bank of America**<br>Line from *Schedule A/B*: **17.1** | $3,793.00 | �■ $3,793.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.2** | $1,407.00 | �■ $1,407.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.3** | $2,600.00 | �■ $381.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.3** | $2,600.00 | �■ $2,219.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.1** | $7,400.00 | �■ $7,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

001591        EXHIBIT 37, PAGE 774

| Debtor 1 **Jamie Lynn Gallian** | | Case number (if known) **8:21-bk-11710-ES** |
|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.1** | $7,400.00 | ■ $7,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr.  Case No. 30-2020-01153679.  Estimated damages $195,000.**<br>Line from *Schedule A/B*: **34.4** | Unknown | ■ $195,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |
| **Potential Victim Restitution Order Jesus Jasso, Jr, OCSC 19WM09951**<br>Line from *Schedule A/B*: **34.2** | Unknown | XX $73,000.00<br>100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☐ No
   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No
   ■ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor | JAMIE LYNN GALLIAN |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known) | 8:21-bk-11710-ES |

☑ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 SUBLESSOR-1979 MASTER LEASE-BS INVESTORS, LP<br>Name<br>18201 VON KARMAN, STE.450<br>Number   Street<br>IRVINE   CA   92612<br>City   State   ZIP Code | Unexpired term of 1979 GroundLease Parcel 1 & Parcel 2, Tract 10542 Lot 1 and Lot 2,  Unit 1,2,3,4. |
| 2.2 SUBTENANT S4, A CA LIMITED PARTNERSHIP<br>Name<br>1001 DOVE STREET SUITE 230<br>Number   Street<br>NEWPORT BEACH   CA   92660<br>City   State   ZIP Code | Tenant of Unexpired term of 1979 GroundLease Parcel 1 & Parcel 2, Tract 10542 Lot 1 and Lot 2,  Unit 1,2,3,4. |
| 2.3 Houser Bros Co dba Rancho Del Rey Mobilehome Est.<br>Name<br>17610 BEACH BLVD, STE. 32<br>Number   Street<br>HUNTINGTON BEAC CA   92647<br>City   State   ZIP Code | Property Manager Rancho Del Rey Mobilehomes Tract 10542 Unit 1, 2, 3, 4 |
| 2.4 LAURA RYAN-Deceased; LISA RYAN; PATRICIA RYAN<br>Name<br>20949 LASSEN ST. #208<br>Number   Street<br>CHATTSWORTH   CA   91311<br>City   State   ZIP Code | 1/1/2006  Lease Agreement Lot 376 |
| 2.5 HYUNDAI CAPITAL AMERICA<br>Name<br>P.O. BOX 269011<br>Number   Street<br>PLANO   TX   75036<br>City   State   ZIP Code | VEHICLE LEASE 2020 KIA SPORTAGE. EXPIRES DECEMBER 31, 2022. |

001593          EXHIBIT 37, PAGE 776



Units 1, 2, 3 and 4 of Lot 2 of the following:

All that certain land situated in the State of California, County of Orange, City of Huntington Beach, described as follows:

Proposed Tract No. 10542, being a subdivision of the following:

A portion of the northeast one quarter (1/4) of the northwest one quarter (1/4) of Section 20, Township 5 south, Range 11 west, in the Rancho Las Bolsa Chica, as shown on a map recorded in book 51, page 13 of Miscellaneous Maps, records of said Orange County, being described as follows:

Parcel 1 of a map filed in book 108, page 48 of Parcel Maps.

## NOTICE OF COMPLIANCE WITH CONDITIONS ON TRACT
### AUTHORIZATION FOR RELEASE FOR RECORDING

TO:      City Clerk                        Date _____

FROM:    PLANNING DEPARTMENT
         James W. Palin

TRACT NO. _____

RECREATION & PARKS FEES PAID _____

Other: _____

_____
(Signature)

2 of 2

001594                    EXHIBIT 37, PAGE 777



**First American**

*my* **First Am** ®     **Recorded Document**

---

The Recorded Document images are displayed in the subsequent pages for the following request:

| | |
|---|---|
| State: | CA |
| County: | Orange |
| Document Type: | Document - Year.DocID |
| Year: | 1986 |
| DocID: | 456266 |

Limitation of Liability for Informational Report

**IMPORTANT – READ CAREFULLY:** THIS REPORT IS NOT AN INSURED PRODUCT OR SERVICE OR A REPRESENTATION OF THE CONDITION OF TITLE TO REAL PROPERTY. IT IS NOT AN ABSTRACT, LEGAL OPINION, OPINION OF TITLE, TITLE INSURANCE COMMITMENT OR PRELIMINARY REPORT, OR ANY FORM OF TITLE INSURANCE OR GUARANTY. THIS REPORT IS ISSUED EXCLUSIVELY FOR THE BENEFIT OF THE APPLICANT THEREFOR, AND MAY NOT BE USED OR RELIED UPON BY ANY OTHER PERSON. THIS REPORT MAY NOT BE REPRODUCED IN ANY MANNER WITHOUT FIRST AMERICAN'S PRIOR WRITTEN CONSENT. FIRST AMERICAN DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION HEREIN IS COMPLETE OR FREE FROM ERROR, AND THE INFORMATION HEREIN IS PROVIDED WITHOUT ANY WARRANTIES OF ANY KIND, AS-IS, AND WITH ALL FAULTS. AS A MATERIAL PART OF THE CONSIDERATION GIVEN IN EXCHANGE FOR THE ISSUANCE OF THIS REPORT, RECIPIENT AGREES THAT FIRST AMERICAN'S SOLE LIABILITY FOR ANY LOSS OR DAMAGE CAUSED BY AN ERROR OR OMISSION DUE TO INACCURATE INFORMATION OR NEGLIGENCE IN PREPARING THIS REPORT SHALL BE LIMITED TO THE FEE CHARGED FOR THE REPORT. RECIPIENT ACCEPTS THIS REPORT WITH THIS LIMITATION AND AGREES THAT FIRST AMERICAN WOULD NOT HAVE ISSUED THIS REPORT BUT FOR THE LIMITATION OF LIABILITY DESCRIBED ABOVE. FIRST AMERICAN MAKES NO REPRESENTATION OR WARRANTY AS TO THE LEGALITY OR PROPRIETY OF RECIPIENT'S USE OF THE INFORMATION HEREIN.

---

©2005-2021 First American Financial Corporation and/or its affiliates. All rights reserved.

001595                    EXHIBIT 37, PAGE 778



86-456266

RECORDING REQUESTED BY
AND WHEN RECORDED RETURN TO:

IRELL & MANELLA
840 Newport Center Drive, Suite 500
Newport Beach, California 92660
Attention:  Patrick J. Evans, Esq.

MAIL TAX STATEMENTS TO:

G/HB INVESTORS,
c/o AP Development Company
17911 Mitchell Avenue
Irvine, California 92714
Attn:  Hugh Saddington

*1444086 MT*

RECORDING REQUESTED BY
FIRST AMERICAN TITLE INS. CO.

RECORDED IN OFFICIAL RECORDS
OF ORANGE COUNTY, CALIFORNIA

-3:12 PM   SEP 3 0 '86

Lee A. Branch   COUNTY RECORDER

(Space Above for Recorder's Use)

The undersigned grantor declares:
The real property conveyed hereunder
is located in the City of Huntington
Beach, County of Orange.  The
Documentary Transfer Tax is
$ 247.50   based on full value of
the real property conveyed here-
under, but not on the leasehold
conveyed hereunder, which leasehold
is for a term less than ninety-nine
(99) years.

ASSIGNMENT AND ASSUMPTION
OF
GROUND LEASES
AND
CONDOMINIUM SUBLEASES
AND
GRANT DEED

THIS ASSIGNMENT AND ASSUMPTION OF GROUND LEASES AND

CONDOMINIUM SUBLEASES AND GRANT DEED ("Assignment") is made

and entered into this 30th day of September, 1986 by and

between Robert P. Warmington, a married man, as assignor and

grantor ("Assignor") and G/HB Investors, a California limited

partnership as assignee and grantee ("Assignee").

-1-

2PE01SL

EXHIBIT 37, PAGE 779



**86-456266**

R E C I T A L S

A.  Houser Bros. Co., a limited partnership ("Houser") is the fee owner of that certain real property (the "Houser Property") located in the City of Huntington Beach and more particularly described in Exhibit "A" attached hereto;

B.  Located on the Houser Property is a condominium project (the "Condominium Project") created by that certain Condominium Plan (the "Condominium Plan") recorded in Book 13358, Pages 1193, et. seq., official Records of Orange County, California;

C.  The Condominium Plan shows and defines and there are eighty (80) condominiums (the "Condominiums") in the Condominium Project;

D.  Houser leased the Condominiums, except for the Condominium Project buildings and improvements, to Assignor under those certain Ground Leases (the "Ground Leases") dated August 1, 1980 and described in Exhibit "B" attached hereto;

E.  Assignor subleased the Condominiums, except for the Condominium Project buildings and improvements, to individual condominium tenants (the "Tenants" or a "Tenant") under those certain Condominium Subleases, (the "Subleases") dated August

-2-

2PE01SL

EXHIBIT 37, PAGE 780



86-456266

1, 1980 more particularly described in Exhibit "B" attached hereto;

F.   The property leased under the Ground Leases and the Subleases is more particularly described as Parcels 1, 2, 5 and 6 of Exhibit "B" attached hereto.

G.   The Robert P. Warmington Company ("Company") owned the Condominium Project buildings and improvements and conveyed the Condominium Project buildings and improvements to the Tenants, for a term, with respect to each Tenant, ending on the expiration or earlier termination of the Tenant's Sublease, thereby retaining a remainder interest in a determinable fee estate with respect to the Condominium Project buildings and improvements (the "Remainder Interest"), which Remainder Interest is more particularly described as parcels 3 and 4 of Exhibit "B" attached hereto;

H.   Company conveyed the Remainder Interest to Assignor; and

I.   Assignor now desires to assign, transfer and convey all of his right, title and interest in and to the Ground Leases and Subleases (collectively the "Leases") and the Remainder Interest to Assignee and Assignee desires to assume all of Assignor's obligations under the Leases.

-3-

2PE01SL



86-456266

NOW, THEREFORE, for valuable consideration, receipt of
which is hereby acknowledged, Assignor and Assignee agree as
follows:

## A G R E E M E N T

1.   **Assignment**.  Assignor hereby assigns, transfers,
conveys and sets over to Assignee all of his right, title and
interest in and to the Leases.

2.   **Grant of Remainder Interest**.  Assignor hereby
grants, assigns, transfers and sets over to Assignee all of
its right, title and interest in and to the Remainder
Interest.

3.   **Quitclaim Grant**.  Assignor hereby remises, releases
and forever quitclaims to Assignee all of his right, title
and interest in and to the Houser Property, the Condominium
Project, and any property or other rights defined in the
Condominium Plan.

4.   **Assumption**.  Assignee hereby assumes and agrees to
keep and perform all of Assignor's obligations under the
Leases.

-4-

2PEO1SL

   EXHIBIT 37, PAGE 782

Case 8:21-bk-11710-ES

86-456266

5.   <u>Indemnification</u>.  Assignor agrees to indemnify and hold Assignee harmless from all claims, damages, lawsuits, and liabilities which arise out of or relate to Assignor's obligations under the Leases.

6.   <u>Effective Date</u>.  This Assignment shall be effective on the date it is recorded.

IN WITNESS WHEREOF, Assignor and Assignee have executed this Assignment on the date first written above.

"ASSIGNOR"



_____
Robert P. Warmington

I am the spouse of Robert P. Warmington.  I hereby consent and agree to the terms of the foregoing Assignment.

_____
Loring P. Warmington

"ASSIGNEE"

G/HB Investors,
    a California limited partnership

By:  AP Development Company,
     a California corporation,
     general partner

By: _____
    John E. Wertin, Chairman

-5-

86-456266

E X H I B I T   "A"

The Houser Property

Lots 1 and 2 of Tract 10542 in the City of Huntington Beach,
County of Orange, State of California, as shown on a map
recorded in Book 456, Pages 49 to 50 of Maps, in the office of
the County Recorder of Said County.

EXHIBIT 37, PAGE 784



86-456266

E X H I B I T   "B", Page 1

The Leases, the property leased pursuant to the Leases, and the
property comprising the Remainder Interest are described as
follows:

GROUND LEASEHOLD AND SUBLEASEHOLD ESTATES  AS TO PARCELS 1  AND
2, SAID ESTATES BEING MORE PARTICULARLY DESCRIBED AS THE
LESSEES' INTERESTS UNDER THOSE CERTAIN GROUND LEASES SET  FORTH
IN SUB-PARAGRAPH (A)  HEREIN BELOW,  AND SUBLESSORS'  INTERESTS
UNDER THOSE CERTAIN  SUBLEASES SET FORTH  IN SUB-PARAGRAPH  (B)
BELOW;

A REMAINDER INTEREST IN A DETERMINABLE FEE ESTATE AS TO PARCELS
3 AND 4;

AN EASEMENT AS TO PARCELS 5 AND 6;

(A)   THOSE  CERTAIN  GROUND  LEASES,  DATED  AUGUST  1,  1980,
EXECUTED BY HOUSER BROS.   CO., A LIMITED PARTNERSHIP  ORGANIZED
UNDER THE LAWS OF THE STATE OF CALIFORNIA, IN WHICH CLIFFORD C.
HOUSER AND VERNON F. HOUSER CONSTITUTE THE SOLE GENERAL

(continued)

EXHIBIT 37, PAGE 785



B6-456266

EXHIBIT "B" Page 2

ALTA PLAIN
LANGUAGE COMMITMENT

OR-1444086
AMENDMENT NO. 1

PARTNERS, AS LANDLORD, AND BY ROBERT P. WARMINGTON, AS
TENANT, FOR THE TERM ENDING DECEMBER 31, 2059, UPON THE
TERMS, COVENANTS AND CONDITIONS THEREIN CONTAINED, RECORDED
AS FOLLOWS IN OFFICIAL RECORDS OF SAID ORANGE COUNTY:

| UNIT | BOOK | PAGE | INSTRUMENT |
|------|------|------|------------|
| 1 | 13754 | 263 | |
| 2 | 14091 | 1031 | |
| 3 | 14045 | 118 | |
| 4 | 13733 | 179 | |
| 5 | 13760 | 942 | |
| 6 | 13982 | 417 | |
| 7 | 13754 | 297 | |
| 8 | 13726 | 1238 | |
| 9 | 13822 | 1546 | |
| 10 | 13773 | 10 | |
| 11 | | | 82-128057 |
| 12 | 13807 | 1569 | |
| 13 | 13780 | 354 | |
| 14 | 13797 | 1088 | |
| 15 | 13780 | 462 | |
| 16 | 13726 | 1310 | |
| 17 | 13763 | 259 | |
| 18 | 13915 | 190 | |
| 19 | 13997 | 346 | |
| 20 | 13807 | 1669 | |
| 21 | 13733 | 278 | |
| 22 | 13775 | 235 | |
| 23 | 13803 | 587 | |
| 24 | 14038 | 692 | |
| 25 | 13793 | 955 | |
| 26 | 13814 | 607 | |
| 27 | 13789 | 1600 | |
| 28 | 13787 | 1834 | |
| 29 | 13778 | 173 | |
| 30 | 13896 | 1090 | |
| 31 | 14091 | 1139 | |
| 32 | 13726 | 1346 | |
| 33 | 14005 | 1903 | |
| 34 | 14048 | 1460 | |
| 35 | 13861 | 723 | |
| 36 | 13814 | 666 | |
| 37 | 13768 | 1032 | |
| 38 | 13793 | 1179 | |
| 39 | 13810 | 1665 | |
| 40 | 13783 | 875 | |

PAGE 3

EXHIBIT 37, PAGE 786

Case 8:21-bk-11710-ES   Doc 72   Filed 03/
Main Document

86=456266

EXHIBIT "B" Page 3



ALTA PLAIN
LANGUAGE COMMITMENT

OR-1444086
AMENDMENT NO. 1

| | | |
|---|---|---|
| 41 | 13824 | 1312 |
| 42 | 13867 | 798 |
| 43 | 13726 | 1102 |
| 44 | 14072 | 1910 |
| 45 | 13789 | 1547 |
| 46 | 14066 | 756 |
| 47 | 14038 | 637 |
| 48 | 13933 | 1529 |
| 49 | 13825 | 1973 |
| 50 | 13783 | 1732 |
| 51 | 13916 | 1672 |
| 52 | 14094 | 1929 |
| 53 | 13824 | 1259 |
| 54 | 13780 | 407 |
| 55 | 13780 | 514 |
| 56 | 14094 | 1874 |
| 57 | 13726 | 1208 |
| 58 | 14091 | 1084 |
| 59 | 13787 | 1781 |
| 60 | 13795 | 966 |
| 61 | 13803 | 335 |
| 62 | 13831 | 117 |
| 63 | 14250 | 1197 |
| 64 | 14191 | 1652 |
| 65 | 13726 | 1136 |
| 66 | 13765 | 1665 |
| 67 | 13803 | 640 |
| 68 | 14031 | 1108 |
| 69 | 13797 | 1038 |
| 70 | 14091 | 977 |
| 71 | 14034 | 1806 |
| 72 | 14130 | 1508 |
| 73 | 13785 | 1959 |
| 74 | 13977 | 569 |
| 75 | 14091 | 923 |
| 76 | 14064 | 1068 |
| 77 | 13726 | 1274 |
| 78 | 13726 | 1172 |
| 79 | 14091 | 869 |
| 80 | 13780 | 599 |

(B)  THOSE  CERTAIN  SUBLEASES  DATED AUGUST 1, 1980, EXECUTED BY
ROBERT P. WARMINGTON, AS SUBLESSOR, AND BY VARIOUS PARTIES, AS
SUBLESSEES, FOR THE TERM ENDING DECEMBER 31, 2059, UPON THE
TERMS,  COVENANTS AND CONDITIONS THEREIN CONTAINED, RECORDED
AS FOLLOWS IN OFFICIAL RECORDS OF SAID ORANGE COUNTY:

UNIT          BOOK          PAGE          INSTRUMENT          ORIGINAL

PAGE 4

EXHIBIT 37, PAGE 787



Case 8:21-bk-11710-ES   Doc 72   Filed 03/11
Main Document

EXHIBIT "B" Page 4    B6-456266

ALTA PLAIN
LANGUAGE COMMITMENT

OR-1444086
AMENDMENT NO. 1

SUBLESSEE

| | | | |
|---|---|---|---|
| 1 | 13754 | 243 | |
| 2 | 14091 | 1066 | |
| 3 | 14045 | 133 | |
| 4 | 13733 | 216 | AND |
| | 13794 | 52 | |
| 5 | 13760 | 917 | |
| 6 | 13982 | 432 | |
| 7 | 13754 | 312 | |
| 8 | 13726 | 1256 | AND |
| | 13754 | 69 | |
| 9 | 13822 | 1561 | |
| 10 | 13773 | 25 | |
| 11 | | | 82-128058 |
| 12 | 13807 | 1584 | |
| 13 | 13780 | 369 | |
| 14 | 13797 | 1103 | |
| 15 | 13780 | 477 | |
| 16 | 13726 | 1328 | AND |
| | 13754 | 86 | |
| 17 | 13763 | 234 | |
| 18 | 13915 | 205 | |
| 19 | 13997 | 361 | |
| 20 | 13807 | 1684 | |
| 21 | 13733 | 296 | |
| 22 | 13775 | 250 | |
| 23 | 13803 | 602 | |
| 24 | 14038 | 707 | |
| 25 | 13793 | 970 | |
| 26 | 13814 | 622 | |
| 27 | 13789 | 1615 | |
| 28 | 13787 | 1849 | |
| 29 | 13778 | 188 | |
| 30 | 13896 | 1125 | |
| 31 | 14091 | 1154 | |
| 32 | 13726 | 1364 | AND |
| | 13754 | 120 | |
| 33 | 14005 | 1919 | |
| 34 | 14048 | 1475 | |
| 35 | 13861 | 738 | |
| 36 | 13814 | 681 | |
| 37 | 13766 | 1047 | |
| 38 | 13793 | 1194 | |
| 39 | 13818 | 1680 | |
| 40 | 13783 | 1800 | |
| 41 | 13824 | 1327 | |
| 42 | 13867 | 813 | |

PAGE 5

EXHIBIT 37, PAGE 788



EXHIBIT "B" Page 5

86-456266

ALTA PLAIN
LANGUAGE COMMITMENT

OR-1444086
AMENDMENT NO. 1

| | | |
|---|---|---|
| 43 | 13726 | 1120 |
| 44 | 14072 | 1925 |
| 45 | 13789 | 1562 |
| 46 | 14066 | 771 |
| 47 | 14038 | 652 |
| 48 | 13933 | 1544 |
| 49 | 13826 | 1 |
| 50 | 13783 | 1747 |
| 51 | 13916 | 1687 |
| 52 | 14094 | 1944 |
| 53 | 13824 | 1274 |
| 54 | 13780 | 422 |
| 55 | 13780 | 529 |
| 56 | 14094 | 1889 |
| 57 | 13726 | 1226 |
| 58 | 14091 | 1099 |
| 59 | 13787 | 1796 |
| 60 | 13795 | 981 |
| 61 | 13803 | 350 |
| 62 | 13831 | 132 |
| 63 | 14250 | 1212 |
| 64 | 14191 | 1667 |
| 65 | 13726 | 1154 |
| 66 | 13765 | 1660 |
| 67 | 13803 | 655 |
| 68 | 14031 | 1123 |
| 69 | 13797 | 1053 |
| 70 | 14091 | 992 |
| 71 | 14034 | 1821 |
| 72 | 14180 | 1523 |
| 73 | 13785 | 1974 |
| 74 | 13977 | 584 |
| 75 | 14091 | 938 |
| 76 | 14064 | 1083 |
| 77 | 13726 | 1292 |
| 78 | 13726 | 1190 |
| 79 | 14091 | 884 |
| 80 | 13780 | 614 |

4.  THE LAND REFERRED TO IN THIS COMMITMENT IS DESCRIBED AS FOLLOWS:

ALL THAT CERTAIN LAND SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF ORANGE, CITY OF HUNTINGTON BEACH, DESCRIBED AS FOLLOWS:

PARCEL 1:

PAGE 6

001606

EXHIBIT 37, PAGE 789



EXHIBIT "B" Page 6          86-456266

ALTA PLAIN                                    OR-1444086
LANGUAGE COMMITMENT                           AMENDMENT NO. 1

UNITS 1 THROUGH 80 INCLUSIVE, AS SHOWN AND DEFINED ON A CONDOMINIUM
PLAN (THE "CONDOMINIUM PLAN") RECORDED IN BOOK 13398, PAGES 1193 AND
FOLLOWING OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA, EXCEPTING
THAT PORTION CONSISTING OF BUILDINGS AND OTHER IMPROVEMENTS.

PARCEL 2:

AN UNDIVIDED EIGHTY/EIGHTIETHS (80/80) INTEREST IN THE COMMON
AREA AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN, EXCEPTING
THAT PORTION CONSISTING OF BUILDINGS AND OTHER IMPROVEMENTS.

PARCEL 3:

THOSE PORTIONS OF UNITS 1 THROUGH 80 INCLUSIVE, AS SHOWN AND
DEFINED ON THE CONDOMINIUM PLAN, CONSISTING OF BUILDINGS AND
OTHER IMPROVEMENTS.

PARCEL 4:

AN UNDIVIDED EIGHTY/EIGHTIETHS (80/80) INTEREST IN AND TO THOSE
PORTIONS OF THE COMMON AREA AS SHOWN AND DEFINED ON THE CONDOMINIUM
PLAN, CONSISTING OF BUILDINGS AND OTHER IMPROVEMENTS.

PARCEL 5:

AN EASEMENT FOR THE EXCLUSIVE USE AND OCCUPANCY OF THOSE PORTIONS
OF THE RESTRICTED COMMON AREA, AS DEFINED ON SAID CONDOMINIUM
PLAN FOR ENTRY AND STAIRCASES AND ATTIC SPACE RELATING TO SAID
UNITS.

PARCEL 6:

A NON-EXCLUSIVE EASEMENT AND RIGHT TO USE THE COMMON AREA AS
DEFINED ON SAID CONDOMINIUM PLAN, EXCEPT THE RESTRICTED COMMON
AREA.

PAGE 7

66-456266

STATE OF CALIFORNIA          )
                             ) SS.
COUNTY OF ORANGE             )


      On this 24th day of September, in the year 1986, before
me, the undersigned, a Notary Public in and for said State,
personally appeared Robert P. Warmington, personally known to
me or proved to me on the basis of satisfactory evidence) to be
the person whose name is subscribed to the within instrument,
and acknowledged to me that he executed it.

WITNESS my hand and official seal.



OFFICIAL SEAL
PEARL L. HUNT
NOTARY PUBLIC — CALIFORNIA
PRINCIPAL OFFICE IN
ORANGE COUNTY
My Commission Expires March 30, 1987

*Pearl L. Hunt*


STATE OF CALIFORNIA          )
                             ) SS.
COUNTY OF ORANGE             )


      On this 24th day of September, in the year 1986, before
me, the undersigned, a Notary Public in and for said State,
personally appeared Loring P. Warmington, personally known to
me or proved to me on the basis of satisfactory evidence) to be
the person whose name is subscribed to the within instrument,
and acknowledged to me that she executed it.

WITNESS my hand and official seal.

OFFICIAL SEAL
PEARL L. HUNT
NOTARY PUBLIC — CALIFORNIA
PRINCIPAL OFFICE IN
ORANGE COUNTY
My Commission Expires March 30, 1987

*Pearl L. Hunt*


2PE01SL



662456266

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF ORANGE             )


On September 23, 1986, before me, the undersigned, a
Notary Public in and for said State, personally appeared John
E. Wertin, personally known to me (or proved to me on the basis
of satisfactory evidence) to be the person who executed the
within instrument as the Chairman on behalf of AP Development
Company, the corporation therein named, and acknowledged to me
that said corporation executed the within instrument pursuant
to its bylaws or a resolution of its board of directors, said
corporation being known to me to be the general partner of G/HB
Investors, the limited partnership that executed the within
instrument, and acknowledged to me that such corporation
executed the same as such partner and that such partnership
executed the same.

WITNESS my hand and official seal.

OFFICIAL SEAL.
SHIRLEY A. GERBASI
NOTARY PUBLIC - CALIFORNIA
PRINCIPAL OFFICE IN
ORANGE COUNTY
My Commission Exp. Apr. 23, 1990

2PEG1SL

**Fill in this information to identify your case:**

Debtor 1  **JAMIE LYNN GALLIAN**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **Central District of California**

Case number  **8:21-bk-11710-ES**
(If known)

☑ Check if this is an amended filing

**Official Form 106H**

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? **California**. Fill in the name and current address of that person.

      Ronald J. Pierpont
      Name of your spouse, former spouse, or legal equivalent

      4519 Ponderosa Way
      Number    Street

      Yorba Linda    CA    92886
      City    State    ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F),* or *Schedule G (Official Form 106G).* Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

*Column 1: Your codebtor*

*Column 2: The creditor to whom you owe the debt*
Check all schedules that apply:

**3.1**
Lisa Ryan
Name
20949 Lassen St. #208
Number    Street
Chatsworth    CA    91311
City    State    ZIP Code

☐ Schedule D, line 2.10,2.11
☑ Schedule E/F, line 4.8
☑ Schedule G, line 2.4

**3.2**
Patricia Ryan
Name
20949 Lassen St. #208
Number    Street
Chatsworth    CA    91311
City    State    ZIP Code

☐ Schedule D, line 2.10,2.11
☑ Schedule E/F, line 4.10
☑ Schedule G, line 2.4

**3.3**

Name

Number    Street

City    State    ZIP Code

☐ Schedule D, line _____
  Schedule E/F, line _____
  Schedule G, line _____

Official Form 106H    Schedule H: Your Codebtors    page 1 of 1

001610    EXHIBIT 37, PAGE 793

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIVISION |
| Case number (if known) | **8:21-bk-11710-ES** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                   12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☐ Employed | ☐ Employed |
| | ☑ Not employed | ☐ Not employed |
| **Occupation** | **Flight Attendant** | |
| **Employer's name** | | |
| **Employer's address** | | |
| **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $    0.00 | $    N/A |
| 3. | Estimate and list monthly overtime pay. | 3. +$    0.00 | +$    N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $    0.00 | $    N/A |

| | | |
|---|---|---|
| Official Form 106I | Schedule I: Your Income | page 1 |

001611                                    EXHIBIT 37, PAGE 794

Debtor 1  **Jamie Lynn Gallian**                                          Case number (*if known*)  **8:21-bk-11710-ES**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $              0.00 | $              **N/A** |
| 5. | **List all payroll deductions:** | | | |
| | 5a.  **Tax, Medicare, and Social Security deductions** | 5a. | $              0.00 | $              **N/A** |
| | 5b.  **Mandatory contributions for retirement plans** | 5b. | $              0.00 | $              **N/A** |
| | 5c.  **Voluntary contributions for retirement plans** | 5c. | $              0.00 | $              **N/A** |
| | 5d.  **Required repayments of retirement fund loans** | 5d. | $              0.00 | $              **N/A** |
| | 5e.  **Insurance** | 5e. | $              0.00 | $              **N/A** |
| | 5f.  **Domestic support obligations** | 5f. | $              0.00 | $              **N/A** |
| | 5g.  **Union dues** | 5g. | $              0.00 | $              **N/A** |
| | 5h.  **Other deductions. Specify:** | 5h.+ | $              0.00 + | $              **N/A** |
| 6. | **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $              0.00 | $              **N/A** |
| 7. | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $              0.00 | $              **N/A** |
| 8. | **List all other income regularly received:** | | | |
| | 8a.  **Net income from rental property and from operating a business, profession, or farm**  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $              0.00 | $              **N/A** |
| | 8b.  **Interest and dividends** | 8b. | $              0.00 | $              **N/A** |
| | 8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**  Include alimony, spousal support, child support, maintenance, and divorce settlement, and property settlement. | 8c. | $              0.00 | $              **N/A** |
| | 8d.  **Unemployment compensation** | 8d. | $          1,005.26 | $              **N/A** |
| | 8e.  **Social Security** | 8e. | $              0.00 | $              **N/A** |
| | 8f.  **Other government assistance that you regularly receive**  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify:  **Temporary Covid-19 FAC payment** | 8f. | $          1,200.00 | $              **N/A** |
| | 8g.  **Pension or retirement income** | 8g. | $              0.00 | $              **N/A** |
| | 8h.  **Other monthly income. Specify:** | 8h.+ | $              0.00 + | $              **N/A** |
| 9. | **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $          2,205.26 | $              **N/A** |
| 10. | **Calculate monthly income.**  Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $  2,205.26 + $     **N/A** = $  2,205.26 | |
| 11. | **State all other regular contributions to the expenses that you list in** *Schedule J.*  Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.  Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*  Specify: | 11. | +$              0.00 | |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | $          2,205.26 | |
| | | | **Combined monthly income** | |

13. **Do you expect an increase or decrease within the year after you file this form?**

   ■  No.
   ☐  Yes. Explain: _____

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 __JAMIE LYNN GALLIAN__<br>First Name    Middle Name    Last Name | |
| Debtor 2<br>(Spouse, if filing) First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: __Central District of California__ | |
| Case number __8:21-bk-11710-ES__<br>(If known) | |

☑ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Sign Below |
|---|---|

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ _____    ✗ _____
Signature of Debtor 1    Signature of Debtor 2

Date __3/9/2022__
MM / DD / YYYY

Date _____
MM / DD / YYYY

001613            EXHIBIT 37, PAGE 796

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION | | |
| Case number | **8:21-bk-11710-ES** | | |
| (if known) | | | |

■ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                     4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

☐ Married
■ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 4476 Alderport Dr. #53 Huntington Beach, CA 92649 | From-To: 11/2009 to 9/10/2018 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| 5782 Pinon Drive Huntington Beach, CA 92649 | 9/11/2018 to 11/30/2018 | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| For last calendar year: (January 1 to December 31, 2020 ) | ■ Wages, commissions, bonuses, tips | $1,408.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

| | | |
|---|---|---|
| Official Form 107 | Statement of Financial Affairs for Individuals Filing for Bankruptcy | page 1 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

EXHIBIT 37, PAGE 797

Case 8:21-bk-11710-ES    Doc 72    Filed 03/11/22    Entered 03/14/22 09:54:23    Desc
Main Document       Page 45 of 64

Debtor 1    **Jamie Lynn Gallian**                                    Case number (if known)   **8:21-bk-11710-ES**

|  | Debtor 1<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| For the calendar year before that:<br>(January 1 to December 31, 2019 ) | ■ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | $3,375.00 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐  No
■  Yes. Fill in the details.

|  | Debtor 1<br>Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until<br>the date you filed for bankruptcy: | Unemployment | $11,000.00 | | |
| For last calendar year:<br>(January 1 to December 31, 2020) | Unemployment | $21,227.00 | | |
| For last calendar year:<br>(January 1 to December 31, 2018) | Retirement Income-<br>Withdrawal from 401k | $31,922.58 | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
☐  No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
    ☐  No    Go to line 7.
    ☐  Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■  Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ■  No.   Go to line 7.
    ☐  Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

001615                  EXHIBIT 37, PAGE 798

| Debtor 1 | Jamie Lynn Gallian | | | Case number (if known) | 8:21-bk-11710-ES |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
   |---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

   | Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|
   | Houser Bros. Co. dba Rancho Del Rey Mobilehome Estates   vs. Jamie Lynn Gallian<br>30-2019-01041423-CI-UD-CJC | Unlawful Detainer filed 1/2/2019 regarding Lot 376, Tract 10542, Unit 4, Unexpired term of 80 yr. Ground Leasehold recorded APN 178-011-01 | Orange County Superior Court<br>700 W. Civic Center Dr. West<br>Santa Ana, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | Randall L. Nickell vs. Huntington Beach Gables HOA, et. al.<br>30-2020-01163055-CU-OR-CJC | Cross complaint contained in this action by Huntington Beach Gables HOA. Unencumbered sale to bona fide purchaser for value 10/31/2018 of 4476 Alderport Unit 53; APN 178-771-03, Und. Int. Tract 10542 Lot 1 & 2, Gables subd. Randall Nickell. | Orange County Superior Court<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>Debtor is a cross defendant |
   | Estate of Charles James Bradley, Jr.<br>30-2017-00915711 | Petition to determine heirship; Claim to Property | Orange County Superior Court<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701 | XX Pending |

Debtor 1   **Jamie Lynn Gallian**                                     Case number *(if known)*   **8:21-bk-11710-ES**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Huntington Beach Gables HOA vs. Sandra Bradley, et. al.**<br>**30-2017-00913985** | Collections | Orange County Superior Court<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701 | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**post judgment collections actions** |
| **Huntington Beach Gables HOA vs. Jamie Gallian**<br>**30-2017-00962999-CU-HR-CJC** | Collections | Orange County Superior Court<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Jamie Lynn Gaillan vs. Jesus Jasso, et. al.**<br>**30-2020-01153679** | Personal injury | Orange County Superior Court<br>700 Civic Center Dr. West<br>Santa Ana, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

   ■ No. Go to line 11.
   ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

   ■ No
   ☐ Yes

**Part 5:   List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

   ■ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

   ■ No
   ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

EXHIBIT 37, PAGE 800

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

---

**Part 6:** **List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

   ■ No
   ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:** **List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ■ No
   ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
   Do not include any payment or transfer that you listed on line 16.

   ■ No
   ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
   Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.
   ☐ No
   ☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| James H. Casello<br>Casello & Lincoln<br>525 Cabrillo Park Dr. Ste. 104<br>Santa Ana, CA 92701 | $43,000 legal fees | Legal services | multiple: 2019 to 2020 |
| Michael T. Chulak & Assoc.<br>30343 Canwood St. Ste. 203<br>Agoura Hills, CA 91301<br><br>None | $8,700 | Legal services | 2018 to 2019 |
| Michael S. Devereux, Esq.<br>9171 Wilshire Blvd. Ste. 500<br>Beverly Hills, CA 90210<br><br>None | $5,000 | legal services | 2018 to 2019 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Jamie Lynn Gallian** _____    Case number *(if known)* **8:21-bk-11710-ES**

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Person's relationship to you** | | | |
| Steven A. Fink, Esq 13 Corporate Plaza Dr. Ste. 150 Newport Beach, CA 92660 | $30,000 | legal services | 2019 to 2020 |
| **None** | | | |
| David R. Flyer, Esq. 4120 Birch St. Ste. 101 Newport Beach, CA 92660 | $17,000 | Legal services | 2018 to 2019 |
| Sherry A. Garrels, Esq. 12660 Brookhurst St. #103 Garden Grove, CA 92740 | $ 5,000.00 | Legal Services | 2020-2021 |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

001619                    EXHIBIT 37, PAGE 802

Debtor 1   **Jamie Lynn Gallian**                                    Case number *(if known)*   **8:21-bk-11710-ES**

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name<br>**Address (Number, Street, City, State and ZIP Code)** | Where is the property?<br>**(Number, Street, City, State and ZIP Code)** | Describe the property | Value |
|---|---|---|---|

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■   *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■   *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■   *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address (Number, Street, City, State and ZIP Code)** | Governmental unit<br>**Address (Number, Street, City, State and ZIP Code)** | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.  **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address (Number, Street, City, State and ZIP Code)** | Governmental unit<br>**Address (Number, Street, City, State and ZIP Code)** | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address (Number, Street, City, State and ZIP Code)** | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:    Give Details About Your Business or Connections to Any Business**

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

---

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**EXHIBIT 37, PAGE 803**

Debtor 1    **Jamie Lynn Gallian** _____        Case number (if known)   **8:21-bk-11710-ES**

 

☐ **No. None of the above applies. Go to Part 12.**

☑ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |
| **J-Sandcastle Co., LLC**<br>**16222 Monterey Lane #376**<br>**Huntington Beach, CA 92649** | **Residential Management** | EIN:   **83-2453659**<br><br>From-To   **10/19/2018- 11/22/2021** |
| **J-Pad, LLC**<br>**21742 Anza Ave.**<br>**Torrance, CA 90503** | **Residential Management.** | EIN:<br><br>From-To   **2/9/2018-11/22/2021** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_Jamie Lynn Gallian_ *(signature)*

**Jamie Lynn Gallian**
Signature of Debtor 1

Signature of Debtor 2

Date   **3/9/2022**

Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☑ **Yes**
☐ **No**

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ **No**
☐ **Yes. Name of Person** _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

001621                    EXHIBIT 37, PAGE 804

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |
| (if known) | |

■ Check if this is an amended filing

**Official Form 108**
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Orange County Tax Assessor**<br><br>Description of property securing debt: **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>**Pay as Agreed** | ☐ No<br><br>■ Yes |
| Creditor's name: **People of the State of California**<br><br>Description of property **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7          page 1 *OF 4*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXHIBIT 37, PAGE 805

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

| property securing debt: | **Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | ■ Retain the property and [explain]: **Lien To Be Avoided By  522(f) or Other Means** | |
|---|---|---|---|

| Creditor's name: | **BS Investors, LP; S 4, LP** | ☐ Surrender the property. ☐ Retain the property and redeem it. ☐ Retain the property and enter into a *Reaffirmation Agreement.* ■ Retain the property and [explain]: | ☐ No ■ Yes |
|---|---|---|---|
| Description of property securing debt: | **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.  Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".** | **Lien to be avoided by 522(f) or other means** | |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**

**Will the lease be assumed?**

| Lessor's name: | **BS Investors, LP; S4, LP; Houser Bros. Co. dba Rancho Del Rey Mobilehome Estates, Property Manager** | ☐ No ■ Yes |
|---|---|---|
| Description of leased Property: | **1979 Unexpired Recorded 80 yr. Ground leasehold; 1/1/2006 Ground Lease Agreement Laura Ryan (Deceased);  Lisa Ryan, Patricia Ryan  Lot 376 location of New 2014 Skyline Custom Villa manufactured home purchase, delivery, construction  pursuant to H&S §18551.** | |
| Lessor's name: | **Hyundai Capital America** | ☐ No ■ Yes |
| Description of leased Property: | **Vehicle lease for 2020 Kia Sportage.  Expires 12/1/2022** | |

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _(signature)_                                    X
**Jamie Lynn Gallian**                                      Signature of Debtor 2
Signature of Debtor 1

Date _3/9/2022_                                    Date

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7          page 2 of 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

EXHIBIT 37, PAGE 806

Debtor 1   **Jamie Lynn Gallian**                          Case number (if known)   **8:21-bk-11710-ES**

## CONTINUATION SHEET FOR OFFICIAL FORM 108

**1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Creditor's Name | Description of property securing debt | | |
|---|---|---|---|
| Janine Jasso<br>16025 Warmington Lane<br>Huntington Beach, CA 92649 | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| The Huntington Beach Gables<br>Homeowners Association, A CA<br>Nonprofit Mutual Benefit Corporation | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| The Huntington Beach Gables<br>Homeowners Association, A CA<br>Nonprofit Mutual Benefit Corporation | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| The Huntington Beach Gables<br>Homeowners Association, A CA<br>Nonprofit Mutual Benefit Corporation | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| Lori Burrett<br>16107 Sherlock Lane<br>Huntington Beach, CA 92649 | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62, Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| The Huntington Beach Gables<br>Homeowners Association, A CA<br>Nonprofit Mutual Benefit Corporation | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| Lee Gragnano<br>16062 Warmington Lane<br>Huntington Beach, CA 92649 | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| Theodore Phillips<br>17912 Sandra Lee<br>Hubntington Beach, CA 92649 | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| Lindy Beck<br>4443 Chase Lane<br>Huntington Beach, CA 92649 | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| Jennifer Paulin<br>4464 Alderport Drive<br>Huntington Beach, CA 92649 | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649 APN<br>891-569-62, Decal No. LBM 1081 | Has exemptions | Avoid Lien |

001624                          EXHIBIT 37, PAGE 807

Debtor 1   **JAMIE LYNN GALLIAN**                           Case number (if known)   **8:21-bk-11710-ES**

## CONTINUATION SHEET FOR OFFICIAL FORM 108

**1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Creditor's Name | Description of property securing debt | | |
|---|---|---|---|
| Janine Jasso<br>16025 Warmington Lane<br>Huntington Beach, CA 92649 | 16222 Monterey Ln. UNIT<br>376 Huntington Beach, CA<br>92649 APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| The Huntington Beach Gables<br>Homeowners Association, A CA<br>Nonprofit Mutual Benefit Corporation | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| The Huntington Beach Gables<br>Homeowners Association, A CA<br>Nonprofit Mutual Benefit Corporation | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| The Huntington Beach Gables<br>Homeowners Association, A CA<br>Nonprofit Mutual Benefit Corporation | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| J-PAD, LLC | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62, Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| People of the State of California | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| GORDEN, REES, SKULLY,<br>MANSUKHANI, APC | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| FELDSOTT & LEE, APC | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| HOUSER BROS CO, LP<br>HOUSER BROS CO, GP | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649<br>APN 891-569-62,<br>Decal No. LBM 1081 | Has exemptions | Avoid Lien |
| S4, A CALIFORNIA LIMITED<br>PARTNERSHIP | 16222 Monterey Ln. Sp. 376<br>Huntington Beach, CA 92649 APN<br>891-569-62, Decal No. LBM 1081 | Has exemptions | Avoid Lien |

Official Form 108        Chapter 7 Statement of Intentions for Individuals Filing Under Chapter 7        page **4** of 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

EXHIBIT 37, PAGE 808

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| **Debtor 1**    Jamie Lynn Gallian | ■ 1. There is no presumption of abuse |
| **Debtor 2** (Spouse, if filing) | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the: Central District of California--Santa Ana Division | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number **8:21-bk-11710-ES** (if known) | ■ Check if this is an amended filing |

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income
04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:**    **Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.
   - ■ **Not married.** Fill out Column A, lines 2-11.
   - ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
   - ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:
      - ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.
      - ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $      0.00 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filed in. | $      0.00 | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filed in. Do not include payments you listed on line 3. | $      0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $   0.00 | | |
| Ordinary and necessary operating expenses | -$   0.00 | | |
| Net monthly income from a business, profession, or farm $   0.00   Copy here -> $ | | 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $   0.00 | | |
| Ordinary and necessary operating expenses | -$   0.00 | | |
| Net monthly income from rental or other real property $   0.00   Copy here -> $ | | 0.00 | $ |

| 7. **Interest, dividends, and royalties** | $      0.00 | $ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 8. | Unemployment compensation | $ 1,789.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| | | | |
|---|---|---|---|
| | For you | $ | 0.00 |
| | For your spouse | $ | |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ 0.00    $

10. **Income from all other sources not listed above.**  Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

| | | | |
|---|---|---|---|
| | | $ 0.00 | $ |
| | | $ 0.00 | $ |
| | Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ 1,789.00  + $  = $ 1,789.00

Total current monthly income

| **Part 2:** | **Determine Whether the Means Test Applies to You** |

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11.    Copy line 11 here=>    $ 1,789.00

Multiply by 12 (the number of months in a year)    x 12

12b. The result is your annual income for this part of the form.    12b.    $ 21,468.00

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    CA

Fill in the number of people in your household.    1

Fill in the median family income for your state and size of household.    13.    $ 62,938.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

| **Part 3:** | **Sign Below** |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____
**Jamie Lynn Gallian**

Official Form 122A-1    Chapter 7 Statement of Your Current Monthly Income    page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Jamie Lynn Gallian**                                      Case number (*if known*)   **8:21-bk-11710-ES**

Signature of Debtor 1

Date   3/9/2022
       MM/ DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

---

Official Form 122A-1                    **Chapter 7 Statement of Your Current Monthly Income**                    **page 3**
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

001628                    EXHIBIT 37, PAGE 811

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:   JAMIE LYNN GALLIAN

Debtor

Verification of Creditor Matrix

The above-named Debtor hereby verify that the attached list of creditors is
True and correct to the best of her knowledge.

Date: _____3/9/2022_____

Signature of Debtor

001629                     EXHIBIT 37, PAGE 812

Jamie Lynn Gallian
16222 Monterey Lane Unit 376
Huntington Beach, CA 92649

Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue 0f The Stars,   Ste. 450
Los Angeles, CA 90067-6006

Frank Satalino
19 Velarde Ct.
Rancho Santa Margarita, CA
92688- 8502

Huntington Beach Gables H0A
c/o Feldsott & Lee
23161 Mill Creek Dr. Ste. 300
Laguna Hllls, CA 92653-7907

Huntington Mobile Home Investments
16400 Saybrook Lane
Huntington Beach, CA 92649-2277

Hyundai Capital America
P0 B0X 269011
Plano, TX 75026-9011

Janine Jasso
P.0 Box 37106
El Paso TX 79937-0161

Lee Gragnano
16062 Warmington Lane
Huntington Beach, CA 92649

Lori Burrett
16107 Sherlock Lane
Huntington Beach, CA 92649-2293

Association of Flight Attendants
6625 No. River Road Ste. 4020
Rosemont, IL. 60018

David R. Flyer
4120 Birch St. Ste. 101,
Newport Beach, CA 92660-2228

Houser Bros Co. dba Rancho Del Rey
Mobilehome Estates
16222 Monterey Ln 0FFICE
Huntington Beach, CA 92649

Houser Bros Co
dba Rancho Del Rey Mobilehome Est.
17610 Beach Blvd. Ste. 32 Huntington
Beach, CA 92647-6876

Huntington Mobile Home Investments
LLC
1100 Newport Beach Blvd. Ste 1150
Newport Beach, CA 92660

Internal Revenue Service Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Janine Jasso
16025 Warmington Lane
Huntington Beach, CA 92649

Lindy Beck
4443 Chase Dr.
Huntington Beach, CA 92649-2297

BS Investors, LP
18201 Von Karman, Ste. 450
Irvine, CA 92612

Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071-2005

Huntington Harbor Village
16400 Saybrook
Huntington Beach, CA 92649-2277

Huntington Mobile Home Inv. LLC.
430 S. San Dimas Ave.
San Dimasa CA 91773-4045

Huntington Beach Gables Homeowners
Association
EPSTEN, GRINNEL, & H0WELL, APC
10200 Willow Creek Rd. Ste. 100   San
Diego, CA 92131

James H Cosello, Esq.
Casello & Lincoln,
525 N Cabrillo Park Dr. Ste 104
Santa Ana, CA 92701-5017

Jennifer Paulin
4446 Aldergort Dr.
Huntington Beach, CA 92649-2286

Lisa T. Ryan
20949 Lassen St. APT. 208
Chatsworth, CA 91311-4239

1

EXHIBIT 37, PAGE 813

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:   JAMIE LYNN GALLIAN                                  CASE NO. 8:21-bk-11710-ES

                              Debtor

              Verification of Declaration of Homestead filed with

              Orange County Clerk Recorder

              DOC NO. 2021000443659

       The above-named Debtor(s) hereby verify that the attached Homestead
Declaration is a true and correct copy to the best of the knowledge.

Date: _3/9/2022_                              _____
                                              Signature of Debtor

Michael S. Devereux
Wex Law
9171 Wilshire Blvd. Ste. 50O
Beverly Hills, CA 90210-5536

Patricia Ryan
20949 Lassen St. Apt 208
Chatsworth, CA 91311-4239

Raquel Flyer-Dashner
4120 Birch St. Ste. 101, Newport
Beach, CA 92660-2228

Rutan & Tucker
18575 Jamboree Rd. 9th FL Irvine,
CA 92612

Steven A. Fink
13 Corporate Plaza Ste. 150
Newport Beach, CA 92660-7919

The Huntington Beach Gables
Homeowners Association
c/o Epsten Grinnell & Howell APC
10200 Willow Creek Road, Ste 10O
San Diego, CA 92131-1669

United Airlines
233 S. Hacker Dr.
Chicago, IL 60606-6462

Vivienne J Alston
Alston, Alston & Diebold
27201 Puerta Real Ste 300
Mission Viejo, CA 92691-8590

Orange County Alternate
Defenders Office
600 W. Santa Ana, Ste. 600
Santa Ana, CA 92701

People of the St of CA
8141 13th Street
Westminster, CA 92683-4576

Randall Nickell
4476 Alderport Dr.
Huntington Beach, CA 92649-2288

Superior Court of California
County Of Orange
711 Civic Center Drive, West
Santa Ana, CA 92701

Suzanne Tague Ross Wolcott,
Teinert, Prout
3151 Airway Ave. S-1
Costa Mesa, CA 92626-4627

Theodore Phillips
17612 Sandea Lee
Huntington Beach, CA 92649

United Airlines
P.O. Box 0675
Carol Stream, 60132-0675

Orange County Public Defender
801 Civic Center Drive, West
Santa Ana, CA 92702

Randell Nickel
c/o Mark Mellor, Esq.
6800 Indiana Ave. Ste. 220
Riverside, CA 92506-4267

Robert P. Warmington Co.
c/o BS Investors LP
18201 Von Karmen Ste. 450
Irvine, CA 92612-1195

Sandra L. Bradley
18 Meadowwood,
Coto De Caza, 92679

Stanley Feldsott: Esq
Feldsott & Lee
23161 Mill Creek Drive Ste. 300
Laguna Hills, CA 92653-7907

S 4, A California Limited
Partnership
1001 Dove Street Ste. 230
Newport Beach, CA 92660

US BANK
PO Box5229
Cincinnati, OH 45201-5229

2

EXHIBIT 37, PAGE 815

Recording Requested by :

J-SANDCASTLE CO LLC

JAMIE LYNN GALLIAN
16222 MONTEREY LANE #376
HUNTINGTON BEACH, CA 92649

When recorded mail to:

JAMIE LYNN GALLIAN
16222 MONTEREY LANE #376
HUNTINGTON BEACH, CA 92649

**Recorded in Official Records, Orange County**
**Hugh Nguyen, Clerk-Recorder**

88.00

* $ R 0 0 1 2 9 8 0 9 5 6 $ *
**2021000443659** 12:48 pm 07/09/21
18 414A D04   2
0.00 0.00 0.00 0.00 3.00 0.00 0.000.0075.00 3.00

SPACE ABOVE THIS LINE FOR RECORDER USE ONLY

# HOMESTEAD DECLARATION
### CCP §704.930

APN#: 891-569-62

**1. Name(s) of Declared Homestead owners:**

JAMIE LYNN GALLIAN                                                    , do hereby claim a Declared
Homestead in the following real property located in:

the City of  HUNTINGTON BEACH, CA  , County of  ORANGE  , State of California,

more commonly known as:

16222 MONTEREY LANE SPACE 376 HUNTINGTON BEACH, CA 92649
*(Insert Common Street Address Above)*

and more particularly described as follows:

2014 SKYLINE CUSTOM VILLA DECAL NO. LBM1081 SERIAL NO. AC7V710394GB; AC7V710394GA; LOCATED ON LOT 376
ON APN 178-011-16, TRACT 10542, UNIT 4, PARCEL MAP BOOK 108, PG(S) 47 & 48
*(Insert Property Legal Description Above)*

**2. The Declared Homestead is the principal dwelling of the Declared Homestead Owner(s) listed above or such person(s) spouse.**

**3. The Declared Homestead Owner(s) listed above, or such person(s) spouse, resides in the Declared Homestead on the date this Homestead Declaration is recorded.**

**4. The facts stated in this Homestead Declaration are known to be true as of the personal knowledge of the person(s) below executing and acknowledging this Homestead Declaration.**

Dated:  07/08/2021

_____
*(Signature of Declared Homestead Owner or Spouse)*

JAMIE LYNN GALLIAN
*(Printed Name of Declared Homestead Owner or Spouse)*

_____
*(Signature of Declared Homestead Owner of Spouse)*

JAMIE LYNN GALLIAN
*(Printed Name of Declared Homestead Owner or Spouse)*

( See Attached Acknowledgment )

001633                    EXHIBIT 37, PAGE 816

## ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Orange_ )

On _7/9/21_ before me, _Greg Buysman, Notary Public_
(insert name and title of the officer)

personally appeared _Jamie Lynn Galligan_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**GREG BUYSMAN**
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature _____ (Seal)

001634                    EXHIBIT 37, PAGE 817

EXHIBIT 38

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **JAMIE LYNN GALLIAN**<br>**16222 Monterey Ln. #376**<br>**Huntington Beach, CA 92649**<br>**(714) 321-3449**<br>jamiegallian@gmail.com | **FILED**<br><br>**MAR 15 2022**<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

☐ *Attorney for Debtor*
☑ *Individual appearing without attorney*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION**

| In re: | CASE NO.: **8:21-bk-11710-ES** |
|---|---|
| **Jamie Lynn Gallian** | CHAPTER: **7** |
| | **SUMMARY OF AMENDED SCHEDULES, , AND/OR STATEMENTS**<br>[LBR 1007-1(c)] |
| Debtor(s) | |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added?   XX  Yes

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B      ☐ Schedule C      ☑ Schedule D      ☑ Schedule E/F      ☐ Schedule G

☐ Schedule H      ☐ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)      ☐ Statement of Intentions      ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and/or statements are true and correct.

Date: __3/11/2022__

_Jamie L Gallian_ (signature)
**Jamie Lynn Gallian**
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                 Page 1                                 F 1007-1.1.AMENDED.SUMMARY

001636                    EXHIBIT 38, PAGE 818

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**5801 Skylab Road Huntington Beach, CA 92647**

A true and correct copy of the foregoing document entitled (*specify*):    **Summary of Amended Schedules, Master
Mailing List, and or Statements**    will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.**  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On
3/11/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jeffrey I Golden (TR)    lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
Mark A Mellor    mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
Valerie Smith    claims@recoverycorp.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

XX Service information continued on attached
page

**2.**  **SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known
addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

**3.**  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/14/2022 | Robert McLelland | *Robert McLelland* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                          Page 2                          F 1007-1.1.AMENDED.SUMMARY

EXHIBIT 38, PAGE 819

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Aaron E DE Leest on behalf of Trustee Jeffrey I Golden (TR)
adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com

Jeffrey I Golden (TR)   lwerner@wgllp.com, jig@trusteesolutions.net; kadele@wgllp.com

D Edward Hays on behalf of Interested Party Courtesy NEF
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays on behalf of Plaintiff Houser Bros. Co.
ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Eric P Israel on behalf of Trustee Jeffrey I Golden (TR)
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Laila Masud on behalf of Interested Party Courtesy NEF
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Laila Masud on behalf of Plaintiff Houser Bros. Co.
lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Mark A Mellor on behalf of Defendant Randall L Nickel
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Mark A Mellor on behalf of Interested Party Courtesy NEF
mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com

Valerie Smith on behalf of Interested Party Courtesy NEF        claims@recoverycorp.com

United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov

## 2. SERVED BY U.S. MAIL

Jamie Lynn Gallian
16222 Monterey Ln. Unit 376
Huntington Beach, CA 92649

The Honorable Erithe A. Smith
U.S. Bankruptcy Court
411 West Fourth Street, Suite 5040
Santa Ana, CA 92701-4593

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Feldsott & Lee
23161 Mill Creek Drive, Ste.
300 Laguna Hills, CA
92653-7907

Janine Jasso
16025 Warmington Lane
Huntington Beach, CA 92649

Janine Jasso
P.O Box 37106
El Paso TX 79937-0161

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Association of Flight
Attendants 6625 No. River
Road Ste. 4020 Rosemont, IL.
60018

David R. Flyer
4120 Birch St. Ste. 101,
Newport Beach, CA
92660-2228

Houser Bros. Co.
dba Rancho Del Rey Estates
16222 Monterey Ln (Office)
Huntington Beach,  CA
92649-6214

Huntington Beach Gables HOA
c/o Feldsott & Lee
23161 Mill Creek Dr. Ste.  300
Laguna HIlls, CA 92653-7907

Huntington Mobile Home
Investments 16400 Saybrook
Lane
Huntington Beach, CA
92649-2277

J-Sandcastle Co, LLC
16222 Monterey Ln. Unit 376
Huntington Beach, CA 92649

James H Cosello, Esq.
Casello & Lincoln,
525 N Cabrillo Park Dr. Ste
104 Santa Ana, CA
92701-5017

Lindy Beck
4443 Chase Dr.
Huntington Beach, CA
92649-2297

BS Investors, LP
Grant, Genovese & Baratta
2230 Main Street, Ste. 1600
Irvine, CA 92614

Frank Satalino
18 Velarde CT
Rancho Santa Margarita,  CA
92688-8502

Gordon Rees Scully &
Mansukhani     633 W 5th
Street, 52nd Floor        Los
Angeles, CA 90071-2005

Huntington Mobile Home Inv.
LLC.
430 S. San Dimas Ave.
San Dimasa CA 91773-4045

Huntington Mobile Home
Investments LLC
1100 Newport Beach Blvd. Ste
1150 Newport Beach, CA 92660

Janine Jasso
16025 Warmington Lane
Huntington Beach, CA 92649

Jennifer Paulin
4446 Alderport Dr.
Huntington Beach, CA 92649

Lisa T. Ryan
20949 Lassen St. APT. 208
Chatsworth, CA 91311-4239

Danning, Gill, Israel & Krasnoff, LLP
1901 Avenue Of The Stars,   Ste.
450   Los Angeles, CA 90067-6006

Huntington Harbor Village
16400 Saybrook
Huntington Beach, CA92649-2277

Huntington Beach Gables
Homeowners Association
EPSTEN, GRINNEL, & HOWELL,APC
10200 Willow Creek Rd. Ste. 100
San Diego, CA 92131

Hyundai Capital America
PO BOX 269011
Plano, TX 75026-9011

Internal Revenue Service
Insolvency  P.O. Box 7346
Philadelphia, PA 19101-7346

J-Pad, LLC
21742 Anza Avenue
Torrance, Ca 90503

Lee Gragnano
16062 Warmington  Lane
Huntington Beach, CA 92649

Lori Burrett
16107 Sherlock
Huntingotn Beach, CA 927649

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

EXHIBIT 38, PAGE 821

Michael S. Devereux
Wex Law
9171 WilshireBlvd. Ste. 500
Beverly Hills, CA 90210-5536

Orange County Tax Collector
P.O. Box 149
Santa Ana, CA 92701

Orange County Public
Defender 801 Civic Center
Drive, West Santa Ana, CA
92702

Orange County Alternate
Defender 600 Santa Ana Blvd.
Ste. 600 Santa Ana, CA 92702

Patricia Ryan
20949 Lassen St. Apt 208
Chatsworth, CA 913 J 1-4239

People of the St of CA
8141 13th Street
Westminster, CA
92683-4576

Randall Nickell
4476 Alderport Dr.
Huntington Beach. CA 92649

Randell Nickel
c/o Mark Mellor, Esq.
6800 Indiana Ave. Ste. 220
Riverside, CA 92506-4267

Raquel Flyer-Dashner
4120 Birch St. Ste. 101,
Newport Beach, CA 92660

Robert.P. Warmington Co.
c/o BS Investors LP
18201 Von Karmen Ste. 450
Irvine, CA 92612

Rutan & Tucker
18575 Jamboree Rd. 9th FL
Irvine, CA 92612

S 4, A California Limited
Partnership
1001 Dove Street Ste. 230
Newport Beach, CA 92660

Sandra Bradley
18 Meadowwood,
Coto De Caza, Ca 92679

Steven A. Fink
13 Corporate Plaza Ste. 150
Newport Beach, CA 92660

Stanley Feldsott: Esq
Feldsott & Lee
23161 Mill Creek Drive Ste.
300 Laguna Hills, CA
92653-7907

Suzanne Tague Ross Wolcott,
Teinert, Prout
3151 Airway Ave. S-1
Costa Mesa, CA 92626-4627

Superior Court of California
County Of Orange
711 Civic Center Drive, West
Santa Ana, CA 9270 l

Theodore Phillips
17612 Sandea Lee
Huntington Beach, CA 92649

The Huntington Beach Gables
Homeowners Association
c/o Epsten Grinnell & Howell
APC 10200 Willow Creek Road,
Ste 100
San Diego, CA 92131

United Airlines
233 S. Hacker Dr.
Chicago, IL 60606-6462

United Airlines
P.O.Box 0675
Carol Stream, 60132-0675

USBANK
PO Box 5229
Cincinnati, OH 45201-5229

Vivienne J Alston
Alston, Alston &Diebold
27201 Puerta Real Ste 300
Mission Viejo, CA 92691-8590

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

EXHIBIT 38, PAGE 822

| Debtor 1 | **Jamie Lynn Gallian** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number   **8:21-bk-11710-ES**
(if known)

■ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **Orange County Tax Assessor**<br>Creditor's Name | Describe the property that secures the claim:<br>**16222 Monterey Ln. Unit 376<br>Huntington Beach, CA 92649<br>Orange County<br>APN: 891-569-62;<br>Decal No. LBM1081.** | $ 0.00 | $235,000.00 | $0.00 |

P.O. Box 1438
Santa Ana, CA
92701
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred                 Last 4 digits of account number   **LPT 891-569-62**

Debtor 1  **Jamie Lynn Gallian**
First Name   Middle Name   Last Name

Case number (if known)  **8:21-bk-11710-ES**

| 2.2 | Janine Jasso | Describe the property that secures the claim: | $ 46,138.00 | $ 235,000.00 | $ 188,862.00 |
|---|---|---|---|---|---|

Creditor's Name

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081

Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985;
Recorded Doc No. 2018000467142

16025 Warmington Lane
Huntington Beach, CA 92649
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **12/4/2018**   Last 4 digits of account number ____

| 2.3 | Jennifer Paulin | Describe the property that secures the claim: | $   0.00 | $235,000.00 | $   0.00 |
|---|---|---|---|---|---|

Creditor's Name

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081.

Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985;
Recorded Doc No. 2018000467142

4446 Alderport Drive
Huntington Beach, CA 92649
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **12/4/2018**   Last 4 digits of account number ____

Add the dollar value of your entries in Column A on this page. Write that number here: $ 46,138.00
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page **2 of 9**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

EXHIBIT 38, PAGE 824

| Debtor 1 | **Jamie Lynn Gallian** | | Case number (if known) | **8:21-bk-11710-ES** |
| | First Name    Middle Name    Last Name | | | |

| 2.4 | **Lindy Beck** | **Describe the property that secures the claim:** | $ 0.00 | $ 235,000.00 | $ 0.00 |
|---|---|---|---|---|---|

Creditor's Name

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081**

**Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985;
Recorded Doc No. 2018000467142**

**4443 Chase
Huntington Beach, CA
92649**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **12/4/2018**      Last 4 digits of account number _____

| 2.5 | **Lori Burrett** | **Describe the property that secures the claim:** | $ 0.00 | $235,000.00 | $ 0.00 |
|---|---|---|---|---|---|

Creditor's Name

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081.**

**Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985;
Recorded Doc No. 2018000467142**

**16107 Sherlock
Huntington Beach, CA
92649**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **12/4/2018**      Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 0.00
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D         Additional Page of Schedule D: Creditors Who Have Claims Secured by Property         page  3 of 9

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 38, PAGE 825

| Debtor 1 | Jamie Lynn Gallian | | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.6 | Lee Gragnano | Describe the property that secures the claim: | $ 0.00 | $ 235,000.00 | $ 0.00 |
|---|---|---|---|---|---|

**Creditor's Name**

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081

Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985;
Recorded Doc No. 2018000467142

16062 Warmington Lane
Huntington Beach, CA 92649
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  12/4/2018    Last 4 digits of account number

| 2.7 | Theodore Phillips | Describe the property that secures the claim: | $ 0.00 | $235,000.00 | $ 0.00 |
|---|---|---|---|---|---|

**Creditor's Name**

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081.

Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985;
Recorded Doc No. 2018000467142

17612 Sandra Lee
Huntington Beach, CA 92649
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  12/4/2018    Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 0.00
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property      page  4 of 9

| Debtor 1   Jamie Lynn Gallian | | Case number (if known)   8:21-bk-11710-ES |
| First Name   Middle Name   Last Name | | |

| 2.8 | **Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | $ 9,265.00 | $ 235,000.00 | $ |

Creditor's Name

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081

Judgment Superior Court of California for the CO of Orange Case No. 30-2018-00962999;
Recorded Doc No. 2019000148568

10200 Willow Creek Rd. Ste. 100
San Diego, CA 92131
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred 03/21/2019          Last 4 digits of account number

| 2.9 | **Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | $ 319,653.59 | $235,000.00 | $ |

Creditor's Name

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081.

Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985
Recorded Doc No. 2019000165259

10200 Willow Creek Rd. Ste. 100
San Diego, CA 92131
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   5/6/2019          Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 328,918.59
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 5 of 9

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Jamie Lynn Gallian** | | | Case number (if known) | **8:21-bk-11710-ES** |
| | First Name | Middle Name | Last Name | | |

**2.10** | **BS Investors-LP Lessor**
Creditor's Name

Describe the property that secures the claim: $ 0.00 | $ 235,000.00 | $ 0.00

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081

18201 Von Karman
Ste.400
Irvine, CA 92612
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ■ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred **12/12/2019**     Last 4 digits of account number ___

**2.11** | **Houser Bros, GP dba Rancho Del Rey Mobilehome Estates Park Manager**
Creditor's Name

Describe the property that secures the claim: $ 0.00 | $235,000.00 | $ 0.00

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081.

16222 Monterey Ln, (OFC)
Huntington Beach, CA
92649
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒☒ Other (including a right to offset) Houser Bros Co received post petition CA Covid-19 Rent Relief Funds Award to Debtor on 10/27/2021. Ck No, 58066665, $ 24301.55. Debtor filed Application For Relief from Forfeiture OCSC ST Court 30-2019-01041423 on 11/8/2021; Refer to Minute Order 11/10/2021-Honorable Sheri Honer, C-66.

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred ___     Last 4 digits of account number ___

Add the dollar value of your entries in Column A on this page. Write that number here: $ 0.00
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page **6 of 9**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Jamie Lynn Gallian**
First Name    Middle Name    Last Name

Case number (if known)   **8:21-bk-11710-ES**

| | | | | |
|---|---|---|---|---|
| **2.12** | **S 4, A California Limited Partnership. Tenant** | Describe the property that secures the claim: | $ 0.00 | $ 235,000.00 | $ 0.00 |

Creditor's Name

Describe the property that secures the claim:
16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081

$   0.00    $ 235,000.00    $   0.00

1001 Dove Street,
Ste. 230
Newport Beach, CA 92660
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Other (including a right to offset)
☐ Judgment lien from a lawsuit

Date debt was incurred  12/12/2019    Last 4 digits of account number

---

**2.13** **Huntington Beach Gables Homeowners Association**
Gorden, Rees, Skully Mansukhani, APC
Creditor's Name

$ 46,138.00    $235,000.00    $

Describe the property that secures the claim:
16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081.

Judgment Superior Court of California for the CO of Orange Case No.
30-2017-00913985
Recorded Doc No. 2018000467412

633 W. 5th Street
52 FL
Los Angeles, CA 90071-2005
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
xx Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  12/4/2018    Last 4 digits of account number

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $    46,138.00
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    **Page 7 of 9**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 38, PAGE 829

Debtor 1   **Jamie Lynn Gallian**
     First Name     Middle Name     Last Name

Case number (if known)   **8:21-bk-11710-ES**

| | | |
|---|---|---|
| 2.14 | **Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim:   $ 319,653.19   $ 235 000.00   $ |
| | Creditor's Name | 16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081 |
| | | Judgment Superior Court of California for he CO of Orange Case No. 30-2017-00913985 **Recorded Doc No.2019000166068** |
| | 10200 Willow Creek Rd. Ste. 100 San Diego, CA 92131 | As of the date you file, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ■ Disputed |
| | Number, Street, City, State & Zip Code | Nature of lien. Check all that apply. |
| | **Who owes the debt?** Check one. ■ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another ☐ Check if this claim relates to a community debt | ☐ An agreement you made (such as mortgage or secured car loan) ☐ Statutory lien (such as tax lien, mechanic's lien) ■ Judgment lien from a lawsuit  **Abstract Released by Gables HOA 9/10/2020 OC CLK REC. Doc No. 20200000481922** ☐ Other (including a right to offset) |
| | Date debt was incurred   **N/A** | Last 4 digits of account number |

| | | |
|---|---|---|
| 2.15 | **Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim:   $ 3,070.00   $235,000.00   $ |
| | Creditor's Name | 16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081. |
| | | Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985 **Recorded Doc No. 2018000435011** |
| | 10200 Willow Creek Rd. Ste. 100 San Diego, CA 92131 | As of the date you file, the claim is: Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed |
| | Number, Street, City, State & Zip Code | Nature of lien. Check all that apply. |
| | **Who owes the debt?** Check one. ■ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another ☐ Check if this claim relates to a community debt | ☐ An agreement you made (such as mortgage or secured car loan) ☐ Statutory lien (such as tax lien, mechanic's lien) ☒ Judgment lien from a lawsuit ☐ Other (including a right to offset) |
| | Date debt was incurred   **9/27/2018** | Last 4 digits of account number |

Add the dollar value of your entries in Column A on this page. Write that number here:   **$ 322,723.19**
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996 2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **Jamie Lynn Gallian**
   First Name    Middle Name      Last Name

Case number (if known)   **8:21-bk-11710-ES**

| 2.16 | **People of the State of California**<br>Creditor's Name | Describe the property that secures the claim: | $ 13,229.34 | $ 235,000.00 | $ |
|---|---|---|---|---|---|

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081**

**Judgment Superior Court of California for the CO of Orange Case No. 18WM05278; Recorded Doc No. 2021000348287**

**8141 13th Street Westminister, CA 92683**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)   **Less Debtor Paid Fine & Fees pursuant to CT Order 12/12/2019 @ WJC**

Date debt was incurred   **12/12/19; 1/20/21**       Last 4 digits of account number

| 2.17 | **Janine Jasso**<br>Creditor's Name | Describe the property that secures the claim: | $ 13,229.34 | $235,000.00 | $ |
|---|---|---|---|---|---|

**16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081.**

**Judgment Superior Court of California for the CO of Orange Case No. 18WM05278; Recorded Doc No. 2021000348287**

**16025 Warmington Ln Huntington Beach, CA 92649**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☒ Other (including a right to offset)   **Civil Attorney Fees 6785 with Misc**
       **Less Debtor Paid Fine & Fees pursuant to CT Order 12/12/2019 @ WJC**

Date debt was incurred   **1/20/2021**       Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:   **$ 26,458.68**
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D       Additional Page of Schedule D: Creditors Who Have Claims Secured by Property

page **9 of 9**

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number (if known) | **8:21-bk-11710-ES** |

■ Check if this is an amended filing

---

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    - ☐ No. Go to Part 2.
    - ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number | 3936 | $3,361.00 | $3,361.00 | $0.00 |

Priority Creditor's Name

**Insolvency**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**When was the debt incurred?**    2018

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify    **Potential 2018 Income Tax**

---

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**
    - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    - ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          26557          Best Case Bankruptcy

---

Debtor 1   __Jamie Lynn Gallian__                              Case number (if known)      **8:21-bk-11710-ES**

---

**4.1**   **Gordon, Reese, Scully & Mansukhani**
Nonpriority Creditor's Name
**633 W. 5th St. Fl. 52
Los Angeles, CA 90071**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number   **N/A**                    Unknown

When was the debt incurred?   **2021**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **possible remittur amount owed as part of Hunt, Beach Gables**

---

**4.2**   **Houser Bros Co. dba Rancho Del**
Nonpriority Creditor's Name
**Rey Mobilehome Estates-
Property Manager
17610 Beach Blvd. Ste. 32 Huntington
Beach, CA 92647**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ Yes
- ☐ No

Last 4 digits of account number                             Unknown

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☒ Contingent
- ☒ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Park Manager, Houser Bros Co refused to accept tendered Ground space payments, post petition (7/9/2021); Refused CA Covid19 Rent Relief Award Check No. 58066665 $ 24,301.55, post petition November 8, 2021.**

---

**4.3**   **Huntington Beach Gables HOA**
Nonpriority Creditor's Name
**c/o Epstein, Grinnell & Howell, APC
10200 Willow Creek Rd. Ste. 100
San Diego, CA 92131**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number   **3985**            **$ unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Potential Remittur for attorneys fees and costs**

---

**Part 2**

Debtor 1   **Jamie Lynn Gallian**                                   Case number (if known)   **8:21-bk-11710-ES**

| 4.4 | **Huntington Beach Gables HOA** | Last 4 digits of account number | 2999 | $ unknown |

Nonpriority Creditor's Name
**c/o Epstein, Grinnell & Howell, APC**
**10200 Willow Creek Rd. Ste. 100**
**San Diego, CA 92131**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Potential Remittur for Attorney Fees & Costs**

---

| 4.5 | **James H. Casello, Esq.** | Last 4 digits of account number | N/A | $ Unknown |

Nonpriority Creditor's Name
**Casello & Lincoln**
**525 N. Cabrillo Park Dr. Ste. 104**
**Santa Ana, CA 92701**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Misc Attorneys Fees & Costs**

---

| 4.6 | **Feldsott & Lee** | Potential Assignee of CREDITOR Huntington Beach Gables | | |
| | | Last 4 digits of account number   Homeowners Association | | Unknown |

Nonpriority Creditor's Name
**23161 Mill Creek Dr. Ste. 300**
**Laguna Hills, CA 92653**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Misc; Gables HOA**

---

**Part 2**

Debtor 1   __Jamie Lynn Gallian__                                    Case number (if known)   __8:21-bk-11710-ES__

| 4.7 | Danning, Gill, Israel & Krasnoff, LLP | Last 4 digits of account number | ___ ___ ___ ___ | Unknown |

Nonpriority Creditor's Name
**1901 Avenue Of The Stars, Ste. 450
Los Angeles, CA 90067-6006**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Potential Attorney Fees misc. debt.**

---

| 4.8 | Lisa Ryan | Last 4 digits of account number | **N/A** | Unknown |

Nonpriority Creditor's Name
**20949 Lassen St. #208
Chatsworth, CA 91311**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
🗵 At least one of the debtors and another
☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Listed solely as a precaution-Misc. Debt.
1/1/2006 Lease Agreement Lot 376, with  Rancho Del
Rey MHE..**

---

| 4.9 | Orange County Alternate Defender | Last 4 digits of account number | **5278** | Unknown |

Nonpriority Creditor's Name
**600 Santa Ana Blvd. Ste. 600
Santa Ana, CA 92702**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   __Attorney Fees & Costs__

---

**Part 2**

Debtor 1  __Jamie Lynn Gallian__                          Case number (if known)    __8:21-bk-11710-ES__

**4.10**  **Patricia Ryan**
Nonpriority Creditor's Name

Last 4 digits of account number _____  Unknown

When was the debt incurred? _____

20949 Lassen St. #208
Chatsworth, CA 91311
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Listed solely as a precaution-Misc. 1/1/2006 Lease Agreement  Lot 376  Rancho Del Rey MHE**

**4.11**  **Robert P. Warmington Co.**
Nonpriority Creditor's Name
c/o BS Investors, LP
18201 Von Karmen Ste. 450 Irvine, CA 92612
Number Street City State Zip Code

Last 4 digits of account number _____  Unknown

When was the debt incurred? _____

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☒ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Tract 10542 Unit 4, Lot 376-Misc Debt**

**4.12**  **Randall Nickels**
Nonpriority Creditor's Name
4476 Alderport Drive, Unit 53
Huntington Beach, CA 92649
Number Street City State Zip Code

Last 4 digits of account number _____  Unknown

When was the debt incurred? _____

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Listed as a precaution for possible claims related to 10/31/2018 Assignment of Subleasehold  4476 Alderport Dr  #53, Huntington Beach, CA.**

**Part 2**

Best Case Bankruptcy

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 5 of 8
Software Copyright (c) 1996 2021 Best Case, LLC - www.bestcase.com

Case 8:21-bk-11710-ES   Doc 75   Filed 03/15/22   Entered 03/15/22 10:49:38   Desc
Main Document     Page 20 of 22

Debtor 1   **Jamie Lynn Gallian**                    Case number (if known)   **8:21-bk-11710-ES**

| 4.13 | **United Airlines** | Last 4 digits of account number | 0092 | $9,600.00 |

Nonpriority Creditor's Name
**PO BOX 0675**
**Carol Stream, IL 60132-0675**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Cobra payments**

---

| 4.14 | **US Bank** | Last 4 digits of account number | 6482 | $9,145.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
**Po Box 5229**
**Cincinnati, OH 45201**
Number Street City State Zip Code

When was the debt incurred?   **???**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **misc. purchases**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| 5.1 | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|---|

**BS Investors/Robert P. Warmington**
c/o Gorden May
**Grant, Genovese & Baratta**
**2030 Main St. Ste. 1600**
**Irvine, CA 92614**

Line  **4.11**  (Check one):   □ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **Tract 10542, Unit 4, Lot 376**

---

| 5.2 | Name and Address |
|---|---|

**Feldsott & Lee**

**23161 Mill Creek Dr. Ste. 300**
**Laguna Hills, CA 92653**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.6**  of (Check one):   □ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| 5.3 | Name and Address |
|---|---|

**Randall Nickels**
c/o Mark Mellor, Esq.
**6800 Indiana Ave. Ste. 200**
**Riverside, CA 92506**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.12**  of (Check one):   ■ Part 1: Creditors with Priority Unsecured Claims
□ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page **6 of 8**

Debtor   JAMIE LYNN GALLIAN
         FIRST NAME   Middle Name   Last Name

Case Number (if known) 8:21-bk-11719-ES

---

**4.15**   B.S. INVESTORS, LP
Nonpriority Creditor's Name

18201 VON KARMAN
Number   Street

SUITE 450

IRVINE, CA 92612
City   State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ Potential Assignee of CREDITOR Huntington
When was the debt incurred? ___ Beach Gables Homeowners Association;   $ Unknown

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Attorneys Fees; Ground Rent

---

**4.16**   S 4 I, LP, A California Limited Partnership
Nonpriority Creditor's Name

1001 DOVE STREET
Number   Street

SUITE 230

NEWPORT BEACH, CA 92660
City   State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ Potential Assignee of CREDITOR Huntington
When was the debt incurred? ___ Beach Gables Homeowners Association;   $ Unknown

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Attorneys Fees; Ground Rent

---

**4.17**   LPL Asset Management Co.
Nonpriority Creditor's Name

18201 VON KARMAN   STE. 450
Number   Street

IRVINE, CA 92612
City   State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ Potential Assignee of CREDITOR Huntington
When was the debt incurred? ___ Beach Gables Homeowners Association;   $ Unknown

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Attorney's Fees; Ground Rent

---

001656          EXHIBIT 38, PAGE 838

Debtor 1   **Jamie Lynn Gallian**                                   Case number (if known)    **8:21-bk-11710-ES**

| | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|---|
| 5.4 | **Alston, Alston & Diebold**<br>**27201 Puerta Real Ste.300**<br>**Mission Viejo, CA 92691** | Line **4.2** of (Check one):<br>Line **4.8; 4.10**<br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| 5.5 | Name and Address<br>**Superior Court of California,**<br>**County of Orange**<br>**700 Civic Center Drive, West**<br>**Santa Ana, Ca 92701** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.9** of (Check one):<br>Last 4 digits of account number    **1805278** | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| 5.6 | Name and Address<br>**Superior Court of California,**<br>**County of Orange**<br>**8131 13th Street**<br>**Westminster, CA 92683** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.9** of (Check one):<br>Last 4 digits of account number    **1805278** | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line ___ of (Check one):<br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>Part 2: Creditors with Nonpriority Unsecured Claims |
| 5.7 | Name and Address<br>**Rutan & Tucker**<br>**18575 Jamboree Rd. 9th FL**<br>**Irvine, CA 92612** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.2** of (Check one):<br>4.15; 4.16; 4.17<br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>X Part 2: Creditors with Nonpriority Unsecured Claims |
| 5.8 | Name and Address<br>**Orange County Public Defender**<br>**801 Civic Center Drive, West**<br>**Santa Ana, CA 92702** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.9** of (Check one):<br>Last 4 digits of account number    **5278** | ☐ Part 1: Creditors with Priority Unsecured Claims<br>X Part 2: Creditors with Nonpriority Unsecured Claims |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| Total claims from Part 1 | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 3,361.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 3,361.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| | 6f. | Student loans | 6f. | $ 0.00 |
| Total claims from Part 2 | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ |

EXHIBIT 39

1 | D. EDWARD HAYS, #162507
2 | ehays@marshackhays.com
   | LAILA MASUD, #311731
3 | lmasud@marshackhays.com
   | BRADFORD N. BARNHARDT, #328705
4 | bbarnhardt@marshackhays.com
   | MARSHACK HAYS LLP
5 | 870 Roosevelt
   | Irvine, CA 92620
6 | Telephone: (949) 333-7777
7 | Facsimile: (949) 333-7778

8 | Attorneys for Movant and Creditor,
   | HOUSER BROS. CO. dba RANCHO DEL
9 | REY MOBILE HOME ESTATES

10 | UNITED STATES BANKRUPTCY COURT

11 | CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

12 |

In re | Case No. 8:21-bk-11710-ES

JAMIE LYNN GALLIAN, | Chapter 7

Debtor. | NOTICE OF MOTION AND MOTION
OBJECTING TO DEBTOR'S CLAIMED
HOMESTEAD EXEMPTION;
MEMORANDUM OF POINTS AND
AUTHORITIES; DECLARATION OF
D. EDWARD HAYS IN SUPPORT

Date:   June 2, 2022
Time:   10:30 a.m.
Ctrm:   5A[1]
Location: 411 W. Fourth Street, Santa Ana, CA
92701

TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE

DEBTOR, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on June 2, 2022, at 10:30 a.m., in Courtroom 5A, of the

United States Bankruptcy Court, the Motion objecting to Debtor's claimed homestead exemption

("Motion"), filed by Houser Bros. Co., dba Rancho Del Rey Mobile Home Estates ("Houser Bros.")

---

[1] To continue to aid in the mitigation of the spread of the COVID-19 virus and in light of the response of the Bar to
continue virtual appearances, Judge Smith will continue to hold the majority of her hearings remotely using ZoomGov
audio and video. However, beginning September 1, 2021, Judge Smith will allow the option for in-person hearings
and/or hybrid proceedings for trial and evidentiary hearings only.

1

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

   EXHIBIT 39, PAGE 840

1  will be heard. The Motion is based upon this notice of motion, the Motion, and memorandum of

2  points and authorities in support thereof, the Declaration of D. Edward Hays, the pleadings and files

3  in the Debtor's bankruptcy case, and upon such further oral and documentary evidence as may be

4  presented to the Court in support of the Motion.

5      PLEASE TAKE FURTHER NOTICE that any response to the Motion must be in the form as

6  required by Local Bankruptcy Rule 9013-1(f) and filed with the Clerk of the above-entitled Court no

7  later than 14 days prior to the hearing date set forth above, and a copy served on Marshack Hays

8  LLP to the attention of D. Edward Hays, Laila Masud, and Bradford N. Barnhardt at the address

9  indicated above. A copy of any response must also be served on the Office of the United States

10 Trustee, 411 W. Fourth Street, Suite 7160, Santa Ana, CA 92701.

11

12 DATED: May 12, 2022               MARSHACK HAYS LLP

13                                         /s/ D. Edward Hays
                                   By: _____
14                                       D. EDWARD HAYS
                                         LAILA MASUD
15                                       BRADFORD N. BARNHARDT
                                         Attorneys for Movant and Creditor,
16                                       HOUSER BROS. CO. dba RANCHO DEL
                                         REY MOBILE HOME ESTATES
17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

001660

# TABLE OF CONTENTS

1.   SUMMARY OF ARGUMENT ..................................................................... 3

2.   FACTUAL BACKGROUND .................................................................... 4

   A.   Procedural Background............................................................ 4

        i.    Debtor's Schedules ................................................... 4

        ii.   Debtor's Bank Statements and HCD Title Searches.................... 5

        iii.  HCD Title Transactions ............................................ 7

        iv.   Attempted Payments to Houser Bros. ................................ 8

3.   LEGAL ARGUMENT ........................................................................ 9

   A.   A debtor may only exempt property that is property of the estate............ 9

   B.   Homestead Exemption .............................................................. 9

   C.   Burden of Proof.................................................................. 11

   D.   Because J-Sandcastle LLC was the Property's owner of record on the Petition
        Date, the Property did not become property of the estate subject to any
        exemption.................................................................... 12

   E.   Alternatively, § 522(p) imposes a $170,350 cap on any exemption Debtor can
        claim in the Property......................................................... 15

4.   CONCLUSION ............................................................................ 16

DECLARATION OF D. EDWARD HAYS............................................................ 18

# TABLE OF AUTHORITIES

**CASES**

*Abrahim & Sons Enters. v. Equilon Enters.*,
   292 F.3d 958, 963 (9th Cir. 2002) ................................................. 3, 9

*Diaz v. Kosmala (In re Diaz)*,
   547 B.R. 329, 334 (B.A.P. 9th Cir. 2016)........................................... 10

*Diaz v. Kosmala (In re Diaz)*,
   547 B.R. 329, 336-37 (B.A.P. 9th Cir. 2016) ....................................... 12

i

*Harrington v. Ainsworth (In re Harrington)*,
   2005 Bankr.LEXIS 3379, at *8 (B.A.P. 9th Cir. Aug. 22, 2005) ........................................... 10

*In re Farokhirad*,
   8:21-bk-10026-MW, ECF No. 98 (Bankr. C.D. Cal. Apr. 29, 2021) ..................... 9, 11, 14, 15

*In re Narita*,
   2008 Bankr.LEXIS 5174, at *11 (Bankr. D. Nev. Jan. 10, 2008) ........................................... 16

*In re Reade*,
   2014 Bankr.LEXIS 1391, at *10 (Bankr. C.D. Cal. Mar. 28, 2014) ....................................... 10

*In re Sain*,
   584 B.R. 325, 328 (Bankr. S.D. Cal. 2018) .................................................................. 9, 10, 12

*In re Tallerico*,
   532 B.R. 774, 780 (Bankr. E.D. Cal. 2015) ................................................................... 11, 12

*Kelley v. Locke (In re Kelley)*,
   300 B.R. 11, 17, 20 (B.A.P. 9th Cir. 2003) ........................................................................... 10

*McBeth v. Karr (In re Karr)*, 2006 Bankr.LEXIS 4801, at *15-17 n.3 (B.A.P. 9th Cir.
   Oct. 2, 2006) ....................................................................................................................... 12

*Owen v. Owen*,
   500 U.S. 305 (1991) ........................................................................................................... 3, 9

*Phillips v. Gilman (In re Gilman)*,
   887 F.3d 956, 964 (9th Cir. 2018) ........................................................................................ 16

*Schaefers v. Blizzard Energy, Inc.*
   *(In re Schaefers)*, 623 B.R. 777, 783 (B.A.P. 9th Cir. 2020) .......................................... 9, 11, 15

*Schaefers v. Blizzard Energy, Inc.*
   *(In re Schaefers)*, 623 B.R. 777, 783 (B.A.P. 9th Cir. 2020) .................................................. 3

**STATUTES**

11 U.S.C. § 522 ............................................................................................................................ 9

11 U.S.C. § 522(b) ..................................................................................................................... 3, 9

11 U.S.C. § 522(b)(3)(A) ............................................................................................................ 15

11 U.S.C. § 522(c) ...................................................................................................................... 3, 9

11 U.S.C. § 522(g) ......................................................................................................................... 3

ii

11 U.S.C. § 522(p) .................................................................................... 15, 16

11 U.S.C. § 522(p)(1). ................................................................................ 15

11 U.S.C. § 704.730. ................................................................................. 16

11 U.S.C. § 704.740(a) .............................................................................. 10

11 U.S.C. § 704.740(b) .............................................................................. 10

Cal. Code Civ. P. § 703.130 ...................................................................... 16

Cal. Code Civ. P. § 704.710(c) .................................................................. 11

Cal. Code Civ. P. § 704.720(a) .................................................................. 10

Cal. Code Civ. Proc. § 704.710(a)(2) ........................................................ 11

CCP § 704.730 .................................................................................... 9, 11, 15

CCP § 704.780(a) ....................................................................................... 12

CCP § 704.780(a)(1) ................................................................................... 11

CCP §§ 704.710-704.850 ............................................................................. 9

CCP §§ 704.910-704.995 ............................................................................. 9

CCP 704.730(a) .......................................................................................... 10

**OTHER AUTHORITIES**

4 COLLIER ON BANKRUPTCY P 522.13[1] (2022) ..................................... 15

4 COLLIER ON BANKRUPTCY P 522.13[1] (2022). .................................... 15

**RULES**

Rule 4003(c) ................................................................................................ 12

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

001663                          EXHIBIT 39, PAGE 844

## Memorandum of Points and Authorities

### 1.      Summary of Argument

A debtor may only exempt property that constitutes property of the estate.[2] Assets owned by an LLC are not assets of an LLC's member's bankruptcy estate. *Abrahim & Sons Enters. v. Equilon Enters.*, 292 F.3d 958, 963 (9th Cir. 2002) ("Once members contribute assets to an LLC, those assets become capital of the LLC and the members lose any interest they had in the assets."). As a result, the Ninth Circuit Bankruptcy Appellate Panel has denied a claimed homestead exemption in a residence owned by an LLC in which the debtor was a member. *Schaefers v. Blizzard Energy, Inc. (In re Schaefers)*, 623 B.R. 777, 783 (B.A.P. 9th Cir. 2020). This is the exact situation presented by this case.

Specifically, Debtor resides in a manufactured home which she has claimed as exempt. But, Debtor did not acquire title to the manufactured home in her name. Instead, she readily admits that she transferred title to the manufactured home to an LLC in which she was a member. Because property of the estate includes only the LLC interest - and <u>not</u> the manufactured home owned by the LLC - Debtor's claim of exemption must be disallowed.

Further, there is purportedly a lien against the manufactured home held by one of Debtor's other LLCs which is subject to avoidance as fraudulent. Indeed, Debtor has a litigious history and a long line of creditors. Her actions in fraudulently transferring title to her manufactured home to one LLC and separately subjecting its value to phony liens held by another LLC prevent her from claiming a homestead exemption. To the extent the Trustee (1) recovers or brings the property into the estate by way of an avoidance action or by dissolving the LLC and distributing the assets to its member(s); or (2) avoids, recovers, and preserves such liens, the estate will obtain the benefit of the liens and Debtor will similarly be barred from claiming any exemption in such recovery under 11 U.S.C. § 522(g).

---

[2]  11 U.S.C. § 522(b) (providing that "an individual debtor may exempt ***from property of the estate***…") (emphasis added); *see also Owen v. Owen*, 500 U.S. 305 (1991) ("Property that is properly exempted under § 522 is (with some exceptions) immunized against liability for prebankruptcy debts. § 522(c). No property can be exempted (and thereby immunized), however, unless it first falls *within* the bankruptcy estate.") (emphasis in original).

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

1        The benefits of bankruptcy including discharge and exemptions are for the honest, but

2   unfortunate debtor. Debtor must now suffer the consequences of her pre-bankruptcy conduct in

3   attempting to shelter her property from creditors. Because Debtor cannot meet her burden of proof to

4   establish a homestead, this court must decide whether to disallow it.

5   **2.      Factual Background**

6        **A.      Procedural Background**

7        On July 9, 2021 ("Petition Date"), Jamie Lynn Gallian ("Debtor") filed a voluntary petition

8   under Chapter 7 of Title 11 of the United States Code. On the same date, Ms. Gallian filed her initial

9   Schedules and Statements ("Original Schedules"). A true and correct copy of the Original Schedules

10  is attached to the Declaration of D. Edward Hays ("Hays Declaration") as **Exhibit 2.**

11       As set forth below, on the Petition Date, the registered title owner of the manufactured home

12  located at 16222 Monterey Lane, Space #376, Huntington Beach, CA 92649 ("Property") was J-

13  Sandcastle Co, LLC ("J-Sandcastle LLC") subject to liens purportedly held by the legal owners, J-

14  Pad, LLC and Ron Pierpont ("Mr. Pierpont"). Debtor's Schedules further reflect that she was the

15  100% owner of J-Sandcastle LLC. Because the LLC (and not Debtor) was the owner of the

16  manufactured home on the Petition Date, the Property was not property of the Estate, and Debtor is

17  not entitled to a homestead exemption.

18       **i.      Debtor's Schedules**

19       Since filing her Original Schedules on the Petition Date, Debtor has filed **_nine_** additional sets

20  of amended schedules. The various Schedules present an ever-evolving and inconsistent picture of

21  the ownership of the Property on the Petition Date, as well as Debtor's interest in J-Sandcastle LLC

22  (the owner of the home) and J-Pad, LLC (the purported secured creditor). Debtor's Original

23  Schedules, filed on the Petition Date, provided as follows: "Registered Title with HCD[3] Debtor's

24  single member LLC, J-Sandcastle Co, LLC." Debtor further scheduled a 100% interest in J-

25  Sandcastle LLC, noting that its "Purpose is to hold Registered title with HCD, to Debtor's primary

26

27     [3] HCD is the Department of Housing and Community Development which issues certificates of title for

28  manufactured homes.

---

4

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

1  residence." And, Debtor scheduled a 33.33% interest in J-Pad, LLC, noting that its "only purpose is

2  to hold a note and UCC-1 filing on Debtor's primary residence."

3         Since filing the Original Schedules, Debtor has amended them multiple times to allege that

4  she was the registered owner of the Property on the Petition Date, with her interest perfected with the

5  California Department of Housing and Community Development ("HCD") on February 25, 2021.

6  Debtor's most recently filed Schedule C claims a $600,000 exemption in the Property pursuant to

7  § 704.730 of the California Code of Civil Procedure ("CCP"). Attached as Exhibit "1" is a table

8  reflecting the information contained in Debtors' multiple sets of amended schedules. Attached as

9  Exhibits "2" through "11", are the Debtor's Schedules, Dk. Nos. 1, 15, 16, 17, 22, 37, 38, 39, 42, 72,

10  and 75[4].

11         On March 16, 2022, as Docket No. 77, Debtor filed a "Corporate Ownership Statement . . ."

12  indicating that on November 22, 2021, she filed with the California Secretary of State certificates of

13  cancellation for both J-Pad, LLC and J-Sandcastle LLC (which actions exercised control over estate

14  property without Court authorization).

15              **ii.      Debtor's Bank Statements and HCD Title Searches**

16         According to records of the California Department of Housing and Community Development

17  ("HCD"), on November 1, 2018, the Property was transferred to J-Sandcastle LLC as registered

18  owner, with a "Pending Reg Card" as of January 18, 2019 ("Jan. 18, 2019, Title Search"). A true and

19  correct copy of the Jan. 18, 2019, Title Search is attached to the Hays Declaration as **Exhibit 12.** The

20  Property was transferred to J-Sandcastle LLC from Lisa T. Ryan. A true and correct copy of a

21  release form dated November 1, 2018 ("Ryan Release Form"), is attached to the Hays Declaration as

22  **Exhibit 13.** A true and correct copy of an HCD "Notice of Sale or Transfer" from Lisa Ryan to J-

23  Sandcastle LLC on November 1, 2018 ("Notice of Sale"), is attached to the Hays Declaration as

24  **Exhibit 14.**[5]

25

26  ─────────────────
[4] The Chart attached as Exhibit 1, reflects the various differences between the Original Schedules on the
Petition Date and the amended Schedules.

27  [5] Debtor used her personal funds to purchase the Property but put title in the name of the J-Sandcastle LLC

28  which transfer was avoidable as an actual and constructive fraudulent transfer.

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

1    As of July 23, 2020, the Property's registered owner was J-Sandcastle LLC per a transfer on

2    November 1, 2018, with "Last Title Date" and "Last Reg Card" as January 19, 2019 ("July 23, 2020,

3    Title Search"). A true and correct copy of the July 23, 2020, Title Search is attached to the Hays

4    Declaration as **Exhibit 15.**

5    On February 18, 2021, Debtor submitted an $81 debit card payment to the HCD. A true and

6    correct copy of Debtor's bank statements is attached to the Hays Declaration as **Exhibit 16.**

7    As of June 7, 2021, about a month before the Petition Date, the Property's registered owner

8    remained J-Sandcastle LLC per a November 1, 2018, transfer, with "Last Title Date" and "Last Reg

9    Card" as February 24, 2021 ("June 7, 2021, Title Search"). A true and correct copy of the June 7,

10   2021, Title Search is attached to the Hays Declaration as **Exhibit 17.** The Property's "Legal

11   Owner[s]" were Pierpont and J-Pad LLC as tenants in common, with "Lien Perfected On: 08/20/20."

12   *Id.*

13   On July 9, 2021, Debtor commenced this bankruptcy case. The evidence is clear that title on

14   the Petition Date was J-Sandcastle and not Debtor.

15   On July 18, 2021, Debtor submitted a $116 debit card payment to the HCD. Hays

16   Declaration Ex. 16 at 137.

17   On July 20, 2021, Debtor submitted a $25 debit card payment to the HCD. *Id*. at 137.

18   A week later, Debtor submitted three $35 debit card payments to the HCD, and the next day,

19   she submitted a $35 debit card payment to the HCD. *Id.* at 136.

20   On August 5, 2021, Debtor submitted a $35 debit card payment to the HCD. *Id.* at 135.

21   As of August 10, 2021, HCD records were changed to reflect that the Property's registered

22   owner was "Jamie Lynn Gallian," with "Last Title Date" and "Last Reg Card" as August 10, 2021,

23   per a "Sale/Transfer" of "Price $.00 Transferred on 02/25/2021" ("Aug. 10, 2021, Title Search"). A

24   true and correct copy of the Aug. 10, 2021, Title Search is attached to the Hays Declaration as

25   **Exhibit 18.** No legal owners were listed, and the following "Record Conditions" were included: "An

26   application for title or registration change is pending with the department." *Id.*

27   On August 11, 2021, Debtor submitted an $81 debit card payment to the HCD. Hays

28   Declaration Ex. 16 at 135.

6

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

1    As of September 21, 2021, the registered owner was Debtor, per a February 25, 2021,

2    transfer for $0, with "Last Title Date" and "Last Reg Card" as August 12, 2021 ("Sept. 21, 2021,

3    Title Search"). A true and correct copy of the Sept. 21, 2021, Title Search is attached to the Hays

4    Declaration as **Exhibit 19.** The "Legal Owner" was listed as J-Pad LLC, with "Lien Perfected On:

5    01/14/19." *Id.* at 145.

6              ### iii.        HCD Title Transactions

7    HCD records show a legal owner assignment regarding the Property with transaction date of

8    February 1, 2021 ("February 2021 HCD Transaction"). A true and correct copy of the February 2021

9    HCD Transaction is attached to the Hays Declaration as **Exhibit 20.** The February 2021 HCD

10   Transaction included an HCD certificate of title, which showed J-Sandcastle LLC as the Property's

11   registered owner, with title issued January 19, 2019. Hays Declaration Ex. 20 at 149. It also included

12   a "Statement to Encumber" (*i.e.*, record a lien) in favor of Mr. Pierpont and J-Pad LLC. *Id.* at 157.

13   HCD records further show a registered owner transfer – "No Sale" – with transaction date of

14   July 14, 2021 ("July 2021 HCD Transaction"). A true and correct copy of the July 2021 HCD

15   Transaction is attached to the Hays Declaration as **Exhibit 21.** Attached to the July 2021 HCD

16   Transaction is an HCD certificate of title, which showed J-Sandcastle LLC as the Property's

17   registered owner and Pierpont and J-Pad LLC as the Property's legal owners, with title issued as of

18   February 24, 2021. Hays Declaration Ex. 21 at 171. Debtor sought to add herself as the "New

19   Registered Owner," and provided a "Releasing Signature" of J-Sandcastle LLC, with February 25,

20   2021, as the "Date of Release." *Id.* at 172. Debtor also included a "Lien Satisfied" document in

21   which Mr. Pierpont certified that his and J-Pad LLC's lien had been fully satisfied. *Id.* at 179. And,

22   an attached County of Orange "Tax Clearance Certificate" executed and issued on July 9, 2021—the

23   Petition Date—showed J-Sandcastle LLC as the "Current Registered Owner." *Id.* at 191.

24   An HCD legal owner addition with a transaction date of August 10, 2021 ("August 2021

25   HCD Transaction") included a certificate of title showing Debtor as the Property's registered owner,

26   with title issued August 3, 2021. A true and correct copy of the August 2021 HCD Transaction is

27

28

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

1  attached to the Hays Declaration as **Exhibit 22.** An attached "Statement to Encumber" sought to add

2  J-Pad LLC as the Property's legal owner. *Id.* at 201.

3      **iv.**       **Attempted Payments to Houser Bros.**

4      Between February 1, 2021, and July 30, 2021, Debtor tried to make the following payments

5  to Houser Bros. regarding the Property:

| Date of Attempted Payment | Amount of Attempted Payment | Payor |
|---|---|---|
| February 1, 2021 | $1,086 | J-Sandcastle LLC, Jamie Gallian |
| March 2, 2021 | $1,086 | J-Sandcastle LLC, Jamie Gallian |
| April 9, 2021 | $1,086 | J-Sandcastle LLC, Jamie Gallian |
| May 13, 2021 | $1,100 | J-Sandcastle LLC, by Jamie Gallian, Member |
| June 4, 2021 | $1,100 | J-Sandcastle LLC c/o QIP Management |
| July 1, 2021 | $1,100 | J-Sandcastle LLC, by Jamie Gallian, Member |
| July 30, 2021 | $2,269.43 | Jamie Gallian |

    True and correct copies of the returned payments are attached to the Hays Declaration as **Exhibit 23**. In other words, before the July 9, 2021, Petition Date, all payments that Debtor submitted to Houser Bros. listed J-Sandcastle LLC as the payor/were on behalf of J-Sandcastle LLC. Only *after* the Petition Date did Debtor submit a payment on her own behalf.

**3.      Legal Argument**

     **A.      A debtor may only exempt property that is property of the estate.**

     A debtor may only exempt property that constitutes property of the estate. 11 U.S.C. § 522(b) (providing that "an individual debtor may exempt *from property of the estate*…") (emphasis added); *See also Owen v. Owen*, 500 U.S. 305 (1991) ("Property that is properly exempted under § 522 is (with some exceptions) immunized against liability for prebankruptcy debts. § 522(c). No property can be exempted (and thereby immunized), however, unless it first falls *within* the bankruptcy estate.") (emphasis in original).

     Assets owned by an LLC are not assets of an LLC member's bankruptcy estate. *Abrahim & Sons Enters. v. Equilon Enters*., 292 F.3d 958, 963 (9th Cir. 2002) ("Once members contribute assets to an LLC, those assets become capital of the LLC and the members lose any interest they had in the assets."). The Ninth Circuit Bankruptcy Appellate Panel has denied a claimed homestead exemption in a residence owned by an LLC in which the debtor was a member. *Schaefers v. Blizzard Energy, Inc. (In re Schaefers)*, 623 B.R. 777, 783 (B.A.P. 9th Cir. 2020). *See also*, *In re Farokhirad*, 8:21-bk-10026-MW, ECF No. 98 (Bankr. C.D. Cal. Apr. 29, 2021) (sustaining chapter 7 trustee's objection to a debtor's claimed homestead exemption under CCP § 704.730 where title to the property was held by an LLC in which debtor was the sole member).

     **B.      Homestead Exemption**

     California provides two alternative homestead exemptions: the declared homestead exemption set forth in CCP §§ 704.910-704.995, and the automatic homestead exemption set forth in CCP §§ 704.710-704.850. *In re Sain*, 584 B.R. 325, 328 (Bankr. S.D. Cal. 2018). Because declared homesteads apply to voluntary sales, they generally do not arise in bankruptcy cases. *Id*.

     In this case, Debtor's most recent Schedule C claimed an exemption under the automatic homestead exemption.[6] Hays Decl. Ex. 10 at 103 (Eighth Amended Schedules, claiming a $600,000 exemption in the Property pursuant to CCP § 704.730).

---

[6] In the Second Amended Schedules, Debtor asserts that that she recorded a "Homestead Declaration . . . with OC Clerk Recorder 7/9/2021@12:48 p.m.," approximately 90 minutes before her petition was filed. Hays Decl. Ex. 4 at 50. Further, on March 11, 2022, as Docket No. 74, Debtor filed a "Verification of Declaration of Homestead filed with Orange County Clerk Recorder."

9

Section 704.730(a) of the CCP provides:

(a) The amount of the homestead exemption is the greater of the following:

(1) The countywide median sale price for a single-family home in the calendar year prior to the calendar year in which the judgment debtor claims the exemption, not to exceed six hundred thousand dollars ($600,000).

(2) Three hundred thousand dollars ($300,000).

The automatic homestead exemption protects a debtor from a forced sale. Cal. Code Civ. P. § 704.720(a) ("A homestead is exempt from sale under this division" (Division 2 - Enforcement of Money Judgments)); *id.* § 704.740(a) ("a dwelling may not be sold under this division to enforce a money judgment except pursuant to a court order for sale obtained under this article" (Article 4 - Homestead Exemption)); *id.* § 704.740(b) ("If the dwelling is personal property… an exemption claim shall be made and determined as provided in Article 2 (Article 2 - Procedure for Claiming Exemptions)). The filing of a bankruptcy petition constitutes a forced sale. *Diaz v. Kosmala (In re Diaz)*, 547 B.R. 329, 334 (B.A.P. 9th Cir. 2016); *Kelley v. Locke (In re Kelley)*, 300 B.R. 11, 17, 20 (B.A.P. 9th Cir. 2003).

A debtor's right to claim an exemption is determined as of the petition date. *In re Reade*, 2014 Bankr.LEXIS 1391, at *10 (Bankr. C.D. Cal. Mar. 28, 2014); *see also Harrington v. Ainsworth (In re Harrington)*, 2005 Bankr.LEXIS 3379, at *8 (B.A.P. 9th Cir. Aug. 22, 2005) (noting that the homestead exemptions set forth in CCP § 704.730(a) depend on whether the debtor is eligible for an exemption as of the petition date).

---

Debtor submitted the homestead declaration pursuant to § 704.930 of the CCP, meaning that it pertains to the declared homestead. *See Kelley v. Locke (In re Kelley)*, 300 B.R. 11, 17-18 (B.A.P. 9th Cir. 2003) (noting that the declared homestead exemption set forth in CCP §§ 704.910-704.995 requires recordation of a declaration of homestead). But, declared homesteads are not applicable to sales by a bankruptcy trustee. *See In re Sain*, 584 B.R. 325, 329 (Bankr. S.D. Cal. 2018) (indicating that only the automatic homestead was available to a debtor who held a recorded declaration of homestead, because the debtor had not elected a declared homestead exemption in his schedules, and declared homesteads are not applicable to sales by bankruptcy trustees); *see also In re Kelley*, 300 B.R. at 21 (noting that in the bankruptcy context, a debtor's declaration of homestead "helps him not at all, as the additional benefits conferred in Article 5 [Sections 704.910-704.995] would benefit him only in the situation of a <u>voluntary</u> sale") (emphasis in original).

10

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

1    California law defines a "homestead" as:

2        the principal dwelling (1) in which the judgment debtor or the judgment debtor's
         spouse resided on the date the judgment creditor's lien attached to the dwelling, and
3        (2) in which the judgment debtor or the judgment debtor's spouse resided
         continuously thereafter until the date of the court determination that the dwelling is a
4        homestead.

5    Cal. Code Civ. P. § 704.710(c).

6        A "manufactured home together with the outbuildings and land upon which they are

7    situated" is eligible for a homestead exemption. Cal. Code Civ. Proc. § 704.710(a)(2) (defining

8    "dwelling"). An LLC interest, however, does not qualify for a homestead exemption. *Schaefers v.*

9    *Blizzard Energy, Inc. (In re Schaefers)*, 623 B.R. 777, 783 (B.A.P. 9th Cir. 2020) (indicating that

10   California's residential exemption is inapplicable to interests in an LLC, which are personal property

11   interests outside the statutory definition of homestead under CCP § 704.710(c)).

12       Specifically, where title to a residential property is held by an LLC rather than a debtor

13   personally, the debtor cannot claim a homestead exemption in that property. *See In re Schaefers*, 623

14   B.R. at 783, 785 (holding that a debtor could not claim a homestead exemption in the property where

15   he resided because he admitted that the property was owned by an LLC); *In re Farokhirad*, 8:21-bk-

16   10026-MW, ECF No. 98 (Bankr. C.D. Cal. Apr. 29, 2021) (sustaining a chapter 7 trustee's objection

17   to a debtor's claimed homestead exemption under CCP § 704.730 where title to the property was

18   held by an LLC in which one of the debtors was the sole member). The rationale for these rulings is

19   that an LLC is a separate and distinct legal entity from its owners or members, and the LLC

20   members have no interest in the company's assets. *In re Schaefers*, 623 B.R. at 783.

21   ## C.    Burden of Proof

22       California, by statute, regulates the burden of proof regarding its exemptions. *In re Tallerico*,

23   532 B.R. 774, 780 (Bankr. E.D. Cal. 2015). CCP § 704.780(a)(1) provides:

24       The burden of proof at the hearing is determined in the following manner:

25       (1) If the records of the county tax assessor indicate that there is a current
         homeowner's exemption or disabled veteran's exemption for the dwelling claimed by
26       the judgment debtor or the judgment debtor's spouse, the judgment creditor has the
         burden of proof that the dwelling is not a homestead. If the records of the county tax
27       assessor indicate that there is not a current homeowner's exemption or disabled
         veteran's exemption for the dwelling claimed by the judgment debtor or the judgment

28

11

1    debtor's spouse, the burden of proof that the dwelling is a homestead is on the person
2    who claims that the dwelling is a homestead.

3        California law allocates the burden of proof on a homestead based on the records of the

4    county tax assessor. CCP § 704.780(a). *See also, In re Tallerico*, 532 B.R. 774, 780 (Bankr. E.D.

5    Cal. 2015); *Diaz v. Kosmala (In re Diaz)*, 547 B.R. 329, 336-37 (B.A.P. 9th Cir. 2016) (holding that

6    where a state law exemption statute specifically allocates the burden of proof to the debtor, Rule

7    4003(c) does not change that allocation) (citing *Raleigh v. Ill. Dep't of Revenue*, 530 U.S. 15

8    (2000)).

9        **D.    Because J-Sandcastle LLC was the Property's owner of record on**
10       **the Petition Date, the Property did not become property of the estate**
11       **subject to any exemption.**

12       Here, Debtor bears the burden of proof to show entitlement to the homestead exemption

13   because the Orange County Treasurer-Tax Collector records do not indicate that there is a "current

14   homeowner's exemption or disabled veteran's exemption" for the Property.[7] A true and correct copy

15   of the 2021-22 tax bill for the Property is attached to the Hays Declaration as **Exhibit 24,** and, for

16   reference, a true and correct copy of the tax bill for 16222 Monterey Lane, Space #375, Huntington

17   Beach, CA 92649, which reflects a $7,000 homeowner's exemption, is attached to the Hays

18   Declaration as **Exhibit 25.** *See also McBeth v. Karr (In re Karr)*, 2006 Bankr.LEXIS 4801, at *15-

19   17 n.3 (B.A.P. 9th Cir. Oct. 2, 2006) (noting that California law allocates the burden of proof on a

20   homestead based on the records of the county tax assessor). Debtor cannot meet this burden because

21   the HCD records show that J-Sandcastle LLC was the Property's owner of record on the Petition

22   Date.

23

24

25

26   _____
     [7] Although Debtor claims to have recorded a Homestead Declaration, she did so with the Orange County
27   Clerk-Recorder, *not* the Orange County Treasurer-Tax Collector. Further, a declaration of homestead does not
     pertain to the automatic homestead exemption. *See In re Sain*, *supra*.
28

---

12

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

EXHIBIT 39, PAGE 854

1    According to an HCD webpage, for a manufactured home or manufactured home titled with

2    the HCD with a decal number that begins with the letter 'L,' such as the Property here,[8] certain

3    "documents and fees" must be submitted to the HCD to "transfer ownership." A true and correct

4    copy of the HCD webpage is attached to the Hays Declaration as **Exhibit 26.** Fees can be paid by

5    card. A true and correct copy of the HCD webpage for submission of a payment is attached to the

6    Hays Declaration as **Exhibit 27.** The HCD's payment portal provides a way to submit payment for

7    "any Codes and Standards transactions that require payment," including "Manufactured

8    home/manufactured home title transfers." Hays Decl. Ex. 27 at 227.

9    Based on Debtor's 2021 bank statements and the 2021 HCD title searches for the Property,

10   there is a correlation between Debtor's submission of payments to the HCD and changes to the

11   Property's title information:

| Date | Significance of Date | Citation |
|---|---|---|
| 2/18/2021 | $81 payment from Debtor to HCD | Bank Statements at 7 |
| 2/24/2021 | Update to "Title Date" and "Reg Card" per HCD title records. J-Sandcastle LLC shown as registered owner, and Ronald Pierpont and Jpad LLC shown as legal owners. | June 7, 2021 Title Search |
| 7/9/2021 | Petition Date | BK Docket #1 |
| 7/18/2021 | $116 payment from Debtor to HCD | Bank Statements at 21 |
| 7/20/2021 | $25 payment from Debtor to HCD | Bank Statements at 21 |
| 7/27/2021 | Three $35 payments from Debtor to HCD | Bank Statements at 20 |
| 7/28/2021 | $35 payment from Debtor to HCD | Bank Statements at 20 |
| 8/3/2021 | Update to "Title Date" and "Reg Card" per HCD title records. Debtor shown as registered owner per a transfer on February 25, 2021. | August 10, 2021 Title Search |
| 8/5/2021 | $35 payment from Debtor to HCD | Bank Statements at 19 |
| 8/11/2021 | $81 payment from Debtor to HCD | Bank Statements at 19 |
| 8/12/2021 | Update to "Title Date" and "Reg Card" per HCD title records. Debtor shown as registered owner per a transfer on February 25, 2021.  J-Pad LLC shown as legal owner. | September 21, 2021 Title Search |

24   As of June 7, 2021—about a month before the Petition Date—the Property's registered

25   owner was J-Sandcastle LLC, and the legal owners were Pierpont and J-Pad LLC. Hays Declaration

---

[8] The Property has Decal No. LBM1081. *See, e.g.*, Hays Decl. Ex. 21 at 169 (Certificate of Title attached to the July 2021 HCD Transaction).

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

1   Ex. 17 at 142 (June 7, 2021, Title Search). The June 7, 2021, Title Search did not note any pending

2   applications for title or registration change that might have added Debtor as the registered or legal

3   owner of the Property before the Petition Date. *Compare* Hays Declaration Ex. 18 at 143 (Aug. 10,

4   2021, Title Search noting that an application for title or registration change was pending with the

5   HCD), *with* Hays Declaration Ex. 17 at 142 (June 7, 2021, Title Search which does not include any

6   such note).

7        And, Debtor paid no fees to the HCD between June 7, 2021, and the Petition Date that could

8   have effectuated a change in title. *See* Hays Decl.: Ex. 26 (HCD webpage, indicating that

9   "documents *and fees*" must be submitted to the HCD to transfer ownership of a manufactured home

10  or manufactured home) (emphasis added); Ex. 272 (HCD payment portal, indicating that

11  manufactured home/manufactured home title transfers require payment).

12       Further, the July 2021 HCD Transaction had a transaction date of July 14, 2021—five days

13  after the Petition Date—and included a certificate of title showing J-Sandcastle LLC as the

14  Property's registered owner and Pierpont and J-Pad LLC as the Property's legal owners. Hays

15  Declaration Ex. 21 at 171. Included in this post-petition transaction was a document to add Debtor as

16  the Property's "*New* Registered Owner." *Id.* at 172 (emphasis added). Also attached was a County of

17  Orange "Tax Clearance Certificate" issued and executed on the Petition Date, which gave the

18  Property's "Current Registered Owner" as J-Sandcastle LLC. *Id.* at 191. The August 2021 HCD

19  Transaction did include a certificate of title showing Debtor as the Property's registered owner, but

20  according to the certificate, title was issued on August 3, 2021, nearly a month after the Petition

21  Date. Hays Declaration Ex. 22 at 195. Indeed, Debtor's attempted payments to Houser Bros.

22  regarding the Property were paid on behalf of J-Sandcastle LLC pre-petition, and only after the

23  Petition Date did Debtor try to submit a payment in her own name. *See* Hays Decl. Ex. 23 at 203-222

24  (returned payments that Debtor tried to make to Houser Bros.).

25       The evidence is thus clear – on the Petition Date, the Property's registered owner was J-

26  Sandcastle LLC, and the legal owners were Pierpont and J-Pad, LLC. Until the post-petition

27  recordation with the HCD, any alleged transfer of title to Debtor personally was ineffective. *See In*

28  *re Farokhirad*, Case No. 8:21-bk-10026-MW, ECF No. 98 (Bankr. C.D. Cal. Apr. 29, 2021)

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

1  (sustaining a trustee's objection to an individual debtor's claimed homestead exemption in property

2  held by a wholly owned LLC, and indicating that a provision of the LLC agreement purporting to

3  transfer an interest in the property to the debtor prepetition was ineffective because an unrecorded

4  deed could not bind the trustee). And, as indicated above, where title to a residence is held by an

5  LLC rather than the debtor, the debtor cannot claim a homestead exemption in that property. *See*

6  *Schaefers v. Blizzard Energy, Inc. (In re Schaefers)*, 623 B.R. 777, 783, 785 (B.A.P. 9th Cir. 2020)

7  (holding that a debtor could not claim a homestead exemption in his residence because the property

8  was held by an LLC); *In re Farokhirad*, 8:21-bk-10026-MW, ECF No. 98 (Bankr. C.D. Cal. Apr.

9  29, 2021) (sustaining a chapter 7 trustee's objection to a CCP § 704.730 homestead exemption

10  where title to the property was held by an LLC in which one of the debtors was the sole member).

## E.  Alternatively, § 522(p) imposes a $170,350 cap on any exemption Debtor can claim in the Property.

13  11 U.S.C. § 522(p) imposes a monetary limit of $170,350 on the amount of a debtor's

14  interest in homestead property that may be exempted to the extent that there has been an acquisition

15  of a homestead interest within a period of 1,215 days before the commencement of the case.

16  4 Collier on Bankruptcy P 522.13[1] (2022). It provides, in relevant part:

> [A]s a result of electing under subsection (b)(3)(A) to exempt property under State or
> local law, a debtor may not exempt any amount of interest that was acquired by the
> debtor during the 1215-day period preceding the date of the filing of the petition that
> exceeds in the aggregate $170,350 in value in—
>
> **(A)** real or personal property that the debtor or a dependent of the debtor uses as a
> residence; . . . or
> **(D)** real or personal property that the debtor or dependent of the debtor claims as a
> homestead.

22  11 U.S.C. § 522(p)(1).

23  Section 522(p) applies when a debtor seeks to exempt an interest in homestead property

24  under § 522(b)(3)(A) by claiming exemptions under state law or local law. 4 Collier on

25  Bankruptcy P 522.13[1] (2022). "Section 522(p) applies in all cases regardless of whether a state

26  has opted out of federal bankruptcy exemptions." *In re Narita*, 2008 Bankr.LEXIS 5174, at *11

27

28

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

EXHIBIT 39, PAGE 857

1  (Bankr. D. Nev. Jan. 10, 2008) (citation omitted).[9]  California has opted out of the federal exemption

2  scheme and provides its own bankruptcy exemptions. Cal. Code Civ. P. § 703.130; *Phillips v.*

3  *Gilman (In re Gilman)*, 887 F.3d 956, 964 (9th Cir. 2018).

4  　　　　To the extent this Court finds that, on the Petition Date, Debtor held title to the manufactured

5  home and thus is eligible to claim an exemption, any such is capped at $170,350 pursuant to Section

6  522(p). Debtor claims a $600,000 homestead exemption in the Property pursuant to § 704.730 of the

7  CCP. Hays Decl. Ex. 10 at 103. She further values the Property at $235,000 in her schedules. *See,*

8  *e.g.*, Hays Decl. Ex. 2 at 33 (Debtor's Original Schedules, valuing the Property at $235,000). Yet, J-

9  Sandcastle LLC acquired the Property from Lisa Ryan on November 1, 2018, and Debtor acquired

10  her interest in the Property in 2021. *See* Hays Decl., Ex. 12 at 115 (Jan. 18, 2019, Title Search,

11  showing that the Property was transferred to J-Sandcastle LLC on November 1, 2018); Ex. 13 at

12  116-117 (Ryan Release Form, indicating that the Property was transferred to J-Sandcastle LLC from

13  Lisa Ryan on November 1, 2018); Ex. 14 at 118-119 (Notice of Sale, same); Ex. 18 at 143 (August

14  10, 2021, Title Search, providing that the Property's registered owner was "Jamie Lynn Gallian,"

15  with "Last Title Date" and "Last Reg Card" as August 10, 2021). These dates are well within the

16  1,215-day period before the Petition Date, which is between March 12, 2018, and July 9, 2021.

17  Therefore, any allowed exemption must be limited to $170,350 pursuant to 11 U.S.C. § 522(p).

18  **4.    Conclusion**

19  　　　　Assets owned by an LLC are not property of an individual member's bankruptcy estate. As

20  stated by the Supreme Court in *Owen*, "No property can be exempted (and thereby immunized),

21  however, unless it first falls within the bankruptcy estate." Debtor's claimed exemption in the

22  Property thus fails. In the alternative, any allowed exemption must be capped at $170,350.

23  　　　　Movant thus respectfully requests that the Court enter an order:

24  　　　1)  Granting this Motion;

25

26

27

28  _____
[9] *Contra*, *In re McNabb*, 326 B.R. 785 (Bankr. D. Ariz. 2005).

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

EXHIBIT 39, PAGE 858

2)  Sustaining the objection to Debtor's claimed homestead exemption under CCP § 704.730, and disallowing any claim of exemption by Debtor in the Property pursuant to CCP § 704.730;

3)  Alternatively, finding that any allowed exemption be capped at $170,350 pursuant to 11 U.S.C. § 522(p); and

4)  Awarding such other and further relief as the Court deems just and proper.

DATED: May 12, 2022                    MARSHACK HAYS LLP

                                       /s/ D. Edward Hays
                                By: _____
                                       D. EDWARD HAYS
                                       LAILA MASUD
                                       BRADFORD N. BARNHARDT
                                       Attorneys for Movant and Creditor,
                                       HOUSER BROS. CO. dba RANCHO DEL
                                       REY MOBILE HOME ESTATES

---

17

NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION
4880-1284-8131,v.1

# Declaration of D. Edward Hays

I, D. EDWARD HAYS, say and declare as follows:

1.      I am an individual over 18 years of age and competent to make this Declaration.

2.      If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3.      The facts set forth below are true of my personal knowledge.

4.      I am an attorney at law duly admitted to practice before this Court and all courts of the State of California.

5.      I am a partner in the law firm of Marshack Hays LLP, attorneys of record for Houser Bros. Co., dba Rancho Del Rey Mobile Home Estates ("Houser Bros.").

6.      I make this Declaration in support of the "Notice of Motion and Motion Objecting to Debtor's Claimed Homestead Exemption" ("Motion").

7.      Capitalized terms not defined in this Declaration have the meaning ascribed to them in the Motion.

8.      A table reflecting the information contained in Debtors' multiple sets of amended schedules is attached as **Exhibit 1**.

9.      A true and correct copy of Debtor's Original Schedules[10] filed July 9, 2021, as Docket #1 is attached as **Exhibit 2**.

10.      A true and correct copy of Debtor's First Amended Schedules filed September 7, 2021, as Docket #15 is attached as **Exhibit 3**.

11.      A true and correct copy of Debtor's Second Amended Schedules filed September 22, 2021, as Docket #s 16-17 is attached as **Exhibit 4**.

12.      A true and correct copy of Debtor's Third Amended Schedules filed October 14, 2021, as Docket #22 is attached as **Exhibit 5**.

---

[10] For the sake of brevity, all schedules, other than Debtor's Eighth Amended Schedules, will include only Schedules A/B and D, as applicable. Debtor's Eighth Amended Schedules will also include Schedule C.

18

DECLARATION OF D. EDWARD HAYS

EXHIBIT 39, PAGE 860

1       13.    A true and correct copy of Debtor's Fourth Amended Schedules filed November

2  16, 2021, as Docket #37 is attached as **Exhibit 6**.

3       14.    A true and correct copy of Debtor's Fifth Amended Schedules filed November 22,

4  2021, as Docket #38 is attached as **Exhibit 7**.

5       15.    A true and correct copy of Debtor's Sixth Amended Schedules filed November

6  23, 2021, as Docket #39 is attached as **Exhibit 8**.

7       16.    A true and correct copy of Debtor's Seventh Amended Schedules filed December

8  1, 2021, as Docket #42 is attached as **Exhibit 9**.

9       17.    A true and correct copy of Debtor's Eighth Amended Schedules filed March 11,

10  2022, as Docket #72 is attached as **Exhibit 10**.

11       18.    A true and correct copy of Debtor's Ninth Amended Schedules filed March 15,

12  2022, as Docket #75 is attached as **Exhibit 11**.

13       19.    On November 10, 2021, I received from Chris Houser ("Mr. Houser") a

14  California Department of Housing and Community Development ("HCD") "Title Search"

15  printed January 18, 2019 ("Jan. 18, 2019, Title Search"). A true and correct copy of the Jan. 18,

16  2019, Title Search, provided to me, is attached as **Exhibit 12**.

17       20.    A true and correct copy of the Ryan Release Form, provided to me, is attached as

18  **Exhibit 13**.

19       21.    A true and correct copy of the Notice of Sale, provided to me, is attached as

20  **Exhibit 14**.

21       22.    On November 10, 2021, I received from Mr. Houser an HCD "Title Search"

22  printed July 23, 2020 ("July 23, 2020, Title Search"). A true and correct copy of the July 23,

23  2020, Title Search, provided to me, is attached as **Exhibit 15**.

24       23.    On or around October 20, 2021, I received an e-mail from the office of Chapter 7

25  Trustee Jeffrey Golden which contained copies of the Bank of America, N.A. statements of

26  Debtor regarding a debit card ending -7357 for the period starting December 13, 2020, through

27  October 12, 2021 ("Bank Statements"). A true and correct copy of the Bank Statements provided

28  to me is attached as **Exhibit 16**.

19

DECLARATION OF D. EDWARD HAYS

001680

EXHIBIT 39, PAGE 861

24.     On November 10, 2021, I received from Mr. Houser an HCD "Title Search" printed June 7, 2021 ("June 7, 2021, Title Search"). A true and correct copy of the June 7, 2021, Title Search provided to me is attached as **Exhibit 17**.

25.     On November 10, 2021, I received from Mr. Houser an HCD "Title Search" printed August 10, 2021 ("Aug. 10, 2021, Title Search"). A true and correct copy of the Aug. 10, 2021, Title Search provided to me is attached as **Exhibit 18**.

26.     On November 10, 2021, I received from Mr. Houser an HCD "Title Search" printed September 21, 2021 ("Sept. 21, 2021, Title Search"). A true and correct copy of the Sept. 21, 2021, Title Search provided to me is attached as **Exhibit 19**.

27.     A true and correct copy of the February 2021 HCD Transaction provided to me is attached as **Exhibit 20**.

28.     A true and correct copy of the July 2021 HCD Transaction provided to me is attached as **Exhibit 21**.

29.     A true and correct copy of the August 2021 HCD Transaction provided to me is attached as **Exhibit 22**.

30.     I am informed and believe that between February 1, 2021, and July 30, 2021, Debtor/J-Sandcastle LLC attempted to make payments to Houser Bros. regarding the Property. True and correct copies of the returned payments from Debtor/J-Sandcastle LLC to Houser Bros. provided to me are attached as **Exhibit 23**.

31.     A true and correct copy of the Orange County Treasurer-Tax Collector "2021-22 Secured Property Tax Bill" for 16222 Monterey Lane, Space #376, Huntington Beach, CA 92649 (the "Property"), available at http://oct.estreamone.com/Show.aspx?parcel=891-569-62&year=2021, as of May 2, 2022, is attached as **Exhibit 24**.

32.     A true and correct copy of the Orange County Treasurer-Tax Collector "2021-22 Secured Property Tax Bill" for 16222 Monterey Lane, Space #375, Huntington Beach, CA 92649, available at http://oct.estreamone.com/Show.aspx?parcel=891-563-75&year=2021, as of May 2, 2022, is attached as **Exhibit 25**.

20

DECLARATION OF D. EDWARD HAYS

EXHIBIT 39, PAGE 862

1    33.    A true and correct copy of a California Department of Housing and Community

2  Development Division of Codes and Standards Registration and Titling Program "Private Party

3  Sale for a Home on Local Property Tax with HCD Certificate of Title," revised October 2020,

4  available at https://www.hcd.ca.gov/manufactured-mobile-home/registration-

5  titling/docs/hcdrt804.pdf, as of May 2, 2022, is attached as **Exhibit 26**.

6    34.    A true and correct copy of a California Department of Housing and Community

7  Development Codes and Standards Automated System webpage to "Pay Fees – Submit a

8  Payment," available at

9  https://casas.hcd.ca.gov/casas/casasApplication/payApplicationFeesOnline, as of May 2, 2022, is

10  attached as **Exhibit 27**.

11    I declare under penalty of perjury that the foregoing is true and correct.  Executed on

12  May 12, 2022.

13                                        /s/ D. Edward Hays

14                                        _____

                                          D. EDWARD HAYS

15

16  4873-3244-8261, v. 5

17

18

19

20

21

22

23

24

25

26

27

28

21

DECLARATION OF D. EDWARD HAYS

001682

EXHIBIT 39, PAGE 863

**EXHIBIT 1**

001683                    EXHIBIT 39, PAGE 864

| Schedules | Sch. A/B re: Property | Sch. A/B re: J-Sandcastle LLC | Sch. A/B re: J-Pad, LLC | Sch. D re: liens |
|---|---|---|---|---|
| Original Schedules, filed July 9, 2021, as Docket #1, Hays Decl. Ex. 2 | Debtor scheduled a $235,000 interest in the Property, noting: "Registered Title with HCD Debtor's single member LLC, J-Sandcastle Co, LLC." | Debtor scheduled a 100% interest in J-Sandcastle LLC. According to Debtor, "Purpose is to hold Registered title with HCD, to Debtor's primary residence." | Debtor scheduled a 33.33% interest in J-Pad, LLC, noting: "only purpose is to hold a note and UCC-1 filing on Debtor's primary residence." | Schedule D listed a $175,000 secured claim of J-Pad, LLC and Pierpont against the Property perfected August 20, 2020. |
| First Amended Schedules, filed September 7, 2021, as Docket #15, Hays Decl. Ex. 3 | Debtor scheduled a $235,000 interest in the Property, indicating: "Registered Owner, Jamie Lynn Gallian with HCD perfected 2/25/2021." | Debtor scheduled a 100% interest in J-Sandcastle LLC. According to Debtor: "Original purpose of LLC was to hold HCD Registration to | Debtor scheduled a 33.33% interest in J-Pad, LLC, with the following information: "Entity Assets include . . . Certificate of Title with HCD, | No amended schedule D was filed. |

001684

EXHIBIT 39, PAGE 865

| | | Debtor's residence. HCD Registration was transferred to debtor on 2/25/2021." | perfected 1/14/2019, LBM 1081; 2014 Skyline Custom Villa Manufactured Home UCC-1 Manufactured Home Financing Statement perfected 1/14/2019, against personal property located at 16222 Monterey Lane, Space 376, Huntington Beach, CA 92649." | |
|---|---|---|---|---|
| Second Amended Schedules, filed September 22, 2021, as Docket #s 16-17, Hays | Debtor scheduled a $235,000 interest in the Property, indicating: "HCD COT Registration | Debtor scheduled a 100% interest in J-Sandcastle LLC, indicating: "Debtor | Debtor scheduled a 1/7 interest in J-Pad, LLC, noting: "Only purpose is to hold HCD | Debtor's Schedule D included a $175,000 secured claim of J-Pad, LLC; |

EXHIBIT 39, PAGE 866

| | | | | |
|---|---|---|---|---|
| Decl. Ex. 4 | transferred 2/25/2021, from J-Sandcastle Co LLC Debtor's single member LLC, to Debtor . . . . Debtor Homestead Declaration filed with OC Clerk Recorder 7/9/2021@12:48 p.m." | Purchased home on 11/1/2018 . . . . HCD Registered to J-Sandcastle Co LLC. . . . J-Sandcastle Co LLC transferred Registration to Jamie Lynn Gallian, perfected with HCD 2/25/2021 . . . ." | Certificate of Title, perfected 1/14/2019 of debtors primary residence . . . ." | Steven and Brian Gallian; EJ Gallian; Justin Barclay; Pierpont; Robert Pierpont; and Debtor, against the Property. |
| Third Amended Schedules, filed October 14, 2021, as Docket #22, Hays Decl. Ex. 5 | Debtor scheduled a $275,000 interest in the Property, indicating: "Title/Registration through HCD; LBM 1081 to Debtor." | Debtor scheduled a 100% interest in J-Sandcastle LLC, adding: "Note payable in the approximate amount of $225,000.00, dated 11/16/2018, | Debtor scheduled a 70% interest in J-Pad, LLC, indicating: "J-Pad, LLC holds COT perfected with HCD. Holder of UCC-1, perfected 1/14/2019, secured Note | Debtor's Schedule D included a $225,000 secured claim of J-Pad, LLC, and Steven and Brian Gallian against the Property. |

EXHIBIT 39, PAGE 867

|  |  | secured by UCC-1, perfected 1/14/2019. . . ." | receivable $225,000.00. . . ." |  |
| --- | --- | --- | --- | --- |
| Fourth Amended Schedules, filed November 16, 2021, as Docket #37, Hays Decl. Ex. 6 | Debtor scheduled a $235,000 interest in the Property. | Debtor scheduled a 100% interest in J-Sandcastle LLC, indicating: "Original purpose of LLC was to hold HCD Registration to Debtor's residence. HCD Registration was transferred to debtor on 2/25/2021 . . . ." | Debtor scheduled a 33-1/3% interest in J-Pad, LLC, noting: "J-Pad, LLC Holder of COTA perfected 1/14/2019. UCC-1 AD filed 1/14/2019, 30-yr. Manufactured Home Transaction secured by LBM1081, located on APN 178-011-16, Tract 10542, Unit 4, Lot 376. J-Pad, LLC Holder of | No amended Schedule D was filed. |

EXHIBIT 39, PAGE 868

| | | | Security Agreement, dated 11/16/18, Promissory Note ($175,000 & $88,000). Matures 2048. . . . Debtor manages 100%." | |
|---|---|---|---|---|
| Fifth Amended Schedules, filed November 22, 2021, as Docket #38, Hays Decl. Ex. 7 | Debtor scheduled a $235,000 interest in the Property, indicating that the Property was "Registered to Debtor" with "HCD COTA perfected 1/14/2019." | Debtor scheduled a 100% interest in J-Sandcastle LLC, adding: "Original purpose of LLC was to hold HCD Registration to Debtor's residence. HCD Registration was transferred to debtor on 2/25/2021 . . . ." | Debtor scheduled a 100% interest in J-Pad, LLC, noting: "J-Pad, LLC, Holder of COTA perfected 1/14/2019." | No amended Schedule D was filed. |
| Sixth Amended | Debtor scheduled | Debtor | Debtor | No amended |

EXHIBIT 39, PAGE 869

| | | | | |
|---|---|---|---|---|
| Schedules, filed November 23, 2021, as Docket #39, Hays Decl. Ex. 8 | a $235,000 interest in the property, stating that the Property was "Registered to Debtor. HCD COTA perfected 1/14/2019." | scheduled a 100% interest in J-Sandcastle LLC, with the same note as in the Fifth Amended Schedules. | scheduled a 100% interest in J-Pad, LLC, with the same note as in the Fifth Amended Schedules. | Schedule D was filed. |
| Seventh Amended Schedules, filed December 1, 2021, as Docket #42, Hays Decl. Ex. 9 | No amended Schedule A/B was filed. | No amended Schedule A/B was filed. | No amended Schedule A/B was filed. | Debtor's Seventh Amended Schedules list a $225,000 secured claim of Debtor and Steven and Brian Gallian against the Property. |
| Eighth Amended Schedules, Filed March 11, 2022, as Docket #72, Hays Decl. Ex. 10 | Debtor scheduled a $235,000 interest in the Property. | Debtor scheduled a 100% interest in J-Sandcastle LLC, noting, among other things, "Debtors | Debtor scheduled a 100% interest in J-Pad, LLC, which she valued at $500. | No amended Schedule D was filed. |

       EXHIBIT 39, PAGE 870

|  |  | [sic] primary residence is 16222 Monterey Ln. Unit 376 . . . ." |  |  |
|---|---|---|---|---|
| Ninth Amended Schedules, Filed March 15, 2022, as Docket #75, Hays Decl. Ex. 11 | No Amended Schedule A/B was filed. | No Amended Schedule A/B was filed. | No Amended Schedule A/B was filed. | Debtor scheduled a $0 claim against the Property held by the Orange County Assessor; a $46,138 claim against the Property held by Janine Jasso regarding an Orange County Superior Court ("OCSC") judgment; $0 claims against the Property held by Jennifer Paulin, Lindy Beck, Lori |

    EXHIBIT 39, PAGE 871

| | | | | Burrett, Lee Gragnano, and Theodore Phillips, regarding OCSC judgments; a $9,265 claim against the Property held by the Huntington Beach Gables Homeowners Association regarding an OCSC judgment; a $319,653.59 claim against the Property held by the Huntington Beach Gables Homeowners Association regarding an OCSC |
|---|---|---|---|---|

| | | | | judgment; a $0 claim against the Property held by BS Investors LP; a $0 claim against the Property held by Houser Bros.; a $0 claim against the Property held by S4, a California Limited Partnership; a $46,138 claim against the Property held by Huntington Beach Gables Homeowners Association regarding an OCSC judgment; a $319,653.19 |
|---|---|---|---|---|

EXHIBIT 39, PAGE 873

| | | | | claim against the Property held by the Huntington Beach Gables Homeowners Association regarding an OCSC judgment; a $3,070 claim against the Property held by the Huntington Beach Gables Homeowners Association regarding an OCSC judgment; a $13,229.34 claim against the Property held by the People of the State of |
|---|---|---|---|---|

| | | | | California regarding an OCSC judgment; and a $13,229.34 claim against the Property held by Janine Jasso for civil attorney's fees regarding an OCSC judgment. |
|---|---|---|---|---|

EXHIBIT 39, PAGE 875

**EXHIBIT 2**

EXHIBIT 39, PAGE 876

Case 8:21-bk-11710-ES    Doc 95    Filed 05/12/22    Entered 05/12/22 22:20:08    Desc
Main Document    Page 38 of 259

Case 8:21-bk-11710-ES    Doc 1    Filed 07/09/21    Entered 07/09/21 14:15:51    Desc
Main Document    Page 12 of 60

Fill in this information to identify your case and this filing:

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name        Middle Name        Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                                                 12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes.  Where is the property?

**Located on APN 178-011-16, Space No. 376**

1.1

| 16222 Monterey Ln Space #376 | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Street address, if available, or other description | ☐ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | ■ Manufactured or mobile home | |
| Huntington Beach  CA  92649-0000 | ☐ Land | Current value of the entire property?  Current value of the portion you own? |
| City        State        ZIP Code | ☐ Investment property | $235,000.00        $235,000.00 |
| | ☐ Timeshare | |
| | ☐ Other _____ | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | **Who has an interest in the property?** Check one | **Fee simple** |
| **Orange** | ■ Debtor 1 only | |
| County | ☐ Debtor 2 only | |
| **Personal Residence of Debtor since 11/1/2018** | ☐ Debtor 1 and Debtor 2 only | |
| **2014 Skyline Custom Villa Manufactured Home** | ☐ At least one of the debtors and another | ☐ Check if this is community property (see instructions) |
| **Decal No. LBM1081** | Other information you wish to add about this item, such as local | |
| **Serial Number AC7V710394GB 56'x15'2"** | property identification number: **LPT APN  891-569-62** | |
| **Serial Number AC7V710394GA 60'x15'2"** | | |

**Registered Title with HCD Debtor's single member LLC, J-Sandcastle Co, LLC**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................................=>    | $235,000.00 |

**Part 2:**  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

001696                          EXHIBIT 39, PAGE 877

Case 8:21-bk-11710-ES    Doc 95    Filed 05/12/22    Entered 05/12/22 22:20:08    Desc
Main Document        Page 39 of 259

Case 8:21-bk-11710-ES    Doc 1    Filed 07/09/21    Entered 07/09/21 14:15:51    Desc
Main Document        Page 13 of 60

Debtor 1    **Jamie Lynn Gallian**                                                   Case number *(if known)* _____

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | Make: | **Kia** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

|  |  |  | Who has an interest in the property? Check one | **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|---|---|---|---|
| Model: | **Sportage** |  | ■ Debtor 1 only |  |  |
| Year: | **2020** |  | ☐ Debtor 2 only |  |  |
| Approximate mileage: |  |  | ☐ Debtor 1 and Debtor 2 only |  |  |
| Other information: |  |  | ☐ At least one of the debtors and another |  |  |
| **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)** |  |  | ☐ Check if this is community property (see instructions) | **$0.00** | **$0.00** |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

| 5 | Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................................=> | **$0.00** |
|---|---|---|

**Part 3:** Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 | **$4,500.00** |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

■ Yes. Describe    **Wall Television, Computer, Printer.**              **$ 500.00**
☐ No.

     Location: 16222 Monterey Ln #376, Huntington Beach CA 92649

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes. Describe.....

Official Form 106A/B                    Schedule A/B: Property                         page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

EXHIBIT 39, PAGE 878

Case 8:21-bk-11710-ES      Doc 1    Filed 07/09/21    Entered 07/09/21 14:15:51    Desc
Main Document      Page 14 of 60

Debtor 1    **Jamie Lynn Gallian**                                              Case number *(if known)*

**11. Clothes**
*Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories*
☐ No
■ Yes. Describe.....

| Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 | $1,000.00 |

**12. Jewelry**
*Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver*
■ Yes. Describe    **20 year old Movado Wrist-watch 40th birthday gift; Costume jewelry from Mother and**
☐ No       **Grandmother Misc/ sized rings, various non-gold chains and bracelets, earrings.**    $1,000.00

    **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**

**13. Non-farm animals**
*Examples: Dogs, cats, birds, horses*
■ Yes. Describe      **5-year old Rescued Wired Terrier Dog-White "Ammie"**
☐ No.      **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
for Part 3. Write that number here .................................................................    | $7,000.00 |

**Part 4: Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?       **Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**16. Cash**
*Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition*
■ No
☐ Yes.....................

**17. Deposits of money**
*Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
institutions. If you have multiple accounts with the same institution, list each.*
☐ No
■ Yes.....................

| | | Institution name: | |
| | **Checking and** | **J-Sandcastle Co LLC - Chase - Un-cashed Tendered Space 376 Rent Checks** | $ 8,050.00 |
| 17.1 | **savings** | **Alliant Credit Union (Personal) Stimulus Ck** | $ 4,048.34 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples: Bond funds, investment accounts with brokerage firms, money market accounts*
■ No
☐ Yes...................      Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
joint venture**
☐ No
■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
| **J-Sandcastle Co., LLC - Debtor's single member LLC** | | |
| **(Purpose is to hold Registered title with HCD, to Debtor's primary residence)   LBM1081** | **100**  % | **$0.00** |

Official Form 106A/B                          Schedule A/B: Property                          page 3

001698          EXHIBIT 39, PAGE 879

Case 8:21-bk-11710-ES  Doc 95  Filed 05/12/22  Entered 05/12/22 22:20:08  Desc
Main Document  Page 41 of 259

Case 8:21-bk-11710-ES  Doc 1  Filed 07/09/21  Entered 07/09/21 14:15:51  Desc
Main Document  Page 15 of 60

Debtor 1  **Jamie Lynn Gallian**                                   Case number *(if known)*

| | | | |
|---|---|---|---|
| **J-Pad, LLC** <br> **(Debtor owns 1/3 interest in LLC; only purpose** <br> **is to hold a note and UCC-1 filing on Debtor's** <br> **primary residence) LBM1081** | **33.33** | **%** | **$0.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **Fidelity** | **$7,400.00** |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
No

| | | | |
|---|---|---|---|
| ■ Yes. ..................... | Institution name or individual: | Houser Bros Co. dba Rancho Del Rey Mobilehome Estates <br> Ground Lease Deposit (Ryan) Agreement Space 376 - 1/1/2006 | **$ 686.00** |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............. Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**                                    Current value of the
                                                                     portion you own?
                                                                     Do not deduct secured
                                                                     claims or exemptions.

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No

Official Form 106A/B                         Schedule A/B: Property                              page 4

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | |

☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

No
☒ Yes.  Give specific information..  **Father, DOD 6/17/2000, Charles J. Bradley, Jr.  Probate OCSC**  **$ unknown**
**30-2017-00915711**

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

No
☒ Yes.  Describe each claim........  **Personal Injury: Against HOA Date of Injury 8/5/2018;  Severe nerve injury to**  **$ unknown**
**top of left foot and left wrist injury; occurred in the HOA common area of APN**
**178-771-03, located on  APN 178-011-16,**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
■ Yes.  Describe each claim.........

| **Personal injury claims against Huntington Beach Gables** | |
| Homeowner's Association and Ind. Jesus Jasso Jr.; | |
| DOI: 8/5/2018; Case No.: 30-2020-01153679 | |
| | $ unknown |

| **Potential insurance bad faith claim against Mercury** | |
| Insurance Failure to Indemnify; No lawsuit filed yet. | |
| Related to Case No(s).: 30-2017-00913985, 30-2017-00962999 | |
| | $ unknown |

| **Real estate failure to disclose, claim against previous** | |
| homeowner Sandra Bradley; DOI: 04/11/2017; No lawsuit | |
| filed yet. | |
| | $ unknown |

| **Houser Bros Co GP dba Rancho Del Rey Mobilehome Estates** | |
| Retaliation; Trespassing/Unlawful Entry; Wrongful Eviction; | |
| Forcible Detainer; Cruelty to an animal causing death. | |
| Failure to offer and execute rental agreement. | |
| | $ unknown |

**35. Any financial assets you did not already list**

■ No
☐ Yes. Give specific information..

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here.................................................................................................... | **$20,184.34** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37. Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes. Go to line 38.

Official Form 106A/B    Schedule A/B: Property    page 5

001700    EXHIBIT 39, PAGE 881

Case 8:21-bk-11710-ES    Doc 1   Filed 07/09/21   Entered 07/09/21 14:15:51   Desc
Main Document        Page 17 of 60

Debtor 1   **Jamie Lynn Gallian**                                             Case number *(if known)* _____

---

| Part 6 | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

---

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53.  Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

**54.  Add the dollar value of all of your entries from Part 7. Write that number here** ...................................   | **$0.00** |

---

| Part 8: | **List the Totals of Each Part of this Form** |
|---|---|

| | | |
|---|---:|---:|
| 55.  **Part 1: Total real estate, line 2** ............................................................................................... | | **$235,000.00** |
| 56.  **Part 2: Total vehicles, line 5** | **$0.00** | |
| 57.  **Part 3: Total personal and household items, line 15** | **$ 7,000.00** | |
| 58.  **Part 4: Total financial assets, line 36** | **$ 20,184.34** | |
| 59.  **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60.  **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61.  **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62.  **Total personal property.** Add lines 56 through 61... | **$27,184.34**  Copy personal property total | **$27,184.34** |
| 63.  **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$262,184.34** |

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **Houser Bros. Co.**<br>Creditor's Name | Describe the property that secures the claim: | $0.00 | $235,000.00 | $0.00 |

**DBA Rancho Del Rey**
**Mobilehome Estates**
**16222 Monterey Ln**
**Huntington Beach, CA**
**92649**

16222 Monterey Ln #376 Huntington Beach,
CA 92649  Orange County Registered HCD
Title held by Debtor's single member LLC -
J-Sandcastle Co, LLC

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 and another (J-Sandcastle Co, LLC)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    Unexpired term of 80-yr. Ground Leasehold - Tract No. 10542, Unit 4, Space 376.

Date debt was incurred    11/1/2018 ongoing    Last 4 digits of account number    0376

| | | |
|---|---|---|
| Official Form 106D | Schedule D: Creditors Who Have Claims Secured by Property | page 1 of 4 |

Case 8:21-bk-11710-ES    Doc 95    Filed 05/12/22    Entered 05/12/22 22:20:08    Desc
Main Document    Page 45 of 259

Case 8:21-bk-11710-ES    Doc 1    Filed 07/09/21    Entered 07/09/21 14:15:51    Desc
Main Document    Page 21 of 60

| Debtor 1 | **Jamie Lynn Gallian** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **2.2** | **J-Pad, LLC** | Describe the property that secures the claim: | $175,000.00 | $235,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name
**4519 Ponderosa Way
Yorba Linda, CA 92886**
Number, Street, City, State & Zip Code

**16222 Monterey Ln #376 Huntington
Beach, CA 92649  Orange County, HCD
Title held by Debtor's single member
LLC - J-Sandcastle Co, LLC**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Ron Pierpont**
Creditor's Name
**4519 Ponderosa Way
Yorba Linda, CA 92886**

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred    **1/14/2019; 8/20/2020.**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)  **Manufactured Home Financing Note**
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **UCC-1 File No. 19-7691905279   Filing Date: 1/14/2019;
Encumbrance; HCD Lien perfected 8/20/2020, Ronald J. Pierpont (Loan WJC 8/7/2019, 1/27/2020)**

Last 4 digits of account number    **LBM1081**

| **2.3** | **Kia Motors Finance** | Describe the property that secures the claim: | $4,186.00 | $0.00 | $4,186.00 |
|---|---|---|---|---|---|

Creditor's Name

**2020 Kia Sportage
Location: 16222 Monterey Ln #376,
Huntington Beach CA 92649
(LEASE)**

**PO Box 20815
Fountain Valley, CA
92728**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Auto Lease**

Date debt was incurred    Last 4 digits of account number    **9742**

| **2.4** | **Orange County Tax Assessor** | Describe the property that secures the claim: | $0.00 | $235,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**16222 Monterey Ln #376 Huntington
Beach, CA 92649  Orange County Title
held by Debtor's single member LLC - J-
Sandcastle Co, LLC, APN 891-569-62**

**P.O. Box 149
Santa Ana, CA 92702**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Property Taxes**

Date debt was incurred    Last 4 digits of account number    **Decal LBM 1081; APN: 891-569-62**

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 39, PAGE 884

Case 8:21-bk-11710-ES     Doc 95   Filed 05/12/22   Entered 05/12/22 22:20:08   Desc
Main Document     Page 46 of 259

Case 8:21-bk-11710-ES     Doc 1   Filed 07/09/21   Entered 07/09/21 14:15:51   Desc
Main Document     Page 22 of 60

| Debtor 1 | **Jamie Lynn Gallian** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.5 | **The Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | $319,653.59 | $235,000.00 | $241,319.59 |
|---|---|---|---|---|---|

Creditor's Name
c/o Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131;
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653
Number, Street, City, State & Zip Code

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred   **May 6, 2019**     Last 4 digits of account number   EJ-1     OCJC 30-2017-00913985

| 2.6 | **The Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | $9,265.00 | $235,000.00 | $9,265.00 |
|---|---|---|---|---|---|

Creditor's Name
c/o Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131;
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653

Number, Street, City, State & Zip Code

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred   **March 21, 2019**     Last 4 digits of account number   EJ-001 2019000148568 - filed OC REC. 5/3/2019     OCJC 30-2017-00962999

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Jamie Lynn Gallian**

First Name ___ Middle Name ___ Last Name ___          Case number (if known) ___

| 2.7 | **Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | $53,684.41 | $235,000.00 | $53,684.41 |
|---|---|---|---|---|---|

Creditor's Name:
**Jasso; Gragnano; Phillips; Beck; Paulin; Burrett.**
**c/o Gordon Rees Scully & Mansukhani**
**633 W 5th Street, 52nd Floor**
**Los Angeles, CA 90071**
**c/o Epsten Grinnell & Howell, APC**
**10200 Willow Creek Road, Ste 100**
**San Diego, CA 92131;**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

┌─────────────────────────────────────┐
│ **16222 Monterey Ln #376 Huntington** │
│ **Beach, CA 92649  Orange County HCD** │
│ **Title held by Debtor's single member** │
│ **LLC - J-Sandcastle Co, LLC** │
└─────────────────────────────────────┘

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Judgment Lien (JL1)   File # U200003862424 -7/26/2020**

Date debt was incurred   **Dec. 4, 2018**          Last 4 digits of account number   **OCJC 30-2017-00913985**

Add the dollar value of your entries in Column A on this page. Write that number here:          | $561,789.00 |
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:          | $561,789.00 |

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have any additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 4

**EXHIBIT 3**

001706                    EXHIBIT 39, PAGE 887

Fill in this information to identify your case and this filing:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Jamie Lynn Gallian | | | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION

Case number   **8:21-bk-11710-ES**

■ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1
Located on APN 178-011-01
Tract 10542, Unit 4, Lot 376

**16222 Monterey Ln. Spc 376**
Street address, if available, or other description

**Huntington Beach  CA  92649-0000**
City           State    ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $235,000.00 | $235,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: APN: 891-569-62; Lot 376; LBM 1081; 2014 Skyline Custom Villa Manufactured Home.  Serial Number AC7V710394GB, 56'x15'2"; Serial Number AC7V710394GA. 60'x15'2". Registered Owner, Jamie Lynn Gallian with HCD perfected 2/25/2021

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................=>

| $235,000.00 |
|---|

**Part 2:**   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G: Executory Contracts and Unexpired Leases.

Case 8:21-bk-11710-ES    Doc 95    Filed 05/12/22    Entered 05/12/22 22:20:08    Desc
Main Document      Page 50 of 259

Case 8:21-bk-11710-ES    Doc 15    Filed 09/07/21    Entered 09/07/21 11:31:55    Desc
Main Document      Page 4 of 29

Debtor 1    Jamie Lynn Gallian                                            Case number (if known)    8:21-bk-11710-ES

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

■ No
☐ Yes

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here.............................................=>   | $0.00 |

| Part 3: | Describe Your Personal and Household Items |

Do you own or have any legal or equitable interest in any of the following items?    | Current value of the portion you own? Do not deduct secured claims or exemptions. |

6. Household goods and furnishings
   Examples: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| Misc. household goods and furnishings Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |

| waterford crystal set red and white wine glasses | $1,000.00 |

7. Electronics
   Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| Wall television, computer, printer and peripherals Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |

8. Collectibles of value
   Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

| Lladro figurine collection (20) | $1,900.00 |

9. Equipment for sports and hobbies
   Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. Firearms
    Examples: Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

Official Form 106A/B                              Schedule A/B: Property                                        page 2
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |

**11. Clothes**

Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| | Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA<br>92649 | $1,000.00 |

**12. Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| | Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold<br>chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA<br>92649 | $1,000.00 |

**13. Non-farm animals**

Examples: Dogs, cats, birds, horses
☐ No
■ Yes. Describe.....

| | 5-year old Wired Terrier Dog | $25.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................ | $8,925.00 |

Part 4:   **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes..............................................................................................................

**17. Deposits of money**

Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.........................   Institution name:

| | 17.1. | EDD Debit account | Bank of America | $3,793.00 |

| | 17.2. | Savings | Alliant Credit Union--Only funds are Covid-19<br>relief funds from the government. | $1,407.00 |

Official Form 106A/B

Schedule A/B: Property

page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

   EXHIBIT 39, PAGE 890

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|

| | 17.3. **Savings** | Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | | $2,600.00 |
|---|---|---|---|---|

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................                Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes. Give specific information about them...................
Name of entity:                                                    % of ownership:

| J-Sandcastle Co, LLC  Entity currently has a bank account of less than $2,000 assets.<br><br>Original purpose of LLC was to hold HCD Registration to Debtor's residence.  HCD Registration was transferred to debtor on 2/25/2021.  According to the Mobilehome Park Management Houser Bros, park rules forbid home to be held in name other than an individual. | 100 | % | $2,000.00 |
|---|---|---|---|
| J-PAD, LLC.  Entity Assets include bank account of around $4,000;<br><br>Certificate of Title with HCD, perfected 1/14/2019, LBM 1081; 2014 Skyline Custom Villa Manufactured Home UCC-1 Manufactured Home Financing Statement perfected 1/14/2019. against personal property located at 16222 Monterey Lane, Space 376, Huntington Beach, CA. 92649 | 33.33 | % | $59,666.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.
Type of account:                Institution name:

| IRA | Fidelity | $7,400.00 |
|---|---|---|

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ Yes
■ No.                                            Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............                Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Official Form 106A/B                        Schedule A/B: Property                                        page 4
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

      EXHIBIT 39, PAGE 891

Debtor 1   **Jamie Lynn Gallian**                                           Case number (if known)   **8:21-bk-11710-ES**

☐ No

☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No

☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples: Internet domain names, websites, proceeds from royalties and licensing agreements*

☐ No

☐ Yes.  Give specific information about them...

**27  Licenses, franchises, and other general intangibles**
   *Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses*

☐ No

☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                          Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**

☐ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement*

☐ No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
       benefits; unpaid loans you made to someone else*

☐ No

☐ Yes.  Give specific information..

**31. Interests in insurance policies**
   *Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance*

☐ No

☐ Yes. Name the insurance company of each policy and list its value.
           Company name:                          Beneficiary:                   Surrender or refund
                                                                                 value:

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.

☐ No

☐ Yes.  Give specific information..        Probate estate of Father Charles J. Bradley, Jr.  DOD 6/18/2000

   [32.1]
                                    ┌──────────────────────────────────────────────────────────┐
                                    │ OCSC Case No. 30-2017-00915711.                            │
                                    │ Uncertain what, if any, proceeds will pass to debtor.      │
                                    └──────────────────────────────────────────────────────────┘                Unknown

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* 8:21-bk-11710-ES |

33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes. Describe each claim.........

34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims
☐ No
■ Yes. Describe each claim.........

| [34.1] | Personal Injury claim against Huntington Beach Gables Homeowners Association; Jesus Jasso, Jr. et al. DOI: 8/5/2018 OCSC Case No. 30-2020-01153679. | Unknown |

| [34.2] | Claim against Houser Bros Co. dba Rancho Del Rey Mobilehome Estates for Violation(s) of Civil Code and MRL §798, et seq. Failure to Offer and countersign Lease Agreement, Lot 376, 2014 manufactured home sold in place 11/1/2018 to debtor. Failure to disclose possible MH park Change of Use; Failure to timely pursue/ prosecute frivolous UD claim filed 1/2/19, against Debtor; Multiple acts by park management including retaliation, discrimination, trespassing, unlawful entry; forcible detainer, wrongful eviction. No lawsuit yet filed. | Unknown |

35. Any financial assets you did not already list
☐ No
■ Yes. Give specific information..

| [35..1] | Possible Victim Restitution Order against Jesus Jasso Jr. for battery, Penal Code §242 OCDA Criminal Case, People of the State of California vs Jesus Jasso Jr. OCSC Case No. 19WM09951 Estimated loss of income $73,000.00 | Unknown |

| [35.2] | Possible COVID-19 Rent Relief Act from State of California (Applied for June 2021, but not yet approved). Not property of the estate. | $27,000.00 |

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................................... | $103,866.00 |

Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Official Form 106A/B Schedule A/B: Property page 6
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* 8:21-bk-11710-ES |
|---|---|---|

37. Do you own or have any legal or equitable interest in any business-related property?
   ■ No. Go to Part 6.
   ☐ Yes. Go to line 38.

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
   ■ No. Go to Part 7.
   ☐ Yes. Go to line 47.

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. Do you have other property of any kind you did not already list?
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ....................................    **$0.00**

**Part 8:    List the Totals of Each Part of this Form**

| | | |
|---|---|---:|
| 55. Part 1: Total real estate, line 2 .............................................................................................................. | | **$235,000.00** |
| 56. Part 2: Total vehicles, line 5 | $0.00 | |
| 57. Part 3: Total personal and household items, line 15 | $8,925.00 | |
| 58. Part 4: Total financial assets, line 36 | $103,866.00 | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. Part 7: Total other property not listed, line 54 | + $0.00 | |
| 62. Total personal property. Add lines 56 through 61... | $112,791.00 | Copy personal property total    $112,791.00 |

63. Total of all property on Schedule A/B. Add line 55 + line 62    $347,791.00

| | | |
|---|---|---|
| Official Form 106A/B | Schedule A/B: Property | page 7 |
| Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

**EXHIBIT 4**

EXHIBIT 39, PAGE 895

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA–SANTA ANA DIVISION

Case number   **8:21-bk-11710-ES**

■ Check if this is an
amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes. Where is the property?

**Located Tract 10542, Unit 4, Lot 376 on APN 178-011-01.**

| 1.1 | | |
|---|---|---|
| **16222 Monterey Ln. Spc 376** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
| Street address, if available, or other description | ■ Single-family home | |
| | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| **Huntington Beach   CA   92649-0000** | ■ Manufactured or mobile home | **Current value of the entire property?**   **Current value of the portion you own?** |
| City   State   ZIP Code | ☐ Land | **$235,000.00**   **$235,000.00** |
| | ☐ Investment property | |
| | ☐ Timeshare | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | ☐ Other | |
| **Orange** | **Who has an interest in the property?** Check one | |
| County | ■ Debtor 1 only | |
| | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property |
| | ☐ At least one of the debtors and another | (see instructions) |

Other information you wish to add about this item, such as local property identification number:

**APN: 891-569-62; HCD COT Registration transferred 2/25/2021, from J-Sandcastle Co LLC Debtor's single member LLC, to Debtor, in attempt to end UD litigation and obtain counter-signed Leasehold Agreement with RDRMHE. Debtor Homestead Declaration filed with OC Clerk Recorder 7/9/2021@12:48 p.m.**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................=>   | **$235,000.00** |

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

Official Form 106A/B   Schedule A/B: Property   page 1
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

EXHIBIT 39, PAGE 896

| Debtor 1    **Jamie Lynn Gallian** | Case number *(if known)*    **8:21-bk-11710-ES** |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ YES  Lease 2020 Kia Sportage      LOCATION: 16222 MONTEREY LN #376
☐ No                                HUNTINGTON BEACH, CA 92649

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
pages you have attached for Part 2. Write that number here..........................................=>      **$0.00**

| **Part 3:** | Describe Your Personal and Household Items |

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Misc. household goods and furnishings<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
| waterford crystal red & white wine glasses | $1,000.00 |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| Wall television, computer, printer and peripherals<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes. Describe.....

| Lladro figurines collection (20)<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,900.00 |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

| Official Form 106A/B | Schedule A/B: Property | page 2 |
| Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

EXHIBIT 39, PAGE 897

Case 8:21-bk-11710-ES    Doc 95    Filed 05/12/22    Entered 05/12/22 22:20:08    Desc
Main Document    Page 59 of 259

Case 8:21-bk-11710-ES    Doc 16    Filed 09/22/21    Entered 09/22/21 09:40:50    Desc
Main Document    Page 5 of 29

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* | 8:21-bk-11710-ES |
|---|---|---|---|

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes.  Describe.....    **5-year old Wired Terrier Dog**

| | |
|---|---|
| Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $25.00 |

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes.  Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................

| |
|---|
| $8,925.00 |

**Part 4:    Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes........................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **EDD Debit account** | **Bank of America** | $3,793.00 |
| 17.2. | **Savings** | **Alliant Credit Union** | $1,407.00 |

| | | |
|---|---|---|
| Official Form 106A/B | Schedule A/B: Property | page 3 |
| Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

001717    EXHIBIT 39, PAGE 898

Case 8:21-bk-11710-ES    Doc 95    Filed 05/12/22    Entered 05/12/22 22:20:08    Desc
Main Document      Page 60 of 259

Case 8:21-bk-11710-ES    Doc 16    Filed 09/22/21    Entered 09/22/21 09:40:50    Desc
Main Document      Page 6 of 29

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | **8:21-bk-11710-ES** |

| | 17.3. | Savings | **Alliant Credit Union** | **$2,600.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond accounts, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................     Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes. Give specific information about them...................

| Name of entity: | | % of ownership: |
| --- | --- | --- |
| **[19.a]** | **J-Sandcastle Co LLC-** Entity currently has $500.00 in bank account. Debtor Purchased home on 11/1/2018 with proceeds from 10/31/2018 sale of debtors previous residence APN 937-63-053. HCD Registered to J-Sandcastle Co LLC. RDRMHE Park Mgr. refused to countersign 1/1/2006 Ryan Leasehold Agreement, Space 376, to Applicant, J-Sandcastle, Co. LLC. or enter new agreement. J-Sandcastle Co LLC transferred Registration to Jamie Lynn Gallian, perfected with HCD 2/25/2021 to obtain Lot 376 Leasehold Agreement with RDRMHE. RDRMHE Mgrs. forbid home to be held in name other than individual. However, Park Management allow Registration of MH to be held in the name of a Trust. | **% of ownership: 100%** |
| **[19.b]** | **J-Pad, LLC - Manager-Managed LLC-** Entity has approximately $7,000.00, from un-cashed space 376 rent checks tendered to RDRMHE, returned to Debtor un-cashed. Only purpose is to hold HCD Certificate of Title, perfected 1/14/2019 of debtors primary residence 2014 Skyline Custom Villa, Decal No. LBM 1081; Serial No. 7V710394GB/GA to protect purchase of 2014 Manufactured Home as debtors primary residence and qualification 1/1/2006 Ryan Ground Leasehold Assigned to Debtor, located on APN 178-011-01 Tract 10542, Unit 4, Lot 376, pending litigation; preservation. | **% of ownership: 1/7- th** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
          Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.

| | Type of account: | Institution name: | |
| --- | --- | --- | --- |
| | **IRA** | **Fidelity** | **$7,400.00** |

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☐ Yes
   ■ No .............     Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............     Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property** (other than anything listed in line 1), and rights or powers exercisable for your benefit
   ■ No
   ☐ Yes. Give specific information about them...

Official Form 106A/B                    Schedule A/B: Property                    page 4

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
    Company name:        Beneficiary:        Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☐ No
■ Yes. Give specific information..

| Probate estate of Charles J. Bradley, Jr. DOD 6/18/2000 OCSC Case No. 30-2017-00915711. Uncertain what, if any proceeds will pass to debtor. | **Unknown** |
|---|---|

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes. Describe each claim.....

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
■ Yes. Describe each claim........

| **[34.1]** | Personal Injury claim filed against Huntington Beach Gables HOA; Jesus Jasso, Jr., et al. OCSC Case No. 30-2020-01153679. Date of injury 8/5/2018. | **Unknown** |
|---|---|---|

Official Form 106A/B        Schedule A/B: Property        page 5
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 8:21-bk-11710-ES   Doc 95   Filed 05/12/22   Entered 05/12/22 22:20:08   Desc
Main Document   Page 62 of 259

Case 8:21-bk-11710-ES   Doc 16   Filed 09/22/21   Entered 09/22/21 09:40:50   Desc
Main Document   Page 8 of 29

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* | 8:21-bk-11710-ES |

| | | | |
|---|---|---|---|
| **[34.2]** | Possible Victim Restitution Award Order - People of the State of CA vs. Jesus Jasso Jr., PC §242, OCSC Case No. 19WM09951. Claim submitted to OC District Attorney through Victim Witness Agency.     $73,000.00 | | $73,000.00 |
| **[34.3]** | Potential Claim against Houser Bros Co. dba Rancho Del Rey Mobilehome Estates. Violation(s) of MRL §798, et seq.; multiple acts (retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction. Failure to timely pursue/prosecute frivolous UD claim filed 1/2/19, against debtor, bona fide purchaser for value on 11/1/2018.   Potential award of attorney fees under MRL. | | UNKNOWN |
| **[34.4]** | Possible right to reversionary interest in unexpired 80 yr Ground Leasehold and Sub-condominium Leasehold, Lot 1 & 2, Tract 10542, APN 178-011-01l Gables subd. located on APN 178-771-03. Huntington Beach Gables HOA has a cross-complaint in the Nickel complaint pending OCSC 30-2020-01163055, in which Gables HOA seek a voiding of Unit 53 sale and Assignment of unexpired Ground Leasehold and Subcondominium Leasehold October 31, 2018, to bona fide purchaser Randall L. Nickel for valuable consideration.   Gallian had a homestead exemption. On November 1, 2018, Debtor announced to Court on the record, OCSC 30-2017-00913985, C-33, Gallian sold the subject property. On November 9, 2018, Hon. James L. Crandall, C-33, Denied Gables HOA 30-2017-00913985, exparte MOT to freeze debtors equity from sale to bona fide purchaser Randall L. Nickel. "It's her equity." On December 6, 2018, Court vacated jury trial sua sponte. | | UNKNOWN |

**35. Any financial assets you did not already list?**
☐ No
■ Yes.  Give specific information..

| | |
|---|---|
| Possible COVID-19 Rent Relief Act from State of California for rent relief (Applied for June 2021, but not yet approved). Not property of the estate.   $27,000.00 | $27,000.00 |

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................

| |
|---|
| $ 122,700.00 |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes.  Go to line 38.

**Part 6**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7:**  Describe All Property You Own or Have an Interest In That You Did Not List Above

Official Form 106A/B                               Schedule A/B: Property                                    page 6
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

EXHIBIT 39, PAGE 901

Debtor 1    **Jamie Lynn Gallian**                                           Case number *(if known)*   **8:21-bk-11710-ES**

**53. Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ...................................   | **$0.00** |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ............................................................................................ | **$235,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$0.00** |
| 57. | **Part 3: Total personal and household items, line 15** | **$8,925.00** |
| 58. | **Part 4: Total financial assets, line 36** | **$122,700.00** |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** |
| 61. | **Part 7: Total other property not listed, line 54**    + | **$0.00** |

| | | | | |
|---|---|---|---|---|
| 62. | **Total personal property. Add lines 56 through 61**... | **$131,625.00** | Copy personal property total | **$131,625.00** |

63. **Total of all property on Schedule A/B. Add line 55 + line 62**   | **$366,625.00** |

001721                    EXHIBIT 39, PAGE 902

**Fill in this information to identify your case:**

Debtor 1     **Jamie Lynn Gallian**
             First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number  **8:21-bk-11710-ES**
(if known)

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** | **J-Pad, LLC,<br>Steven & Brian<br>Gallian;<br>EJ Gallian; Justin<br>Barclay; Ronald j.<br>Pierpont; Robert J.<br>Pierpont; Jamie Lynn<br>Gallian**<br>Creditor's Name | Describe the property that secures the claim:<br>**16222 Monterey Ln. Spc 376<br>Huntington Beach, CA 92649<br>Orange County<br>APN: 891-569-62; 2014 Skyline<br>Custom Villa Manufactured Home.<br>Decal No. LBM1081.  Serial Number<br>AC7V710394GB 56'x15'2"; Serial<br>Number AC7V710394GA 60'x15'2".** | **$175,000.00** | **$235,000.00** | **$0.00** |

| | As of the date you file, the claim is: Check all that apply. |
|---|---|
| **21742 Anza Avenue<br>Torrance, CA  90503**<br>Number, Street, City, State & Zip Code | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit      **Holder of UCC 1 Perfected 1/14/2019;**
☐ Other (including a right to offset)   **HCD Registration Jamie Lynn Gallian perfected 2-25-2021**

**Date debt was incurred**          **Last 4 digits of account number**     **N/A**

Debtor 1   **Jamie Lynn Gallian**
First Name    Middle Name    Last Name

Case number (if known)   **8:21-bk-11710-ES**

| 2.2 | **Janine Jasso** | | $53,684.41 | $235,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
**16222 Monterey Ln. Spc 376
Huntington Beach, CA 92649
Orange County
APN: 891-569-62; 2014 Skyline
Custom Villa Manufactured Home.
Decal No. LBM1081.  Serial Number
AC7V710394GB 56'x15'2"; Serial
Number AC7V710394GA 60'x15'2".**

**16025 Warmington Lane
Huntington Beach, CA
92649**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred **12/4/2018**    Last 4 digits of account number    **HOA Fees 3985**

| 2.3 | **Janine Jasso** | | $13,229.24 | $235,000.00 | $6,913.65 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
**16222 Monterey Ln. Spc 376
Huntington Beach, CA 92649
Orange County
APN: 891-569-62; 2014 Skyline
Custom Villa Manufactured Home.
Decal No. LBM1081.  Serial Number
AC7V710394GB 56'x15'2"; Serial
Number AC7V710394GA 60'x15'2".**

**16025 Warmington Lane
Huntington Beach, CA
92649**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred **2018**    Last 4 digits of account number    **Attorney Fees $9400.00 Civil OCSC 30-2018-00986785.**

Add the dollar value of your entries in Column A on this page. Write that number here:    **$241,913.65**
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:    **$241,913.65**

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 2 of 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

EXHIBIT 39, PAGE 904

| Debtor 1 | **Jamie Lynn Gallian** | | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

[ ]

Name, Number, Street, City, State & Zip Code
**Janine Jasso. Esq.**
**16025 Warmington Lane**
**Huntington Beach, CA 92649**

On which line in Part 1 did you enter the creditor?  **2.2; 2.3**

Last 4 digits of account number _____

**J-Pad, LLC**
**21742 Anza Avenue**
**Torrance, CA 90503**

On which line in Part 1 did you enter the creditor?  2.1

Last 4 digits of account number _____

001724      EXHIBIT 39, PAGE 905

**EXHIBIT 5**

EXHIBIT 39, PAGE 906

**Fill in this information to identify your case and this filing:**

| Debtor 1 | Jamie Lynn Gallian | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number      8:21-bk-11710-ES

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

**APN 178-011-16, Tract 10542, Unit 4, Lot 376**

1.1
| **16222 Monterey Ln #376** | What is the property? Check all that apply | | |
|---|---|---|---|
| Street address, if available, or other description | ☑ Single-family home | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
| | ☐ Duplex or multi-unit building | | |
| | ☐ Condominium or cooperative | | |
| | ■ Manufactured or mobile home | | |
| **Huntington Beach   CA   92649-0000** | ☐ Land | Current value of the entire property? | Current value of the portion you own? |
| City                State           ZIP Code | ☐ Investment property | $275,000.00 | $275,000.00 |
| | ☐ Timeshare | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. | |
| | ☐ Other _____ | | |
| | Who has an interest in the property? Check one | Fee simple | |
| **Orange** | ■ Debtor 1 only | | |
| County | ☐ Debtor 2 only | | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Check if this is community property (see instructions) | |
| | ☐ At least one of the debtors and another | | |
| | Other information you wish to add about this item, such as local property identification number: APN 891.569.62 | | |
| | Title/Registration through HCD; LBM 1081 to Debtor. | | |

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................................=>

**$275,000.00**

**Part 2:   Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

001726      EXHIBIT 39, PAGE 907

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|---|

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: **Kia** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| | Model: **Sportage** | ■ Debtor 1 only | |
| | Year: **2020** | ☐ Debtor 2 only | |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)** | ☐ Check if this is community property (see instructions) | $0.00 / $0.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5 Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................................=>  **$0.00**

**Part 3:   Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|
| 6. **Household goods and furnishings** | |
| Example   Major appliances, W/D, Refrigerator, living furniture, linens, china, kitchenware, beds, Sofa, chairs, dressers, coffee table, end table, Stools, dining table, hutch, side table, curio cabinet, wall unit, desk. | $3,500.00 |
| ☐ No   **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649** | |
| ■ Yes. Describe..... | |
| **Waterford crystal set red & white wine glasses** | $1,000.00 |

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

■ Yes. Describe
☐ No..

**Wall television, computer, printer, and peripherals**
**Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**          $1,500.00

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ Yes. Describe
☐ No.

**Lladro figurine boy dog collection (20)**
**Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**          $1,950.00

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No
☐ Yes. Describe.....

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes. Describe.....

| Official Form 106A/B | Schedule A/B: Property | page 2 |
|---|---|---|

001727      EXHIBIT 39, PAGE 908

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | 8:21-bk-11710-ES |
|---|---|---|---|---|

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe..... **Misc. clothing, winter jackets, purses, blouses, pants, dresses, uniforms, shoes, boots, tennis shoes, sandals, heels, work shoes**
**Location: 16222 Monterey Ln #376, Huntington Beach CA 92649** — $1,000.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

■ Yes. Describe
☐ No..... **Movado wrist watch (20 yrs old.),  costume jewelry, misc non-gold chains, bracelets and earrings.**
**Location: 16222 Monterey Ln #376, Huntington Beach CA 92649** — $1,000.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

■ Yes. Describe
☐ No.. **5-year old Wired Terrier Dog**
**Location: 16222 Monterey Ln #376, Huntington Beach CA 92649** — $25.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...............................................................................** — $9,975.00

---

**Part 4:   Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

*Current value of the portion you own? Do not deduct secured claims or exemptions.*

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No
☐ Yes.................................................................................................

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes....................17.1

| | | Institution name: | |
|---|---|---|---|
| | **EDD Debit Card** | **Bank of America** | $3,793.00 |
| 17.2. | **Checking and Savings** | **Alliant Credit Union  Covid Relief Funds** | $1,407.00 |
| 17.3 | **Savings** | **Alliant Credit Union  Covid Relief Funds** | $ 2,600.00. |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No      Institution or issuer name:
☐ Yes.

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

*Percentage of Ownership*

☐ No
■ Yes      Give specific information about them...................

Name of entity:

**J-Sandcastle Co., LLC - Entity is debtor's single member LLC.**
**Note payable in the approximate amount of $ 225,000.00, dated 11/16/2018, secured by UCC-1, perfected 1/14/2019.**
**Entity currently has a bank account $16,000, holding funds from tendered, Lot 376, Tract 10542,Unit 4, rent checks payable to RDRMHE; Ground Space #376 for 2014 Skyline manufactured home, LBM1081. RDRMHE refused to countersign Ground Space Agreement with Applicant.  According to RDRMHE, park rules forbid home to be held in name other than individual. However, RDRMHE allows registration held in the name of a Trust.** — 100 % — < $209,000.00 >

Official Form 106A/B — Schedule A/B: Property — page 3

Debtor 1    **Jamie Lynn Gallian**                                                  Case number *(if known)*    **8:21-bk-11710-ES**

**J-Pad, LLC - Entity is a manager-managed LLC.**
**Debtor has ____ interest in LLC; J-Pad, LLC holds COT perfected with HCD.**
**Holder of UCC-1, perfected 1/14/2019, secured Note receivable $225,000.00.**         70    %
**($175,000 & $88,000.00 Less note $225.000.00 = $38,000.00. Promissory Note**
~~**payable to Ron Pierpont; Robert McLelland vs equity in LLC + protection.**~~

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
     *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
     *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
     ■ No
     ☐ Yes. Give specific information about them
                              Issuer name:

21. **Retirement or pension accounts**
     *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
     ☐ No
     ■ Yes. List each account separately.
                         Type of account:              Institution name:

                         **401k**                       **Fidelity 401k**                                              **$7,400.00**

22. **Security deposits and prepayments**
     Your share of all unused deposits you have made so that you may continue service or use from a company
     *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
     ■ No
     ☐ Yes. ...................           Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
     ■ No
     ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
     26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
     ■ No
     ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
     ■ No
     ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
     *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
     ■ No
     ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
     *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
     ■ No
     ☐ Yes. Give specific information about them...

**Money or property owed to you?**                                     Current value of the
                                                                        portion you own?
                                                                        Do not deduct secured
                                                                        claims or exemptions.

28. **Tax refunds owed to you**
     ■ No
     ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
     *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
     ■ No

Official Form 106A/B                          Schedule A/B: Property                                           page 4

001729    EXHIBIT 39, PAGE 910

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | 8:21-bk-11710-ES |
|---|---|---|---|---|

☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
   benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has
   died.

| ■ Yes... | Probate Estate Charles James Bradley Jr. DOD 6-18-2000.Case No.30-2017-00915711. | unknown |
| ☐ No.. | Uncertain what, if any, proceeds will pass to debtor. Will placed in paper shredder by | |
| | Administrator Sandra Bradley, decedent's widow. Witnessed first hand by decedent's | |
| | brother & wife, David Bradley and Diane Goetz. | |

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**                 est.          $ 100,000.00
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

| ■ Yes. Describe each claim......... | Potential claim for **wrongful termination claim against employer, United Airlines under Railroad Labor Act.** |
| ☐ No.. | Potential claim against Association of Flight Attendants-MEC for failure to arbitrate employee's claim with CO. |

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☐ No
   ■ Yes.. Describe each claim.........

| 34.1 | Personal injury claim against Huntington Beach Gables<br>Homeowner's Association and Jesus Jasso Jr.;<br>DOI: 8/5/2018; Case No.: 30-2020-01153679 | est. | $75,000.00 |
|---|---|---|---|
| 34.2 | Potential Claim against Houser Bros Co dba Rancho Del Rey MHE for<br>violation(s) of MRL §798, et seq multiple acts of retaliation, discrimination,<br>trespassing, unlawful entry, forcible detainer, wrongful eviction, failure to timely<br>pursue frivolous Unlawful detainer, forcible Detainer Action filed 1/2/19. against<br>bona fide purchaser for value 11/1/2018.        Potential Attorney fee award. | | $ 75,,000.00 |
| 34.3 | Possible rights to reversionary interest in unexpired 80 yr Ground<br>Leasehold, Tract 10542, Lot 1 & 2, and Subcondominium Leasehold Unit 53. | | unknown |
| 34.4 | Potential Victim Restitution Order in favor debtor for economic losses<br>injury sustained from PC §242, 8/5/2018, against Jesus Jasso Jr,;<br>OCDAfiled Case No. 19WM09951, June 25, 2019 | est. | $ 73,000.00 |

**35. Any financial assets you did not already list**

| ■ Yes. Give specific information..<br>☐ No. | possible COVID-19 rent relief from State of California<br>(applied for, but not yet approved). Not property of the estate. | est. | $ 27,000.00 |
|---|---|---|---|

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
   for Part 4. Write that number here...................................................................................................................                              $  350,000.00

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

Official Form 106A/B                                            Schedule A/B: Property                                                       page 5

Case 8:21-bk-11710-ES    Doc 22    Filed 10/14/21    Entered 10/14/21 17:12:48    Desc
Main Document      Page 8 of 31

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | 8:21-bk-11710-ES |
|---|---|---|---|---|

**Part 6:  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7:      Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
■ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................

| | | $0.00 |
|---|---|---|

**Part 8:      List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. Part 1: Total real estate, line 2 ....................................................................................................... | | | $275,000.00 |
| 56. Part 2: Total vehicles, line 5 | $0.00 | | |
| 57. Part 3: Total personal and household items, line 15 | $9,975.00 | | |
| 58. Part 4: Total financial assets, line 36 | $350,000.00 | | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. Part 7: Total other property not listed, line 54 + | $0.00 | | |
| 62. **Total personal property.** Add lines 56 through 61... | $359,975.00 | Copy personal property total | $359,975.00 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | $ 634,975.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

001731          EXHIBIT 39, PAGE 912

Fill in this information to identify your case:

| Debtor 1 | Jamie Lynn Gallian | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number   8:21-bk-11710-ES
(if known)

☒ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>if any |
|---|---|---|---|---|
| **2.1 Houser Bros. Co.** | Describe the property that secures the claim: | $0.00 | $275,000.00 | $0.00 |
| Creditor's Name<br>**DBA Rancho Del Rey<br>Estates<br>16222 Monterey Ln.<br>Huntington Beach,<br>CA 92649** | **16222 Monterey Ln #376 Huntington<br>Beach, CA 92649  Orange County,<br>LBM1081 HCD Title held by Debtor** | | | |
| | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent | | | |
| Number, Street, City, State & Zip Code | ☐ Unliquidated<br>☐ Disputed | | | |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| ■ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured<br>car loan) | | | |
| ☐ Debtor 2 only | | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | | | |
| ☐ Check if this claim relates to a<br>community debt | ■ Other (including a right to offset)   Ground Lease,  Lot 376, Tract 10542, Unit 4 located APN 178-011-01 | | | |
| Date debt was incurred ____ | Last 4 digits of account number ____ | | | |

Debtor 1   Jamie Lynn Gallian
First Name      Middle Name      Last Name

Case number (if known)   **8:21-bk-11710-ES**

**2.2** | J-Pad, LLC; Steven & **Brian Gallian**
Creditor's Name

Describe the property that secures the claim:   $225,.000.00   $275,000.00   $ 00.00

16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County LBM1081 HCD Title held by Debtor

As of the date you file, the claim is: Check all that apply.
☐ Contingent

Number, Street, City, State & Zip Code
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **UCC-1**   Certificate of Title Legal Owner recorded with HCD. UCC-1 perfected 1/14/2019

Date debt was incurred _____   Last 4 digits of account number _____

---

**2.3** | **Hyundai Capital America**
Creditor's Name

Describe the property that secures the claim:   $4,186.00   $0.00   $4,186.00

2020 Kia Sportage Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)

P.O. Box 269011 Plano, TX 75026

As of the date you file, the claim is: Check all that apply.
☐ Contingent

Number, Street, City, State & Zip Code
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Auto Lease**

Date debt was incurred _____   Last 4 digits of account number _____

---

**2.4** | **Orange County Tax Assessor**
Creditor's Name

Describe the property that secures the claim:   $0.00   $275,000.00   $0.00

16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County Title held by Debtor's single member LLC - J-Sandcastle Co, LLC

As of the date you file, the claim is: Check all that apply.
☐ Contingent

Number, Street, City, State & Zip Code
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Property Taxes**

Date debt was incurred _____   Last 4 digits of account number _____

---

Official Form 106D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page 2 of 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
| | First Name        Middle Name        Last Name | | | |

| 2.5 | **The Huntington Beach Gables** | Describe the property that secures the claim: | $319,653.59 | $275,000.00 | $319,653.59 |
|---|---|---|---|---|---|

Creditor's Name

**Homeowners Association c/o Epsten Grinnell & Howell, APC 10200 Willow Creek Road, Ste 100 San Diego, CA 92131**

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County ; LBM1081; 2014 Skyline Manufactured Home APN 891-569-62**

As of the date you file, the claim is: Check all that apply.
☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien).
■ Judgment lien from a lawsuit
☒ Other (including a right to offset)   5/16/2019   Abstract Judgment 2019 165259

Date debt was incurred   5/16/2019      Last 4 digits of account number   OCSC   30-2017-00913985

| 2.6 | **Huntington Beach Gables Homeowners** | Describe the property that secures the claim: | $319,653.59 | $275,000.00 | $319,653.59 |
|---|---|---|---|---|---|

Creditor's Name

**Association c/o Epsten Grinnell & Howell, APC 10200 Willow Creek Road, Ste 100 San Diego, CA 92131**

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County; LBM 1081; 2014 Skyline Manufactured Home**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☒ Other (including a right to offset)   Abstract Judgment 201900166068

Date debt was incurred   05/16/2019      Last 4 digits of account number   OCSC   30-2017-00913985

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES | |
|---|---|---|---|---|---|
| First Name | Middle Name | Last Name | | | |

| 2.7 | **The Huntington Beach Gables Homeowners** | Describe the property that secures the claim: | $3,070.00 | $275,000.00 | $3,070.00 |
|---|---|---|---|---|---|

Creditor's Name

**Association
c/o Epsten Grinnell &
Howell, APC
10200 Willow Creek
Road, Ste 100
San Diego, CA 92131**

**16222 Monterey Ln #376 Huntington
Beach, CA 92649  Orange County ;
LBM1081; 2014 Skyline Manufactured
Home APN 891-569-62**

As of the date you file, the claim is: Check all that
apply.

☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only

☐ An agreement you made (such as mortgage or secured
car loan)

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

■ Judgment lien from a lawsuit

☐ Check if this claim relates to a
community debt

🏵 Other (including a right to offset)   11/19/2018   Abstract Judgment 2018435011

Date debt was incurred   11/19/2018   Last 4 digits of account number   OCSC   30-2017-00913985

| 2.8 | **Huntington Beach Gables Homeowners** | Describe the property that secures the claim: | $9,265.00 | $275,000.00 | $9,265.00 |
|---|---|---|---|---|---|

Creditor's Name

**Association
c/o Epsten Grinnell &
Howell, APC
10200 Willow Creek
Road, Ste 100
San Diego, CA 92131**

**16222 Monterey Ln #376 Huntington Beach,
CA 92649  Orange County;   LBM 1081;
2014 Skyline Manufactured Home; APN
891-569-62**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated

Number, Street, City, State & Zip Code

☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ An agreement you made (such as mortgage or secured
car loan)

☐ Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Debtor 1 and Debtor 2 only

■ Judgment lien from a lawsuit

☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

🏵 Other (including a right to offset)   **Abstract Judgment 2019148568**

Date debt was incurred   05/03/2019   Last 4 digits of account number   OCSC   30-2017-00962999

001735   EXHIBIT 39, PAGE 916

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| 2.9 | Janine Basso, ESQ | Describe the property that secures the claim: | $13,229.24 | $275,000.00 | $13,229.24 |
|---|---|---|---|---|---|

Creditor's Name

**16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County ; LBM1081; 2014 Skyline Manufactured Home APN 891-569-62**

16025 Warmington Lane
Huntinton Beach, CA
92649

As of the date you file, the claim is: Check all that apply.
☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated
☒ Disputed
**Nature of lien.** Check all that apply.

Who owes the debt? Check one.

☐ An agreement you made (such as mortgage or secured car loan)

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit       11/19/2018    Abstract Judgment 2021000348287
☒ Other (including a right to offset)

Date debt was incurred    5/27/2021    Last 4 digits of account number    OCSC    30-2018-00986785

| 2.10 | People of the ST of CA | Describe the property that secures the claim: | $13,229.24 | $275,000.00 | $13,229.24 |
|---|---|---|---|---|---|

**16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County; LBM 1081; 2014 Skyline Manufactured Home; APN 891-569-62**

Creditor's Name

8141 13th Street
Westminister, CA
92683

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated   On Appeal 30-2021-01189657
☐ Disputed

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

Who owes the debt? Check one.

☐ An agreement you made (such as mortgage or secured car loan)

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☒ Other (including a right to offset)    Abstract Judgment 2021000348287

Date debt was incurred    5/27/2021    Last 4 digits of account number    OCSC    18WM05278

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 5 of 8

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
| First Name | Middle Name | Last Name | | |

| 2.11 | Janine Basso, ESQ | Describe the property that secures the claim: | $ 53,684.41 | $275,000.00 | $53,684.41 |

Creditor's Name

16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County ; LBM1081; 2014 Skyline Manufactured Home APN 891-569-62

16025 Warmington Lane Huntinton Beach, CA 92649

As of the date you file, the claim is: Check all that apply.
☐ Contingent

Number, Street, City, State & Zip Code

☐ Unliquidated
☒ Disputed

Nature of lien. Check all that apply.

Who owes the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☒ Other (including a right to offset)   12/14/2018  Abstract Judgment 2018000467142

Date debt was incurred   7/23/2020   Last 4 digits of account number   OCSC   30-2017-00913985

| 2.12 | Huntington Beach Gables Homeowners Association | Describe the property that secures the claim: | $46,138.00 | $275,000.00 | $46,138.00 |

Creditor's Name

c/o Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131

16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County; LBM 1081; 2014 Skyline Manufactured Home; APN 891-569-62

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

Nature of lien. Check all that apply.

Who owes the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☒ Other (including a right to offset)   12/14/2018  Abstract Judgment 2018000467142

Date debt was incurred   12/14/2018   Last 4 digits of account number   OCSC   30-2017-00913985

001737   EXHIBIT 39, PAGE 918

| Debtor 1 | Jamie Lynn Gallian | | | Case number (if known) | 8:21-bk-11710-ES | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| 2.7 | **The Huntington Beach Gables** | Describe the property that secures the claim: | $46,138.00 | $275,000.00 | $46,138.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County; 2014 Skyline Manufactured Home LBM 1081** | | | |
| | **Homeowners Association Gordon, Rees, Mansukhani** | | | | |
| | **633 W 5th Street, 52nd Floor** | As of the date you file, the claim is: Check all that apply. | | | |
| | **Los Angeles, CA 90071** | ☐ Contingent | | | |

Number, Street, City, State & Zip Code

☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Abstract of Judgement  2018000467142**

| Date debt was incurred | 12/14/2018 | Last 4 digits of account number | 30-2017-00913985 |
|---|---|---|---|

Add the dollar value of your entries in Column A on this page. Write that number here:     $604,242.59

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:     **$ 604,242.59**

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**EXHIBIT 6**

EXHIBIT 39, PAGE 920

Case 8:21-bk-11710-ES    Doc 95    Filed 05/12/22    Entered 05/12/22 22:20:08    Desc
Main Document    Page 82 of 259
Case 8:21-bk-11710-ES    Doc 37    Filed 11/16/21    Entered 11/17/21 14:02:04    Desc
Main Document    Page 3 of 26

**Fill in this information to identify your case and this filing:**

Debtor 1    **Jamie Lynn Gallian**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number    **8:21-bk-11710-ES**

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property                                                        12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes. Where is the property?

1.1    **Located on APN 178-011-01**
**Tract 10542, Unit 4, Lot 376**

**16222 Monterey Ln. Spc 376**
Street address, if available, or other description

**Huntington Beach    CA    92649-0000**
City          State    ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $235,000.00 | $235,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
Fee Simple

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>    $235,000.00

**Part 2:**   **Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Case 8:21-bk-11710-ES     Doc 95   Filed 05/12/22   Entered 05/12/22 22:20:08   Desc
Main Document      Page 83 of 259
Case 8:21-bk-11710-ES     Doc 37   Filed 11/16/21   Entered 11/17/21 14:02:04   Desc
Main Document      Page 4 of 26

Debtor 1   **Jamie Lynn Gallian**                                    Case number *(if known)*   **8:21-bk-11710-ES**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycle**

   ■ Yes        Lease 2020 Kia Sportage   Expires 12/2022
   ☐ No

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................................=>**    | **$0.00** |

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | Misc. household goods and furnishings<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
   |---|---|

   | waterford crystal set red and white wine glasses | $1,000.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | Wall television, computer, printer and peripherals<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....    Location:  16222 Monterey Lane, Space 376, Huntington Beach CA 92649

   | Lladro figurine collection (20) | $1,900.00 |
   |---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

Official Form 106A/B                         Schedule A/B: Property                                          page 2

001741                    EXHIBIT 39, PAGE 922

Debtor 1   **Jamie Lynn Gallian**                                        Case number *(if known)*   **8:21-bk-11710-ES**

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| 5-year old Wired Terrier Dog | $25.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .........................................................   | **$8,925.00** |

**Part 4:   Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes...........................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................                                    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **EDD Debit account** | Bank of America | $3,793.00 |
| 17.2. | **Savings** | Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | $1,407.00 |

Official Form 106A/B                          Schedule A/B: Property                                    page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

EXHIBIT 39, PAGE 923

Case 8:21-bk-11710-ES    Doc 95    Filed 05/12/22    Entered 05/12/22 22:20:08    Desc
        Main Document    Page 85 of 259
Case 8:21-bk-11710-ES    Doc 37    Filed 11/16/21    Entered 11/17/21 14:02:04    Desc
        Main Document    Page 6 of 26

| Debtor 1 | **Jamie Lynn Gallian** | Case number (if known) | **8:21-bk-11710-ES** |

| | | | |
|---|---|---|---|
| 17.3. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | **$2,600.00** |

**18.  Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................          Institution or issuer name:

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................
       Name of entity:                                            % of ownership:

**J-Sandcastle Co, LLC  single member entity** currently has a bank account of
less than $500.00 assets.
**Original purpose of LLC was to hold HCD Registration to Debtor's residence.
HCD Registration was transferred to debtor on 2/25/2021 after voluntary
mediation with RDRMHE Park in UD Case.  Park refused to countersign lease
agreement with HCD Registered Applicant, J-Sandcastle Co LLC. According to
Houser Bros RDR Park Owner/Manager, Park Rules allegedly forbid home to
be held in name other than an  individual; However, Park allow homes titled in
a Trust.  Debtor unable to verify stated reason in RDRMHE Park Rules.**          **100** %          **$ 500.00**

**J-PAD, LLC.  Manager-Managed closed family LLC.  Members Assets include bank
account of around $2,000; Uncashed B/A Cashiers Check $13,710.00, from ChaseJ-
Sandcastle 7/9/21, rent funds to RDRMHE; Rent Checks tendered for space 376 rent paid
in full by debtor (Alliant CU Acct)  through December 2021, returned from Rancho Del
Rey MHE. J-Pad, LLC Holder of  COTA  perfected 1/14/2019.  UCC-1 AD  filed 1/14/2019,
30-yr. Manufactured Home Transaction secured by LBM1081, located on APN 178-011-16,
Tract 10542, Unit 4, Lot 376.  J-Pad, LLC  Holder of Security Agreement, dated 11/16/18,
Promissory Note ($175,000 & $88,000). Matures 2048.  Various minimal debts owed
approx, $15,000.  Debtor 341 testimony concerned frivolous costly ongoing litigation
debt; Debtor manages 100%.**          **33-1/3** %          **$ 75,000.00**

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
       Issuer name:

**21.  Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
       Type of account:                    Institution name:

        **IRA**                    **Fidelity**                    **$ 7,400.00**

**22.  Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☐ Yes
   ■ No. .                    Institution name or individual:

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............         Issuer name and description.

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 8:21-bk-11710-ES    Doc 95   Filed 05/12/22   Entered 05/12/22 22:20:08   Desc
Main Document    Page 86 of 259
Case 8:21-bk-11710-ES    Doc 37   Filed 11/16/21   Entered 11/17/21 14:02:04   Desc
Main Document    Page 7 of 26

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* | 8:21-bk-11710-ES |

■ No
☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
       benefits; unpaid loans you made to someone else
■ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
       Company name:                           Beneficiary:                    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died..
☐ No
■ Yes.  Give specific information..    **Probate estate of Charles J. Bradley, Jr.  Case No. 30-2017-00915711.
                                         Uncertain what, if any, proceeds will pass to debtor.**

**Creditor's claim Estate of Charles James Bradley  Jr. filed by debtor for $1
million, June 2020, denied by Administrator, Sandra Bradley, approx.
March 29, 2021.  Unknown whether any recovery will be awarded.**                    **Unknown**

001744                    EXHIBIT 39, PAGE 925

Case 8:21-bk-11710-ES    Doc 95   Filed 05/12/22   Entered 05/12/22 22:20:08   Desc
Main Document      Page 87 of 259
Case 8:21-bk-11710-ES    Doc 37   Filed 11/16/21   Entered 11/17/21 14:02:04   Desc
Main Document      Page 8 of 26

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* | 8:21-bk-11710-ES |
|---|---|---|---|

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ Yes. Describe each claim.   Wrongful termination against United Airlines. No lawsuit filed.
□ No. .   Claim filed Collective Bargaining with Association of Flight Attendants under
Railway Labor Act. Arbitration with Compa\ny & AFA requested and being pursued.
                                                                                    Unknown

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
□ No
■ Yes.  Describe each claim.........

| 34.1 | Claim against Sandra Bradley and Houser Bros Co for failure to disclose real estate transaction May 2010, that ultimately lead to recordation of Grant Deed Doc # 2010219518 APN 937-63-053, Unit 53 in name of Houser Bros instead of intended transfer to Sandra L. Bradley Trust.            No lawsuit filed yet. | Unknown |
|---|---|---|

| 34.2 | Possible claim against Sandra Bradley for failure to disclose previous alleged ARC violations in connection with improvements to Unit 53 in 2014, 2015, 2016, at Alderport, that occurred prior to debtor became legal owner of the Alderport property on March 23, 2017, the subject of 4/11/2017 FAC 5/16/2017, Gables HOA civil complaint. | Unknown |
|---|---|---|

| 34.3 | Multiple claims against Tract 10542 Master Lessor Houser Bros Co. and Park Manager Houser Bros Co. dba Rancho Del Rey Mobilehome Estates for Violation(s) Davis Stirling Act; Civil Code; violations of MRL §798, et seq.  multiple acts (retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim filed 1/2/19.   Failure to counter sign Consumer Lease Agreement with Applicant(s); Registered Owners of bona fide purchase 2014 Skyline Custom Villa, LBM1081 | |
|---|---|---|
| | Possible award of Attorney Fees under Davis Stirling Act;  CA Civil Code; and (MRL) | Unknown |

| 34.4 | Personal Injury claim pending against Huntington Beach Gables HOA; Jesus Jasso, Jr. et al.  Case No. 30-2020-01153679. | |
|---|---|---|
| | Estimated  damages approximately $195,000. | Unknown |

| 34.5 | Due to pending litigation  Potential right of debtor to reversionary interest in Unit 53, unexpired Ground Leasehold and Subcondominium Leasehold in Condominium Project Lot 1 & 2, Tract 10542, APN 178-011-01; 178-011-16,  Holding Alternate APN 178-771-03;  Unit 53 APN 937-63-053; Original Master Lessor Houser Bros Co. and Robert P. Warmington, an Ind. Original Tenant; Robert P. Warmington, an Ind. Sublessor, assigned to Robert P. Warmington Company, Subleasee; Further assigned Declarant Robert P. Warmington Co. Sublessor assigned certain rights of Declarant to various consumers until 2059, termination 80-year GroundLeasehold and Subcondominium Leasehold;  Further rights clarified by Master Lessor and Sublessor in First Amendment to CC&Rs filed OC Clerk Recorder, 8/5/1980, Doc No. 8005, detailing Consumer's Interest in Master Ground Leasehold and Subcondominium Leasehold  relative to Lot 1 & 2 Tract 10542, City of Huntington Beach, CA. | |
|---|---|---|
| | (Huntington Beach Gables HOA has a filed cross-complaint pending OCSC, in which Gables HOA seek a voiding of the debtors sale of unencumbered rights in debtors previous residence; Ground Leasehold and SubCondominium Leasehold sold on 10/31/2018 to a bona fide purchaser for value, Randall Nickels, including rights of Assignment of unexpired term of 80 yr Ground Leasehold and Subcondominium Leasehold from Debtor to purchaser Randall Nickels). | Unknown |

| 34.6 | Potential Victim restitution Order from Defendant Jesus Jasso, Jr,  OCSC Case No. 19WM09951 | Unknown |
|---|---|---|
| | Approx. economic damages  $73,000.00 | |

**35. Any financial assets you did not already list**
□ No
■ Yes.  Give specific information..   CA COVID-19 relief from State of California for rent relief (debtor applied approx June 9,2021.  CA Covid-19 Relief Award
October 27, 2021.            Not property of the estate.   $24,301.55

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here.................................................................   **$ 115,001.55**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

001745                        EXHIBIT 39, PAGE 926

Case 8:21-bk-11710-ES   Doc 95   Filed 05/12/22   Entered 05/12/22 22:20:08   Desc
Main Document   Page 88 of 259

Case 8:21-bk-11710-ES   Doc 37   Filed 11/16/21   Entered 11/17/21 14:02:04   Desc
Main Document   Page 9 of 26

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

37.  **Do you own or have any legal or equitable interest in any business-related property?**
  ☑ No. Go to Part 6.
  ☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
  ☑ No. Go to Part 7.
  ☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53.  **Do you have other property of any kind you did not already list?**
  *Examples:* Season tickets, country club membership
  ☑ No
  ☐ Yes. Give specific information.........

54.  Add the dollar value of all of your entries from Part 7. Write that number here  ....................................   | **$0.00** |

| **Part 8:** | List the Totals of Each Part of this Form |

| 55. | **Part 1: Total real estate, line 2** ........................................................................... | | | **$235,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | | **$0.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | | **$8,925.00** | |
| 58. | **Part 4: Total financial assets, line 36** | | **$115,001.55** | |
| 59. | **Part 5: Total business-related property, line 45** | | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | | **$123,926.55** | Copy personal property total   **$123,926.55** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | **$358,926.55** |

001746                          EXHIBIT 39, PAGE 927

**EXHIBIT 7**

001747                    EXHIBIT 39, PAGE 928

| Fill in this information to identify your case and this filing: | |
|---|---|

Debtor 1 __**Jamie Lynn Gallian**__
        First Name              Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing)  First Name         Middle Name          Last Name

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number   __**8:21-bk-11710-ES**__

■ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1   **Located on APN 178-011-01
Tract 10542, Unit 4, Lot 376**

**16222 Monterey Ln. Spc 376**
Street address, if available, or other description

**Huntington Beach   CA    92649-0000**
City           State      ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☑ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

■ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$235,000.00** | **$235,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.  **80 yr Ground Leasehold, APN 178-011-01, Tract 10542, Unit 4, Lot 376. OC Clk Rec. RS Bk 58 pg 35-36; Parcel Map, Bk 108 Pg 47, 48; MM Bk 456, Pg 49-50;**

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:
**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.
HCD Decal No. LBM 1081. Serial Number AC7V710394GB/GA 56'x15'2".
Registered to Debtor. HCD COTA perfected 1/14/2019**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>** | **$235,000.00** |

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

EXHIBIT 39, PAGE 929

Case 8:21-bk-11710-ES    Doc 95   Filed 05/12/22   Entered 05/12/22 22:20:08   Desc
Main Document    Page 91 of 259
Case 8:21-bk-11710-ES    Doc 38   Filed 11/22/21   Entered 11/23/21 11:21:39   Desc
Main Document    Page 4 of 23

Debtor 1    **Jamie Lynn Gallian**                                          Case number *(if known)*   **8:21-bk-11710-ES**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycle**

■ Yes         Lease 2020 Kia Sportage   Expires 12/2022
□ No

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
□ Yes

| | |
|---|---|
| 5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=> | **$0.00** |

**Part 3:**  Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   □ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Misc. household goods and furnishings Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
| waterford crystal set red and white wine glasses | $1,000.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   □ No
   ■ Yes.  Describe.....

| | |
|---|---|
| Wall television, computer, printer and peripherals Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   □ No
   ■ Yes.  Describe.....

| Location:  16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | |
|---|---|
| Lladro figurine collection (20) | $1,900.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   □ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    □ Yes.  Describe.....

Official Form 106A/B                     Schedule A/B: Property                                    page 2

001749                        EXHIBIT 39, PAGE 930

Case 8:21-bk-11710-ES    Doc 95   Filed 05/12/22   Entered 05/12/22 22:20:08   Desc
Main Document    Page 92 of 259
Case 8:21-bk-11710-ES    Doc 38   Filed 11/22/21   Entered 11/23/21 11:21:39   Desc
Main Document    Page 5 of 23

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* | 8:21-bk-11710-ES |
|---|---|---|---|

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

| 5-year old Wired Terrier Dog | $25.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
   for Part 3. Write that number here ...........................................................................

| $8,925.00 |
|---|

| **Part 4:** | Describe Your Financial Assets | |
|---|---|---|
| **Do you own or have any legal or equitable interest in any of the following?** | | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes........................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
   institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................
   Institution name:

| 17.1. | **EDD Debit account** | Bank of America | $3,793.00 |
|---|---|---|---|
| 17.2. | **Savings** | Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | $1,407.00 |

Official Form 106A/B                     Schedule A/B: Property                     page 3
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

EXHIBIT 39, PAGE 931

Case 8:21-bk-11710-ES    Doc 95   Filed 05/12/22   Entered 05/12/22 22:20:08   Desc
Main Document      Page 93 of 259
Case 8:21-bk-11710-ES    Doc 38   Filed 11/22/21   Entered 11/23/21 11:21:39   Desc
Main Document      Page 6 of 23

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|---|

| | 17.3. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | **$2,600.00** |
|---|---|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes.  Give specific information about them...................
Name of entity:                                      % of ownership:

**J-Sandcastle Co, LLC  single member entity** had a bank account of  $9000.00 assets to B/A
Cashiers Chk. Uncashed space 376 rent funds.  Current less than $500.00
Original purpose of LLC was to hold HCD Registration to Debtor's residence.
HCD Registration was transferred to debtor on 2/25/2021 after voluntary
mediation with RDRMHE Park re: 2019 UD Case.  Park refused to countersign
lease agreement with HCD Registered Applicant, J-Sandcastle Co LLC. Accord-
ing to Houser Bros Park Owner/Manager, Park Rules allegedly forbid home
to be held in business name; insistent only in an individual name.  However, Park allows
homes held  in Trust. Debtor unable to verify stated reason in RDRMHE Park Rules.    **100** %    **$500.00**

**J-PAD, LLC.  Manager-Managed  LLC.** Assets include bank account of less than $1,000;
 B/A Cashier;s Check approx, $13,710.00, from 7/9/21 Chase Bank- J-Sandcastle Co LLC;
Rent Checks tendered for space 376 as agreed.  Space rent tendered each month since filing
BK petition 7-9-21 by debtor (Alliant CU Acct.)  through December 31, 2021, Concurrently
with CA Covid-19 Relief AWARD 10/27/2021;  Houser Bros Co. caused further harm to
debtor, Houser Bros sent uncashed checks to various un-authorized entities including the
IRS, in violation of debtors STAY.
Debtors  J-Pad, LLC,  Holder of  COTA  perfected 1/14/2019.    **100** %    $**14,710.00**

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.
Type of account:             Institution name:

|  | **IRA** | **Fidelity** | **$ 7,400.00** |
|---|---|---|---|

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ Yes
■ No. .                          Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |

■ No
☐ Yes............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
             benefits; unpaid loans you made to someone else
■ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
             Company name:                              Beneficiary:                    Surrender or refund
                                                                                        value:

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
☐ No
■ Yes.  Give specific information..     **Probate estate of Charles J. Bradley, Jr.  Case No. 30-2017-00915711.
                                        Uncertain what, if any, proceeds will pass to debtor.**

| **Creditor's claim Estate of Charles James Bradley  Jr. filed by debtor for $1 million, June 2020, denied by Administrator, Sandra Bradley, approx. March 29, 2021.  Unknown whether any recovery will be awarded.** | **Unknown** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

001752                         EXHIBIT 39, PAGE 933

Case 8:21-bk-11710-ES    Doc 95   Filed 05/12/22   Entered 05/12/22 22:20:08    Desc
                          Main Document      Page 95 of 259
        Case 8:21-bk-11710-ES    Doc 38   Filed 11/22/21   Entered 11/23/21 11:21:39    Desc
                          Main Document      Page 8 of 23

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ Yes. Describe each claim.  | Wrongful termination against United Airlines. No lawsuit filed.
☐ No.                         | Claim filed Collective Bargaining with Association of Flight Attendants under
                              | Railway Labor Act. Arbitration with Compa\ny & AFA requested and being pursued.   **Unknown**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
■ Yes.  Describe each claim..........

| 34.1 | **Claim against Sandra Bradley and Houser Bros Co for failure to disclose real estate transaction May 2010, that ultimately lead to recordation of Grant Deed Doc # 2010219518 APN 937-63-053, Unit 53 in name of Houser Bros instead of intended transfer to Sandra L. Bradley Trust.**         No lawsuit filed yet. | |
| | | **Unknown** |

| 34.2 | **Possible claim against Sandra Bradley for failure to disclose previous alleged ARC violations in connection with improvements to Unit 53 in 2014, 2015, 2016, at Alderport, that occurred prior to debtor became legal owner of the Alderport property on March 23, 2017, the subject of 4/11/2017  FAC 5/16/2017, Gables HOA civil complaint.** | |
| | | **Unknown** |

| 34.3 | **Multiple claims against Tract 10542 Master Lessor Houser Bros Co. and Park Manager Houser Bros Co. dba Rancho Del Rey Mobilehome Estates for Violation(s) Davis Stirling Act; Civil Code; violations of MRL §798, et seq.  multiple acts (retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim filed 1/2/19.   Failure to counter sign Consumer Lease Agreement with Applicant(s); Registered Owners of bona fide purchase 2014 Skyline Custom Villa, LBM1081** | |
| | **Possible award of Attorney Fees under Davis Stirling Act;  CA Civil Code; and (MRL)** | **Unknown** |

| 34.4 | **Personal Injury claim pending against Huntington Beach Gables HOA; Jesus Jasso, Jr. et al.  Case No. 30-2020-01153679.** | |
| | **Estimated  damages approximately $195,000.** | **Unknown** |

| 34.5 | **Due to pending litigation  potential right of debtor to reversionary interest  unexpired Ground Leasehold in Condominium Project Lot 1 & 2, Tract 10542, APN 178-011-01; 178-011-16,  Holding Alternate APN 178-771-03;** | |
| | **Original Master Lessor Houser Bros Co. and Robert P. Warmington, an Ind. Original Tenant; Robert P. Warmington, an Ind. Sublessor, assigned to Robert P. Warmington Company, Subleasee; Further assigned Declarant Robert P. Warmington Co. Sublessor assigned certain rights of the Declarant to various consumers until 2059, an 80-year GroundLeasehold and Subcondominium Leasehold Tract 10542, Lot 1 and 2;  Further rights clarified by Master Lessor and Sublessor in that certain First Amendment to CC&Rs filed OC Clerk Recorder, 8/5/1980, Doc No. 8005, detailing Consumer's Interest in Master Ground-Leasehold and Subcondominium Leasehold relative to Lot 1 & 2 Tract 10542 Hunt. Beach.** | |
| | **(Huntington Beach Gables HOA has crossed-complaint pending OCSC, in which Gables HOA seek a voiding of the debtors sale of unencumbered fee interest in debtor's previous residence; Ground Leasehold and SubCondominium Leasehold sold on 10/31/2018 to a bona fide purchaser for value, Randall Nickels, including rights of Assignment of unexpired term of 80 yr Ground Leasehold and Subcondominium Leasehold from Debtor to purchaser Randall Nickels).** | **Unknown** |

| 34.6 | **Potential Victim Restitution Order from Defendant Jesus Jasso, Jr, PC§242 OCSC Case No. 19WM09951** | **Unknown** |
| | **Approx. economic damages  $ 73,000.00** | |

**35. Any financial assets you did not already list**

☐ No                               | CA COVID-19 Award - State of California.   Landlord refused to participate or apply on
■ Yes.  Give specific information.. | behalf of this tenant after receiving Tenants Declaration re: Covid related afflictions
                                    | from Tenant. Tenant applied 6/9/21 and was Awarded Relief on 10/27/2021.   **$24,301.55**

**Landlord waited three weeks to notify Counsel in UD case of funds received. Landlord refused to dismiss UD case. Application to avoid Lease Forfeiture Filed @ CJC.**

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here..................................................................................................   **$ 54,711.55**

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 8:21-bk-11710-ES    Doc 95    Filed 05/12/22    Entered 05/12/22 22:20:08    Desc
Main Document     Page 96 of 259
Case 8:21-bk-11710-ES    Doc 38    Filed 11/22/21    Entered 11/23/21 11:21:39    Desc
Main Document     Page 9 of 23

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

**37.  Do you own or have any legal or equitable interest in any business-related property?**
- ☑ No. Go to Part 6.
- ☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ☑ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53.  Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
- ☑ No
- ☐ Yes. Give specific information.........

**54.   Add the dollar value of all of your entries from Part 7. Write that number here** ....................................      **$0.00**

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---|
| 55.  **Part 1: Total real estate, line 2** ...................................................................... | | $235,000.00 |
| 56.  **Part 2: Total vehicles, line 5** | $0.00 | |
| 57.  **Part 3: Total personal and household items, line 15** | $8,925.00 | |
| 58.  **Part 4: Total financial assets, line 36** | $54,711.55 | |
| 59.  **Part 5: Total business-related property, line 45** | $0.00 | |
| 60.  **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61.  **Part 7: Total other property not listed, line 54** | + $0.00 | |
| 62.  **Total personal property.** Add lines 56 through 61... | $63,636.55 | Copy personal property total | $63,636.55 |
| 63.  **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $298,636.55 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

001754          EXHIBIT 39, PAGE 935

**EXHIBIT 8**

001755

EXHIBIT 39, PAGE 936

Case 8:21-bk-11710-ES    Doc 95   Filed 05/12/22   Entered 05/12/22 22:20:08   Desc
Main Document    Page 98 of 259
Case 8:21-bk-11710-ES    Doc 39   Filed 11/23/21   Entered 11/23/21 15:23:29   Desc
Main Document    Page 6 of 28

| Fill in this information to identify your case and this filing: | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION |
| Case number | **8:21-bk-11710-ES** |

■ Check if this is an
   amended filing

## Official Form 106A/B
# Schedule A/B: Property                                     12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes.  Where is the property?

1.1  **Located on APN 178-011-01
Tract 10542, Unit 4, Lot 376**

**16222 Monterey Ln. Spc 376**
Street address, if available, or other description

**Huntington Beach    CA    92649-0000**
City    State    ZIP Code

**Orange**
County

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$235,000.00** | **$235,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.  **80 yr Ground Leasehold, APN 178-011-01, Tract 10542, Unit 4, Lot 376. OC Clk Rec. RS Bk 58 pg 35-36; Parcel Map, Bk 108 Pg 47, 48; MM Bk 456, Pg 49-50;**

☐ Check if this is community property
   (see instructions)

Other information you wish to add about this item, such as local property identification number:
**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home.
HCD Decal No. LBM 1081. Serial Number AC7V710394GB/GA 56'x15'2".
Registered to Debtor. HCD COTA perfected 1/14/2019**

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................=>**

| **$235,000.00** |
|---|

**Part 2:   Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

001756    EXHIBIT 39, PAGE 937

Case 8:21-bk-11710-ES    Doc 95   Filed 05/12/22   Entered 05/12/22 22:20:08   Desc
Main Document      Page 99 of 259

Case 8:21-bk-11710-ES    Doc 39   Filed 11/23/21   Entered 11/23/21 15:23:29   Desc
Main Document      Page 7 of 28

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycle**

- ☑ Yes        Lease 2020 Kia Sportage   Expires 12/2022
- ☐ No

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☑ No
- ☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................=>

**$0.00**

| **Part 3:** | **Describe Your Personal and Household Items** |

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
- ☐ No
- ☑ Yes. Describe.....

| Misc. household goods and furnishings<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | **$3,500.00** |
| waterford crystal set red and white wine glasses | **$1,000.00** |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
- ☐ No
- ☑ Yes. Describe.....

| Wall television, computer, printer and peripherals<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | **$500.00** |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
- ☐ No
- ☑ Yes. Describe.....      Location:  16222 Monterey Lane, Space 376, Huntington Beach CA 92649

| Lladro figurine collection (20) | **$1,900.00** |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
- ☑ No
- ☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
- ☑ No
- ☐ Yes. Describe.....

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

001757                    EXHIBIT 39, PAGE 938

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | **8:21-bk-11710-ES** |

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ☑ Yes.  Describe.....

| | Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | | | **$1,000.00** |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ☑ Yes.  Describe.....

| | Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | | | **$1,000.00** |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ☑ Yes.  Describe.....

| | 5-year old Wired Terrier Dog | | | **$25.00** |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☑ No
   ☐ Yes.  Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .......................................................... | **$8,925.00**

| **Part 4:** | Describe Your Financial Assets | |

| **Do you own or have any legal or equitable interest in any of the following?** | | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☑ No
   ☐ Yes.................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ☑ Yes.......................
   Institution name:

| | 17.1. | **EDD Debit account** | **Bank of America** | | **$3,793.00** |
| | 17.2. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | | **$1,407.00** |

Official Form 106A/B | Schedule A/B: Property | page 3
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy

001758 | EXHIBIT 39, PAGE 939

Case 8:21-bk-11710-ES    Doc 95   Filed 05/12/22   Entered 05/12/22 22:20:08   Desc
Main Document    Page 101 of 259

Case 8:21-bk-11710-ES    Doc 38   Filed 11/23/21   Entered 11/23/21 15:43:29   Desc
Main Document    Page 9 of 28

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | 8:21-bk-11710-ES |
|---|---|---|---|---|

| 17.3. | **Savings** | Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | $2,600.00 |
|---|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
☐ No
☐ Yes..................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
☐ Yes.  Give specific information about them..................
Name of entity:                                   % of ownership:

**J-Sandcastle Co, LLC  single member entity** had a bank account of  $9000.00 assets to B/A
Cashiers Chk. Uncashed space 376 rent funds.  Current less than $500.00
Original purpose of LLC was to hold HCD Registration to Debtor's residence.
HCD Registration was transferred to debtor on 2/25/2021 after voluntary
mediation with RDRMHE Park re: 2019 UD Case.  Park refused to countersign
lease agreement with HCD Registered Applicant, J-Sandcastle Co LLC. Accord-
ing to Houser Bros Park Owner/Manager, Park Rules allegedly forbid home
to be held in business name; insistent only in an individual name.  However, Park allows
homes held  in Trust. Debtor unable to verify stated reason in RDRMHE Park Rules.    100 %    $500.00

**J-PAD, LLC.  Manager-Managed  LLC.** Assets include bank account of less than $1,000;
B/A Cashier;s Check approx, $13,710.00, from 7/9/21 Chase Bank- J-Sandcastle Co LLC;
Rent Checks tendered for space 376 as agreed.  Space rent tendered each month since filing
BK petition 7-9-21 by debtor (Alliant CU Acct.)  through December 31, 2021, Concurrently
with CA Covid-19 Relief AWARD 10/27/2021;  Houser Bros Co. caused further harm to
debtor, Houser Bros sent uncashed checks to various un-authorized entities including the
IRS, in violation of debtors STAY.
Debtors  J-Pad, LLC,  Holder of  COTA  perfected 1/14/2019.    100 %    $14,710.00

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☐ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
☐ Yes. List each account separately.
Type of account:           Institution name:

| **IRA** | **Fidelity** | $ 7,400.00 |
|---|---|---|

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☐ Yes
☐ No. .                          Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☐ No
☐ Yes.............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

001759                    EXHIBIT 39, PAGE 940

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

☑ No
☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific information about them...

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29.  Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information......

**30.  Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information..

**31.  Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value.
        Company name:                                Beneficiary:                        Surrender or refund value:

**32.  Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No
☑ Yes.  Give specific information..    **Probate estate of Charles J. Bradley, Jr.  Case No. 30-2017-00915711.
                                        Uncertain what, if any, proceeds will pass to debtor.**

| **Creditor's claim Estate of Charles James Bradley Jr. filed by debtor for $1 million, June 2020, denied by Administrator, Sandra Bradley, approx. March 29, 2021.  Unknown whether any recovery will be awarded.** | **Unknown** |
|---|---|

Case 8:21-bk-11710-ES    Doc 95    Filed 05/12/22    Entered 05/12/22 22:20:08    Desc
Main Document      Page 103 of 259
Case 8:21-bk-11710-ES    Doc 38    Filed 11/23/21    Entered 11/23/21 15:41:29    Desc
Main Document      Page 81 of 236

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ Yes. Describe each claim.  Wrongful termination against United Airlines. No lawsuit filed.
☐ No.  Claim filed Collective Bargaining with Association of Flight Attendants under
Railway Labor Act. Arbitration with Compa\ny & AFA requested and being pursued.   Unknown

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
■ Yes. Describe each claim.........

| 34.1 | Claim against Sandra Bradley and Houser Bros Co for failure to disclose real estate transaction May 2010, that ultimately lead to recordation of Grant Deed Doc # 2010219518 APN 937-63-053, Unit 53 in name of Houser Bros instead of intended transfer to Sandra L. Bradley Trust.      No lawsuit filed yet. | Unknown |

| 34.2 | Possible claim against Sandra Bradley for failure to disclose previous alleged ARC violations in connection with improvements to Unit 53 in 2014, 2015, 2016, at Alderport, that occurred prior to debtor became legal owner of the Alderport property on March 23, 2017, the subject of 4/11/2017  FAC 5/16/2017, Gables HOA civil complaint. | Unknown |

| 34.3 | Multiple claims against Tract 10542 Master Lessor Houser Bros Co. and Park Manager Houser Bros Co. dba Rancho Del Rey Mobilehome Estates for Violation(s) Davis Stirling Act; Civil Code; violations of MRL §798, et seq.  multiple acts (retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim filed 1/2/19.   Failure to counter sign Consumer Lease Agreement with Applicant(s); Registered Owners of bona fide purchase 2014 Skyline Custom Villa, LBM1081<br><br>Possible award of Attorney Fees under Davis Stirling Act;  CA Civil Code; and (MRL) | Unknown |

| 34.4 | Personal Injury claim pending against Huntington Beach Gables HOA; Jesus Jasso, Jr. et al.  Case No. 30-2020-01153679.<br><br>Estimated  damages approximately $195,000. | Unknown |

| 34.5 | Due to pending litigation  potential right of debtor to reversionary interest  unexpired Ground Leasehold in Condominium Project Lot 1 & 2, Tract 10542, APN 178-011-01; 178-011-16,  Holding Alternate APN 178-771-03;<br>Original Master Lessor Houser Bros Co. and Robert P. Warmington, an Ind. Original Tenant; Robert P. Warmington, an Ind. Sublessor, assigned to Robert P. Warmington Company, Subleasee; Further assigned Declarant Robert P. Warmington Co. Sublessor assigned certain rights of the Declarant to various consumers until 2059, an 80-year GroundLeasehold and Subcondominium Leasehold Tract 10542, Lot 1 and 2;  Further rights clarified by Master Lessor and Sublessor in that certain First Amendment to CC&Rs filed OC Clerk Recorder, 8/5/1980, Doc No. 8005, detailing Consumer's Interest in Master Ground-Leasehold and Subcondominium Leasehold relative to Lot 1 & 2 Tract 10542 Hunt. Beach.<br><br>(Huntington Beach Gables HOA has filed a cross-complaint pending OCSC, in which Gables HOA seek a voiding of the debtors sale of unencumbered fee interest in debtor's previous residence; Ground Leasehold and SubCondominium Leasehold sold on 10/31/2018 to a bona fide purchaserfor value, Randall Nickels, including rights of Assignment of unexpired term of 80 yr Ground Leasehold and Subcondominium Leasehold from Debtor to purchaser Randall Nickels). | Unknown |

| 34.6 | Potential Victim Restitution Order from Defendant Jesus Jasso, Jr, PC§242 OCSC Case No. 19WM09951<br>Approx. economic damages  $ 73,000.00 | Unknown |

**35. Any financial assets you did not already list**
☐ No
■ Yes.  Give specific information..  CA COVID-19 Award - State of California.   Landlord refused to participate or apply on behalf of this tenant after receiving Tenants Declaration re: Covid related afflictions from Tenant. Tenant applied 6/9/21 and was Awarded Relief on 10/27/2021.   $24,301.55

Landlord waited three weeks to notify Counsel in UD case of funds received.  Landlord refused to dismiss UD case.  Application to avoid Lease Forfeiture Filed @ CJC.
**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................   $ **54,711.55**

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Debtor 1    **Jamie Lynn Gallian**                                          Case number *(if known)*    **8:21-bk-11710-ES**

**37.  Do you own or have any legal or equitable interest in any business-related property?**
- ■ No. Go to Part 6.
- ☐ Yes.  Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ■ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53.  Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

**54.   Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    | **$0.00** |

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

| | |
|---|---|
| 55. **Part 1: Total real estate, line 2** ................................................................. | $235,000.00 |
| 56. **Part 2: Total vehicles, line 5** | $0.00 |
| 57. **Part 3: Total personal and household items, line 15** | $8,925.00 |
| 58. **Part 4: Total financial assets, line 36** | $54,711.55 |
| 59. **Part 5: Total business-related property, line 45** | $0.00 |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. **Part 7: Total other property not listed, line 54** + | $0.00 |
| 62. **Total personal property.** Add lines 56 through 61... | $63,636.55  Copy personal property total   $63,636.55 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | $298,636.55 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

001762                          EXHIBIT 39, PAGE 943

**EXHIBIT 9**

001763

EXHIBIT 39, PAGE 944

Case 8:21-bk-11710-ES   Doc 95   Filed 05/12/22   Entered 05/12/22 22:20:08   Desc
Main Document     Page 106 of 259

Case 8:21-bk-11710-ES   Doc 42   Filed 12/01/21   Entered 12/01/21 14:07:41   Desc
Main Document     Page 4 of 15

**Fill in this information to identify your case:**

Debtor 1     **Jamie Lynn Gallian**
             First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number    **8:21-bk-11710-ES**
(if known)

☑ Check if this is an amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** | **Jamie Gallian; Steven Gallian; Brian Gallian**<br>Creditor's Name | $225,000.00 | $235,000.00 | $10,000.00 |

Describe the property that secures the claim:

**16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081. Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

16222 Monterey Ln. #376
Huntington Beach, CA
92649
Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**

**Last 4 digits of account number**

CA Sec. of State UCC-1, File No. 19761916827, 1/14/2019. Manufactured Home Transaction, Amended 09/12/2021. Debtor is Holder of a Security Agreement and Promissory Note dated 11/16/2018 against LBM1081 Serial No. 7V710394GB/GA, HCD COTA perfected 1/14/2019. HCD Registration changed 2/25/2021 named Ind., Jamie Gallian, to obtain promised countersigned lease hold agreement from Landlord and end Frivolous Unlawful Detainer Case filed 1/2/19, pending for three years. Debtors single member LLC original HCD registration refused a Ground Lease Agreement Sp 376.

Official Form 106D            **Schedule D: Creditors Who Have Claims Secured by Property**                page 1 of 2
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor 1    **Jamie Lynn Gallian**                                        Case number (if known)    **8:21-bk-11710-ES**

First Name        Middle Name        Last Name

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $225,000.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $225,000.00 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

001765          EXHIBIT 39, PAGE 946

**EXHIBIT 10**

EXHIBIT 39, PAGE 947

---

**Fill in this information to identify your case and this filing**

Debtor 1  **Jamie Lynn Gallian**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIVISION

Case number   **8:21-bk-11710-ES**                                        ■ Check if this is an
                                                                            amended filing

---

## Official Form 106A/B
# Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ■ Yes.  Where is the property?

| | | |
|---|---|---|
| 1.1 | | |
| **16222 Monterey Ln. Unit 376** | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

**1.1**

**16222 Monterey Ln. Unit 376**
Street address, if available, or other description

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Huntington Beach   CA   92649-0000**
City                     State      ZIP Code

Current value of the entire property?   Current value of the portion you own?
**$ unknown**                **$235,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

~~Existing 1979 80 year Ground Leasehold Parcel 1 & 2 Tract 10542, Unit(s) 1,2,3,4~~

☐ Check if this is community property (see instructions)

**Orange**
County

Other information you wish to add about this item, such as local property identification number:   **LPT 891-569-62**

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................=>**   |   **$235,000.00**

**Part 2:**   **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

---

Official Form 106A/B                    Schedule A/B: Property                          page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

---

EXHIBIT 39, PAGE 948

Debtor 1    **Jamie Lynn Gallian**                                    Case number *(if known)*    **8:21-bk-11710-ES**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☑ No
☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here....................................................=>    | $0.00 |

| Part 3: | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?    **Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....

| Misc. household goods and furnishings
Location: 16222 Monterey Lane, Space 376, Huntington Beach CA
92649 | $3,500.00 |
| waterford crystal set red and white wine glasses | $1,000.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.....

| Wall television, computer, printer and peripherals
Location: 16222 Monterey Lane, Space 376, Huntington Beach CA
92649 | $500.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe.....

| Lladro figurine collection (20) | $1,900.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments
   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.....

Official Form 106A/B                    Schedule A/B: Property                                    page 2
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

001768                    EXHIBIT 39, PAGE 949

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☑ Yes. Describe.....

| Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☑ Yes. Describe.....

| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☑ Yes. Describe.....

| 5-year old Wired Terrier Dog | $25.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☑ No
☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................

| | $8,925.00 |
|---|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☑ No
☐ Yes..........................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
☑ Yes.......................
Institution name:

| 17.1. | **EDD Debit account** | **Bank of America** | $3,793.00 |
|---|---|---|---|
| 17.2. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | $1,407.00 |

| Official Form 106A/B | Schedule A/B: Property | page 3 |
|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |

| 17.3. | **Savings** | **Alliant Credit Union--Only funds are Covid-19 relief funds from the government.** | **$2,600.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
 *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
 ■ No
 ☐ Yes.................  Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
 ☐ No
 ■ Yes.  Give specific information about them.......Name of entity:    % of ownership:

**19.1  J-Sandcastle Co, LLC- Assets include a bank account of less than $1,000.** Debtor peacefully resided at 4476 Alderport since 11/23/2009.  On 8/5/2018, debtor was battered at her home in HOA. Criminal charges PC §242 were filed; trial is pending 19WM00951. Request for victim restitution.  Debtor moved out of the HOA-Alderport home out of fear on 9/11/18.  On 9/11/2018, a three year residential property lease 5782 Pinon Dr signed. Debtors Alderport home sold on 10/31/2018.  Debtor purchased investment rental property on 11/1/2018 within TRACT 10542 APN 178-011-01 located in Huntington Harbour with proceeds from unencumbered sale of her Alderport with the intent of living in the property at the end of the signed lease commitment.  Debtors Retirement Funds were completely depleted from 2016-2019 legal expenses incurred defending Gables HOA civil complaints filed against her  On 11/8/18, ST Court denied Gables HOA MOTION to freeze debtors equity in the Alderport sale.  Debtor executed a Security Agreement and Promissory Note with the LLC dated 11/16/2018, perfected HCD Certificate of Title and UCC-1 on 1/14/2019 No. 19-7691916827.  Debtor continued on medical LOA and never returned to her 20 year employment as a Flight Attendant due to the 8/5/18 battery with severe nerve injury. On February 1, 2019, Debtor successfully terminated the 3 year Pinon Drive lease agreement with Landlord Henry Newton.  Debtors primary residence is 16222 Monterey Ln. Unit 376, Located on Lot 2 Tract 10542 Unit 4 per 8/7/1979 City of HB.    **100   %    $1,000.00**
**19.2  J-PAD, LLC. has a bank account of around $ 500.00**    **100   %    $  500.00**

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
 *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
 *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
 ■ No
 ☐ Yes. Give specific information about them    Issuer name:

**21. Retirement or pension accounts**
 *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
 ☐ No
 ■ Yes. List each account separately.
   Type of account:    Institution name:
   **IRA**    **Fidelity**    **$7,400.00**

**22. Security deposits and prepayments**
 Your share of all unused deposits you have made so that you may continue service or use from a company
 *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
 ■ No
 Yes. .....................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
 ■ No
 ☐ Yes............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
 26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Official Form 106A/B    Schedule A/B: Property    page 4
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

    EXHIBIT 39, PAGE 951

Debtor 1    **Jamie Lynn Gallian**                                              Case number (if known)   **8:21-bk-11710-ES**

■ No
☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                           **Current value of the portion you own?**
                                                                              Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
         Company name:                          Beneficiary:               Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☐ No
■ Yes.  Give specific information...

| | | |
|---|---|---|
| 32.1 | Probate estate of Charles J. Bradley, Jr.  Case No. 30-2017-00915711.  Uncertain what, if any, proceeds will pass to debtor. | Unknown |
| 32.2 | "Creditor's claim" in probate estate of Charles Bradley filed by debtor for $1 million.   Unknown whether any recovery will be awarded or available. | Unknown |

Official Form 106A/B                    Schedule A/B: Property                                    page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

001771                    EXHIBIT 39, PAGE 952

Case 8:21-bk-11710-ES    Doc 95   Filed 05/12/22   Entered 05/12/22 22:20:08   Desc
Main Document    Page 114 of 259

Case 8:21-bk-11710-ES    Doc 72   Filed 03/11/22   Entered 03/14/22 09:54:23   Desc
Main Document    Page 18 of 64

Debtor 1   **Jamie Lynn Gallian**                                  Case number *(if known)*   **8:21-bk-11710-ES**

---

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples: Accidents, employment disputes, insurance claims, or rights to sue*
   ■ No
   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☐ No
   ■ Yes.  Describe each claim.........

| | | |
|---|---|---|
| *34.1* | **Potential claim for bad faith denial of insurance against Mercury Insurance Company failure to defend/indemnify HOA Civil Action filed 4/11/2017, 18 days after title recorded. Debtor purchased homeowners insurance policy on 3/22/17** | Unknown |
| *34.2* | **Potential Victim Restitution Award from Jesus Jesus Jr, for battery 8/5/2018.  Criminal Case pending 19WM09951.  Estimated economic damages exceed $73,000.00** | Unknown |
| *34.3* | **Claim against Houser Bros Co. dba Rancho Del Rey Mobilehome Estates  for Violation(s) of Davis Stirling Act, MRL §798, et seq. multiple acts of retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim pending since 1/2/19.  Failure to apply to CA Covid19 Relief after debtor delivered 9/7/20 Declaration of Covid afflictions and hardship.        No lawsuit yet filed.** | Unknown |
| *34.4* | **Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr.  Case No. 30-2020-01153679. Estimated damages $195,000.** | Unknown |

*34.5*  **Potential Claim against Master Lessor, Houser Company, Lessor(s) BS Investors, LP, S4 I, GP  due to overpayment of Ground Leasehold fees charged to Consumers.  Master Lessor Houser Company recorded Annexation approx. 8/17/1979.  The Original Tenant Robert P. Warmington, an Ind., ro Sublessor RPW, Co. and Houser Bros Co dba Rancho Del Rey MHE misrepresent to consumers Fee Interest vs, Air-Space Condominium Project within Parcel 1 & Parcel 2; Ground Leases recorded in violation of known City of Huntington Beach Ordinance from City Attorney. Master Lessor, Tenant, & RPW, Co recorded 1979 Ground Lease and Subcondominium Lease on APN 178-011-01, and not APN 178-771-03. Only easements were recorded.  Additionally, Lessors Amended CC&Rs 8/5/1980 after Final Subdivision Report was issued by DRE July 1980, without Notice to Consumers or providing NT of Copy of Rec,  First Amendment to CC&Rs Doc No. 1980-5002.  Subsequently in 2005, Craig Houser, RDRMHE  recorded Amendment to all 80 Ground Leases without Notice to Park Consumers or Gables HOA Consumers.  Huntington Beach Gables HOA has a cross-complaint pending in the ST. Court Case Randall Nickels vs. Huntington Beach Gables HOA, et al. 30-2020-01163055-CU-OR-CJC which the HOA seeks a voiding of the sale and Assignment of unexpired term of Subcondominium Leasehold APN 937-63-053, on October 31, 2018, from Debtor to bona fide purchaser Randall Nickels.        Potential Cross-Petition not yet filed.**                                                                 Unknown

---

35. **Any financial assets you did not already list**
   ☐ No
   ■ Yes.  Give specific information..

| | | |
|---|---|---|
| | CA COVID-19 Rent Relief Award10/27/2021, post petition tendered to Houser Bros Co. Ck No. 58066665   $ 24,301.55. Not property of the estate. | $    0.00 |
| *35.1*  ■ **Yes.** | Bank of America Cashier's Check [uncashed] tendered rent chk Houser Bros Co. Not property of the estate.        $ 14,118.00 | $    0.00 |

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here....................................................................** | **$ 16,700.00** |

---

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Official Form 106A/B                    Schedule A/B: Property                    page 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes.  Go to line 38.

| **Part 6** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53. Do you have other property of any kind you did not already list?**
*Examples: Season tickets, country club membership*

☑ No

☐ Yes. Give specific information.........

**54.  Add the dollar value of all of your entries from Part 7. Write that number here** .....................................     **$0.00**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................ | | | **$235,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | | **$0.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | | **$ 8,925.00** | |
| 58. | **Part 4: Total financial assets, line 36** | | **$ 16,700.00** | |
| 59. | **Part 5: Total business-related property, line 45** | | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + | **$0.00** | |
| 62. | **Total personal property. Add lines 56 through 61...** | | **$25,625.00** | Copy personal property total    **$25,625.00** |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | | | **$260,625.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIVISION | | |
| Case number | **8:21-bk-11710-ES** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                        4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory limit.

**Part 1:**  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649  Orange County**<br>**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".**<br>Line from *Schedule A/B*: **1.1** | $235,000.00 | ☒ $600,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **Misc. household goods and furnishings**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: **6.1** | $3,500.00 | ☒ $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **waterford crystal set red and white wine glasses**<br>Line from *Schedule A/B*: **6.2** | $1,000.00 | ☒ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |

| Debtor 1   Jamie Lynn Gallian | | Case number (if known)   **8:21-bk-11710-ES** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wall television, computer, printer and peripherals**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Lladro figurine collection (20)**<br>Line from *Schedule A/B*: **8.1** | $1,900.00 | ■ $1,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| **Misc. clothing**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.**<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| **5-year old Wired Terrier Dog**<br>Line from *Schedule A/B*: **13.1** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **EDD Debit account: Bank of America**<br>Line from *Schedule A/B*: **17.1** | $3,793.00 | ■ $3,793.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.2** | $1,407.00 | ■ $1,407.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.220** |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.3** | $2,600.00 | ■ $381.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.220** |
| **Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.**<br>Line from *Schedule A/B*: **17.3** | $2,600.00 | ■ $2,219.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.1** | $7,400.00 | ■ $7,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.115(a)(1) & (2), (b)** |

001775   EXHIBIT 39, PAGE 956

Case 8:21-bk-11710-ES   Doc 95   Filed 05/12/22   Entered 05/12/22 22:20:08   Desc
Main Document      Page 118 of 259

Case 8:21-bk-11710-ES   Doc 72   Filed 03/11/22   Entered 03/14/22 09:54:23   Desc
Main Document      Page 22 of 64

Debtor 1    **Jamie Lynn Gallian**                                                          Case number (if known)   **8:21-bk-11710-ES**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **IRA: Fidelity** Line from *Schedule A/B*: **21.1** | $7,400.00 | ■ $7,400.00 □ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr.  Case No. 30-2020-01153679.  Estimated damages $195,000.** Line from *Schedule A/B*: **34.4** | Unknown | ■ $195,000.00 □ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |
| **Potential Victim Restitution Order Jesus Jasso, Jr, OCSC 19WM09951** Line from *Schedule A/B*: **34.2** | Unknown | XX $73,000.00 ___ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |

3.  **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
□  No
■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   □  No
   ■  Yes

001776          EXHIBIT 39, PAGE 957

# EXHIBIT 11

001777

| Debtor 1 | Jamie Lynn Gallian | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number  **8:21-bk-11710-ES**
(if known)

■ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space
is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case
number (if known).

1. Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately
for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As
much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **Orange County Tax Assessor** | Describe the property that secures the claim: | $ 0.00 | $235,000.00 | $0.00 |
| Creditor's Name | **16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; Decal No. LBM1081.** | | | |

P.O. Box 1438
Santa Ana, CA
92701

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that
apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply

☑ An agreement you made (such as mortgage or secured
car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred                Last 4 digits of account number    **LPT 891-569-62**

001778                EXHIBIT 39, PAGE 959

| Debtor 1 | Jamie Lynn Gallian | | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.2 | Janine Jasso | Describe the property that secures the claim: | $ 46,138.00 | $ 235,000.00 | $ 188,862.00 |
|---|---|---|---|---|---|

Creditor's Name

16222 Monterey Ln. Unit 376 Huntington
Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081

Judgment Superior Court of California for
the CO of Orange Case No.
30-2017-00913985;
Recorded Doc No. 2018000467142

16025 Warmington Lane
Huntington Beach, CA
92649
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  12/4/2018     Last 4 digits of account number

| 2.3 | Jennifer Paulin | Describe the property that secures the claim: | $  0.00 | $235,000.00 | $  0.00 |
|---|---|---|---|---|---|

Creditor's Name

16222 Monterey Ln. Unit 376 Huntington
Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081.

Judgment Superior Court of California for
the CO of Orange Case No.
30-2017-00913985;
Recorded Doc No. 2018000467142

4446 Alderport Drive
Huntington Beach, CA
92649
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  12/4/2018     Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:     $ 46,138.00

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page  2 of 9

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 8:21-bk-11710-ES    Doc 95    Filed 05/12/22    Entered 05/12/22 22:20:08    Desc
Main Document    Page 122 of 259

Case 8:21-bk-11710-ES    Doc 75    Filed 03/15/22    Entered 03/15/22 10:49:38    Desc
Main Document    Page 8 of 22

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| 2.4 | Lindy Beck | Describe the property that secures the claim: | $ 0.00 | $ 235,000.00 | $ 0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081 | | | |

Judgment Superior Court of Califoria for the CO of Orange Case No. 30-2017-00913985;
Recorded Doc No. 2018000467142

**4443 Chase**
**Huntington Beach, CA**
**92649**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **12/4/2018**    Last 4 digits of account number _____

| 2.5 | Lori Burrett | Describe the property that secures the claim: | $ 0.00 | $235,000.00 | $ 0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081. | | | |

Judgment Superior Court of Califoria for the CO of Orange Case No. 30-2017-00913985;
Recorded Doc No. 2018000467142

**16107 Sherlock**
**Huntington Beach, CA**
**92649**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **12/4/2018**    Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

$ 0.00

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **3 of 9**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 8:21-bk-11710-ES   Doc 95   Filed 05/12/22   Entered 05/12/22 22:20:08   Desc
Main Document      Page 123 of 259

Case 8:21-bk-11710-ES   Doc 75   Filed 03/15/22   Entered 03/15/22 10:49:38   Desc
Main Document      Page 9 of 22

| Debtor 1 | Jamie Lynn Gallian | | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **2.6** | Lee Gragnano | Describe the property that secures the claim: | $ 0.00 | $ 235,000.00 | $ 0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081 | | | |

Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985;
Recorded Doc No. 2018000467142

**16062 Warmington Lane Huntington Beach, CA 92649**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **12/4/2018**      Last 4 digits of account number ___

| **2.7** | Theodore Phillips | Describe the property that secures the claim: | $ 0.00 | $235,000.00 | $ 0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | 16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081. | | | |

Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985;
Recorded Doc No. 2018000467142

**17612 Sandra Lee Huntington Beach, CA 92649**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **12/4/2018**      Last 4 digits of account number ___

Add the dollar value of your entries in Column A on this page. Write that number here:      $ 0.00
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page   **4 of 9**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 8:21-bk-11710-ES    Doc 95   Filed 05/12/22   Entered 05/12/22 22:20:08   Desc
Main Document     Page 124 of 259

Case 8:21-bk-11710-ES    Doc 75   Filed 03/15/22   Entered 03/15/22 10:49:38   Desc
Main Document     Page 10 of 22

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|

| | | Describe the property that secures the claim: | $ 9,265.00 | $ 235,000.00 | $ |
|---|---|---|---|---|---|

**2.8** Huntington Beach Gables Homeowners Association
*Creditor's Name*

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081

Judgment Superior Court of California for the CO of Orange Case No. 30-2018-00962999;
**Recorded Doc No. 2019000148568**

10200 Willow Creek Rd.
Ste. 100
San Diego, CA 92131
*Number, Street, City, State & Zip Code*

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **03/21/2019**       Last 4 digits of account number _____

| | | Describe the property that secures the claim: | $ 319,653.59 | $235,000.00 | $ |
|---|---|---|---|---|---|

**2.9** Huntington Beach Gables Homeowners Association
*Creditor's Name*

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081.

Judgment Superior Court of California for the CO of Orange Case No. 30-2017-00913985
**Recorded Doc No. 2019000165259**

10200 Willow Creek Rd.
Ste. 100
San Diego, CA 92131
*Number, Street, City, State & Zip Code*

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **5/6/2019**       Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:            $ **328,918.59**

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **5 of 9**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Jamie Lynn Gallian** | | | Case number (if known) | **8:21-bk-11710-ES** |
|---|---|---|---|---|---|

First Name    Middle Name    Last Name

| | | Describe the property that secures the claim: | $ 0.00 | $ 235,000.00 | $ 0.00 |
|---|---|---|---|---|---|

**2.10**  **BS Investors-LP Lessor**
Creditor's Name

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081

**18201 Von Karman Ste.400 Irvine, CA 92612**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **12/12/2019**     Last 4 digits of account number

---

| | | Describe the property that secures the claim: | $ 0.00 | $235,000.00 | $ 0.00 |
|---|---|---|---|---|---|

**2.11**  **Houser Bros, GP dba Rancho Del Rey Mobilehome Estates Park Manager**
Creditor's Name

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County APN: 891-569-62; LBM1081.

**16222 Monterey Ln, (OFC) Huntington Beach, CA 92649**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
XX Other (including a right to offset)

Houser Bros Co received post petition CA Covid-19 Rent Relief Funds Award to Debtor on 10/27/2021. Ck No, 58066665, $24301.55. Debtor filed Application For Relief from Forfeiture OCSC ST Court 30-2019-01041423 on 11/8/2021; Refer to  Minute Order 11/10/2021-Honorable Sheri Honer, C-66.

Date debt was incurred         Last 4 digits of account number

---

Add the dollar value of your entries in Column A on this page. Write that number here:     $ 0.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page   **6 of 9**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | | Case number (if known) | 8:1-bk-11710-ES |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.12 | **S 4, A California Limited Partnership. Tenant** | Describe the property that secures the claim: | $ 0.00 | $ 235,000.00 | $ 0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

1001 Dove Street,
Ste. 230
Newport Beach, CA 92660
Number, Street, City, State & Zip Code

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Other (including a right to offset)
☐ Judgment lien from a lawsuit

Date debt was incurred  12/12/2019        Last 4 digits of account number _____

| 2.13 | **Huntington Beach Gables Homeowners Association**
Gorden, Rees, Skully Mansukhani, APC | Describe the property that secures the claim: | $ 46,138.00 | $235,000.00 | $ |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081.

Judgment Superior Court of California for the CO of Orange Case No.
30-2017-00913985
Recorded Doc No. 2018000467412

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

633 W. 5th Street
52 FL
Los Angeles, CA
90071-2005
Number, Street, City, State & Zip Code

Who owes the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
XX Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  12/4/2018        Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:        $ 46,138.00

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:        _____

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          **Page 7 of 9**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Jamie Lynn Gallian                                        Case number (if known)    8:21-bk-11710-ES
            First Name    Middle Name    Last Name

**Huntington Beach Gables**

**2.14** **Homeowners Association**    Describe the property that secures the claim:    $ 319,653.19    $ 235 000.00    $
            Creditor's Name

                                        16222 Monterey Ln. Unit 376 Huntington
                                        Beach, CA 92649 Orange County
                                        APN: 891-569-62; LBM1081

                                        **Judgment Superior Court of California for
                                        he CO of Orange Case No.
                                        30-2017-00913985**
                                        **Recorded Doc No.2019000166068**

    10200 Willow Creek Rd.              As of the date you file, the claim is: Check all that
    Ste. 100                            apply.
    San Diego, CA 92131                 ☐ Contingent
    Number, Street, City, State & Zip Code    ☐ Unliquidated
                                        ■ Disputed

Who owes the debt? Check one.           Nature of lien. Check all that apply.
■ Debtor 1 only                         ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                             car loan)
☐ Debtor 1 and Debtor 2 only            ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another  ■ Judgment lien from a lawsuit    **Abstract Released by Gables HOA 9/10/2020 OC CLK REC.**
☐ Check if this claim relates to a      ☐ Other (including a right to offset)    **Doc No. 2020000481922**
    community debt

Date debt was incurred    **N/A**       Last 4 digits of account number ___ ___ ___ ___

**Huntington Beach Gables**
**2.15** **Homeowners Association**    Describe the property that secures the claim:    $ 3,070.00    $235,000.00    $

            Creditor's Name                16222 Monterey Ln. Unit 376 Huntington
                                        Beach, CA 92649 Orange County
                                        APN: 891-569-62; LBM1081.

                                        **Judgment Superior Court of California for
                                        the CO of Orange Case No.
                                        30-2017-00913985**
                                        **Recorded Doc No. 2018000435011**

    10200 Willow Creek Rd.              As of the date you file, the claim is: Check all that
    Ste. 100                            apply.
    San Diego, CA 92131                 ☐ Contingent
    Number, Street, City, State & Zip Code    ☐ Unliquidated
                                        ☐ Disputed

Who owes the debt? Check one.           Nature of lien. Check all that apply.
■ Debtor 1 only                         ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                             car loan)
☐ Debtor 1 and Debtor 2 only            ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another  ☒ Judgment lien from a lawsuit
☐ Check if this claim relates to a      ☐ Other (including a right to offset)
    community debt

Date debt was incurred    **9/27/2018**    Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 322,723.19
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is
trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more
than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any
debts in Part 1, do not fill out or submit this page.

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page    **8 of 9**

Software Copyright (c) 1996 2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Jamie Lynn Gallian | | | Case number (if known) | 8:21-bk-11710-ES |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.16 | People of the State of California | Describe the property that secures the claim: | $ 13,229.34 | $ 235,000.00 | $ |
|---|---|---|---|---|---|

**Creditor's Name**

Describe the property that secures the claim:

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081

Judgment Superior Court of California for the CO of Orange Case No. 18WM05278;
Recorded Doc No. 2021000348287

8141 13th Street
Westminister, CA 92683
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) **Less Debtor Paid Fine & Fees pursuant to CT Order 12/12/2019 @ WJC**

Date debt was incurred **12/12/19; 1/20/21**    Last 4 digits of account number

| 2.17 | Janine Jasso | Describe the property that secures the claim: | $ 13,229.34 | $235,000.00 | $ |
|---|---|---|---|---|---|

**Creditor's Name**

Describe the property that secures the claim:

16222 Monterey Ln. Unit 376 Huntington Beach, CA 92649 Orange County
APN: 891-569-62; LBM1081.

Judgment Superior Court of California for the CO of Orange Case No. 18WM05278;
Recorded Doc No. 2021000348287

16025 Warmington Ln
Huntington Beach, CA 92649
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☒ Other (including a right to offset) **Civil Attorney Fees 6785 with Misc**
**Less Debtor Paid Fine & Fees pursuant to CT Order 12/12/2019 @ WJC**

Date debt was incurred **1/20/2021**    Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

**$ 26,458.68**

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 9 of 9

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# EXHIBIT 12

EXHIBIT 39, PAGE 968

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES, AND HOUSING

GAVIN NEWSOM, Governor

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



## Title Search

Date Printed:  Jan 18, 2019

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

| | |
|---|---|
| **Last Title Date:** | 09/10/2014 |
| **Last Reg Card:** | Pending Reg Card |
| **Sale/Transfer Info:** | Price $175,000.00 Transferred on 11/01/2018 |

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

### ***END OF TITLE SEARCH***

001788

EXHIBIT 39, PAGE 969

# EXHIBIT 13

EXHIBIT 39, PAGE 970

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### CERTIFICATE OF TITLE
Manufactured Home                               Decal No: **LBM1081**

| Manufacturer ID/Name | | Trade Name | Model | | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|---|---|
| 90002   SKYLINE HOMES INC | | CUSTOM VILLA | | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | | Label/Insignia Number | Weight | Length | Width | SPC | SCC | Exempt | Use | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| AC7V710394GB | | PFS1130281 | 22,383 | 56' | 15' 2" | | 30 | | SFD | LPT |
| AC7V710394GA | | PFS1130282 | 25,068 | 60' | 15' 2" | | | | | |

| Issued | Total Fees Paid |
|---|---|
| Sep 10, 2014 | $91.00 |

**Addressee**
LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**
LISA T RYAN
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

**Situs Address**
16222 MONTEREY LN 376
HUNTINGTON BEACH, CA  92649

### IMPORTANT
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.
THE CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 8169431

NOV 1 6 2018   10670290

09102014 - 244

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __11/1/2018__ at __Huntington Beach__, __CA__
                    Date                          City                  State

Signature: _Lisa T Ryan_                     Printed Name: __LISA T RYAN__

## SECTION B - RELEASING SIGNATURES

1a. Releasing Signature of Registered Owner          Date of Release __11/1/2018__

1b. Releasing Signature of Registered Owner          Date of Release

2. Legal Owner of Record (must sign and check appropriate box)    [X] Release   [ ] Retain   [ ] Assign Interest
                                                              (* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

NEW REGISTERED OWNER - Please Print or Type Clearly

3a. __J. Sandcastle Co, LLC__          3c. _____
    New Registered Owners Name              New Registered Owners Name

3b. _____                        3d. _____
    New Registered Owners Name              New Registered Owners Name

                          If more than one New Owner going onto title, please check the appropriate Co-owner term box.

[ ] Joint Tenants with Right of Survivorship   [ ] Tenants In Common OR   [X] Trust/Trustee(s)
                                                                    (* If this box is checked-Complete HCD 476.6B)

[ ] Tenants In Common AND   [ ] Community Property   [ ] Community Property with Right of Survivorship

4. __16222 Monterey Ln #376__          __Huntington Beach CA 92649__
   Mailing Address of New Registered Owner    City/State              Zip Code

5. __Same as Above__                    _____        _____
   Actual Location Address of Unit         City/State              Zip Code

6. __$225,000 $175,000__  __11-1-18__    _____
   Purchase Price or check box if Gift-[ ]   Purchase Date or Transfer Date

7a. __J Sandcastle Co, LLC__  _signature_   7c. _____
    Signature of New Registered Owners          Signature of New Registered Owners

7b. _____                         7d. _____
    Signature of New Registered Owners          Signature of New Registered Owners

NEW LEGAL OWNER - Please Print or Type Clearly

8a. _____                         8b. _____
    New Legal Owners Name                       New Legal Owners Name

                          If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

[ ] Joint Tenants with Right of Survivorship   [ ] Tenants In Common OR   [ ] Trust/Trustee(s)
                                                                    (* If this box is checked-Complete HCD 476.6B)

[ ] Tenants In Common AND   [ ] Community Property   [ ] Community Property with Right of Survivorship

9. _____                          _____        _____
   Mailing Address of New Legal Owner       City/State              Zip Code

NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____                        10b. _____
     New Junior Lienholder Name                New Junior Lienholder Name

11. _____                          _____        _____
    Mailing Address of New Junior Lienholder   City/State              Zip Code

## SECTION D - RELEASE OF DEALERS

12. _____                          _____
    Signature of Selling Dealer              Print Dealers Name and Dealer Number

OSP 09 112619

# EXHIBIT 14

001792                    EXHIBIT 39, PAGE 973

**State of California**
BUSINESS, TRANSPORTATION AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM
PO Box 2111 Sacramento  CA  95812-2111
1 800 952-8356
www.hcd.ca.gov



## NOTICE OF SALE OR TRANSFER

**ATTENTION:  THIS FORM IS TO BE USED <u>ONLY</u> WHEN YOU SELL OR TRANSFER YOUR
MOBILEHOME OR COMMERCIAL COACH.  AT THAT TIME COMPLETE,
SIGN, AND RETURN TO THE ADDRESS STATED ABOVE TO REPORT THE
CHANGE OF OWNERSHIP.**

<u>SECTION I:</u>   Enter the following information that describes your unit: Decal/License plate number(s), Serial(s) number, and Trade name of Unit.

<u>SECTION II:</u>   Enter the sale price and the date of sale/transfer including the month, day, and year.

<u>SECTION III:</u>   Enter the full name and mailing address of the new owner/buyer(s).

<u>SECTION IV:</u>   Enter date, city, and state indicating where and when this form is being executed.  SELLER(S) MUST SIGN and print their names(s).

| SECTION I. | DESCRIPTION OF UNIT | |
| --- | --- | --- |
| Decal Number(s) | Serial Number(s) | Trade Name |
| LBM 1081 | MTV7103946B  AC747103946A | Custom Villa |

**SECTION II.        SALE OR TRANSFER INFORMATION**

For the sum of $ 225,000 _____ the receipt of which is hereby acknowledged, I/we did sell, transfer and deliver to the purchaser/owner named below, on ___11-1-18___ , my/our right title and interest in the unit described above.
<span style="font-size:smaller">Date of Transfer</span>

**SECTION III.        NAME OF PURCHASER/NEW OWNER:**

Name: J-Sandcastle Co. LLC
Its MANAGER JAMIE L. GALLIAN

Address: 6782 PINON Dr.

City: Huntington Bch     State: CA     Zip Code: 92649

**SECTION IV.   CERTIFICATION AND RELEASE**

I/we certify under penalty of perjury under the laws of the State of California that: 1) I/We are the lawful owner(s) of the unit, and 2) I/We have the right to sell it, and 3) I/We guarantee and will defend the title to the unit against the claims and demands of any and all persons arising prior to this date, and 4) the unit is free of all liens and encumbrances.

I/we certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed On  11/1/2018     at  Huntington Beach     CA
<span style="font-size:smaller">Date</span>               <span style="font-size:smaller">City</span>               <span style="font-size:smaller">State</span>
11/15/2018

Signature of Sellers: _____

Printed Name:  LISA  T  RYAN

EXHIBIT 39, PAGE 974

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California        )
County of __Orange__       )

On _November 15 2018_ before me, ___ Brandon Vargas, Notary Public

Date          Here Insert Name and Title of the Officer

personally appeared _Lisa Theresa Ryan_

Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

BRANDON VARGAS
Commission # 2203957
Notary Public - California
Orange County
My Comm. Expires JULY 3, 2021

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Brandon V._

Signature of Notary Public

Place Notary Seal Above

━━━━━━━━━ OPTIONAL ━━━━━━━━━

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _Department of Housing and community development certificate of title, section B_
Document Date: _____    Number of Pages: _3_
Signer(s) Other Than Named Above: _____

EXHIBIT 39, PAGE 975

# EXHIBIT 15

001795                    EXHIBIT 39, PAGE 976

**STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING**                                    **GAVIN NEWSOM, Governor**

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
**DIVISION OF CODES AND STANDARDS**



# Title Search

Date Printed:  Jul 23, 2020

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

| | |
|---|---|
| **Last Title Date:** | 01/19/2019 |
| **Last Reg Card:** | 01/19/2019 |
| **Sale/Transfer Info:** | Price $175,000.00 Transferred on 11/01/2018 |

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Title Searches:

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937

**Title File No:**            LBM1081

## ***END OF TITLE SEARCH***

001796                    EXHIBIT 39, PAGE 977

# EXHIBIT 16

EXHIBIT 39, PAGE 978



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for January 12, 2021

EDD Debit Card

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN #376
HUNTINGTON BCH, CA 92649-2288

| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 12/13/2020 |
| Period End Date: | 01/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▉▉ | ▉▉ | ▉▉ | $ 0.00 |

## Account Transaction Activity



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|

## Summary of Fees



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for February 12, 2021

EDD Debit Card

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN #376
HUNTINGTON BCH, CA 92649-2288

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 01/13/2021 |
| Period End Date: | 02/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▆ | ▆▆ | ▆▆ | ▆▆ |

## Account Transaction Activity



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|

001799

EXHIBIT 39, PAGE 980



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ███████████████ | ████ | █████ | ████ | | ████ |
| ██████████ | ████ | █████ | ████ | ███ | |
| ████████████████ | ████ | | ███████ | | ████ |
| ████████████████████ | | | █████ | | |
| ██████████████ | ████ | █████ | ████ | | ████ |
| █████████████ | ████ | █████ | ████ | | |
| ███████████ | ████ | █████ | ████ | | |
| █████████████ | ████ | █████ | ████ | | ████ |
| █████████ | ████ | █████ | ████████ | | |
| ██████████████ | ████ | █████ | ███████ | | ████ |
| ████████ | ████ | █████ | | ████ | |
| ████████ | ████ | █████ | | ████ | |
| | | | | $ ████ | ████ |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ████ | $ ████ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think in your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after the earlier of the date you electronically access your Account, if the error could be viewed in your electronic history, or the date we sent the FIRST written history on which the error appeared; but in any event you must report the error no more than 120 days after the transaction allegedly in error was credited or debited to your Account:

EXHIBIT 39, PAGE 981



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for March 12, 2021

EDD Debit Card

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BH, CA 92649-0000

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 02/13/2021 |
| Period End Date: | 03/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▇▇▇ | ▇▇▇ | ▇▇▇ | ▇▇▇ |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ▇▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇ | | ▇▇ |
| ▇▇▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇ | | ▇▇ |
| ▇▇▇▇ | ▇▇ | ▇▇ | ▇▇ | | ▇▇ |
| ▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇ | | ▇▇ |
| ▇▇▇▇ | ▇▇ | ▇▇ | ▇▇ | | ▇▇ |
| ▇▇▇▇ | ▇▇ | ▇▇ | ▇▇ | | ▇▇ |
| ▇▇▇▇▇ | | | ▇▇ | | ▇▇ |
| ▇▇▇▇▇▇ | | | ▇▇ | | ▇▇ |
| ▇▇▇▇▇ | | | ▇▇ | | ▇▇ |
| ▇▇▇▇▇▇ | ▇▇ | ▇▇ | | | ▇▇ |
| ▇▇▇▇▇▇ | ▇▇ | ▇▇ | | | ▇▇ |
| ▇▇▇▇▇ | ▇▇ | ▇▇ | | | ▇▇ |
| ▇▇▇▇ | ▇▇ | ▇▇ | ▇▇ | | ▇▇ |
| ▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇ | | ▇▇ |
| ▇▇▇▇▇ | ▇▇ | ▇▇ | ▇▇ | | ▇▇ |

EXHIBIT 39, PAGE 982

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ████████ ██ | ████ | ████ | ████ | | ████ |
| ████████ | ████ | ████ | ████ | | ████ |
| ████████ ██ | ████ | ████ | ████ | | ████ |
| ████████ ██ | ████ | ████ | ████ | | ████ |
| ████████ | ████ | ████ | ████ | | ████ |
| ████████ ██ | ████ | ████ | ████ | | ████ |
| ████████ | ████ | ████ | ████ | Credit | |
| ████████ ██ | ████ | ████ | ████ | | ████ |
| ████████ ██ | ████ | ████ | ████ | | ████ |
| ████████ ██ | ████ | ████ | ████ | | ████ |
| ████████ | ████ | ████ | ████ | | |
| ████████ ██ | ████ | ████ | ████ | | ████ |
| ████████ ██ | ████ | ████ | ████ | | ████ |
| ████████ ██ | ████ | ████ | ████ | | ████ |
| ████████ ██ | ████ | ████ | ████ | | ████ |
| ████████ ██ | ████ | ████ | ████ | | ████ |
| ████████ ██ | ████ | ████ | ████ | | ████ |
| ████████ | ████ | ████ | ████ | | ████ |
| ████████ ██ | ████ | ████ | ████ | | ████ |
| ████████ | ████ | ████ | ████ | | ████ |
| ████████ ██ | ████ | ████ | ████ | | ████ |
| ████████ ██ | ████ | ████ | ████ | | ████ |
| ████████ | ████ | ████ | ████ | | ████ |
| ████████ | ████ | ████ | ████ | | ████ |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 02/18/2021 | 104925640490 | Purchase of Goods or Services | | $ -81.00 |
| ████████ ██ | ████ | ████ | ████ | | ████ |

EXHIBIT 39, PAGE 983



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ██ | ██ | ██ | ██ | ██ | |
| ██ | ██ | ██ | ██ | | ██ |
| ██ | ██ | ██ | ██ | | |
| ██ | ██ | ██ | ██ | | ██ |
| | | | Totals | $ ██ | ██ |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ██ | $ ██ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think in your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after the earlier of the date you electronically access your Account, if the error could be viewed in your electronic history, or the date we sent the FIRST written history on which the error appeared; but in any event you must report the error no more than 120 days after the transaction allegedly in error was credited or debited to your Account:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**eCommunications**
You may request that rather than receiving your monthly Account statement or notices by mail, you can review them on this website. Monthly Account statements posted to this website will be available for at least 12 months.

You can withdraw this request to not receive your monthly Account statement or notices by mail by calling us at (866) 692-9374. You may also obtain copies of your statements by calling us at (866) 692-9374. A fee may apply for copies.

EXHIBIT 39, PAGE 984



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for April 12, 2021

EDD Debit Card

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN #376
HUNTINGTON BCH, CA 92649-2288

| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 03/13/2021 |
| Period End Date: | 04/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▓▓ | ▓▓ | ▓▓ | ▓▓ |

## Account Transaction Activity



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|

EXHIBIT 39, PAGE 985



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ██████████████ ██ | ███ | ████ | █████ | | ████ |
| ██████████████ ██ | ███ | ████ | █████ | | ████ |
| ████████████████ | ███ | ████ | ████ | | |
| ██████████████ █ | ███ | ████ | █████ | | ████ |
| █████████████ | ███ | ███ | █████ | | ████ |
| ████████████ | ███ | ████ | █████ | | ████ |
| ████████████████ | ███ | ████ | █████ | | ████ |
| ██████████ ██ | ███ | ████ | █████ | | ████ |
| ██████████████ █ | ███ | ████ | █████ | | ████ |
| █████████ | ███ | ████ | █████ | | ████ |
| █████████████ | ███ | ████ | ███ | | ████ |
| ██████████ | ███ | ████ | █████ | | ████ |
| █████████████ | ███ | ████ | █████ | | ████ |
| ██████████████ | ███ | ████ | █████ | | ████ |
| ████████████ | ███ | ████ | █████ | | ████ |
| █████████ | ███ | ████ | █████ | ████ | |
| ██████████████ | ███ | ████ | █████ | | ████ |
| ███████████ | ███ | ████ | █████ | | ████ |
| | | | **Totals** | $ ████ | ████ |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ████ | $ ████ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for May 12, 2021

EDD Debit Card

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BH, CA 92649-0000

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 04/13/2021 |
| Period End Date: | 05/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▇▇ | ▇▇ | ▇▇ | ▇▇ |

## Account Transaction Activity



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|

001806

EXHIBIT 39, PAGE 987



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ██████████████████████<br>████ | ████ | ███████ | ██████<br>██ | | ████ |
| ███████████████████████ | ████ | ███████ | ██████████ | | ████ |
| ███████ | | | | | |
| | | | Totals | $ ███ | ████4 |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ██ | $ ██ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after the earlier of the date you electronically access your Account, if the error could be viewed in your electronic history, or the date we sent the FIRST written history on which the error appeared; but in any event you must report the error no more than 120 days after the transaction allegedly in error was credited or debited to your Account:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**eCommunications**
You may request that rather than receiving your monthly Account statement or notices by mail, you can review them on this website. Monthly Account statements posted to this website will be available for at least 12 months.

You can withdraw this request to not receive your monthly Account statement or notices by mail by calling us at (866) 692-9374. You may also obtain copies of your statements by calling us at (866) 692-9374. A fee may apply for copies.

EXHIBIT 39, PAGE 988



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for June 12, 2021

EDD Debit Card

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BH, CA 92649-0000

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 05/13/2021 |
| Period End Date: | 06/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▮▮ | ▮▮▮▮ | ▮▮▮▮ | $ ▮▮ |

## Account Transaction Activity



EXHIBIT 39, PAGE 989



## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ▮ | $ ▮ |

Privacy Notice - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed

001809                          EXHIBIT 39, PAGE 990



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for July 12, 2021

EDD Debit Card

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BH, CA 92649-0000

| | |
|---|---|
| **Customer Service:** | 866-692-9374 |
| **Card Number:** | **** **** **** 7357 |
| **Period Start Date:** | 06/13/2021 |
| **Period End Date:** | 07/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▮▮▮ | $ ▮▮▮ | $ ▮▮▮ | $ ▮▮▮ |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | | ▮ |

EXHIBIT 39, PAGE 991



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ███████████████████████ | ████ | █████ | ████ | | █ |
| ████ | | | | | |
| | | | Totals | $ ████ | ████48 |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ██ | $ ██ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at **www.bankofamerica.com/prepaidprivacynotice** or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after the earlier of the date you electronically access your Account, if the error could be viewed in your electronic history, or the date we sent the FIRST written history on which the error appeared; but in any event you must report the error no more than 120 days after the transaction allegedly in error was credited or debited to your Account:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**eCommunications**
You may request that rather than receiving your monthly Account statement or notices by mail, you can review them on this website. Monthly Account statements posted to this website will be available for at least 12 months.

You can withdraw this request to not receive your monthly Account statement or notices by mail by calling us at (866) 692-9374. You may also obtain copies of your statements by calling us at (866) 692-9374. A fee may apply for copies.

EXHIBIT 39, PAGE 992



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

## Statement for August 12, 2021

EDD Debit Card

**Forward Service Requested**

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BH, CA 92649-0000

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 07/13/2021 |
| Period End Date: | 08/12/2021 |

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▓▓▓ | $ ▓▓▓ | $ ▓▓▓ | $ ▓▓▓ |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 08/11/2021 | 122320642230 | Purchase of Goods or Services | | $ -81.00 |
| ▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| ▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| ▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| ▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| ▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| ▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| ▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| ▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 08/05/2021 | 121725642170 | Purchase of Goods or Services | | $ -35.00 |
| ▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| ▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| ▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| ▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| ▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |

EXHIBIT 39, PAGE 993

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | |
| ▮ | | | ▮ | | |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 07/28/2021 | 120921642090 | Purchase of Goods or Services | | $ -35.00 |
| ▮ | | | | | ▮ |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 07/27/2021 | 120826642080 | Purchase of Goods or Services | | $ -35.00 |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 07/27/2021 | 120825642080 | Purchase of Goods or Services | | $ -35.00 |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 07/27/2021 | 120827642080 | Purchase of Goods or Services | | $ -35.00 |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |
| ▮ | ▮ | ▮ | ▮ | | ▮ |

001813

EXHIBIT 39, PAGE 994



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ████ | ████ | ████ | ████ | | ██ |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 07/20/2021 | 120127642010 | Purchase of Goods or Services | | $ -25.00 |
| ████████ | ████ | ████ | ████ | | ██ |
| ████ | ████ | ████ | ████ | | ██ |
| ████ | ████ | ████ | ████ | | ██ |
| ████ | ████ | ████ | ████ | | ██ |
| DEPT OF HOUSING/COMMUNITY 916-3239252, California 95833 United States of America | 07/17/2021 | 119824641980 | Purchase of Goods or Services | | $ -116.00 |
| ████ | ████ | ████ | ████ | | ██ |
| ████ | ████ | ████ | ████ | | ██ |
| ████ | ████ | ████ | ████ | | ██ |
| ████████ | ████ | ████ | ████ | | ██ |
| ████ | ████ | ████ | ████ | | ██ |
| ████ | ████ | ████ | ████ | | ██ |
| ████ | ████ | ████ | ████ | | ██ |
| ████████ | ████ | ████ | ████ | | ██ |
| ████ | ████ | ████ | ████ | | ██ |
| ████ | ████ | ████ | ████ | | ██ |
| ████ | ████ | ████ | ████ | | ██ |
| | | | **Totals** | ████ | 30 |

## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ██ | $ ██ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement

EXHIBIT 39, PAGE 995



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

EDD Debit Card

**Forward Service Requested**

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 08/13/2021 |
| Period End Date: | 09/12/2021 |

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BH, CA 92649-0000

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ ▅▅▅ | $ ▅▅▅ | $ ▅▅▅ | $ ▅▅▅ |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|



001815

EXHIBIT 39, PAGE 996



| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|
| ▬▬▬▬▬▬▬▬ | ▬▬ | ▬▬ | ▬ | | ▬▬ |
| ▬▬▬▬▬▬▬ | ▬▬ | ▬▬ | ▬▬ | | ▬▬ |
| ▬▬▬▬▬▬ ▬▬▬ | ▬▬ | ▬▬ | ▬ | | ▬▬ |
| ▬▬▬▬▬▬ ▬▬ | ▬▬ | ▬▬ | ▬ | | ▬▬ |
| ▬▬▬▬▬▬▬ | ▬▬ | ▬▬ | ▬▬ | | |
| ▬▬▬▬▬▬ | ▬▬ | ▬▬ | ▬ | | ▬▬ |
| ▬▬▬▬▬▬▬ | ▬▬ | ▬▬ | ▬▬ | | |
| ▬▬▬▬▬▬ | ▬▬ | ▬▬ | ▬ | ▬▬ | |
| ▬▬▬▬▬▬ | ▬▬ | ▬▬ | ▬▬▬ | | |
| ▬▬▬▬▬▬ | ▬▬ | ▬▬ | ▬▬ | | ▬▬ |
| ▬▬▬▬ | ▬▬ | ▬▬ | | ▬▬ | |
| ▬▬▬▬▬▬ ▬ | ▬▬ | ▬▬ | ▬▬ | | ▬▬ |
| ▬▬▬▬▬▬ | ▬▬ | ▬▬ | ▬▬▬ | | ▬▬ |
| | | | ▬ $▬▬ | | ▬▬ |

## Summary of Fees

| Fees for Current Statement | | Year-To-Date Fees | |
|---|---|---|---|
| $▬▬ | | $▬▬ | |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

**CARDHOLDERS WHO RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call or write us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared:
1. Tell us your name and Account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your Account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**CARDHOLDERS WHO DO NOT RECEIVE MONTHLY ACCOUNT STATEMENTS BY MAIL**
**In Case of Errors or Questions About Your Electronic Transfers:**
Telephone us at (866) 692-9374, (866) 656-5913 TTY, or (423) 262-1650 (Collect when calling outside the U.S.), or write to us at Bank of America, P.O. Box 8488, Gray, TN 37615-8488.

Call ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

EXHIBIT 39, PAGE 997



Bank Of America, N. A.
101 South Tryon Street
Charlotte, North Carolina 28255

EDD Debit Card

**Forward Service Requested**

| | |
|---|---|
| Customer Service: | 866-692-9374 |
| Card Number: | **** **** **** 7357 |
| Period Start Date: | 09/13/2021 |
| Period End Date: | 10/12/2021 |

JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BH, CA 92649-0000

## Summary of Transactions

| Previous Balance | (+) Credits and Adjustments | (-) Purchases and Adjustments | New Balance |
|---|---|---|---|
| $ | $ | $ | $ |

## Account Transaction Activity

| Merchant Name | Posted Date | Reference Number | Transaction Details | Credit | Debit |
|---|---|---|---|---|---|



001817                    EXHIBIT 39, PAGE 998



## Summary of Fees

| Fees for Current Statement | Year-To-Date Fees |
|---|---|
| $ ▉ | $ ▉ |

**Privacy Notice** - Federal law requires us to tell you how we collect, share, and protect your personal information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at www.bankofamerica.com/prepaidprivacynotice or we will mail you a free copy upon request if you call us at (855) 333-4896 (English), (855) 355-5057 (Spanish).

001818                          EXHIBIT 39, PAGE 999

# EXHIBIT 17

EXHIBIT 39, PAGE 1000

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY                    GAVIN NEWSOM, Governor

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



# Title Search

Date Printed:  Jun 7, 2021

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Last Title Date:**         02/24/2021

**Last Reg Card:**          02/24/2021

**Sale/Transfer Info:**      Price $175,000.00 Transferred on 11/01/2018

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Legal Owner:

RONALD J PIERPONT
JPAD LLC
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Lien Perfected On:**       08/20/20 11:58:00

Title Searches:

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937

**Title File No:**           LBM1081

### ***END OF TITLE SEARCH***

          EXHIBIT 39, PAGE 1001

# EXHIBIT 18

EXHIBIT 39, PAGE 1002

**STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY**                    **GAVIN NEWSOM, Governor**

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
**DIVISION OF CODES AND STANDARDS**



# Title Search

Date Printed:  Aug 10, 2021

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Record Conditions:

- An application for title or registration change is pending with the department.  For information regarding this application, please call 1-800-952-8356 and request to speak with a customer representative.

Registered Owner:

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Last Title Date:**      08/03/2021

**Last Reg Card:**      08/03/2021

**Sale/Transfer Info:**      Price $.00 Transferred on 02/25/2021

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Title Searches:

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937

**Title File No:**      LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**      LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**      LBM1081

HOUSER BROS. CO.
16222 MONTEREY LN OFC
HUNTINGTON BEACH, CA 92649

**Title File No:**                LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                LBM1081

***END OF TITLE SEARCH***                Page Number:2

001823                EXHIBIT 39, PAGE 1004

# EXHIBIT 19

EXHIBIT 39, PAGE 1005

Case 8:21-bk-11710-ES   Doc 95   Filed 05/12/22   Entered 05/12/22 22:20:08   Desc
Main Document   Page 167 of 259

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY          GAVIN NEWSOM, Governor
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



# Title Search

Date Printed:  Sep 21, 2021

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Last Title Date:**      08/12/2021

**Last Reg Card:**        08/12/2021

**Sale/Transfer Info:**   Price $.00 Transferred on 02/25/2021

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Legal Owner:

J-PAD LLC
21742 ANZA AVE
TORRANCE, CA 90503

**Lien Perfected On:**    01/14/19 15:22:00

Title Searches:

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937

**Title File No:**        LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**        LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**        LBM1081

HOUSER BROS. CO.
16222 MONTEREY LN OFC
HUNTINGTON BEACH, CA 92649

**Title File No:**      LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**      LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**      LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**      LBM1081

***END OF TITLE SEARCH***      Page Number:2

EXHIBIT 39, PAGE 1007

# EXHIBIT 20

EXHIBIT 39, PAGE 1008



DTN:                        12153896

Decal:                      LBM1081

Unit ID:                    252606085

Trans Type:                 L/O Assignment

Trans Date:                 02/01/2021

Trade Name:                 CUSTOM VILLA

Serial #:                   AC7V710394GA, AC7V710394GB

Insignia #                  PFS1130281, PFS1130282

Status Date:      02/23/2021      User Name:      SHAH, KIRAN

EXHIBIT 39, PAGE 1009

EXHIBIT 39, PAGE 1010

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### CERTIFICATE OF TITLE
#### Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | | DOM | DFS | RY |
|---|---|---|---|---|---|---|
| 90002  SKYLINE HOMES INC | CUSTOM VILLA | .. | | 05/29/2014 | 07/28/2014 | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued | |
|---|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Jan 19, 2019 | |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | |

**Addressee**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

### IMPORTANT
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 10670236

01192019 - 2

001830

EXHIBIT 39, PAGE 1011

EXHIBIT 39, PAGE 1012

*Copy*

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ State _____

_____
Signature

## SECTION B - RELEASING SIGNATURES

1a. _____
Signature of Registered Owner

1b. _____
Date of Release

2. _____
Legal Owner of Record (if any) sign and check appropriate box

☐ Release   ☐ Retain   ☐ Assign Interest
(* If Assign Interest is checked, Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

### NEW REGISTERED OWNER - Please Print or Type Clearly

3a. _____        3c. _____
New Registered Owners Name              New Registered Owners Name

3b. _____        3d. _____
New Registered Owners Name              New Registered Owners Name

If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   *☐ Trust/Trustee(s)
                                                                    (* If this box is checked-Complete HCD 476.6B)
☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

4. _____        City/State _____   Zip Code _____
Mailing Address of New Registered Owner

5. _____        City/State _____   Zip Code _____
Actual Location Address of Unit

6. _____        Purchase Date or Transfer Date _____
Purchase Price or check box if Gift ☐

7a. _____        7c. _____
Signature of New Registered Owners       Signature of New Registered Owners

7b. _____        7d. _____
Signature of New Registered Owners       Signature of New Registered Owners

### NEW LEGAL OWNER - Please Print or Type Clearly

8a. _BRIAN J. GALLIAN_        8b. _Steven D. GALLIAN_
New Legal Owners Name                 New Legal Owners Name

If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☒ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   *☐ Trust/Trustee(s)
                                                                    (* If this box is checked-Complete HCD 476.6B)
☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

9. _16222 Monterey Ln #376_   _Huntington Beach, CA_   _92649_
Mailing Address of New Legal Owner       City/State              Zip Code

### NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____        10b. _____
New Junior Lienholder Name               New Junior Lienholder Name

11. _____        City/State _____   Zip Code _____
Mailing Address of New Junior Lienholder

## SECTION D – RELEASE OF DEALERS

12. _____        _____
Signature of Selling Dealer              Print Dealers Name and Dealer Number

OSP 09 112819

EXHIBIT 39, PAGE 1014

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### REGISTRATION CARD

Manufactured Home

**Decal:  LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|
| 90002   SKYLINE HOMES INC | CUSTOM VILLA | . | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Jan 19, 2019 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA  92649



**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**ATTENTION OWNER:**

THIS IS THE REGISTRATION CARD FOR THE
UNIT DESCRIBED ABOVE.  PLEASE KEEP THIS
CARD IN A SAFE PLACE WITHIN THE UNIT.

**INSTRUCTIONS FOR RENEWAL:**

REGISTRATION FOR THIS UNIT EXPIRES ON THE
DATE INDICATED ABOVE IN THE BOX LABELED
"Exp. Date".  THERE ARE SUBSTANTIAL
PENALTIES FOR DELINQUENCY.  IF YOU DO NOT
RECEIVE A RENEWAL NOTICE WITHIN 10 DAYS
PRIOR TO THE EXPIRATION DATE, CONTACT
H.C.D. FOR RENEWAL INSTRUCTIONS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IMPORTANT**
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN:  10670236

01192019 - 1

EXHIBIT 39, PAGE 1016

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome  ☐ Commercial Modular  ☐ Floating Home  ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM 1081 | | |

I/We, the undersigned, hereby state:

The original paperwork to add legal owner was lost in the mail. Customer sent photocopies of the application. Representative for J-Sandcastle CO LLC, Jamie Gallian states the Legal owner is Joint Ronald J. Pierpont and JPad LLC at the same address: 16222 Monterey Ln # 376 Huntington Beach CA 92649

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on  02/22/2021  at  Sacramento , CA
             *Date*              *City*        *State*

Signature(s):                          Printed name(s):

Renee O'Laughlin                       Rebecca O'Loughlin, Program Tech III

Address _____

City _____  State _____

HCD RT 476.6 (Rev. 07/16)

EXHIBIT 39, PAGE 1018

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT TO ENCUMBER

### SECTION I.     DESCRIPTION OF UNIT

This unit is a (check one):

[X] Manufactured Home, Mobilehome, Multifamily Manufactured Home   [ ] Commercial Modular   [ ] Truck Camper   [ ] Floating Home

The Decal (License) Number(s) is: __LBM1081__

The Trade Name is: __SKYLINE HOMES CUSTOM VILLA__

The Serial Number(s) is: __AC7V710394GB/GA__

### SECTION II.     LEGAL OWNER INFORMATION

I/We are releasing legal owner interest in the above-described unit to encumber the title (record a lien) in favor of:

__Ronald J. Pierpont, Member J Pad LLC__
(Name of New Legal Owner)

Address: __16222 MONTEREY LN. #376 HUNTINGTON BEACH, CA 92649__
Street Address or P.O. Box          City          State     Zip

### SECTION III.     CERTIFICATION

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __8/20/2020__          at     __HUNTINGTON  BEACH, CALIFORNIA__
Date                                        City                    State

Signature of each registered owner:              Printed name of each registered owner:

__Jamie L Gallian, Member__          J-SANDCASTLE CO LLC JAMIE L.GALLIAN, MEMBER

Address: __16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649__
Street Address or P. O. Box          City          State     Zip

HCD 484.7 (Rev. 11/14)

001838          EXHIBIT 39, PAGE 1019

EXHIBIT 39, PAGE 1020

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☒ Manufactured Home / Mobilehome   ☐ Commercial Modular   ☐ Floating Home   ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM 1081 | Custom Villa | AC7V710394GB AC7V710394GA |

I/We, the undersigned, hereby state:

J Sandcastle wishes to disregard former Statement to Encumber / Lien Assignment for favor of New legal owner J-Pad LLC Ronald J. Pierpont. The New legal owner is J-Pad LLC, Ronald J Pierpont, Member,

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on _8/20/2020_ at _Huntington Beach_ , _CA_
         Date            City              State

Signature(s):                          Printed name(s):
J Sandcastle Co LLC                    J-Sandcastle CO LLC
by Jamie L Gillnum
JAMIE L GILLUM

Address _16222 Monterey Ln #376_
City _Huntington Beach_ _____ State _CA_

HCD RT 476.6 (Rev. 07/16)

EXHIBIT 39, PAGE 1022

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome   ☐ Commercial Modular   ☐ Floating Home   ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM 1081 | SKYLINE HOMES | AC7V710394GB/GA |

I/We, the undersigned, hereby state: J-Sandcastle Co LLC made errors on the Certificate of Title. The only change to the Certificate of Title is the addition of two names as Legal owners as indicated in the Statement to Encumber dated 8/20/2020. The Legal owners to be added to the Certificate of Title be Steven D. Gallian Brian J. Gallian

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on 08/20/2020 at HUNTINGTON BEACH    CA
         Date          City         State

Signature(s): _[signature]_    Printed name(s):
J-SANDCASTLE CO LLC JAMIE GALLIAN MEMBER

Address    16222 MONTEREY LN. #376

City HUNTINGTON BEACH    State CA

HCD RT 476.6 (Rev. 07/16)

EXHIBIT 39, PAGE 1024

*Copy*

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT TO ENCUMBER

---

**SECTION I.  DESCRIPTION OF UNIT**

This unit is a (check one):

[XX] Manufactured Home, Mobilehome, Multifamily Manufactured Home  [ ] Commercial Modular  [ ] Truck Camper  [ ] Floating Home

The Decal (License) Number(s) is:  LBM1081

The Trade Name is:  SKYLINE HOMES CUSTOM VILLA

The Serial Number(s) is:  AC7V710394GB/GA

---

**SECTION II.  LEGAL OWNER INFORMATION**

I/We are releasing legal owner interest in the above-described unit to encumber the title (record a lien) in favor of:

STEVEN D GALLIAN   AND   BRIAN J. GALLIAN  JOINT TENANTS Right of Survivorship

*(Name of New Legal Owner)*

Address:  16222 MONTEREY LN. #376 HUNTINGTON BEACH, CA 92649

| Street Address or P.O. Box | City | State | Zip |
|---|---|---|---|

---

**SECTION III.  CERTIFICATION**

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  8/20/2020     at    HUNTINGTON  BEACH, CALIFORNIA

| Date | | City | State |
|---|---|---|---|

Signature of each registered owner:                    Printed name of each registered owner:

*[signature]*                          J-SANDCASTLE CO LLC JAMIE L.GALLIAN, MEMBER

Address:  16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649

| Street Address or P. O. Box | City | State | Zip |
|---|---|---|---|

HCD 484.7 (Rev. 11/14)

EXHIBIT 39, PAGE 1026

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## LIEN ASSIGNMENT

| SECTION I. | DESCRIPTION OF UNIT |

This unit is a (check one):

☒ Manufactured Home, Mobilehome, Multifamily Manufactured Home   ☐ Commercial Modular   ☐ Truck Camper   ☐ Floating Home

The Decal (License) Number(s) is:   LBM 1081

The Trade Name is:   SKYLINE HOMES CUSTOM VILLA

The Serial Number(s) is:   AC7V710394GB/GA

| SECTION II. | NAME AND ADDRESS OF PARTY ASSIGNING LIEN (ASSIGNOR) |

Name of Assignor:   J-SANDCASTLE CO LLC, JAMIE L. GALLIAN, MEMBER

Mailing Address of Assignor:   16222 Monterey Ln. #376 Huntington Beach CA 92649
                                Street Address or P.O. Box                     City          State     Zip

| SECTION III. | DEBTOR(S) NAME AND ADDRESS |

Name of Debtor(s):   J-SANDCASTLE CO LLC , JAMIE L. GALLIAN, MEMBER

Mailing Address of Debtor(s):   16222 MONTEREY LN #376 HUNTINGTON BEACH, CA 92649
                                 Street Address or P.O. Box                    City          State     Zip

Location Address:   16222 MONTEREY LN. #376 HUNTINGTON BEACH, CA 92649
                    Street Address              City                 County        State

| SECTION IV. | NAME AND ADDRESS OF PARTY TO WHICH LIEN HAS BEEN ASSIGNED (ASSIGNEE) |

Name of Assignee:   STEVEN D. GALLIAN AND BRIAN J. GALLIAN, JOINT TENANTS Right of Survivorship

Mailing Address of Assignee:   16222 MONTEREY LN. #376 HUNTINGTON BEACH, CA 92649
                                Street Address or P.O. Box                    City          State     Zip

| SECTION V. | ASSIGNOR'S CERTIFICATION |

I/We the assignor certify under penalty of perjury under the laws of the State of California that the
foregoing is true and correct that my/our lien in the name of the debtor(s), for the described unit, has
been transferred to the assignee on    8/20/2020                                   .
                                        Date of Lien Assignment

Executed on   8/20/2020          at   HUNTINGTON BEACH, CA
              Date                     City                              State

Signature of Authorized Agent: _____

HCD 485.1 (Rev. 12/14)

EXHIBIT 39, PAGE 1028

## ACKNOWLEDGMENT

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California
County of _____ ORANGE _____ )

On _____AUG,28,2020_____ before me, __ALEX MAJDPOUR NOTARY PUBLIC___
                                             (insert name and title of the officer)

personally appeared ___JAMIE LYNN GALLIAN_____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____                    (Seal)

EXHIBIT 39, PAGE 1030

**EXHIBIT 21**

EXHIBIT 39, PAGE 1031



DTN:                        **12313525**

Decal:                      **LBM1081**

Unit ID:                    252606085

Trans Type:                 R/O Transfer - No Sale

Trans Date:                 07/14/2021

Trade Name:                 CUSTOM VILLA

Serial #:                   AC7V710394GA, AC7V710394GB

Insignia #                  PFS1130281, PFS1130282

Status Date:      08/02/2021       User Name:      SHAH, KIRAN

EXHIBIT 39, PAGE 1032

EXHIBIT 39, PAGE 1033

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### CERTIFICATE OF TITLE
Manufactured Home                                      **Decal:** **LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY |
|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Feb 24, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

RONALD J PIERPONT
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

JUL 14 2021

**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

RONALD J PIERPONT
JPAD LLC
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

Lien Perfected On:        08/20/20 11:58:00

12313525

### IMPORTANT
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN:  12153896                                                    02242021 - 2

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of this unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _2/25/2021_ at _Huntington Beach_ _California_
                                                                                                         State

_____Signature_____ _its member_     Printed Name _J Sandcastle Co LLC_

## SECTION B - RELEASING SIGNATURES

1a. _J Sandcastle Co LLC_ _____ _member_     Date of Release _2/25/2021_
   Releasing Signature of Registered Owner

1b. _____     Date of Release _____
   Releasing Signature of Registered Owner

2. _____     ☒ Release    ☐ Retain    * ☐ Assign Interest
   Legal Owner of Record (if any) sign and check appropriate box          (* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

### NEW REGISTERED OWNER - Please Print or Type Clearly

3a. _JANIE LYNN GALLIAN_                          3c. _J Sandcastle Co LLC_
   New Registered Owners Name                          New Registered Owners Name

3b. _J Sandcastle Co LLC_                          _____
   New Registered Owners Name                          New Registered Owners Name
   If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   *☐ Trust/Trustee(s)
                                                                      (* If this box is checked-Complete HCD 476.6B)
☒ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

4. _16222 Monterey Ln #376_              _Huntington Beach, CA_          _92649_
   Mailing Address of New Registered Owner      City/State                    Zip Code
5. _16222 Monterey Ln #376_              _Huntington Beach, CA_          _92649_
   Actual Location Address of Unit              City/State                    Zip Code
6. _0_                    _2/25/2021_
   Purchase Price or check box if Gift ☒   Purchase Date or Transfer Date

7a. _Janie Lynn Gallian_                   7c. _J Sandcastle Co LLC_ _its member_
   Signature of New Registered Owners              Signature of New Registered Owners

7b. _J Sandcastle Co LLC_ _member_
   Signature of New Registered Owners              Signature of New Registered Owners

### NEW LEGAL OWNER - Please Print or Type Clearly

8a. _J PAD, LLC_                          8b. _____
   New Legal Owners Name                          New Legal Owners Name
   If more than one New Lender going onto title, please check the appropriate Co-owner term box.

☐ Joint Tenants with Right of Survivorship   ☐ Tenants In Common OR   *☐ Trust/Trustee(s)
                                                                      (* If this box is checked-Complete HCD 476.6B)
☐ Tenants In Common AND   ☐ Community Property   ☐ Community Property with Right of Survivorship

9. _16222 Monterey Ln #376_              _Huntington Beach, CA_          _92649_
   Mailing Address of New Legal Owner           City/State                    Zip Code

### NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____          10b. _____
    New Junior Lienholder Name                      New Junior Lienholder Name

11. _____
    Mailing Address of New Junior Lienholder        City/State                    Zip Code

## SECTION D - RELEASE OF DEALERS

12. _____          _____
    Signature of Selling Dealer                     Print Dealers Name and Dealer Number

OSP 20 149325

001854                          EXHIBIT 39, PAGE 1035

## ACKNOWLEDGMENT

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California

County of _____Orange_____ )

On __2/25/21__ before me, _Greg Buysman, Notary Public_
(insert name and title of the officer)

personally appeared __Jamie Lynn Gallian__ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

**GREG BUYSMAN**
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature _____     **(Seal)**

001855                    EXHIBIT 39, PAGE 1036

GREG GUYSMAN
COMM # 2241149
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2,26

EXHIBIT 39, PAGE 1037

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### REGISTRATION CARD

Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|
| 90002     SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Feb 24, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |



**Addressee**

RONALD J PIERPONT
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

RONALD J PIERPONT
JPAD LLC
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

Lien Perfected On:     08/20/20 11:58:00

**LEGAL OWNER COPY
INFORMATION ONLY**

### IMPORTANT
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN:  12153896

02242021 - 1

EXHIBIT 39, PAGE 1039

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## REGISTRATION CARD
Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Feb 24, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA  92649



**Registered Owner(s)**

J-SANDCASTLE CO LLC
16222 MONTEREY LANE ROOM 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

RONALD J PIERPONT
JPAD LLC
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

Lien Perfected On:    08/20/20 11:58:00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**ATTENTION OWNER:**

**THIS IS THE REGISTRATION CARD FOR THE
UNIT DESCRIBED ABOVE.  PLEASE KEEP THIS
CARD IN A SAFE PLACE WITHIN THE UNIT.**

**INSTRUCTIONS FOR RENEWAL:**

**REGISTRATION FOR THIS UNIT EXPIRES ON THE
DATE INDICATED ABOVE IN THE BOX LABELED
"Exp. Date".  THERE ARE SUBSTANTIAL
PENALTIES FOR DELINQUENCY.  IF YOU DO NOT
RECEIVE A RENEWAL NOTICE WITHIN 10 DAYS
PRIOR TO THE EXPIRATION DATE, CONTACT
H.C.D. FOR RENEWAL INSTRUCTIONS.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 12153896

02242021 - 1

EXHIBIT 39, PAGE 1041

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## LIEN SATISFIED

---

**SECTION I.      DESCRIPTION OF UNIT**

This unit is a:

☑ Manufactured Home/Mobilehome   ☐ Commercial Modular   ☐ Floating Home   ☐ Truck Camper

The Decal (License) No.(s) of the unit is: <u>LBM1081</u>

The Trade Name of the unit is: <u>CUSTOM VILLA</u>

The Serial No.(s) of the unit is: <u>AC7V710394GB/AC7V710394GA</u>

---

**SECTION II.      DEBTOR(S) NAME(S)**

Name of Debtor(s): <u>J-SANDCASTLE CO, LLC</u>

---

**SECTION III.      LIENHOLDER'S CERTIFICATION**

This is to certify that our/my lien in the name(s) of the debtor(s) shown above against the described
unit has been fully satisfied and has not been assigned to any other party.

I/We certify under penalty of perjury that the foregoing is true and correct.

Print or Type Name of Legal Owner or Jr. Lienholder (Lender):

<u>J-PAD LLC or RONALD J. PIERPONT</u>

Signature of Legal Owner, Jr. Lienholder (Lender) or their Authorized Agent:

*Ronald J Pierpont*                                    Date <u>7/9/2021</u>

| Address | 16222 MONTEREY LN. #376 | HUNTINGTON BEACH, | CA | 92649 |
|---|---|---|---|---|
| | Street Address or P.O. Box | City | State | Zip |

HCD RT 475.3 (Rev. 07/16)

EXHIBIT 39, PAGE 1043



STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM

## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome   ☐ Commercial Modular   ☐ Floating Home   ☐ Truck Camper

| Decal (License) No.(s):<br>LBM 1081 | Trade Name:<br>Skyline Custom Villa | Serial No.(s):<br>AC7V710394GB/GA |
|---|---|---|

I/We, the undersigned, hereby state:

Jamie Lynn Gallian is the sole registered owner of 2014 home.  J-Pad LLC or Robert McLelland is the Legal Owner.

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on ___25th of Feb. 2021___ at ___Huntington Beach,_____, ___CA 92649___
      *Date*                            *City*                      *State*

| Signature(s):<br>*Jamie Lynn Gallian* | Printed name(s):<br>Jamie Lynn Gallian |
|---|---|

Address ___21742 Anza Avenue_____

City ___Torrance_____   State ___CA 90503___

HCD RT 476.6 (Rev. 07/16)

EXHIBIT 39, PAGE 1045

## ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California

County of ___Orange___ )

On _2/ 25 / 21_ before me, _Greg Buysman Notary Public_
(insert name and title of the officer)

personally appeared _Jamie Lynn Gallian_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

**GREG BUYSMAN**
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

001865            EXHIBIT 39, PAGE 1046

EXHIBIT 39, PAGE 1047

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome  ☐ Commercial Modular  ☐ Floating Home  ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM 1081 | | |

I/We, the undersigned, hereby state:

*I spoke with Jamie Gallian and she states the unit should be registered as Jamie Gallian as sole registered owner. The lien has been satisfied and there is no legal owner at this time. Jamie advised the county and was told there was no need to revise the Tax Clearance certificate.*

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on __7/28/21__ at __Sacramento__, __CA__
          *Date*              *City*              *State*

Signature(s):                          Printed name(s):
*Rebecca M. O'Loughlin*                *Rebecca M O'Loughlin, Program Tech II*

Address _____

City _____  State _____

HCD RT 476.6 (Rev. 07/16)

       EXHIBIT 39, PAGE 1048

EXHIBIT 39, PAGE 1049

**State of California**
**Department of Housing and Community Development**
**Division of Codes and Standards**
**Registration and Titling Program**
P.O. Box 277820, Sacramento, CA  95827-7820
(800) 952-8356
www.hcd.ca.gov



### MULTI-PURPOSE TRANSFER FORM

### PLEASE COMPLETE ONLY THE SECTIONS THAT APPLY AND SIGN BOTTOM OF FORM

#### UNIT DESCRIPTION

Decal (License) No.(s): LBM1081          Serial No.(s): AC7V710394GA; AV7V710394GA

#### SMOKE DETECTOR AND CARBON MONOXIDE CERTIFICATION

I/We, the undersigned, hereby state that the manufactured home, mobilehome, or multifamily manufactured home described above is equipped with a properly working, operable smoke detector in accordance with California Health and Safety Code Section 18029.6 and a carbon monoxide detector in accordance to California Residential Code Section R315.

☑ YES   ☐ NO

#### PARK PURCHASE FEE EXEMPTION

The registered owner of the above-described manufactured home/mobilehome that is located on private property owned by the registered owner is exempt from payment of the $5 Park Purchase Fund (PPF) fee (Health and Safety Code Section 18114.1).  If you feel you qualify for the exemption, complete the following questions:

- Do you (the registered owner) own your manufactured home/mobilehome?  ☑ YES  ☐ NO
- Do you (the registered owner) own the land your manufactured home/mobilehome is located on?  ☐ YES  ☑ NO

#### DESIGNATION OF CO-OWNER TERM

We request the Department of Housing and Community Development to register our ownership interest in the unit described above with the following co-owner term:   **(READ CAREFULLY AND CHECK ONE BOX.)**

☐ **JTRS (Joint Tenants with Right of Survivorship):** Upon the death of a joint tenant, the interest of the deceased party passes to the surviving joint tenant.  The signature of each joint tenant is required to transfer or encumber the title.

☑ **TENCOM AND (Tenants in Common with the names joined by the word AND):** Each tenant in common may transfer his or her individual interest without the signature of the other tenant(s) in common.  The signature of each tenant in common is required to transfer full interest in the unit to a new registered owner or to encumber the title.

☐ **TENCOM OR (Tenants in Common with the names joined by the word OR):** Any one of the tenants in common may transfer full ownership interest in the unit to a new registered owner without the signature of the other tenant(s) in common.  The signature of each tenant in common is required to encumber the title.

☐ **COMPRO (Community Property):** A unit may be registered as community property in the names of a husband and wife.  The signature of each spouse is required to transfer full interest in the unit or encumber the title.

☐ **COMPRORS (Community Property with Right of Survivorship):** A unit may be registered as community property in the names of a husband and wife.  At the death of one spouse, the decedent's community property interest passes to the surviving spouse without administration.  The signature of each spouse is required to transfer full interest in the unit or encumber the title.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above described unit in California, or from, issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 02/25/2021 at HUNTINGTON BEACH, CALIFORNIA COUNTY OF ORANGE

Signature: _Jamie Lynn Gallian_   J-SANDCASTLE CO LLC, JAMIE LYNN GALLIAN, ITS MEMBER

PHONE #: (714) 321-3449   E-MAIL ADDRESS: jamiegalian@gmail.com

HCD RT 476.6G Side 1 (Rev. 08/20)

EXHIBIT 39, PAGE 1051

Decal (License) No.(s): LBM1081 _____      Serial No.(s): AC7V710394GA; AC7V710394GA _____

## DECLARATION OF INSTALLATION OF WATER HEATER SEISMIC BRACING

I/We the undersigned hereby state that all fuel gas-burning water heater appliances in the manufactured home, mobilehome, or multifamily manufactured housing described above are seismically braced, anchored, or strapped in accordance with Health and Safety Code Section 18031.7 and Part 5 of Title 24 of the California Code of Regulations.

☑ YES   ☐ NO   ☐ Electric water heater is installed per manufacturer's instructions.

**SIGNATURE ON FRONT SIDE IS CERTIFICATION FOR THIS SECTION**

## REASON FOR USE TAX AND/OR MOBILEHOME RECOVERY FUND FEE EXEMPTION

Check appropriate box(es):

☑ The above-described unit was a gift.  All rights and interest of ownership were transferred without exchange or money or other valuable consideration.

☑ The above-described unit has been acquired from: J-SANDCASTLECO LLC, JAMIE LYNN GALLIAN, ITS MEMBER _____
   *parents, spouse, grandparent(s), grandchild, child, brother(s)*, sister(s)**

☑ The name of a CO-OWNER _____ is being ☑ **ADDED** ☐ **DELETED** to the record.
   *show relationship*

☐ The above-described unit was received as the result of an inheritance.

☐ Transfer of the above-described unit is being made pursuant to a court order.

☐ The transfer of the unit is being made to a revocable trust which (1) the seller has an unrestricted power to revoke the trust, (2) the transfer does not result in any change in the beneficial ownership of the property, (3) the trust provides that upon revocation of the trust the property will revert wholly to the seller, and (4) the only consideration for the transfer is the assumption by the trust of an existing loan for which the tangible personal property being transferred is the sole collateral for the assumed loan.

   **\*NOTE:  A sale between brother(s) or sister(s) is subject to use tax unless both are minors.  If minors, check here:** ☐

**SIGNATURE ON FRONT SIDE IS CERTIFICATION FOR THIS SECTION**

## DESIGNATION OF TRUST

I/We, the undersigned trustee(s), hereby state that the unit described above has been placed into a trust.  This Declaration of Trust is dated _____

In compliance with Section 18080.1(b) of the California Health and Safety Code, I/we as trustee(s) hereby request the unit described above be registered as shown below.  I/we acknowledge that the Department's permanent title record and the titling documents for the unit will reflect the information as shown below.

_____
*Print Name of the Trust.  This is how the name of the Trust will appear on title.*

I/We as trustee(s) agree(s) to notify and make application with the Department of Housing and Community Development to appropriately amend the permanent registration and titling record immediately upon any change to the original trust agreement described herein by submitting this form along with all appropriate documents, fees or any other needed items to the Department.

I/We as trustee(s) further agree(s) to indemnify and save harmless the Director of the Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above described unit in California and from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ at _____
   Date                                    City                                    State

Trustee Signature(s):
_____          _____

_____
Street Address or P.O. Box                City                                State

HCD RT 476.6G Side 2 (Rev. 08/20)

EXHIBIT 39, PAGE 1053



# TAX CLEARANCE CERTIFICATE

☒ **Mobile Home**                    ☐ **Floating Home**

### COUNTY OF ORANGE

| SERIAL NUMBER/HULL NUMBER | DECAL NUMBER/CF NUMBER |
|---|---|
| AC7V710394GA, AC7V710394GB | LBM1081 |

| LOCATION OF HOME | ASSESSOR'S PARCEL NUMBER |
|---|---|
| 16222 MONTEREY LN 376 HUNTINGTON BEACH | 891-569-62 |

| CURRENT REGISTERED OWNER | APPLICANT |
|---|---|
| J-SANDCASTLE CO LLC<br>16222 MONTEREY LN<br>SPC 376<br>HUNTINGTON BEACH CA 92649 | J-SANDCASTLE CO LLC & JAMIE L. GALLIAN<br>16222 MONTEREY LN #376<br>HUNTINGTON BEACH CA 92649 |

I hereby certify that the following has been paid:

☐ Delinquent license fees

☐ Property taxes applicable to the home identified above through the fiscal year

☒ A security deposit for payment of the property taxes for the fiscal year 2021-2022

☒ No taxes due or payable at this time.

There may be a supplemental assessment not covered by this "Tax Clearance Certificate" which may create an additional bill.

**THIS CERTIFICATE IS VOID ON AND AFTER SEPTEMBER 7, 2021.**

Executed on July 9, 2021 at Santa Ana.
Treasurer-Tax Collector for Orange County, State of California.

Issued on July 9, 2021 _____

(Signature)

§2189.8, 5832 R & T Code                                        TDL 10-01 (7-87)

001873                    EXHIBIT 39, PAGE 1054

EXHIBIT 39, PAGE 1055

# EXHIBIT 22

EXHIBIT 39, PAGE 1056



DTN:            **12339739**

Decal:          **LBM1081**

Unit ID:        252606085

Trans Type:      L/O Addition

Trans Date:      08/10/2021

Trade Name:     CUSTOM VILLA

Serial #:        AC7V710394GA, AC7V710394GB

Insignia #       PFS1130281, PFS1130282

Status Date:    08/11/2021      User Name:     CRUZ, SYLVIA

     EXHIBIT 39, PAGE 1057

EXHIBIT 39, PAGE 1058

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### CERTIFICATE OF TITLE
Manufactured Home          **Decal:   LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM 05/29/2014 | DFS 07/28/2014 | RY |
|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | | | |
| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued Aug 03, 2021 |
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Registered Owner(s)**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**IMPORTANT**
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT. THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN:  12313525                                              08032021 - 2

**AUG 1 0 2021**

001878                      EXHIBIT 39, PAGE 1059

## SECTION A - SMOKE DETECTOR AND WATER HEATER SEISMIC BRACING CERTIFICATION

California Health and Safety Code (HSC) Sections 18029.6 and 18031.7 require that on the date of transfer of title all used manufactured homes, used mobilehomes, and used multifamily manufactured homes: 1) be equipped with an operable smoke detector in each room designed for sleeping, and 2) all fuel-gas-burning water heater appliances be seismically braced, anchored, or strapped pursuant to existing codes. A declaration may be signed within 45 days prior to the date of transfer of title stating that these requirements have been met.

I/We further agree to indemnify and save harmless the Director of the State of California, Department of Housing and Community Development, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the unit in California or from issuance of a California Certificate of Title covering the same. I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____ at _____

Date       City       State

_____      _____
Signature       Printed Name

## SECTION B - RELEASING SIGNATURES

1a. _____      Date of Release _____
Releasing Signature of Registered Owner

1b. _____      Date of Release _____
Releasing Signature of Registered Owner

2. _____ ☐ Release   ☐ Retain   *☐ Assign Interest
Legal Owner of Record (if any) sign and check appropriate box     (* If Assign Interest is checked - Complete New Legal Owner Below)

## SECTION C - NEW OWNER INFORMATION

### NEW REGISTERED OWNER - Please Print or Type Clearly

3a. _____     3c. _____
New Registered Owners Name      New Registered Owners Name

3b. _____     3d. _____
New Registered Owners Name      New Registered Owners Name
If more than one New Owner going onto title, please check the appropriate Co-owner term box.

☐ Joint Tenants with Right of Survivorship    ☐ Tenants In Common OR    *☐ Trust/Trustee(s)
                                                                (* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND    ☐ Community Property    ☐ Community Property with Right of Survivorship

4. _____ _____ _____
Mailing Address of New Registered Owner    City/State    Zip Code

5. _____ _____ _____
Actual Location Address of Unit    City/State    Zip Code

6. _____ _____
Purchase Price or check box if Gift-☐    Purchase Date or Transfer Date

7a. _____     7c. _____
Signature of New Registered Owners      Signature of New Registered Owners

7b. _____     7d. _____
Signature of New Registered Owners      Signature of New Registered Owners

### NEW LEGAL OWNER - Please Print or Type Clearly

8a. _____     8b. _____
New Legal Owners Name      New Legal Owners Name
If more than one New Lender going onto title, please check the appropriate Co-owner term box below.

☐ Joint Tenants with Right of Survivorship    ☐ Tenants In Common OR    *☐ Trust/Trustee(s)
                                                                (* If this box is checked-Complete HCD 476.6B)

☐ Tenants In Common AND    ☐ Community Property    ☐ Community Property with Right of Survivorship

9. _____ _____ _____
Mailing Address of New Legal Owner    City/State    Zip Code

### NEW JUNIOR LIENHOLDER - Please Print or Type Clearly

10a. _____     10b. _____
New Junior Lienholder Name      New Junior Lienholder Name

11. _____ _____ _____
Mailing Address of New Junior Lienholder    City/State    Zip Code

## SECTION D – RELEASE OF DEALERS

12. _____ _____
Signature of Selling Dealer      Print Dealers Name and Dealer Number

OSP 20 149325

## STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### REGISTRATION CARD

Manufactured Home

**Decal:  LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|
| 90002   SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued | | |
|---|---|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Aug 03, 2021 | | |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | | | |



**Addressee**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649

**Registered Owner(s)**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

****************************************************
**ATTENTION OWNER:**

**THIS IS THE REGISTRATION CARD FOR THE
UNIT DESCRIBED ABOVE.  PLEASE KEEP THIS
CARD IN A SAFE PLACE WITHIN THE UNIT.**

**INSTRUCTIONS FOR RENEWAL:**

**REGISTRATION FOR THIS UNIT EXPIRES ON THE
DATE INDICATED ABOVE IN THE BOX LABELED
"Exp. Date".  THERE ARE SUBSTANTIAL
PENALTIES FOR DELINQUENCY.  IF YOU DO NOT
RECEIVE A RENEWAL NOTICE WITHIN 10 DAYS
PRIOR TO THE EXPIRATION DATE, CONTACT
H.C.D. FOR RENEWAL INSTRUCTIONS.**
****************************************************

**IMPORTANT**
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 12313525

08032021 - 1

EXHIBIT 39, PAGE 1062

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT OF FACTS

This unit is a: ☑ Manufactured Home / Mobilehome  ☐ Commercial Modular  ☐ Floating Home  ☐ Truck Camper

| Decal (License) No.(s): | Trade Name: | Serial No.(s): |
|---|---|---|
| LBM1081 | CUSTOM VILLA | AC7V710394GB/GA |

I/We, the undersigned, hereby state:

Jamie L. Gallian, say that J-Pad, LLC is the Legal Owner and perfected their lien 1/14/2019.

The correct Address for the Legal Owner - J-Pad LLC
21742 Anza Ave, Torrance, CA 90503

I/We further agree to indemnify and save harmless the Director of the Department of Housing and Community Development, State of California, and subsequent purchasers of said unit, for any loss they may suffer resulting from registration of the above-described unit in California, or from issuance of a California Certificate of Title covering the same.

I/We certify under penalty of perjury that the foregoing is true and correct.

Executed on  8/6/2021  at  Huntington Beach , CA

Signature(s):  _Jamie L Gallian_

Printed name(s): Jamie Lynn Gallian

Address  16222 Monterey Ln #376
City Huntington Beach      State CA 92649

HCD RT 476.6 (Rev. 07/16)

001882      EXHIBIT 39, PAGE 1063

EXHIBIT 39, PAGE 1064

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## STATEMENT TO ENCUMBER

**SECTION I.        DESCRIPTION OF UNIT**

This unit is a (check one):

[X] Manufactured Home, Mobilehome, Multifamily Manufactured Home   [ ] Commercial Modular   [ ] Truck Camper   [ ] Floating Home

The Decal (License) Number(s) is: __LBM1081__

The Trade Name is: __SKYLINE HOMES-CUSTOM VILLA__

The Serial Number(s) is: __AC7V710394GB; AC7V710394GA__

**SECTION II.        LEGAL OWNER INFORMATION**

I/We are releasing legal owner interest in the above-described unit to encumber the title (record a lien) in favor of:

J-PAD, LLC - SOS ENTITY NO. 201804010750

*(Name of New Legal Owner)*

Address: __2702 N. GAFF STREET__   __ORANGE,__   __CA__   __92865__
_____Street Address or P.O. Box_____City_____State____Zip_____

**SECTION III.        CERTIFICATION**

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on __1/14/2019__   at   __HUNTINGTON BEACH,   CALIFORNIA, CO. OF ORANGE__
_____Date_____City_____State_____

Signature of each registered owner:          Printed name of each registered owner:

*Janie L. Gilliam, its Member*          J-SANDCASTLE CO LLC

Address: __16222 MONTEREY LN  376__   __HUNTINGTON BEACH,__   __CA__   __92649__
_____Street Address or P. O. Box_____City_____State____Zip_____

HCD 484.7 (Rev. 11/14)

EXHIBIT 39, PAGE 1066

# EXHIBIT 23

EXHIBIT 39, PAGE 1067

*Rancho Del Rey*

**MOBILE HOME ESTATES**
16222 MONTEREY LANE
HUNTINGTON BEACH, CA 92649
PHONE: (714) 846-1429

## Return of Payment

February 2, 2021

TO:

Gallian. Jamie and J-Sandcastle Co. LLC
16222 Monterey Ln. SPC 376
Huntington Beach, CA 92649

Dear Jamie Gallian and J-Sandcastle Co. LLC,

    At this time we are unable to accept your payment of $ 1086.00  dated
___February 1, 2021___  check # _4508_ due to the current legal proceedings and
being that you are not a registered resident of Space #376. You will find the check
enclosed.

Sincerely,

Molly Curtiss
Rancho Del Rey Mobile Home Estates

001887        EXHIBIT 39, PAGE 1068



EXHIBIT 39, PAGE 1069



EXHIBIT 39, PAGE 1070

*Rancho Del Rey*

**MOBILE HOME ESTATES**
16222 MONTEREY LANE
HUNTINGTON BEACH, CA 92649
PHONE: (714) 846-1429

## Return of Payment

April 12, 2021

**TO**:

Gallian. Jamie and J-Sandcastle Co. LLC
16222 Monterey Ln. SPC 376
Huntington Beach, CA 92649

Dear Jamie Gallian and J-Sandcastle Co. LLC,

At this time we are unable to accept your payment of $ 1086.00  dated
_____ April 9, 2021 _____  check #  4590  due to the current legal proceedings and
being that you are not a registered resident of Space #376. You will find the check
enclosed.

Sincerely,

Molly Curtiss
Rancho Del Rey Mobile Home Estates

001890              EXHIBIT 39, PAGE 1071



EXHIBIT 39, PAGE 1072

Rent Payment

Please Credit to the Account
    J Sandcastle Co LLC Space
    16222 Monterey Ln # 376
    Huntington Beach, CA 92649

Cash Payment $1100.00
Placed in Office At RDR 5/13/2021 12:11 PM.
                    J Hallom, member.

001892                    EXHIBIT 39, PAGE 1073

On Thursday May 13th 2021, we received an envelope in the box during our lunch closure. The
envelope contained $1100 and a note from Jamie Gallian. All three of us counted the money. It
is being returned to her attorney.


x _____     5/13/21
Molly Curtiss


x _____ 5/13/21
Rick Maskulinski


x _____ 5/13/21
Chris Houser


001893              EXHIBIT 39, PAGE 1074



001894                    EXHIBIT 39, PAGE 1075

ELAINE B. ALSTON
VIVIENNE J. ALSTON
DONALD A. DIEBOLD

## ALSTON, ALSTON & DIEBOLD
ATTORNEYS AT LAW

TELEPHONE (714) 556-9400
FACSIMILE (714) 556-9500

27201 PUERTA REAL
SUITE 300
MISSION VIEJO, CALIFORNIA 92691

1510

May 14, 2021

Hand Delivered

Mr. James Casello
Casello and Lincoln
525 Cabrillo Park Dr., Ste 104
Santa Ana, California 92701

    **Re: Houser Bros Co. v Gallian**
       **Ca. Court Case Number 30-2019-01041423 CL UD CJC**

Dear Mr. Casello:

Please find attached to this hand delivered letter the return of the cash payment of $1,100.00 which Ms. Gallian dropped through the mail slot at the Park Office yesterday afternoon.

As you and Ms. Gallian are aware Rancho Del Rey Mobile Home Estates will not accept any monies from Ms. Gallian as payment of rent due to the pending litigation.

This money is being returned to your office as a one-time courtesy due to security concerns. As Ms. Gallian does not usually answer her door to speak with Park Management, Park Management did not want to leave an envelope containing a large sum of cash taped to her door. However, if Ms. Gallian makes any future attempt to pay with cash, the Park Management will return it to her at her space and if she does not answer the door the monies will be taped to the mobilehome, despite the security risks. I sincerely hope that will not be necessary.

Further, Ms. Gallian contacted my office earlier this week stating her electricity was about to be cut off. As I stated in my e-mail to you, the Park is not involved in any disruption of her services. Both I, and Park Management, are willing to assist you in avoiding a disruption of her services. Please let me know if you need any assistance in this issue.

Very truly yours,

Vivienne J Alston

001895                               EXHIBIT 39, PAGE 1076

J-SANDCASTLE CO LLC
C/O QIP MANAGEMENT
3334 E. COAST HWY. #126
CORONA DEL MAR, CA 92625
714-321-3449

June 4, 2021

RE Ground Space Payment  #376

Space/Ground Rent Received on June 4, 2021 $1100.00 CASH gave to Rancho Del Rey Manager
in Office located at 16222 Monterey Lane at 3:46pm.

Please credit to the account of J-Sandcastle Co LLC for our home located at APN 178-011-16
identified as APN-891-569-62 LBM 1081.

Sincerely,

/s/

Steven Gallian, Director
QIP Management

001896        EXHIBIT 39, PAGE 1077

*Rancho Del Rey*

**MOBILE HOME ESTATES**
16222 MONTEREY LANE
HUNTINGTON BEACH, CA 92649
PHONE: (714) 846-1429

TO :

Gallian. Jamie and J-Sandcastle Co. LLC
16222 Monterey Ln. SPC 376
Huntington Beach, CA 92649


Dear Jamie Gallian and J-Sandcastle Co. LLC,

At this time we are unable to accept your payment of $ 1,100.00 received on 6/7/2021 in cash due to the current legal proceedings and being that you are not a registered resident of Space #376.

Sincerely,

Chris Houser
Rancho Del Rey Mobile Home Estates


001897     EXHIBIT 39, PAGE 1078

July 1, 2021

Payment of $1100.00 in cash of Ground Space Rent Lot 376.

Payment for hand delivered to Rancho Del Rey  Offices

Jamie Gallian, its Member, J-Sandcastle Co LLC.

Signed this 1st day of July 2021, at Huntington Beach, CA 92649.

_Jamie A. Gallian_  7/1/21

JAMIE L. GALLIAN, Member, J-Sandcastle Co LLC

     EXHIBIT 39, PAGE 1079



001899      EXHIBIT 39, PAGE 1080

**Rancho Del Rey**                                          # Statement

16222 Monterey Ln. OFC
Huntington Beach, California 92649
714-846-1429

| Billing Period | Statement Date |
|---|---|
| 07/02/21 - 08/01/21 | 07/27/21 |

**TO:**

Ver Steeg, Marianne
16222 Monterey Ln. SPC 379
Huntington Beach, CA 92649

| Property | Unit | Type | Acc # |
|---|---|---|---|
| RDR | SPC 379 | Lot | 425 |

| Previous Balance | Current Charges | Current Credits | Balance Due |
|---|---|---|---|
| 1,268.19 | 1,289.43 | 1,276.80 | 1,285.07 |

| Last Payment | Amount Enclosed |
|---|---|
| 7/7/21  $1,276.80  ECK - 3106 | |



PLEASE RETURN TOP PORTION WITH YOUR REMITTANCE

| Date | Reference | Description | | | Amount |
|---|---|---|---|---|---|
| | | Previous Balance | | | 1,268.19 |
| 07/07/21 | ECK - 3106 | Payment Received | | | -1,276.80 |
| 08/01/21 | | Electric Utility | | | 29.00 |
| | *Readings:* | *Current: 07/22/21 - 770* | *Previous: 06/22/21 - 605* | *Usage: 165* | |
| 08/01/21 | | Gas Utility | | | 4.36 |
| | *Readings:* | *Current: 07/22/21 - 518* | *Previous: 06/22/21 - 518* | *Usage: 0* | |
| 08/01/21 | | Water & Sewer | Includes HB Sewer & OCSD | | 44.62 |
| | *Readings:* | *Current: 07/22/21 - 1196* | *Previous: 06/22/21 - 1193* | *Usage: 3* | |
| 08/01/21 | | Garbage Fee | Republic Services | | 19.45 |
| 08/01/21 | | Rent Charge | August Space Rent | | 1,192.00 |

| | |
|---|---|
| Sub Total | **1,280.82** |
| Unapplied Credits | **4.25** |
| **Balance Due** | **1,285.07** |

| ELECTRIC | | CARE | GAS | | CARE | WATER & SEWER | | |
|---|---|---|---|---|---|---|---|---|
| KWH: 165  Daily Baseline KWH: 11.4 | | | Therms(T):  0 x 1.033 = 0 | | | 3 CCF ~ 2244 Gallons | | |
| Basic Charge | 0.0240 x 30 days | $0.72 | Daily Baseline Therms: 0.4240 | | | Meter Charge | 0.4867 x 30 days | $14.60 |
| T1 0-100% | 0.1331 x 165 kwh | $21.96 | Daily | 0.16438 x 30 Days | $4.93 | Usage Charge | 2.2267 x 3 CCF | $6.68 |
| T2 101-400% | 0.1999 x 0 kwh | $0.00 | Baseline | 1.22378 x 0 T | $0.00 | Cap Charge | 0.0145 x 30 days | $0.44 |
| T3 401%+ | 0.2752 x 0 kwh | $0.00 | Non Baseline | 1.62341 x 0 T | $0.00 | | Tax 5% of 6.68 | $0.33 |
| Generation | 0.0956 x 165 kwh | $15.77 | Transport Adj | 0 x 0.0014 | $0.00 | Water Total | | $22.05 |
| | CARE Discount | -10.88 | PPPCharge | 0.02278 x 0 T | $0.00 | HB Sewer | 30 days x 0.2824 | $8.47 |
| | Subtotal | $27.57 | State Reg Fee | 0.00577 x 0 T | $0.00 | OCSD | 30 days x 0.4699 | $14.10 |
| HB Tax | 0.05 x $27.57 | $1.38 | MHP Charge | | $0.21 | | Total | $44.62 |
| State Fee | 0.00030 x 165 kwh | $0.05 | | Care Credit | $-0.99 | | | |
| | Total | $29.00 | | SubTotal | $4.15 | | | |
| | | | | HB Tax 5% | $0.21 | | | |
| | | | | Total | $4.36 | | | |

| Comments |
|---|
| *Please note that HB Sewer and OCSD Sewer are now billed with Water on a daily rate. You may view the charges under the water calculation. |

Case 8:21-bk-11710-ES   Doc 95   Filed 05/12/22   Entered 05/12/22 22:20:08   Desc
Main Document     Page 243 of 259

## Rancho Del Rey

16222 Monterey Ln. OFC
Huntington Beach, California 92649
714-846-1429

# Statement

| Billing Period | Statement Date |
|---|---|
| 6/02/21 - 08/01/21 | 07/30/21 |

TO:

GALLIAN, JAMIE LYNN
16222 Monterey Ln. SPC 376
Huntington Beach, CA 92649

| Property | Unit | Type | Acc # |
|---|---|---|---|
| RDR | SPC 376 | Lot | GALLIAN-376 |

| Previous Balance | Current Charges | Current Credits | Balance Due |
|---|---|---|---|
| 1,086.00 | 1,183.43 | 0.00 | 2,269.43 |

BEGINNING POST BK FILING 7/9/2021, Case 11710

| Last Payment | | Amount Enclosed |
|---|---|---|
| 7/30/2021 | Check No 2578. | $2,269.43 |

PLEASE RETURN TOP PORTION WITH YOUR REMITTANCE

| Date | Reference | Description | | | Amount |
|---|---|---|---|---|---|
| 07/01/21 | Cash Payment | Rent Payment-July, 2021 | | | |
| 07/07/21 | | Cash Payment Returned to tenant @ Sp. 376 | | | |
| 08/01/21 | | Electric Utility | | | 29.00 |
| | Readings: | Current: 07/22/21 - | Previous: 06/22/21 - | Usage: | |
| 08/01/21 | | Gas Utility | | | 4.36 |
| | Readings: | Current: 07/22/21 - | Previous: 06/22/21 - | Usage: | |
| 08/01/21 | | Water & Sewer | Includes HB Sewer & OCSD | | 44.62 |
| | Readings: | Current: 07/22/21 - | Previous: 06/22/21 - | Usage: | |
| 08/01/21 | | Garbage Fee | Republic Services | | 19.45 |
| 08/01/21 | | Rent Charge | Utility Subtotal | | 97.43 |
| | | | August Space 376 Rent | | 1,086.00 |

| | Sub Total | 1,183.43 |
|---|---|---|
| | Unapplied Credits | 1,086.00 |
| | Balance Due | 2,269.43 |

## July 2021 ESTIMATED USAGE AMOUNTS

**ELECTRIC**

| | | |
|---|---|---|
| KWH: 165 | Daily Baseline KWH: 11.4 | |
| Basic Charge | 0.0240 x 30 days | $0.72 |
| T1 0-100% | 0.1331 x 165 kwh | $21.96 |
| T2 101-400% | 0.1999 x 0 kwh | $0.00 |
| T3 401%+ | 0.2752 x 0 kwh | $0.00 |
| Generation | 0.0956 x 165 kwh | $15.77 |
| CARE Discount | | -10.88 |
| Subtotal | | $27.57 |
| HB Tax | 0.05 x $27.57 | $1.38 |
| State Fee | 0.00030 x 165 kwh | $0.05 |
| Total | | $29.00 |

**GAS**

| | | | CARE |
|---|---|---|---|
| Therms(T): 0 x 1.033 = 0 | | | |
| Daily Baseline Therms: 0.4240 | | | |
| Daily | 0.16438 x 30 Days | $4.93 | |
| Baseline | 1.22378 x 0 T | $0.00 | |
| Non Baseline | 1.62341 x 0 T | $0.00 | |
| Transport Adj | 0 x 0.0014 | $0.00 | |
| PPPCharge | 0.02278 x 0 T | $0.00 | |
| State Reg Fee | 0.00577 x 0 T | $0.00 | |
| MHP Charge | | $0.21 | |
| | Care Credit | $-0.99 | |
| | SubTotal | $4.15 | |
| | HB Tax 5% | $0.21 | |
| | Total | $4.36 | |

**WATER & SEWER**

| 3 CCF ~ 2244 Gallons | | |
|---|---|---|
| Meter Charge | 0.4867 x 30 days | $14.60 |
| Usage Charge | 2.2267 x 3 CCF | $6.68 |
| Cap Charge | 0.0145 x 30 days | $0.44 |
| | Tax 5% of 6.68 | $0.33 |
| Water Total | | $22.05 |
| HB Sewer | 30 days x 0.2824 | $8.47 |
| OCSD | 30 days x 0.4699 | $14.10 |
| | Total | $44.62 |

| Comments |
|---|
| *Please note that HB Sewer and OCSD Sewer are now billed with Water on a daily rate. You may view the charges under the water calculation. |

001901                EXHIBIT 39, PAGE 1082



EXHIBIT 39, PAGE 1083



001903          EXHIBIT 39, PAGE 1084

*Rancho Del Rey*

**MOBILE HOME ESTATES**
16222 MONTEREY LANE
HUNTINGTON BEACH, CA 92649
PHONE: (714) 846-1429

## Return of Payment

**TO**:

Gallian. Jamie and J-Sandcastle Co. LLC
16222 Monterey Ln. SPC 376
Huntington Beach, CA 92649

Dear Jamie Gallian and J-Sandcastle Co. LLC,

At this time we are unable to accept your payment of $2269.43  dated
July 30, 2021         due to the current legal proceedings and being that you are
not a registered resident of Space #376.

You will find the ☐ Cash  ☑ Check # 2578              enclosed.

Sincerely,

Molly Curtiss    7/30/21
Rancho Del Rey Mobile Home Estates

001904                          EXHIBIT 39, PAGE 1085



001905          EXHIBIT 39, PAGE 1086



**EXHIBIT 24**

001907        EXHIBIT 39, PAGE 1088

**Shari L. Freidenrich, CPA**
Orange County Treasurer - Tax Collector
P.O. BOX 1438 • Santa Ana, CA 92702-1438
601 N. Ross Street, Building 16, Santa Ana
Office Hours: 8:00 AM-5:00 PM Monday - Friday
Phone Hours: 9:00 AM-5:00 PM (714) 834-3411
octreasurer.com/octaxbill

INTERNET COPY

## 2021-22 SECURED PROPERTY TAX BILL
For Fiscal Year Beginning July 1, 2021 and Ending June 30, 2022
0000210-0000210 PDFE------   344031 OCT017

**ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE
ONLINE PER CA GOV CODE §6254.21**

### DID YOU KNOW?
Sign up to receive a text/email due date reminder at octreasurer.com/securedreminders
Pay online at octreasurer.com/octaxbill to receive same day credit, no service fee by eCheck and an emailed receipt.

Mailed payments must have a USPS postmark on or before the last timely payment date. If you wait until the last day to mail your payment, get your envelope hand-stamped with a postmark to ensure it is timely. See octreasurer.com/postmarks.

### PROPERTY LOCATION
16222 MONTEREY LN 376 HUNTINGTON BEACH

### ASSESSED VALUES & EXEMPTIONS AS OF JANUARY 1, 2021

| DESCRIPTION | FULL VALUE | COMPUTED TAX |
|---|---|---|
| PERSONAL PROPERTY - OTHER | 86,339 | |
| | | |
| TOTAL VALUES: | 86,339 | 946.92 |
| TOTAL NET TAXABLE VALUE: | 86,339 | 946.92 |

### OWNER OF RECORD AS OF 12:01 AM, JANUARY 1, 2021
ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21

## MOBILE HOME

| PARCEL NO. (APN) | TAX RATE AREA | 1st Installment DUE 11/1/21 | | 2nd Installment DUE 2/1/22 | | TO PAY BOTH INSTALLMENTS BY 12/10/21 |
|---|---|---|---|---|---|---|
| 891-569-62 | 04-902 | $473.46 | + | $473.46 | = | $946.92 |

### IMPORTANT INFORMATION
#### INFORMATION COPY

Taxes were pre-paid at the time of purchase and will be credited towards this tax bill.

### VOTER APPROVED TAXES AND SPECIAL ASSESSMENTS

| SERVICE AGENCY | RATE | VALUE | TAXES |
|---|---|---|---|
| BASIC LEVY RATE | 1.00000 | 86,339 | 863.39 |
| COAST COMM COLLEGE DIST | .03119 | 86,339 | 26.92 |
| OCEAN VIEW SCHOOL DIST | .02796 | 86,339 | 24.14 |
| HUNTINGTON BCH UNION HS | .02260 | 86,339 | 19.52 |
| HUNTINGTON BEACH EMPLOYEE RETIREME | .01500 | 86,339 | 12.95 |
| | | | |
| TOTAL CHARGED | 1.09675 | | 946.92 |

F074-453 (2021)

FOR DETAILS OF TAX TYPES, VISIT OUR WEBPAGE AT OCTREASURER.COM/OCTAXBILL

THERE WILL BE A $26.00 FEE FOR EACH PAYMENT RETURNED UNPAID BY YOUR BANK FOR ANY REASON

| FIRST INSTALLMENT DUE 11/1/21 → | $.00 | SECOND INSTALLMENT DUE 2/1/22 → | $.00 | TOTAL DUE AND PAYABLE → | $.00 |
|---|---|---|---|---|---|

# THIS IS NOT A BILL

EXHIBIT 39, PAGE 1089

**EXHIBIT 25**

EXHIBIT 39, PAGE 1090



**Shari L. Freidenrich, CPA**
Orange County Treasurer - Tax Collector
P.O. BOX 1438 • Santa Ana, CA 92702-1438
601 N. Ross Street, Building 16, Santa Ana
Office Hours: 8:00 AM-5:00 PM Monday - Friday
Phone Hours: 9:00 AM-5:00 PM (714) 834-3411
octreasurer.com/octaxbill

INTERNET COPY

## 2021-22 SECURED PROPERTY TAX BILL
For Fiscal Year Beginning July 1, 2021 and Ending June 30, 2022

002036-002026e PDFE------- 340055 OCT013

**ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE
ONLINE PER CA GOV CODE §6254.21**

### DID YOU KNOW?

Sign up to receive a text/email due date reminder at octreasurer.com/securedreminders
Pay online at octtaxbill.com to receive same day credit, no service fee by eCheck and an emailed receipt.

Mailed payments must have a USPS postmark on or before the last timely payment date. If you wait until the last day to mail your payment, get your envelope hand-stamped with a postmark to ensure it is timely. See octreasurer.com/postmarks.

### PROPERTY LOCATION

**16222 MONTEREY LN 375 HUNTINGTON BEACH**

| ASSESSED VALUES & EXEMPTIONS AS OF JANUARY 1, 2021 | | |
|---|---|---|
| DESCRIPTION | FULL VALUE | COMPUTED TAX |
| PERSONAL PROPERTY - OTHER | 42,443 | |
| | | |
| TOTAL VALUES: | 42,443 | 465.49 |
| HOMEOWNER EXEMPTION | -7,000 | -76.77 |
| TOTAL NET TAXABLE VALUE: | 35,443 | 388.72 |

### OWNER OF RECORD AS OF 12:01 AM, JANUARY 1, 2021

**ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA
GOV CODE §6254.21**

| PARCEL NO. (APN) | TAX RATE AREA | 1st Installment DUE 11/1/21 | | 2nd Installment DUE 2/1/22 | | TO PAY BOTH INSTALLMENTS BY 12/10/21 |
|---|---|---|---|---|---|---|
| 891-563-75 | 04-902 | $194.36 | + | $194.36 | = | $388.72 |

### IMPORTANT INFORMATION

If you sold this property or no longer own it, you can disregard this bill. Property taxes are the responsibility of the new owner. Contact the Office of the Assessor at (714) 834-2727 regarding ownership changes.

| VOTER APPROVED TAXES AND SPECIAL ASSESSMENTS | | | |
|---|---|---|---|
| SERVICE AGENCY | RATE | VALUE | TAXES |
| BASIC LEVY RATE | 1.00000 | 35,443 | 354.43 |
| COAST COMM COLLEGE DIST | .03119 | 35,443 | 11.05 |
| OCEAN VIEW SCHOOL DIST | .02796 | 35,443 | 9.91 |
| HUNTINGTON BCH UNION HS | .02260 | 35,443 | 8.01 |
| HUNTINGTON BEACH EMPLOYEE RETIREME | .01500 | 35,443 | 5.32 |
| | | | |
| TOTAL CHARGED | 1.09675 | | 388.72 |

MH LOCATED IN SPACE 375 ON AP 178-011-16

F074-453 (2021)

**FOR DETAILS OF TAX TYPES, VISIT OUR WEBPAGE AT OCTREASURER.COM/OCTAXBILL**

---

THERE WILL BE A $26.00 FEE FOR EACH PAYMENT RETURNED UNPAID BY YOUR BANK FOR ANY REASON
RETAIN TOP PORTION FOR YOUR RECORDS -- IF PAYING BY CHECK, YOUR CANCELLED CHECK IS YOUR RECEIPT OR PAY ONLINE AND RECEIVE AN EMAILED RECEIPT

DETACH AND MAIL STUB 2ND INSTALLMENT IN ENVELOPE PROVIDED
WRITE YOUR PARCEL NO. ON YOUR CHECK

| PARCEL NUMBER (APN) | DELINQUENT AFTER |
|---|---|
| 891-563-75 | APRIL 11, 2022 |

ASSESSEE:

**ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE
PER CA GOV CODE §6254.21**
  Make checks payable to: County of Orange

COUNTY OF ORANGE
ATTN: TREASURER-TAX COLLECTOR
P.O. Box 1438
Santa Ana, CA 92702-1438

INTERNET COPY

AMOUNT DUE AFTER 4/11/22 (INCLUDES 10% PENALTY + $23 COST)

**ORANGE COUNTY 2021-22 PROPERTY TAX**
Pay taxes online by eCheck or by credit card



Scan the code to view and pay
your specific parcel online

**DUE FEB 1, 2022**   **2**

**$194.36**

$236.79

018915637500001202102041122000001943606302200000236790000000000000008

---

DETACH AND MAIL STUB WITH 1ST INSTALLMENT IN ENVELOPE PROVIDED
WRITE YOUR PARCEL NO. ON YOUR CHECK

| PARCEL NUMBER (APN) | DELINQUENT AFTER | TO PAY BOTH INSTALLMENTS BY DEC. 10 |
|---|---|---|
| 891-563-75 | DECEMBER 10, 2021 | $388.72 |

ASSESSEE:

**ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE
PER CA GOV CODE §6254.21**
  Make checks payable to: County of Orange

COUNTY OF ORANGE
ATTN: TREASURER-TAX COLLECTOR
P.O. Box 1438
Santa Ana, CA 92702-1438

INTERNET COPY

AMOUNT DUE AFTER 12/10/21 (INCLUDES 10% PENALTY)

**ORANGE COUNTY 2021-22 PROPERTY TAX**
Pay taxes online by eCheck or by credit card



Scan the code to view and pay
your specific parcel online

**DUE NOV 1, 2021**   **1**

**$194.36**

$213.79

018915637500001202101121021000001943606302200000213790000000000000006

**EXHIBIT 26**

001911          EXHIBIT 39, PAGE 1092

**Department of Housing and Community Development**
**Division of Codes and Standards**
**Registration and Titling Program**



## Private Party Sale for a Home on Local Property Tax
## with HCD Certificate of Title

HCD RT 804 (Rev. 10/20)

*IMPORTANT: Please return this letter with the items requested below to the address
listed on side 2.*

The following are instructions on how to transfer ownership of a manufactured home or
mobilehome sold by someone other than a licensed California dealer when all the
following apply:

1) The home is titled with HCD.

2) The home is subject to local property taxation (LPT) and bears an HCD decal
   number that begins with the letter "L."

In order to transfer ownership of a home meeting the above criteria, the following
documents and fees must be submitted to the address listed on side 2 of this letter:

1) The original HCD Certificate of Title signed off by all owners printed on the title. The
   new owners should complete the "New Owner Information" area and sign where
   appropriate. If the original title has been lost, an Application for Duplicate Certificate
   of Title (form HCD RT 480.4) can be completed and submitted with a $25 duplicate
   fee.

2) The original last-issued registered owner's Registration Card or, if lost, an
   Application for Duplicate Registration Card (form HCD RT 481.2) completed and
   submitted with a $25 duplicate fee.

3) A valid original Tax Clearance Certificate (not your tax bill) issued by the County Tax
   Collector where the home is located. The new buyers should be shown as the
   Applicant on this form.

   For a list of County Tax Collector contact numbers, please visit the California Board
   of Equalization's Listing of County Tax Collectors or call (800) 952-8356 for further
   assistance.

4) Multi-Purpose Transfer Form (form HCD RT 476.6G) completed in appropriate
   sections and signed by all new buyers.

001912                          EXHIBIT 39, PAGE 1093

5)  Transfer Fee .................................... $35
    Transfer Fee Penalty ........................ $25
    ...................................................... (due if postmarked 20 days after date of sale)
    Mobilehome Recovery Fund Fee ...... $10 (due for each sale after January 1, 2008)
    Registration Fee................................ $23 per section
    Registration Fee Penalty................... $3 per section
    ...................................................... (due if postmarked 20 days after date of sale)
    Park Purchase Fee .......................... $5 per section (not due if buyer owns the land)
    Lien Registration Fee........................ $25
    ...................................................... (due if adding, changing, or deleting a lender)
    Duplicate Title Fee ........................... $25 (due if duplicate submitted)
    Duplicate Registration Card Fee ....... $25 (due if duplicate submitted)

Make **CHECK** or **MONEY ORDER** payable to **HCD** and show the **DECAL NUMBER**.

Please mail to:      HCD
                     P.O. Box 277820
                     Sacramento, CA  95827-7820

Basic transfer requirements and fees must be postmarked and/or received by HCD within 20 calendar days from the date of sale to avoid transfer penalties.

If, after a review of your application, additional fees and/or documents are required, your application will be returned to you with further instructions for completing your transaction.

If you have any questions regarding the above requirements or forms, please contact HCD at (800) 952-8356 or ContactRT@hcd.ca.gov for assistance.

Visit HCD's website for a list of DISTRICT OFFICES or call (800) 952-8356.

EXHIBIT 39, PAGE 1094

**EXHIBIT 27**

5/12/22, 6:20 PM                                    Pay Fees — Submit a Payment - CASAS

Select Language ▾   Powered by Google **Translate**

**California Department of Housing and Community Development**
*Codes and Standards Automated System (CASAS)*

---

Home

## Pay Fees — Submit a Payment

You can now pay fees — submit a payment for any Codes and Standards transactions that require payment.

For example:

- Manufactured home/mobilehome title transfers
- Duplicate titling documents
- Permit and inspection fees
- Mobilehome/RV park permits to operate
- Employee housing permits to operate
- Occupational license renewals
- Any other Codes and Standards-related transaction that requires payment

**Before you begin, you will need:**

1. Your document tracking number (DTN)
2. Zip code related to this application
3. A valid VISA or Mastercard credit card and billing information

**\*** Indicates Required Field

Document Tracking Number

(DTN)

**\***

Zip Code   **\***

[ ] I'm not a robot
reCAPTCHA
Privacy - Terms

[ Continue ]   [ Clear Form ]

---

Version 2.0.358

https://casas.hcd.ca.gov/casas/casasApplication/payApplicationFeesOnline                                1/1

001915                    EXHIBIT 39, PAGE 1096

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION OBJECTING TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 12, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On **May 12, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be completed** no later than 24 hours after the document is filed.

**DEBTOR**
JAMIE LYNN GALLIAN
16222 MONTEREY LN UNIT 376
HUNTINGTON BEACH, CA 92649

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 12, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge **will be completed** no later than 24 hours after the document is filed.

PURSUANT TO THE COURTROOM POLICIES AND PROCEDURES OF THE HONORABLE ERITHE A. SMITH, COURTROOM 5A, §VIII. JUDGES' OR COURTESY COPIES, EXCEPT FOR DOCUMENTS 200 PAGES OR OVER, INCLUDING EXHIBITS, JUDGE SMITH **DOES NOT** REQUIRE JUDGES' COPIES.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 12, 2022 | Layla Buchanan | /s/ Layla Buchanan |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

001916

EXHIBIT 39, PAGE 1097

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Aaron E DE Leest adeleest@DanningGill.com, danninggill@gmail.com; adeleest@ecf.inforuptcy.com
   - **ATTORNEY FOR CREDITOR and PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION:** Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com; goeforecf@gmail.com
   - **TRUSTEE JEFFREY I GOLDEN (TR):** Jeffrey I Golden (TR lwerner@wgllp.com, jig@trustesolutions.net; kadele@wgllp.com
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** D Edward Hays ehays@marshackhays.com, ehays@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
   - **ATTORNEY FOR CREDITOR and PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION:** Brandon J Iskander biskander@goeforlaw.com, kmurphy@goeforlaw.com
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN (TR):** Eric P Israel eisrael@DanningGill.com, danninggill@gmail.com; eisrael@ecf.inforuptcy.com
   - **ATTORNEY FOR PLAINTIFF HOUSER BROS. CO.:** Laila Masud lmasud@marshackhays.com, lmasud@ecf.courtdrive.com; kfrederick@ecf.courtdrive.com
   - **ATTORNEY FOR DEFENDANT RANDALL L NICKEL:** Mark A Mellor mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
   - **INTERESTED PARTY COURTESY NEF:** Valerie Smith claims@recoverycorp.com
   - **U.S. TRUSTEE:** United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

001917

EXHIBIT 39, PAGE 1098

EXHIBIT 40

1    JAMIE LYNN GALLIAN
     16222 Monterey Lane Unit 376
2    Huntington   Beach,   CA   92649
     (714) 321-3449
3    jamiegallian@gmail.com

4    In PRO PER

5

6

7

8                    UNITED STATES BANKRUPTCY COURT

9         CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

10                                      Case No. 8:21-bk-11710-ES

11   In re:                            Chapter 7

12   JAMIE LYNN GALLIAN,               **DEBTORS REPLY OPPOSITION,**
                                       **MEMORANDUM OF POINTS AND**
13                                     **AUTHORITIES TO HOUSER BROS. CO.**
                                       **DBA RANCHO DEL REY MOBILE**
14               Debtor.               **HOME ESTATES' MOTION**
                                       **OBJECTING TO DEBTOR'S CLAIMED**
15                                     **HOMESTEAD EXEMPTION AND**
                                       **JOINDER PARTIES HUNTINGTON**
16                                     **BEACH GABLES HOA; JANINE JASSO.**
17
                                       Hearing Date: June 2, 2022
18                                     Time:        10:30 a.m.
                                       Courtroom:   5A
19

20     TO THE HONORABLE ERITHE A. SMITH, ALL PARTIES AND TO THEIR

21   ATTORNEY'S OF RECORD:

22         Defendant Gallian opposes the Motion objecting to debtor's claimed homestead filed by

23   Interested Party, Houser Bros Co dba Rancho Del Rey Mobilehome Estates and Interested

24   Joinder's The Huntington Beach Gables Homeowners Association and Janine B. J

25   The purpose of bankruptcy is to give debtors a fresh start by shedding debts that they owed but

26   cannot pay.  Part of the fresh start includes lien avoidance on exempt assets. ***See Richardson,***

27   ***224 B.R. at 808.***  Debtor wants to maximize the amount of property she gets to keep to avoid

28   any creditor collection efforts, especially efforts to collect their personal residence.

1

EXHIBIT 40, PAGE 1099

1    California law is instructive regarding property interests that debtors may possess at

2    filing which are included in the bankruptcy estate as defined in § 541 of the Bankruptcy

3    Code. To avoid a lien, it must impair an interest a debtor has in an exempt asset. Cited

4    California law and cases affirm that a homestead right is an interest in real property. *See*

5    California Const., Art. 12, §§ 1 & 2.

6

7    As the U.S. Supreme Court defines it, property of the estate consists of "all the

8    interests in property, legal and equitable, possessed by the debtor at the time of filing ..."

9    *Owen v. Owen,* 500 U.S. 305, 308 (1991).  This definition is extremely broad.

10

11    Debtor has continuously lived in her personal residence in Huntington Beach, CA

12    TRACT 10542, Lot 1 & Lot 2, Unit 1, 2, 3, 4, the location of 459 units, in Unit 53 and

13    then Unit 376 respectively.

14    There are two subject residence(s) debtor makes request to this Honorable Court to

15    take Judicial Notice of:

16

17    **1.   4476 Alderport Drive, Unit 53 Huntington Beach, Ca 92649 A.P.N. 937-630-53.**

18    Debtor was the tenant from November 23, 2009 through March 22, 2017;

19    Debtor was gifted the property from her step-mother and debtor's predecessor Sandra L.

20    Bradley on March 23, 2017, Instrument No, 2017-0116715.  On October 31, 2018, debtor

21    sold Unit 53 to Randall Nickel, a bona fide purchaser for value of $379,000.00.  A.P.N. 937-

22    630-53.

23

24

25    **Statement of Financial Affairs, DOC 1, Part 7, No. 18,  page(s) 46-60,**

26    Debtor disclosed the sale of her primary residence, Unit 53 in her Chapter 7 petition

27    filed July 9, 2021.  Subsequently, debtor read the petition question more closely and the

28

2

EXHIBIT 40, PAGE 1100

1  question asks "Within the last 2 years before you filed for bankruptcy, did you sell, trade or

2  otherwise transfer any property to anyone, other than property transferred in the ordinary

3  course of your business or financial affairs?"  Debtor disclosed No. 18, "Primary residence

4  sold leasehold on 10/31/2018, 4476 Alderport Dr. #53, ….Paid in exchange amount as

5  $379,000.00.

6

7  **2.  16222 Monterey Lane, Unit 376, Homeowner November 1, 2018 - to the present day.**

8        Petitioner, Houser Bros Co. and the two joinders, Huntington Beach Gables

9  Homeowners Association; Janine Jasso, Esq. make no allegations that debtor has lived

10 anywhere else or claimed any other property as her homestead exemption to the sale date of

11 Unit 53 on October 31, 2018, and the purchase of Unit 376 November 1, 2018, to the present

12 day.

13

14       Debtor designated and occupied the property as her homestead. *See* 4 Collier on

15 Bankruptcy P 522.10 (16th 2020).  As previously stated, the only requirement for claiming a

16 homestead exemption under the California exemption statute that the home claimed be "the

17 principal residence of such person." Record title to the homestead is not required to claim a

18 homestead exemption in the property.

19

20       Debtors' Chapter 7 Petition and Schedules July 9, 2021, DOC 1, Schedule A/B

21 required debtor to "list any ownership interest or legal or equitable interest in any residence,

22 building, land, or similar property."  Debtor answered "Yes" on Schedule A/B, DOC 1, page

23 12 of 60, to indicate and disclose that she owned a legal or equitable interest in the Residence

24 located at 16222 Monterey Lane, Unit 376, Huntington Beach, CA 92649, with a

25 $235,000.00 value, Fee simple.  Debtor also disclosed **DOC 1, Part 1, page 12 of 60,**

26

27

28

"Personal Residence of Debtor since 11/1/2018, 2014 Skyline Custom Villa Manufactured Home Decal No. LBM1081.

Debtor disclosed under penalty of perjury on July 9, 2021, "J-Sandcastle Co LLC executed Release of Title, signed and notarized by Jamie Lynn Gallian, its Member on February 25, 2021. Debtor inquired with and disclosed to the Trustee's Assistant Lori Werner, and again at the first 341 Meeting of Creditors, when debtor was asked whether her schedules were correct under penalty of perjury.  Debtor forwarded a copy of and explained to the Trustee and the creditors that Debtor received an email dated August 11, 2021 at 3:54p.m, from Sarina Ramirez, Housing and Community Development 3737 Main Street Suite 400, Riverside, Ca 92501, Program Technician, Registration and Titling, a Title Search from  confirmation from Housing and Community Development Release of Registered Title with HCD had not been processed to the best of her knowledge and Registered Title with HCD reflected Debtor's single member LLC, J-Sandcastle Co. LLC on July 9, 2021, the date debtor signed her schedules. Debtor had no information besides her copy of the Notarized Release on the Certificate of Title, released dated February 25, 2021, and a copy of NOTICE OF SALE OR TRANSFER, dated February 25, 2021.

**In Debtors DOC 1, page 15 of 60,** Debtor disclosed a "Manufactured Home Financing Note" and a UCC-1, File No. 19-769190527, with the Secretary of State on Debtor's primary residence, Decal No. LBM1081.

**In Debtors DOC 1, page 21 of 60,** Debtor disclosed a UCC-1, Filing Date of 1/14/2019, J-Pad, LLC File No. 19-7691905279.

4

001922                    EXHIBIT 40, PAGE 1102

On July 9, 2021, **Chapter 7, Statement of Financial Affairs, DOC 1, Part 7, No. 16, page 46-60,** Debtor disclosed and listed various amounts of monies paid in attorney fees, over $113,700.00 to various attorneys. There are several other attorneys who were paid attorney's fees for legal consulting. However, there was not enough room to list every amount and the attorney paid.

In additional to the 1/14/2019, UCC-1 there was an UCC-AD filed on 1/14/2019, File No. 19-7691916827, after debtor realized she listed herself as the Debtor on File No. 19-7691905279. Debtor further disclosed and filed with HCD a Statement to Encumber in favor of Ron Pierpont, (debtors ex-husband since 2015), perfected 8/20/2020, for funds Ms. Pierpont advanced Debtor for a bail bond.

Concealment of assets by a bankrupt is a fraud upon her creditors. It can only be established by clear and convincing proof. There is no proof of any literal transfer or concealment of any property, no falsification of any financial statement to secure credit; there is no scheme to execute any such intent.

In this case, the petitioners "proof" consists solely of the "date" HCD printed a Registration Card or printed a Certificate of Title by the Sacramento Office of Housing and Community Development.

Moving party's own documents establish that ownership of Unit 376 was released by J-Sandcastle Co LLC, signed and notarized by its Member Jamie Lynn Gallian on February 25, 2021.

To the extent petitioners are arguing that HCD's Certificate of Title Documents and/or the Registration Card Document are conclusive evidence on this issue, then why aren't they stuck with the conclusion that HCD's transfer date is binding as well.

Additionally, petitioner's failed to cite any legal authority in the motion that ownership does not change until HCD gets around to opening thousands of envelopes sent to various HCD locations

5

001923                 EXHIBIT 40, PAGE 1103

1 | throughout California; processes the enclosed documents, and then and only then when the
2 | documents are received in Sacramento, (Sacramento is the only location that prints Certificate of
3 | Title Documents) changes to Certificate of Title and Registration Cards are sent through the United
4 | States Mail.

5 | Individuals can own things of a personal nature such as cars, boats, planes, manufactured
6 | homes, without the Certificate of Title reflecting their name all the time.  The important fact that
7 | petitioners are missing is "Possession of the Certificate of Title and Section "B" on the back side of
8 | the Certificate of Title indicate by a Releasing Signature of Registered Owner, and the Date of
9 | 
10 | Release.

11 | Whether or not such proof is sufficient to require a forfeiture of the bankrupt's right to make
12 | her own selection of her exemptions depends upon her ability reasonably to explain HCDs
13 | processing of claims.  If her explanation is reasonable and exonerates her from fraud, no restriction
14 | on her right to select her exemptions may be imposed.

15 | Federal law provides no authority for bankruptcy courts to deny an exemption on a ground
16 | not specified in the Bankruptcy Code, abrogating *Latman v. Burdette*, 366 F.3d 774, *In re Yonikus*,
17 | 996 F.2d 866, *In re Doan*, 672 F.2d 831, and *Stewart v. Ganey*, 116 F.2d 1010.

18 | The uncontradicted proof establishes the following facts: The Debtor sold unencumbered real
19 | property with a Homestead Exemption noted on the 2018-2019 Secured Tax Assessors Bill of the
20 | debtors previous residence A.P.N. 937-630-53, commonly described as 4476 Alderport Drive, Unit
21 | 53, Huntington Beach, CA 92649, sold on October 31, 2018, as disclosed on DOC 1.  Debtor moved
22 | from the Alderport Drive home on or about September 11, 2018, after she was battered by a board
23 | members husband on August 5, 2018, in contemplation of the house being sold in September 2018,
24 | to the first purchasers, the Ginestra's.  Debtor signed a 3-year lease on September 11, 2018, 5782
25 | Pinon Drive Huntington Beach, CA 92649.  Debtor received her original escrow deposit returned by
26 | check from Express Escrow on the first home she opened escrow on Unit 108, in Rancho Del Rey

6

1   Mobilehome Estates.  Debtors home on Alderport had not sold as a result the seller of Unit 108,

2   would not accept a contingency offer, backed out of the deal to sell Unit 108.

3          Gallian signed a 3-year lease with Henry Newton, paid a $ and resigned herself that she could

4   not afford and did not qualify to secure financing without a significant down payment. Housing

5   prices were beginning to rise as well a rents.

6          On or about October 28 or 29, 2018, debtor dropped the price on the Alderport home listed

7   for sale on Zillow.com. The very next morning debtor received a message through Zillow with a

8   phone number that an interested person would like to view the Alderport property.  Debtor met with

9   the buyers and sold the property the next day.  Debtor owned the Alderport home unencumbered. It

10  was gifted to debtor from her step-mother about a year earlier in March 2017 with an adjusted Prop

11

12  58 tax basis.

13         The new buyers were thrilled for a variety of reasons.  The buyer was purchasing the home

14  for his daughter who worked in Orange County.  It would be her first home away from home.  The

15  parents lived part of the time in Big Bear Lake, and the other part of the time in Riverside County.

16  The drive back and forth and the time spent looking for a home to purchase for their daughter was

17  wearing on them. The home on Alderport was vacant, except for a few larger items stored in the

18  garage on Alderport.  Debtor was current on the county property taxes and the HOA monthly fees

19  were paid.  The buyers were contemplating getting the keys as soon as the documents were signed,

20  notarized and filed.  There were no loans on the property or encumbrances. Debtor  provided two

21  preliminary title reports to the buyer along with two notebooks with information concerning the

22

23  Governing Documents, Sub-condominium/Grant Deed, Conveyance of Remainder Interest, Gables

24  Rules & Regulations, and a copy of the City Permit for the air conditioner installed in 2015, etc.

25  Debtor sent the HOA management company, Elite Management, by overnight mail about a week

26  earlier, a "Demand Letter" with a request for HOA Minutes, Financial Disclosures, 12 Months of

27

28  Board Meeting Minutes, Copy of Insurance Disclosure, Unit 53 Monthly Dues Statement, etc.

7

001925                    EXHIBIT 40, PAGE 1105

1    Debtor paid an expedited fee upon request of the Gables Management Company, Elite, Linn Joslyn,

2    for the information to be provided within 24 hours.  Debtor also paid the October 2018 month HOA

3    Dues by money order which included a $10.00 late fee.

4

5    **STANDING**

6

7        *Matter of Southmark Corp.*, 62 F.3d 104, 106 (5th Cir. 1995) (a party to an executory

8    contract has a claim against the debtor [only] when the [debtor has rejected] the contract).

9    INTERESTED PARTY HOUSER BROS CO dba Rancho Del Rey Mobilehome Estates does not

10   have standing to bring this Motion, therefore it must be dismissed.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

001926                              EXHIBIT 40, PAGE 1106

1

## TABLE OF AUTHORITIES

2  <u>CASES</u>

3  *In re Bassin,* 637 F.2d 668, 670 (9th Cir. 1980)……………………………………………………

4  *In re Carter,* 182 F.3d 1027, 1029 n. 3 (9th Cir.1999)……………………………………

5  *In re Diaz,* 547 B.R. 329, 337 (B.A.P. 9th Cir. 2016)……………………………………….

6
   *In re Greene*, 583F.3d 614, 618 (9th Cir. 2009)……………………………………………..
7
8  In re Kelley, 300 B.R. 11, 16 (9th Cir. B.A.P. 2003)………………………………………..

9  *In re Pass*, 553 B.R. 749, 757 (B.A.P. 9th Cir. 2016)……………………………………..

10  *In re Sewell,* 180 F.3d 707, 710 (5th Cir. 1999)……………………………………………..

11  *Gravel, Shea & Wright, Ltd. v. Bank of New England (In re New England Carpet Co.),*
    744 F.2d 16, 17 (2d Cir. 1984)………………………………………………………………...
12
13  *Haskins v. Certified Escrow & Mortg. Co.,* (1950) 96 Cal. App. 2d 688, 691…………..

14  *Kono v. Meeker,* 196 Cal. App. 4th 81, 86 (2011)……………………………………………..

15  *Matter of Southmark Corp.,* 62 F.3d 104, 106 (5th Cir. 1995)…………………………..

16  *Mehrtash v. Mehrtash* (2001) 93 CA4th 75, 81, 112 CR2d 802, 806…………………….

17  *Nadel v. Mayer* (*In re Mayer*), 167 B.R. 186 (9th Cir.BAP1994)……………………….
18
19  *Oppenheim v. Goodley* (1957) 148 Cal.App.2d 325, 328)………………………………..

20  *Raleigh v. Illinois Dep't of Revenue,* 530 U.S. 15, 20–21 (2000)………………………...

21  *Tassone v. Tovar* (1994) 28 Cal.App.4th 765, 768 ………………………………………..
22
23  *United States ex rel Farmers Home Admin. v. Arnold & Baker Farms,*

24  177 B.R. 648, 654 (9th Cir. BAP 1994)……………………………………………………….

25  *United Savs. Ass'n v. Timbers of Inwood Forest Assocs.,* 484 U.S. 365 (1988)……………

26

27

28

001927    EXHIBIT 40, PAGE 1107

11 U.S.C. § 522(p) ........................................................................................................... 15, 16

11 U.S.C. § 522(p)(1). ........................................................................................................ 15

11 U.S.C. § 704.730 ........................................................................................................... 16

11 U.S.C. § 704.740(a) ....................................................................................................... . 10

11 U.S.C. § 704.740(b) .......................................................................................................10

Cal. Code Civ. P. § 703.130 ...............................................................................................16

Cal. Code Civ. P. § 704.710(c) .......................................................................................... 11

Cal. Code Civ. P. § 704.720(a) ...........................................................................................10

Cal. Code Civ. Proc. § 704.710(a)(2) ................................................................................ 11

CCP § 704.210 .............................................................................................................

CCP § 704.730 ...............................................................................................9, 11 15

CCP § 704.780(a) ...............................................................................................................12

CCP § 704.780(a)(1) .......................................................................................................... 11

CCP §§ 704.710-704.850 ................................................................................................... 9

CCP §§ 704.910-704.995 ................................................................................................... 9

CCP 704.730(a) ..................................................................................................................10

**STATUTES**

11 U.S.C. § 522 ..................................................................................................................  9

11 U.S.C. § 522(b) ............................................................................................................. 3, 9

11 U.S.C. § 522(b)(1) ...............................................................................................................

11 U.S.C. § 522(b)(3)(A) ................................................................................................... 15

11 U.S.C. § 522(c) ............................................................................................................. 3, 9

11 U.S.C. § 522(g) ...............................................................................................................3

10

11 U.S.C. § 522(o) ......................................................................................... 15, 16

11 U.S.C. § 522(o)(1-4). ................................................................................15

11 U.S.C. § 704.730 ....................................................................................... 16

11 U.S.C. § 704.740(a) ................................................................................... 10

11 U.S.C. § 704.740(b) ................................................................................... 10

Cal. Code Civ. P. § 703.130............................................................................ 16

CCP §§ 703.580(b)..........................................................................................

Cal. Code Civ. P. § 704.710(c) ...................................................................... 11

Cal. Code Civ. P. § 704.720(a) ...................................................................... 10

Cal. Code Civ. Proc. § 704.710(a)(2) ............................................................11

CCP § 704.730 ..................................................................................... 9, 11, 15

CCP § 704.780(a)............................................................................................ 12

CCP § 704.780(a)(1) ...................................................................................... 11

CCP §§ 704.710-704.850 ................................................................................. 9

CCP §§ 704.910-704.995 ................................................................................. 9

CCP 704.730(a)............................................................................................... 10

## <u>OTHER AUTHORITIES</u>

FED.RULE OF EVIDENCE R. 301.............................................................


4 COLLIER ON BANKRUPTCY P 522.10 (16th 2020)

PRELAWSUIT CONSIDERATIONS, Cal. Prac. Guide Enf. J. & Debt
(Rutter Group 2020) Ch. 3-C, 3:318.1.....................................................

REQUIEMENT OF INJURY TO CREDITOR 8 Witkin, Cal. Proc. 5th
Enf Judgm § 497 (2020).........................................................................

16A Cal. Jur. 3d CREDITORS RIGHTS AND REMEDIES § 406..............................

001929   EXHIBIT 40, PAGE 1109

1

2 <u>RULES</u>

3 Rule 1009…………………………………………………………………………..12

4 Rule 4003(c)...................................................................................................................12

5 <u>STANDARD</u>

6 "preponderance of the evidence"  In re Kelley, 300 B.R. 11, 16 (9th Cir. B.A.P. 2003).

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

001930        EXHIBIT 40, PAGE 1110

## Memorandum of Points and Authorities

1.  At the time a petition for bankruptcy is filed, "all legal or equitable interests of the debtor in property" become available to satisfy creditors' claims and costs of the proceedings **unless the assets are '"exempted' from use** in satisfying claims of creditors and other authorized charges." *In re Sewell,* 180 F.3d 707, 710 (5th Cir. 1999); FRBP § 541(a)(1).

Bankruptcy exemptions are determined by the applicable state law on the date of the filing of the original bankruptcy petition. ***In re Bassin****,* 637 F.2d 668, 670 (9th Cir. 1980).

California has, per FRBP § 522(b)(1), has "opted out" of the federal exemption scheme and therefore California debtors may claim only those exemptions allowable under California law.

### Debtor Followed the California Statute by Filing a Declared Homestead

Debtor's complied with filing a Declared Homestead on July 9, 2021, Official Records of Clerk Recorder.  California homestead exemption statute entitles her to claim that exemption for bankruptcy purposes.

### A Debtor's Claimed Exemptions Are Presumptively Valid

Generally, claimed exemptions are "presumptively valid" and the objecting party thus bears the burden of proving that the exemption is improper. *In re Carter,* 182 F.3d 1027, 1029 n. 3 (9th Cir.1999); FRBP §4003(c).

However, the Supreme Court in *Raleigh v. Illinois Dep't of Revenue,* 530 U.S. 15, 20–21 (2000), held that because burden of proof is substantive, in the absence of a federal interest requiring a different result, the state law allocation of the burden should apply in bankruptcy objection to claims.

001931                    EXHIBIT 40, PAGE 1111

1    Although the burden of proof lies with the party claiming the exemption, exemption

2    statutes are generally construed in favor of the debtor. *Kono v. Meeker,* 196 Cal. App. 4th 81, 86

3    (2011).

4    Pursuant to Cal. Civ. Proc. Code § 704.780(a), the burden to show a debtor's entitlement

5    to a homestead exemption rests with the debtor, **[unless]** a declared homestead has been

6    recorded. Cal. Civ. Proc. Code § 704.780(a) as is the case in this Chapter 7. **DOC**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

001932                          EXHIBIT 40, PAGE 1112

## a. Creditor has failed to shift the burden to Debtor

Creditor has failed to state any recognized objection to the California homestead exemption.  "The exemption protects a 'homestead,' defined as a dwelling in which the debtor or the debtor's spouse resided on the date the judgment creditor's lien attached (in bankruptcy, the petition date) and has resided continuously until the court's determination that the dwelling is a homestead." *In re Pass*, 553 B.R. 749, 757 (B.A.P. 9th Cir. 2016) (citing Cal. Civ. Proc. Code §704.710(c)). "Thus, this protection is available in bankruptcy if the debtor was living in the home on the petition date. The exemption is 'automatic' in the sense that it requires no affirmative act by the debtor to make it effective; rather, it applies automatically to any dwelling that meets the definition." In re Pass, 553 B.R. at 757.

Interested party Houser Bros, Co or the joinders objection makes no allegation that the Property was not the principal dwelling in which Debtor resided on the date the bankruptcy petition was filed.

Second, the Debtor has resided in the Property since the Property was acquired on November 1, 2018, with the unencumbered proceeds from the sale of her previous home, October 31, 2018.

Third, Debtor claimed the $600,000 homestead exemption in her Schedule C § 704.730(a)(1) which provides for the $600,000 exemption.

Debtor's automatic exemption was effective on the date of the petition.

EXHIBIT 40, PAGE 1113

## b. Declared Homestead

The date for the determination of the homestead exemption amount is the date on which debtors file a bankruptcy petition. *In re Pass*, 553 B.R.749, 760 (B.A.P. 9th Cir. 2016) (citing *Moffat v. Habber* (In re Moffat), 119 B.R. 201, 204 n. 3 (9th Cir. BAP 1990)).

The Ninth Circuit BAP directly refutes Creditor's proposition in a substantially similar case where the creditor argues that a $100,000 homestead exemption limit be used instead of the $150,000 homestead exemption limit because $100,000 was the exemption limit in the year that the judgment lien attached. *In re Zall*, No. BAP.EC-05-1476-MOSB, 2006 WL 6811022, at *2 (B.A.P. 9th Cir. Sept. 5, 2006). The BAP went on to overrule that creditor's objection and find that the petition date was the date for determination of the amount of the homestead exemption under California law. Id.; see also *Nadel v. Mayer* (*In re Mayer*), 167 B.R. 186 (9th Cir.BAP1994).

**The BAP has also found that:**

Under California law, two species of homestead protection are available to judgment debtors, the "automatic" (or Article 4) homestead exemption and the "declared" (or Article 5) homestead protection, respectively.

These protections are available under different circumstances, they serve different purposes, and they confer different rights on debtors. "[T]here is no overlap between these rights." Id. At 756 (emphasis added). Depending on the circumstances, a given debtor may be entitled to one or the other, or to both, or to neither. Id.

*In re Pass,* 553 B.R. 749, 756–57 (B.A.P. 9th Cir. 2016) (citing *In re Anderson*, 824 F.2d 754, 756 (9th Cir. 1987)). As a result, Debtor's declared homestead declaration does not prevent Debtor from the benefit or use of the automatic homestead exemption (Schedule C) and Creditor has provided no case law or statute indicating otherwise. Katz v. Pike (In re Pike), 243 B.R. 66,

16

001934           EXHIBIT 40, PAGE 1114

1
2     69-71 (9th Cir. BAP 1999); See also Avetoom v. Fridman (In re Fridman), Nos. CC-21-1101-LSF, 8:21-bk-10513-ES, 2022 Bankr. LEXIS 358, at *13 (B.A.P. 9th Cir. Feb. 11, 2022).

3          "[W]hen a debtor claims an exemption created under state law, the scope of the
4     exemption is determined under state law which may provide that certain types of debtor
5     misconduct warrant denial of the exemption.'" In re Gray, 523 B.R. 170, 175 (B.A.P. 9th Cir.
6     2014) (quoting Law v. Siegel, 134 S. Ct. 1188, 1196-97 (2014).
7
           Courts in the Ninth Circuit have determined if or what kinds of equitable doctrines can be
8
9     used by bankruptcy courts to disallow exemptions. "Without reaching the bankruptcy court's
10    power to disallow exemptions or the relevance of California public policy concerning homestead
11    exemptions, the Court agrees with the bankruptcy court that Creditors' California law theories
12    would not preclude Debtor's homestead exemption in this case."
13    *In re Gilman,* No. 1:11-BK-11603-VK, 2020 WL 7087703, at *5 (C.D. Cal. Oct. 28, 2020).
14
           In light of California public policy favoring liberal application of the homestead
15
16    exemption, debtor respectfully requests this Court find Interested party Houser Bros Co and the
17    joinders arguments in effective towards Debtor's homestead exemption.
18
19
20
21
22
23
24
25
26
27
28

001935                    EXHIBIT 40, PAGE 1115

"[A] valid claim of equitable estoppel consists of the following elements:

(a) a representation or concealment of material facts

(b) made with knowledge actual or virtual, of the facts

(c) to a party ignorant, actually and permissibly, of the truth

(d) with the intention, actual or virtual, that the ignorant party act on it, and (e) that party was

induced to act on it." *In re Gilman*, No. 1:11-BK-11603-VK, 2020 WL 7087703, at *5 (C.D. Cal.

Oct. 28, 2020) (quoting *Behnke v. State Farm Gen. Ins. Co.*, 196 Cal. App. 4th 1443,

1465 (2011)).

Debtor entered into a contract (the "Contract") with Creditor Houser Bros Co Attorney

Vivienne Alston on or about August 7 or 8, 2019, whereby Creditor agreed to dismiss her

Unlawful Detainer Case 30-2019-01041423, against Houser Bros for advancing their "Self Help"

against debtor; Gallian would dismiss her Wrongful Eviction Case against Houser Bros Co.

Gallian complied and dismissed the wrongful eviction.  Attorney Alston applied exparte

to the UD Court insisting the attorney mis-calendared, therefore failing to attend a status

conference hearing on or about August 7, 2019.  The Unlawful Detainer case was dismissed on

the courts own motion for failure to prosecute.  Thereafter, J-Sandcastle Co LLC, tendered a

cashier's check in the amount of $10,860.00 to the park manager Kathryne Houser-Curtiss and

Park Manager(s) Willie Maskulnski and Rick Maskulnski to obtain a signed Lot 376 agreement

with J-Sandcastle Co LLC.

Ms. Curtiss, the park Manager accepted the check from J-Sandcastle Co.'s Member

Jamie Gallian, proceeded to hand the check to bookkeeper Willie Maskulnski for processing on

the books.  Ms. Curtiss commented to Ms. Gallian that "she appreciated the check being for the

tenancy date beginning November 1, 2018 through August 31, 2019", instead of November 16,

2018 when Ms. Gallian delivered the application and tax clearance to HCD Office in Riverside

after attending a hearing at CJC Honorable James L. Crandall with the Association.

001936                    EXHIBIT 40, PAGE 1116

Assume for a moment the November 16, 2018, Security Agreement and Promissory Note are invalid, Creditor did not provide any evidence that Debtor intended to file bankruptcy in July 2021. Additionally, the alleged November 16, 2018, Security Agreement and Promissory Note doesn't contain any representations about Lender Gallian not filing for bankruptcy. Lastly, California has a public policy favoring liberal application of the homestead exemption. Therefore, Creditor has failed to meet their burden.

Creditor has failed to provide evidence showing that the Debtor had already anticipated filing bankruptcy. California has a public policy favoring liberal application of the homestead exemption.

19

EXHIBIT 40, PAGE 1117

### Declaration of Jamie Lynn Gallian

1. On October 31, 2018, Jamie Lynn Gallian ("Debtor") sold her unencumbered primary residence located at 4476 Alderport Drive Huntington Beach, CA 92649, A.P.N. 937-630-53, Tract 10542 Lot 1, Unit 53, to a bona fide purchaser, Randall Nickel for $379,000.00, Instrument No. 2018000396579, recorded Official Records of Clerk Recorder, County of Orange.

Ms. Gallian received the market value, far greater than any unit in the Gables subdivision sold for in the calendar year 2018. Gallian deposited the funds into her personal Chase Private Client Savings Account.

2. Gallian's home in the Gables, Unit 53, A.P.N. 937-630-53 listed on the 2018-2019 Secured Property Tax Roll with the Orange County Treasurer – Tax Collector included a Homeowners Exemption of $-7000. Gallian Decl.

3. On November 1, 2018, Gallian received an executed release and surrendered Certificate of Title LBM1081, for a 2014 Skyline Custom Villa Manufactured Home. The home was sold in place on Lot 376 within Tract 10542, Unit 4. Ms. Gallian paid the Orange County Assessor back taxes owed on the home LPT 891-569-62, which included a deposit for the next years taxes with her personal Alliant Credit Union checking account.XXXX-6018

4. Ms. Gallian resides in the home as her primary residence located at 16222 Monterey Lane Unit 376, Huntington Beach, CA 92649, and always anticipated it being her primary residence since November 2018.

5. Debtor purchased a 2014 Skyline Custom Villa manufactured home LBM 1081, with exempt funds from the sale of her unencumbered home on October 31, 2018, AP.N. 937-630-53 in the Gables subdivision.

6. Debtor personally delivered to the HCD Riverside office, the Ryan surrendered Certificate of Title Card, released on November 1, 2018, to Jamie Lynn Gallian with a signed

001938   EXHIBIT 40, PAGE 1118

NOTICE OF SALE OR TRANSFER, EXECUTED BY THE SELLER LISA RYAN ON NOVEMBER 1, 2018.

7.   Under Section III, NOTICE OF SALE OR TRANSFER of the **State of California Housing and Community Development Registration and Titling Form** contained the name of JAMIE LYNN GALLIAN as the NAME OF PURCHASER/NEW OWNER on November 1, 2018, whited out and replaced with J-Sandcastle Co LLC on the form  to the right side on or about November 15, 2018.

8.   On November 1, 2018, debtor is informed and believe Lisa Ryan, the Seller of LBM1081, gave NOTICE OF SALE OR TRANSFER to Park Management and to Houser Bros Co dba Rancho Del Rey Mobilehome Estates.

9.   On November 14, 2018, Houser Bros Co attorney Vivienne Alston, unlawfully filed and obtained a WRIT of EXECUTION IN THE NAME OF LISA RYAN AND CONTINUED TO HARASS AND TORMENT DEBTOR AND HER FAMILY BY USING THE SHERIFF DEPARTMENT TO EXECUTE THE WRIT WITH THE KNOWLEDGE THAT LISA RYAN SOLD THE 2014 SKYLINE CUSTOM VILLA AS ANTICIPATED BY THE PARTIES STIPULATED JUDGMENT DATED OCTOBER 18, 2O18 OCSC 30-2018-01013582.

10.   JAMIE GALLAIN, registered the personal property manufactured home with Housing and Community Development on November 16, 2018, has claimed as exempt.11 U.S.C. § 522(b) (providing that "an individual debtor may exempt from property of the estate…")

**(o) For purposes of subsection (b)(3)(A), and notwithstanding subsection (a), the value of an interest in--**

(1) real or personal property that the debtor or a dependent of the debtor uses as a residence;

(2) a cooperative that owns property that the debtor or a dependent of the debtor uses as a residence;

(3) a burial plot for the debtor or a dependent of the debtor; or

21

EXHIBIT 40, PAGE 1119

(4) real or personal property that the debtor or a dependent of the debtor claims as a homestead;

## **Federal Rule of Bankruptcy Procedure 1009** provides that:

"A voluntary petition, list, schedule, or statement may be amended by the debtor as a matter of course at any time before the case is closed." As recognized by the Ninth Circuit Bankruptcy Appellate Panel in In re Goswami, 304 B.R. 386 (9th Cir. BAP 2003), the Ninth Circuit has a liberal policy of "allowing debtors to amend their exemptions schedules so as to enhance their fresh start." Id. at 394, citing, In re Michael, 163 F.3d 526, 529 (9th Cir. 1998). As the Bankruptcy Appellate Panel further noted in Goswami, "The liberal rule governing amendments reflects the Ninth Circuit's 'preference for resolution on the merits, as against strict adherence to formalities.' " Id., citing and quoting, In re Anderson–Walker Indus., Inc., 798 F.2d 1285, 1287 (9th Cir. 1986). In light of the policy of liberality of amendment of bankruptcy petition documents, expressly including bankruptcy schedules, as stated in Rule 1009 and as recognized in the case law, there does not appear to be any legal authority to allow this court to bar any further amendments by the Debtor of his schedules.

## **RECITALS OF FACTS**

A.      GALLIAN held a Grant Deed and Condominium Sublease for a specific lot within a Planned Unit Community as defined in Civil Code §4175, located at 4476 Alderport Drive Unit 53 Huntington Beach, CA 92649 ("UNIT") as of March 23, 2017. ("Unit 53")

        a.   GALLIAN became record owner of the Grant Deed and Condominium Sub-leasehold on March 23, 2017, by way of an Assignment recorded in the Official Records of the County of Orange as Document Number 2017-000116815, which was "Gifted" to GALLIAN by Gallians predecessor and co-defendant, her step-mother, Sandra L Bradley ("BRADLEY").

EXHIBIT 40, PAGE 1120

b. GALLIAN sold her interests in her separate property, Unit 53, to Randall L. Nickel on October 31, 2018, by way of a Grant Deed and Assignment of Condominium Sublease recorded in the Official Clerk Records of the County of Orange as Document Number 2018-000395579.

B. By virtue of GALLIAN'S Ground leasehold and Sub-Condominium Leasehold GALLIAN was an owner of separate interest coupled with an undivided percentage interest in common with all owners of separate interest and a Membership in the ASSOCIATION, as defined by Civil Code section 4160, subject to the Governing Documents of the ASSOCIATION, as defined by Civil Code section 4150, including but not limited to:

a. **Declaration of Covenants, Conditions and Restrictions** for Huntington Beach Gables ("CC&Rs") recorded on May 28, 1980, as Document No. 1980-28926, Official Records of Clerk Recorder, County of Orange;

b. **First Amendment to Declaration of Covenants, Conditions and Restrictions** for Huntington Beach Gables recorded on August 5, 1980, as Document No. 1980-5002, Official Records of Clerk Recorder, County of Orange.

c. **Condominium Plan** recorded on October 18, 1979, as Document No. 79-28814, Official Records of Clerk Recorder, County of Orange.

## ADDITIONAL DOCUMENTS RECORDED

### Official Records of Clerk Recorder, County of Orange.

A. **COVENANT RUNNING WITH THE LAND** recorded on November 6, 1979, Book 13383, Pg(s) 1868-1870, in the Orange County Recorder's Office

a. **Partial Cancellation of Master Lease** recorded on November 7, 1980, Book 13424, Pg(s) 1253-1255, Instrument No. 8691, in the Orange County Recorder's Office;

23

b. **Partial Cancellation of Sublease** recorded on November 7, 1980, Book 13424, Pg(s) 1256-1258, Instrument No. 8692, in the Orange County Recorder's Office;

c. All right, title and interest as Tenant, in and under that certain **Master Lease/Ground Lease,** dated November 7, 1980, recorded in the Orange County Recorder's Office; Bk13424, Pg(s) 1259-1273, Instrument No. 8693, in the Orange County Recorder's Office;

d. All right, title and interest as Tenant, in and under that certain **Condominium Sublease,** dated November 7, 1980, recorded in the Orange County Recorder's Office; Bk13424, Pg(s) 1274-1290, Instrument No. 8694, in the Orange County Recorder's Office; As amended by the First Amendment to the Condominium Sublease effective January 1, 2003, recorded in the Office of the Orange County Clerk Recorder as Document No. 2003-001044770 o August 28, 2003:

e. All right, title and interest as Tenant, in and under that certain **Conveyance of Remainder Interest,** dated November 7, 1980, recorded in the Orange County Recorder's Office; Bk13424, Pg(s) 1291-1293, Instrument No. 8695, in the Orange County Recorder's Office;

f. All right, title and interest as Tenant, in and under that **certain Condominium Sublease (Short Form – Memorandum and Grant Deed,** dated November 7, 1980, recorded in the Orange County Recorder's Office; Bk13424, Pg(s) 1294-1298, Instrument No. 8696, in the Orange County Recorder's Office:

001942                    EXHIBIT 40, PAGE 1122

g.  The **Articles of Incorporation** of the Huntington Beach Gables Homeowners Association, recorded with the California Secretary of State May 23, 1980;

h.  **The Bylaws of the Huntington Beach Gables** ("Bylaws"); executed May 23, 1980;

Debtor resides in a manufactured home which she filed a Declared Homestead Exemption and believes she purchased her current residence with exempt funds, claimed as exempt.

Debtor has been the subject of continued mistruths regarding Fee Interest and Air-Space, and has been paying property taxes for over 10 years on land that she also pays ground lease payments on.

Debtor registered the Certificate of Title to the 2014 Skyline Custom Villa manufactured home in her name on February 25, 2021 after a mandatory settlement conference with Houser Bros Co the management company for Rancho Del Rey.

Debtor admits that she personally delivered the surrendered documents to HCD in Riverside, in fact the petitioners documents are stamped November 16, 2018, which included the surrendered Certificate of Title and Release of Title dated November 1, 2018, executed under penalty of perjury, by the seller, Lisa Ryan to debtor on November 1, 2018, of a 2014 Skyline Custom Villa manufactured home.

**The Stipulated Judgment between Houser Bros Co and Lisa Ryan 30-2018-01013582,** contemplated that Lisa Ryan had 6 months, or until February 3, 2019, to sell her home in place. Ryan was moving out of her home and a new owner would purchase the home and complete the required residency requirements.  Ryan sold her home 14 days after the Stipulated Judgment was

25

001943                    EXHIBIT 40, PAGE 1123

1
2
agreed to by the parties and became an Order of the Court on October 18, 2018. OCSC 30-2018-01013582.

3
4
5
6
7
8
9
10
11
12
13
Lisa Ryan, Seller, signed and executed State of California, Department of Housing and Community Development NOTICE OF SALE OR TRANSFER, gave notice to Rancho Del Rey that she sold the 2014 Skyline Custom Villa manufactured home on November 1, 2018, located and installed pursuant to Health & Safety 18551, on Lot 376, Unit 4, in TRACT 10542, under a recorded **Condominium Sublease and Grant Deed Short Form Memorandum,** recorded in the Official Records of the Clerk Recorder for the County of Orange against A.P.N. 178-011-16; under a **Condominium Plan** recorded October 18, 1979, in Book 13358, page 1193, of Official Records and **Covenants Running With The Land**, executed on October 19, 1979, recorded November 18, 1979, in Book 13383, page 1868-1870, of Official Records of the Clerk Recorder for the County of Orange against A.P.N. 178-011-16.

14
15
16
17
18
19
On November 11, 2018, almost two weeks after Jamie Gallian purchased the 2014 Skyline Custom Villa home from Lisa Ryan, and after Lisa Ryan gave Notice of Sale on November 1, 2018, Houser Bros Co attorney Vivienne Alston filed a Writ of Execution in the name of Lisa Ryan, dated 11/14/2018, without application to the Court or Notice and delivered it to the Orange County Sheriff on or about November 19, 2018.

20
21
22
23
24
On November 16, 2018 over 2 weeks after the manufactured home was purchased by Jamie Gallian on November 1, 2018, Jamie Lynn Gallian drove to Riverside HCD and registered the 2014 manufactured home in the name of her sole member LLC J-Sandcastle Co LLC until the earliest of several things happened:

25
26
1.  Jamie Gallian would be allowed to terminate the three-year residential lease she entered into for the property at 5782 Pinon Drive Huntington Beach, CA on September 11, 2018:

27
28
2.  Jamie Gallian would be allowed to intervene into the civil action Houser Bros Co. v Lisa Ryan 30-2018-01013582, and have the WRIT recalled and terminated by Court Order.

3. Request sanctions against the Houser Bros Co attorney for interfering with the terms of the purchase of the 2014 Manufactured Home;

4. Requests sanctions against the Houser Bros Co for violating the Davis Stirling Act and the Subdivision Map Act;

5. Figure out why a Tract Map and Condominium Plan were recorded August 1979 and October 1979, against TRACT 10542, Unit 1, 2, 3, 4, Lot 1 & Lot 2, and the First Amendment to the CC&Rs recorded 1 day before the tentative map was to expire on 8-6-1980, and recorded unlawfully after Cal Bre issued the "White Report" was in mid July 1980 for "TRACT 10542";

6. More importantly determine the legality of "Air-Space Condominiums" on leased land in violation of Article 935 and Huntington Beach Subdivision Map Ordinances;

7. Request the Tax Assessor refund approximately 8 years of overpayment of taxes for the "Land" and in addition to paying the property taxes, payments made for "Air-Space subcondominium on leased land, also payments made against a ground lease bill for 8 years.

Because property of the estate includes only the debtor's interest in the LLC - and not the manufactured home owned by the LLC - Debtor's claim of exemption is authorized under the law because it is debtor's primary residence and has been since debtor purchased the home on November 1, 2018, with the funds of her previous homestead disclosed on her initial chapter 7 petition, DOC 1.

Further, there is a 2018 Security Agreement and Promissory Note against the manufactured home perfected 1/14/2019, on the face of the Certificate of Title to the 2014 manufactured home held by J-Pad, LLC.

Registering title to the manufactured home to one LLC and subjecting its value to a perfected lien held by another LLC does not prevent debtor from claiming a homestead exemption in her personal residence.

001945          EXHIBIT 40, PAGE 1125

**2.      Factual Background**

**A.      Procedural Background**

On July 9, 2021 ("Petition Date"), Jamie Lynn Gallian ("Debtor") filed a voluntary petition under Chapter 7 of Title 11 of the United States Code. On the same date, Ms. Gallian filed her initial Schedules and Statements ("Original Schedules"). A true and correct copy of the Original Schedules is attached to the Declaration of Jamie Lynn Gallian ("Gallian Declaration")

At the instant of the commencement of a bankruptcy case, an automatic stay comes into effect as a matter of law. 11 U.S.C. § 362(a). The initial 341 meeting of creditors was held August 18, 2021, continued approximately 9 nine times.

At the August 18, 2021, 341 Meeting of Creditors, Debtor informed the Trustee Jeffrey Golden and the Interested Parties present, namely Houser Bros Co and Janine Jasso, Esq. and Huntington Beach Gables Homeowners Association that Debtor believed her petition was inaccurate and she would be amending her petition concerning several areas one that the Registered Owner of the 2014 Manufactured Home as of the date the Petition was filed and that debtor received from HCD a Title Search dated July 27, 2021, which reflected Jamie Lynn Gallian as the Registered Owner perfected 2/25/2021, however J-Pad, LLC 1/14/2019 perfected Certificate of Title was mistakenly removed when it was only requested Mr. Pierpont 8/20/20, Encumbrance be removed.

HCD Riverside Manager, Ms. Sylvia Cruz spoke to debtor instructed debtor when she received the Original Certificate of Title from Sacramento in the US Mail, which debtor did receive approximately August 5, 2021, to take the form that was printed August 3, 2021, to HCD in Riverside to correct and re-add J-Pad, LLC1/14/2019 as the Legal Owner back to the Certificate of Title.

28

EXHIBIT 40, PAGE 1126

1   Debtor was informed at the Riverside office she would have to pay a second fee of

2   approximately $118.00 to HCD Riverside to correct the error which was made by the

3   Sacramento Registration and Titling Department at the beginning of July 2021.  Debtor paid

4   $118.00 by an assigned DTN number approximately July 14, 2021, and again on or about August

5   6, 2021, at HCD Riverside using an ATM card to make the correction on August 6, 2021

6   reflected on the Title Search dated August 11, 2021 provided by email to debtor by HCD

7   Riverside Technician Sarina provided to the Trustee.

8   On the petition date July 9, 2021, the registered title owner of the manufactured home

9   located at 16222 Monterey Lane, Unit #376, Huntington Beach, CA 92649 ("Property") was

10   Jamie Lynn Gallian as of February 25, 2021, the date J-Sandcastle Co LLC signed and dated to

11   

12   release the Certificate of Title to Jamie Lynn Gallian, notarized the same date.

13   J-Sandcastle Co, LLC ("J-Sandcastle LLC") was subject to perfected UCC-1 filing

14   1/14/2019, supported by a Security Instrument and Promissory Note dated November 16, 2018,

15   executed at Central Justice Center between J-Sandcastle Co LLC, Jamie Lynn Gallian, Member

16   

17   and Jamie Lynn Gallian, Lender and J-Pad, LLC, it's Manager and the holder of the Note with

18   all legal owners, J-Pad, LLC perfected under Certificate of Title ("COTA") under the laws of the

19   State of California.

20   Debtor's Schedules further reflect that she the sole owner of J-Sandcastle LLC. Because

21   the LLC was listed as the registered owner of the manufactured home on the Petition Date, the

22   debtor disclosed the name of the LLC on the debtor's petition and disclosed on Schedule AB she

23   had an interest in the property.

24   

25   Debtor resides in the home and it is debtors home and property of debtor's Estate. Debtor

26   is entitled to a homestead exemption.

27   

28   

EXHIBIT 40, PAGE 1127

**Transferring Exempt Property May Not be a Fraudulent Transfer Under California Law**

Debtor wants to maximize the amount of property she gets to keep, to avoid, any creditor collection efforts, especially efforts to collect her personal residence.

California laws create a specific, statutory exclusion from fraudulent transfer claims for property that has no equity beyond an <u>exemption</u>, including transferring a personal residence subject to <u>California's homestead exemption</u>. Such transfers may be entirely exempt from an attack as a <u>fraudulent transfer in California court</u>, also known as fraudulent conveyance, or voidable transaction.

**The Language of California's Uniform Voidable Transactions Act Excludes Exempt Property, Including a Personal Residence Subject to a Homestead** *Exemption*

Under the California Uniform Voidable Transactions Act (UVTA), creditors can attack as an actually fraudulent transfer a "**transfer**" made "With actual intent to hinder, delay, or defraud any creditor of the debtor" or "Without receiving a reasonably equivalent value in exchange for the transfer or obligation…." California Civil Code § 3439.04. Creditors can also seek to avoid as a constructively fraudulent transfer any "**transfer**" made "without receiving a reasonably equivalent value in exchange for the transfer or obligation and the debtor was insolvent at that time or the debtor became insolvent as a result of the transfer or obligation." <u>California Civil Code § 3439.05</u>.

 In turn, the definitions under the California Uniform Voidable Transactions Act provides that "'**Transfer**' means every mode, direct or indirect, absolute or conditional, voluntary or involuntary, of disposing of or parting with an asset or an interest in an asset, and includes payment of money, release, lease, license, and creation of a lien or other encumbrance." California Civil Code § 3439.01(m).

EXHIBIT 40, PAGE 1128

Definitions under the California Uniform Voidable Transactions Act also provide that: "'Asset' means **property** of a debtor, but the term **does not include** the following:

(1) Property to the extent it is encumbered by a valid lien.

(2) Property to the extent it is generally exempt under nonbankruptcy law**."** California Civil Code, § 3439.01(a).

**Debtor's previous property residence was sold on October 31, 2018, was exempted under California's exemption laws** and is excluded from the definition of an asset that can be subject to a claim that of being a fraudulent transfer.  This exemption has been explained by one California court in 2019, "the [California] UVTA defines an asset as the 'property of a debtor,' excluding property 'to the extent it is encumbered by a valid lien[,]' and 'to the extent it is generally exempt under nonbankruptcy law.' ([California Civil Code] § 3439.01, subd. (a).) As noted by the Legislative Committee Comments, the definition of asset 'requires a determination that the property is subject to enforcement of a money judgment.

Under **Section 704.210 of the Code of Civil Procedure**, property **that [is not]** subject to enforcement of a money judgment is exempt.' (Legis. Com. com., 12A pt. 2 West's Ann. Civ. Code (2016 ed.) foll. § 3439.01, p. 253.)" _Potter v. Alliance United Ins. Co._ (2019) 37 Cal.App.5th 894, 906.

The decision follows a 1994 California court of appeal opinion: "It has long been the rule that a gift, sale, or pledge of any part of a homestead cannot, under any circumstances, be with intent to defraud a creditor not having a lien upon the premises, for a creditor is not entitled to complain of the transfer by the debtor of an asset which he could not have reached, had the debtor retained it.  If the homestead is valid, no attempted disposition or conveyance of the property, however fraudulent, injures the creditor. For such act, leaves the creditor in the same position in which he would have been before it was done.

31

 EXHIBIT 40, PAGE 1129

A Debtor's attempt to defeat her creditors is not commendable, such conduct neither enlarges plaintiff's rights, nor gives him benefits as punishment of debtor. In such circumstances the defendant's motives are immaterial." _Tassone v. Tovar_ (1994) 28 Cal.App.4th 765, 768 (quoting _Oppenheim v. Goodley_ (1957) 148 Cal.App.2d 325, 328).

"_Mehrtash_ [_v. Mehrtash_ (2001) 93 Cal.App.4th 75, 80] rightly affirmed the longstanding principle that injury-in-fact is an essential element of a claim under the UFTA [Uniform Fraudulent Transfer Act] , and we follow that principle in the present case. A creditor has not been injured unless the transfer puts beyond reach property the creditor **could subject to payment of his or her debt.**" _Fidelity National Title Ins. Co. v. Schroeder_ (2009) 179 Cal.App.4th 834, 845.

The _Fidelity_ court continued that: "Rather, we reiterate and adopt the following language of the _Mehrtash_ opinion: 'Even assuming the allegedly fraudulent conveyance were set aside and the property were hypothetically available to enforce the plaintiff's money judgment, it could not be sold without a court order because it is the [debtor's dwelling], and could not be sold without a minimum bid equal to [all] encumbrances and senior liens [plus] the homestead exemption. The plaintiff produced no evidence that the value of the property could support any net recovery for her in the event the conveyance were set aside.' (_Mehrtash_, _supra_, 93 Cal.App.4th at p. 81) The evidence at trial showed that _Fidelity_ could not have obtained any net recovery if the transfer were set aside and a forced sale of the property was sought." _Fidelity National Title Ins. Co. v. Schroeder_ (2009) 179 Cal.App.4th 834, 847.

A number of secondary sources have also discussed this requirement of an of an "injury" to creditor required to attack a transfer as fraudulent under California law. _See Requirement of Injury to Creditor._, 8 Witkin, Cal. Proc. 5th Enf Judgm § 497 (2020); 16A Cal. Jur. 3d Creditors' Rights and Remedies § 406 ("A creditor [has not] been injured unless the transfer puts beyond

EXHIBIT 40, PAGE 1130

1   the creditor's reach property that he or she otherwise would be able to subject to the payment of

2   his or her or her debt"); Prelawsuit Considerations, Cal. Prac. Guide Enf. J. & Debt (Rutter

3   Group 2020) Ch. 3-C, 3:318.1 ("*Mehrtash v. Mehrtash* (2001) 93 CA4th 75, 81, 112 CR2d 802,

4   806—real property conveyance not fraudulent where plaintiff not injured (no evidence that value

5   of property could support net recovery with mortgages, senior liens and homestead exemption)").

6

7   **Transferring a Home with No Equity May be Excluded from California's Fraudulent**
    **Transfer Laws**

8
       The law is that: "A transfer in fraud of creditors may be attacked only by one who is

9
    injured by the transfer. A creditor [does not] sustain injury unless the transfer puts beyond his

10
    reach property which he otherwise would be able to subject to the payment of his debt." *Haskins*

11
    *v. Certified Escrow & Mortg. Co.*, (1950) 96 Cal. App. 2d 688, 691.

12

13      Since Houser Bros Co, Huntington Beach Gables Homeowners Association or Janine

14  Jasso, [would not] have benefited from collecting on a debtor's property with no equity,

15  transferring such property should generally not be considered a fraudulent conveyance.

16
       Priority claims are paid ahead of general unsecured creditors but may not be paid out of

17
    encumbered assets absent secured creditor consent or application of § 506(c). *See Gravel, Shea*

18
    *& Wright, Ltd. v. Bank of New England (In re New England Carpet Co.)*, 744 F.2d 16, 17 (2d

19
    Cir. 1984); *General Elec. Credit Corp. v. Levin & Weintraub (In re Flagstaff Foodservice*

20
    *Corp.)*, 739 F.2d 73, 76 (2d Cir. 1984); *In re Trim-X, Inc.*, 695 F.2d 296, 301 (7th Cir. 1982); *In*

21
    *re American Resources Management Corp.*, 51 B. R. 713, 721 (Bankr. D. Utah 1985).

22

23      For all of the above reasons, Debtor respectfully requests this Court deny the Motion by

24  Houser Bros Co., Huntington Beach Gables Homeowners Association and Janine Jasso, Esq. all

25  interested parties objecting to debtors claimed homestead exemption.

26

27

28

001951                    EXHIBIT 40, PAGE 1131

1       I declare under penalty of perjury of the laws of the State of California the foregoing to

2  be true and correct to the best of my ability and belief.

3  Signed this 31st day of May 2022, at Huntington Beach. CA County of Orange

4

5                         Respectfully Submitted,

6  Dated:  June 1, 2022

7                       By: *Jamie Lynn Gallian*

8                      JAMIE LYNN GALLIAN
                       Debtor,  IN PRO PER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

34

001952

EXHIBIT 40, PAGE 1132

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 5801 SKYLAB ROAD HUNTINTON BEACH, CA 92647

A true and correct copy of the foregoing document entitled (*specify*): **DEBTORS REPLY OPPOSITION TO HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES' MOTION TO TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION JOINDER OF GABLES HOA AND JANINE JASSO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 31, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Aaron E DE Leest**   adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
- **Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
- **Jeffrey I Golden (TR)**   lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
- **D Edward Hays**   ehays@marshackhays.com, ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com
- **Brandon J Iskander**   biskander@goeforlaw.com, kmurphy@goeforlaw.com
- **Eric P Israel**   eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Laila Masud**   lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Mark A Mellor**   mail@mellorlawfirm.com, mellormr79158@notify.bestcase.com
- **Valerie Smith**   claims@recoverycorp.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

**2.   SERVED BY UNITED STATES MAIL**:

On (*date*) May 31, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Janine Jasso, Esq.**
16025 Warmington Lane
Huntington Beach, CA 92649

**Michael D Poole**
Feldsott & Lee
23161 Mill Creek Dr Ste 300
Laguna Hills, CA 92653

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 31, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows:  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Erithe A. Smith, USBC, 411 West Fourth Street, Santa Ana, CA 92701
- Janine B. Jasso, Esq.. j9_jasso@yahoo.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| May 31, 2022 | Robert McLelland | *Robert McLelland* |

3

EXHIBIT 40, PAGE 1133

# EXHIBIT  1

# 7/9/2021 CHAPTER 7 PETITION

1
001954

EXHIBIT 40, PAGE 1134

Case 8:23-cv-00961-WLH   Document 13-1   Filed 08/16/23   Page 509 of 670   Page ID #:3750

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Case 8:21-bk-11710-ES   Exhibit Part 2 07/09/21   Entered 07/09/21 14:15:51    Desc
Main Document    Page 1 of 60

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

```
FILED
JUL - 9 2021
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk
```

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | Jamie First name Lynn Middle name Gallian Last name and Suffix (Sr., Jr., II, III) | First name Middle name Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | Jamie L Gallian | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3936 | |

001955                  EXHIBIT 40, PAGE 1135

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Case 8:21-bk-11710-ES    Exhibit Part 2 07/09/21 Page 2 of 326 07/09/21 14:15:51    Desc
Main Document    Page 2 of 60

Debtor 1    __Jamie Lynn Gallian_____    Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** | ■ I have not used any business name or EINs. | ☐ I have not used any business name or EINs. |
| Include trade names and *doing business as* names | Business name(s) | Business name(s) |
|  | EIN | EIN |

| **5.** **Where you live** | **16222 Monterey Ln. SP#376** **Huntington Beach, CA 92649** Number, Street, City, State & ZIP Code | If Debtor 2 lives at a different address: Number, Street, City, State & ZIP Code |
|---|---|---|
|  | **Orange** County | County |
|  | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
|  | Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

| **6.** **Why you are choosing this district to file for bankruptcy** | *Check one:* | *Check one:* |
|---|---|---|
|  | ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
|  | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

001956    EXHIBIT 40, PAGE 1136

Case 8:23-cv-00961-WLH   Document 13-1   Filed 08/16/23   Page 511 of 670   Page ID #:3752

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Case 8:21-bk-11710-ES   Exhibit Part 2   Filed 07/09/21   Entered 07/09/21 14:15:51   Desc
Main Document   Page 3 of 60

Debtor 1  **Jamie Lynn Gallian** _____  Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

001957   EXHIBIT 40, PAGE 1137

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Case 8:21-bk-11710-ES    Exhibit Part 2 07/09/21 Page 5 of 326 07/09/21 14:15:51    Desc
Main Document      Page 4 of 60

Debtor 1    __Jamie Lynn Gallian_____    Case number *(if known)*_____

---

**Part 3:**  **Report About Any Businesses You Own as a Sole Proprietor**

**12.** **Are you a sole proprietor of any full- or part-time business?**

☒ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☒ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**  **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
_____
Number, Street, City, State & Zip Code

---

001958    EXHIBIT 40, PAGE 1138

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Case 8:21-bk-11710-ES    Exhibit Part 1 of 21    Entered 07/09/21 14:15:51    Desc
Main Document    Page 5 of 60

| Debtor 1 | Jamie Lynn Gallian | Case number *(if known)* _____ |
|---|---|---|

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

| | | | |
|---|---|---|---|
| **15.** | **Tell the court whether you have received a briefing about credit counseling.** | **About Debtor 1:** *You must check one:* | **About Debtor 2 (Spouse Only in a Joint Case):** *You must check one:* |

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

---

Official Form 101                Voluntary Petition for Individuals Filing for Bankruptcy                page 5

001959                EXHIBIT 40, PAGE 1139

Debtor 1   __Jamie Lynn Gallian__                                    Case number *(if known)*_____

| Part 6: | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49   ☐ 1,000-5,000   ☐ 25,001-50,000
☐ 50-99   ☐ 5001-10,000   ☐ 50,001-100,000
☐ 100-199   ☐ 10,001-25,000   ☐ More than100,000
☐ 200-999

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000   ☐ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000   ☐ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion
■ $100,000 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000   ☐ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000   ☐ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion
☐ $100,000 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_Jamie Lynn Gallian_ /s/
**Jamie Lynn Gallian**
Signature of Debtor 1      Signature of Debtor 2

Executed on __7/9/2021__        Executed on _____
MM/DD/YYYY                          MM/DD/YYYY

001960     EXHIBIT 40, PAGE 1140

| Debtor 1 | **Jamie Lynn Gallian** | | Case number *(if known)* | |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

Date _____

Signature of Attorney for Debtor             MM / DD / YYYY

_____

Firm name

_____

Number, Street, City, State & ZIP Code

Contact phone _____  Email address _____

Bar number & State

---

8

| Debtor 1 | _____ | Case number *(if known)* _____ |
| --- | --- | --- |
| | First Name    Middle Name    Last Name | |

| **For you if you are filing this bankruptcy without an attorney** | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.** |
| --- | --- |
| **If you are represented by an attorney, you do not need to file this page.** | To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay. |

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☒ No
❑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☒ No
❑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☒ No
❑ Yes. Name of Person_____
Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

| ✗ _~~signature~~_ | ✗ _____ |
| --- | --- |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date   7/9/2021 | Date _____ |
| MM / DD / YYYY | MM / DD / YYYY |
| Contact phone _____ | Contact phone _____ |
| Cell phone   714-321-3449 | Cell phone _____ |
| Email address _____ | Email address _____ |

| Official Form 101 | Voluntary Petition for Individuals Filing for Bankruptcy | page 9 |
| --- | --- | --- |

9

EXHIBIT 40, PAGE 1142

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.   A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   **None.**

2.   (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   **None.**

3.   (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   **None.**

4.   (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   **8:03-bk-1856-JB; Chapter 7; Central District of California - Santa Ana; Filed 08/04/2003; Discharged 11/17/2003**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Santa Ana** , California.

Date:   **7/9/2021**

_Jamie Lynn Gallian_
Jamie Lynn Gallian
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                  *Page 1*                  **F 1015-2.1.STMT.RELATED.CASES**

10

001963                  EXHIBIT 40, PAGE 1143

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | | Your assets |
|---|---|---|
| | | Value of what you own |
| 1. | Schedule A/B: Property (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $   235,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................... | $   19,634.34 |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................... | $   254,634.34 |

**Part 2:    Summarize Your Liabilities**

| | | Your liabilities |
|---|---|---|
| | | Amount you owe |
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $   561,789.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $   0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*......................... | $   427,177.76 |
| | **Your total liabilities** | $   988,966.76 |

**Part 3:    Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I*........................................... | $   1,000.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*.................................................... | $   2,676.00 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information                          page 1 of 2

Debtor 1   __Jamie Lynn Gallian_____     Case number *(if known)* _____

8.    From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form
      122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                           $ _____1,000.00_

9.    *Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:*

|  | **Total claim** |
|---|---|
| From Part 4 on *Schedule E/F,* copy the following: | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____0.00_ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____0.00_ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____0.00_ |
| 9d. Student loans. (Copy line 6f.) | $ _____0.00_ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____0.00_ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____0.00_ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____0.00_ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

001965                    EXHIBIT 40, PAGE 1145

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Case 8:21-bk-11710-ES   Exhibit Part 2 Filed 07/09/21 14:15:51   Desc
Main Document   Page 12 of 60

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | _____ | | ☐ Check if this is an amended filing |

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it best fits. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**Located on APN 178-011-16, Space No. 376**

1.1

**16222 Monterey Ln Space #376**
Street address, if available, or other description

**Huntington Beach  CA  92649-0000**
City                        State      ZIP Code

**Orange**
County

**Personal Residence of Debtor since 11/1/2018**
**2014 Skyline Custom Villa Manufactured Home**
**Decal No. LBM1081**
**Serial Number AC7V710394GB 56'x15'2"**
**Serial Number AC7V710394GA 60'x15'2"**

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☑ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: LPT APN  891-569-62

**Registered Title with HCD Debtor's single member LLC, J-Sandcastle Co, LLC**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$235,000.00** | **$235,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ Check if this is community property (see instructions)

**2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................=>**

| |
|---|
| **$235,000.00** |

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Official Form 106A/B                Schedule A/B: Property                                    page 1
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

EXHIBIT 40, PAGE 1146

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Case 8:21-bk-11710-ES Exhibit Part 2 of 9   Page 14 of 926   Entered 07/09/21 14:15:51   Desc
Main Document      Page 13 of 60

| Debtor 1 | **Jamie Lynn Gallian** | Case number (if known) | |

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| 3.1 | Make: | **Kia** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. |
| | Model: | **Sportage** | ■ Debtor 1 only | |
| | Year: | **2020** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |
| | Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE) | | ☐ Check if this is community property (see instructions) | $0.00   $0.00 |

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

### 5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................=>

$0.00

| **Part 3:** | Describe Your Personal and Household Items |

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 | $4,500.00 |

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
■ Yes. Describe   **Wall Television, Computer, Printer.**
☐ No.

$ 500.00

Location: 16222 Monterey Ln #376, Huntington Beach CA 92649

### 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

### 9. Equipment for sports and hobbies
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes. Describe.....

### 10. Firearms
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

Official Form 106A/B                    Schedule A/B: Property                    page 2

14

001967                    EXHIBIT 40, PAGE 1147

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Case 8:21-bk-11710-ES Exhibit Part 2 07/09/21 Page 15 of 326 07/09/21 14:15:51   Desc
Main Document   Page 14 of 60

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* |
|---|---|---|---|

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 | $1,000.00 |
|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ■ Yes. Describe    **20 year old Movado Wrist-watch 40th birthday gift; Costume jewelry from Mother and**
   ☐ No              **Grandmother Misc/ sized rings, various non-gold chains and bracelets, earrings.**    $1,000.00
   
   Location: 16222 Monterey Ln #376, Huntington Beach CA 92649

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses    **5-year old Rescued Wired Terrier Dog-White "Ammie"**
   ■ Yes. Describe
   ☐ No.    Location: 16222 Monterey Ln #376, Huntington Beach CA 92649

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................................................. | $7,000.00 |

| Part 4: | Describe Your Financial Assets |

Do you own or have any legal or equitable interest in any of the following?    Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes..........................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
              institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................    Institution name:

| | | Institution name: | |
|---|---|---|---|
| 17.1 | Checking and savings | J-Sandcastle Co LLC - Chase - Un-cashed Tendered Space 376 Rent Checks | $ 8,050.00 |
| | | Alliant Credit Union (Personal) Stimulus Ck | $ 4,048.34 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................
   Name of entity:    % of ownership:

| **J-Sandcastle Co., LLC - Debtor's single member LLC** **(Purpose is to hold Registered title with HCD, to Debtor's primary residence)   LBM1081** | **100** % | $0.00 |
|---|---|---|

---

Official Form 106A/B    Schedule A/B: Property    page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

001968    EXHIBIT 40, PAGE 1148

| Debtor 1 | **Jamie Lynn Gallian** | | | Case number *(if known)* | |
|---|---|---|---|---|---|

| | **J-Pad, LLC**<br>**(Debtor owns 1/3 interest in LLC; only purpose**<br>**is to hold a note and UCC-1 filing on Debtor's**<br>**primary residence) LBM1081** | 33.33 | % | | $0.00 |
|---|---|---|---|---|---|

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them.
        Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **IRA** | **Fidelity** | $7,400.00 |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☑ Yes. ...................

| | Institution name or individual: | Houser Bros Co. dba Rancho Del Rey Mobilehome Estates<br>Ground Lease Deposit (Ryan) Agreement Space 376 - 1/1/2006 | **$ 686.00** |
|---|---|---|---|

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............. Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Case 8:21-bk-11710-ES Exhibit Part 2 Filed 07/09/21    Entered 07/09/21 14:15:51    Desc
Main Document    Page 16 of 60

Debtor 1    **Jamie Lynn Gallian**                                                     Case number *(if known)*

☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.

    Company name:                        Beneficiary:                        Surrender or refund
                                                                              value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
    property because someone has died.

    No
    ☒ Yes.  Give specific information..        **Father, DOD 6/17/2000, Charles J. Bradley, Jr.  Probate OCSC**           $ unknown
                                               **30-2017-00915711**

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    No
    ■ Yes.  Describe each claim.........        **Personal Injury: Against HOA Date of Injury 8/5/2018;  Severe nerve injury to**
                                               **top of left foot and left wrist injury; occurred in the HOA common area of APN**          $ unknown
                                               **178-771-03, located on  APN 178-011-16,**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No
    ■ Yes.  Describe each claim.........        **Personal injury claims against Huntington Beach Gables**
                                               **Homeowner's Association and Ind. Jesus Jasso Jr.;**
                                               **DOI: 8/5/2018; Case No.: 30-2020-01153679**                                              $ unknown

                                               **Potential insurance bad faith claim against Mercury**
                                               **Insurance Failure to Indemnify; No lawsuit filed yet.**
                                               **Related to Case No(s).: 30-2017-00913985, 30-2017-00962999**                             $ unknown

                                               **Real estate failure to disclose, claim against previous**
                                               **homeowner Sandra Bradley; DOI: 04/11/2017; No lawsuit**
                                               **filed yet.**                                                                             $ unknown

                                               **Houser Bros Co GP dba Rancho Del Rey Mobilehome Estates**
                                               **Retaliation; Trespassing/Unlawful Entry; Wrongful Eviction;**
                                               **Forcible Detainer; Cruelty to an animal causing death.**
                                               **Failure to offer and execute rental agreement.**                                        $ unknown

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
    **for Part 4. Write that number here**................................................................................................        **$20,184.34**

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

Official Form 106A/B                          Schedule A/B: Property                                              page 5

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Case 8:21-bk-11710-ES Exhibit Part 2 09/09/21 Page 18 of 320 07/09/21 14:15:51   Desc
Main Document     Page 17 of 60

Debtor 1    **Jamie Lynn Gallian**                                                   Case number *(if known)* _____

| Part 6 | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest In That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ☑ No
- ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................  **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ..................................................................................  **$235,000.00**
56. **Part 2: Total vehicles, line 5**                                  $0.00
57. **Part 3: Total personal and household items, line 15**          $ 7,000.00
58. **Part 4: Total financial assets, line 36**                      $ 20,184.34
59. **Part 5: Total business-related property, line 45**             $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**    $0.00
61. **Part 7: Total other property not listed, line 54**          +  $0.00

62. **Total personal property. Add lines 56 through 61...**         **$27,184.34**   Copy personal property total   **$27,184.34**

63. **Total of all property on Schedule A/B. Add line 55 + line 62**                                            **$262,184.34**

Official Form 106A/B                        Schedule A/B: Property                                   page 6
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

18

001971                            EXHIBIT 40, PAGE 1151

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Case 8:21-bk-11710-ES Exhibit Part 2 07/09/21    Entered 07/09/21 14:15:51    Desc
Main Document    Page 18 of 60

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Location: 16222 Monterey Ln #376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: **6.1** | $7,000.00 | ■  $,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Checking and savings: Alliant Credit= Union            Stimulous Cks**<br>Line from *Schedule A/B*: **17.1** | $4,048.34 | ■  $4,048.34<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 541(b)(11) |
| **Checking and savings: Chase Bank**<br>Line from *Schedule A/B*: **17.1**<br>**8 months uncashed rent checks tendered to Houser Bros. dba Rancho Del Rey MHE/Fidelity 401K** | $8,050.00 | ■  $8,050<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| **J-Sandcastle Co., LLC - Debtor's single member LLC (Purpose is to hold Registered title with HCD to Debtor's primary residence) 100 % ownership**<br>Line from *Schedule A/B*: **19.1** | $0.00 | ■  $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

19

001972

EXHIBIT 40, PAGE 1152

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Case 8:21-bk-11710-ES Exhibit Part 2   Filed 07/09/21   Entered 07/09/21 14:15:51   Desc
Main Document      Page 19 of 60

Debtor 1   **Jamie Lynn Gallian**                                           Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **J-Pad, LLC (Debtor owns 1/3 interest in LLC; only purpose is to hold a note and UCC-1 filing on Debtor's primary residence) 33.33 % ownership** Line from *Schedule A/B*: **19.2** | $0.00 | ■ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.060 |
| **IIRA: Fidelity IRA** Line from *Schedule A/B*: **21.1** | $7400.00 | ■ 100% <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| **Personal injury claims against Huntington Beach Gables Homeowner's Association and Jesus Jasso Jr.; DOI:  8/5/2018; Case No.: 30-2020-01153679** Line from *Schedule A/B*: **34.1** | unknown   $0.00 | ■ 100% <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.140 |
| **Potential insurance bad faith claim against Mercury Insurance related to claim against Huntington Beach Gables Homeowner's Association; No lawsuit filed yet.  Related to Case Nos.: 30-2017-00913985, 30-2017-00962999** Line from *Schedule A/B*: **34.2** | unknnown   $0.00 | ■ 100% <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.140 |
| **Real estate fraud; Failure to disclose, claim against Sandra Bradley; DOI: 04/11/2017; No lawsuit filed yet.** Line from *Schedule A/B*: **34.3** | unknown   $0.00 | ■ 100% <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.140 |
| **Restitution claim against Jesus Jasso Jr. from PC §242 OCDA Case no.: 19WM09951** Line from *Schedule A/B*: **34.4** | Unknown   $0.00 | ■ 100% <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.140 |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Case 8:21-bk-11710-ES Exhibit Part 2 07/09/21 Entered 07/09/21 14:15:51   Desc
Main Document      Page 20 of 60

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number | | |
| (if known) | | ☐ Check if this is an amended filing |

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**   **List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **Houser Bros. Co.** | Describe the property that secures the claim: | **$0.00** | **$235,000.00** | **$0.00** |

| | |
|---|---|
| Creditor's Name<br>**DBA Rancho Del Rey**<br>**Mobilehome Estates**<br>**16222 Monterey Ln**<br>**Huntington Beach, CA**<br>**92649** | **16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County Registered HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC** |
| | **As of the date you file, the claim is:** Check all that apply. |
| Number, Street, City, State & Zip Code | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. |
| ■ Debtor 1 and another (J-Sandcastle Co, LLC) | ☐ An agreement you made (such as mortgage or secured car loan) |
| ☐ Debtor 2 only | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit |
| ☐ Check if this claim relates to a community debt | ☐ Other (including a right to offset)   **Unexpired term of 80-yr. Ground Leasehold - Tract No. 10542, Unit 4, Space 376.** |

Date debt was incurred    11/1/2018 ongoing    Last 4 digits of account number    0376

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

21

001974          EXHIBIT 40, PAGE 1154

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Case 8:21-bk-11710-ES Exhibit Part 2 07/09/21 Page 21 of 60 07/09/21 14:15:51    Desc
Main Document    Page 21 of 60

| Debtor 1 | **Jamie Lynn Gallian** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.2 | **J-Pad, LLC** | Describe the property that secures the claim: | $175,000.00 | $235,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name
**4519 Ponderosa Way**
**Yorba Linda, CA 92886**
Number, Street, City, State & Zip Code

**Ron Pierpont**
Creditor's Name
**4519 Ponderosa Way**
**Yorba Linda, CA 92886**

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County, HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC**

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred    1/14/2019;
8/20/2020.

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)  **Manufactured Home Financing Note**
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **UCC-1 File No. 19-7691905279  Filing Date: 1/14/2019; Encumbrance; HCD Lien perfected 8/20/2020, Ronald J. Pierpont (Loan WJC 8/7/2019, 1/27/2020)**

Last 4 digits of account number    **LBM1081**

| 2.3 | **Kia Motors Finance** | Describe the property that secures the claim: | $4,186.00 | $0.00 | $4,186.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 20815**
**Fountain Valley, CA 92728**
Number, Street, City, State & Zip Code

**2020 Kia Sportage**
**Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)**

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **Auto Lease**

Last 4 digits of account number    **9742**

| 2.4 | **Orange County Tax Assessor** | Describe the property that secures the claim: | $0.00 | $235,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**P.O. Box 149**
**Santa Ana, CA 92702**
Number, Street, City, State & Zip Code

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County Title held by Debtor's single member LLC - J-Sandcastle Co, LLC, APN 891-569-62**

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **Property Taxes**

Last 4 digits of account number    **Decal LBM 1081; APN: 891-569-62**

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

001975    EXHIBIT 40, PAGE 1155

| Debtor 1 | **Jamie Lynn Gallian** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.5 | **The Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | $319,653.59 | $235,000.00 | $241,319.59 |
|---|---|---|---|---|---|

Creditor's Name
c/o Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131;
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
~~Laguna Hills, CA 92653~~
Number, Street, City, State & Zip Code

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC**

As of the date you file, the claim is: Check all that apply.
☐ Contingent

☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

EJ-1

Date debt was incurred __May 6, 2019__    Last 4 digits of account number    OCJC 30-2017-00913985

| 2.6 | **The Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | $9,265.00 | $235,000.00 | $9,265.00 |
|---|---|---|---|---|---|

Creditor's Name
c/o Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131;
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653

Number, Street, City, State & Zip Code

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC**

As of the date you file, the claim is: Check all that apply.
☐ Contingent

☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

EJ-001 2019000148568 - filed OC REC. 5/3/2019

Date debt was incurred __March 21, 2019__    Last 4 digits of account number    OCJC 30-2017-00962999

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

001976                    EXHIBIT 40, PAGE 1156

Debtor 1   **Jamie Lynn Gallian**                                                      Case number (if known) _____

     First Name      Middle Name      Last Name

| 2.7 | **Huntington Beach Gables Homeowners Association** | Describe the property that secures the claim: | $53,684.41 | $235,000.00 | $53,684.41 |
|---|---|---|---|---|---|

Creditor's Name:

**Jasso; Gragnano; Phillips; Beck; Paulin; Burrett.**
*c/o Gordon Rees Scully & Mansukhani*
**633 W 5th Street, 52nd Floor**
**Los Angeles, CA 90071**
*c/o Epsten Grinnell & Howell, APC*
**10200 Willow Creek Road, Ste 100**
**San Diego, CA 92131;**
     Number, Street, City, State & Zip Code

**16222 Monterey Ln #376 Huntington Beach, CA 92649  Orange County HCD Title held by Debtor's single member LLC - J-Sandcastle Co, LLC**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Judgment Lien (JL1)  File # U200003862424 -7/26/2020**

Date debt was incurred   Dec. 4, 2018        Last 4 digits of account number   OCJC 30-2017-00913985

Add the dollar value of your entries in Column A on this page. Write that number here:        | $561,789.00 |

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:        | $561,789.00 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 4

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Case 8:21-bk-11710-ES Exhibit Part 2 07/09/21 Page 25 of 326 07/09/21 14:15:51   Desc
Main Document      Page 24 of 60

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | |
| | First Name                Middle Name               Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name                Middle Name               Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (if known) | _____ | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ■ No. Go to Part 2.
   ☐ Yes.

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| 4.1 | **BS Investors, LP G/HB** | | Total claim |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number  0376 | **Unknown** |
| | **18201 Von Karmen Ste. 450 Irvine, CA 92612** | When was the debt incurred?  **11/1/2018-present** | |

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community     ☐ Student loans
debt                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify   **OCSC Filed 1/2/2019   30-2019-0101423**

25

001978                EXHIBIT 40, PAGE 1158

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Case 8:21-bk-11710-ES Exhibit Part 2 of 9 Filed 07/09/21 Entered 07/09/21 14:15:51   Desc
Main Document    Page 25 of 60

Debtor 1   **Jamie Lynn Gallian**                                        Case number *(if known)* _____

| 4.2 | **Gordon Rees Scully & Mansukhani** | Last 4 digits of account number _____ | | **Unknown** |

Nonpriority Creditor's Name

**633 W 5th Street, 52nd Floor**
**Los Angeles, CA 90071**     When was the debt incurred?   **12/4/2018; 5/6/2019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.     **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community debt**    ☐ Student loans
**Is the claim subject to offset?**       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify   OCSC Case No. 30-2017-00913985   Huntington  Beach Gables Homeowners Association; Lee Gragnano; Ted Phillips; Lindy Beck; Janine Jasso; Jennifer Paulin; Lori Burrett

| 4.3 | **Houser Bros. Co.** | Last 4 digits of account number  **0376** | | **Unknown** |

Nonpriority Creditor's Name

**dba Rancho Del Rey Mobile Home**
**Estates**
**17610 Beach Blvd Ste. 32**     When was the debt incurred?   **11/1/2018-present**
**Huntington Beach, CA 92647**

Number Street City State Zip Code

**Who incurred the debt?** Check one.     **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community debt**    ☐ Student loans
**Is the claim subject to offset?**       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify   **Unlawful Detainer Lawsuit Filed 1/2/2019**
                                         OCSC 30-2019-01041423

| 4.4 | **Internal Revenue Service** | Last 4 digits of account number _____ | | **$3,361.00** |

Nonpriority Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101-7346**     When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.     **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community debt**    ☐ Student loans
**Is the claim subject to offset?**       ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                    ■ Other. Specify   **Income Taxes**

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Case 8:21-bk-11710-ES Exhibit Part 2   Filed 07/09/21   Entered 07/09/21 14:15:51   Desc
Main Document    Page 26 of 60

Debtor 1    Jamie Lynn Gallian                                    Case number (if known)

**4.5**  **James H Casello**
Nonpriority Creditor's Name
**Casello & Lincoln, Attorneys at Law**
**525 N Cabrillo Park Drive Ste 104**
**Santa Ana, CA 92701**

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?  _____

Number Street City State Zip Code
Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Misc. Debt.**

**4.6**  **Janine Jasso c/o Huntington Beach Gables Homeowners Association:**
Nonpriority Creditor's Name:
**Gordon Rees Scully & Mansukhani**
**633 W 5th Street, 52nd Floor**
**Los Angeles, CA 90071**

Last 4 digits of account number _____    **$46,138.00**

When was the debt incurred?  **12/4/2018**

Number Street City State Zip Code
Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **EJ-1 2018000467142, FILED 12/14/18 OC CLK REC**
OCSC Case No. 30-2017-00913985  Huntington Beach Gables Homeowners Association;
Lee Gragnano, Ted Phillips, Lindy Beck, Janine Jasso, Jennifer Paulin, Lori Burrett

**4.7**  **Jennifer Ann Paulin c/o Huntington Beach Gables Homeowners Association:**
Nonpriority Creditor's Name
**c/o Gordon Rees Scully & Mansukhani**
**633 W 5th Street, 52nd Floor**
**Los Angeles, CA 90071**

Last 4 digits of account number _____    **$0.00**

When was the debt incurred?  _____

Number Street City State Zip Code
Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
Is the claim subject to offset?
- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **EJ-1 2018000467142, FILED 12/14/18 OC CLK REC;   OCSC Case No.**
30-2017-00913985  Huntington Beach Gables Homeowners Association;

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Case 8:21-bk-11710-ES Exhibit Part 2 07/09/21    Entered 07/09/21 14:15:51    Desc
Main Document    Page 27 of 60

Debtor 1    **Jamie Lynn Gallian**

Case number *(if known)*

| | |
|---|---|
| **4.8** | **Lee S Gragnano c/o Huntington Beach Gables Homeowners Association** |

Nonpriority Creditor's Name

c/o Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **EJ-1 2018000467142, FILED 12/14/18 OC CLK REC;    OCSC Case No. 30-2017-00913985    Huntington Beach Gables Homeowners Association;**

| | |
|---|---|
| **4.9** | **Lindy Beck c/o Huntington Beach Gables Homeowners Association** |

Nonpriority Creditor's Name

c/o Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **EJ-1 2018000467142, FILED 12/14/18 OC CLK REC;    OCSC Case No. 30-2017-00913985    Huntington Beach Gables Homeowners Association;**

| | |
|---|---|
| **4.10** | **Lisa Ryan** |

Nonpriority Creditor's Name

20949 Lassen St. Apt 208
Chattsworth, CA 91311

Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____    $8,743.02

**When was the debt incurred?** 10-18-2018

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **30-2018-01013582    Misc Debt**

---

28

001981    EXHIBIT 40, PAGE 1161

Debtor 1   **Jamie Lynn Gallian**                                       Case number (if known) _____

| 4.1 1 | **Lori Burrett Huntington Beach Gables Homeowners Association** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**c/o Gordon Rees Scully & Mansukhani**
**633 W 5th Street, 52nd Floor**

When was the debt incurred?   _____

**Los Angeles, CA 90071**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

Type of NONPRIORITY unsecured claim:

☐ At least one of the debtors and another  ☐
**Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **EJ-1 2018000467142, FILED 12/14/18 OC CLK REC;   OCSC Case No. 30-2017-00913985, Huntington  Beach Gables Homeowners Association**

| 4.1 2 | **Nationwide Reconveyance, LLC** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name
**c/o Feldsott & Lee**
**23141 Mill Creek Drive Ste 300**

When was the debt incurred?   _____

**Lagina Hills, CA 92653**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Lawsuit - Case No  30-2020-01163055-CU-OR-CJC**

| 4.1 3 | **Patricia C. Ryan** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

When was the debt incurred?   _____

**20949 Lassen St. Apt 208**
**Chattsworth, CA 91311**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

Type of NONPRIORITY unsecured claim:

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Lawsuit - Houser v Ryan UD**

Case 8:21-bk-11710-ES    Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17    Desc
Case 8:21-bk-11710-ES Exhibit Part 2 of 2 Filed 07/09/21 Entered 07/09/21 14:15:51    Desc
Main Document      Page 29 of 60

Debtor 1   Jamie Lynn Gallian _____          Case number (if known) _____

| 4.1 4 | **Rancho Bernard Condominium Management** | | | | **$0.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____

**dba Elite Community Management**
**c/o Gordon Rees Scully Mansukhani**
**5 Park Plaza Ste 1100**
**Irvine, CA 92614**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lawsuit   Case No. 30-2020-01163055**

---

| 4.1 5 | **Randall Nickell** | | | | **Unknown** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**4476 Alderport Dr**
**Huntington Beach, CA 92649**

Last 4 digits of account number _____

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lawsuit - Case No 30-2020-01163055-CU-OR-CJC**

---

| 4.1 6 | **Orange County Superior Court Bench Citation  (Civil C-33)** | | 17-00913985 | | **$5,000.00** |
|---|---|---|---|---|---|

Last 4 digits of account number   17-00913985

Nonpriority Creditor's Name

When was the debt incurred?   7/8/2021

**c/o Feldsott & Lee**
**23161 Mill Creek Drive Ste 300**
**Laguna Hills, CA 92653**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
□ Yes

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **MISC DEBT Collection Case 30-2017-00913985**

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  6 of 11

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

001983                    EXHIBIT 40, PAGE 1163

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Case 8:21-bk-11710-ES Exhibit Part 2 07/09/21 Page 51 of 92 07/09/21 14:15:51    Desc
Main Document    Page 30 of 60

| Debtor 1 | Jamie Lynn Gallian | | Case number (if known) | |

---

**4.17**

| People of the State Of California 18WM05278 | | Last 4 digits of account number | | $ 13,229.24 |

Nonpriority Creditor's Name

**West Justice Center**
**8141 13th Street**
**Westminster, CA 91683**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   _Misc. Debt -  2021000348287   Filed 05/27/2021;  OC Clerk Recorder_

---

**4.18**

| Superior Default Services Inc | | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**c/o Feldsott & Lee**
**23161 Mill Creek Drive Ste 300**
**Laguna Hills, CA 92653**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   _Lawsuit 30-2020-01163055_

---

**4.19**

| The Huntington Beach Gables | | Last 4 digits of account number | | $319,653.59 |

Nonpriority Creditor's Name

**Homeowners Association**
**c/o Epsten Grinnell & Howell, APC**
**10200 Willow Creek Road, Ste 100**
**San Diego, CA 92131**

When was the debt incurred?   5/6/2019

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    EJ-001   2019000165259,  FILED  05/16/2019  OC  CLERK  RECORDER; OCSC  No.  30-2017-00913985;  Huntington  Beach  Gables  Homeowners  Association;

---

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Case 8:21-bk-11710-ES Exhibit Part 2 of 9 Page 32 of 326    Entered 07/09/21 14:15:51    Desc
Main Document    Page 31 of 60

Debtor 1    Jamie Lynn Gallian                                                    Case number (if known) _____

| | | |
|---|---|---|
| **4.2 0** | **The Huntington Beach Gables** | Last 4 digits of account number _____    $9,265.00 |

Nonpriority Creditor's Name
**Homeowners Association**
**c/o Epsten Grinnell & Howell, APC**
**10200 Willow Creek Road, Ste 100**
**San Diego, CA 92131**
Number Street City State Zip Code

When was the debt incurred?    **March 21, 2019**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  EJ-001 2019000148568, FILED 05/03/2019 OC CLERK RECORDER; OCSC Case No. 30-2017-00962999, Huntington  Beach Gables Homeowners Association

| | | |
|---|---|---|
| **4.2 1** | **The Huntington Beach Gables** | Last 4 digits of account number _____    $3,070.00 |

Nonpriority Creditor's Name
**Homeowners Association**
**c/o Epsten Grinnell & Howell APC**
**10200 Willow Creek Road, Ste 100 San**
**Diego, CA 92131**
Number Street City State Zip Code

When was the debt incurred?    **September 27, 2018**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify EJ-001 2018000435011, FILED 11/19/2018 OC CLERK RECORDER; OCSC  No. 30-2017-00913985, Huntington  Beach Gables Homeowners Association

| | | |
|---|---|---|
| **4.2 2** | **Ted Phillips c/o Huntington Beach Gables Homeowners Association** | Last 4 digits of account number _____    $0.00 |

Nonpriority Creditor's Name
**c/o Gordon Rees Scully & Mansukhani**
**633 W 5th Street, 52nd Floor**
**Los Angeles, CA 90071**
Number Street City State Zip Code

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify EJ-001 2018000467142, FILED 12/14/2018 OC CLERK RECORDER; OCSC  No. 30-2017-00913985, Huntington  Beach Gables Homeowners Association

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

001985                    EXHIBIT 40, PAGE 1165

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Case 8:21-bk-11710-ES Exhibit Part 2   Filed 07/09/21   Entered 07/09/21 14:15:51   Desc
Main Document      Page 32 of 60

Debtor 1   **Jamie Lynn Gallian**                                               Case number *(if known)*

| | | | |
|---|---|---|---|
| **4.2 3** | **The Huntington Beach Gables Homeowners Association** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653

When was the debt incurred?

Number Street City State Zip Code=

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  OCSC CX Complaint Lawsuit 30-2020-01163055  Filed (11/9/2020)
Nickel  vs.  Huntington  Beach Gables Homeowners Association

| | | | |
|---|---|---|---|
| **4.2 4** | **United Airlines** | Last 4 digits of account number  10092 | **$9,572.91** |

Nonpriority Creditor's Name
PO Box 0675
Carol Stream, IL 60132-0675

When was the debt incurred?

Number Street City State Zip Code=

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community= debt**

Is the claim subject to offset?
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Misc Debt COBRA

| | | | |
|---|---|---|---|
| **4.2 5** | **US Bank NA** | Last 4 digits of account number  6482 | **$9,145.00** |

Nonpriority Creditor's Name
PO Box 64799
Saint Paul, MN 55164

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify=  **Collection**

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  9 of 11

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

001986          EXHIBIT 40, PAGE 1166

Debtor 1 __Jamie Lynn Gallian__          Case number (if known) _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Feldsott & Lee**<br>**23161 Mill Creek Drive Ste 300**<br>**Laguna Hills, CA 92653** | Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Feldsott & Lee**<br>**23161 Mill Creek Drive Ste 300**<br>**Laguna Hills, CA 92653** | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Feldsott & Lee**<br>**23161 Mill Creek Drive Ste 300**<br>**Laguna Hills, CA 92653** | Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Gorden G May**<br>**Grant, Genovese & Baratta, LLP**<br>**2030 Main Street, Ste. 1600**<br>**irvine, CA 92614** | Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Gordon Rees Scully & Mansukhani**<br>**5 Park Plaza Ste. 1100**<br>**Irvine, CA 92614** | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Gordon Rees Scully & Mansukhani**<br>**633 W 5th Street, 52nd Floor**<br>**Los Angeles, CA 90071** | Line **4.2** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br>**4.6; 4.7; 4.8; 4.9; 4.11; 4.22** |
| | Last 4 digits of account number |
| **Mark Mellor**<br>**Mellor Law Firm**<br>**6800 Indiana Avenue Ste. 220**<br>**Riverside, CA 92506** | Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Vivian J. Alston**<br>**Alston, Alston, & Diebold**<br>**27201 Puerta Real, Ste. 300**<br>**Mission Viejo, CA 92691** | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 0.00 |
|  |  |  |  | Total Claim |
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |

| Debtor 1 | **Jamie Lynn Gallian** | | Case number (if known) | |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | | 6i. | $ | 427,177.76 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | | 6j. | $ | 427,177.76 |

35

001988          EXHIBIT 40, PAGE 1168

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Jamie Lynn Gallian | |
| | First Name  Middle Name  Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name  Middle Name  Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number | | |
| (if known) | | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Kia Motors**<br>Name<br>**P.O. Box 20815**<br>Number      Street<br>**Fountain Valley, CA 92708**<br>City              State        ZIP Code | **Kia Sportage Car Lease** |
| 2.2 | **Robert P. Warmington Co**<br>Name<br>**3090 Pullman St.**<br>Number      Street<br>**Costa Mesa, CA 92626**<br>City              State        ZIP Code | **Unexpired Ground Leasehold Located on APN 178-011-01, Unit 4, Tract 10542, Space 376. Expires 12/31/2059** |
| 2.3 | **BS Investors, LP**<br>Name<br>**18201 Von Karman Ste. 450**<br>Number      Street<br>**Irvine, CA      92612**<br>City              State        ZIP Code | **Unexpired Ground Leasehold Located on APN 178-011-01. Unit 4, Tract 10542, Space 376. Expires 12/31/2059** |
| 2.4 | **Houser Bros Co dba Rancho Del Rey Mobilehome Estates**<br>Name<br>**16222 Monterey Ln**<br>Number      Street<br>**Huntington Beach CA 92649**<br>City              State        ZIP Code | **Unexpired Ground Leasehold, Located on APN 178-011-01. Unit 4, Tract 10542, Space 376. Expires 12/31/2059** |
| 2.5 | Name<br>Number      Street<br>City              State        ZIP Code | |

Official Form 106G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 1 of 1

001989                    EXHIBIT 40, PAGE 1169

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                          12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ■ No
   ☐ Yes.

   In which community state or territory did you live?     __-NONE-__     . Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent
   _____
   Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.1 _____<br>Name<br><br>_____<br>Number      Street<br>_____<br>City                    State              ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| 3.2 _____<br>Name<br><br>_____<br>Number      Street<br>_____<br>City                    State              ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Official Form 106H                               Schedule H: Your Codebtors                               Page 1 of 1
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 8:23-cv-00961-WLH   Document 13-1   Filed 08/16/23   Page 545 of 670   Page ID #:3786

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Case 8:21-bk-11710-ES Exhibit Part 2 07/09/21 Entered 07/09/21 14:15:51   Desc
Main Document    Page 37 of 60

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I
## Schedule I: Your Income                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Employment status | | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | **Unemployed/Disabled;date of injury 8/5/2018, severe crushing injury left foot, with nerve impingment, protruding interior bone left interior portion foot.** | |
| Employer's name | | | |
| Employer's address | | | |
| How long employed there? | | **Flight Attendant-United Airlines**<br>**22 years Last day; worked 10/26/2018** | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $          N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$          0.00 | +$          N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $          0.00 | $          N/A |

001991                          EXHIBIT 40, PAGE 1171

Debtor 1 **Jamie Lynn Gallian**    Case number *(if known)* _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | | 4. | $   0.00 | $   N/A |
| 5. List all payroll deductions: | | | | |
| 5a. Tax, Medicare, and Social Security deductions | | 5a. | $   0.00 | $   N/A |
| 5b. Mandatory contributions for retirement plans | | 5b. | $   0.00 | $   N/A |
| 5c. Voluntary contributions for retirement plans | | 5c. | $   0.00 | $   N/A |
| 5d. Required repayments of retirement fund loans | | 5d. | $   0.00 | $   N/A |
| 5e. Insurance | | 5e. | $   0.00 | $   N/A |
| 5f. Domestic support obligations | | 5f. | $   0.00 | $   N/A |
| 5g. Union dues | | 5g. | $   0.00 | $   N/A |
| 5h. Other deductions. Specify: _____ | | 5h.+ | $   0.00 + | $   N/A |
| 6. Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | | 6. | $   0.00 | $   N/A |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | | 7. | $   0.00 | $   N/A |
| 8. List all other income regularly received: | | | | |
| 8a. Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | 8a. | $   1,000.00 | $   N/A |
| 8b. Interest and dividends | | 8b. | $   0.00 | $   N/A |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | 8c. | $   0.00 | $   N/A |
| 8d. Unemployment compensation | | 8d. | $   0.00 | $   N/A |
| 8e. Social Security | | 8e. | $   0.00 | $   N/A |
| 8f. Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | | 8f. | $   0.00 | $   N/A |
| 8g. Pension or retirement income | | 8g. | $   0.00 | $   N/A |
| 8h. Other monthly income. Specify: _____ | | 8h.+ | $   0.00 + | $   N/A |
| 9. Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | | 9. | $   1,000.00 | $   N/A |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | 10. | $   1,000.00 + | $   N/A = $   1,000.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____    11. +$   0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12. $   1,000.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

---

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

---

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1.  **Is this a joint case?**
    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**
        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?** ■ No
    Do not list Debtor 1 and Debtor 2.      ☐ Yes. Fill out this information for each dependent..............
    Do not state the dependents names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | | | ☐ No ☐ Yes |
    | | | ☐ No ☐ Yes |
    | | | ☐ No ☐ Yes |
    | | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No  ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. $ | 100.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 100.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 100.00 |

---

Official Form 106J                        Schedule J: Your Expenses                        page 1

40

001993                        EXHIBIT 40, PAGE 1173

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | Case number (if known) | |

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 200.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 60.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 160.00 |
| | 6d. Other. Specify:= **Space #376 Rent** | 6d. $ | 1,086.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 500.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 0.00 |
| 10. | **Personal care products and services** | 10. $ | 30.00 |
| 11. | **Medical and dental expenses** | 11. $ | 125.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 175.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 240.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 2,676.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2= | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 2,676.00 |

| | | | |
|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | |
| | 23a.= Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | 1,000.00 |
| | 23b.= Copy your monthly expenses from line 22c above. | 23b. -$ | 2,676.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. $ | -1,676.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes. Explain here:

41

001994

EXHIBIT 40, PAGE 1174

Case 8:23-cv-00961-WLH    Document 13-1    Filed 08/16/23    Page 549 of 670    Page ID #:3790

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Case 8:21-bk-11710-ES Exhibit Part 2 07/09/21 Page 42 of 32 07/09/21 14:15:51    Desc
Main Document    Page 41 of 60

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (if known) | _____ | ☐ Check if this is an amended filing |

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Sign Below |
|---|---|

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _Jamie L Gallian_____    X _____

Jamie Lynn Gallian
Signature of Debtor 1    Signature of Debtor 2

Date _7/9/2021_____    Date _____

Official Form 106Dec    **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

001995    EXHIBIT 40, PAGE 1175

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Case 8:21-bk-11710-ES Exhibit Part 2 07/09/21 Entered 07/09/21 14:15:51    Desc
Main Document    Page 42 of 60

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Jamie Lynn Gallian** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

☐ Married
■ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** **(January 1 to December 31, 2020 )** | ■ Wages, commissions, bonuses, tips | $1,408.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

001996                    EXHIBIT 40, PAGE 1176

Debtor 1   **Jamie Lynn Gallian** _____   Case number *(if known)* _____

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| For the calendar year before that:<br>(January 1 to December 31, 2019 ) | ☑ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $3,375.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

---

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ☑ Yes. Fill in the details.

| | Debtor 1 | Gross income from | Debtor 2 | Gross income |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | Unemployment | $0.00 | | |
| For last calendar year:<br>(January 1 to December 31, 2020 ) | Unemployment | $21,227.00 | | |
| | Retirement | $31,922.58 | | |

---

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
    ☐ No.   Go to line 7.
    ☐ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

    ☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☑ No.   Go to line 7.
    ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

---

Statement of Financial Affairs for Individuals Filing for Bankruptcy

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

EXHIBIT 40, PAGE 1177

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Case 8:21-bk-11710-ES Exhibit Part 2 09/2Page 45 of 620 07/09/21 14:15:51    Desc
Main Document      Page 44 of 60

Debtor 1   **Jamie Lynn Gallian**                                    Case number *(if known)*

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
   |---|---|---|---|---|

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

   | Case title Case number | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|
   | Filed 1/2/2019 Houser Bros Co v Jamie Gallian 30-2019-01041423-CI-UD-CJC | Unlawful Detainer | Orange County Superior Court 700 W Civic Center West Santa Ana, CA 92701 | ■ Pending ☐ On appeal ☐ Concluded |
   | Filed 11/8/2020 Randall L Nickell v. The Huntington Beach Gabels HOA, etal 30-2020-01163055-CU-OR-CJC | Civil | Orange County Superior Court 700 Civic Center Drive West Santa Ana, CA 92701 | ■ Pending ☐ On appeal ☐ Concluded |
   | Filed 4/11/2017 Huntington Beach Gables Homeowners Association vs. Sandra Bradley et al. 30-2017-00913985-CU-CO-CJC | Collections | Orange County Superior Court 700 Civic Center Drive West Santa Ana, CA 92701 | ☐ Pending ☐ On appeal ☐ Concluded |
   | Filed 12/22/2017 Huntington Beach Gables Homeowners Association vs. Jamie  Lynn Gallian 30-2017-00962999-CU-HR-CJC | Collections | Orange County Superior Court 700 Civic Center Drive West Santa Ana, CA 92701 | ☐ Pending ☐ On appeal ☐ Concluded |
   | | | | ☐ Pending ☐ On appeal ☐ Concluded |

---

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Case 8:21-bk-11710-ES Exhibit Part 2 07/09/21 Page 45 of 326  07/09/21 14:15:51   Desc
Main Document      Page 45 of 60

Debtor 1   **Jamie Lynn Gallian** _____   Case number (if known) _____

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.
A WRIT dated 11/19/18, in the name of LISA T. RYAN, Case No. 30-2018-01013582 was UNLAWFULLY executed by Park
■ No. Go to line 11.    Mgr., Houser Bros Co GP on 3/4/2019, against the bona fide purchase of Ryan home LBM1081 on 11/1/2018.
☐ Yes. Fill in the information below. · Possession returned to bona fide buyer by Judicial Officer Judge Carmen Luege. on 3/6/19, OCJC.

| Creditor Name and Address | Describe the Property LBM 1081 | Date 3/6/2019 | Value of the property |
|---|---|---|---|
| Houser Bros Co GP dba RDRMHE | Explain what happened  Resident Gallian was removed from her home by force on 3/4/19, Park Manager changed Locks unlawfully. Possession ret. to Gallian. | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
■ No
☐ Yes

**Part 5:   List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Charity's Name Address (Number, Street, City, State and ZIP Code) | | | |

**Part 6:   List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
Unemployment due to Covid 19 pandemic massive layoffs in airline industry and other industries; California Governors
Stay at Home Orders.  Unable to procure sustainable employment.  Apply for Covid 19 Rent Relief State Programs.
No
☒ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 7:   List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, If Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |

Case 8:23-cv-00961-WLH    Document 13-1    Filed 08/16/23    Page 554 of 670    Page ID #:3795

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Case 8:21-bk-11710-ES Exhibit Part 2 Filed 07/09/21 Entered 07/09/21 14:15:51    Desc
Main Document    Page 46 of 60

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | |
|---|---|---|---|---|

| Person Who Was Paid; Address; Email address | | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|---|
| James H. Casello Esq. | SBN 76021 | Client Trust Account for Atty Fees | 2019-2020 | $ 43,000.00 |
| Michael Chulak, Esq. SBN | 194744 (suspended) | Client Trust Account for Atty Fees | 2018-2019 | $ 8,700.00 |
| Michael S. Devereux, Esq. | SBN 225240 | Client Trust Account for Atty Fees | 2018-2019 | $ 5,000.00 |
| Steven A. Fink, Esq. | SBN 93762 | Client Trust Account for Atty Fees | 2019-2020 | $ 30,000.00 |
| David R. Flyer, Esq. | SBN 10069 | Client Trust Account for Atty Fees | 2018-2019 | $ 17,000.00 |
| Raquel Flyer-Dashner Esq. | SBN 282248 | Client Trust Account for Atty Fees | 2018 | $ 5,000.00 |
| Frank A. Satalino, Esq. | SBN 143444 | Client Trust Account for Atty Fees | 2018 | $ 5,000.00 |
| | | | TOTAL | $ 113,700.00 |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address / Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Randall Nickell<br>4476 Alderport Dr. Unit 53<br>Huntington Beach, CA 92649<br>Bona fide purchaser for Value. | Primary residence sold Leasehold on 10/31/2018<br>4476 Alderport Drive #53,<br>Huntington Beach, CA 92649<br>APN 937-63-053 | $379,000 | 10/31/2018 |

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20.** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor 1    **Jamie Lynn Gallian**  _____    Case number *(if known)* _____

---

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ■ **No**
   ☐ **Yes.** Fill in the details.

   | Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
   |---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ■ **No**
   ☐ **Yes.** Fill in the details.

   | Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
   |---|---|---|---|

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ■ **No**
   ☐ **Yes.** Fill in the details.

   | Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
   |---|---|---|---|

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ **No**
   ☐ **Yes.** Fill in the details.

   | Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
   |---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ **No**
   ☐ **Yes.** Fill in the details.

   | Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
   |---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**EXHIBIT 40, PAGE 1181**

Debtor 1    **Jamie Lynn Gallian** _____     Case number *(if known)* _____

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|

**Part 11:   Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>**Address**<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| J-Sandcastle Co., LLC<br>16222 Monterey Lane #376<br>Huntington Beach, CA 92649 | Residential Management | EIN:  83-2453659<br><br>From-To  10/19/2018 - Present |
| J-Pad, LLC<br>16222 Monterey Lane #376<br>Huntington Beach, CA 92649 | Residential Management | EIN:<br><br>From-To  02/09/2018 - Present |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No
☐ Yes. Fill in the details below.

| Name<br>**Address**<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____                    _____
**Jamie Lynn Gallian**                                                          Signature of Debtor 2
Signature of Debtor 1

Date    7/9/2021                                                           Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

| Debtor 1 | **Jamie Lynn Gallian** | | | Case number *(if known)* | |
|---|---|---|---|---|---|

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Official Form 107                  **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                  page 8

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

EXHIBIT 40, PAGE 1183

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (if known) | _____ | ☐ Check if this is an amended filing |

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:** List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Houser Bros. Co. dba Rancho Del Rey Mobile-home Estates Space #376, Unexpired Ground leasehold until 2059, located on APN 178-011-16; Parcel Map Book 108, Pg. 47 & 48, County of Orange property** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Description of securing debt: **16222 Monterey Ln. Space #376 Huntington Beach, CA 92649 Orange County. APN 891-569-62 Decal No. LBM1081  Title held by Debtor's single member LLC J-Sandcastle Co, LLC** | **Debtor will retain collateral & continue to make Monthly Ground Space Payments #376, locaton on APN 178-011-16** | |
| Creditor's name: **J-Pad, LLC** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Description of property securing debt: **16222 Monterey Ln. Space #376 Huntington Beach, CA 92649 Orange County. APN-891-569-62, Decal No. LBM1081  Title held by Debtor's single member LLC J-Sandcastle Co, LLC** | **Debtor will retain collateral & continue to make regular principal payments.** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1 __Jamie Lynn Gallian__      Case number *(if known)* _____

| | | | |
|---|---|---|---|
| Creditor's name: | **Kia Motors Finance** | ☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | No<br><br>☑ Yes |
| Description of property securing debt: | **2020 Kia Sportage Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 (LEASE)** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Orange County Tax Assessor** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: | ☐ No<br><br>☑ Yes |
| Description of property securing debt: | **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County. APN 891-569-62 Decal No. LBM1081  Title held by Debtor's single member LLC J-Sandcastle Co, LLC** | **Debtor will retain collateral & continue to make regular payments.** | |

| | | | |
|---|---|---|---|
| Creditor's name: | **The Huntington Beach Gables Homeowners Association** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: | ☐ No<br><br>☑ Yes |
| Description of property securing debt: | **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County. APN 891-569-62 Decal No. LBM1081  Title held by Debtor's single member LLC J-Sandcastle Co, LLC** | **avoid lien using 11 U.S.C. § 522(f)** | |

| | | | |
|---|---|---|---|
| Creditor's name: | **The Huntington Beach Gables Homeowners Association** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: | ☐ No<br><br>☑ Yes |
| Description of property securing debt: | **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County. APN 891-569-62 Decal No. LBM1081  Title held by Debtor's single member LLC J-Sandcastle Co, LLC** | **avoid lien using 11 U.S.C. § 522(f)** | |

| | | | |
|---|---|---|---|
| Creditor's name: | **The Huntington Beach Gables Homeowners Association** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☑ Retain the property and [explain]: | ☐ No<br><br>☑ Yes |
| Description of property securing debt: | **16222 Monterey Ln #376 Huntington Beach, CA 92649 Orange County. APN 891-569-62 Decal No. LBM1081  Title held by Debtor's single member LLC J-Sandcastle Co, LLC** | **avoid lien using 11 U.S.C. § 522(f)** | |

**Part 2:**   **List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**      **Will the lease be assumed?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Jamie Lynn Gallian** | Case number *(if known)* |
|---|---|---|

| Lessor's name: Description of leased Property: | **Houser Bros Co, dba Rancho Del Rey Mobile Home Estates** Ground Leasehold until 2059, Space #376, located upon APN 178-011-01 2014 Skyline Villa - Manufactured Home installed on Space 376 July 2, 2014, LBM1081 | ☐ No  ☒ Yes |
|---|---|---|
| Lessor's name: Description of leased Property: | **BS Investor, LP** Ground Leasehold until 2059, Space #376, located upon APN 178-011-01 2014 Skyline Villa - Manufactured Home installed on Space 376, July 2, 2014, LBM1081 | ☐ No  ☒ Yes |
| Lessor's name: Description of leased Property: | **Kia Motors Finance** 2020 Kia Sportage | ☐ No  ☒ Yes |
| Lessor's name: Description of leased Property: | | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | | ☐ No  ☐ Yes |
| Lessor's name: Description of leased Property: | | ☐ No  ☐ Yes |

**Part 3:   Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____   X _____
**Jamie Lynn Gallian**                    Signature of Debtor 2
Signature of Debtor 1

Date _____7/9/2021_____   Date _____

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 8:23-cv-00961-WLH   Document 13-1   Filed 08/16/23   Page 561 of 670   Page ID #:3802

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Case 8:21-bk-11710-ES Exhibit Part 2 07/09/21 Page 54 of 60 07/09/21 14:15:51   Desc
Main Document       Page 53 of 60

| Fill in this information to identify your case: | | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | ■ 1. There is no presumption of abuse. |
| Debtor 2 (Spouse, if filing) | | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the: | Central District of California | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number (if known) | | ☐ Check if this is an amended filing |

## Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income
04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ■ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ _____ |
| 5. | **Net income from operating a business, profession, or farm** | | |

| | | Debtor 1 | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00 Copy here -> | $ 0.00 | $ _____ |

6. **Net income from rental and other real property**

| | | Debtor 1 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 1,000.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | |
| Net monthly income from rental or other real property | $ 1,000.00 Copy here -> | $ 1,000.00 | $ _____ | |

| 7. | **Interest, dividends, and royalties.** | | $ 0.00 | $ _____ |
|---|---|---|---|---|

---

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Case 8:21-bk-11710-ES Exhibit Page 1 of 20 Filed 07/09/21 Entered 07/09/21 14:15:51   Desc
Main Document      Page 54 of 60

Debtor 1 __**Jamie Lynn Gallian**_____   Case number *(if known)* _____

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|

8. **Unemployment compensation**    $ _____0.00    $ _____

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here:

For you _____ $ _____0.00

For your spouse_____ $ _____

9. **Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act. Also, except as stated in the next sentence, do
not include any compensation, pension, pay, annuity, or allowance paid by the
United States Government in connection with a disability, combat-related injury or
disability, or death of a member of the uniformed services. If you received any retired
pay paid under chapter 61 of title 10, then include that pay only to the extent that it
does not exceed the amount of retired pay to which you would otherwise be entitled
if retired under any provision of title 10 other than chapter 61 of that title.    $ _____0.00    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act; payments made
under the Federal law relating to the national emergency declared by the President
under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the
coronavirus disease 2019 (COVID-19); payments received as a victim of a war
crime, a crime against humanity, or international or domestic terrorism; or
compensation  pension, pay, annuity, or allowance paid by the United States
Government in connection with a disability, combat-related injury or disability, or
death of a member of the uniformed services. If necessary, list other sources on a
separate page and put the total below..

_____ $ _____0.00    $ _____

_____ $ _____0.00    $ _____

Total amounts from separate pages, if any.    + $ _____0.00    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for
each column. Then add the total for Column A to the total for Column B.    $ ___1,000.00  + $ _____  = $ ___1,000.00

Total current monthly
Income

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11_____ Copy line 11 here=>    $ ___1,000.00

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form    12b. $ __12,000.00

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    | **CA** |

Fill in the number of people in your household.    | **1** |

Fill in the median family income for your state and size of household. _____    13. $ __62,938.00
To find a list of applicable median income amounts, go online using the link specified in the separate instructions
for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _~~Jamie Lynn Gallian~~_ (signature)    7/9/2021

Jamie Lynn Gallian

Official Form 122A-1    Chapter 7 Statement of Your Current Monthly Income    page 2

Case 8:23-cv-00961-WLH   Document 13-1   Filed 08/16/23   Page 563 of 670   Page ID #:3804

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Case 8:21-bk-11710-ES Exhibit Part 2   Filed 07/09/21   Entered 07/09/21 14:15:51   Desc
Main Document      Page 55 of 60

Debtor 1   **Jamie Lynn Gallian** _____    Case number (*if known*) _____

Signature of Debtor 1

Date _____
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Case 8:23-cv-00961-WLH   Document 13-1   Filed 08/16/23   Page 564 of 670   Page ID #:3805

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Case 8:21-bk-11710-ES Exhibit Part 2 07/09/21 Page 57 of 320   Entered 07/09/21 14:15:51   Desc
Main Document    Page 56 of 60

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jamie Lynn Gallian** **16222 Monterey Ln. #376** **Huntington Beach, CA 92649** **714-321-3449** jamiegallian@gmail.com | |

☒ *Debtor(s) appearing without an attorney*

☐ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: **Jamie Lynn Gallian** | CASE NO.: CHAPTER: **7** |
|---|---|
| Debtor(s). | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS** **[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____7/9/2021_____          _Jamie L. Gallian_
                                                Signature of Debtor 1

Date: _____          _____
                                                Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____          _____
                                                Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

57

002010          EXHIBIT 40, PAGE 1190

Case 8:23-cv-00961-WLH   Document 13-1   Filed 08/16/23   Page 565 of 670   Page ID #:3806

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Case 8:21-bk-11710-ES Exhibit Part 2 07/09/21  Page 58 of 60 07/09/21 14:15:51   Desc
Main Document      Page 57 of 60

Jamie Lynn Gallian
16222 Monterey Ln #376
Huntington Beach, CA 92649


David R. Flyer
4120 Birch St. Ste. 101,
Newport Beach, CA 92660


Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653


Frank Satalino
19 Velarde Ct.
Rancho Santa Margarita, CA
92688


Gordon Rees Scully & Mansukhani
5 Park Plaza Ste. 1100
Irvine, CA 92614


Gordon Rees Scully & Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


Houser Bros. Co.
DBA Rancho Del Rey Estates
16222 Monterey Ln
Huntington Beach, CA 92649


Houser Bros. Co.dba Rancho Del
Rey Mobile Home Estates
17610 Beach Blvd Ste. 32
Huntington Beach, CA 92647


Huntington Harbor Village
16400 Saybrook
Huntington Beach, CA 92649


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

EXHIBIT 40, PAGE 1191

Case 8:23-cv-00961-WLH   Document 13-1   Filed 08/16/23   Page 566 of 670   Page ID #:3807

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Case 8:21-bk-11710-ES Exhibit Part 2 of 2 Filed 07/09/21 Entered 07/09/21 14:15:51   Desc
Main Document      Page 58 of 60

J-Pad, LLC
2702 N Gaff Street
Orange, CA 92865


James H Cosello
Casello & Lincoln,
525 N Cabrillo Park Dr. Ste 104
Santa Ana, CA 92701

Janine Jasso
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071

Janine Jasso
P.O. Box 370161
El Paso, TX 79937


Jennifer Ann Paulin
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


Kia Motors Finance
PO Box 20815
Fountain Valley, CA 92728


Lee S. Gragnano
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


Linda Jean "Lindy" Beck
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


Lisa T. Ryan
20949 Lassen St. Apt 208
Chattsworth, CA 91311

2

EXHIBIT 40, PAGE 1192

Lori Ann Burrett
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


Mark A.Mellor Mellor Law Firm
c/o Randall Nickell
6800 Indiana Ave.
Riverside, CA 92506-4267


Michael Chulak-(Unknown)
MChulak@MTCLaw.com


Michael S. Devereux
Wex Law
9171 Wilshire Blvd. Ste. 500
Beverly Hills, CA 90210-5536


Nationwide Reconveyance, LLC
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653


Orange County Tax Assessor
P.O. Box 149
Santa Ana, CA 92701


Patricia Ryan
20949 Lassen St. Apt 208
Chattsworth, CA 91311


Raquel Flyer-Dashner
4120 Birch St. Ste. 101,
Newport Beach, CA 92660


People of the St of CA
8141 13th Street
Westminster, CA 92683


Randall Nickel
11619 Inwood Drive,
Riverside, CA 92503

3

EXHIBIT 40, PAGE 1193

```
Superior Default Services Inc
c/o Feldsott & Lee
23161 Mill Creek Drive Ste 300
Laguna Hills, CA 92653


Stanley Feldsott, Esq
Feldsott & Lee
23161 Mill Creek Drive
Laguna Hills, CA 92653


Steven A. Fink
13 Corporate Plaza Ste. 150
Newport Beach, CA 92660


The Huntington Beach Gables
Homeowners Association
c/o Epsten Grinnell & Howell,
APC 10200 Willow Creek Road,
Ste 100
San Diego, CA 92131


The Huntington Beach Gables
Homeowners Association
c/o Epsten Grinnell & Howell APC
10200 Willow Creek Road, Ste 100
San Diego, CA 92131


Theodore R "Ted" Phillips
c/o Gordon Rees Scully &
Mansukhani
633 W 5th Street, 52nd Floor
Los Angeles, CA 90071


United Airlines
P.O. Box 0675
Carol Stream, IL 60132-0675


US Bank NA
PO Box 64799
Saint Paul, MN 55164


Vivienne J Alston
Alston, Alston & Diebold
27201 Puerta Real Ste 300
Mission Viejo, CA 92691
```

4

002014                    EXHIBIT 40, PAGE 1194

# EXHIBIT  2

# 7/9/2021- FILED CLERK RECORDER

# DEBTOR'S HOMESTEAD

# DECLARATION

EXHIBIT 40, PAGE 1195

Recording Requested by :

J-SANDCASTLE CO LLC

JAMIE LYNN GALLIAN
16222 MONTEREY LANE #376
HUNTINGTON BEACH, CA 92649

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 88.00
* $ R 0 0 1 2 9 8 0 9 5 6 $ *
2021000443659 12:48 pm 07/09/21
18 414A D04  2
0.00 0.00 0.00 0.00 3.00 0.00 0.000.0075.00 3.00

When recorded mail to:

JAMIE LYNN GALLIAN
16222 MONTEREY LANE #376
HUNTINGTON BEACH, CA 92649

---

# HOMESTEAD DECLARATION
CCP §704.930

SPACE ABOVE THIS LINE FOR RECORDER USE ONLY

APN#: 891-569-62

**1. Name(s) of Declared Homestead owners:**

JAMIE LYNN GALLIAN , do hereby claim a Declared
Homestead in the following real property located in:

the City of HUNTINGTON BEACH, CA , County of ORANGE , State of California,

more commonly known as:

16222 MONTEREY LANE SPACE 376 HUNTINGTON BEACH, CA 92649

*(Insert Common Street Address Above)*

and more particularly described as follows:

2014 SKYLINE CUSTOM VILLA DECAL NO. LBM1081 SERIAL NO. AC7V710394GB; AC7V710394GA; LOCATED ON LOT 376
ON APN 178-011-16, TRACT 10542, UNIT 4, PARCEL MAP BOOK 108, PG(S) 47 & 48

*(Insert Property Legal Description Above)*

**2. The Declared Homestead is the principal dwelling of the Declared Homestead Owner(s) listed above or such person(s) spouse.**

**3. The Declared Homestead Owner(s) listed above, or such person(s) spouse, resides in the Declared Homestead on the date this Homestead Declaration is recorded.**

**4. The facts stated in this Homestead Declaration are known to be true as of the personal knowledge of the person(s) below executing and acknowledging this Homestead Declaration.**

Dated: 07/08/2021

_____
(Signature of Declared Homestead Owner or Spouse)

JAMIE LYNN GALLIAN
(Printed Name of Declared Homestead Owner or Spouse)

_____
(Signature of Declared Homestead Owner of Spouse)

JAMIE LYNN GALLIAN
(Printed Name of Declared Homestead Owner or Spouse)

( See Attached Acknowledgment )

63

EXHIBIT 40, PAGE 1196

ACKNOWLEDGMENT

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California
County of _O-s_SL_____)

On __7/9/21__ before me, _Greg Buysman, Notary Public_
                                    (insert name and title of the officer)

personally appeared __Jamie Lynn Gallian__
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

GREG BUYSMAN
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature _____   (Seal)

002017   EXHIBIT 40, PAGE 1197



**Shari L. Freidenrich, CPA**
Orange County Treasurer - Tax Collector
P.O. BOX 1438 • Santa Ana, CA 92702-1438
601 N. Ross Street, Building 16, Santa Ana
Office Hours: 8:00 AM-5:00 PM Monday - Friday
Phone Hours: 9:00 AM-5:00 PM (714) 834-3411
octreasurer.com/octaxbill

**DID YOU KNOW?**

Sign up to receive a text/email due date reminder at octreasurer.com/securedreminders
Pay online at octreasurer.com/octaxbill to receive same day credit, no service fee by eCheck and an emailed receipt.
Mailed payments must have a USPS postmark on or before the last timely payment date. If you wait until the last day to mail your payment, get your envelope hand-stamped with a postmark to ensure it is timely. See octreasurer.com/postmarks.

## 2021-22 SECURED PROPERTY TAX BILL

For Fiscal Year Beginning July 1, 2021 and Ending June 30, 2022
0000210-0000210 STMT------  344031 OCT017
#BWNLBHV ********AUTO**ALL FOR AADC 926
#8915 6962 2021 1#

GALLIAN, JAMIE LYNN
16222 MONTEREY LN SPC 376
HUNTINGTON BEACH CA 92649-2258

**PROPERTY LOCATION**

16222 MONTEREY LN 376 HUNTINGTON BEACH

| ASSESSED VALUES & EXEMPTIONS AS OF JANUARY 1, 2021 | | |
|---|---|---|
| DESCRIPTION | FULL VALUE | COMPUTED |
| PERSONAL PROPERTY - OTHER | 86,339 | TAX |
| | | |
| TOTAL VALUES: | 86,339 | 946.92 |
| TOTAL NET TAXABLE VALUE: | 86,339 | 946.92 |

**OWNER OF RECORD AS OF 12:01 AM, JANUARY 1, 2021**

J-SANDCASTLE CO LLC

## MOBILE HOME

| PARCEL NO. (APN) | TAX RATE AREA | 1st Installment DUE 11/1/21 | | 2nd Installment DUE 2/1/22 | | TO PAY BOTH INSTALLMENTS BY 12/10/21 |
|---|---|---|---|---|---|---|
| 891-569-62 | 04-902 | $473.46 | + | $473.46 | = | $946.92 |

### IMPORTANT INFORMATION

**INFORMATION COPY**

Taxes were pre-paid at the time of purchase and will be credited towards this tax bill.

| VOTER APPROVED TAXES AND SPECIAL ASSESSMENTS | | |
|---|---|---|
| SERVICE AGENCY | RATE | VALUE | TAXES |
| BASIC LEVY RATE | 1.00000 | 86,339 | 863.39 |
| COAST COMM COLLEGE DIST | .03119 | 86,339 | 26.92 |
| OCEAN VIEW SCHOOL DIST | .02796 | 86,339 | 24.14 |
| HUNTINGTON BCH UNION HS | .02260 | 86,339 | 19.52 |
| HUNTINGTON BEACH EMPLOYEE RETIREME | .01500 | 86,339 | 12.95 |
| | | | |
| TOTAL CHARGED | 1.09675 | | 946.92 |

F074-453 (2021)

FOR DETAILS OF TAX TYPES, VISIT OUR WEBPAGE AT OCTREASURER.COM/OCTAXBILL

THERE WILL BE A $26.00 FEE FOR EACH PAYMENT RETURNED UNPAID BY YOUR BANK FOR ANY REASON

| FIRST INSTALLMENT DUE 11/1/21 → | $.00 | SECOND INSTALLMENT DUE 2/1/22 → | $.00 | TOTAL DUE AND PAYABLE → | $.00 |
|---|---|---|---|---|---|

002018        EXHIBIT 40, PAGE 1198

# STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
## CERTIFICATE OF TITLE

Manufactured Home                                          **Decal:** **LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY |
|---|---|---|---|---|---|
| 90002   SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Aug 12, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

J-PAD LLC
21742 ANZA AVE
TORRANCE, CA  90503

**Registered Owner(s)**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

J-PAD LLC
21742 ANZA AVE
TORRANCE, CA  90503

Lien Perfected On:          01/14/19 15:22:00

## IMPORTANT
**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN: 12339739                                                                  08122021 - 2

002019          EXHIBIT 40, PAGE 1199

STATE OF CALIFORNIA · DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT

LBM1081

| Manufacturer ID/Name | | RY |
|---|---|---|
| 90002   SKYLINE HOMES INC | | |
| **Serial Number** | | |
| AC7V710394GB | | |
| AC7V710394GA | | |

FIRST-CLASS MAIL
PRSRT
US POSTAGE $000.46⁹
ZIP 95633
041M12251094

neopost
08/12/2021

RETURN SERVICE REQUESTED

**Addressee**
J-PAD LLC
21742 ANZA AVE
TORRANCE, CA  90503

**Registered Owner(s)**
JAMIE LYNN GALLIAN
16222 MONTEREY LN SPA
HUNTINGTON BEACH, CA

**Situs Address**
16222 MONTEREY LN SPA
HUNTINGTON BEACH, CA

**Legal Owner(s)**
J-PAD LLC
21742 ANZA AVE
TORRANCE, CA 90503
Lien Perfected On:          01/1

DEPARTMENT OF HOUSING AND
COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION & TITLING PROGRAM
P.O. BOX 277820
SACRAMENTO  CA  95827-7820

THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN:  12339739

08122021 - 2

002020          EXHIBIT 40, PAGE 1200

# Security Agreement

This security agreement is between J-SANDCASTLE CO. LLC, a(n) California limited liability company (the "**Borrower**") and

JAMIE LYNN GALLIAN, an individual (the "**Lender**").

The Borrower is indebted to the Lender in the amount of $225000 (the "**Loan**"). The Loan is evidenced by a promissory note

effective on the same date as this agreement (the "**Note**"), a copy of which is attached as **Exhibit A**. The Note and this agreement

are collectively referred to as the "**Loan Documents**."

To induce the Lender to provide Loan to the Borrower as evidenced by the Note, the Borrower has agreed to enter into this security

agreement for the benefit of the Lender and to grant the Lender a security interest in the Secured Property (as defined below) to

secure the prompt payment, performance, and discharge in full of the Borrower's obligations under the Note.

The parties therefore agree as follows:

**1. GRANT OF SECURITY INTEREST.**

The Borrower grants to the Lender a security interest in the Secured Property (as defined in section 2 below) to secure payment of

the Loan.

**2. SECURED PROPERTY.**

The secured property consists of all of the Borrower's interest as of the effective date of this agreement in the following properties

and rights, wherever located, whether now owned or existing or later acquired and arising (the "**Secured Property**"): SERIAL

NUMBER AC7V710394GB, AC7V710394GA; DECAL NUMBER LBM1081; ASSESSOR'S PARCEL NUMBER 891-569-62

**3. INDEBTEDNESS.**

This agreement is made to secure payment when due of the Loan. The Loan includes:

   (a) all obligations of the Borrower to the Lender under the Note;

EXHIBIT 40, PAGE 1201

(b) all amendments, renewals, or extensions of the above;

(c) all costs incurred by the Lender in establishing, determining, continuing, or defending the validity or priority of its security

interest, or in pursuing its rights under this agreement or any other Loan Document or in connection with any proceeding involving

the Lender as a result of any financial accommodation to the Borrower; and

(d) all other costs of collecting the Loan, including attorneys' fees.

The Borrower shall reimburse the Lender for these expenses immediately on demand, and until paid all costs shall bear interest at

the highest per year rate applicable to the Loan and permitted by law.

**4. REAFFIRMATION OF LOAN.**

The Borrower hereby reaffirms its obligation for the full and punctual payment and performance of the Note and all other obligations

of the Borrower under the Note.

**5. BORROWER'S OBLIGATIONS.**

(a) The Borrower shall pay the Loan at the time and in the manner provided in the Note;

(b) The Borrower shall ensure that the Secured Property remains free of all security interests other than the rights of the Lender

created by this agreement;

(c) The Borrower will defend the Lender's interest in the Secured Property against the claims of all other persons; and

(d) The Borrower may not transfer any Secured Property while this agreement is in effect without the prior written consent of the

Lender, which consent may be withheld or given in the Lender's sole discretion.

**6. RECORDING OF AGREEMENT.**

On the effective date of this agreement, the Borrower will record this agreement and any security instrument creating a security

interest on the Secured Property as required by law to protect the security interest of the Lender on the Secured Property. The

Borrower shall pay all filing fees and associated expenses incident to this recordation.

**7. EVENTS OF DEFAULT.**

The Borrower will be in default under this agreement if any of the following occurs:

(a) A default in the payment of the Loan or any of the obligations contained in this agreement or in the Loan Documents;

(b) Any representation made to the Lender by the Borrower proving to have been false in any material respect when made;

(c) Loss, theft, substantial damage, or destruction, or any sale or encumbrance to which the Lender did not consent in writing, of

the Secured Property, or the making of a levy, seizure, or attachment on that property; or

(d) An Event of Default, as defined in the Note.

**8. REMEDIES FOR EVENTS OF DEFAULT.**

If an Event of Default occurs, the Lender may declare the Loan immediately due. In addition, the Lender will have all of the

remedies set forth below, and these remedies are cumulative, so that the Lender may exercise one or more of these remedies until

the Loan is paid in full without right of reinstatement, disgorgement, or repayment by reason of a preference, other creditor action,

or by operation of law:

(a) cause all or any portion of the Secured Property to be registered in its name or the name of its nominee, designee, or assignee;

(b) have the exclusive right to receive all distributions with respect to the Secured Property;

(c) dispose of the Secured Property, at private or public sale, without advertisement of the time or place of the sale (or any

adjournment), free of any right of redemption by the Borrower (this right of redemption being expressly waived by the Borrower), at

the price, in the manner, and to the purchaser (including the Lender) that the Lender determines in its sole discretion. The proceeds

of this sale will be applied to the Loan and the sale expenses (and the Borrower will remain liable for any deficiencies); or

(d) all other rights and remedies arising under this agreement or applicable law.

**9. RESPONSIBILITY FOR SECURED PROPERTY.**

The Borrower assumes all responsibility for the Secured Property, and the Loan will not be affected by the loss, destruction,

002023        EXHIBIT 40, PAGE 1203

damage, or theft of any of the Secured Property or its unavailability for any reason. The Lender

(a) has no duty (either before or after an Event of Default) to collect any amounts related to the Secured Property or to preserve

any rights relating to the Secured Property, and

(b) has no obligation to clean up or otherwise prepare the Secured Property for sale.

The Borrower remains obligated under each agreement included in the Secured Property. The exercise of the Lender of any rights

under this agreement does not release the Borrower from its obligations under the agreements included in the Secured Property.

The Lender has no liability under the agreements included in the Secured Property.

**10. TERMINATION.**

This agreement and all rights of the Lender under this agreement will terminate when the Lender is satisfied that the Loan and all

other obligations of the Borrower under the Loan Documents are paid and performed in full without reinstatement, disgorgement, or

repayment by reason of a preference, other credit or action, or operation of law.

**11. INCONSISTENCIES.**

If any provision of this agreement is inconsistent with any provision in the Note, the provisions of this agreement will control.

**12. GOVERNING LAW.**

(a) **Choice of Law.** The laws of the state of California govern this agreement (without giving effect to its conflicts of law principles).

(b) **Choice of Forum.** Both parties consent to the personal jurisdiction of the state and federal courts in ORANGE, California.

**13. AMENDMENTS.**

No amendment to this agreement will be effective unless it is in writing and signed by both parties.

**14. ASSIGNMENT AND DELEGATION.**

(a) **No Assignment.** The Borrower may not assign any of its rights under this note. All voluntary assignments of rights are limited

by this subsection.

(b) **No Delegation.** The Borrower may not delegate any performance under this note.

(c) **Enforceability of an Assignment or Delegation.** If a purported assignment or purported delegation is made, or if both are

made, in violation of this section, it is void and they are void.

## 15. COUNTERPARTS; ELECTRONIC SIGNATURES.

(a) **Counterparts.** The parties may execute this agreement in any number of counterparts, each of which is an original but all of

which constitute one and the same instrument.

(b) **Electronic Signatures.** This agreement, agreements ancillary to this agreement, and related documents entered into in

connection with this agreement are signed when a party's signature is delivered by facsimile, email, or other electronic medium.

These signatures must be treated in all respects as having the same force and effect as original signatures.

## 16. SEVERABILITY.

If any one or more of the provisions contained in this agreement is, for any reason, held to be invalid, illegal, or unenforceable in

any respect, that invalidity, illegality, or unenforceability will not affect any other provisions of this agreement, but this agreement will

be construed as if those invalid, illegal, or unenforceable provisions had never been contained in this agreement, unless the

deletion of those provisions would result in such a material change as to cause completion of the transactions contemplated by this

agreement to be unreasonable.

## 17. NOTICES.

(a) **Writing; Permitted Delivery Methods.** Each party giving or making any notice, request, demand, or other communication

required or permitted by this agreement shall give that notice in writing and use one of the following types of delivery, each of which

is a writing for purposes of this agreement: personal delivery, mail (registered or certified mail, postage prepaid, return-receipt

requested), nationally recognized overnight courier (fees prepaid), facsimile, or email.

(b) **Addresses.** A party shall address notices under this section to a party at the following addresses:

 EXHIBIT 40, PAGE 1205

If to the Borrower:

J-SANDCASTLE CO. LLC

5782 Pinon Drive

Huntington Beach, California 92649

jamiegallian@gmail.com

If to the Lender:

JAMIE LYNN GALLIAN

16222 Monterey Ln Sp. 376

Huntington Beach, California 92649

jamiegallian@gmail.com

(c) **Effectiveness.** A notice is effective only if the party giving notice complies with subsections (a) and (b) and if the recipient

receives the notice.

**18. WAIVER.**

No waiver of a breach, failure of any condition, or any right or remedy contained in or granted by the provisions of this agreement

will be effective unless it is in writing and signed by the party waiving the breach, failure, right, or remedy. No waiver of any breach,

failure, right, or remedy will be deemed a waiver of any other breach, failure, right, or remedy, whether or not similar, and no waiver

will constitute a continuing waiver, unless the writing so specifies.

**19. ENTIRE AGREEMENT.**

This agreement, together with the other Loan Documents, constitutes the final agreement of the parties. It is the complete and

exclusive expression of the parties' agreement with respect to the subject matter of this agreement. All prior and contemporaneous

002026   EXHIBIT 40, PAGE 1206

communications, negotiations, and agreements between the parties relating to the subject matter of this agreement are expressly

merged into and superseded by this agreement. The provisions of this agreement may not be explained, supplemented, or qualified

by evidence of trade usage or a prior course of dealings. Neither party was induced to enter this agreement by, and neither party is

relying on, any statement, representation, warranty, or agreement of the other party except those set forth expressly in this

agreement. Except as set forth expressly in this agreement, there are no conditions precedent to this agreement's effectiveness.

**20. HEADINGS.**

The descriptive headings of the sections and subsections of this agreement are for convenience only, and do not affect this

agreement's construction or interpretation.

**21. EFFECTIVENESS.**

This agreement will become effective when all parties have signed it. The date this agreement is signed by the last party to sign it

(as indicated by the date associated with that party's signature) will be deemed the date of this agreement.

**22. NECESSARY ACTS; FURTHER ASSURANCES.**

Each party shall use all reasonable efforts to take, or cause to be taken, all actions necessary or desirable to consummate and

make effective the transactions this agreement contemplates or to evidence or carry out the intent and purposes of this agreement.

[SIGNATURE PAGE FOLLOWS]

Each party is signing this agreement on the date stated opposite that party's signature.

J-SANDCASTLE CO. LLC

Date:_____          By:_____

                                    Name: JAMIE L GALLIAN
                                    Title: MEMBER

Case 8:23-cv-00961-WLH    Document 13-1    Filed 08/16/23    Page 582 of 670    Page ID #:3823
Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Exhibit Part 2 of 2    Page 75 of 326

## ATTACHEMENT

I, JAMIE L. GALLIAN, MEMBER of J-Sandcastle Co, LLC certify under

penalty of perjury that the contents of this Document are true.

I declare I am the person who executed this instrument in my capacity

as the sole Member of J-Sandcastle Co, LLC which execution is my act

and deed.

Signed this 16th day of November, 2018, at Huntington Beach, CA 92649

Jamie L. Gallian

MEMBER, J-Sandcastle Co LLC

EXHIBIT 40, PAGE 1208

Date:_____     By:_____

                                    Name: JAMIE LYNN GALLIAN

EXHIBIT 40, PAGE 1209

## ATTACHEMENT

I, JAMIE L. GALLIAN, certify under penalty of perjury,

that the contents of this Document are true.

I declare I am the person who executed this instrument, which execution

is my act and deed.

Signed this 16th day of November, 2018, at Huntington Beach, CA 92649

Jamie L. Gallian

002030          EXHIBIT 40, PAGE 1210

EXHIBIT A

Attach copy of promissory note

EXHIBIT 40, PAGE 1211

## Secured Promissory Note (Fully Amortized)

$225000                                                              11/16/2018

                                                           Huntington Beach, California

On or before 12/31/2048, for value received, the undersigned J-SANDCASTLE CO. LLC (the **"Borrower"**) promises to pay to the

order of JAMIE LYNN GALLIAN (the **"Holder"**), in the manner and at the place provided below, the principal sum of $225000.

**1. PAYMENT.**

All payments of principal and interest under this note will be made in lawful money of the United States, without offset, deduction, or

counterclaim, by wire transfer of immediately available funds to an account designated by the Holder in writing at least 10 days

after the effective date of this note or, if this designation is not made, by check mailed to the Holder at 16222 Monterey Ln Sp. 376,

Huntington Beach, California, 92649, or at such other place as the Holder may designate in writing.

**2. MONTHLY INSTALLMENT PAYMENTS.**

Principal and interest will be payable in 360 consecutive monthly installments of $1278.00, beginning on or before 12/15/2018 and

continuing on the 15th day of each month, until the principal and interest have been paid in full. Each payment will be credited first

to interest and then to principal, and interest will cease to accrue on any principal paid. Acceptance by the Holder of any payment

differing from the designated installment payment listed above does not relieve the Borrower of the obligation to honor the

requirements of this note.

**3. INTEREST.**

Interest on the unpaid principal balance of this note is payable from the date of this note until this note is paid in full, at the rate of

5.5% per year, or the maximum amount allowed by applicable law, whichever is less. Accrued interest will be computed on the

basis of a 365-day or 366-day year, as the case may be, based on the actual number of days elapsed in the period in which it

accrues.

002032                    EXHIBIT 40, PAGE 1212

**4. PREPAYMENT.**

The Borrower may prepay this note, in whole or in part, at any time before maturity without penalty or premium. Any partial

prepayment will be credited first to accrued interest, then to principal. No prepayment extends or postpones the maturity date of this

note.

**5. SECURITY FOR PAYMENT.**

This note is secured by certain assets of the Borrower in accordance with a separate security agreement dated 11/16/2018

between the Holder and the Borrower (the **"Security Agreement"**). If an Event of Default (defined below) occurs, the Holder will

have the rights set forth below and in the Security Agreement.

**6. EVENTS OF DEFAULT.**

Each of the following constitutes an **"Event of Default"** under this note:

    **(a)** the Borrower's failure to make any payment when due under the terms of this note, including the final payment due under this

    note when fully amortized;

    **(b)** the filing of any voluntary or involuntary petition in bankruptcy by or regarding the Borrower or the initiation of any proceeding

    under bankruptcy or insolvency laws against the Borrower;

    **(c)** an assignment made by the Borrower for the benefit of creditors; or

    **(d)** the appointment of a receiver, custodian, trustee, or similar party to take possession of the Borrower's assets or property.

**7. ACCELERATION; REMEDIES ON DEFAULT.**

If any Event of Default occurs, all principal and other amounts owed under this note will become immediately due without any

action by the Holder, the Borrower, or any other person. The Holder, in addition to any rights and remedies available to the Holder

under this note, may, in its sole discretion, pursue any legal or equitable remedies available to it under applicable law or in equity,

including taking any of the following actions:

EXHIBIT 40, PAGE 1213

(a) personally, or by agents or attorneys (in compliance with applicable law), take immediate possession of the collateral. To that end, the Holder may pursue the collateral where it may be found, and enter the Borrower's remises, with or without notice, demand, process of law, or legal procedure if this can be done without breach of the peace. If the premises on which any part of the collateral is located are not under the Borrower's direct control, the Borrower will exercise its best efforts to ensure that the Holder is promptly provided right of access to those premises. To the extent that the Borrower's consent would otherwise be required before a right of access could be granted, the Borrower hereby irrevocably grants that consent;

(b) require the Borrower to assemble the collateral and make it available to the Holder at a placeto be designated by the Holder that is reasonably convenient to both parties (it being acknowledged that the Borrower's premises are reasonably convenient to the Borrower);

(c) sell, lease, or dispose of the collateral or any part of it in any manner permitted by applicable law or by contract; and

(d) exercise all rights and remedies of a secured party under applicable law.

**8. WAIVER OF PRESENTMENT; DEMAND.**

The Borrower hereby waives presentment, demand, notice of dishonor, notice of default or delinquency, notice of protest and nonpayment, notice of costs, expenses or losses and interest on those, notice of interest on interest and late charges, and diligence in taking any action to collect any sums owing under this note, including (to the extent permitted by law) waiving the pleading of any statute of limitations as a defense to any demand against the undersigned. Acceptance by the Holder or any other holder of this note of any payment differing from the designated payments listed does not relieve the undersigned of the obligation to honor the requirements of this note.

**9. GOVERNING LAW.**

(a) **Choice of Law.** The laws of the state of California govern this note (without giving effect to its conflicts of law principles).

(b) **Choice of Forum.** Both parties consent to the personal jurisdiction of the state and federal courts in Orange, California.

**10. COLLECTION COSTS AND ATTORNEYS' FEES.**

EXHIBIT 40, PAGE 1214

The Borrower shall pay all expenses of the collection of indebtedness evidenced by this note, including reasonable attorneys' fees and court costs in addition to other amounts due.

**11. ASSIGNMENT AND DELEGATION.**

(a) **No Assignment.** The Borrower may not assign any of its rights under this note. All voluntary assignments of rights are limited by this subsection.

(b) **No Delegation.** The Borrower may not delegate any performance under this note.

(c) **Enforceability of an Assignment or Delegation.** If a purported assignment or purported delegation is made in violation of this section, it is void.

**12. SEVERABILITY.**

If any one or more of the provisions contained in this note is, for any reason, held to be invalid, illegal, or unenforceable in any respect, that invalidity, illegality, or unenforceability will not affect any other provisions of this note, but this note will be construed as if those invalid, illegal, or unenforceable provisions had never been contained in it, unless the deletion of those provisions would result in such a material change so as to cause completion of the transactions contemplated by this note to be unreasonable.

**13. NOTICES.**

(a) **Writing; Permitted Delivery Methods.** Each party giving or making any notice, request, demand, or other communication required or permitted by this note shall give that notice in writing and use one of the following types of delivery, each of which is a writing for purposes of this note: personal delivery, mail (registered or certified mail, postage prepaid, return-receipt requested), nationally recognized overnight courier (fees prepaid), facsimile, or email.

(b) **Addresses.** A party shall address notices under this section to a party at the following addresses:

If to the Borrower:

J-Sandcastle Co. LLC

002035                EXHIBIT 40, PAGE 1215

5782 Pinon Drive

Huntington Beach, California 92649

jamiegallian@gmail.com

If to the Holder:

Jamie Lynn Gallian

16222 Monterey Ln Sp. 376

Huntington Beach, California 92649

jamiegallian@gmail.com

(c) **Effectiveness.** A notice is effective only if the party giving notice complies with subsections (a) and (b) and if the recipient

receives the notice.

**14. WAIVER.**

No waiver of a breach, failure of any condition, or any right or remedy contained in or granted by the provisions of this note will be

effective unless it is in writing and signed by the party waiving the breach, failure, right, or remedy. No waiver of any breach, failure,

right, or remedy will be deemed a waiver of any other breach, failure, right, or remedy, whether or not similar, and no waiver will

constitute a continuing waiver, unless the writing so specifies.

**15. HEADINGS.**

The descriptive headings of the sections and subsections of this note are for convenience only, and do not affect this note's

construction or interpretation.

[SIGNATURE PAGE FOLLOWS]

002036                    EXHIBIT 40, PAGE 1216

Each party is signing this agreement on the date stated opposite that party's signature.

J-Sandcastle Co. LLC

Date:_____    By:_____

Name: Jamie L Gallian

Title: Member

Date:_____    By:_____

Name: Jamie Lynn Gallian

## ATTACHEMENT

I, JAMIE L. GALLIAN, MEMBER of J-Sandcastle Co, LLC certify under

penalty of perjury that the contents of this Document are true.

I declare I am the person who executed this instrument in my capacity

as the sole Member of J-Sandcastle Co, LLC which execution is my act

and deed.

Signed this 16th day of November, 2018, at Huntington Beach, CA 92649

Jamie L. Gallian

MEMBER, J-Sandcastle Co LLC

85

**002038**        EXHIBIT 40, PAGE 1218

## **ATTACHEMENT**

I, JAMIE L. GALLIAN, certify under penalty of perjury,

that the contents of this Document are true.

I declare I am the person who executed this instrument, which execution

is my act and deed.

Signed this 16th day of November, 2018, at Huntington Beach, CA 92649

Jamie L. Gallian

002039                    EXHIBIT 40, PAGE 1219

## Secured Promissory Note (Fully Amortized)

$225000                                                                    11/16/2018

Huntington Beach, California

On or before 12/16/2048, for value received, the undersigned J-SANDCASTLE CO LLC (the **"Borrower"**) promises to pay to the

order of J-PAD, LLC (the **"Holder"**), in the manner and at the place provided below, the principal sum of $225000.

**1. PAYMENT.**

All payments of principal and interest under this note will be made in lawful money of the United States, without offset, deduction, or

counterclaim, by wire transfer of immediately available funds to an account designated by the Holder in writing at least 10 days

after the effective date of this note or, if this designation is not made, by check mailed to the Holder at 5782 Pinon Drive,

Huntington Beach, California, 92649, or at such other place as the Holder may designate in writing.

**2. MONTHLY INSTALLMENT PAYMENTS.**

Principal and interest will be payable in 360 consecutive monthly installments of $1278.00, beginning on or before 12/15/2018 and

continuing on the 15th day of each month, until the principal and interest have been paid in full. Each payment will be credited first

to interest and then to principal, and interest will cease to accrue on any principal paid. Acceptance by the Holder of any payment

differing from the designated installment payment listed above does not relieve the Borrower of the obligation to honor the

requirements of this note.

**3. INTEREST.**

Interest on the unpaid principal balance of this note is payable from the date of this note until this note is paid in full, at the rate of

5.5% per year, or the maximum amount allowed by applicable law, whichever is less. Accrued interest will be computed on the

basis of a 365-day or 366-day year, as the case may be, based on the actual number of days elapsed in the period in which it

accrues.

002040          EXHIBIT 40, PAGE 1220

**4. PREPAYMENT.**

The Borrower may prepay this note, in whole or in part, at any time before maturity without penalty or premium. Any partial

prepayment will be credited first to accrued interest, then to principal. No prepayment extends or postpones the maturity date of this

note.

**5. SECURITY FOR PAYMENT.**

This note is secured by certain assets of the Borrower in accordance with a separate security agreement dated 11/16/2018

between the Holder and the Borrower (the **"Security Agreement"**). If an Event of Default (defined below) occurs, the Holder will

have the rights set forth below and in the Security Agreement.

**6. EVENTS OF DEFAULT.**

Each of the following constitutes an **"Event of Default"** under this note:

> **(a)** the Borrower's failure to make any payment when due under the terms of this note, including the final payment due under this
>
> note when fully amortized;
>
> **(b)** the filing of any voluntary or involuntary petition in bankruptcy by or regarding the Borrower or the initiation of any proceeding
>
> under bankruptcy or insolvency laws against the Borrower;
>
> **(c)** an assignment made by the Borrower for the benefit of creditors; or
>
> **(d)** the appointment of a receiver, custodian, trustee, or similar party to take possession of the Borrower's assets or property.

**7. ACCELERATION; REMEDIES ON DEFAULT.**

If any Event of Default occurs, all principal and other amounts owed under this note will become immediately due without any

action by the Holder, the Borrower, or any other person. The Holder, in addition to any rights and remedies available to the Holder

under this note, may, in its sole discretion, pursue any legal or equitable remedies available to it under applicable law or in equity,

including taking any of the following actions:

002041   EXHIBIT 40, PAGE 1221

(a) personally, or by agents or attorneys (in compliance with applicable law), take immediate possession of the collateral. To that end, the Holder may pursue the collateral where it may be found, and enter the Borrower's remises, with or without notice, demand, process of law, or legal procedure if this can be done without breach of the peace. If the premises on which any part of the collateral is located are not under the Borrower's direct control, the Borrower will exercise its best efforts to ensure that the Holder is promptly provided right of access to those premises. To the extent that the Borrower's consent would otherwise be required before a right of access could be granted, the Borrower hereby irrevocably grants that consent;

(b) require the Borrower to assemble the collateral and make it available to the Holder at a place to be designated by the Holder that is reasonably convenient to both parties (it being acknowledged that the Borrower's premises are reasonably convenient to the Borrower);

(c) sell, lease, or dispose of the collateral or any part of it in any manner permitted by applicable law or by contract; and

(d) exercise all rights and remedies of a secured party under applicable law.

## 8. WAIVER OF PRESENTMENT; DEMAND.

The Borrower hereby waives presentment, demand, notice of dishonor, notice of default or delinquency, notice of protest and nonpayment, notice of costs, expenses or losses and interest on those, notice of interest on interest and late charges, and diligence in taking any action to collect any sums owing under this note, including (to the extent permitted by law) waiving the pleading of any statute of limitations as a defense to any demand against the undersigned. Acceptance by the Holder or any other holder of this note of any payment differing from the designated payments listed does not relieve the undersigned of the obligation to honor the requirements of this note.

## 9. GOVERNING LAW.

(a) **Choice of Law.** The laws of the state of California govern this note (without giving effect to its conflicts of law principles).

(b) **Choice of Forum.** Both parties consent to the personal jurisdiction of the state and federal courts in Orange, California.

## 10. COLLECTION COSTS AND ATTORNEYS' FEES.

002042                    EXHIBIT 40, PAGE 1222

The Borrower shall pay all expenses of the collection of indebtedness evidenced by this note, including reasonable attorneys' fees and court costs in addition to other amounts due.

**11. ASSIGNMENT AND DELEGATION.**

(a) **No Assignment.** The Borrower may not assign any of its rights under this note. All voluntary assignments of rights are limited by this subsection.

(b) **No Delegation.** The Borrower may not delegate any performance under this note.

(c) **Enforceability of an Assignment or Delegation.** If a purported assignment or purported delegation is made in violation of this section, it is void.

**12. SEVERABILITY.**

If any one or more of the provisions contained in this note is, for any reason, held to be invalid, illegal, or unenforceable in any respect, that invalidity, illegality, or unenforceability will not affect any other provisions of this note, but this note will be construed as if those invalid, illegal, or unenforceable provisions had never been contained in it, unless the deletion of those provisions would result in such a material change so as to cause completion of the transactions contemplated by this note to be unreasonable.

**13. NOTICES.**

(a) **Writing; Permitted Delivery Methods.** Each party giving or making any notice, request, demand, or other communication required or permitted by this note shall give that notice in writing and use one of the following types of delivery, each of which is a writing for purposes of this note: personal delivery, mail (registered or certified mail, postage prepaid, return-receipt requested), nationally recognized overnight courier (fees prepaid), facsimile, or email.

(b) **Addresses.** A party shall address notices under this section to a party at the following addresses:

If to the Borrower:

J-Sandcastle Co LLC

EXHIBIT 40, PAGE 1223

5782 Pinon Drive

Huntington Beach, California 92649

jamiegallian@gmail.com

If to the Holder:

J-Pad, LLC

5782 Pinon Drive

Huntington Beach, California 92649

jamiegallian@gmail.com

(c) **Effectiveness.** A notice is effective only if the party giving notice complies with subsections (a) and (b) and if the recipient

receives the notice.

## 14. WAIVER.

No waiver of a breach, failure of any condition, or any right or remedy contained in or granted by the provisions of this note will be

effective unless it is in writing and signed by the party waiving the breach, failure, right, or remedy. No waiver of any breach, failure,

right, or remedy will be deemed a waiver of any other breach, failure, right, or remedy, whether or not similar, and no waiver will

constitute a continuing waiver, unless the writing so specifies.

## 15. HEADINGS.

The descriptive headings of the sections and subsections of this note are for convenience only, and do not affect this note's

construction or interpretation.

[SIGNATURE PAGE FOLLOWS]

002044        EXHIBIT 40, PAGE 1224

## ATTACHEMENT

I, JAMIE L. GALLIAN, MEMBER of J-Sandcastle Co, LLC certify under

penalty of perjury that the contents of this Document are true.

I declare I am the person who executed this instrument in my capacity

as the sole Member of J-Sandcaslte Co, LLC which execution is my act

and deed.

Signed this 16th day of November, 2018, at Huntington Beach, CA 92649

Jamie L. Gallian

MEMBER, J-Sandcastle Co LLC

EXHIBIT 40, PAGE 1225

## ATTACHEMENT

I, JAMIE L. GALLIAN, MEMBER OF J-Pad, LLC certify under penalty perjury,

that the contents contained in this Document are true.

I declare, I am AUTHORIZED Member of J-Pad, LLC to act and I

accept this instrument on behalf of J-Pad, LLC, which is my act and deed.

Signed this 16th day of November, 2018, at Huntington Beach, CA 92649


J-PAD, LLC

Jamie L. Gallian, MEMBER

EXHIBIT 40, PAGE 1226

**ATTACHMENT**

j I. I certify under penalty of perjury that the contents of this Document are true.
I declare, I am the person who executed this instrument, which execution is my act and
deed.


Signature of Authorized Person:


Jamie L. Gallian

---

11.    I certify under penalty of perjury that the contents of this
Document are true.  I declare I am the person who executed this
instrument, which execution is my act and deed.

Signature of Authorized Person:


ANTHONY CALDERON, Manager of J-Pad, LLC

002047          EXHIBIT 40, PAGE 1227

A notary public or other officer completing this certificate verifies only the identity of the individual(s) who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF ORANGE

On before me, personally appeared Jamie L Gallian who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____  (Notary Seal)
Signature of Notary Public

TRI THE TANG
Commission # 2206619
Notary Public - California
Orange County
My Comm. Expires JULY 22, 2021

---

A notary public or other officer completing this certificate verifies only the identity of the individual(s) who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF ORANGE

On before me, , personally appeared Anthony Calderon on behalf of who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____  (Notary Seal)
Signature of Notary Public

TRI THE TANG
Commission # 2206619
Notary Public - California
Orange County
My Comm. Expires JULY 22, 2021



EXHIBIT 40, PAGE 1229



EXHIBIT 40, PAGE 1230

# EXHIBIT  3

# 10/31/2018- A.P.N. 937-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 ALDERPORT DR.

## HUNTINGTON BEACH, CA 92649

# TAX ASSESSOR'S DEBTOR'S HOMESTEAD EXEMPTION IN RESIDENCE SOLD ON 10/31/2018.

EXHIBIT 40, PAGE 1231

Shari L. Freidenrich, CPA
Orange County Treasurer - Tax Collector
P.O. Box 1438 • Santa Ana, CA 92702-1438
625 N. Ross Street, Building 11, Room G58, Santa Ana
Office Hours: 8:00 AM-5:00 PM Monday - Friday
Phone Hours: 9:00 AM-5:00 PM (714) 834-3411
ocgov.com/octaxbill

## DID YOU KNOW?

Sign up to receive a text/email due date reminder at ocgov.com/taxreminder

Pay online at ocgov.com/octaxbill to receive same day credit, no service fee by eCheck and an emailed receipt.

Mailed payments must have a USPS postmark on or before the last timely payment date. If you wait until the last day to mail your payment, get your envelope hand-stamped with a postmark to ensure it is timely.

Major construction has eliminated close parking to our office - please pay online!

## 2018-19 SECURED PROPERTY TAX BILL

For Fiscal Year Beginning July 1, 2018 and Ending June 30, 2019

0000442-0000442 STMT----- 740701 OCT026
BWNLBHV ********AUTO**ALL FOR AADC 926
#9376 3053 0020 183#

HOUSER BROS CO
GALLIAN JAMIE L
4476 ALDERPORT DR UNIT 53
HUNTINGTON BEACH CA 92649-2288

**PROPERTY LOCATION**

4476 ALDERPORT 53 HUNTINGTON BEACH

**OWNER OF RECORD AS OF 12:01 A.M. JANUARY 1, 2018**

HOUSER BROS CO

### ASSESSED VALUES & EXEMPTIONS AS OF JANUARY 1, 2018

| DESCRIPTION | FULL VALUE | COMPUTED TAX |
|---|---|---|
| LAND | 197,735 | |
| IMPROVEMENTS - BUILDING | 121,658 | |
| TOTAL VALUES: | 319,393 | 3,853.78 |
| HOMEOWNER EXEMPTION | -7,000 | -76.78 |
| TOTAL NET TAXABLE VALUE: | 312,393 | 3,777 |

## CORRECTED SECURED TAX BILL

| PARCEL NO. (APN) | TAX RATE AREA | 1st Installment DUE 11/1/18 | 2nd Installment DUE 2/1/19 | TO PAY BOTH INSTALLMENTS (IF TENDER) |
|---|---|---|---|---|
| 937-630-53 | 04-007 | $1,888.50 | + $1,888.50 | = $3,777.00 |

### IMPORTANT INFORMATION

If you sold this property or no longer own it, you can disregard this bill. Property taxes are the responsibility of the new owner. Contact the Office of the Assessor at (714) 834-2727 regarding ownership changes.

Enrollment date 10/04/18.

ORDER # REVISION 01 DATE 08/30/18 2018 CORRECTION OF ASSESSOR ASMNT INFO

Corrected Billing

### VOTER APPROVED TAXES AND SPECIAL ASSESSMENTS

| SERVICE AGENCY | RATE | VALUE | TAXES |
|---|---|---|---|
| BASIC LEVY RATE | 1.00000 | 312,393 | 3,123.93 |
| COAST COMM COLLEGE DIST | .03052 | 312,393 | 95.34 |
| OCEAN VIEW SD 2016, SR 2017A | .02404 | 312,393 | 75.10 |
| HUNTINGTON BCH UNION HS | .02388 | 312,393 | 74.60 |
| HUNTINGTON BEACH EMPLOYEE RETIREME | .01500 | 312,393 | 46.86 |
| METRO WATER D-MWDOC | .00350 | 312,393 | 10.93 |

| SPECIAL ASSESSMENT CHARGES | PHONE NO. | |
|---|---|---|
| MOSQ.FIRE ANT ASSMT | (800)273-5167 | 4.49 |
| VECTOR CONTROL CHG | (800)273-5167 | 0.67 |
| MWD WATER STDBY CHG | (866)807-6864 | 10.08 |
| OCSD SEWER USER FEE | (714)593-7281 | 335.00 |

| TOTAL CHARGED | 1.09694 | | 3,777.00 |

FOR DETAILS OF TAX TYPES, VISIT OUR WEBSITE AT OCGOV.COM/OCTAXBILL

THERE WILL BE A $26.00 FEE FOR EACH PAYMENT RETURNED UNPAID BY YOUR BANK FOR ANY REASON
RETAIN TOP PORTION FOR YOUR RECORDS – IF PAYING BY CHECK, YOUR CANCELLED CHECK IS YOUR RECEIPT OR PAY ONLINE AND RECEIVE AN EMAILED RECEIPT

002052           EXHIBIT 40, PAGE 1232

8696                    BK 13824 PG 1294

RECORDING AT THE REQUEST OF:

$10.00
C3

RECORDED AT REQUEST OF
FIRST AMER. TITLE INS. CO.
IN OFFICIAL RECORDS OF
ORANGE COUNTY, CALIFORNIA

8:00 A.M. NOV 7 1980

LEE A. BRANCH, County Recorder

WHEN RECORDED MAIL TO:
Mr. and Mrs. John F. Turner
4476 Alderport
Huntington Beach, Ca. 92647

PAID
DOC TRANSFER TAX
LEE A. BRANCH
ORANGE CO. RECORDER

Mail Tax Statements to
Address Shown Above

The undersigned Grantor Declares The
Documentary Transfer Tax is $126.50
Computed On Full Value of Property
Conveyed in Huntington Beach, Ca.

**CONDOMINIUM SUBLEASE**
**(SHORT FORM-MEMORANDUM)**
**AND GRANT DEED**

For the purpose of establishing and vesting in
JOHN F. TURNER and VIRGINIA H. TURNER, husband and wife as Joint Tenants

_____

_____

_____

(the "Condominium Owner"), a Condominium as defined in the
Condominium Plan (the "Condominium Plan"), recorded in Book
13358, Pages 1193, et seq., Official Records of Orange County,
California, located on Lots 1 and 2 of Tract 10542 in the
City of Huntington Beach, County of Orange, State of
California, as shown on a Map recorded in Book 456, Pages 49
and 50 of Miscellaneous Maps, in the Office of the County
Recorded or Orange County, California:

I.    DEMISING CLAUSE:

    ROBERT P. WARMINGTON, an individual, ("Sublessor"), who
is the lessee under that certain Ground Lease dated as of
August 1, 1980, from HOUSER BROS. CO., a limited partnership,
as lessor, which Ground Lease is being recorded concurrently
herewith, hereby subleases to Condominium Owner, the follow-
ing real property:

    Parcel 1

    Unit  53  , as shown and defined on the
Condominium Plan, excepting that portion con-
sisting of buildings and other improvements.

MAIL TAX STATEMENTS AS DIRECTED ABOVE



100

002053                    EXHIBIT 40, PAGE 1233

BK 13824 PG 1295

Parcel 2

An undivided one-eightieth (1/80) interest
in the Common Area as shown and defined on the
Condominium Plan, excepting that portion con-
sisting of buildings and other improvements.

Parcel 3

An easement for the exclusive use and
occupancy of those portions of the Restricted
Common Area as defined on said Condominium
Plan for entry and staircases and attic space
relating to said Unit, excepting that portion
consisting of buildings and other improvements.

Parcel 4

A non-exclusive easement and right to use
the Common Area as defined on said Condominium
Plan, except the Restricted Common Area, except-
ing that portion consisting of buildings and
other improvements,

for a term commencing on the date this instrument is recorded
in the Office of the County Recorder of Orange County,
California, and ending December 31, 2059, and for the rental
and upon all the terms and conditions contained in that
certain Condominium Sublease (the "Sublease") of even date
herewith and recorded concurrently herewith, between
Robert P. Warmington and the Condominium Owner.

II.   GRANTING CLAUSE:

THE ROBERT P. WARMINGTON CO., a California corporation
("Grantor"), hereby grants to the Condominium Owner for a
term expiring upon expiration or an earlier termination of
the Sublease the following real property:

2

002054                   EXHIBIT 40, PAGE 1234

BK 13824 PG 1296

Parcel 1

    Those portions of Unit _53_ , as shown
and defined on the Condominium Plan, con-
sisting of buildings and other improvements.

Parcel 2

    An undivided one-eightieth (1/80) interest
in and to those portions of the Common Area
as shown and defined on the Condominium Plan,
consisting of buildings and other improvements.

Parcel 3

    An exclusive easement for the use and
occupancy of those portions of Restricted
Common Area as defined on the Condominium
Plan for entry and staircases and attic space
relating to said Unit, consisting of buildings
and other improvements.

Parcel 4

    Non-exclusive easement and right to use
those portions of the Common Area as defined
on the Condominium Plan, except Restricted
Common Area, consisting of buildings and other
improvements.

SUBJECT TO:

(a)  general and special taxes and assessments
    for the current fiscal year;

(b)  the Declaration of Restrictions recorded
    in Book 13618, Page 982, Official Records
    of Orange County, California, as amended,
    (the "Declaration");

3

002055        EXHIBIT 40, PAGE 1235

BK 13824 PG 1237

(c) all other covenants, conditions, restric-
    tions, rights, reservation of rights of way
    and easements whether or not of record.

The buildings and other improvements referred to above
are the buildings and other improvements located on Lots 1
and 2 of Tract 10542, which are and shall remain real property,
as more specifically set forth in the Declaration.  The real
property demised and granted hereby which together constitute
a condominium must at all times be held by the same person
and may not be separately conveyed, assigned, transfered,
encumbered or otherwise alienated, voluntarily, involuntarily
or by operation of Law.

Dated: _____August 1,_____, 1980.

SUBLESSOR:

Robert P. Warmington

GRANTOR:

THE ROBERT P. WARMINGTON CO.

By _____

By _____

4

103

002056                          EXHIBIT 40, PAGE 1236

BK 13824 PG 1298

STATE OF CALIFORNIA      )
                          ) ss.
COUNTY OF ORANGE         )

On ___August 1___, 1980, before me, the undersigned, a
Notary Public in and for said County and State, personally
appeared ROBERT P. WARMINGTON, known to me to be the person
whose name is subscribed to the within instrument and
acknowledged that he executed the same.

[SEAL]
OFFICIAL SEAL
PEARL L. HUNT
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Commission Expires Mar 25, 1983

_Pearl L. Hunt_
Notary Public in and for
said County

[SEAL]


STATE OF CALIFORNIA      )
                          ) ss.
COUNTY OF ORANGE         )

On ___August 1___, 1980, before me, the undersigned, a
Notary Public in and for said State, personally appeared
___OLIVER N. CRARY___, known to me to be
the ___Vice President___, and ___WILLIAM J. PITTMAN___,
known to me to be the ___Secretary___ of the corporation
that executed the within Instrument, known to me to be the
persons who executed the within Instrument on behalf of the
corporation therein named, and acknowledged to me that such
corporation executed the within Instrument pursuant to its
by-laws or a resolution of its board of directors.

WITNESS my hand and official seal.

[SEAL]
OFFICIAL SEAL
PEARL L. HUNT
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Commission Expires Mar 25, 1983

_Pearl L. Hunt_
Notary Public in and for said
County

[SEAL]

5

RECORDED

002057                    EXHIBIT 40, PAGE 1237

8694

BK 13824 PG 1274

$ 19.00

Recorded at the Request of
and When Recorded Return To:

Robert P. Warmington
16592 Hale Avenue
Irvine, California   92714

RECORDED AT REQUEST ON
FIRST AMER. TITLE INS. CO.
IN OFFICIAL RECORDS OF
ORANGE COUNTY, CALIFORNIA
8:00 A.M. NOV 7 1980
LEE A. BRANCH, County Recorder

AP 178-06-01

## CONDOMINIUM SUBLEASE

THIS SUBLEASE (hereinafter "lease") is made
this 1st day of ___August___, 1980, by and between
ROBERT F. WARMINGTON, an individual whose address is 16592
Hale Avenue, Irvine, California 92714 (herein termed the
"Landlord"), and

JOHN F. TURNER and VIRGINIA H. TURNER, husband and wife as Joint Tenants

W(h)ose address is
4476 Al(l)port, Huntington Beach, Ca. 92647
(herein termed the "Tenant").

## W I T N E S S E T H:

That whereas Tenant is concurrently acquiring
certain interest in Condominium Unit __53__ on Lots 1 and 2
of Tract 10542 as shown on a map recorded in Book 456
Pages 49 and 50 Official Records of Orange County
California consisting of buildings and other improvements
located on Lots 1 and 2 of Tract 10542, which buildings
and other improvements are and shall remain real property.

1.    PROPERTY LEASED.   For and in consideration
of the payment of the rents and taxes and other charges
and for the performance of all of the covenants and
conditions of this lease by Tenant, Landlord hereby
subleases to Tenant

(i)  Unit 53, (the "Unit") as shown and
defined on that certain Condominium Plan
recorded in Book 13358 Pages 1193 et seq.,
Official Records of Orange County,
California (the "Condominium Plan"),
excepting therefrom all buildings and other
improvements;

(ii)  An undivided one-eightieth (1/80)
interest in the Common Areas (as defined in
the Condominium Plan, excepting therefrom
all buildings and other improvements;

(iii)  An easement for the exclusive use and
occupancy of those portions of the
Restricted Common Area (as defined on said
Condominium Plan) for entry and staircases
and attic space relating to said Unit,
excepting therefrom all buildings and other
improvements;

WPN:2004A

EXHIBIT 40, PAGE 1238

BK 13824 PG 1275

(iv)  A non-exclusive easement and right to use the Common Area (as defined on said Condominium Plan), except the Restricted Common Area, excepting therefrom all buildings and other improvements.

It is understood that "Houser Bros. Co., a California limited partnership (hereinafter the "Master Lessor") and Landlord have entered into a Ground Lease dated as of August 1, 1980 which is being recorded concurrently herewith (the "Master Lease") as lessor and lessee, respectively.  This lease shall be subject and subordinate to the Master Lease, provided that, pursuant to the Master Lease, Master Lessor has agreed not to disturb the subleasehold estate of Tenant in the event of a default under the Master Lease.  Tenant acknowledges receipt of a copy of the Master Lease prior to Tenant's execution of this lease.  The Unit is one unit in a Condominium Project (the "Project") constructed on the leased land and governed by a Declaration of Covenants, Conditions and Restrictions (the "Declaration") recorded in Book 13618, Page 982, Official Records of Orange County, California as amended.

SUBJECT TO:

(a)  Current taxes and assessments.

(b)  Covenants, conditions, restrictions, reservations, rights, rights-of-way and easements of record.

2.  TERM OF LEASE.  The leased land is leased for a basic term commencing on the date this Condominium Sublease is recorded in the Office of the County Recorder of Orange County, California and ending on December 31, 2059, subject, however, to earlier termination as hereinafter provided.

3.  RENTAL.  Tenant agrees to pay to Landlord, as rental for the use and occupancy of said leased land during the term of this lease, the sum of One Thousand Five Hundred DOLLARS ($1,500) per year. In quarterly installments of $375 each in advance, on the first day of the quarter of each calendar year of said term (Provided, however, if the term of this lease commences on a date other than the first day of a calendar quarter, Tenant shall pay an appropriately pro rated amount of such quarterly installments upon the commencement of such term); subject, however, to adjustment at the time and in the manner as herein provided for in Article 21 entitled "Rental Adjustment".  All rentals hereunder and charges with respect thereto shall be paid in lawful money of the United States of America.

4.  TAXES AND ASSESSMENTS.  In addition to the rents above provided, Tenant shall pay and discharge all taxes and assessments and general and special assessments of every description which may be levied upon or assessed against the leased land and all interest therein and improvements and other property thereon, (including its Unit) and upon all rentals payable with respect to the leased land, whether belonging to Landlord, Tenant or the Master

WPN:2004A                                    2

EXHIBIT 40, PAGE 1239

BK 13524 0 1276

Lessor, as such taxes and assessments become due and
payable during the term of this lease.  Tenant agrees to
protect and hold harmless the Landlord, the Master Lessor
and the leased land and all interest therein and
improvements thereon from any and all such taxes and
assessments, including any interest, penalties and other
charges which may be thereby imposed and from any lien
therefor or sale or other proceedings to enforce payment
thereof.

     5.   USE OF LEASED LAND.  Tenant shall use the
leased land and its Unit for single family residential use
and purpos s incidental thereto.  Tenant shall not use or
permit any person to so use the leased land and the
improvements thereon, or any portion thereof, or its Unit
as to disturb the neighborhood or occupants of adjoining
property, or to constitute a nuisance, or to violate any
public law, ordinance or regulation from time to time
applicable thereto.

     6.   IMPROVEMENTS.  When any construction is
commenced on the leased land, the same shall be prosecuted
with reasonable diligence until completed and shall
conform to all public laws, ordinances and regulations
applicable thereto and shall be constructed and completed
at the sole cost and expense of Tenant and without any
cost, expense or liability of Landlord whatsoever.
Further, Tenant shall comply with all of the terms,
covenants and conditions of the Master Lease pertaining to
such construction, including, without limitation, the
obligation to obtain the approval of the Master Lessor
when, and to the extent required by the Master Lease.

     7.   MAINTENANCE.  Landlord shall not be
obligated to make any repairs, alterations, additions or
improvements in, to, upon, or adjoining the leased land or
any improvements that may be constructed or installed on
the leased land.  As part of the consideration for
Landlord entering this Lease, Tenant shall, at all times
during the full term of this Lease and at his sole cost
and expense, keep, repair and maintain its Unit and those
other portions of the leased land and buildings and
improvements therein which are the responsibility of
Tenant to maintain and repair under the provisions of the
Declaration, in clean and sanitary condition and in good
order and repair.  Tenant shall pay for all water, gas,
heat, light, power, telephone and all other utilities and
services furnished to its Unit.  Tenant shall make payment
directly to the utility involved for all separately
metered services and shall pay to the management body for
the Project the proportionate share of all centrally
metered utilities, such proportion to be determined by
said management body.

     Tenant shall at all times fully comply with and
abide by the terms, covenants, restrictions, provisions
and conditions of the Declaration and any amendments
thereof, and any rules, regulations, agreements, decisions
and determinations duly made by the management body for
the Project established pursuant to the Declaration
respecting the maintenance, use and occupation of its Unit

WPN:2004A          3

002060        EXHIBIT 40, PAGE 1240

BK 13824 PG 1277

and the leased land and any building or improvements
constructed thereon and the payment of all assessments and
charges of every type levied by the management body of the
Project in connection therewith.  In addition to the
foregoing, Tenant hereby covenants and agrees to promptly
pay at all times during the term hereof, before the same
shall become delinquent, Tenant's share of the common
expenses of the Project and any and all assessments,
charges, and duties of every description, levied under the
provisions of the Declaration, without cost, expense or
liability to Landlord.  Tenant shall further, during the
whole term of this Lease, by paying his proportionate
share of the common expenses of the Project make, build,
maintain and repair all fences, sewers, drains, curbs,
roads, sidewalks, parking areas, and other improvements
which may be required by law to be made, built, maintained
and repaired upon or adjoining or in connection with or
for the use of the leased land.

8.  RESTORATION OF IMPROVEMENTS.  If, during the
term hereof, the dwelling, structures or other
improvements, if any, constructed by or for Tenant on the
leased land, or any part thereof, shall be damaged or
destroyed by fire or other casualty, Tenant may, at its
cost and expense, either (a) repair or restore said
dwelling and improvements; or (b) subject to the consent
of any encumbrancer, if any, tear down and remove the same
from the leased land.

9.  LIENS AND CLAIMS.  Tenant shall not suffer
or permit to be enforced against the leased land or its
Unit, or any part thereof, any mechanics', laborers',
materialmen's, contractors', subcontractors', or any other
liens arising from or any claim for damages growing out of
any work of construction or improvement, or any other
claim or demand howsoever the same may arise, but Tenant
shall pay or cause to be paid all of said liens, claims
and demands before any action is brought to enforce the
same against the leased land and its Unit, and Tenant
hereby indemnifies and agrees to hold Landlord, and its
Unit free and harmless from all liability for any and all
such liens, claims and demands, together with all costs
and expenses, including, but not limited to, attorneys'
fees and court costs incurred by Landlord or Master Lessor
in connection therewith, and Landlord and Master Lessor
shall have the right, at any time and from time to time,
to post and maintain on the leased land, or any part
thereof, such notices of nonresponsibility as desired by
Landlord or as may be provided by law.  Notwithstanding
anything to the contrary contained in this paragraph, if
Tenant shall, in good faith, contest the validity of any
such lien, claim or demand, then Tenant shall, at its
expense, defend itself, Landlord and Master Lessor against
the same and shall pay and satisfy any adverse judgment
that may be rendered thereon before the enforcement
thereof against landlord the leased land or its Unit, and
if Landlord shall require, Tenant shall furnish to
Landlord a surety bond satisfactory to Landlord in an
amount equal to such contested lien, claim or demand
indemnifying Landlord and Master Lessor against liability
for same; or, if Landlord shall request, Tenant shall

WPN:2004A                              4

002061                    EXHIBIT 40, PAGE 1241

BK 13824 PG 1278

procure and record the bond provided for in the Civil Code
of the State of California, or any comparable statute
hereafter enacted providing for a bond freeing the leased
land and the Unit from the effect of such lien or claim or
action thereon.

10.   **LIABILITIES.**   Landlord shall not be liable
for any loss, damage, injury or claim of any kind
whatsoever to any person or property of Tenant, or any of
Tenant's employees, guests or invitees or of any other
person whomsoever, caused by any use of the leased land or
by any defect in any building, structure or other
improvement constructed thereon, or arising from any
accident on the leased land or any fire or other casualty
thereon, or occasioned by the failure on the part of
Tenant to maintain said premises in safe condition, or by
any nuisance made or suffered on the leased land, or any
improvements thereto, or by any act or omission of Tenant,
or of any member of Tenant's family or of Tenant's
employees, guests or invitees, or arising from any other
cause whatsoever, and Tenant hereby waives on its behalf
all claims and demands against Landlord for any such loss,
damage or injury of Tenant, and hereby agrees to indemnify
and save Landlord free and harmless from liability for any
such loss, damage or injury of other persons, and from all
costs, expenses and other charges arising therefrom and in
connection therewith.

11.   **LANDLORD PAYING CLAIMS.**   Neither Landlord
nor the Master Lessor shall be liable for any loss,
damage, injury or claim of any kind or character to any
person or property arising from or caused by the use or
development of the leased land and the construction of
improvements thereon, including, without limitation, any
such loss, damage, injury or claim arising from or caused
by (i) any use of the leased land, or any part thereof;
(ii) any defect in the design, construction of or material
in any structure            improvement upon the leased land
or in any other            rein; (iii) any defect in
soils or in the            of soils or in the design and
accompli                   ri; (iv) any act or omission of
Tenant                      nts, employees, licensees,
invitee.    cont     os; (v) any accident on the leased
land or other casualty thereon; (vi) any representations
by Tenant or any of its agents or employees; (vii) a
violation or alleged violation by Tenant, its employees or
agent, of any law now or hereafter enacted; (viii) any
other cause whatsoever in connection with Tenant's use of
the leased land; or (ix) the application of the principles
of strict liability with respect to any act or omission
during the term of this Lease of Tenant or its agents,
employees, licensees, invitees or contractors in
connection with the leased land; and Tenant, as a material
part of the consideration of this Lease, hereby waives on
its behalf all claims and demands against Landlord or the
Master Lessor for any such loss, damage or injury of
Tenant, and hereby indemnifies and agrees to hold Landlord
and the Master Lessor entirely free and harmless from all
liability for any such loss, damage, injury or claim with
respect to any person or property made by other persons,
and with respect to any such violations or charges arising

WPN:2004A                    5

002062                  EXHIBIT 40, PAGE 1242

BK 13824 PG 1279

therefrom, including, without limitation, attorneys' fees and court costs incurred by Landlord and the Master Lessor in connection therewith.

Tenant either individually, or in conjunction with the Tenants of the remaining undivided interests in the leased land or through the management body for Project shall maintain at all times during the term of the Lease, at its expense and in companies aceptable to Landlord:

(a)  Worker's compensation insurance and employer's liability insurance.

(b)  Comprehensive liability insurance, with limits of not less than FIVE HUNDRED THOUSAND ($500,000) DOLLARS for any one person; ONE MILLION ($1,000,000) DOLLARS for any one occurrence as to bodily injury or death; and ONE HUNDRED THOUSAND ($100,000) DOLLARS per occurrence as to property damage.

Each policy of insurance shall be issued by insurers of recognized responsibility, qualified to do business in California, acceptable to Landlord and the Master Lessor and which has, at the execution hereof, a rating at least equal to AXV by Best's Insurance Guide (or other equivalent rating if such Guide be discontinued) and shall name Landlord and the Master Lessor as an additional insured.  Prior to the time of commencement of this Lease, Tenant shall deliver certificates of insurance carriers of each policy of insurance as evidence of compliance with the above requirements and stating that not less than ten (10) days' written notice will be given to Landlord and the Master Lessor prior to cancellation or reduction in coverage or amount.

12.  ASSIGNMENT.  Tenant shall have the right to assign, sublet or otherwise transfer its interest under this lease without the prior written consent of Landlord. Notwithstanding the foregoing, this lease or any right hereunder shall in no case be assigned separate and apart from Tenant's Unit located on the leased land.  Also notwithstnding the foregoing, Landlord shall accept Tenant's assignee in writing following a request therefor.

13.  ENCUMBRANCES.  Tenant shall have the right to assign Tenant's interest in this Lease and the leased land to a trustee under a deed of trust (herein called "trust deed"), for the benefit of a lender (herein called "encumbrancer") upon and subject to the following covenants and conditions.  Landlord's consent shall not be required for such assignment, but Landlord shall execute its written consent to such assignment by trust deed following a request therefor from Tenant:

A.   Said trust deed and said assignment and all rights acquired thereunder shall be subject to each and all of the covenants, conditions and restrictions set forth in this Lease and to all rights and interests of the Landlord hereunder; and, in the event of any conflict between the provisions of this Lease and the provisions of

WPN:2004A

002063

EXHIBIT 40, PAGE 1243

BK 13824 PG 1280

any such trust deed or assignment, the provisions of this Lease shall control.

B.   Any encumbrancer as a transferee under the provisions of this Article shall be liable to perform the obligations of the Tenant under this Lease only so long as such encumbrancer holds title to the leasehold.

C.   Upon and immediately after the recording of the trust deed covering the leased land, Tenant, at Tenant's expense, shall cause to be recorded in the office of the Recorder of Orange County, California, a written request for a copy, to the Landlord, of any notice of default and of any notice of sale under the trust deed as provided by the statutes of the State of California relating thereto.   Tenant shall furnish to Landlord a complete copy of the trust deed and note secured thereby, together with the name and address of the holder thereof.

D.   Landlord agrees that it will not terminate this Lease because of any default or breach hereunder on the part of the Tenant if the encumbrancer or the trustee under such deed of trust, within sixty (60) days after service of written notice on the encumbrancer by Landlord of its intention to terminate this Lease for such default or breach, shall:

(a)   Cure such default or breach if the same can be cured by the payment or expenditure of money provided to be paid under the terms of this Lease, or if such default or breach is not so curable, cause the trustee under the trust    to commence and thereafter to diligently pursue to completion steps and proceedings for the foreclosure by sale or by exercise of a power of sale under and pursuant to the trust deed in the manner provided by law; and

(b)   Keep and perform all of the covenants and conditions of this Lease requiring the payment or expenditure of money by Tenant until such time as said leasehold shall be sold upon foreclosure, or by exercise of a power of sale, pursuant to the trust deed or shall be released or reconveyed thereunder; provided, however, that if the beneficiary under such trust deed shall fail or refuse to comply with any and all of the conditions of this Article with respect to a breach or default as to which notice of intention to terminate this Lease has been given to the encumbrancer, then and thereupon Landlord shall be released from the covenants of forebearance herein contained with respect to such breach or default.

Any notice to the encumbrancer provided for in this Article may be given concurrently with or after Landlord's notice of default to Tenant as herein provided for in the Article entitled "Default."

Any mortgagee shall have the right at any time during the term hereof while this lease is in full force and effect:

WPN:2004A                    7

                    EXHIBIT 40, PAGE 1244

BK 13824 PG 1281

(a)  To do any act required of Tenant hereunder, and all such acts done or performed shall be effective to prevent a forfeiture of Tenant's rights hereunder as if the same had been done or performed by Tenant; and

(b)  To rely on the security afforded by the leasehold estate and to acquire and to succeed to the interest of Tenant hereunder by foreclosure, whether by judicial sale, by power of sale contained in any security instrument, or by assignment given in lieu of foreclosure, and thereafter convey or assign title to the leasehold estate so acquired to any other person firm or corporation without the consent of Landlord as to such initial transfer, and such obligations shall not commence as to any obligation which cannot be satisfied by the payment of money prior to mortgagee's acquisition of the leasehold estate hereunder by reason of the exercise of its rights as aforesaid.

Until such time as the indebtedness of Tenant to mortgagee shall have been fully paid, Landlord shall not, without the prior written consent of mortgagee first had and obtained, accept any surrender of this lease, consent to any modification hereof or consent to the assignment hereof, or of any part or portion, of the term created thereby or of any interest therein.

14.  DEFAULT.  Should Tenant fail to pay any installment of rent or any other sum provided in this lease to be paid by Tenant at the times herein specified and should such default continue uncured for a period of ten (10) days after written notice from Landlord, or should Tenant default in the performance of or breach any other covenant, condition or restriction of this lease herein provided to be kept or performed by Tenant, and should such default or breach continue uncured for a period of thirty (30) days from and after written notice thereof by Landlord to Tenant, then and in any such event, Landlord may declare this lease to be in default and Landlord shall have all of the remedies available at law or stated in the Article entitled "Remedies" or elsewhere provided in this lease.

15.  REMOVAL.  Upon the expiration of the term of this Lease, and on condition that Tenant shall not then be in default under any of the covenants and conditions hereof, and not otherwise, Tenant shall have the right during the last ninety (90) days of said term, at its sole expense, to remove from the leased land all buildings and other improvements thereon, and Tenant shall fill all excavations and remove all parts of said buildings remaining after the same are removed and surrender possession of the leased land to Landlord in a clean and orderly condition.  In the event any of said buildings and other improvements shall not be removed from the leased land within the time hereinabove provided, the same shall become and thereafter remain a part of the leased land and shall belong to Landlord without the payment of any consideration therefor. Upon the expiration of the term hereof, or any sooner termination of this Lease, Tenant

WPN:2004A                    9

EXHIBIT 40, PAGE 1245

BK 13824 PG 1282

shall execute, acknowledge and deliver to Landlord a
proper instrument in writing releasing and quitclaiming to
Landlord all right, title and interest of Tenant in and to
the leased land and any and all improvements thereon, if
not removed by virtue of this Lease or otherwise.

16.   PLACE OF PAYMENTS AND NOTICES.   All rents
and other sums payable by Tenant to Landlord hereunder
shall be paid to the Landlord at the address set forth
after Landlord's name above.  Whenever either party hereto
desires to give written notice to the other respecting
this Lease, such notice, if not personally delivered to
Landlord or to Tenant, shall be sent by certified or
registered mail, with postage prepaid, and directed to
either party at the address hereinabove specified, or at
such other address as either party may hereafter designate
in writing.  The service of any such written notice shall
be deemed complete at the time of such personal delivery
or within two (2) days after the mailing thereof in Orange
County, California, as herein provided.  Should Landlord
or Tenant consist of more than one person, the personal
delivery or mailing of such notice to any one of such
persons shall constitute complete service upon all such
persons.  Any notice provided in the Article hereof
entitled "Encumbrances" to be given by Landlord to any
encumbrancer of Tenant shall be served in the same manner
as herein provided in this Article and shall be delivered
to the encumbrancer or directed to its address as last
shown on the records of Landlord.

17.   REMEDIES.   Should Tenant at any time be in
default hereunder pursuant to the provisions of the
Article hereof entitled "Default", then notwithstanding
Tenant's breach of this lease and abandonment of the
leased land, this lease shall continue in effect so long
as Landlord does not terminate Tenant's right to
possession and Landlord may enforce all of its rights and
remedies hereunder, including, at the option of Landlord:

A.   Continue this Lease in effect without
terminating Tenant's right to possession, even though
Tenant has breached this Lease and abandoned the leased
land; and to enforce all of Landlord's rights and remedies
under this Lease, including the right to recover, by suit
or otherwise, all sums and installments required to be
paid in accordance with the provisions of Article 3 above,
or other monetary performance as it becomes due hereunder,
or to enforce, by suit or otherwise, any other term or
provision hereof on the part of Tenant required to be
performed, it being specifically agreed that the aggregate
unpaid installment indebtedness shall bear simple interest
at the rate of ten percent (10%) per annum from the date
thereof until paid, provided, however, that Landlord may,
at any time thereafter, elect to terminate this Lease for
such previous breach by notifying Tenant in writing that
Tenant's right to possession of the leased land has been
terminated; or

B.   By written notice to Tenant, Landlord may
declare this Lease at an end, re-enter the leased land by
process of the law, eject all parties in possession

WPN:2004A                          9

113

002066                    EXHIBIT 40, PAGE 1246

BK 13824PG 1283

thereof therefrom and repossess said leased land, in which event, Landlord shall have the right to recover from Tenant:

(i)   The worth at the time of award of the unpaid rent which has been earned at the time of termination;

(ii)   The worth at the time of award of the amount by which the unpaid rent which would have been earned after termination until the time of award exceeds the amount of such rental loss that the Tenant proves could have been reasonably avoided;

(iii)  The worth at the time of award of the amount by which the unpaid rent for the balance of the term after the time of award exceeds the amount of such rental loss for the same period that the Tenant proves could be reasonably avoided;

(iv)   All other amounts necessary to compensate Landlord for all the detriment proximately caused by Tenant's failure to perform its obligations hereunder or which in the ordinary course of things are likely to result therefrom; and

(v)   In computing "worth at the time of award" Landlord shall be allowed interest at the rate of ten percent (10%) per annum.

Each of the terms, covenants, conditions and provisions of Tenant under this lease is a material consideration for this lease, the breach of which shall be deemed a default hereunder.  All rights, options and remedies of Landlord contained in this lease shall be construed and held to be cumulative, and no one of them shall be exclusive of the other, and Landlord shall have the right to pursue any one or all of such remedies or any other remedy or relief which may be provided by law, whether or not stated in this lease.  No waiver by Landlord of a breach of any of the terms, covenants or conditions of this lease by Tenant shall be construed or held to be a waiver of any succeeding or preceding breach of the same or any other term, covenant or condition herein contained.  No waiver of any default of Tenant hereunder shall be implied from any omission by Landlord to take any action on account of such default if such default persists or is repeated, and no express waiver shall affect default other than as specified in said waiver.  The consent or approval by Landlord to or of any act by Tenant requiring Landlord's consent or approval shall not be deemed to waive or render unnecessary Landlord's consent or approval to or of any subsequent similar acts by Tenant.

In the event any action shall be instituted between Landlord and Tenant in connection with this lease, the party prevailing in such action shall be entitled to recover from the other party all of its costs, including reasonable attorneys' fees, as fixed by the court therein.

WPN:2004A                              10

002067                        EXHIBIT 40, PAGE 1247

BK 13824 PG 1284

18.  **REPRESENTATIONS.**  Tenant covenants and agrees that it has examined the leased land and that the same is delivered to it in good order and condition and that no representations as to said land have been made by Landlord or by any person or agent acting for Landlord, and it is agreed that this document contains the entire agreement between the parties hereto and that there are no verbal agreements, representations, warranties or other understandings affecting the same.

19.  **HOLDING OVER.**  This lease shall terminate and become null and void without further notice upon the expiration of said term.  Any holding over shall not constitute a renewal hereof, but the tenancy shall thereafter be on a month-to-month basis and otherwise on the same terms and conditions as herein set forth.

20.  **EMINENT DOMAIN.**

A.  **Definition of Terms.**  The term "total taking", as used in this Article, means the taking of the entire leased land under the power of eminent domain or the taking of so much of said land as to prevent or substantially impair the use thereof by Tenant for the uses and purposes hereinabove provided.

The term "partial taking" means the taking of a portion only of the leased land which does not constitute a total taking as defined above.

The term "taking" shall include a voluntary conveyance by Landlord to an agency, authority or public utility under threat of a taking under the power of eminent domain in lieu of formal proceedings.

The term "date of taking" shall be the date upon which title to the leased land or portion thereof passes to and vests in the condemnor.

The term "leased land" means the real property belonging to Landlord, together with any and all improvements placed thereon by Landlord or to which Landlord has gained title.

B.  **Effect of Taking.**  If, during the term hereof, there shall be a total taking or partial taking under the power of eminent domain, then the leasehold estate of Tenant in and to the leased land or the portion thereof taken shall cease and terminate as of the date of taking of the said land.  If this lease is so terminated, in whole or in part, all rentals and other charges payable by Tenant to Landlord hereunder and attributable to the leased land or portion thereof taken shall be paid by Tenant up to the date of taking by the condemnor and the parties shall thereupon be released from all further liability in relation thereto.

C.  **Allocation of Award - Total Taking.**  All compensation and damages awarded for the total taking of

WPN:2004A                    11

002068                 EXHIBIT 40, PAGE 1248

BK 13824 PG 1285

the leased land allocated to Landlord under the terms of
the Master Lease shall be allocated as follows:

(a)  Tenant shall be entitled to an amount equal
to the sum of the following:

(i)  The fair market value of all of the
improvements located on the leased land; and

(ii)  The then fair market value of the
Tenant's leasehold interest in the leased land.

(b)  Landlord shall be entitled to the amount
remaining of the total award after deducting therefrom
the sums to be paid to Tenant as hereinabove provided.

D.  **Allocation of Award - Partial Taking.**  All
compensation and damages awarded for the taking of a
portion of the leased land allocated to Landlord under the
terms of the Master Lease shall be allocated and divided
as follows:

(a)  Tenant shall be entitled to an amount equal
to the sum of the following:

(i)  The proportionate reduction of the
fair market value of the improvements located on
the leased land; and

(ii)  The proportionate reduction of the
fair market value of Tenant's leasehold interest
in the leased land.

(b)  Landlord shall be entitled to the amount
remaining of the total award after deducting therefrom
the sums to be paid to Tenant as hereinabove provided.

E.  **Reduction of Rent on Partial Taking.**  In the
event of a partial taking, the rent payable by Tenant
hereunder shall be adjusted from the date of taking to the
next rental adjustment date or to the date of the
expiration of the term of this lease, whichever date is
sooner.  Such rental adjustment will be made by reducing
the basic rental payable by the Tenant in the ratio that
the fair market value of the leased land at the date of
taking bears to the fair market value of the leased land
immediately thereafter.

F.  **Determination of Fair Market Value.**
Whenever fair market value must be determined for the
purposes of this Article, and the parties fail to agree in
writing on such fair market value within ten (10) days of
a request for such agreement from either party, then fair
market value shall be determined by appraisers appointed
pursuant to the Article in the Master Lease entitled
"Condemnation" or if no such appraiser have been or are to
be appointed, by agreement of Landlord and Tenant or, in
the absence of such an agreement by appraisers appointed
by Landlord and Tenant in the same manner as set forth in
such Article.

WPN:2004A                    12

002069                  EXHIBIT 40, PAGE 1249

BK 13824PG 1286

21.   RENTAL ADJUSTMENT.

A.   Effective January 1, 2000, January 1, 2020, and January 1, 2010, the annual rental payable hereunder shall be adjusted to a sum equal to ten percent (10%) of the unimproved fair market value of the leased land, or any portion then remaining subject to this Lease, as of such dates.  The said "unimproved fair market value" of the leased land shall be such value as determined by the Master Lessor and the Landlord in accordance with the terms and provisions of Article 21 of the Master Lease. After any such adjustment of rent, Tenant shall pay to Landlord such rental as so adjusted during the period applicable thereto at the times and in the manner herein provided for in the Article entitled "Rental"; provided, however, in no event shall the annual rental, as so adjusted, be less than the annual rental in the immediately preceding period.

Pending the final determination of such adjusted rental, Tenant shall pay to Landlord the amount of rent previously payable under the Article of this lease entitled "Rental".  If such adjusted rental, as finally determined, shall exceed the amount of the previous rental, the excess amount accruing during the interim period shall be paid by Tenant to Landlord within thirty (30) days after the final determination of said adjusted rental.

B.   Effective January 1, 1990, January 1, 2010, January 1, 2030, and January 1, 2050, the annual rental shall be adjusted upwards as follows:  As promptly as practical after such dates, Landlord shall compute the increase, if any, in the cost of living during the period just ended, based upon the Consumers Price Index – Los Angeles/Long Beach/Anaheim Metropolitan Area (1967=100), "All items of goods and services purchased by urban wage and clerical worker families" (hereinafter called the "Index"), published by the Bureau of Labor Statistics of the United States Department of Labor.  The Index Number for the latest month prior to commencement of the term of this Lease, with respect to which such a Number is published, shall be the "Base Index Number" and the corresponding Index Number for the month which immediately preceeds the effective date of the adjustment shall be the "Current Index Number".

The annual rent shall be adjusted by multiplying the rental payable during the immediately preceding year of the term of this lease by a fraction, the numerator of which is the Current Index Number and the denominator of which is the Base Index Number; provided, however, that the annual rent shall never be reduced below the rental payable in the immediately preceding twelve-month period.

Tenant shall continue payment of rent installments in effect for the expiring rental period until notified by Landlord of the new rent.  Such notification shall include a memorandum showing the calculations used by Landlord in determining the new rent.  Immediately upon receipt of such notice, Tenant

WPN:2004A                    13

002070                    EXHIBIT 40, PAGE 1250

BK 13824 PG 1287

shall commence payment of the adjusted rent, and shall also pay to Landlord with respect to any period already expired within thirty (30) days after receipt of such notice, the excess of the new annual rent over the rent actually paid by Tenant.

If publication of the Index shall be discontinued, the most comparable Index when published by any branch or department of the United States Government shall be substituted, or if there is none, the parties shall agree on another source of information, and such adjustments in the method of computation shall be made as may be necessary to carry out the intent of this cost-of-living provision. Appropriate adjustments shall also be made in the event that the base period, or other aspects of the Index are changed. If the parties are unable to agree on a source of information, such source of information shall be determined by arbitration, pursuant to the provisions of the California Code of Civil Procedure.

Notwithstanding the foregoing, the annual rental shall not be adjusted pursuant to the above higher than a sum equal to one hundred seventy percent (170%, of the rent payable in the immediately preceding twelve-month period.

22. DRAINAGE AND FILL. Tenant shall cause all drainage of water from the leased land and improvements thereon to drain or flow into adjacent streets and not upon adjoining property, and Tenant shall so maintain all slopes or terraces on the leased land .. to prevent any erosion thereof upon such streets or adjoining property.

23. ENCROACHMENTS. If a dwelling house is constructed on the leased land, the wall or walls of which adjoin the wall or walls of a dwelling constructed on a contiguous lot, any such wall shall be considered to adjoin and abut the wall of the contiguous lot against the surface from the bottom of the foundation over the full length and height of any building so erected for residential purposes. Both Tenant and lessees of contiguous lot. shall have a reciprocal easement appurtenant to each of said lots over said contiguous lots for the purpose of accommodating any encroachment of any wall of any dwelling house.

Tenant and the lessees of contiguous lots shall have a reciprocal easement appurtenant to each of said lots over said contiguous lots for the purpose of accommodating any natural settlement of any structures located on any of said lots.

Should there be found to exist any party wall or party fence, the agreement between Tenant and the lessee of a contiguous lot or lots shall be that the lessees of the contiguous lots who have a party wall or party fence shall equally have the right to the use of such wall or fence, and such wall shall be considered to adjoin and abut against the surface from the bottom of the foundation over the full length and height of any building so

WPN: 2004A                     14

EXHIBIT 40, PAGE 1251

BK 13824 PG 1288

erected. Such rights of use shall be as not to interfere
with the use and enjoyment of the lessees of adjoining
lots; and, in the event that any such party wall or fence
is damaged or injured from any cause other than the act or
negligence of one of the lessees, the same shall be
repaired or rebuilt at their joint expense.

24. **COMPLIANCE WITH LAWS.** Tenant covenants that
during the lease term, Tenant will comply, at no cost or
expense to Landlord, with all laws, ordinances, orders,
rules, regulations and requirements of all federal, state
and municipal governments and appropriate departments,
commissions, boards and officers thereof, which may be
applicable to the leased land or its Unit, buildings and
other improvements constructed thereon, or the use or
manner of use of the leased land or its Unit. Tenant
accepts the leased land and its Unit in the actual
condition of the same as of the date of this lease.

25. **ACCEPTANCE OF PERFORMANCE BY OTHERS.**
Landlord agrees to accept performance of any of the
covenants or agreements of Tenant contained herein from
(a) any group of ten or more tenants holding subleases of
individual interests in the leased land or (b) the
management body for the Project.

26. **CONSTRUCTION AND EFFECT.** Time is of the
essence of this lease. The article headings herein are
used only for the purpose of convenience and shall not be
deemed to limit the subject to the articles hereof or to
be considered in the construction thereof. Each and all
of the obligations, covenants, conditions and restrictions
of this lease shall be deemed as running with the land and
shall inure to the benefit of and be binding upon and
enforceable against, as the case may require, the
successors and assigns of Landlord and the heirs,
executors, legal representatives, encumbrancers,
assignees, successors and subtenants of Tenant. If Tenant
consists of more than one person, the covenants and
obligations of Tenant hereunder shall be the joint and
several covenants and obligations of such persons. In
this lease, the masculine gender includes the feminine and
the neuter, and the singular number includes the plural,
whenever the context so requires.

27. **NON-DISTURBANCE.** No mortgage or deed of
trust placed on the leased land . Landlord shall be
superior to the interest of Tenant herein unless the
mortgagee or beneficiary thereunder executes an agreement
in recordable form covenanting in a form satisfactory to
the Tenant that in the event of judicial or private
foreclosure, or deed in lieu of foreclosure, or any other
action taken by such mortgagee or beneficiary this Lease
and the rights of Tenant hereunder shall not be disturbed
by reason of any such foreclosure or other action but
shall continue in full force and effect so long as this
Lease shall remain in full force and effect.

28. **ESTOPPEL CERTIFICATES.** Landlord and Tenant
shall at any time and from time to time, upon not less
than ten (10) days prior written request by the other

WPN:2004A                    15

BK 13824 PG 1289

party or parties to this lease, execute, acknowledge and deliver to such party or parties a statement in writing certifying that this lease is unmodified and in full force and effect (or if there has been any modification thereof that the same is in full force and effect as modified and stating the modification or modifications) and that there are no defaults existing (or if there is any claimed default stating the nature and extent thereof); and stating the dates to which the rent and other charges have been paid in advance.  It is expressly understood and agreed that any such statement delivered pursuant to this section may be relied upon by any prospective assignee or sublessee of the leasehold estate, or estates of Tenant, or any prospective purchaser of the estate of Landlord, or any lender or prospective assignee of any lender on the security of the leased land or the fee estate or any part thereof, or upon the leasehold estate of Tenant or any part thereof, and any third person.

IN WITNESS WHEREOF, the parties hereto have executed this Sublease as of the day and year first above written.

By _____
Robert P. Warmington
"Landlord"

By _____
"Tenant"

By _____
"Tenant"

WPN:2004A                    16

002073                    EXHIBIT 40, PAGE 1253

BK 13824 PG 1290

STATE OF ___CALIFORNIA___ )
                                    ) ss.
COUNTY OF ___ORANGE___ )

On ___August 1___, 1980, before me the
undersigned, a Notary Public in and for said State,
personally appeared Robert P. Warmington, known to me to
be the person whose name is subscribed to the within
Instrument, and acknowledged to me that he executed the
same.

WITNESS my hand and official seal.

                                    _____
                                    Notary Public

[Seal]   

[Attach acknowledgment form for Tenant]

STATE OF CALIFORNIA                 )
COUNTY OF ___Orange___              ) ss.
On ___November 5, 1980___, before me, the undersigned, a Notary Public in and for
said State, personally appeared ___John E. Turner and Virginia H. Turner___

known to me to be the person _S._ whose name __are__
subscribed to the within instrument and acknowledged to me
that ___they___ executed the same
WITNESS my hand and official seal.

Signature ___Bonnie Quenneville___

___Bonnie Quenneville___
Name (Typed or Printed)            (This area for official notarial seal)

OFFICIAL SEAL
BONNIE QUENNEVILLE
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Commission Expires Jan. 13, 1984

WPN:2004A                  17

RECORDED D

121

002074         EXHIBIT 40, PAGE 1254

Branch :AH,User :2004                        Comment:                              Station Id :M3Y7

8695          BK 13824PG 1291

$5.00

RECORDED AT THE REQUEST OF
AND WHEN RECORDED RETURN TO:

The Robert P. Warmington Co.
16592 Hale Avenue
Irvine, California   92714

RECORDED AT REQUEST OF
FIRST AMER. TITLE INS. CO.
IN OFFICIAL RECORDS OF
ORANGE COUNTY, CALIFORNIA

8:00 A.M. NOV 7 1988

LEE A. BRANCH, County Recorder

Conveyance connected with leaseholder
interest not to exceed 99 years.

A P  178-011-01

## CONVEYANCE OF REMAINDER INTEREST

FOR VALUABLE CONSIDERATION, receipt of which is hereby
acknowledged, THE ROBERT P. WARMINGTON CO., a California
corporation, hereby grants to ROBERT P. WARMINGTON, an
individual, the remainder interest in that portion of Lots 1
and 2 of Tract 10542 in the City of Huntington Beach, County
of Orange, State of California, as shown on a Map recorded in
Book 456, Pages 49 and 50 of Miscellaenous Maps, in the
Office of the County Recorder of Orange County, California,
described on Exhibit I attached hereto, after the term of
years expiring upon expiration or early termination of that
certain Condominium Sublease of even date herewith, made
by Robert P. Warmington, an individual, to _____

____John E. Turner and Virginia H. Turner, husband and wife, as Joint Tenants

_____

_____

_____,

a short form of which is being recorded concurrently herewith,
subject, however, to all matters whether or not of record.

GRANTOR:

THE ROBERT P. WARMINGTON CO.

By _____

By _____

ORANGE,CA                        Page 1 of 3                    Printed on 11/26/2019 9:02:03 AM
Document: DD 13824.1291

EXHIBIT 40, PAGE 1255

Branch :ATH,User:2004                           Comment:                                  Station Id :M3Y7

BK 13824 PG 1292

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF ORANGE     )

On ___August 1___, 1980, before me, the undersigned,
a Notary Public in and for said State, personally appeared
___OLIVER N. CRARY___, known to me to be the
Vice President , and ___WILLIAM J. PITTMAN___,
known to me to be the ___Secretary___ of the corporation
that executed the within Instrument, known to me to be the
persons who executed the within Instrument on behalf of the
corporation therein named, and acknowledged to me that such
corporation executed the within Instrument pursuant to its
by-laws or a resolution of its board of directors.



Notary Public in and for
said County

[SEAL]

2

ORANGE,CA                     Page 2 of 3              Printed on 11/26/2019 9:02:04 AM
Document: DD 13824.1291

123

002076                        EXHIBIT 40, PAGE 1256

BK 13824 PG 1293

### EXHIBIT I

**Parcel 1**

Those portions of Unit 53, as shown and defined on a Condominium Plan ("The Condominium Plan"), recorded in Book 13358, Page 1193, et seq., consisting of buildings and other improvements.

**Parcel 2**

An undivided one-eightieth (1/80) interest in and to those portions of the Common Area as shown and defined on the Condominium Plan, consisting of buildings and other improvements.

**Parcel 3**

An exclusive easement for the use and occupancy of those portions of Restricted Common Area as defined on the Condominium Plan for entry and staircases and attic space relating to said Unit, consisting of buildings and other improvements.

**Parcel 4**

Non-exclusive easement and right to use those portions of the Common Area as defined on the Condominium Plan, except Restricted Common Area, consisting of buildings and other improvements.

SUBJECT TO:

(a) general and special taxes and assessments for the current fiscal year;

(b) the Declaration of Restrictions recorded in Book 13618, Page 982, Official Records of Orange County, California, as amended, (the "Declaration");

(c) all other covenants, conditions, restrictions, rights, reservation of rights of way and easements whether or not of record.

RECORDED E

ORANGE,CA
Document: DD 13824.1291

Page 3 of 3

Printed on 11/26/2019 9:02:04 AM

124
002077

EXHIBIT 40, PAGE 1257

RECEIVED

JUL 1 1 1980

Dept. of Real Estate
Los Angeles Subdivisions

RECEIVED
Headquarters
Subdivisions
JUL 1 6 1980
Department of Real Estate

**DEPARTMENT OF REAL ESTATE**
**OF THE**
**STATE OF CALIFORNIA**

(213) 620-2700

CONDOMINIUMS

In the matter of the application of

**ROBERT P. WARMINGTON COMPANY,**
**A California Corporation**

for a Final Subdivision Public Report on

TRACT NUMBER 10542
THE GABLES-HUNTINGTON BEACH

ORANGE COUNTY, CALIFORNIA

**FINAL  SUBDIVISION**
**PUBLIC REPORT**

FILE NO.         46,370 LA

ISSUED           JUNE 19, 1980

EXPIRES          JUNE 18, 1985

**This Report Is Not a Recommendation or Endorsement of the Subdivision**
**But Is Informative Only.**

---

**Buyer or Lessee Must Sign That He Has Received and Read This Report.**

---

This Report Expires on Date Shown Above. If There Has Been a Material Change in the Offering, an
Amended Public Report Must Be Obtained and Used in Lieu of This Report.

Section 35700 of the California Health and Safety Code provides that the practice of discrimination
because of race, color, religion, sex, marital status, national origin or ancestry in housing accommodations is
against public policy.

Under Section 125.6 of the California Business and Professions Code, California real estate licensees are
subject to disciplinary action by the Real Estate Commissioner if they make any discrimination, distinction
or restriction in negotiating a sale or lease of real property because of the race, color, sex, religion, ancestry
or national origin of the prospective buyer. If any prospective buyer or lessee believes that a licensee is
guilty of such conduct, he or she should contact the Department of Real Estate.

Information Regarding Schools can be found on Page          8 and 9 of this report.

READ THE ENTIRE REPORT on the following pages before contracting to purchase a lot in this
SUBDIVISION.

EXHIBIT 40, PAGE 1258

## SPECIAL NOTES

1. THE UNIFORM BUILDING CODE, CHAPTER 70, PROVIDES FOR LOCAL BUILD-
   ING OFFICIALS TO EXERCISE PREVENTIVE MEASURES DURING GRADING TO
   ELIMINATE OR MINIMIZE DAMAGE FROM GEOLOGIC HAZARDS SUCH AS LAND-
   SLIDES, FAULT MOVEMENTS, EARTHQUAKE SHAKING, RAPID EROSION OR
   SUBSIDENCE.   THIS SUBDIVISION IS LOCATED IN AN AREA WHERE SOME
   OF THESE HAZARDS MAY EXIST.   SOME CALIFORNIA COUNTIES AND CITIES
   HAVE ADOPTED ORDINANCES THAT MAY OR MAY NOT BE AS EFFECTIVE IN
   THE CONTROL OF GRADING AND SITE PREPARATION.

   PURCHASERS MAY DISCUSS WITH THE DEVELOPER, THE DEVELOPER'S ENGI-
   NEER, THE ENGINEERING GEOLOGIST AND THE LOCAL BUILDING OFFICIALS
   TO DETERMINE IF THE ABOVE-MENTIONED HAZARDS HAVE BEEN CONSIDERED
   AND IF THERE HAS BEEN ADEQUATE COMPLIANCE WITH CHAPTER 70 OR AN
   EQUIVALENT OR MORE STRINGENT GRADING ORDINANCE DURING THE CON-
   STRUCTION OF THIS SUBDIVISION.

2. NO ESCROWS FOR THE SALE OF UNITS WILL CLOSE UNTIL ALL SOILS AND
   FILL WORK HAS BEEN PERFORMED IN ACCORDANCE WITH THE RECOMMENDA-
   TIONS OF THE SOILS ENGINEER AND A NOTICE OF COMPLETION COVERING
   THE COMMON AREA IMPROVEMENTS HAS BEEN FILED OF RECORD.

3. THIS PROJECT IS A COMMON-INTEREST SUBDIVISION OF THE TYPE RE-
   FERRED TO AS A "CONDOMINIUM".   IT WILL BE OPERATED BY AN INCOR-
   PORATED OWNERS ASSOCIATION.

4. SINCE THE COMMON PROPERTY AND FACILITIES WILL BE MAINTAINED BY
   AN ASSOCIATION OF HOMEOWNERS, AND IT'S ESSENTIAL THAT THIS ASSO-
   CIATION BE FORMED EARLY AND PROPERLY, THE DEVELOPER MUST:

   a. COMPLETE ALL COMMON FACILITIES BY APPROXIMATELY JUNE, 1980.
      (SECTION 11018.5 OF THE BUSINESS AND PROFESSIONS CODE.); AND

   b. PAY ALL THE MONTHLY ASSESSMENTS WHICH HE OWES TO THE HOME-
      OWNERS ASSOCIATION FOR UNSOLD UNITS.   THE PAYMENTS MUST COM-
      MENCE ON THE FIRST DAY OF THE MONTH AFTER SUBDIVIDER CLOSES
      FIRST SALE.   (REGULATIONS 2792.9 AND 2792.16).

THE HOMEOWNER ASSOCIATION MUST:

   c. CAUSE THE FIRST ELECTION OF THE ASSOCIATION'S GOVERNING BODY
      TO BE HELD WITHIN 45 DAYS AFTER 51% SELL-OUT, OR IN ANY
      EVENT, NO LATER THAN SIX MONTHS AFTER CLOSING THE FIRST
      SALE.   (REGULATIONS 2792.17 AND 2792.19); AND

   d. PREPARE AND DISTRIBUTE TO ALL HOMEOWNERS A BALANCE SHEET AND
      INCOME STATEMENT.   (REGULATION 2792.22).

EXHIBIT 40, PAGE 1259

# COMMON INTEREST SUBDIVISION GENERAL INFORMATION

The project described in the attached Subdivision Public Report is known as a common-interest subdivision. Read the Public Report carefully for more information about the type of subdivision. The subdivision includes common areas and facilities which will be owned and/or operated by an owners' association. Purchase of a lot or unit automatically entitles and obligates you as a member of the association and, in most cases, includes a beneficial interest in the areas and facilities. Since membership in the association is mandatory, you should be aware of the following information before you purchase:

Your ownership in this development and your rights and remedies as a member of its association will be controlled by governing instruments which generally include a Declaration of Restrictions (also known as CC&R's), Articles of Incorporation (or association) and Bylaws. The provisions of these documents are intended to be, and in most cases are, enforceable in a court of law. Study these documents carefully before entering into a contract to purchase a subdivision interest.

In order to provide funds for operation and maintenance of the common facilities, the association will levy assessments against your lot/unit. If you are delinquent in the payment of assessments, the association may enforce payment through court proceedings or your lot/unit may be liened and sold through the exercise of a power of sale. The anticipated income and expenses of the association, including the amount that you may expect to pay through assessments, are outlined in the proposed budget. Ask to see a copy of the budget if the subdivider has not already made it available for your examination.

A homeowner association provides a vehicle for the ownership and use of recreational and other common facilities which were designed to attract you to buy in this subdivision. The association also provides a means to accomplish architectural control and to provide a base for homeowner interaction on a variety of issues. The purchaser of an interest in a common-interest subdivision should contemplate active participation in the affairs of the association. He or she should be willing to serve on the board of directors or on committees created by the

board. In short, "they" in a common-interest subdivision is "you". Unless you serve as a member of the governing board or on a committee appointed by the board, your control of the operation of the common areas and facilities is limited to your vote as a member of the association. There are actions that can be taken by the governing body without a vote of the members of the association which can have a significant impact upon the quality of life for association members.

Until there is a sufficient number of purchasers of lots or units in a common-interest subdivision to elect a majority of the governing body, it is likely that the subdivider will effectively control the affairs of the association. It is frequently necessary and equitable that the subdivider do so during the early stages of development. It is vitally important to the owners of individual subdivision interests that the transition from subdivider to resident-owner control be accomplished in an orderly manner and in a spirit of cooperation.

When contemplating the purchase of a dwelling in a common-interest subdivision, you should consider factors beyond the attractiveness of the dwelling units themselves. Study the governing instruments and give careful thought to whether you will be able to exist happily in an atmosphere of cooperative living where the interests of the group must be taken into account as well as the interests of the individual. Remember that managing a common-interest subdivision is very much like governing a small community . . . the management can serve you well, but you will have to work for its success.



SPECIAL NOTES   (Continued)

5.  THE SUBDIVIDER HAS STATED THAT HE WILL PROVIDE YOU WITH A COPY
    OF THE ARTICLES OF INCORPORATION, RESTRICTIONS AND BYLAWS, ONLY
    BY POSTING THEM IN A PROMINENT LOCATION IN THE SALES OFFICE.
    THESE DOCUMENTS CONTAIN NUMEROUS MATERIAL PROVISIONS THAT SUB-
    STANTIALLY AFFECT AND CONTROL YOUR RIGHTS, PRIVILEGES, USE, OB-
    LIGATIONS AND COSTS OF MAINTENANCE AND OPERATION.   YOU SHOULD
    READ AND UNDERSTAND THESE DOCUMENTS BEFORE YOU OBLIGATE YOURSELF
    TO PURCHASE A UNIT.

6.  THE SUBDIVIDER STATED HE WILL NOT FURNISH THE CURRENT BOARD OF
    OFFICERS OF THE HOMEOWNERS ASSOCIATION THE BUILDING PLANS TO IN-
    CLUDE DIAGRAMS OF LOCATION OF MAJOR COMPONENTS, UTILITIES, AND
    RELATED DATA.

    THESE ITEMS WILL BE IMPORTANT TO THE BOARD OF OFFICERS OR THOSE
    WHO WILL MANAGE OR REPAIR COMMON FACILITIES IN THIS SUBDIVISION.

7.  SINCE THE SUBDIVIDER STATES HE WILL NOT FURNISH THE SAID PLANS
    AND DIAGRAMS, THE BOARD OF OFFICERS OF THE HOMEOWNER ASSOCIATION
    SHOULD TRY TO OBTAIN THEM FROM THE CONTRACTORS WHO WORKED ON THE
    PROJECT OR FROM THE COUNTY/CITY BUILDING DEPARTMENT.

8.  THE SUBDIVIDER HAS AN INTEREST IN THE ESCROW COMPANY WHICH IS TO
    BE USED IN CONNECTION WITH THE SALE OR LEASE OF UNITS IN THIS
    SUBDIVISION.   THE NATURE OF THE SUBDIVIDER'S INTEREST IS SET
    FORTH IN THE ESCROW INSTRUCTIONS WHICH ARE TO BE USED.

9.  IF YOU ACQUIRE TWO OR MORE UNITS YOU MAY BE REQUIRED TO OBTAIN
    AN AMENDED PUBLIC REPORT BEFORE OFFERING TWO OR MORE OF THE
    UNITS FOR SALE TO OTHERS.   IF YOU INTEND TO SELL TWO OR MORE
    UNITS OR LEASE THEM FOR MORE THAN ONE YEAR, YOU ARE REQUIRED TO
    OBTAIN AN AMENDED SUBDIVISION PUBLIC REPORT BEFORE YOU CAN OFFER
    THE UNITS FOR SALE OR LEASE.

10. WARNING:  WHEN YOU SELL YOUR LEASEHOLD INTEREST IN A CONDOMINIUM
    UNIT TO SOMEONE ELSE, YOU MUST GIVE THAT PERSON A COPY OF THE
    DECLARATION OF RESTRICTIONS, THE ARTICLES OF INCORPORATION AND
    OF THE BYLAWS.   IF YOU FORGET TO DO THIS, IT MAY COST YOU A PEN-
    ALTY OF $500.00 -- PLUS ATTORNEY'S FEES PLUS DAMAGES.   (SEE
    CIVIL CODE SECTION 1360.)

INTERESTS TO BE CONVEYED:  You will receive a lease to a specified
unit, together with an undivided fractional leasehold interest as a
tenant in common in the common area together with a membership in
"The Gables-Huntington Beach Homeowners Association" and rights to
use the common area.

LOCATION AND SIZE:  This subdivision is located at Edinger Avenue
and Monterey Street within the city limits of Huntington Beach and
is serviced by the usual city amenities.

This is a single phase project which consists of approximately 7.605
acres on which twenty buildings containing 80 units and 100 garage
spaces, 100 driveway spaces, 59 on-street guest spaces and 53 off-
street guest space will be constructed, together with common facili-
ties consisting of a swimming pool, jacuzzi, cabana, volley ball
court, landscaped areas and private drives which will be constructed

MANAGEMENT AND OPERATION:  The Gables-Huntington Beach Homeowners
Association, which you must join, manages and operates the common
areas in accordance with the Restrictions, Articles of Incorporation
and the Bylaws.

MAINTENANCE AND OPERATIONAL EXPENSES:  The subdivider has submitted
a budget for the maintenance and operation of the common areas and
for long-term reserves.  This budget was reviewed by the Department
of Real Estate.  You should obtain a copy of this budget from the
subdivider.  Under this budget, the monthly assessment against each
subdivision unit is $65.74 of which $13.84 is a monthly contribution
to long-term reserves and is not to be used to pay for current oper-
ating expenses.

> IF THE BUDGET FURNISHED TO YOU BY THE DEVELOPER
> SHOWS A MONTHLY ASSESSMENT FIGURE WHICH VARIES
> 10% OF MORE FROM THE ASSESSMENT AMOUNT SHOWN IN
> THIS PUBLIC REPORT, YOU SHOULD CONTACT THE DE-
> PARTMENT OF REAL ESTATE BEFORE ENTERING INTO AN
> AGREEMENT TO PURCHASE.

The association may increase or decrease assessments at any time in
accordance with the procedure prescribed in the CC&R's or Bylaws.
In considering the advisability of a decrease (or a smaller in-
crease) in assessments, care should be taken not to eliminate
amounts attributable to reserves for replacement or major mainte-
nance.

> EXPENSES OF OPERATION ARE DIFFICULT TO PREDICT
> ACCURATELY AND EVEN IF ACCURATELY ESTIMATED
> INITIALLY, MOST EXPENSES INCREASE WITH THE AGE
> OF FACILITIES AND WITH INCREASES IN THE COST OF
> LIVING.

Monthly assessments will commence on all units during the month fol-
lowing the closing of the first sale of a unit.  From that time, the
subdivider is required to pay the association a monthly assessment
for each unit which he owns, which has not been leased.

The remedies available to the association against owners who are de-
linquent in the payment of assessments are set forth in the CC&R's.
These remedies are available against the subdivider as well as
against other owners.

EXHIBIT 40, PAGE 1262

MAINTENANCE AND OPERATIONAL EXPENSES:   (Continued)

The subdivider has posted a bond as partial security for his obliga-
tion to pay these assessments.  The governing body of the associa-
tion should assure itself that the subdivider has satisfied his ob-
ligations to the association with respect to the payment of assess-
ments before agreeing to a release or exoneration of the security.

EASEMENTS:   Easements for utilities and other purposes are shown on
the Title Report and Subdivision Map recorded in the Office of the
Orange County Recorder, Book 456 of Miscellaneous Maps, Pages 48
thru 49 and Condominium Plan recorded in Book 13358, Page 1193.

TITLE:   Title is vested in Houser Bros. Co., a limited partnership,
subject to:

A Ground Lease dated October 19, 1979, executed by Houser Bros. Co.,
a limited partnership, as Lessor, and Robert P. Warmington, a
married man, as Lessee, a memorandum of which was recorded October
22, 1979 in Book 13362, Page 320 of Official Records and re-recorded
December 6, 1979 in Book 13424, Page 499 of Official Records.
Robert P. Warmington in turn has sublet the Ground Lease to Robert
P. Warmington Co., a California corporation, the applicant.

RESTRICTIONS:   This subdivision is subject to Restrictions recorded
in the Office of the Orange County Recorder, Book 13618, Page 982.

> FOR INFORMATION AS TO YOUR OBLIGATIONS AND RIGHTS,
> YOU SHOULD READ THE RESTRICTIONS.  THE SUBDIVIDER
> SHOULD MAKE THEM AVAILABLE TO YOU.

WATER RIGHTS:   You will not own the water rights under your land be-
low a depth of 500 feet.  These have been dedicated to the City of
Huntington Beach.  The right to surface entry has been waived.

USES AND ZONING:   Property to the south is zoned MH (Mobilehome).

TAXES:   The maximum amount of any tax on real property that can be
collected annually by counties is 1% of the full cash value of the
property.  With the addition of interest and redemption charges on
any indebtedness, approved by voters prior to July 1, 1978, the to-
tal property tax rate in most counties is approximately 1.25% of the
full cash value.

For the purchaser of a lot or unit in this subdivision, the "full
cash value" of the lot or unit will be the valuation, as reflected
on the tax roll, determined by the county assessor as of the date of
purchase of the lot or unit or as of the date of completion of an
improvement on the lot if that occurs after the date of purchase.

EXHIBIT 40, PAGE 1263

CONDITIONS OF SALE:  If your purchase involves financing, a form of deed of trust and note will be used.  These documents may contain the following provisions:

An Acceleration Clause.  This means that if you sell the property or default in your payment, the lender may declare the entire unpaid loan balance immediately due and payable.

A Late Charge.  This means that if you are late in making your monthly payment you may have to pay an additional amount as a penalty.

A Prepayment Penalty.  This means that if you wish to pay off your loan in whole or in part before it is due, you may be required to pay an additional amount as a penalty in accordance with the terms of the loan.

Transfer of the interest to the purchaser may be by a lease.  Your rights and responsibilities are governed by the specific terms of such lease.  You should read the entire lease.

The lease includes the following provision:

If you do not pay your installment on time, you may lose your property and all money you have paid in.

BEFORE SIGNING, YOU SHOULD READ AND THOROUGHLY UNDERSTAND ALL LOAN DOCUMENTS.

PURCHASE MONEY HANDLING:  The subdivider must impound all funds received from you in an escrow depository until legal title is delivered to you.  (Refer to Sections 11013 and 11013.2(a) of the Business and Professions Code.)

If the escrow has not closed on your unit within one (1) year of the date of your deposit receipt, you may request return of your deposit.

FILLED GROUND:  The common area contains filled ground varying to a maximum depth of 3.6 feet.  These soils are to be properly compacted for the intended use under the supervision of a State licensed engineer.

FLOOD AND DRAINAGE:  Orange County advises as follows:

The land lies within the historic floodplain of the Santa Ana River where the risk of floodng has been substantially reduced since the completion of Prado Dam and Reservoir by the U. S. Corps of Engineers in 1941.  The largest flood-producing storm since completion of the dam occurred in 1969, an event which to the best information now available can be expected to recur on an average of 25 to 30 years over a long period of time.  Peak discharges in 1969 seriously damaged the Santa Ana River levees within Orange County, but no outbreak occurred and the levees have now been repaired.

FLOOD AND DRAINAGE:   (Continued)

In a report entitled "Flood Insurance Study Huntington Beach, California" prepared by the U. S. Army Corps of Engineers for the Federal Insurance Administration, the Corps of Engineers indicates that the occurrence of a storm with a recurrence interval approximating 50 years or greater will generate flows exceeding the present capacity of the Santa Ana River Channel.   Such flows will cause breaching of the river levee at indeterminable locations followed by widespread flooding of the Talbert Valley.   It is believed impossible to predict in advance where such break-out might occur or what particular area would subsequently be inundated.

The Corps of Engineers recently completed a study proposing modification to the Santa Ana River in the County of Orange, to Prado Dam, and the construction of an additional dam in the Mentone area of San Bernardino County.   However, it is impossible to predict when project authorization will be made by Congress, the appropriation approved, and the actual construction accomplished.

It is the opinion of this office that upon completion of the construction in accordance with the proposed grading, storm drain and street plans, the improvements on the building pads will be protected from flooding from storms occurring on an average of once every 50 years or less.

PUBLIC TRANSPORTATION:   Bus service is available adjacent to the site on Edinger Avenue.

SCHOOLS:   The Ocean View School District provides the following information:

| School | Distance |
|---|---|
| Haven View School
16081 Waikiki Lane
Huntington Beach, California | 1/4 mile |

The projected enrollment from the proposed tract is twenty K-8 grade students.   The capacity of Haven View School is 510 and enrollment is 447.

The District shall provide free transportation to and from school for pupils who live beyond the minimum distances, as measured by the shortest route.   Where hazardous conditions exist, transportation may be provided for students who live less than the minimum distances.   Handicapped children will be provided transportation as needed.

The Huntington Beach Union High School District provides the following information:

| School | Distance |
|---|---|
| Marina High School
15871 Springdale
Huntington Beach, California | 1.7 miles |

EXHIBIT 40, PAGE 1265

SCHOOLS: (Continued)

Transportation is furnished at District expense to students living a
distance fo more than three miles from their schools.

Huntington Beach Union High School District has six comprehensive
high schools with a total capacity of 16,367 and a current enroll-
ment of 21,346. This student overload is being accommodated by tem-
porary structures and extended day schedule. The impact of con-
tinued enrollment growth will accelerate the extension of the school
day and the continued implementation of other housing alternatives
until a new high school is constructed. Any new housing must be
considered carefully based on the availability of schools in
Huntington Beach Union High School District.

> NOTE: This school information was correct as of the
> date of this report. Purchasers may contact
> the local school district for current infor-
> mation on school assignments, facilities and
> bus service.

For further information in regard to this subdivision, you may call
(213) 620-2700 or examine the documents at the Department of Real
Estate, 107 South Broadway, Suite 7001, Los Angeles, CA 90012.

Branch :ORI,User :DDEL                          Comment:                                    Station Id :DMCL



ORANGE,CA                               Page 1 of 49                    Printed on 8/29/2018 9:49:02 AM
Document: DR 13618.982

002087                          EXHIBIT 40, PAGE 1267

Case 8:23-cv-00961-WLH   Document 13-1   Filed 08/16/23   Page 642 of 670   Page ID #:3883

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22   Entered 06/01/22 09:54:17    Desc
Exhibit Part 2 of 2    Page 135 of 326
Branch :ORI,User :DDEL                    Comment:                                    Station Id :DMCL

BK 13618PG 983

## TABLE OF CONTENTS

|  |  | Page |
|---|---|---|
| ARTICLE I | DEFINITIONS | 2 |
| Section 1.1 | Association | 2 |
| Section 1.2 | Board of Directors/Board | 2 |
| Section 1.3 | Common Area | 3 |
| Section 1.4 | Condominium | 3 |
| Section 1.5 | Condominium Plan | 3 |
| Section 1.6 | County | 3 |
| Section 1.7 | Declarant | 3 |
| Section 1.8 | Lessee | 3 |
| Section 1.9 | Lessor | 3 |
| Section 1.10 | Member | 3 |
| Section 1.11 | Mortgage | 3 |
| Section 1.12 | Mortgagee | 3 |
| Section 1.13 | Owner/Ownership | 3 |
| Section 1.14 | Project | 4 |
| Section 1.15 | Property | 4 |
| Section 1.16 | Unit | 4 |
| ARTICLE II | CREATION OF CONDOMINIUMS | 4 |
| Section 2.1 | Creation | 4 |
| Section 2.2 | Elements of Condominium | 4 |
| Section 2.3 | Boundaries of Units | 5 |
| Section 2.4 | Non-Severability | 5 |
| ARTICLE III | MEMBERSHIP IN ASSOCIATION | 5 |
| Section 3.1 | Membership | 5 |
| Section 3.2 | Transfer | 5 |
| Section 3.3 | Voting Rights | 6 |
| ARTICLE IV | PROPERTY RIGHTS IN THE COMMON AREAS | 7 |
| Section 4.1 | Members' Easements of Enjoyment | 7 |
| Section 4.2 | Delegation of Use | 7 |
| Section 4.3 | Waiver of Use | 7 |
| Section 4.4 | Common Area Improvements | 7 |
| ARTICLE V | COVENANT FOR ASSESSMENTS | 8 |
| Section 5.1 | Creation of the Lien and Personal Obligation of Assessments | 8 |
| Section 5.2 | General Purpose of Assessments | 9 |
| Section 5.3 | Regular Assessments | 9 |

Case 8:23-cv-00961-WLH   Document 13-1   Filed 08/16/23   Page 643 of 670   Page ID #:3884

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Exhibit Part 2 of 2    Page 136 of 326
Branch :ORI,User :DDEL                          Comment:                              Station Id :DMCL

BK 13618PG 984

|         |                                   |    |
|---------|-----------------------------------|----|
| (a)     | Purposes................................... | 9  |
| (b)     | Amount and Type of Payment......... | 10 |
| (c)     | Date of Commencement............... | 10 |
| Section 5.4 | Special Assessments.................. | 11 |
| Section 5.5 | Delinquency........................... | 11 |
| (a)     | Right of Association................... | 11 |
| (b)     | Notice of Lien......................... | 12 |
| (c)     | Foreclosure Sale...................... | 12 |
| (d)     | Curing of Default..................... | 12 |
| (e)     | Cumulative Remedies................ | 12 |
| (f)     | Subordination......................... | 13 |
| (g)     | Expiration of Lien..................... | 13 |
| Section 5.6 | Exempt Property....................... | 13 |
| Section 5.7 | Uniform Rate of Assessment........ | 13 |
| Section 5.8 | No Offsets............................. | 13 |

ARTICLE VI    ARCHITECTURAL CONTROL

| Section 6.1  | Architectural Approval.................. | 14 |
| Section 6.2  | Requirements for Approval............ | 14 |
| Section 6.3  | Term and Composition of Architectural Committee. | 14 |
| Section 6.4  | Failure to Approve or Disapprove the Plans.... | 15 |
| Section 6.5  | No Liability........................... | 15 |
| Section 6.6  | Notice of Noncompliance or Noncompletion..... | 15 |
| Section 6.7  | Rules and Regulations................ | 16 |
| Section 6.8  | Variances............................. | 16 |
| Section 6.9  | Appointment and Designation........ | 16 |
| Section 6.10 | Review Fee and Address............. | 16 |
| Section 6.11 | Inspection............................ | 16 |

ARTICLE VII    EASEMENTS

| Section 7.1 | Rights of Association................... | 17 |
| Section 7.2 | Rights of Declarant.................... | 17 |
| Section 7.3 | Rights of Owners...................... | 18 |
| Section 7.4 | Encroachments on Common Area...... | 18 |
| Section 7.5 | Restricted Common Areas............ | 19 |
| Section 7.6 | Other Encroachments................. | 19 |

ARTICLE VIII    MANAGEMENT

| Section 8.1 | Powers of the Association.............. | 19 |
| Section 8.2 | Purposes of the Association.......... | 19 |
| Section 8.3 | Contracting Authority................. | 20 |
| Section 8.4 | Duties................................. | 20 |
| Section 8.5 | Right of Entry......................... | 24 |

Case 8:23-cv-00961-WLH   Document 13-1   Filed 08/16/23   Page 644 of 670   Page ID #:3885

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Exhibit Part 2 of 2    Page 137 of 326
Branch :ORI,User :DDEL                          Comment:                              Station Id :DMCL

BK 13618PG  985

Section 8.6    Duties of Owners............................ 24
Section 8.7    Association to Defend Certain Actions....... 25

ARTICLE IX     GENERAL RESTRICTIONS

Section 9.1    Partition.................................. 26
Section 9.2    Interior of Unit........................... 26
Section 9.3    Nuisance................................... 26
Section 9.4    Use of Common Area......................... 26
Section 9.5    Projections................................ 26
Section 9.6    Recreational Vehicles...................... 26
Section 9.7    Lavatory Facilities........................ 26
Section 9.8    Signs...................................... 27
Section 9.9    Animals.................................... 27
Section 9.10   Offensive Activities....................... 27
Section 9.11   Right of Inspection........................ 27
Section 9.12   Leases..................................... 27
Section 9.13   Misconduct................................. 28
Section 9.14   Structural Changes......................... 28
Section 9.15   Utilities.................................. 28
Section 9.16   Receptacles................................ 28
Section 9.17   Television; Radio.......................... 28


ARTICLE X      MORTGAGE PROTECTION

Section 10.1   Seventy-Five Percent Vote of Mortgagees.... 28
Section 10.2   Other Rights of First Mortgagees........... 29
Section 10.3   Mortgagees Furnishing Information.......... 30
Section 10.4   Notice to First Mortgagees of Owner Default.. 30
Section 10.5   Right of First Refusal..................... 30
Section 10.6   Conflicts.................................. 30
Section 10.7   Notice of Destruction or Taking............ 30
Section 10.8   Breach of Declaration...................... 31


ARTICLE XI     DESTRUCTION OF IMPROVEMENTS

Section 11.1   Destruction; Proceeds Exceed 85% of
               Reconstruction Costs....................... 31
Section 11.2   Destruction; Proceeds Less Than 85% of
               Reconstruction Costs....................... 31
Section 11.3   Rebuilding Procedures...................... 31
Section 11.4   Rebuilding Contract........................ 32
Section 11.5   Rebuilding Not Authorized.................. 32
Section 11.6   Minor Repair and Reconstruction............ 33


ARTICLE XII    CONDEMNATION

Section 12.1   Sale by Unanimous Consent.................. 33

Case 8:23-cv-00961-WLH   Document 13-1   Filed 08/16/23   Page 645 of 670   Page ID #:3886

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Exhibit Part 2 of 2   Page 138 of 326
Branch :ORI,User :DDEL                    Comment:                                    Station Id :DMCL



BK 13618PG 986

Section 12.2  Distribution of Proceeds of Sale............ 33
Section 12.3  Distribution of Condemnation Award.......... 33
Section 12.4  Revival of Right to Partition......... 33

ARTICLE XIII  PARTITION

Section 13.1  Suspension........................... 34
Section 13.2  Proceeds............................. 34
Section 13.3  Power of Attorney.................... 34

ARTICLE XIV  GENERAL PROVISIONS

Section 14.1  Term................................. 34
Section 14.2  Notices.............................. 34
Section 14.3  Enforcement.......................... 35
Section 14.4  Severability......................... 35
Section 14.5  Construction......................... 35
Section 14.6  Singular Includes Plural............. 35
Section 14.7  Attorneys' Fees...................... 35
Section 14.8  Nuisance............................. 35
Section 14.9  Amendments........................... 36
Section 14.10 Annexation........................... 37



BK 13618 PG 987

DECLARATION OF
COVENANTS, CONDITIONS AND RESTRICTIONS
FOR THE HUNTINGTON BEACH GABLES

LOTS 1 AND 2 OF TRACT NO. 10542
CITY OF HUNTINGTON BEACH
ORANGE COUNTY, CALIFORNIA

THIS DECLARATION, made this 21st day of May 1980, by THE ROBERT P. WARMINGTON CO., a California corporation, (hereinafter referred to as "Declarant").

WITNESSETH:

WHEREAS, Declarant is the owner of a subleasehold interest in certain real property in the City of Huntington Beach, County of Orange, State of California, described as:

Lots 1 and 2 of Tract 10542 as per map recorded in Book 456, Pages 49 and 50, inclusive of Miscellaneous Maps, in the Office of the County Recorder of Orange County, California.

WHEREAS, said real property is owned in fee by HOUSER BROS. CO., a California limited partnership, in which Clifford C. Houser and Vernon F. Houser are general partners, (hereinafter referred to as "Lessor"); and

WHEREAS, said real property has been leased by Lessor to Robert P. Warmington, an individual, (hereinafter referred to as "Lessee") pursuant to a Ground Lease dated October 19, 1979, and as evidenced by a Short Form Memorandum recorded on December 6, 1979, in Book 13424, pages 499 et seq., of the Official Records of Orange County, California; and

WHEREAS, Lessee has subleased the Property to Declarant, who now desires to divide its interest in the property and improvements thereon into a condominium project as defined in Sections 783 and 1350 of the California Civil Code in accordance with a recorded condominium plan for the project, as hereinafter defined; and

WHEREAS, Declarant has therefore deemed it desirable to impose a general plan for the improvement and development of said tract and all of the property described herein and the adoption and establishment of covenants, conditions and restrictions upon said real property and each and every lot and portion thereof and upon the use, occupancy and enjoyment thereof, all for the

ORANGE,CA
Document: DR 13618.982

Page 6 of 49

Printed on 8/29/2018 9:49:08 AM

139
002092

EXHIBIT 40, PAGE 1272



BK 13618PG 988

purpose of enhancing and protecting the value, desirability and
attractiveness of said tract; and

WHEREAS, Declarant has deemed it desirable for the
efficient preservation of the value, desirability and
attractiveness of said tract to create a corporation to which
should be delegated and assigned the powers of administering and
enforcing these covenants, conditions and restrictions, and
collecting and disbursing funds pursuant to the assessment and
charges hereinafter created and referred to; and

WHEREAS, THE HUNTINGTON BEACH GABLES HOMEOWNERS
ASSOCIATION, a nonprofit corporation, has been incorporated under
the laws of the State of California for the purpose of exercising
the powers and functions aforesaid; and

WHEREAS, Lessor and Lessee have agreed to the
restrictions to be imposed hereby and authorize the recordation
of this Declaration, and evidence this agreement and
authorization by executing this Declaration below; and

NOW THEREFORE, Declarant hereby covenants, agrees and
declares that all of said units and property described above
shall be held, sold, assigned, leased, encumbered, hypothecated,
used, improved, and conveyed subject to the following covenants,
conditions and restrictions and easements which are hereby
declared to be for the benefit of the whole tract and all of the
property described herein and the owners thereof, their
successors and assigns. These covenants, conditions and
restrictions and easements shall run with the said real property
and shall be binding on all parties having or acquiring any
right, title or interest in the described real property or any
part thereof and are imposed upon said real property and every
part thereof as a servitude in favor of each and every parcel
thereof as the dominant tenement or tenements.

ARTICLE I
DEFINITIONS

The following terms used in these covenants, conditions
and restrictions shall be applicable to this Declaration and are
defined as follows:

Section 1.1.  Association:  "Association" shall mean and
refer to THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, a
nonprofit corporation, incorporated under the laws of the State
of California, its successors and assigns.

Section 1.2.  Board of Directors/Board:  "Board of
Directors" or "Board" shall mean and refer to the duly elected
Board of Directors of the Association.

2.

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Exhibit Part 2 of 2    Page 141 of 326
Branch :ORI,User :DDEL                    Comment:                              Station Id :DMCL



BK 13618PG 989

**Section 1.3.** **Common Area:** "Common Area" means and refers to the entire Project, except the Units.

**Section 1.4.** **Condominium:** "Condominium" means a condominium as defined in Section 783 of the California Civil Code and as used herein means a Unit, together with (a) an undivided 1/80 interest as tenant in common in the Common Area, (b) certain exclusive or nonexclusive easements granted herein to an Owner, and (c) a Membership in the Association.

**Section 1.5.** **Condominium Plan:** "Condominium Plan" shall mean and refer to that certain Condominium Plan recorded or to be recorded by Declarant on the Project in the office of the County Recorder wherein the Property is located.

**Section 1.6.** **County:** "County" shall mean and refer to the County of Orange, State of California.

**Section 1.7.** **Declarant:** "Declarant" shall mean and refer to THE ROBERT P. WARMINGTON CO., a California corporation, its successors and assigns.

**Section 1.8.** **Lessee:** "Lessee" shall mean and refer to Robert P. Warmington, a married man, his heirs, successors, and assigns.

**Section 1.9.** **Lessor:** "Lessor" shall mean and refer to HOUSER BROS. CO., a California limited partnership, its successors and assigns.

**Section 1.10.** **Member:** "Member" shall mean and refer to every person or entity who holds Membership in the Association.

**Section 1.11.** **Mortgage:** "Mortgage" shall mean and refer to any mortgage, deed of trust, assignment of leasehold or subleasehold interest or other conveyance of a Unit, or any interest therein, including, but not limited to, the improvements developed thereon to secure the performance of an obligation, which obligation will be reconveyed upon completion of such performance.

**Section 1.12.** **Mortgagee:** "Mortgagee" shall mean and refer to mortgagees, trustees, beneficiaries and holders of deeds of trust, assignees of any leasehold or subleasehold interests, and the holders of any indebtedness secured by Mortgages.

**Section 1.13.** **Owner/Ownership:** "Owner" shall mean and refer to the record assignee of the rights of Declarant and/or Lessee to a Unit, but excluding those having such interest merely as security for the performance of an obligation. Such term shall also mean and refer to the Lessee or Lessor if either succeeds to the rights of said assignee through termination of any lease or sublease or by any other means. All references

3.

ORANGE,CA
Document: DR 13618.982

Page 8 of 49

Printed on 8/29/2018 9:49:10 AM

141

002094

EXHIBIT 40, PAGE 1274



BK 13618 PG 990

herein to "ownership" shall mean and refer to the ownership of a
leasehold or subleasehold interest.

Section 1.14.  Project:  "Project" shall mean and refer
to the Property and all structures and other improvements
thereon.

Section 1.15.  Property:  "Property" or "Properties"
shall mean and refer to the leasehold interest in all of the real
property hereinbefore described.

Section 1.16.  Unit:  "Unit" or "Units" shall mean and
refer to the residential air space Units and related areas as
shown on the recorded Condominium Plan, and means the elements of
the Project which are not owned in common by the Owners of the
Condominiums in the Project.

## ARTICLE II
## CREATION OF CONDOMINIUMS

Section 2.1.  Creation:  Declarant, in order to establish
a plan of condominium ownership for the Project, hereby covenants
and agrees that it hereby divides the Project as follows:

(a)  Into eighty (80) separately designated and
legally described Units which are comprised of certain
parcels of air space which are shown and more
particularly described on the Condominium Plan; and

(b)  The remainder of the Project which shall be
deemed the Common Area and shall be subject to certain
easements and restrictions as set forth in this
Declaration and the Condominium Plan.

Section 2.2.  Elements of Condominium:  Each Condominium
shall be comprised of the following elements:

(a)  A Unit;

(b)  An undivided 1/80 leasehold interest as tenant
in common in the Common Area;

(c)  Non-exclusive easement rights as described in
this Declaration;

(d)  Certain exclusive easement rights over the
Common Area, defined hereinafter as Restricted Common
Areas; and

(e)  A membership in the Association.

Branch :ORI,User :DDEL                    Comment:                              Station Id :DMCL



BK 13618PG 981

**Section 2.3.   Non-Severability:** Declarant, its successors, assigns, sublessees, and grantees, covenant and agree that the various elements of the Condominium Plan conveyed herewith shall not be separated or separately conveyed, and each such element shall be deemed to be conveyed or encumbered with its respective Unit even though the description in the instrument or conveyance or encumbrance may refer only to title to the Unit.

**Section 2.4.   Boundaries of Units:** That portion of the Unit designed for use as a residence shall be bounded by and contained within the interior, undecorated surfaces of the perimeter walls, floors, ceilings, windows, fireplace boxes and doors.  The Units do not, however, contain bearing walls, columns, vertical supports, floors, roofs, foundation, railings, fences, gates, garage doors, central heating; central refrigeration and central air-conditioning equipment, reservoir tanks; pumps and other central services, pipes, ducts, flues, conduits, wires and other utility installations, wherever located except the outlets thereof when located within the Unit.

In interpreting assignments, leases, subleases, deeds, declarations, and plans, the existing physical boundaries of the Unit or of a Unit reconstructed in substantial accordance with the original plans thereof shall be conclusively presumed to be its boundaries rather than the metes and bounds (or other description) expressed in the deed, assignment, lease, sublease, plan or declaration, regardless of minor lateral movement of the building and regardless of minor variance between boundaries shown on the Condominium Plan or in the assignment, lease, sublease or deed, and Declaration and those of the building.

## ARTICLE III
## MEMBERSHIP IN ASSOCIATION

**Section 3.1.   Membership:** Every Owner of a Unit which is subject to assessment shall be a Member of the Association, and ownership of such Unit shall be the sole qualification for such Membership.  The terms and provisions set forth in this Declaration, which are binding upon all Owners of all Units and all Members in the Association, are not exclusive, as the Member shall, in addition, be subject to the terms and provisions of the Articles of Incorporation and the Bylaws of the Association. Membership shall be appurtenant to and may not be separated from ownership of any Unit which is subject to assessment.

**Section 3.2.   Transfer:** The Membership held by any Owner of a Unit shall not be transferred, pledged or alienated in any way, except upon the sale, assignment or encumbrance of such Unit and then only to the Purchaser or Mortgage holder of such Unit. Any attempt to make a prohibited transfer is void, and will not be reflected upon the books and records of the Association.  In the event the Owner of any Unit should fail or refuse to transfer

5.

Case 8:23-cv-00961-WLH   Document 13-1   Filed 08/16/23   Page 651 of 670   Page ID #:3892

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Exhibit Part 2 of 2   Page 144 of 326
Branch :ORI,User :DDEL                         Comment:                              Station Id :DMCL



BK 13618PG 992

the Membership registered in his name to the assignee of such Unit, the Association shall have the right to record the transfer upon the books of the Association.

Section 3.3. Voting Rights: The Association shall have two (2) classes of voting Membership.

Class A: Class A Members shall be all those Owners with the exception of the Declarant and shall be entitled to one vote for each Unit owned. When more than one person holds an interest in any Unit, all such persons shall be Members. The vote for such Unit shall be exercised as they determine, but in no event shall more than one vote be cast with respect to any Unit.

Class B: The Class B Member shall be the Declarant. The Class B Member shall be entitled to three votes for each Unit in which it holds the interest required for Membership by Section 1 of this Article; provided that the Class B Membership shall cease and become converted to Class A Membership on the happening of any of the following events, whichever occurs earlier:

(a)   When the total votes outstanding in the Class A Membership equals the total votes outstanding in the Class B Membership;

(b)   The second anniversary of the Final Subdivision Public Report for this development.

All voting rights shall be subject to the restrictions and limitations provided herein and in the Articles and Bylaws of the Association. Furthermore, notwithstanding any provisions herein excluding the vote of the Declarant, any provision herein calling for membership approval of action to be taken by the Association, except provisions with respect to the action referred to in Section 4.4, below to enforce the obligations of the Declarant, shall expressly require the vote or written assent of a prescribed percentage of each class of membership during the time that there are two outstanding classes of membership, as set forth above. Furthermore any such provision calling for the vote or written assent of each class of membership for the initiation of action by or in the name of the Association, any requirement other than in Sections 4.4, and 14.9, below, and Section 10.1 of the Bylaws, that the vote of the Declarant shall be excluded in any such determination shall be applicable only if there has been a conversion of Class B to Class A shares and only for su long as the Declarant holds or directly controls twenty-five percent (25%) or more of the voting power of the Association.

6.



BK 13618PG 993

ARTICLE IV
PROPERTY RIGHTS IN THE COMMON AREAS

Section 4.1. Members' Easements of Enjoyment: Declarant
hereby grants to the Owner of each Unit a non-exclusive easement
for access over the Common Area. Every Member shall have a right
and easement of ingress and egress and of enjoyment in and to the
Common Area which shall be appurtenant to and shall pass with the
title to every Unit, subject to the following provisions:

(a)   The right of the Association to limit the
number of guests of Members.

(b)   The right of the Association to establish
uniform rules and regulations pertaining to the use of
the Common Area and the recreational facilities thereof.

(c)   The right of the Association, in accordance
with its Articles and Bylaws, to borrow money for the
purpose of improving the Common Area and facilities and,
in aid thereof, to mortgage said property, provided that
the rights of such mortgages shall be subordinate to the
rights of the Members, and provided further that any such
mortgage shall have the prior approval of at least
seventy-five percent (75%) of all first Mortgagees, as
set forth below.

(d)   The right of the Association to suspend the
right to use of the recreational facilities by an Owner
but only in accordance with the notice and hearing
requirements set forth in the Bylaws.

(e)   Those easement rights set forth in Article VII,
below.

Section 4.2.  Delegation of Use:  Any Member may
delegate, in accordance with the Bylaws, his right of enjoyment
to the Common Area and facilities to the Members of his family,
his tenants or contract purchasers who reside in his Unit.

Section 4.3.  Waiver of Use:  No Member may exempt
himself from personal liability for assessments duly levied by
the Association, nor release the Unit owned by him from the liens
and charges hereof, by waiver of the use and enjoyment of the
Common Area and the facilities thereon or by abandonment of his
Unit.

Section 4.4.  Common Area Improvements:  If Common Area
improvements which are to be erected upon the Common Area by
Declarant have not been completed prior to the issuance of the
Subdivision Public Report and the Association is the obligee
under a bond or other arrangement (hereafter "Bond") to secure
performance of the commitment of Declarant to complete the

7.

BK 13618PG 994

improvements, the Board of Directors of the Association shall
consider and vote on the question of action by the Association to
enforce the obligations under the Bond with respect to any
improvement for which a Notice of Completion has not been filed
within sixty (60) days after the completion date specified for
that improvement in the Planned Construction Statement appended
to the Bond. If the Association has given an extension in
writing for the completion of any Common Area improvement, the
Board of Directors of the Association shall consider and vote on
the question of action by the Association to enforce the
obligations under the Bond if a Notice of Completion has not been
filed within thirty (30) days after the expiration of the
extension. If the Board of Directors of the Association
determines that it will not initiate action to enforce the
obligations under the Bond or fails to consider and vote on the
question within the applicable time period set forth above, then,
upon receipt of a petition signed by not less than ten percent
(10%) of the total voting power of the Association, the Board of
Directors of the Association shall hold a special meeting of
Members not less than fifteen (15) days nor more than thirty (30)
days after receipt of the petition for the purpose of voting to
override the decision of the Board of Directors not to initiate
action to enforce the obligations under the Bond or to consider
and vote on the question if the Board of Directors has not acted.
At this special meeting, a vote of a majority of the voting power
of the Members, excluding Declarant, shall determine all matters
presented regarding the enforcement of obligations under the
Bond. Such vote to take action to enforce the obligations under
the Bond shall be the decision of the Association and the Board
of Directors shall thereafter implement this decision by
initiating and pursuing appropriate action in the name of the
Association.

### ARTICLE V
### COVENANT FOR ASSESSMENTS

**Section 5.1.** **Creation of the Lien and Personal
Obligation of Assessments:** The Declarant, for each Unit owned by
it within the Property, hereby covenants and agrees to pay, and
each Owner of any Unit by acceptance of a lease thereof, whether
or not it shall be so expressed in such lease, is deemed to
covenant and agree to pay to the Association certain assessments
as described below, such assessments to be fixed, established and
collected as hereinafter provided. Such assessments together
with such interest thereon and costs of collection thereof, as
hereinafter provided, shall be a charge on the Unit and that
portion of the leasehold estate appurtenant to said Unit and
shall be a continuing lien upon said Unit and said leasehold
estate against which each such assessment is made. Each such
assessment, together with such interest, costs and reasonable
attorneys' fees, shall also be the personal obligation of the
person who was the Owner of such Unit at the time when the

8.

ORANGE,CA
Document: DR 13618.982

Page 13 of 49

146

002099

Printed on 8/29/2018 9:49:16 AM

EXHIBIT 40, PAGE 1279

Branch :ORI,User :DDEL                                    Comment:                                    Station Id :DMCL



BK 13618PG 995

assessment fell due. The personal obligation shall not pass to his successors in title until expressly assumed by them.

Section 5.2. General Purpose of Assessments: The assessments levied by the Association shall be used exclusively for the purpose of promoting the recreation, health, safety, and welfare of the Members of the Association, and, in particular, for the improvement and maintenance of the properties, services and facilities devoted to this purpose, or to the payment to or reimbursement of other affected parties or governmental entities for the improvement and maintenance thereof, and related to the use and enjoyment of the Common Area and those Association responsibilities set forth herein.

Section 5.3. Regular Assessments: Regular Assessments shall be levied and collected by the Association in accordance with the following:

(a)  Purposes:  To cover the following expenses:

(1)  Maintenance, management, operation, repair and replacement of the Common Area and all other areas on the Property which are maintained by the Association;

(2)  Costs relating to the maintaining of a security guard gate adjoining the Property as determined from time to time by the Association and the owner of said adjoining property;

(3)  Unpaid assessments;

(4)  Cost of management and administration of the Association, including, but not limited to, compensation paid by the Association to managers, accountants, attorneys and employees;

(5)  The costs of utilities, trash pick up and disposal (if such services are provided) and other services benefiting the Owners and their Units to the extent such services are paid for by the Association;

(6)  The costs of fire, casualty, liability, workmen's compensation and other insurance covering the Common Area;

(7)  The costs of any other insurance obtained by the Association;

(8)  Reasonable reserves as deemed appropriate by the Board;

9.

ORANGE,CA                          Page 14 of 49                    Printed on 8/29/2018 9:49:18 AM
Document: DR 13618.982

EXHIBIT 40, PAGE 1280

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Exhibit Part 2 of 2    Page 148 of 326
Branch :ORI,User :DDEL                    Comment:                                    Station Id :DMCL

BK 13618PG 996

(9)  The costs of bonding any members of the
Board, any professional management agent, or any
other person handling the funds of the Association;

(10)  Taxes paid by the Association;

(11)  Amounts paid by the Association for
discharge of any lien or encumbrance levied against
the Common Area or portions thereof;

(12)  Costs incurred by any committees
established by the Board;

(13)  The costs of any other item or items
designated by, or in accordance with other expenses
incurred by the Association for any reason
whatsoever in connection with the Common Area, this
Declaration, the Articles or the By-laws or in
furtherance of the purposes of the Association or in
the discharge of any obligations imposed on the
Association by this Declaration;

(14)  Lease payments, if any, required to be
made on the Common Areas; and.

(15)  Association's proportionate share of the
costs incurred for maintenance of Monterey Lane and
the guard gates maintained thereon, if any, pursuant
to that certain Agreement attached hereto as Exhibit
"A".

(b)  Amount and Type of Payment:  Until the
expiration of one (1) year immediately following the
conveyance of the first Unit to an Owner, the maximum
regular assessment shall be as set forth in the Final
Subdivision Report for the Property.  From and after said
year, the maximum regular assessment may be increased
each year by the Board of Directors, but not more than
twenty percent (20%) above the maximum regular assessment
for the previous year.  The maximum regular assessment
may be increased above twenty percent (20%) only by the
vote or written assent of a majority of the voting power
of the Members excluding Declarant.

(c)  Date of Commencement:  The regular assessments
provided for herein shall commence as to all Units on the
first day of the month following the closing of escrow on
the sale of the first Unit to an Owner.  The first
regular assessment shall be adjusted according to the
number of months remaining in the calendar year.  The
Board of Directors shall fix the amount of the regular
assessment against each Unit at least thirty (30) days in
advance of each regular assessment period.  Written

10.



Branch :ORI,User :DDEL                 Comment:                                    Station Id :DMCL



BK 13618PG 997

notice of the regular assessment shall be sent to every
Owner subject thereto.  The due dates shall be
established by the Board of Directors.  The Association
shall, upon demand, and for a reasonable charge, furnish
a certificate signed by an officer of the Association
setting forth whether the assessments on a specified Unit
have been paid.  A properly executed certificate of the
Association as to the status of assessments on a Unit is
binding upon the Association as of the date of its
issuance.

Section 5.4.  Special Assessments:  In addition to the
regular assessments authorized above, the Association may levy in
any assessment year, a special assessment applicable to that year
only, for the purpose of defraying, in whole or in part, the cost
of any construction, reconstruction, repair or replacement of a
capital improvement upon the Common Area, including fixtures and
personal property related thereto, provided that any such
assessments which in the aggregate exceed five percent (5%) of
the budgeted gross expenses of the Association for that year
shall require the vote or written assent of a majority of the
voting power of the Members, excluding Declarant.  In addition,
special assessments may be levied against and collected from a
particular Owner and his Unit to reimburse the Association for
certain costs or expenses that have been incurred by the
Association or Declarant with respect to bringing the Owner and
his Unit into compliance with the terms of this Declaration or
with respect to materials or services furnished to such Owner or
his Unit at his request or on his behalf as may be provided
herein.

Section 5.5.  Delinquency:  Any assessment provided for
in this Declaration, which is not paid when due, shall be
delinquent and shall be subject to the following provisions.
All references hereinafter made to the sale of a Unit shall also
include the assignment of the leasehold or subleasehold interest
therein.

(a)  Right of Association:  If any such assessment
is not paid within thirty (30) days after the due date,
the assessment shall bear interest from the date of
delinquency at the rate of six percent (6%) per annum,
and the Association may, at its option, bring an action
at law against the Owner personally obligated to pay the
same, or, upon compliance with the notice provisions set
forth herein to foreclose the lien against the Unit, and
there shall be added to the amount of such assessment,
the costs of preparing and filing the complaint in such
action, and in the event a judgment is obtained, such
judgment shall include said interest and a reasonable
attorneys' fee, together with the costs of action.  Each
Owner vests in the Association or its assigns, the right

11.



BK 13618PG 998

and power to bring all actions at law or lien foreclosure against such Owner or other Owners for the collection of such delinquent assessments. No Owner may waive or otherwise escape the liability for the assessments provided for herein by non-use of the Common Area or abandonment of his Unit.

(b)  Notice of Lien:  No action shall be brought to foreclose said assessment lien or to proceed under the power of sale herein provided less than thirty (30) days after the date a notice of claim of lien (hereinafter referred to as "Notice of Delinquent Assessment") is deposited in the United States mail, certified or registered, postage prepaid, to the Owner of said Unit, and a copy thereof is recorded by the Association in the office of the County Recorder; said Notice of Delinquent Assessment must recite a good and sufficient legal description of any such Unit, the record Owner or reputed Owner thereof, the amount claimed (which shall include interest on the unpaid assessment at the rate of six percent (6%) per annum, plus reasonable attorneys' fees and expenses of collection in connection with the debt secured by said lien), and the name and address of the claimant.

(c)  Foreclosure Sale:  Any such sale provided for above is to be conducted in accordance with the provisions of Sections 2924, 2924b, and 2924c of the Civil Code of the State of California, applicable to the exercise of powers of sale in mortgages and deed of trust, or in any other manner permitted or provided by law.  The Association, through its duly authorized agents, shall have the power to bid on the Unit at foreclosure sale, and to acquire and hold, lease, mortgage and convey the same.

(d)  Curing of Default:  Upon the timely curing of any default for which a Notice of Delinquent Assessment was filed by the Association, the officers of the Association are hereby authorized to file or record, as the case may be, an appropriate release of such Notice of Delinquent Assessment, upon payment by the defaulting Owner of a reasonable fee, to cover the costs of preparing and filing or recording such release, together with the payment of such other costs, interest or fees as shall have been incurred.

(e)  Cumulative Remedies:  The assessment lien and the rights to foreclosure and sale thereunder shall be in addition to and not in substitution for all other rights and remedies which the Association and its assigns may have hereunder and by law, including a suit to recover a money judgment for unpaid assessments, as above provided.

12.



BK 13618PG 999

(f)  Subordination:  A lien for regular and special assessments shall be subordinate to the lien of any first Mortgage. The sale or transfer of any Unit as a result of the exercise of a power of sale or a judicial foreclosure under a default under such first Mortgage or the termination of an Owner's interest in the Unit by lessor shall extinguish the lien of such assessments as to payments which become due prior to such sale or transfer.  No such transfer or termination as discussed above shall relieve the new Owner, be it the former beneficiary under the first Mortgage or other person, from liability for any assessments thereafter becoming due or from the lien thereof.

(g)  Expiration of Lien:  Unless sooner satisfied and released of the enforcement thereof initiated as hereafter provided such lien shall expire and be of no further force or effect one year from the date of recordation of the Notice of Delinquent Assessment.  The one year period may be extended by the Association for not to exceed one additional year by recording a written extension thereof.

Section 5.6.  Exempt Property:  The following property subject to this Declaration shall be exempted from the assessments, charge and lien created herein:  (a) all properties dedicated to and accepted by a local public authority; (b) all Common Area; and (c) all properties exempted from taxation by the laws of the State of California, upon the terms and to the extent of such legal exemption.

Notwithstanding any provision herein, no land or improvements devoted to residential dwelling use shall be exempt from said assessments, charges or liens.

Section 5.7.  Uniform Rate of Assessment:  Except as provided for in Section 5.4 relating to a special assessment levied against an individual Owner as described therein, both regular and special assessments shall be levied against each Owner according to the ratio of the number of Units owned by the Owner assessed to the total number of Units subject to assessment, and shall be collected on a monthly basis.

Section 5.8.  No Offsets:  No offsets for any reason shall be allowed against the full payment of any assessment levied pursuant to this Declaration, including, without limitation, a claim that the Association is not properly exercising its duties of maintenance or enforcement.

-13-

Branch :ORI,User :DDEL                          Comment:                                        Station Id :DMCL

BK 13618PG 1000

## ARTICLE VI
## ARCHITECTURAL CONTROL

**Section 6.1.  Architectural Approval:**  Except for purposes of proper maintenance and repair, no person or entity shall install, erect, attach, build, place, construct or remove any lighting, shades, screens, signs, awnings, patio covers, decorations, fences, walls, aerials, antennas, landscaping or make any changes or otherwise alter (including the painting thereof) the exterior (or structurally alter the interior) of any Unit or the Common Area until plans and specifications (hereinafter the "Plans") as required in Section 6.2 shall have been reviewed and approved in writing by an Architectural Committee (hereinafter the "Architectural Committee") and Lessor. For purposes of this section, the term "exterior" shall mean any outside wall, outside surface, roof, outside door, balcony, patio, garage, or other outside structure of said Unit.

**Section 6.2.  Requirements for Approval:**  Said Plans shall be prepared by a duly licensed architect or other person approved by the Architectural Committee and shall include, where appropriate, the following:  (a) color, shape, dimensions and materials to be used; (b) building plans; (c) exterior elevations, surfaces and sections, structural design and salient exterior details; (d) general exterior color schemes; and (e) landscaping plans showing plants, hedges, and fences.  All such Plans shall be submitted in writing over the signature of the Owner or his authorized agent.  Approval shall be based, among other things, on adequacy of site dimensions; adequacy of structural design and materials; conformity and harmony of external design with neighboring structures; effect of location and use of improvements and landscaping on neighboring property, improvements landscaping, operations and uses; preservation of view and aesthetic beauty with respect to fences, walls and landscaping, assurance of adequate access to the Association in connection with the performance of its duties and the exercise of its power hereunder; conformity with such rules and regulations as may be adopted by the Architectural Committee in accordance with this Article; and conformity of the Plans to the purpose and general plan and intent of this Declaration.

**Section 6.3.  Term and Composition of Architectural Committee:**  The Architectural Committee shall be composed of three (3) members.  Prior to the first anniversary date of the issuance of the original Public Report for the Project, Declarant may appoint the three (3) original members of the Architectural Committee and their replacements, if necessary.  Declarant's appointees to the Architectural Committee need not be Members of the Association.  Declarant shall retain the right to appoint a majority of the members of the Architectural Committee until the earlier occurrence of either of the following events:

14.



BK 13618 PG 1001

(a)  When ninety percent (90%) or more of the Units have been sold; or

(b)  On the fifth anniversary date of the original issuance of the Public Report for the Project.

After one year from the date of issuance of the original Public Report for the Project, the Board shall have the right to appoint one Member to the Architectural Committee, who shall be a member of the Association.

From and after the occurrence of any of the events referenced in (a) and (b) hereinabove, whichever occurs first, the Board shall have the power to appoint all members of the Architectural Committee who shall all be Members of the Association.

Section 6.4.  Failure to Approve or Disapprove the Plans: In the event the Lessor or the Architectural Committee, or its representatives designated in accordance with Section 6.9, fail to either approve or disapprove such Plans within thirty (30) days after the same have been submitted to them, it shall be conclusively presumed that the Lessor and the Architectural Committee have approved such Plans.  All improvement work approved by the Lessor and Architectural Committee shall be diligently completed and constructed in accordance with the approved Plans.

Section 6.5.  No Liability:  Neither Declarant, Lessor, Lessee, Association, Architectural Committee, or the members or designated representatives thereof shall be liable in damages to anyone submitting Plans to them for approval, or to any Owner of property affected by this Declaration by reason of mistake in judgment, negligence, or nonfeasance arising out of or in connection with the approval or disapproval or failure to approve or disapprove any such Plans, or for any defect in any structure constructed from such Plans.  Such Plans are not approved for engineering design.  Every Owner and his authorized agent, if any, who submits Plans to the Architectural Committee for approval agrees, by reason of such submission, that no action or suit of any kind will be commenced against Declarant, Lessor, Lessee, Association, Architectural Committee, or any of the members or designated representatives thereof to recover any damages.

Section 6.6.  Notice of Noncompliance or Noncompletion: Notwithstanding anything to the contrary contained herein, after the expiration of the later of one year from the date of issuance of a building permit by a municipal or other governmental authority for any improvements or one year from the date of commencement of construction of any improvements within the Project, said improvements shall, in favor of purchasers and encumbrancers in good faith and for value, be deemed to be in

15.

EXHIBIT 40, PAGE 1286

Case 8:23-cv-00961-WLH   Document 13-1   Filed 08/16/23   Page 661 of 670   Page ID #:3902

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Exhibit Part 2 of 2    Page 154 of 326
Branch :ORI,User :DDEL                    Comment:                                Station Id :DMCL



BK 13618PG 1602

compliance with all provisions of this Article, unless actual notice of such noncompliance or noncompletion, executed by the Architectural Committee or its designated representatives, shall appear of record in the office of the County Recorder or unless legal proceedings shall have been instituted to enforce compliance or completion.

Section 6.7.  Rules and Regulations:  The Architectural Committee may from time to time, in its sole discretion, adopt, amend and repeal reasonable rules and regulations interpreting and implementing the provisions hereof and establishing reasonable architectural standards over the Project.

Section 6.8.  Variances:  Where circumstances such as topography, location of property lines, location of trees, configuration of the improvements on the Property, or other matters require, the Architectural Committee, by the vote or written assent of a majority of its members, may allow reasonable variances as to any of the covenants, conditions or restrictions contained in this Declaration under the jurisdiction of the Architectural Committee, on such terms and conditions as it shall require; provided, however, that all such variances shall be in keeping with the general plan for the improvement and development of the Project.

Section 6.9.  Appointment and Designation:  The Architectural Committee may from time to time, by the vote or written assent of a majority of its members, delegate any of its rights or responsibilities hereunder to one or more duly licensed architects or other qualified persons who shall have full authority to act on behalf of said Architectural Committee in all matters so delegated.

Section 6.10.  Review Fee and Address:  Any Plans required by Section 6.2 shall be submitted in writing for review and approval together with a reasonable processing fee.  The address of the Architectural Committee shall be the principal place of business of the Association, or such other place as the Architectural Committee may from time to time designate in writing to the Board.  Such address shall be the place for the submittal of any plans and specifications and the place where the current rules and regulations, if any, of the Architectural Committee shall be kept.

Section 6.11.  Inspection:  Any member or agent of the Architectural Committee may from time to time at any reasonable hour or hours and upon reasonable notice enter and inspect any property subject to the jurisdiction of said Architectural Committee as to its improvements or maintenance in compliance with the provisions hereof.

16.

Branch :ORI,User :DDEL                              Comment:                                    Station Id :DMCL



BK 13618 PG 1003

## ARTICLE VII
### EASEMENTS

**Section 7.1.** **Rights of Association.** There is hereby reserved to the Association such easements as are necessary to perform the duties of the Association.

**Section 7.2.** **Rights of Declarant.** The Declarant, for itself and its successors and assigns, reserves the following rights and easements:

(a) Easement over the Common Area for the installation and maintenance of electric, telephone, cable television, water, gas, and sanitary sewer lines and drainage facilities.

(b) The right to use on a non-interference basis the Association clubhouse, if there be one constructed upon the Common Area, as a sales facility. Such use by Declarant or its sales agents or representatives shall not unreasonably interfere with the Members in their use and enjoyment of the Common Area or recreational facilities thereon. This reservation by Declarant shall terminate on the happening of either of the following events, whichever occurs earlier:

(1) On the expiration of a three (3) year period from the date of issuance by the Department of Real Estate of the State of California of a Final Subdivision Public Report with respect to the Property; or

(2) On the sale of all of the Units in the Project.

(c) Easements over the Common Area for construction, display, maintenance, sales, and exhibit purposes in connection with the construction, development and sale or lease of the Project until the sale by Declarant of all Condominiums within the Project; provided, however, that the exercise of such easements by Declarant shall not unreasonably interfere with the reasonable use and enjoyment of the Units or the Common Area by the Owners. Until the sale of all of the Units in the Project, Declarant may use any of the Units owned by it within the Project as model home sites and any of the Common Area as incidental parking. Declarant reserves the right to alter its construction, development and design plans as it deems appropriate.

(d) The right of Declarant (and its agents, employees and representatives) to enter on the Common Area to construct improvements on the Property and to

-17-

002108

EXHIBIT 40, PAGE 1288

Case 8:23-cv-00961-WLH   Document 13-1   Filed 08/16/23   Page 663 of 670   Page ID #:3904

Case 8:21-bk-11710-ES   Doc 105-1   Filed 06/01/22   Entered 06/01/22 09:54:17   Desc
Exhibit Part 2 of 2   Page 156 of 326
Branch :ORI,User :DDEL                    Comment:                              Station Id :DMCL



BK 13618 982 1004

make repairs and remedy construction defects if such entry shall not interfere with the use of any occupied Unit unless authorized by the Owner thereof; provided, however, that the Declarant shall be responsible for the timely repair of any damage caused to the Common Area or any Unit by the Declarant (and its agents, employees and representatives) in exercising this right.

(e)  So long as Declarant owns any Units in the Project, this Declaration cannot be amended or modified to change or eliminate the easements reserved herein to Declarant without the prior written approval of Declarant, and any attempt to do so shall be null and void and shall have no effect whatsoever.

Section 7.3.  Rights of Owners:  The rights and duties of the Owners of Units within the Property with respect to sanitary sewer and water, electricity, gas and telephone and cable television lines and drainage facilities shall be governed by the following:

(a)  Wherever sanitary sewer house connections and/or water house connections or electricity, gas or telephone and cable television lines or drainage facilities are installed within the Property, which connection lines or facilities or any portion thereof, lie in or upon the Common Area or lie in or upon Units owned by others, then the Owner of a Unit served by said connections, lines or facilities, shall have the right, and is hereby granted an easement to the full extent necessary therefor, to enter upon these Units or to have utility companies enter upon these Units within the properties in or upon which said connections, lines or facilities, or any portion thereof, lie to repair, replace, and generally maintain said connections as and when the same may be necessary as set forth below.

(b)  Wherever sanitary sewer house connections and/or water house connections or electricity, gas or telephone or cable television lines or drainage facilities are installed within the Property, which connections serve more than one Unit, the Owner of each Unit served by said connections shall be entitled to the full use and enjoyment of such portions of said connections as service his Unit.

Section 7.4.  Encroachments on Common Area:  Eaves, window boxes, fireplace units, porches and air conditioner units or similar improvements which may be erected or installed on the Property by Declarant, may encroach onto the Common Area, provided, however, that any such encroachment shall not exceed a maximum of four (4) feet.

18.

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Exhibit Part 2 of 2    Page 157 of 326
Branch :ORI,User :DDEL                       Comment:                                        Station Id :DMCL



BK 13618PG 1005

**Section 7.5.  Restricted Common Areas:**  There is hereby reserved and established for certain Owners, various exclusive easements over the Common Area, which shall be deemed "Restricted Common Areas".  These may include any or all of the following:

(a)  Entry areas or courts into the Units, which rights shall be shared with the Unit Owners whose Units abut such areas.

(b)  Attic space, which shall be for the exclusive use of the Owners of the Unit to which such space adjoins.

Such Restricted Common Areas are designated on the Condominium Plan and are referenced in a manner necessary to delineate to which Owner of a Unit the particular right exists.  The Owner to which the rights to a Restricted Common Area run shall be obligated to keep and maintain such areas in a safe and clean condition; provided, however, that general maintenance and repair shall primarily remain the obligation of the Association.

**Section 7.6.  Other Encroachments:**  Each Unit and Common Area improvements within the Project is hereby declared to have an easement over all adjoining Units and Common Area for the purpose of accommodating an encroachment due to engineering errors, errors in original construction, settlement or shifting of the building, or any other cause.  There shall be valid easements for the maintenance of said encroachments so long as they shall exist, and the rights and obligations of Owners shall not be altered in any way to said encroachment, settlement or shifting; provided, however, that in no event shall a valid easement for encroachment be created in favor of an Owner or Owners if said encroachment occurred due to the willful misconduct of said Owner or Owners.  In the event a structure is partially or totally destroyed, and then repaired or rebuilt, the Owners of each Unit agree that minor encroachments over adjoining Units shall be permitted and that there shall be valid easements for the maintenance of said encroachments so long as they shall exist.

ARTICLE VIII
MANAGEMENT

**Section 8.1.  Powers of the Association:**  All powers relating to management, operation and maintenance of the Common Area, as well as certain rights, duties and powers relating to the Property, as set forth herein and in the Bylaws, shall be vested in the Association.

**Section 8.2.  Purposes of the Association:**  The specific and primary purposes of and powers of the Association are to manage and maintain the Common Area, Monterey Lane, and all

19.

ORANGE,CA
Document: DR 13618.982

Page 24 of 49

Printed on 8/29/2018 9:49:30 AM

157

002110

EXHIBIT 40, PAGE 1290



BK 136 18PG 1005

facilities, improvements, and landscaping thereon, to maintain certain individual improvements on the Units, and to provide recreational activities for the Members, foster and support community activities of the Members, and perform the functions set forth in this Declaration of Covenants, Conditions and Restrictions, and the Association's Articles of Incorporation, and Bylaws.

**Section 8.3. Contracting Authority:** The Association shall have the right and power to employ or engage a manager and other employees or agents and contract for such services, labor and materials as it may deem reasonably necessary to operate and maintain the Common Area and the improvements thereon and to discharge its other duties as herein provided.

**Section 8.4. Duties:** The Association shall have the powers to and be responsible for:

(a) The enforcement of this Declaration, the Bylaws of the Association and other agreements of the Association.

(b) Subject to Section 8.6, below, maintaining the Common Area and facilities and improvements thereon (including furnishings and equipment related thereto) in a good, clean, attractive and sanitary order and repair.

(c) Providing water, sewer, refuse collection, electrical, telephone, gas and other necessary utilities service for the Common Area, and maintenance, gardening and landscaping for the Common Area.

(d) Granting easements where necessary for utilities and sewer facilities over the the Common Area to serve the Common Area and the Units.

(e) The payment of taxes and assessments which are or could become a lien on the Common Area or some portion thereof.

(f) Establishing and maintaining a working capital and contingency fund in an amount to be determined by the Board of Directors of the Association.

(g) Providing exterior maintenance of each Unit which is subject to assessment hereunder, only as follows:

(1) Paint, maintain, and repair and replace (if required because of normal wear, tear or deterioration) roofs, gutters, downspouts and exterior building surfaces, and maintain the

20.

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Exhibit Part 2 of 2    Page 159 of 326
Branch :ORI,User :DDEL                    Comment:                                    Station Id :DMCL



BK 13618 PG 1007

landscaping (including the trees, shrubs, grass and walks) within the Common Area.

(2)  Such exterior maintenance shall not include: glass surfaces; landscaping within the private balcony areas of each Unit; balcony covers or other additions built or maintained within private balcony areas by an Owner; repairs or replacement arising out of or caused by the willful or negligent act of the Owner, his family, guests, or invitees, or caused by any of the perils covered by a standard form fire insurance policy with extended coverage endorsement thereon, or caused by flood, earthquake or other Acts of God. Such excluded items shall be the responsibility of each Owner; provided, however, that if an Owner shall fail to maintain or make the repairs or replacements which are the responsibility of such Owner, as provided above, then, upon vote of a majority of the Board of Directors, and after not less than thirty (30) days' notice to the Owner, the Association shall have the right (but not the obligation) to enter the Unit and provide such maintenance or make such repairs or replacements, and the cost thereof shall be added to the assessments chargeable to such Unit and shall be payable to the Association by the Owner of the Unit.

(3)  For the purposes solely of performing the exterior maintenance authorized by this Section, the Association's agents or employees shall have the right, after reasonable notice to the Owner, to enter upon any Unit at reasonable hours.

(h)  Obtaining and maintaining in force the following policies of insurance:

(1)  Comprehensive public liability insurance insuring the Association, any manager, the Lessee and Declarant and the Owners and occupants of Units and their respective family members, guests, invitees, and the agents and employees of each, against any liability incident to the ownership or use of the Common Area and including, if obtainable, a cross-liability or severability of interest endorsement insuring each insured against liability to each other insured.  Such insurance shall include coverage against water damage liability, liability for nonowned and hired automobiles, liability for property of others and any other liability or risk customarily covered with respect to projects similar in construction, location, and use.

21.

Branch :ORI,User :DDEL                      Comment:                      Station Id :DMCL



BK 13618P6 1008

(2)   Master or blanket policy of fire insurance for the full insurable value of all of the improvements within the Project.  The form, content, and term of the policy and its endorsements and the issuing company must be satisfactory to all institutional Mortgagees.  If more than one institutional Mortgagee has a loan of record against the Project, or any part of it, the policy and endorsements shall meet the maximum standards of the various institutional Mortgagees represented in the Project.  The policy shall contain an agreed amount endorsement or its equivalent, an increased cost of construction endorsement or a contingent liability from operation of building laws endorsement or their equivalent, an extended coverage endorsement, vandalism, malicious mischief coverage, a special form endorsement and a determinable cash adjustment clause or a similar clause to permit cash settlement covering full value of the improvements in cash of partial destruction and a decision not to rebuild.  The policy shall be in the amounts as shall be determined by the Board.  The policy shall name as insured the Association, the Owners, Declarant, and Lessee as long as Declarant or Lessee is the owner of any Unit and all institutional Mortgagees as their respective interests may appear, and may contain a loss payable endorsement in favor of the trustee described in this declaration.

(3)   Except as provided in this Section, no Owner can separately insure his Unit or any part of it against loss by fire or other casualty covered by any insurance carrier under subparagraph (2).  If any Owner violates this provision, any diminution in insurance proceeds otherwise payable that results from the existence of such other insurance will be chargeable to the Owner who acquired other insurance, and the Owner will be liable to the Association to the extent of any such diminution.  An Owner can insure his personal property against loss.  In addition, any improvements made by an Owner to the real property within his Unit may be separately insured by the Owner, but the insurance is to be limited to the type and nature of coverage commonly known as tenant's improvements.  All such insurance that is individually carried must contain a waiver of subrogation rights by the carrier as to other Owners, the Association, Declarant, Lessor, and Lessee.

(4)   All insurance proceeds payable hereunder and subject to the rights of the Mortgagees, below, may be paid to a trustee, to be held and expended

22.

002113                      EXHIBIT 40, PAGE 1293

Branch :ORI,User :DDEL                                 Comment:                                           Station Id :DMCL



BK 13618PG 1009

for the benefit of the Owners, Mortgagees and
others, as their respective interests shall appear.
Said trustee shall be a commercial bank that agrees
in writing to accept such trust.  If repair or
reconstruction is authorized, the Board shall have
the duty to contract for such work as provided for
in this Declaration.

(5)   The Board may and, if required by any
Mortgagee, shall purchase and maintain demolition
insurance in adequate amounts to cover demolition in
case of total or partial destruction and a decision
not to rebuild, and a blanket policy of flood
insurance.  The Board also shall purchase and
maintain worker's compensation insurance, to the
extent that it is required by law, for all employees
of the Project.  The Board also shall purchase and
maintain fidelity bonds or insurance (which shall be
in an amount not less than 150% of each year's
estimated annual operating expenses and reserves and
shall contain an endorsement of coverage of any
person who may serve without compensation)
sufficient to meet the requirements of any
Mortgagee.  The Board shall purchase and maintain
such insurance on personal property owned by the
Association, and any other insurance, that it deems
necessary or that is required by any Mortgagee.

(6)   An Owner may carry whatever personal
liability and property damage liability insurance
with respect to his Unit that he desires.  However,
any such policy shall include a waiver of
subrogation clause acceptable to the Board and to
any Mortgagee.

(7)   The Board is appointed attorney-in-fact by
each Owner to negotiate and agree on the value and
extent of any loss under any policy carried
hereunder.  The Board is granted full right and
authority to compromise and settle any claim or
enforce any claim by legal action or otherwise and
to execute releases in favor of any insurer.

(8)   Any Mortgagee has the option to apply
insurance proceeds payable on account of a Unit in
reduction of the obligation secured by the mortgage
of such Mortgagee.

(9)   Notwithstanding the foregoing provisions
of this Article, the Association shall continuously
maintain in effect such casualty, flood and
liability insurance and a fidelity bond meeting the
insurance and fidelity bond requirements for

23.

ORANGE,CA
Document: DR 13618.982

Page 28 of 49

Printed on 8/29/2018 9:49:35 AM

161

002114

EXHIBIT 40, PAGE 1294

Case 8:23-cv-00961-WLH   Document 13-1   Filed 08/16/23   Page 669 of 670   Page ID #:3910

Case 8:21-bk-11710-ES    Doc 105-1    Filed 06/01/22    Entered 06/01/22 09:54:17    Desc
Exhibit Part 2 of 2    Page 162 of 326
Branch :ORI,User :DDEL                    Comment:                                   Station Id :DMCL



BK 13618PG 1010

condominium projects established by Federal National Mortgage Association, Government National Mortgage Association, Federal Home Loan Mortgage Corporation, Federal Housing Administration, or Veterans' Administration, so long as any one is a Mortgagee, Owner, or insures or guarantees a mortgage within the Property, except to the extent such coverage is not available or has been waived in writing by the foregoing entities.

(i)   Make lease payments, if any, required to be paid on the Common Area.

(j)   Maintenance of Monterey Lane, and any guard-gates thereon, pursuant to that certain Agreement attached hereto as Exhibit "A".

Section 8.5.  Right of Entry:  The Association or its agents may enter any Unit when necessary in connection with any maintenance, landscaping or construction for which the Association is responsible.  Upon consent of the Owner, which consent shall not be unreasonably withheld, the Association or its agents may enter a Unit to perform maintenance, repairs or construction for which the Association is responsible.  Such entry shall be made with as little inconvenience to the Owner as reasonably possible, and any damage caused thereby shall be repaired by the Association.

Section 8.6.  Duties of Owners:  In addition to all other obligations set forth herein, the Owners shall be responsible for the following:

(a)   In the event the Board shall determine that the walls, ceilings, floors, doors or any other portion of the Common Area forming the boundaries of a Unit have been damaged from within the Unit, notwithstanding that such damage may be to the Common Area, the Owner of the Unit shall be responsible for repairing such damage in a timely manner and in accordance with such rules as the Board or Architectural Committee shall from time to time adopt.  In the event such repair is not so accomplished by the Owner, the Association or its delegates shall have the right at reasonable times to enter the Unit to effect such repair, and the cost thereof shall be charged to said Owner and, if not paid in a timely manner, shall be a special assessment.

(b)   The repair of any wall or fence separating neighboring Units shall be the joint responsibility of the Owners whose Units are separated by such wall or fence, notwithstanding that such wall or fence may consist in part of Common Area.  Such adjoining Owners shall share the expense of such repair equally, but if

24



BK 13618 PG 1011

one such Owner refuses to join in such repair, the other may undertake such repair himself and shall receive contribution from his neighbor for his neighbor's share of the cost thereof. In the event that such repair is required because of the acts or negligence of one of such adjoining Owners, such repair shall be accomplished by such Owner at his sole expense.

(c)  Each Owner shall be responsible for the care, maintenance and replacement of his electric garage door opener, notwithstanding the fact that such may have been installed by the Declarant.

Section 8.7.  Association to Defend Certain Actions:  In the event that a lawsuit is brought against all or substantially all of the Members within the Project which will or could result in any lien or encumbrance being levied against an entire Project, the following terms shall apply:

(a)  The Association shall defend such lawsuit and the costs of such defense shall be a special assessment against all of the Members within the Project joined as defendants in such lawsuit; provided, however, in the event that an insurance carrier is obligated to provide such defense under a policy of insurance carried by the Association, the Association shall be relieved of the obligation to provide such defense. Nothing contained herein shall in any way limit the rights of any Member or Members to retain counsel of their choice to represent them in such lawsuit at their own expense.  In the event that a Member so chooses, he shall not be relieved of liability for the special assessment provided for in this Section.

(b)  In the event that a lien or encumbrance not covered by California Civil Code Section 1357 attaches to all or substantially all of the Project by reason of a judgment or otherwise, the Association shall promptly take the appropriate steps to remove such lien, including, but not limited to, the payment of money and the posting of a bond.  The Association shall have the power to borrow money and to take such other steps as are necessary to free a Project of such liens.

(c)  Simultaneously with any action taken pursuant to the above sections, the Association shall levy a special assessment against each of the Members whose Condominiums were subject to the lien or encumbrance which caused the Association to act pursuant to said Section equal to each such Member's pro rata share of such lien or encumbrance.  In the event that such special assessment is not paid within thirty (30) days of its due date, the Board may effect the remedies of Section 1356

25.