# United States District Court

CENTRAL DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| In re: JAMIE LYNN GALLIAN, | District Court Case Number 8:23-cv-00961-WLH |
| Debtor | |
| _____ | Bankruptcy Court Case Number 8:21-bk-11710-SC |
| JAMIE LYNN GALLIAN, | |
| Appellant | Bankruptcy Court Adversary Number 8:21-ap-01097-SC |
| v. | |
| HOUSER BROS. CO., DBA RANCHO DEL REY MOBILE HOME ESTATES, | Chapter 7 |
| Appellee. | |

---

**APPELLEE'S NOTICE OF ERRATA RE: APPELLEE'S INDEX OF SUPPLEMENTAL EXCERPTS OF RECORD**

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, California 92620
Telephone: (949) 333-7777; Facsimile: (949) 333-7778

Attorneys for Appellee,
HOUSER BROS. CO.

---

TO THE HONORABLE WESLEY L. HSU, UNITED STATES DISTRICT JUDGE, APPELLANT, AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that Appellee ("Appellee") Houser Bros. Co. filed Appellee's Index of Supplemental Excerpts of Record In Support of Responsive Brief on September 15, 2023, as Dk. No. 16 ("Index"). The Index inadvertently contained inconsistencies with what was filed on the docket. Those inconsistencies were contained in numbers 7, 8, 10, 11, 12 and 13 of the Index. Those inconsistencies have now been corrected in Appellee's Corrected Index of Supplemental Excerpts of Record in Support of Responsive Brief. A true and correct copy of the corrected Index is being filed concurrently with this notice of errata.[1]

DATED: September 26, 2023          MARSHACK HAYS WOOD LLP

By: /s/ Bradford N. Barnhardt
D. EDWARD HAYS
LAILA MASUD
BRADFORD N. BARNHARDT
Attorneys for Appellee,
HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES

---

[1] Bates numbers have not changed and are correct on the filed supplemental excerpts. Pin cites in responsive brief also remain the same.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this District Court proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **APPELLEE'S NOTICE OF ERRATA RE: APPELLEE'S INDEX OF SUPPLEMENTAL EXCERPTS OF RECORD** will be served or was served **(a)** on the judge in chambers in the form and manner required by L.R. 5-4 in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and L.R 5-3.3, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 26, 2023**, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **September 26, 2023**, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 (d)(3) and/or controlling L.R. 5-4, on **September 26, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 26, 2023 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

146786v1/9999-403

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - **ATTORNEY FOR APPELLEE HOUSER BROS. CO.; APPELLEE ERIC HOUSER; AND APPELLEE CRAIG HOUSER:** Bradford Nathan Barnhardt
   bbarnhardt@marshackhays.com, kfrederick@ecf.courtdrive.com, cbastida@marshackhays.com
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN:** Eric P. Israel
   eisrael@danninggill.com, eisrael@ecf.inforuptcy.com, DanningGill@gmail.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

   **APPELLANT**
   Jamie Lynn Gallian
   16222 Monterey Lane Unit 376
   Huntington, CA 92649

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: CONTINUED:

   **VIA PERSONAL DELIVERY:**
   **MANDATORY CHAMBERS COPY**
   HONORABLE WESLEY L. HSU
   FIRST STREET COURTHOUSE
   350 WEST 1ST STREET, COURTROOM 9B
   LOS ANGELES, CA 90012

4866-9137-6512, v. 1

146786v1/9999-403