# United States District Court

CENTRAL DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| In re: JAMIE LYNN GALLIAN, | District Court Case Number 8:23-cv-00961-WLH |
| Debtor | |
| _____ | Bankruptcy Court Case Number 8:21-bk-11710-SC |
| JAMIE LYNN GALLIAN, | |
| | Bankruptcy Court Adversary Number 8:21-ap-01097-SC |
| Appellant | |
| v. | |
| HOUSER BROS. CO., DBA RANCHO DEL REY MOBILE HOME ESTATES, | Chapter 7 |
| Appellee. | |

---

**APPELLEE'S CORRECTED INDEX OF SUPPLEMENTAL EXCERPTS OF RECORD IN SUPPORT OF RESPONSIVE BRIEF**

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, California 92620
Telephone: (949) 333-7777; Facsimile: (949) 333-7778

Attorneys for Appellee,
HOUSER BROS. CO.

---

APPELLEE'S CORRECTED INDEX OF SUPPLEMENTAL EXCERPTS OF RECORD

TO THE HONORABLE WESLEY L. HSU, UNITED STATES DISTRICT JUDGE, APPELLANT, AND ALL INTERESTED PARTIES

Appellee, Houser Bros. Co., dba Rancho Del Rey Mobile Home Estates ("Houser Bros."), submits the following corrected index of supplemental excerpts of record to be included in the record on the appeal. This appeal is from the (1) Order Denying Motion to Amend and Vacating Hearing; (2) Memorandum Decision After Trial Regarding §727 Claims; and (3) Setting Status Conference on Remaining § 523 Claims, entered on May 23, 2023, as Dk. No. 81:

## Corrected Index of Supplemental Excerpts of Record

| No. | Date | Docket Entry No. | Document | SER Pg. No. |
|---|---|---|---|---|
| 1. | 6/1/2023 | 1 | Notice of Appeal and Statement of Election filed in USDC 23-00961.[1] | SER 0001-0050 |
| 2. | 5/23/2023 | 81 | (1) Order Denying Motion to Amend and Vacating Hearing; (2) Memorandum Decision After Trial Regarding § 727 Claims; (3) Setting Status Conference on Remaining § 523 Claims | SER 0051-0069 |

---

[1] The Notice of Appeal filed by Jamie Lynn Gallian, contains an unrelated docket entitled *In re: Marcus Albert Romero*, Bankruptcy Case No.: 6:22-bk-12942-WJ, beginning at SER 0025-SER 0037.

| No. | Date | Docket Entry No. | Document | SER Pg. No. |
|---|---|---|---|---|
| 3. | 7/08/2023 | 100 | Judgment Denying Debtor's Discharge Pursuant to 11 U.S.C. §§ 727(a)(2)(A), (a)(4), and (a)(5) | SER 0070-0072 |
| 4. | 7/9/2021 | 1 | Debtor's Petition and Original Schedules (including Statement of Financial Affairs) filed in BK 21-11710 | SER 0073-0132 |
| 5. | 9/7/2021 | 15 | Debtor's amended schedules filed in BK 21-11710 | SER 0133-0161 |
| 6. | 10/14/2021 | 22 | Debtor's amended schedules filed in BK 21-11710 | SER 0162-0192 |
| 7. | 10/28/2021 | 6 | Defendant's Answer to Complaint filed in ADV 21-01097 filed by Gallian | SER 0193-0218 |
| 8. | 10/22/2021 | 3 | Plaintiff's First Amended Complaint filed in ADV 21-01097 filed by Houser | SER 0219-0243 |
| 9. | 7/7/2022 | 132 | Declaration of Greg Buysman re: Motion Objecting to Debtor's Claimed Homestead Exemption filed in BK 21-11710 | SER 0244-0305 |
|  |  |  |  |  |

APPELLEE'S INDEX OF CORRECTED SUPPLEMENTAL EXCERPTS OF RECORD

| No. | Date | Docket Entry No. | Document | SER Pg. No. |
|---|---|---|---|---|
| 10. | 10/25/2022 | POC 1-2 | Proof of claim filed by the Huntington Beach Gables Homeowners Association filed in BK 21-11710 | SER 0306-0326 |
| 11. | 5/10/2023 | 74 | Plaintiff's Post-Trial Closing Brief | SER 0327-0351 |
| 12. | 5/10/2023 | 75 | Notice of Compendium of Unpublished Authority Re: Plaintiff's Post-Trial Closing Brief | SER 0352-0478 |
| 13. | 10/25/2022 | POC 4-1 | Proof of claim filed by Janine Jasso, Jennifer Paulin, Lori Burrett, Lee Gragnano, Lindy Beck, and Ted Phillips filed in BK 21-11710 | SER 0479-0488 |
| 14. | N/A | N/A | Bankruptcy Docket *In re: Jamie Lynn Gallian*, Case No.: 8:21-bk-11710-SC | SER 0489-0526 |
| 15. | N/A | N/A | Adversary Docket *Houser Bros. Co. dba Rancho Del Rey Mobile Home Estates v. Jamie Lynn Gallian,* Case No. 8:21-ap-01097-SC | SER 0527-0540 |
| 16. | N/A | N/A | United States District Court Docket *Jamie Lynn Gallian v Houser Bros. Co., et al.,* Case No.: 8:23-cv-00961-WLH | SER 0541-0543 |

APPELLEE'S INDEX OF CORRECTED SUPPLEMENTAL EXCERPTS OF RECORD

| No. | Date | Docket Entry No. | Document | SER Pg. No. |
|---|---|---|---|---|
| 17. | 5/2/2023 | 72 | Transcript of April 26, 2023 Trial | SER 0544-0963 |

DATED: September 26, 2023     MARSHACK HAYS WOOD LLP

By: */s/ Bradford N. Barnhardt*
D. EDWARD HAYS
LAILA MASUD
BRADFORD N. BARNHARDT
Attorneys for Appellee,
HOUSER BROS. CO. dba RANCHO DEL REY MOBILE HOME ESTATES

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this District Court proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **APPELLEE'S CORRECTED INDEX OF SUPPLEMENTAL EXCERPTS OF RECORD IN SUPPORT OF RESPONSIVE BRIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by L.R. 5-4 in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and L.R 5-3.3, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 26, 2023**, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On **September 26, 2023**, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 (d)(3) and/or controlling L.R. 5-4, on **September 26, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 26, 2023 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

146786v1/9999-403

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - **ATTORNEY FOR APPELLEE HOUSER BROS. CO.; APPELLEE ERIC HOUSER; AND APPELLEE CRAIG HOUSER:** Bradford Nathan Barnhardt
   bbarnhardt@marshackhays.com, kfrederick@ecf.courtdrive.com, cbastida@marshackhays.com
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN:** Eric P. Israel
   eisrael@danninggill.com, eisrael@ecf.inforuptcy.com, DanningGill@gmail.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

   **APPELLANT**
   Jamie Lynn Gallian
   16222 Monterey Lane Unit 376
   Huntington, CA 92649

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: CONTINUED:

   **VIA PERSONAL DELIVERY:**
   **MANDATORY CHAMBERS COPY**
   HONORABLE WESLEY L. HSU
   FIRST STREET COURTHOUSE
   350 WEST 1ST STREET, COURTROOM 9B
   LOS ANGELES, CA 90012

4866-9137-6512, v. 1

146786v1/9999-403