# United States District Court

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: JAMIE LYNN GALLIAN,<br><br>Debtor<br>_____<br><br>JAMIE LYNN GALLIAN,<br><br>Appellant<br>v.<br><br>HOUSER BROS. CO., DBA RANCHO DEL REY MOBILE HOME ESTATES,<br><br>Appellee. | District Court Case Number<br>8:23-cv-00961-WLH<br><br>Bankruptcy Court Case Number<br>8:21-bk-11710-SC<br><br>Bankruptcy Court Adversary Number<br>8:21-ap-01097-SC<br><br>Chapter 7 |

**DECLARATION OF BRADFORD N. BARNHARDT IN SUPPORT OF APPELLEE'S CORRECTED INDEX OF SUPPLEMENTAL EXCERPTS OF RECORD IN SUPPORT OF RESPONSIVE BRIEF**

D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
BRADFORD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt, Irvine, California 92620
Telephone: (949) 333-7777; Facsimile: (949) 333-7778

Attorneys for Appellee,
HOUSER BROS. CO.

---

DECLARATION OF BRADFORD N. BARNHARDT

4888-1631-6735,v.1

# Declaration of Bradford N. Barnhardt

I, BRADFORD N. BARNHARDT, say and declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and all courts of the State of California. I am an associate with the law firm of Marshack Hays Wood LLP, formerly known as Marshack Hays LLP, attorneys of record for Appellee, HOUSER BROS. CO. ("Appellee").

2. If called upon to testify as to the matters set forth herein, I could and would competently testify thereto.

3. I make this Declaration in support of Appellee's Corrected Index of Supplemental Excerpts of Record in Support of Responsive Brief ("Corrected Index").

4. On September 15, 2023, the date of the filing of Appellee's Index ("Index") of Supplemental Records in Support of Responsive Brief and related documents, there was some oversight, and the Index was filed with inconsistencies, specifically, documents were out of order based on how they were listed on the Index. I did not catch the issue with the ordering of the documents sooner despite my earlier review of the Index and documents.

5. To remedy the inconsistencies, a Corrected Index is being filed concurrently with this declaration. I apologize for any inconvenience this has caused the Court and Ms. Gallian.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 26, 2023, in Irvine, California.

                                               */s/ Bradford N. Barnhardt*
                                               BRADFORD N. BARNHARDT

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this District Court proceeding. My business address is: 870 Roosevelt, Irvine, CA 92620.

A true and correct copy of the foregoing document entitled: **DECLARATION OF BRADFORD N. BARNHARDT IN SUPPORT OF APPELLEE'S CORRECTED INDEX OF SUPPLEMENTAL EXCERPTS OF RECORD IN SUPPORT OF RESPONSIVE BRIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by L.R. 5-4 in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and L.R 5-3.3, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 26, 2023**, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **September 26, 2023**, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 (d)(3) and/or controlling L.R. 5-4, on **September 26, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 26, 2023 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

146786v1/9999-403

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - **ATTORNEY FOR APPELLEE HOUSER BROS. CO.; APPELLEE ERIC HOUSER; AND APPELLEE CRAIG HOUSER:** Bradford Nathan Barnhardt
   bbarnhardt@marshackhays.com, kfrederick@ecf.courtdrive.com, cbastida@marshackhays.com
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN:** Eric P. Israel
   eisrael@danninggill.com, eisrael@ecf.inforuptcy.com, DanningGill@gmail.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

   **APPELLANT**
   Jamie Lynn Gallian
   16222 Monterey Lane Unit 376
   Huntington, CA 92649

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: CONTINUED:

   **VIA PERSONAL DELIVERY:**
   **MANDATORY CHAMBERS COPY**
   HONORABLE WESLEY L. HSU
   FIRST STREET COURTHOUSE
   350 WEST 1ST STREET, COURTROOM 9B
   LOS ANGELES, CA 90012

4866-9137-6512, v. 1

146786v1/9999-403