# United States District Court

## CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT

9/29/23

CENTRAL DISTRICT OF CALIFORNIA
BY: ___D. Lewman___ DEPUTY

---

In re: JAMIE LYNN GALLIAN,

Debtor

_____

JAMIE LYNN GALLIAN,

Appellant

v.

HOUSER BROS. CO.,
A CALIFORNIA GENERAL
PARTNERSHIP DBA RANCHO DEL
REY MOBILE HOME ESTATES

Appellee.

District Court Case Number
8:23-cv-00961-WLH

Bankruptcy Court Case Number
8:21-bk-11710-SC

Bankruptcy Court Adversary Number
8:21-ap-01097-SC

Chapter 7

---

## APPELLANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY BRIEF

JAMIE LYNN GALLIAN
16222 Monterey Lane, Unit 376
Huntington Beach, CA 92649
(714)321-3449
jamiegallian@gmail.com

---

TO THE HONORABLE WESLEY L. HSU, UNITED STATES DISTRICT

JUDGE, APPELLEE, AND ALL INTERESTED PARTIES

Pursuant to Federal Rule of Evidence 201, Appellant, Jamie Lynn Gallian

("Appellant"), requests that this Court take judicial notice of the following

document(s) to be considered in connection with Appellant's Reply Brief filed by

Appellant, on September 29, 2023.:

**Judicially Noticed Documents**

1.      Houser Bros Co., A California General Partnership, dba Rancho Del Rey

Mobilehome Estates **See page 2 of 23, Line 11, #4 Parties  adversary**

**Complaint, filed 10/18/2021, Dk. 1.  Adv. Case No. 8:21-ap-01097;**

**10/18/2021, Dk. 30 Main Case 8:21-bk-11710-SC**

A true and correct copy is attached  as **Exhibit 1.**

2.      Houser Bros Co., A California limited Partnership adversary Complaint,

filed 10/22/2021, Dk. 3.  Adv. Case No. 8:21-ap-01097.

 A true and correct copy is attached as **Exhibit 2.**

3.      Declaration of Janine Jasso, Esq. Motion Confirming That No Stay Is In

Effect;  filed 5/26/2022 Dk. 101-2, 3, 4 of 4 Motion. Bates Page

0054-0268, Main Case 8:21-bk-11710-SC A true and correct copy is attached

as **Exhibit 3.**

4.      ORDER Dk. 70. entered 3/4/2022.  Order Authorizing Trustee's Abandonment

 Of Debtor's CA Covid-19 Rent Relief Check No. 58066665, $24,301.55 To Debtor,

 A true and correct copy is attached as **Exhibit 4.**

TO THE HONORABLE WESLEY L. HSU, UNITED STATES DISTRICT J

JUDGE, APPELLEE, AND ALL INTERESTED PARTIES

Pursuant to Federal Rule of Evidence 201, Appellant Jamie Lynn Gallian

("Appellant"), requests that this Court take judicial notice of the following document

to be considered in connection with Appellaant's Reply Brief filed by Appellant  on

September 29, 2023:

CONTINUED
**Judicially Noticed Documents**

5.      Debtor's Notice of Motion and Motion To Avoid Lien Under 11 U.S..C

§522(f)  filed 7/22/2022, Dk. 147  8:21-bk-11710-ES.  A true and correct copy is

attached as **Exhibit 5.**

Declaration of Jamie Lynn Gallian In Support Of Motion To Avoid Lien 11

U.S.C. §522(f).  A true and correct copy is attached as **Exhibit 5.1.**

6.      Plaintiff Houser Br0s Co, dba Rancho De Rey Mobilehome Estates

Post Trial Brief filed 5/10/2023, Dk. 74.  A true and correct copy is attached as

**Exhibit 6.**

7.      Article published by D. Edward Hays July/August 2021, LOS ANGELES

LAWYER  A true and correct coy is attached as **Exhibit 7.**

8.      Trustee's Adv. Case No. 8-23-ap-01064. Dk. 13 Answer to Complaint. A true
and correct coy is attached as **Exhibit 8**

DOC 353 filed 6/30/2023 Trustee's Adversary Complaint. A true and correct
coy is attached as **Exhibit 8.1**

9.      Stipulation by and between Debtor's Sons,  Gallian, Gallian, Barclay.  Doc. 43,

filed 9/26/2023.  A true and correct coy is attached as Exhibit 9..

9/20/2023                                    *Jamie Lynn Gallian*
                                             Jamie Lynn Gallian

EXHIBIT 1

1  D. EDWARD HAYS, #162507
   ehays@marshackhays.com
2  LAILA MASUD, #311731
   lmasud@marshackhays.com
3  MARSHACK HAYS LLP
   870 Roosevelt
4  Irvine, CA 92620
   Telephone: (949) 333-7777
5  Facsimile: (949) 333-7778

6  Attorneys for Plaintiff,
   HOUSER BROS. CO. dba RANCHO DEL REY
7  MOBILE HOME ESTATES

8               UNITED STATES BANKRUPTCY COURT

9          CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11 | In re                              | Case No. 8:21-bk-11710-ES

12 | JAMIE LYNN GALLIAN,                 | Chapter 7

13 |            Debtor.                  | Adv. No.

14 |                                     | COMPLAINT TO

15 | HOUSER BROS. CO. dba RANCHO DEL     |   (1) DETERMINE
   | REY MOBILE HOME ESTATES,            |       DISCHARGEABILITY OF DEBT
16 |                                     |       PURSUANT TO 11 U.S.C. §§ 523
   |            Plaintiff,               |       (a)(2)(A) and (a)(6);
17 | v.                                  |   (2) DENY DISCHARGE PURSUANT
   |                                     |       TO 11 U.S.C. §§ 727(a)(2)(A),
18 | JAMIE LYNN GALLIAN,                 |       (a)(4), and (a)(5)

19 |            Defendant.               | Status Conference
                                          [TO BE SET BY COURT]
20

21 TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE,

22 DEFENDANT AND HER ATTORNEY OF RECORD, AND TO ALL INTERESTED PARTIES:

23       Plaintiff, HOUSER BROS. CO., a California limited partnership dba RANCHO DEL REY

24 MOBILE HOME ESTATES ("Houser Bros." or "Plaintiff"), files this Complaint against Debtor,

25 Jaime Lynn Gallian ("Defendant" or "Debtor"), and alleges as follows:

26             **Statement of Jurisdiction and Venue**

27       1.      The court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C.

28 §§ 157 and 1334 in that this action arises in and relates to the bankruptcy case pending in the United

                            1
                        COMPLAINT
4842-2871-2959,v.1

1   States Bankruptcy Court for the Central District of California, Santa Ana Division, entitled *Jaime*

2   *Lynn Gallian*, Case Number 8:21-bk-11710-ES on the docket of the Court.

3       2.     This adversary proceeding is a core proceeding under 28 U.S.C. § 157(b)(2)(I)

4   (dischargeability of particular debts) and 28 U.S.C. § 157(b)(2)(J) (objections to discharge). To the

5   extent any claim for relief contained in this proceeding is determined to be non-core or involve a

6   *Stern*-claim, Plaintiff consents to the entry of final orders and judgments by the Bankruptcy Court.

7       3.     Venue properly lies in the Central District of California in that this adversary

8   proceeding arises in or is related to a case under Title 11 of the United State Code as provided in

9   28 U.S.C. § 1409.

### Parties

11       4.     Plaintiff is a California general partnership doing business in the County of Orange,

12   State of California, under the fictitious name of Rancho Del Rey Mobile Home Estates.

13       5.     Plaintiff is informed and believes, and thereon alleges that Defendant is an individual

14   residing in Huntington Beach, California.

### General Allegations

### The Parties and Their Background

17       6.     Houser Bros. Co. owns several acres of real property in Huntington Beach

18   California. The real property has been improved with both (a) a senior mobilehome park known as

19   Rancho Del  Re Mobile Home Estates (hereinafter referred to as "The Park" or "Plaintiff") and

20   (b) an 80-unit condominium complex known as The Huntington Beach Gables ("The Gables").[1]

21   The Park is operated by Plaintiff and the condominium community leases the real property and is

22   operated by an independent Homeowners Association ("Association"). Both The Park and the

23   Gables are enclosed in a six-foot perimeter wall and traffic to both communities is controlled by the

---

25   [1] Defendant was involved in hotly-contested litigation with the Gables concerning property located
26   at 4476 Alderport Drive, Unit 53, Huntington Beach, California 92649 ("4476 Alderport"). The
   litigation spawned a judgment of over $316,583.59 ("Gables Judgment") in favor of the Gables
27   which was formally entered on May 6, 2019. To that end, the Gables has separately filed an
   adversary action against Defendant seeking to except the Gables Judgment from discharge as well as
   to deny Debtor a discharge. *See*, Dk. No. 57 in Case No., 8:21-bk-11710-ES ("Gables Adversary
28   Complaint"). By this reference, Plaintiff incorporates all allegations in the Gables Adversary
   Complaint as if specifically set forth herein.

2

COMPLAINT

4842-2871-2959,v.1

**Exhibit "1"**
**Page 3**

1  same gate with a manned gatehouse. Once a person is past the gatehouse, they have complete and

2  unfettered access to both communities.

3     7.  In February 2018, Defendant came to The Park's leasing office to inquire whether

4  there were any mobilehomes for sale. At this meeting, Defendant neither requested an application

5  packet nor any information as to The Park's requirements for tenancy and its application

6  procedures.

7     8.  Separately, on August 21, 2018, Plaintiff filed a complaint ("Ryan Complaint")

8  against an individual by the name of Lisa Ryan in Orange County Superior Court for failure to pay

9  rent stemming from Ms. Ryan's tenancy at the Park – namely 16222 Monterey Lane, Space 376,

10  Huntington Beach, CA 92649 ("Space 376" or "Premises").[2] Subsequently, Ms. Ryan and The Park

11  entered into a stipulated judgment ("Stipulated Judgment") resolving the Ryan Complaint and

12  providing for turnover of Space 376. Specifically:

13     (a)  No later than November 3, 2018, Ms. Ryan was to vacate Space 376;

14     (b)  The Park was entitled to a Writ of Possession provided no lock-out could occur prior

15        to November 4, 2018;

16     (c)  Ms. Ryan had 120 days to market and sell her mobilehome located at Space 376 or

17        the mobilehome would be subject to a warehouse lien auction;

18     (d)  The Park was to review any prospective buyers in accordance with Mobilehome

19        Residency Law ("MRL");

20     (e)  The sale of the mobilehome was to proceed via escrow; and

21     (f)  Ms. Ryan was to pay a money judgment of not less than $8,437.07 plus judicial

22        interest.

23     9.  On November 19, 2018, Defendant emailed an outdated application ("Application")

24  to the management office for The Park. At this time, the minimum requirements for tenancy at The

25  Park were as follows:

26

27  _____

28  [2] *See*, Case No. 30-2018-01013582-CL-UD-CJC ("Ryan State Court Action"). On March 6, 2019, in
the Ryan State Court Action the Court granted Plaintiff's motion for reconsideration to intervene and
TRO to stay writ of possession.

3
COMPLAINT

(a)     At least 55 years of age;

(b)     Credit worthiness including a credit score of not less than 650;

(c)     Three times the subject rent in monthly income; and

(d)     Investigation of prior tenancies (lack of prior holdovers, unlawful detainers etc.).

10.     The Park reviewed the Application and found Defendant (a) did not meet the minimum financial requirements for tenancy; (b) had a credit score of 523; and (c) had numerous collections and charge offs as bad debts.

11.     Accordingly, on November 20, 2018, the Park (a) mailed a letter informing Defendant of the denial of her Application ("Denial Letter"); and (b) verbally informed Defendant's real estate agent of the Denial Letter. On the same day, Defendant called the The Park office to discuss the Denial Letter.

12.     On November 21, 2018, Defendant physically came to The Park office and tendered a cashier's check in the amount of $8,743.07 ("Cashier's Check"). The Cashier's Check (a) was in the name of J-Sandcastle Co, LLC; (b) made payable to RDR Mobile Home Estates; (c) contained no indication of the intended purpose. Subsequently, a game of "hot potato" with the Cashier's Check occurred between The Park and Defendant, where The Park finally returned to Defendant the Cashier's Check by certified mail.

13.     In December 2018, The Park found a second cashier's check from Defendant ("2nd Cashier's Check"). Again, the 2nd Cashier's Check was also returned by The Park to Defendant by certified mail.

14.     Subsequently, The Park learned Defendant lied on the Application. Specifically, when Defendant was asked "[h]ave you been asked to terminate your residency elsewhere or have you ever been evicted?" she answered in the negative. Yet, in October 2018 - *one month prior to turning in the Application* - Defendant was sued by The Gables Association for unlawful detainer.[3]

15.     From what The Park could ascertain, on or around November 1, 2018, Ms. Ryan allegedly transferred her interest in her mobilehome located at the Premises to an LLC owned by

---

[3] *See*, Case No. 30-2018-01024401.

4
COMPLAINT

1    Defendant called J-Sandcastle Co., LLC ("JSC"). But the transfer was not done pursuant to any

2    written purchase agreement.

3          16.      Rather, Defendant asserts there (a) exists a security agreement between JSC and

4    Defendant where Defendant allegedly lent JSC $225,000 in exchange for a security interest in the

5    Premises; (b) accompanying the agreement is a secured promissory note ("Note") for $225,000,[4]

6    dated November 16, 2018, between JSC and J-Pad LLC ("JP") – which LLC Debtor also holds

7    some vague ownership interest in.

8          17.      Importantly, Defendant was never approved by the Park to be a tenant for Space

9    376.[5]

10         18.      In December 2018, The Park caused to be served on Defendant a Five-Day Notice of

11   Quit Premises.

12         19.      On January 2, 2019, The Park filed a complaint ("Complaint") against Defendant for

13   forcible entry/detainer (mobilehome park).[6]

14         20.      On February 22, 2019, Defendant filed her answer to the Complaint.

15         21.      In August 2020, title to the mobilehome located on the Premises was transferred to

16   Ron Pierpont. Subsequently, title to the Premises was also transferred to Defendant's children.

17         22.      Subsequently, the title certificate for the mobilehome on the Premises was further

18   changed to show Defendant as the registered owner.

19                                    **The Bankruptcy Filing**

20         23.      On July 9, 2021, Defendant filed a voluntary petition for relief under Chapter 7 of

21   Title 11 of the United States Bankruptcy Code ("Petition Date") commencing Case No. 8:21-bk-

22   11710-ES.

23

24   _____

25   [4] Shortly after execution of the Note, on January 14, 2019, JP filed a UCC Financing Statement in
     favor of itself with the Debtor listed as the JSC and Defendant with the collateral being the Premises.
26   In sum, in January 2019, the JSC was the registered owner and JP was the legal owner-holder of the
     Note.
27   [5] Reasonable daily rental value of the Premises is at least $36.20.
     [6] *See*, Case No. 30-2019-01041423-CL-UD-CJC ("State Court Action"). A true and correct copy of
28   the State Court Action is attached as **Exhibit 1**. Plaintiff incorporates by reference the allegations in
     the State Court Action into this Complaint.

                                             5
                                        COMPLAINT

24.     On September 7, 2021, as Dk. No. 15, Defendant filed amended schedules: Amended Schedule A/B Individual: Property, Amended Schedule C: The Property You Claimed as Exempt, Schedule G Individual: Executory Contracts and Unexpired Leases, Schedule H Individual: Your Codebtors, Amended Schedule I Individual: Your Income, Statement of Financial Affairs for Individual Filing for Bankruptcy, Statement of Intention for Individuals Filing Under Chapter 7, Chapter 7 Statement of Your Current Monthly Income.

25.     On September 22, 2021, as Dk. No. 16, Defendant filed First Amended Schedule C: The Property You Claimed as Exempt, Amended Schedule I Individual: Your Income, Amended Schedule G Individual: Executory Contracts and Unexpired Leases, Amended Statement of Financial Affairs for Individual Filing for Bankruptcy, Amended Statement of Intention for Individuals Filing Under Chapter 7, Amended Statement of Related Cases, and Amended Chapter 7 Statement of Your Current Monthly Income.

26.     On the same day, as Dk. No. 17, Defendant filed Amended Schedules (D) and (E/F), Amended List of Creditors (Master Mailing List of Creditors), and Amended Verification of Master Mailing List of Creditors.

27.     On October 14, 2021, as Dk. No. 22, Defendant filed Amended Schedule A/B Individual: Property, Amended Schedule C: The Property You Claimed as Exempt, Amended Schedules (D) (E/F), Schedule G Individual: Executory Contracts and Unexpired Leases, Schedule H Individual: Your Codebtors, and Statement of Intention for Individuals Filing Under Chapter 7.

## First Claim for Relief

### (11 U.S.C. § 523(a)(2)(A))

28.     Plaintiff incorporates by reference, paragraphs 1 through 27 and realleges these paragraphs as though set forth in full.

29.     Defendant trespassed and took possession of the subject Premises without the consent of Plaintiff. No rental agreement has been entered into between Plaintiff and Defendant. Defendant's Application was denied due to her poor financial condition. Defendant also made a material falsehood on her Application.

4842-2871-2959,v.1

30.     Due to the failure of Defendant to execute a rental agreement prior to taking possession of the Premises, Defendant has no right of tenancy and is an unlawful occupant within the meaning o14 Civil Code §798.75.

31.     Defendant remains in possession of the subject Premises as of this date, and said possession is without Plaintiff's consent.

32.     Defendant continues in willful, malicious, obstinate and/or intentional possession of said Premises without Plaintiff's consent and refuse to surrender possession of same to Plaintiff.

33.     The reasonable rental value of the Premises is at least Thirty-Six Dollars and Twenty Cents ($36.20) per day, and damages caused by Defendants' forcible detention will accrue at said rates long as Defendants' mobilehome remains in possession of said Premises.

34.     The reasonable value of utilities consumed is the amount evidenced by the meter installed on the Premises, and damages caused by Defendant's forcible detention will accrue at said rates so long as Defendant's mobilehome remains in possession of said Premises.

35.     The reasonable value for trash removal and sewage charges are the amounts charged by the suppliers for these services, and damages caused by Defendant's forcible detention will accrue a said rate so long as Defendants, or any of them, remain in possession of said premises.

36.     As a direct and proximate result of Defendant's false pretenses, false representations, or actual fraud, Plaintiff has suffered damages in an amount that exceeds $50,000.

37.     In short, Defendant trespassed, refuses to leave and this has caused Damage to Plaintiff.

38.     Defendant further fraudulently represents that she has a right to be at the Premises that is false and fraudulent resulting in her willfully and maliciously causing damage to Plaintiff.

39.     By reason of the foregoing, all amounts due to Plaintiff under the Judgment must be excepted from any discharge received by the Debtor pursuant to 11 U.S.C. § 523(a)(2)(A).

## Second Claim for Relief

### (11 U.S.C. §523(a)(6))

40.     Plaintiff incorporates by reference paragraphs 1 through 39 and realleges these paragraphs as though set forth in full.

7

COMPLAINT

41.     Defendant knowingly, willfully, and/or intentionally converted Plaintiff's property, namely the Premises, for her own use while depriving Plaintiff of its right to the Premises.

42.     Defendant's actions were malicious.

43.     Defendant knew that the Premises were not her property and that she had no permission or right to be there.

44.     Defendant failed to return the Premises to Plaintiff despite demand. Defendant's conversion was willful and malicious and not innocent or technical.

45.     As a result of Debtor's willful and malicious actions, Plaintiff incurred damages in the amount of at least $50,000, exclusive of interest, costs, and attorney's fees.

46.     By reason of the foregoing, all amounts due to Plaintiff under the Judgment must be excepted from any discharge to be received by Debtor pursuant to 11 U.S.C. § 523(a)(6).

### Third Claim for Relief

### Debtor Took Actions to Hinder, Delay, and Defraud Creditors

### [11 U.S.C. § 727(a)(2)(A)]

47.     Plaintiff incorporates by reference all allegations of Paragraphs 1 through 46, inclusive, of this complaint as though fully set forth herein.

48.     Pursuant to 11 U.S.C. § 727(a)(2)(A), a debtor shall not receive a discharge if "the debtor, with intent to hinder, delay, or defraud a creditor or an officer of the estate charged with custody of property under this title, has transferred, removed, destroyed, mutilated, or concealed, or has permitted to be transferred, removed, destroyed, mutilated, or concealed—property of the debtor, within one year before the date of the filing of the petition." *See, e.g., In re Lawson*, 122 F.3d 1237, 1240 (9th Cir. 1997).

49.     Within one year of the Petition Date, Debtor transferred or disposed of the Premises ("Transfer").

50.     When making the Transfer, Debtor subjectively intended to hinder, delay, or defraud creditors through the act of the Transfer.

**COMPLAINT**

4842-2871-2959,v.1

Exhibit "1"
Page 9

51.     Specifically, Debtor engaged in the Transfer at a time when creditors were attempting collection and unlawful detainer efforts, such that collection efforts by Debtor's creditors were hindered, delayed, or frustrated.

52.     Additionally, certain badges of fraud accompanied the Transfer, including that (a) there was a close relationship between JPS, JP and Debtor, as Debtor hold some ownership interest in both LLCs; (b) the Transfer, and subsequent transfers, were made in response to a pending lawsuit filed by Defendant and other creditors; (c) prior to the Transfer or as a result of the Transfer, Debtor was or was rendered insolvent; (d) substantially all of Debtor's property was transferred as a result of the transfers of the Premises; (e) Plaintiff is informed and believes that Debtor received no consideration for the Transfer, or any subsequent transfers. *See Retz v. Samson (In re Retz)*, 606 F.3d 1189, 1200 (9th Cir. 2010).

53.     Additionally, Debtor concealed her interest in the Premises by paying for the purchase of the Premises but placing title in the name of one or more LLCs and/or other individuals.

54.     Defendant's concealed interest in the Property continued into the one year period prior to bankruptcy.

55.     Accordingly, Debtor is not entitled to a discharge pursuant to 11 U.S.C. § 727(a)(2).

### Fourth Claim for Relief

### False Oaths

### [11 U.S.C. § 727(a)(4)]

56.     Plaintiff incorporates by reference all allegations of Paragraph 1 through 55, inclusive, of this complaint as though fully set forth herein.

57.     Pursuant to 11 U.S.C. § 727(a)(4)(A), a debtor shall not receive a discharge if "the debtor knowingly and fraudulently, in or in connection with the case—made a false oath or account." *See Retz*, 606 F.3d at 1196-99 (9th Cir. 2010).

58.     Debtor signed her Chapter 7 Petition, Bankruptcy Schedules, Statements of Financial Affairs and other documents filed with the Court under penalty of perjury, acknowledging that the information provided therein was true and correct, even though she knew some of the information provided was not true or correct.

9

COMPLAINT

4842-2871-2959,v.1

59.     At her initial 341(a) meeting of creditors, under penalty of perjury, Debtor answered in the affirmative that she signed, read and was personally familiar with the petition, schedules, statement of financial affairs and related documents, and that there were no errors or omissions. Debtor nevertheless made several material omissions and false oaths.

60.     First, on Debtor's Schedule A/B, she stated that originally that she held a 1/3 interest in JP. Subsequently, Debtor stated that she held a 1/7 interest in JP. Now, Debtor claims a 70% ownership interest without accounting for the change in interest/value.

61.     Second, Debtor transferred title to the Premises in and out of her name including transferring it to an JSC to conceal her alleged interest at a time when she was facing an adverse judgment in favor of the Gables. This omission is a false oath and is material because it is relevant to Debtor's financial affairs and business dealings, which Trustee must assess in order to properly administer the estate.

62.     Third, on Debtor's statement of financial affairs, she stated that she had not sold, traded, or otherwise transferred any property to anyone outside the ordinary course of business within the past two years prior to bankruptcy. This is contrary to the fact Debtor engaged in a series of transfers, through the Petition Date, involving the Premises. All transfers were outside the ordinary course of business. As stated above, this omission and false oath is material because it conceals a fraudulent transfer of estate property worth approximately $300,000. Without knowledge of this transfer, Trustee would be unable to pursue a fraudulent transfer action to recover up to $300,000 for the benefit of the estate and its creditors.

63.     Fourth, Defendant states in the schedules that she has an unexpired ground lease with Defendant when one does not exist.[8]

64.     Fifth, at her 341(a) meeting of creditors, Defendant stated that JSC and Defendant are the same and not legally distinct entities. Yet, Debtor provided alleged loan documents between

---

[8] Allegedly involving Tract 10542, Unit 4, Lot 376 16222 Monterey Lane. There is no ground lease on the MHP. There is a ground lease between BS Investors and Defendant for the condominium complex known as the HB Gables Tract 10542.

10
COMPLAINT

1  herself, JSC and JP as if all were distinct legal entities. Moreover, the date on the public notary page

2  has been removed and there are no dates or signatures on these documents.[9]

3      65.    Debtor made the foregoing omissions and false oaths knowingly by acting

4  deliberately and consciously. Debtor deliberately and consciously signed the schedules and

5  statement of financial affairs knowing that the information provided was not completely true and

6  correct. Thereafter, at her 11 U.S.C. § 341(a) meeting of creditors, Debtor testified under penalty of

7  perjury that there were no inaccuracies in her schedules or statement of financial affairs. This

8  supports a finding that Debtor acted knowingly in making the omissions and false oaths.

9      66.    Accordingly, Debtor is not entitled to a discharge pursuant to 11 U.S.C. § 727(a)(4).

10                  **Fifth Claim for Relief**

11              **Objection to Debtor's Discharge**

12                  **[11 U.S.C. § 727(a)(5)]**

13      67.    Plaintiff realleges and incorporates herein by this reference, the allegations contained

14  in Paragraphs 1 through 66 inclusive, as though fully set forth herein.

15      68.    Defendant has failed to explain satisfactorily the purchase and series of transfers

16  involving the Premises, including but not limited to the circumstances surrounding the alleged loan

17  of $225,000 between JP, JSC, and Defendant for the purchase of the mobilehome located on the

18  Premises.

19      69.    Defendant has failed to explain satisfactorily, namely produce any documentation,

20  evidencing that there exists any lease agreement – ground or otherwise - between Defendant and

21  Plaintiff.

22      70.    Defendant has been unable to explain how much she sold 4476 Alderport for and

23  where the proceeds went, including any agreements between herself and the subsequent purchaser.

24      71.    As a result of her failure to explain satisfactorily material issues related to the

25  Premises, any lease or purchase agreements, Debtor should be denied a discharge pursuant to 11

26  U.S.C. § 727(a)(5).

27  _____

28  [9] Interestingly, the notary page references "Anthony Calderon" which Plaintiff believes was
Defendant's ex-husband's boss who transferred JP to Defendant in 2018.

11

**COMPLAINT**

4842-2871-2959,v.1

**ON THE FIRST CLAIM FOR RELIEF**

1.      For a determination that all amounts owed to Plaintiff under the Judgment be excepted from discharge pursuant to 11 U.S.C. § 523(a)(2)(A);

**ON THE SECOND CLAIM FOR RELIEF**

2.      For a determination that all amounts owed to Plaintiff under the Judgment be excepted from discharge pursuant to 11 U.S.C. § 523(a)(6);

**ON THE THIRD CLAIM FOR RELIEF**

3.      For a determination that Debtor should be denied a discharge pursuant to 11 U.S.C. § 727(a)(2);

**ON THE FOURTH CLAIM FOR RELIEF**

4.      For a determination that Debtor should be denied a discharge pursuant to 11 U.S.C. § 727(a)(4);

**ON THE FIFTH CLAIM FOR RELIEF**

5.      For a determination that Debtor should be denied a discharge pursuant to 11 U.S.C. § 727(a)(5);

**ON ALL CLAIMS FOR RELIEF**

6.      For costs of suit incurred, including attorneys' fees as provided by applicable case law, statute, and/or agreement of the parties; and

7.      For such other relief as the Court deems just and proper.

DATED: October 18, 2021                    MARSHACK HAYS LLP


                                           By: */s/ Laila Masud*
                                           D. EDWARD HAYS
                                           LAILA MASUD
                                           Attorneys for Plaintiff,
                                           HOUSER BROS. CO. dba RANCHO DEL REY
                                           MOBILE HOME ESTATES

4842-2871-2959,v.1

**EXHIBIT 1**

Exhibit "1"
Page 14

| | |
|---|---|
| 1 | ELAINE B. ALSTON, Bar No. 134139, |
| 2 | VIVIENNE J. ALSTON, Bar No. 170746<br>Members of |
| 3 | **ALSTON, ALSTON & DIEBOLD**<br>Attorneys at Law |
| 4 | 27201 Puerta Real, Suite 300<br>Mission Viejo, California 92691 |
| 5 | (714) 556-9400 – FAX (714) 556-9500 |

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**01/02/2019** at 08:00:00 AM
Clerk of the Superior Court
By Diana Cuevas, Deputy Clerk

Attorney for Plaintiff

SUPERIOR COURT, STATE OF CALIFORNIA

COUNTY OF ORANGE,

HOUSER BROS. CO., a California limited
partnership dba RANCHO DEL REY MOBILE
HOME ESTATES

Plaintiff,

vs.

JAMIE GALLIAN AND ALL OTHER
OCCUPANTS AND PERSONS IN POSSESSION
WITHOUT A SIGNED LEASE AGREEMENT,
and DOES 1 to 10, inclusive,

Defendant

Case No.:  30-2019-01041423-CL-UD-CJC

COMPLAINT FOR FORCIBLE ENTRY/
DETAINER (MOBILEHOME PARK)

[CIVIL CODE §798.75 AND CODE OF
CIVIL PROCEDURE §§1159, et seq.]

**DOES NOT EXCEED $10,000.00**

COMES NOW, the Plaintiff herein, and alleges as follows:

1.      Plaintiff, HOUSER BROS. CO., a California limited partnership doing business in the

County of Orange State of California, under the fictitious name of RANCHO DEL REY MOBILE

HOME ESTATES.  Plaintiff has filed the statements and published the notices required by §§17900, et

seq., of the Business and Professions Code.

2.      Defendants, JAMIE GALLIAN AND ALL OTHER OCCUPANTS AND PERSONS

IN POSSESSION WITHOUT A SIGNED LEASE AGREEMENT, are individuals residing in the City

of Huntington Beach, County of Orange State of California

3.      The true names and capacities of Defendants sued herein as DOES 1 through 10,

inclusive, whether individual, corporate, associate or otherwise, are unknown to Plaintiff, who

1

**COMPLAINT FOR FORCIBLE ENTRY/DETAINER**

EXHIBIT 1, PAGE 13
**Exhibit "1"**
**Page 15**

1  therefore sues said Defendants by said fictitious names. Plaintiff will amend this Complaint to insert

2  said Defendants' true names and capacities when the same have been ascertained.

3      4.    The premises which are the subject of this action are located in the judicial district in

4  which this action is brought. Said premises are situated at 16222 Monterey Lane, Space 376,

5  Huntington Beach, California 92647 (the "Premises").

6      5.    Plaintiff is the owner of said Premises and has a superior right to possession thereof.

7      6.    Defendants entered into possession of the subject Premises without the consent of

8  Plaintiff. No rental agreement has been entered into between Plaintiff and Defendants. Defendant's

9  application was denied due to her poor financial condition. Defendant also made a material falsehood

10  on her application, and her prior conduct indicates she will not comply with the Rules and Regulations

11  governing the mobilehome park.

12      7.    Due to the failure of Defendants to execute a rental agreement prior to taking possession

13  of the Premises, Defendants have no right of tenancy and are unlawful occupants within the meaning of

14  Civil Code §798.75.

15      8.    On or about December 11, 2018 Plaintiff caused to be served on Defendants a Five (5)

16  Day Notice to Quit Premises. A copy of said Notice is attached hereto as Exhibit "1" and incorporated

17  herein by this reference.

18      9.    Defendants remain in possession of the subject Premises as of this date, and said

19  possession is without Plaintiff's consent.

20      10.    Defendants continue in willful, malicious, obstinate and/or intentional possession of said

21  Premises without Plaintiff's consent and refuse to surrender possession of same to Plaintiff.

22      11.    The reasonable rental value of the Premises is at least Thirty-Six Dollars and Twenty

23  Cents ($36.20) per day, and damages caused by Defendants' forcible detention will accrue at said rate so

24  long as Defendants' mobilehome remains in possession of said Premises.

25      12.    The reasonable value of utilities consumed is the amount evidenced by the meters

26  installed on the Premises, and damages caused by Defendants' forcible detention will accrue at said

27  rates so long as Defendants' mobilehome remains in possession of the said Premises.

28

2

**COMPLAINT FOR FORCIBLE ENTRY/DETAINER**

13.   The reasonable value for trash removal and sewage charges are the amounts charged by the suppliers for these services, and damages caused by Defendants' forcible detention will accrue at said rate so long as Defendants, or any of them, remain in possession of said premises.

14.   California Civil Code §798.85 states as follows:

"In any action arising out of the provisions of this chapter the prevailing party shall be entitled to reasonable attorneys' fees and costs."

15.   Plaintiff has been compelled to commence this action for recovery of possession of said Premises and for default in payment of rent and utilities, and Plaintiff has thereby incurred and been required to expend money for attorneys' fees.

16.   Plaintiff has been compelled to commence this action for recovery of possession of said Premises and for default in payment of rent, utilities and other charges, and to otherwise enforce Plaintiff's rights under Exhibit "1," and Plaintiff has thereby incurred and been required to expend money for attorneys' fees.

WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:

(1)   For restitution of said Premises;

(2)   For damages at the rate of Thirty-Six Dollars and Twenty Cents ($36.20) per day as a reasonable rental value of the Premises from and after the date Defendants went into possession according to proof, and until judgment and for so long as Defendants, or any of them, continue to occupy said Premises;

(3)   For actual consumption of utilities commencing from and after the date Defendants went into possession according to proof, and until judgment and for so long as Defendants, or any of them, continue in possession of said Premises;

(4)   For treble the amount above;

(5)   For attorneys' fees incurred herein;

(6)   For costs of suit incurred herein;

(7)   For interest at the legal rate on judgment; and

3

**COMPLAINT FOR FORCIBLE ENTRY/DETAINER**



1    (8)    For such other and further relief as the Court may deem just and proper, except that

2    Plaintiff remits all damages in excess of the jurisdiction of this Court.

4    DATED: December _18_, 2018    By: _____

    Vivienne J. Alston
    Attorney for Plaintiff

4

**COMPLAINT FOR FORCIBLE ENTRY/DETAINER**

**EXHIBIT 1**

EXHIBIT 1, PAGE 17

**Exhibit "1"**
**Page 19**

ELAINE B. ALSTON
VIVIENNE J. ALSTON
DONALD A. DIEBOLD

ALSTON, ALSTON & DIEBOLD

TELEPHONE (714) 556-9400
FACSIMILE (714) 556-9500

27201 PUERTA REAL
SUITE 300
MISSION VIEJO, CALIFORNIA 92691

OUR FILE NO:   1510.

December 10, 2018

**FIVE (5) DAY DEMAND
FOR SURRENDER OF POSSESSION OF SITE**

To:     **Jamie Gallian and All Unlawful Occupants and Persons in Possession Without a Signed Rental
Agreement ("Occupants"):**

**NOTICE IS HEREBY GIVEN** that management of the mobilehome park commonly known as:

Rancho Del Rey
16222 Monterey Lane
Huntington Beach, CA 92649
(referred to as "Park" herein)

HEREBY DEMANDS that the Occupants named above, and each of them, quit the premises in the Park and
surrender possession thereof commonly described as:

Space 376
(referred to as "site" herein)

WITHIN FIVE (5) DAYS FROM AND AFTER SERVICE OF THIS NOTICE, and that said surrender of the
mobilehome site be made to the park manager(s), who is authorized to receive the same on behalf of the
management.

Civil Code Section 798.75 authorizes forcible detainer proceedings against any occupant of a mobilehome park
who does not have rights of tenancy and is not otherwise entitled to occupy the premises, upon failure of the
occupants to quit the premises within five (5) days after service of a demand for surrender of the site.

This notice is served with reference to the following facts, inter alia, upon which said demand is now hereby made:

That you have actual and physical possession of the site, without permission from park management, and without
right or authority under a rental agreement or otherwise. Based upon the foregoing facts, management is authorized
to pursue its legal remedies to obtain possession of the site from all such Occupants having no right of tenancy or
possession.

EXHIBIT 1, PAGE 18

Exhibit "1"
Page 20

J Gallian
and All Unlawful Occupants
December 10, 2018
Page 2


**THIS NOTICE IS INTENDED AS A FIVE (5) DAY DEMAND TO SURRENDER POSSESSION AND NOTICE TO QUIT AS PER <u>CIVIL CODE</u> SECTION 798.75. SHOULD YOU FAIL TO QUIT AND SURRENDER POSSESSION AS HEREBY DEMANDED, LEGAL PROCEEDINGS SHALL BE INSTITUTED FOR RESTITUTION OF POSSESSION OF THE PREMISES, REASONABLE RENTAL VALUE, DAMAGES INCIDENTAL TO OCCUPANTS WRONGFUL UNLAWFUL OCCUPATION OF THE SITE, AND ATTORNEYS' FEES AND COSTS, AND STATUTORY DAMAGES.**

ALSTON, ALSTON & DIEBOLD

Dated:  December 10, 2018

By: _____
VIVIENNE J. ALSTON
Authorized Agent for Owner


cc:    Client
       Park Manager


0024

EXHIBIT 1, PAGE 19

**Exhibit "1"**
**Page 21**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Vivienne J. Alston SBN 170746<br>ALSTON, ALSTON & DIEBOLD<br>27201 Puerta Real ste 300<br>Mission Viejo, CA 92691<br>ATTORNEY FOR  Plaintiff | (714) 556-9400 | |

| SHORT TITLE OF CASE:<br>Rancho Del Rey v. Gallian, Jamie | | |
|---|---|---|
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>Not Applicable |
| **Declaration of Service of Notice to Tenant** | | Ref. No. or File No:<br>1510 |

I, the undersigned, declare that I served the tenant with the: **Five (5) Day Demand for Surrender of Possessin of site.:**

Constructive Service

After unsuccessfully attempting to personally serve said Notice(s) on each of the named parties on **12/11/2018** at **05:39 PM**, I completed service by serving said notice(s) as authorized by C.C.P. Section 1162 (2,3). In the manner set forth below.

To: **Jamie Gallian**

On: **12/11/2018**        At: **05:39 PM**

**By posting** a copy for each tenant in a conspicuous place on the property therein described, there being no person of suitable age or discretion to be found at the property where situated, **and mailing** a copy to said tenant(s) by depositing said copies in the United States Mail in a sealed envelope with postage fully prepaid, addressed to the tenant  on **12/11/2018** from **Garden Grove** at the address where served: **16222 Monterey Lane 376  Huntington Beach, CA 92649**

Person Who served papers:
   a. Name: **Cesar Gonzalez**
   b. Address: **840 N. Birch St, Santa Ana, CA 92701**
   c. Telephone number: **714-953-9451**
   d. **The fee for this service was: 129.50**
   e. I am:
   (3) [X] a registered California process server:
       (i) [X] Independent Contractor
       (ii) Registration No.: **2729**
       (iii) County: **Orange**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



JANNEY & JANNEY
LEGAL SUPPORT SERVICE

**Cesar Gonzalez**          Date: **12/12/2018**

Declaration of Service of Notice to Tenant                    Invoice #: 2305520-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Vivienne J. Alston SBN 170746<br>ALSTON, ALSTON & DIEBOLD<br>27201 Puerta Real ste 300<br>Mission Viejo, CA 92691<br>ATTORNEY FOR  Plaintiff | (714) 556-9400 | |

| SHORT TITLE OF CASE:<br>Rancho Del Rey v. Gallian, Jamie | | |
|---|---|---|
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>Not Applicable |
| **Declaration of Service of Notice to Tenant** | | Ref. No. or File No:<br>1510 |

I, the undersigned, declare that I served the tenant with the: **Five (5) Day Demand for Surrender of Possessin of site.;**

Constructive Service

After unsuccessfully attempting to personally serve said Notice(s) on each of the named parties on **12/11/2018** at **05:39 PM**, I completed service by serving said notice(s) as authorized by C.C.P. Section 1162 (2,3). In the manner set forth below.

To: **All Other Occupants**

On: **12/11/2018**        At: **05:39 PM**

**By posting** a copy for each tenant in a conspicuous place on the property therein described, there being no person of suitable age or discretion to be found at the property where situated, **and mailing** a copy to said tenant(s) by depositing said copies in the United States Mail in a sealed envelope with postage fully prepaid, addressed to the tenant  on **12/11/2018** from **Garden Grove** at the address where served: **16222 Monterey Lane 376  Huntington Beach, CA 92649**

Person Who served papers:
  a. Name: **Cesar Gonzalez**
  b. Address: **840 N. Birch St, Santa Ana, CA 92701**
  c. Telephone number: **714-853-9451**
  d. **The fee** for this service was: 39.50
  e. I am:
  (3) [X] a registered California process server:
     (i) [X] Independent Contractor
     (ii) Registration No.: **2729**
     (iii) County: **Orange**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



JANNEY & JANNEY
LEGAL SUPPORT SERVICE

**Cesar Gonzalez**          Date: **12/12/2018**

Declaration of Service of Notice to Tenant          Invoice #: 2305520-02

**VERIFICATION**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I have read the foregoing COMPLAINT

and know its contents.

☐ **CHECK APPLICABLE PARAGRAPHS**

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☒ I am ☐ an Officer ☒ a partner ☐ a _____ of HOUSER BROS. CO.
a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☒ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on   December 19 , 2018 , at HUNTINGTON BEACH , California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Christopher C Houser_
Type or Print Name                                          Signature

**PROOF OF SERVICE**
1013a (3) CCP Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF

I am employed in the county of _____ , State of California.

I am over the age of 18 and not a party to the within action; my business address is: _____

On. _____ I served the foregoing document described as _____

_____ on _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☐ **BY MAIL**

☐ *I deposited such envelope in the mail at _____ , California.
The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , at _____ , California.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on _____ , at _____ , California.

☐ (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Type or Print Name                                          Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal
Solutions
☆ Plus                    Rev. 7/99

EXHIBIT 1, PAGE 22

Exhibit "1"
Page 24

Case 8:21-ap-01097-ES    Doc 1-1    Filed 10/18/21    Entered 10/18/21 20:49:04    Desc
Adversary Proceeding Cover Sheet    Page 1 of 2

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| **PLAINTIFFS**<br>HOUSER BROS. CO. dba RANCHO DEL<br>REY MOBILE HOME ESTATES, | **DEFENDANTS**<br>JAMIE LYNN GALLIAN, |
|---|---|

| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>MARSHACK HAYS LLP - 870 Roosevelt, Irvine, CA<br>92620; Tel. (949) 333-7777 | **ATTORNEYS** (If Known) |
|---|---|

| **PARTY** (Check One Box Only)<br>☐ Debtor          ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor       ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☒ Debtor          ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor       ☐ Other<br>☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
COMPLAINT TO (1) DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §§ 523(a)(2)(A) and
(a)(6); (2) DENY DISCHARGE PURSUANT TO 11 U.S.C. §§ 727(a)(2)(A), (a)(4), and (a)(5)

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation,
      actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
      **(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☒ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
      (other than domestic support)
☒ 65-Dischargeability - other   Sections 727(a)(2)(A), (a)(4), and
                                              (a)(5)

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court
      if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand  $ |

Other Relief Sought

0028

**Exhibit "1"**
**Page 25**

**B1040 (FORM 1040) (12/15)**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>JAMIE LYNN GALLIAN | BANKRUPTCY CASE NO.<br>8:21-bk-11710-ES | |
| DISTRICT IN WHICH CASE IS PENDING<br>  CENTRAL DISTRICT OF CALIFORNIA | DIVISION OFFICE<br>SANTA ANA | NAME OF JUDGE<br>Hon. Erithe A. Smith |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br><br>  /s/ Laila Masud | | |
| DATE<br><br>October 18, 2021 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>  LAILA MASUD | |

**INSTRUCTIONS**

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located.  Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate.  There also may be lawsuits concerning the debtor's discharge.  If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF).  (CM/ECF captures the information on Form 1040 as part of the filing process.)  When completed, the cover sheet summarizes basic information on the adversary proceeding.  The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court.  The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney).  A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.**  Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.**  Give the names and addresses of the attorneys, if known.

**Party**.  Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.**  Enter the dollar amount being demanded in the complaint.

**Signature.**  This cover sheet must be signed by the attorney of record in the box on the second page of the form.  If the plaintiff is represented by a law firm, a member of the firm must sign.  If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

Exhibit "1"
Page 26

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this District Court proceeding. My business address is: 5801 Skylab Road, Huntington Beach, CA 92649

A true and correct copy of the foregoing document entitled: **APPELLEE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RESPONSIVE BRIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by L.R. 5-4 in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and L.R 5-3.3, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 29, 2023**, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒

Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**: On , I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> <u>completed</u> no later than 24 hours after the document is filed.

☒

Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 (d)(3) and/or controlling L.R. 5-4, on **September 29, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.



Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

September 29, 2023          Robert McLelland
_____    _____    _____
*Date*                      *Printed Name*                    *Signature*

146786v1/9999-403

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - **ATTORNEY FOR APPELLEE HOUSER BROS. CO.; APPELLEE ERIC HOUSER; AND APPELLEE CRAIG HOUSER:** Bradford Nathan Barnhardt bbarnhardt@marshackhays.com, kfrederick@ecf.courtdrive.com, cbastida@marshackhays.com
   - **ATTORNEY FOR TRUSTEE JEFFREY I GOLDEN:** Eric P. Israel eisrael@danninggill.com, eisrael@ecf.inforuptcy.com, DanningGill@gmail.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: CONTINUED:

   **VIA PERSONAL DELIVERY:**
   **MANDATORY CHAMBERS COPY**
   HONORABLE WESLEY L. HSU
   FIRST STREET COURTHOUSE
   350 WEST 1ST STREET, COURTROOM 9B
   LOS ANGELES, CA 90012

EXHIBIT 2



1   D. EDWARD HAYS, #162507
    ehays@marshackhays.com
2   LAILA MASUD, #311731
    lmasud@marshackhays.com
3   MARSHACK HAYS LLP
    870 Roosevelt
4   Irvine, CA 92620
    Telephone: (949) 333-7777
5   Facsimile: (949) 333-7778

6   Attorneys for Plaintiff,
    HOUSER BROS. CO. dba RANCHO DEL REY
7   MOBILE HOME ESTATES

8                    UNITED STATES BANKRUPTCY COURT

9            CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10

11  In re                                  Case No. 8:21-bk-11710-ES

12  JAMIE LYNN GALLIAN,                     Chapter 7

13          Debtor.                         Adv. No. 8:21-ap-01097-ES

14  ─────────────────────────────          FIRST AMENDED COMPLAINT TO
                                              (1) DETERMINE
15  HOUSER BROS. CO. dba RANCHO DEL               DISCHARGEABILITY OF DEBT
    REY MOBILE HOME ESTATES,                      PURSUANT TO 11 U.S.C. §§ 523
16                                                (a)(2)(A) and (a)(6);
            Plaintiff,                         (2) DENY DISCHARGE PURSUANT
17                                                TO 11 U.S.C. §§ 727(a)(2)(A),
    v.                                            (a)(4), and (a)(5)
18
    JAMIE LYNN GALLIAN,
19                                          Status Conference
            Defendant.                      Hearing: January 6, 2022
20                                          Time: 9:30 a.m.
                                            Ctrm: 5A
21                                          Location: 411 W. Fourth St., Santa Ana, CA
                                            92701
22

23  TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE,

24  DEFENDANT AND HER ATTORNEY OF RECORD, AND TO ALL INTERESTED PARTIES:

25          Plaintiff, HOUSER BROS. CO., a California limited partnership dba RANCHO DEL REY

26  MOBILE HOME ESTATES ("Houser Bros." or "Plaintiff"), files this First Amended Complaint

27  against Debtor, Jaime Lynn Gallian ("Defendant" or "Debtor"), and alleges as follows:

28

                                            1
                              FIRST AMENDED COMPLAINT

## Statement of Jurisdiction and Venue

1.     The court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334 in that this action arises in and relates to the bankruptcy case pending in the United States Bankruptcy Court for the Central District of California, Santa Ana Division, entitled *Jaime Lynn Gallian*, Case Number 8:21-bk-11710-ES on the docket of the Court.

2.     This adversary proceeding is a core proceeding under 28 U.S.C. § 157(b)(2)(I) (dischargeability of particular debts) and 28 U.S.C. § 157(b)(2)(J) (objections to discharge). To the extent any claim for relief contained in this proceeding is determined to be non-core or involve a *Stern*-claim, Plaintiff consents to the entry of final orders and judgments by the Bankruptcy Court.

3.     Venue properly lies in the Central District of California in that this adversary proceeding arises in or is related to a case under Title 11 of the United State Code as provided in 28 U.S.C. § 1409.

## Parties

4.     Plaintiff is a California limited partnership doing business in the County of Orange, State of California, under the fictitious name of Rancho Del Rey Mobile Home Estates.

5.     Plaintiff is informed and believes, and thereon alleges that Defendant is an individual residing in Huntington Beach, California.

## General Allegations

## The Parties and Their Background

6.     Houser Bros. Co. owns several acres of real property in Huntington Beach California. The real property has been improved with both (a) a senior mobilehome park known as Rancho Del Re Mobile Home Estates (hereinafter referred to as "The Park" or "Plaintiff") and (b) an 80-unit condominium complex known as The Huntington Beach Gables ("The Gables").[1]

---

[1] Defendant was involved in hotly-contested litigation with the Gables concerning property located at 4476 Alderport Drive, Unit 53, Huntington Beach, California 92649 ("4476 Alderport"). The litigation spawned a judgment of over $316,583.59 ("Gables Judgment") in favor of the Gables which was formally entered on May 6, 2019. To that end, the Gables has separately filed an adversary action against Defendant seeking to except the Gables Judgment from discharge as well as to deny Debtor a discharge. *See*, Dk. No. 57 in Case No., 8:21-bk-11710-ES ("Gables Adversary Complaint"). By this reference, Plaintiff incorporates all allegations in the Gables Adversary Complaint as if specifically set forth herein.

FIRST AMENDED COMPLAINT
4842-2871-2959,v.1

1   The Park is operated by Plaintiff and the condominium community sub-leases the real property and

2   is operated by an independent Homeowners Association ("Association"). Both The Park and the

3   Gables are enclosed in a six-foot perimeter wall and traffic to both communities is controlled by the

4   same gate with a manned gatehouse. Once a person is past the gatehouse, they have complete and

5   unfettered access to both communities.

6          7.      In February 2018, Defendant came to The Park's leasing office to inquire whether

7   there were any mobilehomes for sale. At this meeting, Defendant neither requested an application

8   packet nor any information as to The Park's requirements for tenancy and its application

9   procedures.

10         8.      Separately, on August 21, 2018, Plaintiff filed a complaint ("Ryan Complaint")

11  against an individual by the name of Lisa Ryan in Orange County Superior Court for failure to pay

12  rent stemming from Ms. Ryan's tenancy at the Park – namely 16222 Monterey Lane, Space 376,

13  Huntington Beach, CA 92649 ("Space 376" or "Premises").[2] Subsequently, Ms. Ryan and The Park

14  entered into a stipulated judgment ("Stipulated Judgment") resolving the Ryan Complaint and

15  providing for turnover of Space 376. Specifically:

16         (a)     No later than November 3, 2018, Ms. Ryan was to vacate Space 376;

17         (b)     The Park was entitled to a Writ of Possession provided no lock-out could occur prior

18                 to November 4, 2018;

19         (c)     Ms. Ryan had 120 days to market and sell her mobilehome located at Space 376 or

20                 the mobilehome would be subject to a warehouse lien auction;

21         (d)     The Park was to review any prospective buyers in accordance with Mobilehome

22                 Residency Law ("MRL");

23         (e)     The sale of the mobilehome was to proceed via escrow; and

24         (f)     Ms. Ryan was to pay a money judgment of not less than $8,437.07 plus judicial

25                 interest.

26

27   _____

28   [2] *See*, Case No. 30-2018-01013582-CL-UD-CJC ("Ryan State Court Action"). On March 6, 2019, in
     the Ryan State Court Action the Court granted Plaintiff's motion for reconsideration to intervene and
     TRO to stay writ of possession.

3

FIRST AMENDED COMPLAINT

9.      On November 19, 2018, Defendant emailed an outdated application ("Application") to the management office for The Park. At this time, the minimum requirements for tenancy at The Park were as follows:

(a)     At least 55 years of age;

(b)     Credit worthiness including a credit score of not less than 650;

(c)     Three times the subject rent in monthly income; and

(d)     Investigation of prior tenancies (lack of prior holdovers, unlawful detainers etc.).

10.     The Park reviewed the Application and found Defendant (a) did not meet the minimum financial requirements for tenancy; (b) had a credit score of 523; and (c) had numerous collections and charge offs as bad debts.

11.     Accordingly, on November 20, 2018, the Park (a) mailed a letter informing Defendant of the denial of her Application ("Denial Letter"); and (b) verbally informed Defendant's real estate agent of the Denial Letter. On the same day, Defendant called the The Park office to discuss the Denial Letter.

12.     On November 21, 2018, Defendant physically came to The Park office and tendered a cashier's check in the amount of $8,743.07 ("Cashier's Check"). The Cashier's Check (a) was in the name of J-Sandcastle Co, LLC; (b) made payable to RDR Mobile Home Estates; (c) contained no indication of the intended purpose. Subsequently, a game of "hot potato" with the Cashier's Check occurred between The Park and Defendant, where The Park finally returned to Defendant the Cashier's Check by certified mail.

13.     In December 2018, The Park found a second cashier's check from Defendant ("2nd Cashier's Check"). Again, the 2nd Cashier's Check was also returned by The Park to Defendant by certified mail.

14.     Subsequently, The Park learned Defendant lied on the Application. Specifically, when Defendant was asked "[h]ave you been asked to terminate your residency elsewhere or have you ever been evicted?" she answered in the negative. Yet, in October 2018 - *one month prior to*

---

4

FIRST AMENDED COMPLAINT

4842-2871-2959,v.1

1  *turning in the Application* - Defendant was sued by The BS Investors LP for unlawful detainer.[3]

2        15.    From what The Park could ascertain, on or around November 1, 2018, Ms. Ryan

3  allegedly transferred her interest in her mobilehome located at the Premises to an LLC owned by

4  Defendant called J-Sandcastle Co., LLC ("JSC"). But the transfer was not done pursuant to any

5  written purchase agreement.

6        16.    Rather, Defendant asserts there (a) exists a security agreement between JSC and

7  Defendant where Defendant allegedly lent JSC $225,000 in exchange for a security interest in the

8  Premises; (b) accompanying the agreement is a secured promissory note ("Note") for $225,000,[4]

9  dated November 16, 2018, between JSC and J-Pad LLC ("JP") – which LLC Debtor also holds

10  some vague ownership interest in.

11        17.    Importantly, Defendant was never approved by the Park to be a tenant for Space

12  376.[5]

13        18.    In December 2018, The Park caused to be served on Defendant a Five-Day Notice of

14  Quit Premises.

15        19.    On January 2, 2019, The Park filed a complaint ("Complaint") against Defendant for

16  forcible entry/detainer (mobilehome park).[6]

17        20.    On January 14, 2019, the Defendant filed a UCC Financing Statement against J-

18  Sandcastle Co LLC, Document No. 76027030002.

19        21.    On January 14, 2019, the Defendant filed a UCC Financing Statement against J-

20  Sandcastle Co LLC, Document No. 76027940002.

21  / / /

22

23  _____

24  [3] *See*, Case No. 30-2018-01024401.
   [4] Shortly after execution of the Note, on January 14, 2019, JP filed a UCC Financing Statement in

25  favor of itself with the Debtor listed as the JSC and Defendant with the collateral being the Premises.
   In sum, in January 2019, the JSC was the registered owner and JP was the legal owner-holder of the
   Note.

26  [5][5] Reasonable daily rental value of the Premises is at least $36.20 or $1,086 monthly. This is the
   amount Ms. Ryan was charged in 2018. Since then the amount has increased with move in rates for

27  The Park as follows: (a) 2019 $1372; (b) 2020 $1420; and (c) 2021 $1460.
   [6] *See*, Case No. 30-2019-01041423-CL-UD-CJC ("State Court Action"). A true and correct copy of

28  the State Court Action is attached as **Exhibit 1**. Plaintiff incorporates by reference the allegations in
   the State Court Action into this Complaint.

22.     On January 14, 2019, the Defendant filed a UCC Financing Statement against J-Sandcastle Co LLC, Document No. 76027940003.

23.     On January 14, 2019, the Defendant filed a UCC Financing Statement against Craig Houser and Kathryn Curtiss, Document No. 7602794004.

24.     On February 22, 2019, Defendant filed her answer-to the Complaint.

25.     In August 2020, title to the mobilehome located on the Premises was transferred to Ron Pierpont. Subsequently, title to the Premises was also transferred to Defendant's children.

26.     Subsequently, the title certificate for the mobilehome on the Premises was further changed to show Defendant as the registered owner.

### The Bankruptcy Filing

27.     On July 9, 2021, Defendant filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code ("Petition Date") commencing Case No. 8:21-bk-11710-ES.

28.     On September 7, 2021, as Dk. No. 15, Defendant filed amended schedules: Amended Schedule A/B Individual: Property, Amended Schedule C: The Property You Claimed as Exempt, Schedule G Individual: Executory Contracts and Unexpired Leases, Schedule H Individual: Your Codebtors, Amended Schedule I Individual: Your Income, Statement of Financial Affairs for Individual Filing for Bankruptcy, Statement of Intention for Individuals Filing Under Chapter 7, Chapter 7 Statement of Your Current Monthly Income.

29.     On September 22, 2021, as Dk. No. 16, Defendant filed First Amended Schedule C: The Property You Claimed as Exempt, Amended Schedule I Individual: Your Income, Amended Schedule G Individual: Executory Contracts and Unexpired Leases, Amended Statement of Financial Affairs for Individual Filing for Bankruptcy, Amended Statement of Intention for Individuals Filing Under Chapter 7, Amended Statement of Related Cases, and Amended Chapter 7 Statement of Your Current Monthly Income.

30.     On the same day, as Dk. No. 17, Defendant filed Amended Schedules (D) and (E/F), Amended List of Creditors (Master Mailing List of Creditors), and Amended Verification of Master Mailing List of Creditors.

FIRST AMENDED COMPLAINT
4842-2871-2959,v.1

31.     On October 14, 2021, as Dk. No. 22, Defendant filed Amended Schedule A/B Individual: Property, Amended Schedule C: The Property You Claimed as Exempt, Amended Schedules (D) (E/F), Schedule G Individual: Executory Contracts and Unexpired Leases, Schedule H Individual: Your Codebtors, and Statement of Intention for Individuals Filing Under Chapter 7.

## First Claim for Relief

### (11 U.S.C. § 523(a)(2)(A))

32.     Plaintiff incorporates by reference, paragraphs 1 through 27 and realleges these paragraphs as though set forth in full.

33.     Defendant trespassed and took possession of the subject Premises without the consent of Plaintiff. No rental agreement has been entered into between Plaintiff and Defendant. Defendant's Application was denied due to her poor financial condition. Defendant also made a material falsehood on her Application.

34.     Due to the failure of Defendant to execute a rental agreement prior to taking possession of the Premises, Defendant has no right of tenancy and is an unlawful occupant within the meaning of 11 Civil Code §798.75.

35.     Defendant remains in possession of the subject Premises as of this date, and said possession is without Plaintiff's consent.

36.     Defendant continues in willful, malicious, obstinate and/or intentional possession of said Premises without Plaintiff's consent and refuse to surrender possession of same to Plaintiff.

37.     The reasonable rental value of the Premises is at least Thirty-Six Dollars and Twenty Cents ($36.20) per day or $1,086 monthly[7], and damages caused by Defendants' forcible detention will accrue at said rates long as Defendants' mobilehome remains in possession of said Premises.

38.     The reasonable value of utilities consumed is the amount evidenced by the meter installed on the Premises, and damages caused by Defendant's forcible detention will accrue at said rates so long as Defendant's mobilehome remains in possession of said Premises.

/ / /

---

[7] *Supra*, Fn. 5

7

FIRST AMENDED COMPLAINT

39.     The reasonable value for trash removal and sewage charges are the amounts charged by the suppliers for these services, and damages caused by Defendant's forcible detention will accrue a said rate so long as Defendants, or any of them, remain in possession of said premises.

40.     As a direct and proximate result of Defendant's false pretenses, false representations, or actual fraud, Plaintiff has suffered damages in an amount that exceeds $50,000.

41.     In short, Defendant trespassed, refuses to leave and this has caused Damage to Plaintiff.

42.     Defendant further fraudulently represents that she has a right to be at the Premises that is false and fraudulent resulting in her willfully and maliciously causing damage to Plaintiff.

43.     By reason of the foregoing, all amounts due to Plaintiff under the Judgment must be excepted from any discharge received by the Debtor pursuant to 11 U.S.C. § 523(a)(2)(A).

## Second Claim for Relief

### (11 U.S.C. §523(a)(6))

44.     Plaintiff incorporates by reference paragraphs 1 through 39 and realleges these paragraphs as though set forth in full.

45.     Defendant knowingly, willfully, and/or intentionally converted Plaintiff's property, namely the Premises, for her own use while depriving Plaintiff of its right to the Premises.

46.     Defendant's actions were malicious.

47.     Defendant knew that the Premises were not her property and that she had no permission or right to be there.

48.     Defendant failed to return the Premises to Plaintiff despite demand. Defendant's conversion was willful and malicious and not innocent or technical.

49.     As a result of Debtor's willful and malicious actions, Plaintiff incurred damages in the amount of at least $50,000, exclusive of interest, costs, and attorney's fees.

50.     By reason of the foregoing, all amounts due to Plaintiff under the Judgment must be excepted from any discharge to be received by Debtor pursuant to 11 U.S.C. § 523(a)(6).

/ / /

8

FIRST AMENDED COMPLAINT

4842-2871-2959,v.1

## Third Claim for Relief

## Debtor Took Actions to Hinder, Delay, and Defraud Creditors

## [11 U.S.C. § 727(a)(2)(A)]

51.     Plaintiff incorporates by reference all allegations of Paragraphs 1 through 46, inclusive, of this complaint as though fully set forth herein.

52.     Pursuant to 11 U.S.C. § 727(a)(2)(A), a debtor shall not receive a discharge if "the debtor, with intent to hinder, delay, or defraud a creditor or an officer of the estate charged with custody of property under this title, has transferred, removed, destroyed, mutilated, or concealed, or has permitted to be transferred, removed, destroyed, mutilated, or concealed—property of the debtor, within one year before the date of the filing of the petition." *See, e.g., In re Lawson*, 122 F.3d 1237, 1240 (9th Cir. 1997).

53.     Within one year of the Petition Date, Debtor transferred or disposed of the Premises ("Transfer").

54.     When making the Transfer, Debtor subjectively intended to hinder, delay, or defraud creditors through the act of the Transfer.

55.     Specifically, Debtor engaged in the Transfer at a time when creditors were attempting collection and unlawful detainer efforts, such that collection efforts by Debtor's creditors were hindered, delayed, or frustrated.

56.     Additionally, certain badges of fraud accompanied the Transfer, including that (a) there was a close relationship between JPS, JP and Debtor, as Debtor hold some ownership interest in both LLCs; (b) the Transfer, and subsequent transfers, were made in response to a pending lawsuit filed by Defendant and other creditors; (c) prior to the Transfer or as a result of the Transfer, Debtor was or was rendered insolvent; (d) substantially all of Debtor's property was transferred as a result of the transfers of the Premises; (e) Plaintiff is informed and believes that Debtor received no consideration for the Transfer, or any subsequent transfers. *See Retz v. Samson (In re Retz)*, 606 F.3d 1189, 1200 (9th Cir. 2010).

57.     Additionally, Debtor concealed her interest in the Premises by paying for the purchase of the Premises but placing title in the name of one or more LLCs and/or other individuals.

FIRST AMENDED COMPLAINT

4842-2871-2959,v.1

58.     Defendant's concealed interest in the Property continued into the one year period prior to bankruptcy.

59.     Accordingly, Debtor is not entitled to a discharge pursuant to 11 U.S.C. § 727(a)(2).

## Fourth Claim for Relief

## False Oaths

## [11 U.S.C. § 727(a)(4)]

60.     Plaintiff incorporates by reference all allegations of Paragraph 1 through 55, inclusive, of this complaint as though fully set forth herein.

61.     Pursuant to 11 U.S.C. § 727(a)(4)(A), a debtor shall not receive a discharge if "the debtor knowingly and fraudulently, in or in connection with the case—made a false oath or account." *See Retz*, 606 F.3d at 1196-99 (9th Cir. 2010).

62.     Debtor signed her Chapter 7 Petition, Bankruptcy Schedules, Statements of Financial Affairs and other documents filed with the Court under penalty of perjury, acknowledging that the information provided therein was true and correct, even though she knew some of the information provided was not true or correct.

63.     At her initial 341(a) meeting of creditors, under penalty of perjury, Debtor answered in the affirmative that she signed, read and was personally familiar with the petition, schedules, statement of financial affairs and related documents, and that there were no errors or omissions. Debtor nevertheless made several material omissions and false oaths.

64.     First, on Debtor's Schedule A/B, she stated that originally that she held a 1/3 interest in JP. Subsequently, Debtor stated that she held a 1/7 interest in JP. Now, Debtor claims a 70% ownership interest without accounting for the change in interest/value.

65.     Second, Debtor transferred title to the Premises in and out of her name including transferring it to an JSC to conceal her alleged interest at a time when she was facing an adverse judgment in favor of the Gables. This omission is a false oath and is material because it is relevant to Debtor's financial affairs and business dealings, which Trustee must assess in order to properly administer the estate.

10

FIRST AMENDED COMPLAINT

4842-2871-2959,v.1

66.     Third, on Debtor's statement of financial affairs, she stated that she had not sold, traded, or otherwise transferred any property to anyone outside the ordinary course of business within the past two years prior to bankruptcy. This is contrary to the fact Debtor engaged in a series of transfers, through the Petition Date, involving the Premises. All transfers were outside the ordinary course of business. As stated above, this omission and false oath is material because it conceals a fraudulent transfer of estate property worth approximately $300,000. Without knowledge of this transfer, Trustee would be unable to pursue a fraudulent transfer action to recover up to $300,000 for the benefit of the estate and its creditors.

67.     Fourth, Defendant states in the schedules that she has an unexpired ground lease with Defendant when one does not exist.[8]

68.     Fifth, at her 341(a) meeting of creditors, Defendant stated that JSC and Defendant are the same and not legally distinct entities. Yet, Debtor provided alleged loan documents between herself, JSC and JP as if all were distinct legal entities. Moreover, the date on the public notary page has been removed and there are no dates or signatures on these documents.[9]

69.     Debtor made the foregoing omissions and false oaths knowingly by acting deliberately and consciously. Debtor deliberately and consciously signed the schedules and statement of financial affairs knowing that the information provided was not completely true and correct. Thereafter, at her 11 U.S.C. § 341(a) meeting of creditors, Debtor testified under penalty of perjury that there were no inaccuracies in her schedules or statement of financial affairs. This supports a finding that Debtor acted knowingly in making the omissions and false oaths.

70.     Accordingly, Debtor is not entitled to a discharge pursuant to 11 U.S.C. § 727(a)(4).

/ / /

_____

[8] Allegedly involving Tract 10542, Unit 4, Lot 376 16222 Monterey Lane. There is no ground lease on the MHP. There is a ground lease between BS Investors and Defendant for the condominium complex known as the HB Gables Tract 10542.
[9] Interestingly, the notary page references "Anthony Calderon" which Plaintiff believes was Defendant's ex-husband's boss who transferred JP to Defendant in 2018. Further Plaintiff believes that the signature appears to be a "copy paste" from a Secretary of State Filing.

11

FIRST AMENDED COMPLAINT

**Fifth Claim for Relief**

**Objection to Debtor's Discharge**

**[11 U.S.C. § 727(a)(5)]**

71.     Plaintiff realleges and incorporates herein by this reference, the allegations contained in Paragraphs 1 through 66 inclusive, as though fully set forth herein.

72.     Defendant has failed to explain satisfactorily the purchase and series of transfers involving the Premises, including but not limited to the circumstances surrounding the alleged loan of $225,000 between JP, JSC, and Defendant for the purchase of the mobilehome located on the Premises.

73.     Defendant has failed to explain satisfactorily, namely produce any documentation, evidencing that there exists any lease agreement – ground or otherwise - between Defendant and Plaintiff.

74.     Defendant has been unable to explain how much she sold 4476 Alderport for and where the proceeds went, including any agreements between herself and the subsequent purchaser.

75.     As a result of her failure to explain satisfactorily material issues related to the Premises, any lease or purchase agreements, Debtor should be denied a discharge pursuant to 11 U.S.C. § 727(a)(5).

**ON THE FIRST CLAIM FOR RELIEF**

1.     For a determination that all amounts owed to Plaintiff under the Judgment be excepted from discharge pursuant to 11 U.S.C. § 523(a)(2)(A);

**ON THE SECOND CLAIM FOR RELIEF**

2.     For a determination that all amounts owed to Plaintiff under the Judgment be excepted from discharge pursuant to 11 U.S.C. § 523(a)(6);

**ON THE THIRD CLAIM FOR RELIEF**

3.     For a determination that Debtor should be denied a discharge pursuant to 11 U.S.C. § 727(a)(2);

FIRST AMENDED COMPLAINT

4842-2871-2959,v.1

1    **ON THE FOURTH CLAIM FOR RELIEF**

2        4.      For a determination that Debtor should be denied a discharge pursuant to 11 U.S.C.

3    § 727(a)(4);

4    **ON THE FIFTH CLAIM FOR RELIEF**

5        5.      For a determination that Debtor should be denied a discharge pursuant to 11 U.S.C.

6    § 727(a)(5);

7    **ON ALL CLAIMS FOR RELIEF**

8        6.      For costs of suit incurred, including attorneys' fees as provided by applicable case

9    law, statute, and/or agreement of the parties; and

10        7.      For such other relief as the Court deems just and proper.

11

12   DATED: October 22, 2021              MARSHACK HAYS LLP

13

14                                 By: */s/ Laila Masud*
                                        D. EDWARD HAYS
15                                       LAILA MASUD
                                        Attorneys for Plaintiff,
16                                       HOUSER BROS. CO. dba RANCHO DEL REY
                                        MOBILE HOME ESTATES
17

18

19

20

21

22

23

24

25

26

27

28

---

13

FIRST AMENDED COMPLAINT

4842-2871-2959,v.1

**EXHIBIT 1**

1    ELAINE B. ALSTON, Bar No. 134139,
     VIVIENNE J. ALSTON, Bar No. 170746
2    Members of
     **ALSTON, ALSTON & DIEBOLD**
3      Attorneys at Law
     27201 Puerta Real, Suite 300
4    Mission Viejo, California 92691
     (714) 556-9400 – FAX (714) 556-9500
5
   Attorney for Plaintiff
6

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**01/02/2019** at 08:00:00 AM

Clerk of the Superior Court
By Diana Cuevas, Deputy Clerk

7

8                  SUPERIOR COURT, STATE OF CALIFORNIA

9                       COUNTY OF ORANGE,

10

11    HOUSER BROS. CO., a California limited
     partnership dba RANCHO DEL REY MOBILE
12    HOME ESTATES

13            Plaintiff,

14        vs.

15    JAMIE GALLIAN AND ALL OTHER
     OCCUPANTS AND PERSONS IN POSSESSION
16    WITHOUT A SIGNED LEASE AGREEMENT,
     and DOES 1 to 10, inclusive,

17            Defendant

18

Case No.: 30-2019-01041423-CL-UD-CJC

**COMPLAINT FOR FORCIBLE ENTRY/
DETAINER (MOBILEHOME PARK)**

[CIVIL CODE §798.75 AND CODE OF
CIVIL PROCEDURE §§1159, et seq.]

**DOES NOT EXCEED $10,000.00**

19    COMES NOW, the Plaintiff herein, and alleges as follows:

20        1.     Plaintiff, HOUSER BROS. CO., a California limited partnership doing business in the

21    County of Orange State of California, under the fictitious name of RANCHO DEL REY MOBILE

22    HOME ESTATES.  Plaintiff has filed the statements and published the notices required by §§17900, et

23    seq., of the Business and Professions Code.

24        2.     Defendants, JAMIE GALLIAN AND ALL OTHER OCCUPANTS AND PERSONS

25    IN POSSESSION WITHOUT A SIGNED LEASE AGREEMENT, are individuals residing in the City

26    of Huntington Beach, County of Orange State of California

27        3.     The true names and capacities of Defendants sued herein as DOES 1 through 10,

28    inclusive, whether individual, corporate, associate or otherwise, are unknown to Plaintiff, who

1

**COMPLAINT FOR FORCIBLE ENTRY/DETAINER**

EXHIBIT 1, PAGE 14

1    therefore sues said Defendants by said fictitious names.  Plaintiff will amend this Complaint to insert

2    said Defendants' true names and capacities when the same have been ascertained.

3         4.    The premises which are the subject of this action are located in the judicial district in

4    which this action is brought.  Said premises are situated at 16222 Monterey Lane. Space 376,

5    Huntington Beach, California 92647 (the "Premises").

6         5.    Plaintiff is the owner of said Premises and has a superior right to possession thereof.

7         6.    Defendants entered into possession of the subject Premises without the consent of

8    Plaintiff.  No rental agreement has been entered into between Plaintiff and Defendants. Defendant's

9    application was denied due to her poor financial condition.  Defendant also made a material falsehood

10   on her application, and her prior conduct indicates she will not comply with the Rules and Regulations

11   governing the mobilehome park.

12        7.    Due to the failure of Defendants to execute a rental agreement prior to taking possession

13   of the Premises, Defendants have no right of tenancy and are unlawful occupants within the meaning of

14   Civil Code §798.75.

15        8.    On or about December 11, 2018 Plaintiff caused to be served on Defendants a Five (5)

16   Day Notice to Quit Premises.  A copy of said Notice is attached hereto as Exhibit "1" and incorporated

17   herein by this reference.

18        9.    Defendants remain in possession of the subject Premises as of this date, and said

19   possession is without Plaintiff's consent.

20        10.   Defendants continue in willful, malicious, obstinate and/or intentional possession of said

21   Premises without Plaintiff's consent and refuse to surrender possession of same to Plaintiff.

22        11.   The reasonable rental value of the Premises is at least Thirty-Six Dollars and Twenty

23   Cents ($36.20) per day, and damages caused by Defendants' forcible detention will accrue at said rate so

24   long as Defendants' mobilehome remains in possession of said Premises.

25        12.   The reasonable value of utilities consumed is the amount evidenced by the meters

26   installed on the Premises, and damages caused by Defendants' forcible detention will accrue at said

27   rates so long as Defendants' mobilehome remains in possession of the said Premises.

28

2

**COMPLAINT FOR FORCIBLE ENTRY/DETAINER**

13.     The reasonable value for trash removal and sewage charges are the amounts charged by the suppliers for these services, and damages caused by Defendants' forcible detention will accrue at said rate so long as Defendants, or any of them, remain in possession of said premises.

14.     California Civil Code §798.85 states as follows:

> "In any action arising out of the provisions of this chapter the prevailing party shall be entitled to reasonable attorneys' fees and costs."

15.     Plaintiff has been compelled to commence this action for recovery of possession of said Premises and for default in payment of rent and utilities, and Plaintiff has thereby incurred and been required to expend money for attorneys' fees.

16.     Plaintiff has been compelled to commence this action for recovery of possession of said Premises and for default in payment of rent, utilities and other charges, and to otherwise enforce Plaintiff's rights under Exhibit "1," and Plaintiff has thereby incurred and been required to expend money for attorneys' fees.

WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:

(1)     For restitution of said Premises;

(2)     For damages at the rate of Thirty-Six Dollars and Twenty Cents ($36.20) per day as a reasonable rental value of the Premises from and after the date Defendants went into possession according to proof, and until judgment and for so long as Defendants, or any of them, continue to occupy said Premises;

(3)     For actual consumption of utilities commencing from and after the date Defendants went into possession according to proof, and until judgment and for so long as Defendants, or any of them, continue in possession of said Premises;

(4)     For treble the amount above;

(5)     For attorneys' fees incurred herein;

(6)     For costs of suit incurred herein;

(7)     For interest at the legal rate on judgment; and

3

**COMPLAINT FOR FORCIBLE ENTRY/DETAINER**

0049

EXHIBIT 1, PAGE 16

(8)     For such other and further relief as the Court may deem just and proper, except that

Plaintiff remits all damages in excess of the jurisdiction of this Court.

DATED: December __18__, 2018          By:   

Vivienne J. Alston
Attorney for Plaintiff

4

**COMPLAINT FOR FORCIBLE ENTRY/DETAINER**

EXHIBIT 1, PAGE 17

**EXHIBIT 1**

EXHIBIT 1, PAGE 18

ELAINE B. ALSTON
VIVIENNE J. ALSTON
DONALD A. DIEBOLD

## ALSTON, ALSTON & DIEBOLD

TELEPHONE (714) 556-9400
FACSIMILE (714) 556-9500

27201 PUERTA REAL
SUITE 300
MISSION VIEJO, CALIFORNIA 92691

OUR FILE NO:  1510.

December 10, 2018

### FIVE (5) DAY DEMAND
### FOR SURRENDER OF POSSESSION OF SITE

To:   Jamie Gallian and All Unlawful Occupants and Persons in Possession Without a Signed Rental
Agreement ("Occupants"):

NOTICE IS HEREBY GIVEN that management of the mobilehome park commonly known as:

Rancho Del Rey
16222 Monterey Lane
Huntington Beach, CA 92649
(referred to as "Park" herein)

HEREBY DEMANDS that the Occupants named above, and each of them, quit the premises in the Park and
surrender possession thereof commonly described as:

Space 376
(referred to as "site" herein)

WITHIN FIVE (5) DAYS FROM AND AFTER SERVICE OF THIS NOTICE, and that said surrender of the
mobilehome site be made to the park manager(s), who is authorized to receive the same on behalf of the
management.

Civil Code Section 798.75 authorizes forcible detainer proceedings against any occupant of a mobilehome park
who does not have rights of tenancy and is not otherwise entitled to occupy the premises, upon failure of the
occupants to quit the premises within five (5) days after service of a demand for surrender of the site.

This notice is served with reference to the following facts, inter alia, upon which said demand is now hereby made:

That you have actual and physical possession of the site, without permission from park management, and without
right or authority under a rental agreement or otherwise. Based upon the foregoing facts, management is authorized
to pursue its legal remedies to obtain possession of the site from all such Occupants having no right of tenancy or
possession.

EXHIBIT 1, PAGE 19

J Gallian
and All Unlawful Occupants
December 10, 2018
Page 2

**THIS NOTICE IS INTENDED AS A FIVE (5) DAY DEMAND TO SURRENDER POSSESSION AND NOTICE TO QUIT AS PER <u>CIVIL CODE</u> SECTION 798.75. SHOULD YOU FAIL TO QUIT AND SURRENDER POSSESSION AS HEREBY DEMANDED, LEGAL PROCEEDINGS SHALL BE INSTITUTED FOR RESTITUTION OF POSSESSION OF THE PREMISES, REASONABLE RENTAL VALUE, DAMAGES INCIDENTAL TO OCCUPANTS WRONGFUL UNLAWFUL OCCUPATION OF THE SITE, AND ATTORNEYS' FEES AND COSTS, AND STATUTORY DAMAGES.**

ALSTON, ALSTON & DIEBOLD

Dated: December 10, 2018

By: _____
VIVIENNE J. ALSTON
Authorized Agent for Owner

cc:    Client
       Park Manager

0053

EXHIBIT 1, PAGE 20

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Vivienne J. Alston SBN 170746<br>ALSTON, ALSTON & DIEBOLD<br>27201 Puerta Real ste 300<br>Mission Viejo, CA 92691<br>ATTORNEY FOR  Plaintiff | (714) 556-9400 | |

| SHORT TITLE OF CASE:<br>Rancho Del Rey v. Gallian, Jamie | |
|---|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>Not Applicable |
|---|---|---|---|

| **Declaration of Service of Notice to Tenant** | Ref. No. or File No:<br>1510 |
|---|---|

I, the undersigned, declare that I served the tenant with the: **Five (5) Day Demand for Surrender of Possessin of site.:**

Constructive Service

After unsuccessfully attempting to personally serve said Notice(s) on each of the named parties on **12/11/2018** at **05:39 PM**, I completed service by serving said notice(s) as authorized by C.C.P. Section 1162 (2,3). In the manner set forth below.

To: **Jamie Gallian**

On: **12/11/2018**        At: **05:39 PM**

**By posting** a copy for each tenant in a conspicuous place on the property therein described, there being no person of suitable age or discretion to be found at the property where situated, **and mailing** a copy to said tenant(s) by depositing said copies in the United States Mail in a sealed envelope with postage fully prepaid, addressed to the tenant  on **12/11/2018** from **Garden Grove** at the address where served: **16222 Monterey Lane 376  Huntington Beach, CA 92649**

Person Who served papers:
  a. Name: **Cesar Gonzalez**
  b. Address: **840 N. Birch St, Santa Ana, CA 92701**
  c. Telephone number: **714-953-9451**
  d. **The fee** for this service was: **129.50**
  e. I am:
  (3) [X] a registered California process server:
     (i) [X] Independent Contractor
     (ii) Registration No.: **2729**
     (iii) County: **Orange**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



JANNEY & JANNEY
LEGAL SUPPORT SERVICE

**Cesar Gonzalez**          Date: **12/12/2018**

EXHIBIT 1, PAGE 21

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Vivienne J. Alston SBN 170746<br>ALSTON, ALSTON & DIEBOLD<br>27201 Puerta Real ste 300<br>Mission Viejo, CA 92691<br>ATTORNEY FOR **Plaintiff** | (714) 556-9400 | |

| SHORT TITLE OF CASE:<br>Rancho Del Rey v. Gallian, Jamie | | | |
|---|---|---|---|
| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>Not Applicable |
| **Declaration of Service of Notice to Tenant** | | | Ref. No. or File No:<br>1510 |

I, the undersigned, declare that I served the tenant with the: **Five (5) Day Demand for Surrender of Possessin of site.;**

Constructive Service

After unsuccessfully attempting to personally serve said Notice(s) on each of the named parties on **12/11/2018** at **05:39 PM**, I completed service by serving said notice(s) as authorized by C.C.P. Section 1162 (2,3). In the manner set forth below.

To: **All Other Occupants**

On: **12/11/2018**     At: **05:39 PM**

**By posting** a copy for each tenant in a conspicuous place on the property therein described, there being no person of suitable age or discretion to be found at the property where situated, **and mailing** a copy to said tenant(s) by depositing said copies in the United States Mail in a sealed envelope with postage fully prepaid, addressed to the tenant on **12/11/2018** from **Garden Grove** at the address where served: **16222 Monterey Lane 376  Huntington Beach, CA 92649**

Person Who served papers:
a. Name: **Cesar Gonzalez**
b. Address: **840 N. Birch St, Santa Ana, CA 92701**
c. Telephone number: **714-953-9451**
d. **The fee for this service was: 39.50**
e. I am:
(3) [X] a registered California process server:
    (i) [X] Independent Contractor
    (ii) Registration No.: **2729**
    (iii) County: **Orange**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



**Cesar Gonzalez**          Date: **12/12/2018**

Declaration of Service of Notice to Tenant                    Invoice #: 2305520-02

EXHIBIT 1, PAGE 22

## VERIFICATION

**STATE OF CALIFORNIA, COUNTY OF** ORANGE

I have read the foregoing COMPLAINT

_____ and know its contents.

☐ **CHECK APPLICABLE PARAGRAPHS**

☐ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☒ I am ☐ an Officer ☒ a partner _____ ☐ a _____ of HOUSER BROS CO.

a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. ☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. ☒ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

☐ I am one of the attorneys for _____

a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on  December 19 , 2018 , at HUNTINGTON BEACH , California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Christopher C Houser_
Type or Print Name                                                    Signature

### PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

**STATE OF CALIFORNIA, COUNTY OF**

I am employed in the county of _____ , State of California.

I am over the age of 18 and not a party to the within action; my business address is: _____

On. _____ I served the foregoing document described as _____

_____

_____ on _____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

☐ by placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows:

☐ **BY MAIL**

☐ *I deposited such envelope in the mail at _____ , California.
The envelope was mailed with postage thereon fully prepaid.

☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on _____ , at _____ , California.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

Executed on _____ , at _____ , California.

☐ (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____                _____
Type or Print Name                                                    Signature
                                                                                    *(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN
                                                                                    MAIL SLOT, BOX, OR BAG)
                                                                                    **(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal
Solutions
Plus                          Rev. 7/99

EXHIBIT 1, PAGE 23

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): FIRST AMENDED COMPLAINT TO
(1) DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §§ 523 (a)(2)(A) and (a)(6);
(2) DENY DISCHARGE PURSUANT TO 11 U.S.C. §§ 727(a)(2)(A), (a)(4), and (a)(5) will be served or was served **(a)** on
the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
**October 22, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

- **Jeffrey I Golden (TR)**   lwerner@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com
- **D Edward Hays**   ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.court
  drive.com
- **Laila Masud**   lmasud@marshackhays.com, lmasud@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 22, 2021**, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.
Honorable Erithe A. Smith
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 22, 2021   Layla Buchanan | /s/ Layla Buchanan |
|---|---|
| Date    Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

EXHIBIT 3



1   Janine Jasso
    P.O. Box 370161
2   El Paso, TX 79937
    E-Mail: j9_jasso@yahoo.com
3   Plaintiff, IN PRO PER

```
FILED

MAY 26 2022

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk
```

4

5

6

7

8                    **UNITED STATES BANKRUPTCY COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

10

11   In Re: JAMIE LYNN GALLIAN          **CASE NO. 8:21-bk-11710-ES**

12   _____           **Chapter 7**

13   JANINE JASSO, an individual,       **Adversary No. 8:21-ap-01096-ES**

14            Plaintiff,

15       v.                             **MOTION CONFIRMING THAT NO STAY
                                        IS IN EFFECT FOR CRIMINAL
16   JAMIE LYNN GALLIAN, an individual; J-   RESTITUTION CASE, OR, IF AN
     PAD, LLC, a California Limited Liability   AUTOMATIC STAY EXISTS, THEN FOR
17   Company, J-Sandcastle Co LLC, a        RELIEF FROM STAY; MEMORANDUM
     California Limited Liability Company, and   OF POINTS AND AUTHORITIES;
18   DOES 1 through 100, inclusive,      DECLARATION OF JANINE JASSO IN
                                        SUPPORT THEREOF; PROPOSED
19            Defendants.               ORDER**

20

21                                      Hearing: June 16, 2022
                                        Time: 10:00 a.m.
22                                      Courtroom:5A
                                        Location 411 W Fourth St., Santa Ana, CA
23                                      92701
                                        Pretrial Conference: July 14, 2022
24                                      Hon. Judge Erithe A. Smith

25

26

27

28
                                        1
     MOTION TO CONFIRM NO STAY IS IN EFFECT OR RELIEF FROM AUTOMATIC STAY

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 60 of 374   Page ID #:5571
Case 8:21-bk-11710-SC   Doc 101-1   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
2 of 4 Motion   Page 54 of 71

# EXHIBIT C

Date: 8/21/2019 Time: 7:42:27 PM (US Central Time) Scanned From IP:10.166.162.9

## BANK OF AMERICA

**Business Signature Card
with Substitute Form W-9**

BANK OF AMERICA, N.A. (THE "BANK")

**Account Number:** 3251 3015 1274

**Account Type:** [X] Checking        [ ] Savings        [ ] Certificate of Deposit

**Account Title:** J-PAD, LLC

---

**Legal Designation**

[ ] Individual Owner/Sole Proprietor/Single Member LLC    [ ] C Corporation   [ ] S Corporation   [ ] Trust/Estate

[ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

[X] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) M

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals;     Exempt payee code (if any) _____
see IRS instructions for Form W-9)                                       Exemption from FATCA reporting code (if any) _____
(Applies to accounts maintained outside the U.S.)

Employer Identification Number 82-4203776        (or)  Social Security Number _____

---

**By signing below, I/we acknowledge, agree and consent:**

- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9: Certification – Under penalties of perjury, I certify that:**

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9.)

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

---

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| JAMIE LYNN GALLIAN | MANAGING MEMBER |  | 8/16/19 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

---

00-14-9297M 11-2018        Associate Name: Chamitha De Silva        Bank Number: 313
NCA                        Financial Center: HUNTINGTON-HARBOUR        Date: 08/16/2019
© 2018 Bank of America, N.A. All Rights Reserved

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 62 of 374   Page ID #:5573
Case 8:21-bk-11710-SC   Doc 101-1   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
2 of 4 Motion   Page 56 of 71

# CHASE ○

**Business Signature Card**

**ACCOUNT TITLE ("DEPOSITOR")**
J-SANDCASTLE CO, LLC
DBA ORANGE CO GABLES PROPERTY

**BUSINESS ADDRESS**
8792 PINON DR
HUNTINGTON BEACH, CA 92646-4926
United States/US Territories

**ACCOUNT NUMBER** 351897460
**ACCOUNT TYPE** Chase Total Business Checking
**TAXPAYER ID NUMBER** 83-2453699
**DATE OPENED** 11/07/2018
**FORM OF BUSINESS** Limited Liability Company - Manager Managed (LLC)
**ISSUED BY** JPMorgan Chase Bank, N.A ( PD )
Edinger - 7A0842
JONKE AGUILAR
(714) 596-6792
11/07/2018

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | 2014Z5610063 | CA | 12/18/2012 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| Assumed Name ID | 20166528513 | Orange County | 11/07/2018 | 11/07/2023 |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the 'Bank'). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and, (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|
| 1) JAMIE LYNN CALLIAN | **(714) 321-3449 | 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 | Manager | 11-7-18 | |
| 2) | | | | | |
| 3) | | | | | |
| 4) | | | | | |

Page 1 of 1

N109641-10-08(1994 ed.)

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 63 of 374   Page ID #:5574
Case 8:21-bk-11710-SC   Doc 101-1   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
2 of 4 Motion   Page 57 of 71

# EXHIBIT D

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 64 of 374   Page ID #:5575
Case 8:21-bk-11710-SC    Doc 101-1    Filed 05/26/22    Entered 05/27/22 09:41:34    Desc
2 of 4 Motion    Page 58 of 71

**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

October 31, 2018 through November 30, 2018
Account Number:   000000339960185

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00070059 DRE 703 141 30518 NNNNNNNNNNN T 1 000000000 65 0000
JAMIE L GALLIAN
5782 PINON DR
HUNTINGTON BEACH CA 92649-4926



**We updated our Deposit Account and Wire Transfer Agreements**

The following changes were made November 11, 2018:

- We published an updated version of our Deposit Account Agreement. You can get the latest agreement at chase.com/disclosures, at a branch or by request when you call us. Here's what you should know:
   - We added a section to describe our new Autosave feature, which allows you to make automatic transfers from your checking account to your savings account. (New section in General Account Terms, Section B. Autosave feature)
   - We no longer charge an Extended Overdraft Fee. (General Account Terms, Section C, Insufficient Funds and Returned Item fees)
   - We added an address for reporting a dispute if you believe we provided incomplete or inaccurate information about your account to a consumer reporting agency. (New section in General Account Terms, Section I, Disputing information reported to a consumer reporting agency)

- We updated our Wire Transfer Agreement, here's what you should know:
   - You will still receive email notifications on the status of your wire transfer. However, we added that if we're unable to send an email due to system failures or outages, it's your responsibility to monitor your account for the status of your wire transfer.
   - We clarified that you should expect your foreign exchange rate to be less favorable than rates quoted online or in publications.

Please call us at the number at the top of this statement if you have any questions.

**We want to remind you about the overdraft service options that are available for your personal checking account(s)**

We've included information on the last page of this statement to remind you about our overdraft services and associated fees. You can find more information about these services and ways to avoid overdraft fees at chase.com/overdraft-services.

If you have questions, please call us anytime at the number on your statement.

Page 1 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 65 of 374   Page ID #:5576
Case 8:21-bk-11710-SC   Doc 101-1   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
2 of 4 Motion   Page 59 of 71

**CHASE PRIVATE CLIENT**

October 31, 2018 through November 30, 2018

Account Number:   000000339960186

## CHECKING SUMMARY

Chase Private Client Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $0.00 |
| Deposits and Additions | 555,000.30 |
| Electronic Withdrawals | -205,000.00 |
| Other Withdrawals | -350,000.07 |
| Ending Balance | $0.23 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.30 |
| Interest Paid Year-to-Date | $0.30 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $0.00 |
| 11/01 | Online Transfer From Sav ...7891 Transaction#: 7626925536 | 225,000.00 | 225,000.00 |
| 11/02 | Online Transfer From Sav ...7891 Transaction#: 7626942322 | 130,000.00 | 355,000.00 |
| 11/02 | 11/02 Online Domestic Wire Transfer Via: Univ Fcu Austin/314977405 A/C: Brian David Till Milwaukee WI 53202 US Ref: Please Confirm Upon Receipt/Bnf/Please Email On Receipt of Funds Imad: 1102B1Qgc03C001721 Trn: 3053100306Es | -130,000.00 | 225,000.00 |
| 11/02 | 11/02 Online Domestic Wire Transfer Via: Univ Fcu Austin/314977405 A/C: Brian David Till Milwaukee WI 53202 US Ref: Please Confirm Upon Receipt/Bnf/Please Email On Receipt of Funds Imad: 1102B1Qgc03C005049 Trn: 6141300306Es | -70,000.00 | 155,000.00 |
| 11/05 | Fedwire Credit Via: University Federal Credit Union/314977405 B/O: Brian Till Milwaukee, WI 53202-6048 Ref: Chase Nyc/Ctr/Bnf=Jamie L Gallian Huntington Beach, CA 92649-4926/Ac-00 0000003399 Rfb=O/B Unw Fcu Aus Obi =Mistaken Transfer Imad: 1105Qmgft005000974 Trn: 3928709309Fl | 200,000.00 | 355,000.00 |
| 11/05 | 11/03 Withdrawal | -155,000.00 | 200,000.00 |
| 11/06 | 11/06 Online Domestic Wire Transfer Via: F121000358/121000358 A/C: Sumac Apartment LLC Huntington Beach CA 92648 US Ref./Time/07:25 Imad: 1106B1Qgc01C001926 Trn: 3144600310Es | -3,400.00 | 196,600.00 |
| 11/07 | 11/07 Withdrawal | -175,000.00 | 21,600.00 |
| 11/08 | 11/08 Chase Account Opening | -1,600.00 | 20,000.00 |
| 11/08 | 11/08 Withdrawal | -20,000.00 | 0.00 |
| 11/30 | Interest Payment | 0.30 | 0.30 |
| 11/30 | Federal Interest Withheld | -0.07 | 0.23 |
| | Ending Balance | | $0.23 |

Page 2 of 4

318

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 66 of 374   Page ID #:5577
Case 8:21-bk-11710-SC   Doc 101-1   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
2 of 4 Motion   Page 60 of 71

**CHASE PRIVATE CLIENT**

October 31, 2018 through November 30, 2018

Account Number: 000000339960186



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
* Your name and account number
* The dollar amount of the suspected error
* A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

**JPMorgan Chase Bank, N.A. Member FDIC**

Page 3 of 4

Case 8:23-cv-00961-WLH  Document 23  Filed 09/29/23  Page 67 of 374  Page ID #:5578
Case 8:21-bk-11710-SC  Doc 101-1  Filed 05/26/22  Entered 05/27/22 09:41:34  Desc
2 of 4 Motion  Page 61 of 71

**O**

**CHASE PRIVATE CLIENT**

October 31, 2018 through November 30, 2018

Account Number:  000000339960186

### Overdraft and Overdraft Fee Information for Your Chase Checking Account

**What You Need to Know About Overdrafts and Overdraft Fees**

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We can cover your overdrafts in two different ways:

1. We have standard overdraft practices that come with your account.
2. We also offer overdraft protection through a link to a Chase savings account, which may be less expensive than our standard overdraft practices. You can contact us to learn more.

This notice explains our standard overdraft practices

- **What are the standard overdraft practices that come with my account?**

  We do authorize and pay overdrafts for the following types of transactions:

  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions

  We do not authorize and pay overdrafts for the following types of transactions, unless you ask us to

  (see below):

  - Everyday debit card transactions

  We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize and pay any type of transaction. If we do not authorize and pay an overdraft, your transaction will be declined.

- **What fees will I be charged if Chase pays my overdraft?**

  Under our standard overdraft practices:

  - If we pay an item, we'll charge you a $34 Insufficient Funds Fee per item. This fee is not charged if your account balance at the  end of the business day is overdrawn by $5 or less, or for items that are $5 or less.
  - We won't charge more than three Insufficient Funds Fees per day, for a total of $102.

- **We waive fees for some account types:**

  - For Chase Sapphire[SM] Checking accounts, we waive the Insufficient Funds and Returned Item fees if you've had four or fewer Insufficient Funds or Returned Item occurrences in the past 12 months.
  - For Chase Private Client Checking[SM] accounts, we waive the Chase overdraft fees.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**

  If you or a joint account owner would like to change your selection, sign in to chase.com to update your account settings, or call us anytime at 1-800-935-9935 (or collect at 1-713-262-1679 if outside the U.S.), or visit a Chase branch.

Page 4 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 68 of 374   Page ID #:5579
Case 8:21-bk-11710-SC   Doc 101-1   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
2 of 4 Motion   Page 62 of 71

**CHASE ⬤**　　**WITHDRAWAL**

CHECKING ☑
SAVINGS ☐
CHASE LIQUID ☐

Today's Date: 11-3-18　Customer Name (Please Print): JAMIE　GALLIAN

If Purchasing a Cashier's Check Provide Payee Name

Jamie Gallian

Customer Signature

▼ Start your account number here

3 3 9 9 6 0 1 8 6　　TOTAL $　1,55,000.—

⑈074370835⑈ ⑊50000⑈10⑈⑊

BATES PAGE - 0132
**321**

Case 8:23-cv-00961-WLH  Document 23  Filed 09/29/23  Page 69 of 374  Page ID #:5580
Case 8:21-bk-11710-SC  Doc 101-1  Filed 05/26/22  Entered 05/27/22 09:41:34  Desc
2 of 4 Motion  Page 63 of 71

**CHASE**    **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

**WITHDRAWAL**

Today's Date 11/7/18

Customer Name (Please Print) Jamie Gallian

R/T 500001017

If Purchasing a Cashier's Check Provide Payee Name

J Sandcastle Co LLC

M12007-CH (Rev. 10/15)  80087912  03/16

Customer Signature ☒ Jamie Gallian

♥ Start your account number here

339960186

TOTAL **$** 175000.00

⑆ 0744594241⑆ ⑈500001017⑈

BATES PAGE - 0133

**322**

0069

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 70 of 374   Page ID #:5581
Case 8:21-bk-11710-SC   Doc 101-1   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
2 of 4 Motion   Page 64 of 71

# EXHIBIT E

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 71 of 374   Page ID #:5582
Case 8:21-bk-11710-SC   Doc 101-1   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
2 of 4 Motion   Page 65 of 71

**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 31, 2018 through November 30, 2018
Account Number:   000000339960186

### CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | 1-888-994-5626 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00070093 DRE 703 141 33618 NNNNNNNNNNN T  1 000000000 66 0000
JAMIE L GALLIAN
5782 PINON DR
HUNTINGTON BEACH CA 92649-4926



**We updated our Deposit Account and Wire Transfer Agreements**

The following changes were made November 11, 2018:

- We published an updated version of our Deposit Account Agreement. You can get the latest agreement at chase.com/disclosures, at a branch or by request when you call us. Here's what you should know:
  - We added a section to describe our new Autosave feature, which allows you to make automatic transfers from your checking account to your savings account. (New section in General Account Terms, Section B, Autosave feature)
  - We no longer charge an Extended Overdraft Fee. (General Account Terms, Section C, Insufficient Funds and Returned Item fees)
  - We added an address for reporting a dispute if you believe we provided incomplete or inaccurate information about your account to a consumer reporting agency. (New section in General Account Terms, Section I, Disputing information reported to a consumer reporting agency)

- We updated our Wire Transfer Agreement, here's what you should know:
  - You will still receive email notifications on the status of your wire transfer. However, we added that if we're unable to send an email due to system failures or outages, it's your responsibility to monitor your account for the status of your wire transfer.
  - We clarified that you should expect your foreign exchange rate to be less favorable than rates quoted online or in publications

Please call us at the number at the top of this statement if you have any questions.

**We want to remind you about the overdraft service options that are available for your personal checking account(s)**

We've included information on the last page of this statement to remind you about our overdraft services and associated fees. You can find more information about these services and ways to avoid overdraft fees at chase.com/overdraft-services.

If you have questions, please call us anytime at the number on your statement.

Page 1 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 72 of 374   Page ID #:5583
Case 8:21-bk-11710-SC   Doc 101-1   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
2 of 4 Motion   Page 66 of 71

**CHASE PRIVATE CLIENT**

October 31, 2018 through November 30, 2018
Account Number:   000000339960185

## CHECKING SUMMARY | Chase Private Client Checking

|  | AMOUNT |
|---|---|
| Beginning Balance | $0.00 |
| Deposits and Additions | 555,000.30 |
| Electronic Withdrawals | -205,000.00 |
| Other Withdrawals | -350,000.07 |
| Ending Balance | $0.23 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.30 |
| Interest Paid Year-to-Date | $0.30 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $0.00 |
| 11/01 | Online Transfer From Sav ...7891 Transaction#: 7626925536 | 225,000.00 | 225,000.00 |
| 11/02 | Online Transfer From Sav ...7891 Transaction#: 7626942322 | 130,000.00 | 355,000.00 |
| 11/02 | 11/02 Online Domestic Wire Transfer Via: Univ Fcu Austin/314977405 A/C Brian David Till Milwaukee WI 53202 US Ref: Please Confirm Upon Receipt/Bnf/Please Email On Receipt of Funds Imad: 1102B1Qgc03C001721 Trn: 3053100306Es | -130,000.00 | 225,000.00 |
| 11/02 | 11/02 Online Domestic Wire Transfer Via: Univ Fcu Austin/314977405 A/C: Brian David Till Milwaukee WI 53202 US Ref: Please Confirm Upon Receipt/Bnf/Please Email On Receipt of Funds Imad: 1102B1Qgc03C005049 Trn: 6141300306Es | -70,000.00 | 155,000.00 |
| 11/05 | Fedwire Credit Via: University Federal Credit Union/314977405 B/O: Brian Till Milwaukee, WI 53202-6048 Ref: Chase Nyc/Ctr/Bnf=Jamie L Gallian Huntington Beach, CA 92649-4926/Ac-00 0000003399 Rfb=O/B Univ Fcu Aus Obi =Mistaken Transfer Imad: 1105Qmgft005000974 Trn: 3928709309Fl | 200,000.00 | 355,000.00 |
| 11/05 | 11:03 Withdrawal | -155,000.00 | 200,000.00 |
| 11/06 | 11/06 Online Domestic Wire Transfer Via: F121000358/121000358 A/C: Sumac Apartment LLC Huntington Beach CA 92648 US Ref:/Time/07:25 Imad: 1106B1Qgc01C001926 Trn: 3144600310Es | -3,400.00 | 196,600.00 |
| 11/07 | 11/07 Withdrawal | -175,000.00 | 21,600.00 |
| 11/08 | 11/08 Chase Account Opening | -1,600.00 | 20,000.00 |
| 11/08 | 11/08 Withdrawal | -20,000.00 | 0.00 |
| 11/30 | Interest Payment | 0.30 | 0.30 |
| 11/30 | Federal Interest Withheld | -0.07 | 0.23 |
|  | Ending Balance |  | $0.23 |

Page 2 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 73 of 374   Page ID #:5584
Case 8:21-bk-11710-SC   Doc 101-1   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
2 of 4 Motion   Page 67 of 71



**CHASE PRIVATE CLIENT**

October 31, 2018 through November 30, 2018

Account Number:   000000339960185



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

**JPMorgan Chase Bank, N.A. Member FDIC**

Page 3 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 74 of 374   Page ID #:5585
Case 8:21-bk-11710-SC   Doc 101-1   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
2 of 4 Motion   Page 68 of 71

**CHASE PRIVATE CLIENT**

October 31, 2018 through November 30, 2018
Account Number:   000000339950166

## Overdraft and Overdraft Fee Information for Your Chase Checking Account

**What You Need to Know About Overdrafts and Overdraft Fees**

An overdraft occurs when you do not have enough money in your account to cover a transaction, but we pay it anyway. We can cover your overdrafts in two different ways:

1. We have standard overdraft practices that come with your account.
2. We also offer overdraft protection through a link to a Chase savings account, which may be less expensive than our standard overdraft practices. You can contact us to learn more.

This notice explains our standard overdraft practices

- **What are the standard overdraft practices that come with my account?**

  We do authorize and pay overdrafts for the following types of transactions:
  - Checks and other transactions made using your checking account number
  - Recurring debit card transactions

  We do not authorize and pay overdrafts for the following types of transactions, unless you ask us to (see below):
  - Everyday debit card transactions

  We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize and pay any type of transaction. If we do not authorize and pay an overdraft, your transaction will be declined.

- **What fees will I be charged if Chase pays my overdraft?**

  Under our standard overdraft practices:
  - If we pay an item, we'll charge you a $34 Insufficient Funds Fee per item. This fee is not charged if your account balance at the end of the business day is overdrawn by $5 or less, or for items that are $5 or less.
  - We won't charge more than three Insufficient Funds Fees per day, for a total of $102.

- **We waive fees for some account types:**
  - For Chase Sapphire[SM] Checking accounts, we waive the Insufficient Funds and Returned Item fees if you've had four or fewer Insufficient Funds or Returned Item occurrences in the past 12 months.
  - For Chase Private Client Checking[SM] accounts, we waive the Chase overdraft fees.

- **What if I want Chase to authorize and pay overdrafts on my everyday debit card transactions?**

  If you or a joint account owner would like to change your selection, sign in to chase.com to update your account settings, or call us anytime at 1-800-935-9935 (or collect at 1-713-262-1679 if outside the U.S.), or visit a Chase branch.

Page 4 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 75 of 374   Page ID #:5586
Case 8:21-bk-11710-SC   Doc 101-1   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
2 of 4 Motion    Page 69 of 71

**CHASE O**          **WITHDRAWAL**

CHECKING ☒
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

Today's Date  11-3-18   Customer Name *(Please Print)*  JAMIE  GALLIAN

If Purchasing a Cashier's Check Provide Payee Name   Jamie Gallian

Customer Signature

▼ Start your account number here

3 3 99 60 186          TOTAL $   155,000.—

⑆0743708351⑆ ⑈500001017⑈

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 76 of 374   Page ID #:5587
Case 8:21-bk-11710-SC   Doc 101-1   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
2 of 4 Motion   Page 70 of 71

**CHASE**

**WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

Today's Date 11/7/18

Customer Name (Please Print)   Jamie Gallian

If Purchasing a Cashier's Check Provide Payee Name

J Sandcastle Co LLC

R/T 500001017

Customer Signature

♥ Start your account number here

339960186

TOTAL $   175000.00

⑆0744594241⑆ ⑈500001017⑈

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 77 of 374   Page ID #:5588
Case 8:21-bk-11710-SC   Doc 101-1   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
2 of 4 Motion   Page 71 of 71

**CHASE**   **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

WITHDRAWAL

Today's Date

Customer Name (Please Print)
Saine Gallian

If Purchasing a Cashier's Check Provide Payee Name
Saine Gallian

N13001-CH (Rev. 10/13)   80067912   2816

10×2—CC     X   (signature)

▼ Start your account number here

339960186     TOTAL $     20000.00

⑈0744594260⑈ ⑉500001017⑈

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 78 of 374   Page ID #:5589
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 1 of 81

# EXHIBIT F

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 79 of 374   Page ID #:5590
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 2 of 81



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 07, 2018 through November 30, 2018
Account Number:   000000351897860

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00052820 DRE 703 141 70518 NNNNNNNNNNN T T 000000000 84 0000
J-SANDCASTLE CO, LLC
DBA ORANGE CO GABLES PROPERTY
5782 PINON DR
HUNTINGTON BEACH CA 92649-4926



**We updated our Deposit Account and Wire Transfer Agreements**

The following changes were made November 11, 2018:

- We published an updated version of our Deposit Account Agreement. You can get the latest agreement at a branch or by request when you call us. Here's what you should know:
  - We no longer charge an Extended Overdraft Fee. (General Account Terms, Section C, Insufficient Funds and Returned Item fees)
  - We added an address for reporting a dispute if you believe we provided incomplete or inaccurate information about your account to a consumer reporting agency. (New section in General Account Terms, Section I, Disputing information reported to a consumer reporting agency)

- We updated our Wire Transfer Agreement, here's what you should know:
  - You will still receive email notifications on the status of your wire transfer. However, we added that if we're unable to send an email due to system failures or outages, it's your responsibility to monitor your account for the status of your wire transfer.
  - We clarified that you should expect your foreign exchange rate to be less favorable than rates quoted online or in publications.

Please call us at the number at the top of this statement if you have any questions.

| CHECKING SUMMARY | Chase Total Business Checking | |
|---|---|---|
| | INSTANCES | AMOUNT |
| Beginning Balance | | $0.00 |
| Deposits and Additions | 5 | 363,312.45 |
| Other Withdrawals | 3 | -353,743.07 |
| Fees | 1 | -11.97 |
| Ending Balance | 9 | $9,557.41 |

Page 1 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 80 of 374   Page ID #:5591
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 3 of 81

**CHASE ⬭**

November 07, 2018 through November 30, 2018

Account Number:    000000351897860

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|-------|
| 11/07 | Deposit    980092148 | | $175,000.00 |
| 11/16 | Deposit    1826359275 | | 170,000.00 |
| 11/16 | Transfer From Chk Xxxxxx5315 | | 500.00 |
| 11/19 | Deposit    1820844746 | | 10,000.00 |
| 11/26 | Deposit    1820844984 | | 7,812.45 |
| **Total Deposits and Additions** | | | **$363,312.45** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/08 | 11/08 Withdrawal | $175,000.00 |
| 11/16 | 11/16 Withdrawal | 170,000.00 |
| 11/19 | 11/17 Withdrawal | 8,743.07 |
| **Total Other Withdrawals** | | **$353,743.07** |

## FEES

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|-------|
| 11/14 | Check OR Supply  Order | PPD ID: 1410216800 | $11.97 |
| **Total Fees** | | | **$11.97** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 11/07 | $175,000.00 |
| 11/08 | 0.00 |
| 11/14 | -11.97 |
| 11/16 | 488.03 |
| 11/19 | 1,744.96 |
| 11/26 | 9,557.41 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 4 |
| Deposited Items | 19 |
| **Transaction Total** | **26** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

Page 2 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 81 of 374   Page ID #:5592
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 4 of 81

**CHASE** ◎

November 07, 2018 through November 30, 2018

Account Number:     000000351897860



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
* Your name and account number
* The dollar amount of the suspected error
* A description of the error or transfer you are unsure of, why you believe it is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable deposit account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 3 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 82 of 374   Page ID #:5593
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 5 of 81

**CHASE ○**

November 07, 2018 through November 30, 2018
Account Number:   000000351897860

This Page Intentionally Left Blank

Page 4 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 83 of 374   Page ID #:5594
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 6 of 81



Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 84 of 374   Page ID #:5595
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 7 of 81





1380473863

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 85 of 374   Page ID #:5596
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 8 of 81

CHASE ⬤     **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

WITHDRAWAL

Today's Date
11/8/18

Customer Name (Please Print)

Jamie Gallian
Jamie Gallian

If Purchasing a Cashier's Check Provide Payee Name

N13061-CH (Rev 10/15)   60267W2   02/18

CC =

Customer Signature
X _____

♥ Start your account number here

351 9057 860

TOTAL $   175 000.00

AMOUNT

⑈0744594262⑈ ⑆500001017⑆

1 × 0005
0)× 0004
4 × 00001

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 86 of 374   Page ID #:5597
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 9 of 81

# EXHIBIT G

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 87 of 374   Page ID #:5598
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 10 of 81

**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2019 through February 28, 2019
Primary Account: **000000339960186**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-888-994-5626** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00071953 DRE 703 141 05019 NNNNNNNNNNN 1  1 000000000 66 0000
JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BEACH CA 92649-2258



## CONSOLIDATED BALANCE SUMMARY



### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Private Client Checking | 000000339960186 | $1,024.64 | $114.64 |
| Chase Private Client Savings | 000003727597891 | 100.86 | 0.86 |
| Total | | $1,125.50 | $115.50 |

| | | | |
|---|---|---|---|
| **TOTAL ASSETS** | | **$1,125.50** | **$115.50** |

## CHASE PRIVATE CLIENT CHECKING

JAMIE L GALLIAN                                        Account Number: 000000339960186

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $1,024.64 |
| Deposits and Additions | 200.00 |
| Electronic Withdrawals | -1,110.00 |
| **Ending Balance** | **$114.64** |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.03 |

Interest paid in 2018 for account 000000339960186 was $0.30.

Page 1 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 88 of 374   Page ID #:5599
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 11 of 81

**CHASE PRIVATE CLIENT**

February 01, 2019 through February 28, 2019
Primary Account: 000000339960186

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | $1,024.64 |
| 02/06 | 02/05 Online Payment 7914356483 To Alliant Credit Union Credit Card | -500.00 | 524.54 |
| 02/06 | 02/05 Online Payment 7914357997 To Verizon Wireless | -100.00 | 424.64 |
| 02/11 | 02/09 Online Transfer To Chk ...5315 Transaction#: 7926540637 | -400.00 | 24.64 |
| 02/14 | Online Transfer From Sav ...7891 Transaction#: 7940788619 | 100.00 | 124.64 |
| 02/14 | Online Transfer From Chk ...5315 Transaction#: 7940789538 | 100.00 | 224.64 |
| 02/15 | 02/15 Online Payment 7914360737 To Capital One | -100.00 | 124.64 |
| 02/25 | 02/23 Online Transfer To Chk ...5315 Transaction#: 7968276090 | -10.00 | 114.64 |
| | Ending Balance | | $114.64 |


CHASE PRIVATE CLIENT SAVINGS

JAMIE L GALLIAN                                    Account Number: 000003727597891

## SAVINGS SUMMARY

| | AMOUNT |
|---|--------|
| Beginning Balance | $100.86 |
| Electronic Withdrawals | -100.00 |
| Ending Balance | $0.86 |
| Annual Percentage Yield Earned This Period | 0.00% |

Interest paid in 2018 for account 000003727597891 was $1.12.

The monthly service fee for this account was waived as an added feature of Chase Private Client Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | $100.86 |
| 02/14 | 02/14 Online Transfer To Chk ...0186 Transaction#: 7940788619 | -100.00 | 0.86 |
| | Ending Balance | | $0.86 |

You earned a higher interest rate on your Chase Private Client Savings account during this statement period because you had a qualifying Chase Private Client Checking account.

Page 2 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 89 of 374   Page ID #:5600
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 12 of 81



**CHASE PRIVATE CLIENT**

February 01, 2019 through February 28, 2019
Primary Account: 000000339960186



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

**JPMorgan Chase Bank, N.A. Member FDIC**

Page 3 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 90 of 374   Page ID #:5601
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 13 of 81

**CHASE PRIVATE CLIENT**

February 01, 2019 through February 28, 2019
Primary Account: 000000339960186

This Page Intentionally Left Blank

Page 4 of 4

340

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 91 of 374   Page ID #:5602
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 14 of 81

# EXHIBIT H

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 92 of 374   Page ID #:5603
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 15 of 81

**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

March 01, 2019 through March 29, 2019
Primary Account: 000000339960186

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00074134 DRE T03 141 03019 NNNNNNNNNN T  1 000000000 86 0000
JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BEACH CA 92649-2258



## We updated our disclosures

On March 17, 2019, we published an updated version of our Deposit Account Agreement and the document explaining our Additional Banking Services and Fees. You can get the latest agreements at chase.com/disclosures, at a branch or by request when you call us. Here's what you should know:

- We're using a payment network that supports real-time payments. When you send or receive a real-time payment, you confirm that you're not acting on the behalf of someone who is not a U.S. citizen or resident. (General Account Terms, Section I, Rules governing your account)

- We've reduced the Chase wire fee to send an international wire in a foreign currency to $5 per transfer when you use chase.com or the Chase Mobile® app. As a reminder, there is no Chase wire fee when your transfer is equal to $5,000 U.S. dollars or more. Also, there is never a Chase wire fee to send a wire from a Chase Premier Plus Checking<sup>SM</sup> with enhanced military benefits, Chase Sapphire<sup>SM</sup> Checking, or Chase Private Client Checking<sup>SM</sup> account.

Please call us at the number on this statement if you have any questions.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Private Client Checking | 000000339960186 | $114.64 | $122.36 |
| Chase Private Client Savings | 000003727597891 | 0.86 | 0.86 |
| Total | | $115.50 | $123.22 |
| | | | |
| **TOTAL ASSETS** | | **$115.50** | **$123.22** |

Page 1 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 93 of 374   Page ID #:5604
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 16 of 81



**CHASE PRIVATE CLIENT**

March 01, 2019 through March 29, 2019
Primary Account: 000000339960186

JAMIE L GALLIAN                                         Account Number: 000000339960186

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $114.64 |
| Deposits and Additions | 20,000.01 |
| ATM & Debit Card Withdrawals | -500.00 |
| Electronic Withdrawals | -5,492.29 |
| Other Withdrawals | -14,000.00 |
| Ending Balance | $122.36 |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.01 |
| Interest Paid Year-to-Date | $0.04 |

Interest paid in 2018 for account 000000339960186 was $0.30.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $114.64 |
| 03/08 | Deposit     1019494020 | 20,000.00 | 20,114.64 |
| 03/08 | 03/08 Withdrawal | -10,000.00 | 10,114.64 |
| 03/11 | 03/11 Online Payment 8021458428 To Capital One | -100.00 | 10,014.64 |
| 03/11 | 03/11 Online Payment 8021497463 To Verizon Wireless | -92.29 | 9,922.35 |
| 03/11 | 03/11 Withdrawal | -4,000.00 | 5,922.35 |
| 03/12 | ATM Withdrawal          03/12 16917 Algonquin St Huntington Be CA Card 5678 | -500.00 | 5,422.35 |
| 03/13 | 03/13 Online Transfer To Chk ...5315 Transaction#: 8028178127 | -5,000.00 | 422.35 |
| 03/15 | 03/15 Online Payment 7938359499 To Capital One | -100.00 | 322.35 |
| 03/19 | 03/19 Online Payment 7914361014 To Alliant Credit Union Credit Card | -200.00 | 122.35 |
| 03/29 | Interest Payment | 0.01 | 122.36 |
|  | Ending Balance |  | $122.36 |

Page 2 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 94 of 374   Page ID #:5605
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 17 of 81



**CHASE PRIVATE CLIENT**

March 01, 2019 through March 29, 2019
Primary Account: 000000339960186

JAMIE L GALLIAN

Account Number: 000003727597891

## SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $0.86 |
| Ending Balance | $0.86 |
| Annual Percentage Yield Earned This Period | 0.00% |

Interest paid in 2018 for account 000003727597891 was $1.12

The monthly service fee for this account was waived as an added feature of Chase Private Client Checking account.

You earned a higher interest rate on your Chase Private Client Savings account during this statement period because you had a qualifying Chase Private Client Checking account.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 3 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 95 of 374   Page ID #:5606
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 18 of 81

**CHASE PRIVATE CLIENT**

March 01, 2019 through March 29, 2019
Primary Account: 000000339960186

This Page Intentionally Left Blank

Page 4 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 96 of 374   Page ID #:5607
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 19 of 81

**CHASE** ●     **DEPOSIT/DEPÓSITO**

CHECKING/CHEQUES ☐
SAVINGS/AHORROS ☐
CHASE LIQUID ☐

R/T 500001020

Today's Date/Fecha
3/8/19

Customer Name (Please Print)/Nombre del cliente (en letra de molde)
Jamie Gallian

CASH/
EFECTIVO ▶

CHECK/
CHEQUE ▶

TOTAL FROM
OTHER SIDE/
TOTAL DEL REVERSO ▶

Sign Here (if cash is received from this deposit)/
Firme aquí (si recibe efectivo de este depósito)

X

413062-CH (Rev. 03/12)   90339685   11/15

SUBTOTAL ▶

LESS CASH/
MENOS EFECTIVO
RECIBIDO ▶

Start your account number here/
▼ Emplee su número de cuenta aquí

334960186

TOTAL $

10 000.00
10 000.00

20000.00

⑈101494020⑈ ⑆500001020⑉

JPMorganChaseBank 030805 740852 947020024934

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 97 of 374   Page ID #:5608
Case 8:21-bk-11710-SC    Doc 101-2    Filed 05/26/22    Entered 05/27/22 09:41:34    Desc
3 of 4 Motion    Page 20 of 81



Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 98 of 374   Page ID #:5609
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 21 of 81



Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 99 of 374   Page ID #:5610
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 22 of 81

# EXHIBIT I

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 100 of 374   Page ID #:5611
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 23 of 81

13804740222

**CHASE**
Remitter: JAMIE L GALLIAN

Pay To The   JAMIE L GALLIAN
Order Of:

Pay:   TEN THOUSAND
DOLLARS AND 00 CENTS

$** 10,000.00 **

Do not write outside this box

Memo:
Note: For information only. Comment has no effect on bank's payment.

Drawn: **JPMORGAN CHASE BANK, N.A.**

Sol Gindi, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

Date

⑆"⑆08524542 3⑆"  ⑆:⑆221000024:  ⑆"80600 2234"⑆

Alliant Credit Union
>271081528<
Device: Mobile
DIN: 70410000007049
Transaction Date:4/11/20
4/11/2019 3:08 PM

FOR INFORMATION CONCERNING THIS INSTRUMENT
CONTACT:
JPMORGAN CHASE BANK, N.A.
1-866-593-0356

0100

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 101 of 374   Page ID #:5612
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 24 of 81

# EXHIBIT J

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 102 of 374   Page ID #:5613
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 25 of 81

## CHASE ⬤

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 01, 2019 through May 31, 2019
Account Number:   000000351897860



00042008 DRE 703 141 15219 NNNNNNNNNNN T T 000000000 84 0000
J-SANDCASTLE CO, LLC
DBA ORANGE CO GABLES PROPERTY
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

---

## CHECKING SUMMARY

Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $18,546.53 |
| Deposits and Additions | 2 | 90,930.62 |
| Checks Paid | 1 | -10,000.00 |
| ATM & Debit Card Withdrawals | 7 | -2,042.12 |
| Other Withdrawals | 1 | -96,000.00 |
| Fees | 2 | -23.00 |
| Ending Balance | 13 | $1,412.03 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/13 | Deposit | 1871265347 | $88,743.07 |
| 05/15 | Deposit | 1871115430 | 2,187.55 |
| Total Deposits and Additions | | | $90,930.62 |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4500 ^ | | 05/03 | $10,000.00 |
| Total Checks Paid | | | $10,000.00 |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/06 | ATM Withdrawal | 05/04 16917 Algonquin St Huntington Be CA Card 2273 | $300.00 |
| 05/08 | Card Purchase With Pin | 05/08 St Joseph Room Service Orange CA Card 2273 | 8.00 |
| 05/10 | Card Purchase | 05/08 St Joseph Hospital of Orange CA Card 2273 | 500.00 |
| 05/10 | Card Purchase | 05/08 St Joseph Parking Orange CA Card 2273 | 9.00 |

Page 1 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 103 of 374   Page ID #:5614
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 26 of 81

**CHASE** ◯

May 01, 2019 through May 31, 2019
Account Number:   000000351897860

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/13 | Card Purchase          05/10 Filingservices 402-935-7733 FL Card 2273 | 39.00 |
| 05/13 | Card Purchase With Pin  05/11 Albertsons Store  08 Huntington Be CA Card 2273 | 86.12 |
| 05/23 | ATM Withdrawal          05/23 7830 Edinger Ave Huntington Be CA Card 2273 | 1,000.00 |
| **Total ATM & Debit Card Withdrawals** | | **$2,042.12** |

## ATM & DEBIT CARD SUMMARY

Jamia Lynn Gallian  Card 2273

|  |  |
|--|--|
| Total ATM Withdrawals & Debits | $1,300.00 |
| Total Card Purchases | $742.12 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

|  |  |
|--|--|
| Total ATM Withdrawals & Debits | $1,300.00 |
| Total Card Purchases | $742.12 |
| Total Card Deposits & Credits | $0.00 |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/13 | 05/13 Withdrawal | $96,000.00 |
| **Total Other Withdrawals** | | **$96,000.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/13 | Official Checks Charge | $8.00 |
| 05/31 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$23.00** |

You were charged a monthly service fee of $15.00 this period. You can avoid this fee in the future by maintaining a minimum daily balance of $1,500.00. Your minimum daily balance was $239.48.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 05/03 | $3,546.53 |
| 05/06 | 8,246.53 |
| 05/08 | 8,238.53 |
| 05/10 | 7,629.53 |
| 05/13 | 239.48 |
| 05/15 | 2,427.03 |
| 05/23 | 1,427.03 |
| 05/31 | 1,412.03 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 9 |
| Deposits / Credits | 2 |
| Deposited Items | 10 |
| **Transaction Total** | **21** |

Page 2 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 104 of 374   Page ID #:5615
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 27 of 81

**CHASE** ◯

May 01, 2019 through May 31, 2019
Account Number:   000000351897860

## SERVICE CHARGE SUMMARY   (continued)

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$15.00** |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error or why you need more information
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 3 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 105 of 374   Page ID #:5616
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion     Page 28 of 81

**CHASE**

May 01, 2019 through May 31, 2019
Account Number:   000000351897860

This Page Intentionally Left Blank

Page 4 of 4

**70**

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 106 of 374   Page ID #:5617
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion    Page 29 of 81

**CHASE ○**　　　　　　**DEPOSIT**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001020

Today's Date 5/13/19

Customer Name (Please Print)
Jamie G.

CASH ▶

CHECK ▶　　　88 743.07

TOTAL FROM
OTHER SIDE ▶

Sign Here (If cash is received from this deposit) --------------
X

SUBTOTAL ▶

N13093-OH (Rev. 07/12)  (X)270903  B019

CASH BACK ▶

▼ Start your account number here

351·897860

TOTAL $　　88743.07

⑈ 187 1265347 ⑈  ⑊ 50000 10 20 ⑊

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 107 of 374   Page ID #:5618
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 30 of 81



Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 108 of 374   Page ID #:5619
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 31 of 81



Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 109 of 374   Page ID #:5620
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 32 of 81



Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 110 of 374   Page ID #:5621
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 33 of 81



Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 111 of 374   Page ID #:5622
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 34 of 81



Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 112 of 374   Page ID #:5623
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 35 of 81



Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 113 of 374   Page ID #:5624
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 36 of 81



1380474031

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 114 of 374   Page ID #:5625
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 37 of 81



Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 115 of 374   Page ID #:5626
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 38 of 81



Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 116 of 374   Page ID #:5627
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 39 of 81

**CHASE ○**  **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

R/T 500001017

**WITHDRAWAL**

Today's Date  5/13/19   Customer Name *(Please Print)*   Jamie Gillian

If Purchasing a Cashier's Check Provide Payee Name   Fidelity

WT2001-CH (Rev. 10/15)   30031914   31/16

*Customer Signature*

▼ Start your account number here

351·89786·0

TOTAL $   96 000.00

⑆078310540811⑆ ⑈500001017⑈

BATES PAGE - 0180
0116

82

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 117 of 374   Page ID #:5628
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 40 of 81

# EXHIBIT K

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 118 of 374   Page ID #:5629
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 41 of 81



**INVESTMENT REPORT**
**July 1, 2019 - August 31, 2019**

Fidelity Rollover IRA JAMIE LYNN GALLIAN - ROLLOVER IRA -
FIDELITY MANAGEMENT TRUST CO - CUSTODIAN
▶ **Account Number: 169-638064**

Envelope # BHKKNPBBBFJNK

**Your Account Value:**                                    **$7,197.46**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPC 376            Change from Last Period:          ▼ $89,118.62
HUNTINGTN BCH CA 92649-2258

|                                      | This Period | Year-to-Date |
|--------------------------------------|-------------|--------------|
| **Beginning Account Value**          | $96,316.08  | $75.81       |
| Additions                            | -           | 96,000.00    |
| Subtractions                         | -89,373.62  | -89,373.62   |
| Change in Investment Value *         | 255.00      | 495.27       |
| **Ending Account Value ***           | $7,197.46   | $7,197.46    |
| Accrued Interest (AI)                | 0.00        |              |
| Ending Account Value Incl. AI        | $7,197.46   |              |

**Contact Information**

| Online | Fidelity.com |
|--------|--------------|
| FAST℠ Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*  *Excludes unpriced securities.*

*Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.*


H66974409320190831

1 of

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 119 of 374   Page ID #:5630
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 42 of 81



**INVESTMENT REPORT**
**July 1, 2019 - August 31, 2019**

## Account Summary

Account # 169-638064
**JAMIE LYNN GALLIAN - ROLLOVER IRA**

Account Value:                           **$7,197.46**

Account Holdings

Change in Account Value              ▼ $89,118.62

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $96,316.08 | $75.81 |
| **Additions** | - | 96,000.00 |
| Contributions | - | 96,000.00 |
| **Subtractions** | -89,373.62 | -89,373.62 |
| Distributions | -89,373.62 | -89,373.62 |
| **Change in Investment Value \*** | 255.00 | 495.27 |
| **Ending Account Value** | $7,197.46 | $7,197.46 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $7,197.46 | |

Total Account Trades Sep 2018 - Aug 2019: 0

\*   Reflects appreciation or depreciation of your holdings due to price changes, transactions
    from Other Activity In or Out and Multi-currency transactions, plus any distribution and
    income earned during the statement period.

#### Core Account and Credit Balance Cash Flow
*Core Account: FIDELITY GOVERNMENT MONEY MARKET*

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Balance** | $96,316.08 | $75.81 |
| **Investment Activity** | | |
| Dividends, Interest & Other Income D | 255.00 | 495.27 |
| **Total Investment Activity** | $255.00 | $495.27 |



100% Core Account ($7,197)

#### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Fidelity Government Money Market | $7,197 | 100% |
| **Total** | **$7,197** | **100%** |

*Please note that, due to rounding, percentages may not add to 100%.*

#### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Tax-deferred** | **$255.00** | **$495.27** |
| **Total** | **$255.00** | **$495.27** |

#### Contributions and Distributions

| | This Period | Year-to-Date |
|---|---|---|
| 2019 Contributions | $96,000.00 | $96,000.00 |
| Reportable dist. | 89,373.62 | 89,373.62 |

2 of

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 120 of 374   Page ID #:5631
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 43 of 81



INVESTMENT REPORT
July 1, 2019 - August 31, 2019

## Core Account and Credit Balance Cash Flow (continued)

**Account # 169-638064**
**JAMIE LYNN GALLIAN - ROLLOVER IRA**

*Core Account: FIDELITY GOVERNMENT MONEY MARKET*

| | This Period | Year-to-Date |
|---|---|---|
| **Cash Management Activity** | | |
| Contributions | - | 96,000.00 |
| Distributions | -89,373.62 | -89,373.62 |
| **Total Cash Management Activity** | **-$89,373.62** | **$6,626.38** |
| **Ending Balance** | **$7,197.46** | **$7,197.46** |

D    *Includes dividend reinvestments.*

## Holdings

### Core Account

| Description | Beginning Market Value Jul 1, 2019 | Quantity Aug 31, 2019 | Price Per Unit Aug 31, 2019 | Ending Market Value Aug 31, 2019 | EAI ($) / EY (%) |
|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET  (SPAXX)<br>— 7-day yield:  1.77% | $96,316.08 | 7,197.460 | $1.0000 | $7,197.46 | $138.13<br>1.920% |
| **Total Core Account (100% of account holdings)** | **$96,316.08** | | | **$7,197.46** | **$138.13** |
| **Total Holdings** | | | | **$7,197.46** | **$138.13** |

EAI    ***Estimated Annual Income (EAI) & Estimated Yield (EY)*** *- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY    *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal*
*and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* ***For calculation details, refer to the***
***"Additional Information and Endnotes" section.***

3 of

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 121 of 374   Page ID #:5632
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 44 of 81



INVESTMENT REPORT
July 1, 2019 - August 31, 2019

## Activity

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 07/31 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | $163.13 |
| 08/30 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | 91.87 |
| **Total Dividends, Interest & Other Income** | | | | | | **$255.00** |

### Contributions

| Date | Reference | Description | Amount |
|---|---|---|---|
| 05/16 | | Adj Contribution W862956-16aug19 | $96,000.00 |
| 05/16 | | Adj Contribution W862956-16aug19 | -96,000.00 |
| **Total Contributions** | | | **-** |

### Distributions

| Date | Reference | Description | Amount |
|---|---|---|---|
| 08/16 | Return Excess Cont | ADJ PROCESSED W008567-19AUG19 | -$89,000.00 |
| 08/16 | Adj Early Dist No Exc | ADJ PROCESSED W008567-19AUG19 | 89,000.00 |
| 08/16 | Early Dist No Except | EARLY DST/NO EXCP AP WD58509371 JPMORGAN CHASE BANK, NA ******7860 | -89,000.00 |
| 08/19 | Return Excess Cont | RETURN EXCESS CONTR WD58519130 JPMORGAN CHASE BANK, NA ******7860 | -373.62 |
| **Total Distributions** | | | **-$89,373.62** |

4 of

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 122 of 374   Page ID #:5633
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 45 of 81



INVESTMENT REPORT
July 1, 2019 - August 31, 2019

## Activity

**Account # 169-638064**
**JAMIE LYNN GALLIAN - ROLLOVER IRA**

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|------|------|-------------|-------------|---------|-------|--------|---------|
| 07/31 | CASH | Reinvestment | FIDELITY GOVERNMENT MONEY MARKET REINVEST @   $1.000 | 163.130 | $1.0000 | $163.13 | $96,479.21 |
| 08/16 | CASH | You Sold | FIDELITY GOVERNMENT MONEY MARKET @ 1 | -89,000.000 | 1.0000 | -89,000.00 | 7,479.21 |
| 08/19 | CASH | You Sold | FIDELITY GOVERNMENT MONEY MARKET @ 1 | -373.620 | 1.0000 | -373.62 | 7,105.59 |
| 08/30 | CASH | Reinvestment | FIDELITY GOVERNMENT MONEY MARKET REINVEST @   $1.000 | 91.870 | 1.0000 | 91.87 | 7,197.46 |
| **Total Core Fund Activity** | | | | | | **-$89,118.62** | |

## Estimated Cash Flow *(Rolling as of August 31, 2019)*

| Month | Bond & CD Income | Bond & CD Principal | Stock Income | ETP Income | Mutual Fund Income | Other Income | Total Est. Cash Flow |
|-------|-----------------|---------------------|--------------|-----------|--------------------|--------------|---------------------|
| September  2019 | -- | -- | -- | -- | $12 | -- | $12 |
| October | -- | -- | -- | -- | 12 | -- | 12 |
| November | -- | -- | -- | -- | 12 | -- | 12 |
| December | -- | -- | -- | -- | 12 | -- | 12 |
| January  2020 | -- | -- | -- | -- | 12 | -- | 12 |
| February | -- | -- | -- | -- | 12 | -- | 12 |
| March | -- | -- | -- | -- | 12 | -- | 12 |
| April | -- | -- | -- | -- | 12 | -- | 12 |
| May | -- | -- | -- | -- | 12 | -- | 12 |
| June | -- | -- | -- | -- | 12 | -- | 12 |
| July | -- | -- | -- | -- | 12 | -- | 12 |
| August | -- | -- | -- | -- | 12 | -- | 12 |
| **Total** | **--** | **--** | **--** | **--** | **$144** | **--** | **$144** |

This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months.
The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed.

5 of

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 123 of 374   Page ID #:5634
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 46 of 81



INVESTMENT REPORT
July 1, 2019 - August 31, 2019

## Estimated Cash Flow *(Rolling as of August 31, 2019)*

Account # 169-638064
**JAMIE LYNN GALLIAN - ROLLOVER IRA**

These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold.  **Please refer to Help/Glossary on Fidelity.com for additional information on these calculations.**

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, international stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

*– not available*

## Additional Information and Endnotes

▶   Order Flow Practices As the introducing broker for your account, FBS routes your orders to our clearing firm affiliate, National Financial Services ("NFS"). In deciding where to send orders received for execution, NFS looks at a number of factors, such as size of the order, trading characteristics of the security, favorable execution prices (including the opportunity for price improvement), access to reliable market data, availability of efficient automated transaction processing and execution cost. Some market centers or broker-dealers may execute orders at prices superior to the publicly quoted market. NFS's order routing policies are designed to result in transaction processing that is favorable to its customers. Where a customer directs the market center to which an order is routed, FBS or NFS will route the order to such market center in accordance with the customer's instructions without regard to its general order-routing practices.

FBS and/or NFS receives remuneration, compensation, or other consideration for directing customer orders to certain market centers. Such consideration may take the form of financial credits, monetary payments, rebates, volume discounts or reciprocal business. The details of any credit, payment, rebate or other form of compensation received in connection with the routing of a particular order will be provided upon your request. NFS may execute certain transactions as principal. In addition, from time to time, Fidelity may provide aggregated trade execution data to customers and prospective customers.

Order Routing Disclosure Quarterly reports: Quarterly information regarding the routing of orders by NFS in listed equity securities and listed options is available online at Fidelity.com. The reports are formatted in accordance with Securities and Exchange Commission requirements. Investor Inquiry: You can request your specific order routing and execution information for the preceding six months. This information will include the identity of the marketplace where your orders were routed for execution, whether the orders were directed or non-directed, and, if executed, the time of the execution. You may contact Fidelity for additional details on the

6 of

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 124 of 374   Page ID #:5635
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 47 of 81



INVESTMENT REPORT
July 1, 2019 - August 31, 2019

## Additional Information and Endnotes

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

information that is available.

FINRA BrokerCheck As part of the Financial Industry Regulatory Authority (FINRA) BrokerCheck program, you have access to the FINRA BrokerCheck hotline at 800-289-9999 and FINRA Web site at www.finra.org. You can call or e-mail your inquiries and request a brochure that includes information detailing the BrokerCheck program

Municipal Securities Rulemaking Board Investor Brochure Fidelity Brokerage Services LLC is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board (MSRB). An investor brochure may be obtained at MSRB.org that describes the protections that may be provided by the MSRB and how to file a complaint with an appropriate regulatory authority.

**Estimated Annual Income (EAI) & Estimated Yield (EY)** - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness. **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

For more information about your statement, please refer to our **Frequently Asked Questions** document at **Fidelity.com/statements** .

7 of

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 125 of 374   Page ID #:5636
Case 8:21-bk-11710-SC    Doc 101-2    Filed 05/26/22   Entered 05/27/22 09:41:34    Desc
3 of 4 Motion    Page 48 of 81



## Information About Your Fidelity Statement

TDD Service for the Hearing-Impaired Call 800-544-0118, 9 am - 9 pm ET, 7 days a week.
**Lost or Stolen Cards** For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.
**Additional Investments** with Fidelity Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.
**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.
**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.
**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

using the FIFO method if shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance.
**Statement Discrepancies** Please review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).
**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).
**Mutual Funds and Performance** **Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**
**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the prospectus as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and other programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, which may be reported on your statement, including Insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). **Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.
**SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.
**Fidelity Investments** Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. **FPWA Services** Fidelity Go®, Fidelity® Personalized Planning & Advice and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy, the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. **These advisory services are provided for a fee.** FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.
**Ratings Information from Standard & Poors ("S&P")** may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.
**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.39.0

8 of

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 126 of 374   Page ID #:5637
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 49 of 81

| Posting Date: | 2019-05-16 | Account Number: | 806002234 | Amount: | $96,000.00 |
| Bank Number: | 601 | Capture Source: | PV | Check/Serial #: | 001085735539 |
| DB/CR: | Debit | Routing Transit Number: | 12210002 | Sequence Number: | 2670656834 |
| Trancode: | 000000 | UDK: | 6011905160026706568349 Image: | | 5 |
| Application Code: | 1 | Item Type: | Paper Item | IRD: | |
| PE Indicator: | P | Entry Number: | 0000003543 | BOFD: | 074909962 |
| Cost Center: | | Teller Number: | | Teller Sequence Number: | |
| Processing Date: | 2019-05-16 | | | | |



293

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 127 of 374   Page ID #:5638
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 50 of 81

## CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 01, 2019 through May 31, 2019
Account Number:   000000351897860



### CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00042005 DRE 703 141 16219 NNNNNNNNNN T  T 000000000 84 0000
J-SANDCASTLE CO, LLC
DBA ORANGE CO GABLES PROPERTY
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258

### CHECKING SUMMARY   Chase Total Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $18,546.53 |
| Deposits and Additions | 2 | 90,930.62 |
| Checks Paid | 1 | -10,000.00 |
| ATM & Debit Card Withdrawals | 7 | -2,042.12 |
| Other Withdrawals | 1 | -96,000.00 |
| Fees | 2 | -23.00 |
| Ending Balance | 13 | $1,412.03 |

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/13 | Deposit      1871265347 | $88,743.07 |
| 05/15 | Deposit      1871115430 | 2,187.55 |
| **Total Deposits and Additions** | | **$90,930.62** |

### CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4500  ^ | | 05/03 | $10,000.00 |
| **Total Checks Paid** | | | **$10,000.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

### ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/06 | ATM Withdrawal        05/04 16917 Algonquin St Huntington Be CA Card 2273 | $300.00 |
| 05/08 | Card Purchase With Pin  05/08 St Joseph Room Service Orange CA Card 2273 | 8.00 |
| 05/10 | Card Purchase        05/08 St Joseph Hospital of Orange CA Card 2273 | 600.00 |
| 05/10 | Card Purchase        05/08 St Joseph Parking Orange CA Card 2273 | 8.00 |

Page 1 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 128 of 374   Page ID #:5639
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 51 of 81

**CHASE** ⬤

May 01, 2019 through May 31, 2019
Account Number:   000000351897860

## ATM & DEBIT CARD WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 05/13 | Card Purchase | 05/10 Filingservices 402-935-7733 FL Card 2273 | 39.00 |
| 05/13 | Card Purchase With Pin 05/11 Albertsons Store 06 Huntington Be CA Card 2273 | | 86.12 |
| 05/23 | ATM Withdrawal | 05/23 7830 Edinger Ave Huntington Be CA Card 2273 | 1,000.00 |
| **Total ATM & Debit Card Withdrawals** | | | **$2,042.12** |

## ATM & DEBIT CARD SUMMARY

Jamia Lynn Gallian  Card 2273

| | |
|---|---|
| Total ATM Withdrawals & Debits | $1,300.00 |
| Total Card Purchases | $742.12 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $1,300.00 |
| Total Card Purchases | $742.12 |
| Total Card Deposits & Credits | $0.00 |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/13 | 05/13 Withdrawal | $96,000.00 |
| **Total Other Withdrawals** | | **$96,000.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/13 | Official Checks Charge | $8.00 |
| 05/31 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$23.00** |

You were charged a monthly service fee of $15.00 this period. You can avoid this fee in the future by maintaining a minimum daily balance of $1,500.00. Your minimum daily balance was $239.48.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 05/03 | $8,546.53 |
| 05/06 | 8,246.53 |
| 05/08 | 8,238.53 |
| 05/10 | 7,629.53 |
| 05/13 | 239.48 |
| 05/15 | 2,427.03 |
| 05/23 | 1,427.03 |
| 05/31 | 1,412.03 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 9 |
| Deposits / Credits | 2 |
| Deposited Items | 10 |
| **Transaction Total** | **21** |

Page 2 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 129 of 374   Page ID #:5640
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion    Page 52 of 81

## CHASE ⬤

May 01, 2019 through May 31, 2019
Account Number:   000000351897860

### SERVICE CHARGE SUMMARY   *(continued)*

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| Net Service Fee | $15.00 |
| Excessive Transaction Fees (Above 100) | $0.00 |
| Total Service Fees | $15.00 |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 3 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 130 of 374   Page ID #:5641
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 53 of 81

**CHASE ○**

May 01, 2019 through May 31, 2019

Account Number:   000000351897860

This Page Intentionally Left Blank

Page 4 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 131 of 374   Page ID #:5642
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 54 of 81

**CHASE O**   **WITHDRAWAL**

CHECKING ☐
SAVINGS ☐
CHASE LIQUID ☐

**WITHDRAWAL**

Today's Date   Customer Name *(Please Print)*
5/13/19                         Jamie Gallian

R/T 500001017

If Purchasing a Cashier's Check Provide Payee Name
Fidelity

W32891-CH (Rev. 10/15)   30021914   01/19

X   *(Customer Signature)* Jamie Gallian

▼ Start your account number here
351·89786·0

AMOUNT

TOTAL $   96 000.00

⑈0 7 8 3 1 0 5 4 0 8⑈ ⑆5 0 0 0 0 1 0 1 7⑆

Case 8:23-cv-00961-WLH    Document 23    Filed 09/29/23    Page 132 of 374    Page ID #:5643
Case 8:21-bk-11710-SC    Doc 101-2    Filed 05/26/22    Entered 05/27/22 09:41:34    Desc
3 of 4 Motion    Page 55 of 81

# EXHIBIT L

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 133 of 374   Page ID #:5644
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 56 of 81

| Posting Date: | 2019-08-16 | Account Number: | 806002234 | Amount: | $74,999.00 |
|---|---|---|---|---|---|
| Bank Number: | 601 | Capture Source: | PV | Check/Serial #: | 001085736227 |
| DB/CR: | Debit | Routing Transit Number: | 12210002 | Sequence Number: | 8270590989 |
| Trancode: | 000000 | UDK: | 60119081600827059099.. | Image: | 5 |
| Application Code: | 1 | Item Type: | Paper Item | IRD: | |
| PE Indicator: | P | Entry Number: | 0000009515 | BOFD: | 000000000 |
| Cost Center: | | Teller Number: | | Teller Sequence Number: | |
| Processing Date: | 2019-08-17 | | | | |



294

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 134 of 374   Page ID #:5645
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 57 of 81

## CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

August 01, 2019 through August 30, 2019

Account Number:   000000351897860

00038456 DRE 703 141 24119 NNNNNNNNNNN T Y 000000000 64 0000

J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



---

## CHECKING SUMMARY

Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $82.03 |
| Deposits and Additions | 3 | 99,173.62 |
| ATM & Debit Card Withdrawals | 7 | -3,158.67 |
| Other Withdrawals | 3 | -92,859.00 |
| Fees | 4 | -57.00 |
| Ending Balance | 17 | $3,180.98 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/16 | Book Transfer Credit B/O: National Financial Services LLC Smithfield RI 02917-Org:/1696380641 Fbo Jamie Lynn Gallian Ogb: National Financial Services LLC Wtc Trn: 3521029228Fs | $89,000.00 |
| 08/19 | Book Transfer Credit B/O: National Financial Services LLC Smithfield RI 02917-Org:/1696380641 Fbo Jamie Lynn Gallian Ogb: National Financial Services LLC Wtc Ref: Earnings of Return of Excess Trn: 0655134231Fs | 373.62 |
| 08/23 | Deposit    1860866236 | 9,800.00 |
| **Total Deposits and Additions** | | **$99,173.62** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/19 | Card Purchase         08/16 Olive Pit Grill 714-3165000 CA Card 2273 | $32.96 |
| 08/19 | Card Purchase         08/17 Edward S Hair Salon Huntingtn Bch CA Card 2273 | 75.75 |
| 08/19 | Card Purchase W/Cash    08/16 Albertsons Store  08 Huntington Be CA Card 2273 Purchase $138.97 Cash Back $0.18 | 139.15 |
| 08/19 | Card Purchase         08/18 Staples        001015 Huntington Be CA Card 2273 | 38.77 |
| 08/22 | Card Purchase         08/21 Signal Attorney Servic 562-5951337 CA Card 2273 | 2,796.95 |
| 08/26 | Card Purchase         08/25 Olive Pit Grill 714-3165000 CA Card 2273 | 45.09 |
| 08/27 | Card Purchase         08/25 Animalia Huntington Be CA Card 2273 | 30.00 |
| **Total ATM & Debit Card Withdrawals** | | **$3,158.67** |

## ATM & DEBIT CARD SUMMARY

Jamie Lynn Gallian  Card 2273

Page 1 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 135 of 374   Page ID #:5646
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 58 of 81

**CHASE ◯**

August 01, 2019 through August 30, 2019
Account Number:   000000351897860

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $3,158.67 |
| | Total Card Deposits & Credits | $0.00 |
| ATM & Debit Card Totals | | |
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $3,158.67 |
| | Total Card Deposits & Credits | $0.00 |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/16 | 08/16 Withdrawal | $7,000.00 |
| 08/16 | 08/16 Withdrawal | 74,999.00 |
| 08/23 | 08/23 Withdrawal | 10,880.00 |
| **Total Other Withdrawals** | | **$92,859.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/16 | International Incoming Wire Fee | $15.00 |
| 08/19 | International Incoming Wire Fee | 15.00 |
| 08/30 | Cash Deposit Immediate | 12.00 |
| 08/30 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$57.00** |

You were charged a monthly service fee of $15.00 this period. You can avoid this fee in the future by maintaining a minimum daily balance of $1,500.00. Your minimum daily balance was $82.03.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/16 | $7,068.03 |
| 08/19 | 7,140.02 |
| 08/22 | 4,343.07 |
| 08/23 | 3,283.07 |
| 08/26 | 3,237.98 |
| 08/27 | 3,207.98 |
| 08/30 | 3,180.98 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 10 |
| Deposits / Credits | 1 |
| Deposited Items | 0 |
| **Transaction Total** | **11** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$15.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$15.00** |

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Immediate Verification | $9,800.00 |

Page 2 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 136 of 374   Page ID #:5647
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 59 of 81

**CHASE** ⬡

August 01, 2019 through August 30, 2019
Account Number:   000000351897860

## SERVICE CHARGE SUMMARY   *(continued)*

| CASH PROCESSING | AMOUNT |
|---|---|
| Cash Deposits Post Verification/Night Drop | $0.00 |
| **Cash Deposits Total** | **$9,800.00** |
| Cash Deposits Allowed | $5,000.00 |
| **Excess Cash Deposits** | **$4,800.00** |
| | |
| Excess Immediate ($4,800 At $2.50/$1,000) | $12.00 |
| **Total Cash Deposit And Change Order Fees** | **$12.00** |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 3 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 137 of 374   Page ID #:5648
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion    Page 60 of 81

**CHASE** ○

August 01, 2019 through August 30, 2019
Account Number:    000000351897860

This Page Intentionally Left Blank

Page 4 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 138 of 374   Page ID #:5649
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 61 of 81

**CHASE O**　　　　**WITHDRAWAL**

CHECKING ☒
SAVINGS ☐
CHASE LIQUID ☐

Today's Date 8/16/19 Customer Name (Please Print) Sandcastle, LLC

R/T 500001017

If Purchasing a Cashier's Check Provide Payee Name
Ji, Paa, LLC

N:3081-CH (Rev. 12/15)  00072381  0316

Customer Signature
X _James C Keller_

**WITHDRAWAL**

Start your account number here
35 1 897860

TOTAL $ 74999.00

AMOUNT

⑈078720267⑈ ⑆50000101⑈

JPMorganChase Bank  981614  740857  94871.0054407

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 139 of 374   Page ID #:5650
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 62 of 81

# EXHIBIT M

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE**

### MINUTE ORDER

DATE: 01/17/2020                    TIME: 08:49:00 AM          DEPT:

JUDICIAL OFFICER PRESIDING: Appellate Panel
CLERK: Michael Porter
REPORTER/ERM:
BAILIFF/COURT ATTENDANT:

CASE NO: **30-2019-01119765-CL-MC-CJC**  CASE INIT.DATE: 12/20/2019
CASE TITLE: **People of the State of California vs. Gallian**
CASE CATEGORY: Civil - Limited        CASE TYPE: Misc Complaints - Other

_____

**APPEARANCES**
_____

There are no appearances by any party.

Appellate Panel Judge(s):

Hon. Nathan R. Scott, Presiding Judge

Trial Court Case Number: 18WM05278

The Public Defender is relieved as counsel for appellant on this appeal. The court appoints Elisabeth A. Bowman to represent appellant on this appeal.

---

DATE: 01/17/2020                              MINUTE ORDER                                    Page 1
DEPT:                                    BATES PAGE - 0204
                                              0140                                      Calendar No.

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE**

## MINUTE ORDER

DATE: 01/03/2020                  TIME: 12:47:00 PM        DEPT:

JUDICIAL OFFICER PRESIDING: Appellate Panel
CLERK: Michael Porter
REPORTER/ERM:
BAILIFF/COURT ATTENDANT:

CASE NO: **30-2019-01119765-CL-MC-CJC**  CASE INIT.DATE: 12/20/2019
CASE TITLE: **People of the State of California vs. Gallian**
CASE CATEGORY: Civil - Limited        CASE TYPE: Misc Complaints - Other

---

### APPEARANCES

---

There are no appearances by any party.

Appellate Panel Judge(s):

Hon. Nathan R. Scott, Presiding Judge

Trial Court Case Number: 18WM05278

The application for appointment of counsel on appeal is granted.  The Public Defender is appointed to represent appellant on this appeal.

---

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 142 of 374   Page ID #:5653
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 65 of 81

# EXHIBIT N

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 143 of 374   Page ID #:5654
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 66 of 81



Amount:        $5,000.00
Account:       457002931717
Bank Number:   54086010

Sequence Number:  2852895760
Capture Date:     01/28/2020
Check Number:     8246222220

Cashier's Check – CREDIT COPY

Void After 90 Days

91.1701/221
NA2

No. 0824622220
Date 01/28/20 01:17:27 PM

**$5,000.00**

Not-Negotiable
Credit Copy

00-53-3364B   11-2010

FOUNTAIN VALLEY
0012   0000690        0093

Pay
**Five Thousand and 00/100 Dollars**

To The
Order Of       BAIL BONDS DIRECT
               FBO JAMIE LYNN GALLIAN

Remitter (Purchased By):  J-PAD, LLC

Bank of America, N.A.
PHOENIX, AZ

BANK OF
AMERICA

Electronic Endorsements
Date        Sequence
01/28/2020  2852895760

            Bank #        Endrs Type    TRN    Bank Name
            122000661     Rtn Loc/BOFD  Y  RRC Bank of America NA

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 144 of 374   Page ID #:5655
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 67 of 81



Amount:        $5,000.00                    Sequence Number: 285289576 0
Account:       4570029311717               Capture Date:     01/28/2020
Bank Number:   54086010                    Check Number:     824622220

Seq: 436
Batch: 307139
Date: 01/28/20

06194912 1

Electronic Endorsements
Date            Sequence            Bank #           Endrs Type    TRN    RRC    Bank Name
01/28/2020      285289576 0         122000661        Rtn Loc/BOFD   Y             Bank of America NA

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 145 of 374   Page ID #:5656
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 68 of 81



Case 8:23-cv-00961-WLH  Document 23  Filed 09/29/23  Page 146 of 374  Page ID #:5657
Case 8:21-bk-11710-SC  Doc 101-2  Filed 05/26/22  Entered 05/27/22 09:41:34  Desc
3 of 4 Motion  Page 69 of 81



Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 147 of 374   Page ID #:5658
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 70 of 81

Amount:          $7,500.00
Account:         457002931717
Bank Number:     54086010

Sequence Number: 285289576 2
Capture Date:    01/28/2020
Check Number:    824622219

00-53-3364B  11-2010

Note to Purchaser - In the event that this collected funds, replacement or notice, a return statement and 90-day waiting period will be required prior to replacement. This check should be registered within 90 days.

FOUNTAIN VALLEY
0012      0000690          0092

Pay

**Seven Thousand Five Hundred and 00/100 Dollars**

To The
Order Of     BAIL BONDS DIRECT
             FBO JAMIE LYNN GALLIAN

Remitter (Purchased By):  J-PAD, LLC

Bank of America, N.A.
PHOENIX, AZ

BANK OF
AMERICA

Cashier's Check - CREDIT COPY

Void After 90 Days

91-170/1221
N-AZ

No. 0824622219

Date 01/28/20 01:12:41 PM

**$7,500.00**

Not-Negotiable
Credit Copy

⑈08246222⑈19⑈ ⑆540860108⑆ 457002931717⑈

Electronic Endorsements
Date            Sequence
01/28/2020      285289576 2

Bank #          Endrs Type      TRN        Bank Name
122000661       Rtn Loc/BOFD  Y  RRC        Bank of America NA

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 148 of 374   Page ID #:5659
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 71 of 81



Amount:   $7,500.00
Account:   4570029317717
Bank Number:   54086010

Sequence Number:   2852895762
Capture Date:   01/28/2020
Check Number:   82462219

061949120

Electronic Endorsements
Date         Sequence
01/28/2020   2852895762

Bank #         Endrs Type   TRN
122000661      Rtn Loc/BOFD  Y

RRC   Bank Name
      Bank of America NA

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 149 of 374   Page ID #:5660
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 72 of 81



Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 150 of 374   Page ID #:5661
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 73 of 81



Amount: $7,500.00
Account: 325130151274
Bank Number: 54093013

Sequence Number: 2852895763
Capture Date: 01/28/2020
Check Number: 0

Seq: 439
Batch: 307139
Date: 01/28/20

Electronic Endorsements

| Date | Sequence | Bank # | Endrs Type | TRN | RRC | Bank Name |
|------|----------|--------|------------|-----|-----|-----------|
| 01/28/2020 | 2852895763 | 122000661 | Rtn Loc/BOFD | Y | | Bank of America NA |

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 151 of 374   Page ID #:5662
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 74 of 81

## CHASE ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2020 through January 31, 2020
Account Number:   000000339960185

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00090502 DRE 703 141 03220 NNNNNNNNNN T T 000000000 58 0000
JAMIE L GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTON BEACH CA 92649-2258



### CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $8.77 |
| Deposits and Additions | 480.00 |
| ATM & Debit Card Withdrawals | -272.10 |
| Electronic Withdrawals | -150.00 |
| Fees | -46.00 |
| Ending Balance | $20.67 |

Interest paid in 2019 for account 000000339960185 was $0.04.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $8.77 |
| 01/02 | Returned Item Fee For An Unpaid $272.10 Item - Details: Progressivelease Pmts   PPD ID: 1460858540 | -34.00 | -25.23 |
| 01/03 | ATM Cash Deposit        01/02 16917 Algonquin St Huntington Be CA Card | 480.00 | 454.77 |
| 01/07 | Card Purchase           01/06 Progressive Leasing Https://Progr UT Card 2611 | -272.10 | 182.67 |
| 01/22 | 01/22 Online Payment 9104043927 To Verizon Wireless | -125.00 | 57.67 |
| 01/22 | 01/22 Online Payment 9104045845 To Alliant Credit Union Credit Card | -25.00 | 32.67 |
| 01/31 | Monthly Service Fee | -12.00 | 20.67 |
| | Ending Balance | | $20.67 |

Page 1 of 2

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 152 of 374   Page ID #:5663
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 75 of 81



January 21, 2020 through January 31, 2020
Account Number:   000000339950186

**WANT TO AVOID PAYING A MONTHLY SERVICE FEE ON YOUR CHECKING ACCOUNT?**

A monthly Service Fee was charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have direct deposits totaling $500.00 or more.**
  (You did not have a direct deposit this statement period)

  *One of our bankers can help you set up direct deposit in just a few minutes.*

- **OR, keep a minimum daily balance in this checking account of $1,500.00 or more.**
  (Your minimum daily balance was -$25.23)

- **OR, keep an average daily balance of qualifying linked deposits and investments of $5,000.00 or more.**
  (Your average daily balance of qualifying linked deposits and investments was $156.30)

  *Talk to a banker about transferring your balances to Chase today!*

Stop in today and explore all Chase has to offer.

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $.00 |
| Total Returned Item Fees | $34.00 | $34.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaints and will correct any error promptly. If we take more than 10 business days or 20 business days for new accounts to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

Case 8:23-cv-00961-WLH    Document 23    Filed 09/29/23    Page 153 of 374    Page ID #:5664
Case 8:21-bk-11710-SC    Doc 101-2    Filed 05/26/22    Entered 05/27/22 09:41:34    Desc
3 of 4 Motion    Page 76 of 81

**BANK OF AMERICA** ≫

P.O. Box 15284
Wilmington, DE 19850

Business Advantage
Relationship Rewards

**Customer service information**

J-PAD, LLC
16222 MONTEREY LN SPC 376
HUNTINGTON BEACH, CA  92649-2258

▯ 1.888.BUSINESS (1.888.287.4637)

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Fundamentals Checking
# Relationship Rewards Platinum

for January 1, 2020 to January 31, 2020                    Account number: 3251 3015 1274

**J-PAD, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on January 1, 2020 | $16,677.24 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 30 |
| Withdrawals and other debits | -15,455.19 | # of items–previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $13,510.89 |
| **Ending balance on January 31, 2020** | **$1,222.05** | [1]Includes checks paid,deposited items&other debits |



Your
Digital
Tip

BANK OF AMERICA BUSINESS ADVANTAGE

## Dreading the shredding?

Go paperless — you'll have security without the hassle of storing and shredding old statements.
View your statements online any time.

You can enroll today by logging in to Online Banking at **bankofamerica.com/SmallBusiness**
and clicking on **Profiles & Settings** (in the upper right, next to Sign Out).

ARWY4MJB | SSM-04-19-0138.B

J-PAD, LLC  |  Account # 3251 3015 1274  |  January 1, 2020 to January 31, 2020   Page 77 of 81

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** 🏠 **Equal Housing Lender**

Case 8:23-cv-00961-WLH    Document 23    Filed 09/29/23    Page 155 of 374    Page ID #:5666
Case 8:21-bk-11710-SC    Doc 101-2    Filed 05/26/22    Entered 05/27/22 09:41:34    Desc
3 of 4 Motion    Page 78 of 81

**BANK OF AMERICA** 〰

**Your checking account**

J-PAD, LLC  |  Account # 3251 3015 1274  |  January 1, 2020 to January 31, 2020

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 01/02/20 | Zelle Transfer Conf# 4d1a81880; LISA | -10.00 |
| 01/13/20 | Zelle Transfer Conf# 9c4a804da; LISA | -100.00 |
| 01/27/20 | Zelle Transfer Conf# ff8ee3d9b; LISA | -100.00 |
| 01/28/20 | Customer Withdrawal Image | -7,500.00 |
| 01/28/20 | Customer Withdrawal Image | -5,000.00 |

Card account # XXXX XXXX XXXX 5571

| Date | Description | Amount |
|------|-------------|--------|
| 01/02/20 | CHECKCARD 1231 PROGRESSIVE LEASING https://progIUT 24055230001400462011683 CKCD 7394 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -326.96 |
| 01/02/20 | CHECKCARD 1231 JACK IN THE BOX 0285 HUNTINGTON BECA 24692160001100054752599 CKCD 5814 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -9.14 |
| 01/03/20 | BKOFAMERICA ATM 01/02 #000002810 WITHDRWL HUNTINGTON HARBO   HUNTINGTON BE CA | -500.00 |
| 01/09/20 | CHECKCARD 0108 GEORGES MEXICAN FOOD HUNTINGTON BECA 24801970009200443400322 CKCD 5812 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -15.14 |
| 01/10/20 | CHECKCARD 0109 SPECTRUM 855-707-7328 CA 24692160009100042243661 CKCD 4899 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -196.50 |
| 01/13/20 | CHECKCARD 0110 CA SECRETARY OF STATE W 916-6951338 CA 24755420010170109446613 CKCD 9399 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -20.00 |
| 01/13/20 | CHECKCARD 0110 TST* THE OLIVE PIT - HU HUNTINGTON BECA 24137460010100204752800 CKCD 5812 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -36.20 |
| 01/13/20 | CHECKCARD 0110 HOT OFF THE GRILL HUNTI HUNTINGTON BECA 24761470012030013996142 CKCD 5814 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -11.31 |
| 01/13/20 | CHECKCARD 0110 ROMAN'S MEXI-CALI GRILL HUNTINGTON BECA 24687200012030030146657 CKCD 5814 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -14.56 |
| 01/13/20 | CHECKCARD 0111 STARBUCKS STORE 09289 HUNTINGTON BECA 24692160011100477264816 CKCD 5814 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -4.75 |
| 01/14/20 | CHECKCARD 0112 H2GO EXPRESS CAR WASH HUNTINGTON BECA 24269790013500597683461 CKCD 7542 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -6.00 |
| 01/15/20 | CHECKCARD 0113 FEDEX OFFIC10000010074 HUNTINGTON BECA 24164070014069989648997 CKCD 7338 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -0.78 |
| 01/16/20 | CHECKCARD 0115 WEST JUSTICE CENTER T C WESTMINSTER CA 24755420016130161868660 CKCD 9399 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -26.00 |
| 01/16/20 | CHECKCARD 0115 EDWARD S HAIR SALON HUNTINGTN BCHCA 24755420016150163733514 CKCD 7230 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -95.75 |

*continued on the next page*



Your
Digital
Tip

Bank of America **Business Advantage**

## Guaranteed next-day or 3-day delivery of direct bank-to-bank transfers

Pay individuals, vendors and suppliers who bank at other financial institutions — right from Online Banking. Just log in and click the **Transfers | Send** tab, then select **Send Money to Someone or a Business.**

Fees apply to wires and certain transfers. See the Online Banking Service Agreement at bankofamerica.com/serviceagreement for details. Data connection required for online and mobile transfers. Wireless carrier fees may apply.    ARFXPB7J | SSM-02-19-0704.B

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 156 of 374   Page ID #:5667
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion   Page 79 of 81

J-PAD, LLC   |   Account # 3251 3015 1274   |   January 1, 2020 to January 31, 2020

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 01/17/20 | CHECKCARD 0116 TST* THE OLIVE PIT - HU HUNTINGTON BECA 24137460016100206945349 CKCD 5812 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -27.11 |
| 01/17/20 | CHECKCARD 0116 Capital One Card Pymt D 800-9557070 VA 24906410016086667146200 CKCD 6012 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -300.00 |
| 01/17/20 | MACY'S    300  01/17 #000401583 PURCHASE MACY'S    300 WES  WESTMINSTER  CA | -120.71 |
| 01/21/20 | CHECKCARD 0118 OC-GOODWILL - MARINA V HUNTINGTON BECA 24000970019039804799972 CKCD 5931 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -33.94 |
| 01/21/20 | SMART AND FINA 01/18 #000095005 PURCHASE SMART AND FINAL   HUNTINGTON B CA | -75.20 |
| 01/27/20 | CHECKCARD 0124 TST* THE OLIVE PIT - HU HUNTINGTON BECA 24137460024100208218638 CKCD 5812 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -62.80 |
| 01/27/20 | CHECKCARD 0123 STARBUCKS STORE 09289 HUNTINGTON BECA 24692160024100586913456 CKCD 5814 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -4.75 |
| 01/27/20 | BKOFAMERICA ATM 01/26 #000007490 WITHDRWL HUNTINGTON HARBO   HUNTINGTON BE CA | -700.00 |
| 01/27/20 | CHECKCARD 0126 CVS/PHARMACY #09373 HUNTINGTON BECA 24137460027001302995062 CKCD 5912 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -122.60 |
| 01/28/20 | CHECKCARD 0127 LIVING SCRIPTURES INC 801-6272000 UT 24767900027090900134580 CKCD 5973 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -9.99 |
| 01/29/20 | CHECKCARD 0128 FOUNTAIN VALLEY ADULTS FOUNTAIN VALLCA 24270740028016705847190 CKCD 8011 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | -25.00 |
| **Subtotal for card account # XXXX XXXX XXXX 5571** | | **-$2,745.19** |
| **Total withdrawals and other debits** | | **-$15,455.19** |

## Service fees

The Monthly Fee on your Business Fundamentals Checking account was waived for the statement period ending 12/31/19. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ✓  $250+ in new net purchases on a linked Business debit card
- ○  $250+ in new net purchases on a linked Business credit card
- ✓  $3,000+ minimum daily balance in primary checking account
- ✓  $5,000+ average monthly balance in primary checking account
- ✓  $15,000+ combined average monthly balance in linked business accounts
- ✓  enrolled in Business Advantage Relationship Rewards

For information on how to open a new product, link an existing service to your account, or about Business Advantage Relationship Rewards please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 157 of 374   Page ID #:5668
Case 8:21-bk-11710-SC   Doc 101-2   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
3 of 4 Motion    Page 80 of 81

**BANK OF AMERICA** ⫘⫘

**Your checking account**

J-PAD, LLC   |   Account # 3251 3015 1274   |   January 1, 2020 to January 31, 2020

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 01/01 | 16,677.24 | 01/13 | 15,432.68 | 01/21 | 14,747.19 |
| 01/02 | 16,331.14 | 01/14 | 15,426.68 | 01/27 | 13,757.04 |
| 01/03 | 15,831.14 | 01/15 | 15,425.90 | 01/28 | 1,247.05 |
| 01/09 | 15,816.00 | 01/16 | 15,304.15 | 01/29 | 1,222.05 |
| 01/10 | 15,619.50 | 01/17 | 14,856.33 | | |

J-PAD, LLC   |   Account # 3251 3015 1274   |   January 1, 2020 through January 31, 2020

This page intentionally left blank

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 159 of 374   Page ID #:5670
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion    Page 1 of 94

# EXHIBIT O

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 160 of 374   Page ID #:5671
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 2 of 94

# CHASE ⬤

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 -2051

July 01, 2020 through July 31, 2020

Account Number:   000000351897860

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00039458 DRE 703 141 21425 NNNNNNNNNNN 1  1 000000000 64 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649-2258



---

## CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $9,635.78 |
| Deposits and Additions | 1 | 14,002.53 |
| Checks Paid | 3 | -305.00 |
| Electronic Withdrawals | 2 | -475.20 |
| Ending Balance | 6 | $22,858.11 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/27 | Orig CO Name:Fidelity 90296 P    Orig ID:9096918680 Desc Date:    CO Entry Descr:Fidelity  Sec:PPD   Trace#:091000014338538 Eed:200727  Ind ID: Ind Name:Jamie Gallian Trn: 2094338538Tc | $14,002.53 |
| **Total Deposits and Additions** | | **$14,002.53** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4541  ^ | | 07/06 | $100.00 |
| 4543  ^ ^ | | 07/27 | 55.00 |
| 4544  ^ | | 07/27 | 150.00 |
| **Total Checks Paid** | | | **$305.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 1 of 2

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 161 of 374   Page ID #:5672
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 3 of 94

# CHASE ◯

July 01, 2020 through July 31, 2020
Account Number:   000000351897860

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/06 | Orig CO Name:Kmf          Orig ID:9200704262 Desc Date:200704 CO Entry | $237.60 |
| | Descr:Kmfusa Comsec:Tel   Trace#:091000015646041 Eed:200706   Ind ID:2014469742 | |
| | Ind Name:Jamie Gallian Trn: 1885646041Tc | |
| 07/20 | Orig CO Name:Kmf          Orig ID:9200704262 Desc Date:200717 CO Entry | 237.60 |
| | Descr:Kmfusa Comsec:Tel   Trace#:091000015194094 Eed:200720   Ind ID:2014469742 | |
| | Ind Name:Jamie Gallian Trn: 2025194094Tc | |
| **Total Electronic Withdrawals** | | **$475.20** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 07/06 | $9,298.18 |
| 07/20 | 9,060.58 |
| 07/27 | 22,858.11 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 5 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **5** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC.

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 2 of 2

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 162 of 374   Page ID #:5673
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 4 of 94



Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 163 of 374   Page ID #:5674
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 5 of 94

**J-SANDCASTLE CO, LLC**
**JAMIE GALLIAN**

90-7162/3222

4544

DATE 7/23/20

PAY TO THE
ORDER OF _Isidra Mestizo_ $ 150.00

One Hundred fifty No. _____ DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO _____

⑆322271627⑆   351897860⑆4544

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 164 of 374   Page ID #:5675
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 6 of 94



Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 165 of 374   Page ID #:5676
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 7 of 94

# UNITED 

## United Airlines Flight Attendant 401(k) Plan

MG 90296        T

JAMIE LYNN GALLIAN
16222 Monterey Lane #376
Huntington Beach, CA 92649

ENV#MG000019

## Retirement Savings Statement

July 1, 2020 - July 21, 2020

Client Service Number   1-800-245-9034
For questions about this statement call between
8:30 AM and 12:00 AM EST Monday through Friday.
Internet address: www.401k.com

## Your Account Summary

| | |
|---|---|
| **Beginning Balance** | **$16,375.71** |
| Withdrawals | -17,136.36 |
| Fees/Credits | -8.25 |
| Change in Market Value | 768.90 |
| **Ending Balance** | **$0.00** |

| **Additional Information** | |
|---|---|
| Vested Balance | $0.00 |

| **Your Personal Rate of Return** | |
|---|---|
| This Period | 4.7% |
| Year to Date | -6.6% |

Your Personal Rate of Return is calculated with a time-weighted
formula, widely used by financial analysts to calculate investment
earnings. It reflects the results of your investment selections as
well as any activity in the plan account(s) shown. There are other
Personal Rate of Return formulas used that may yield different
results. Remember that past performance is no guarantee of future
results.

## Market Value of Your Account

This section displays the value of your account for the period, in both shares and dollars.

| Investment | Shares on 06/30/2020 | Shares on 07/21/2020 | Price on 06/30/2020 | Price on 07/21/2020 | Market Value on 06/30/2020 | Market Value on 07/21/2020 |
|---|---|---|---|---|---|---|
| **Stock Investments** | | | | | **$698.13** | **$0.00** |
| UAL Stock Fund | 20.171 | 0.000 | $34.61 | $33.07 | 698.13 | 0.00 |
| **Blended Fund Investments\*** | | | | | **$15,677.58** | **$0.00** |
| Vanguard Target 2050 | 381.357 | 0.000 | $41.11 | $43.19 | 15,677.58 | 0.00 |
| **Account Total** | | | | | **$16,375.71** | **$0.00** |

Please read this statement carefully. Any error must be reported to Fidelity Investments within 90 days.

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 166 of 374   Page ID #:5677
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 8 of 94

United Airlines Flight Attendant
401(k) Plan

Statement Period: 07/01/2020 to 07/21/2020

## Market Value of Your Account (continued)

Remember that a dividend payment to fund shareholders reduces the share price of the fund, so a decrease in the share price for the statement period does not necessarily reflect lower fund performance.

*Some of your investments are classified as a Blended Fund Investment. Blended Investments may include a mixture of stocks, bonds and/or short-term assets. Please refer to the "Additional Fund Information" section to determine the allocation of your blended investments' underlying assets.

Please refer to NetBenefits and other Plan information, such as your SPD, for a description of your right to direct investments under the Plan. For information on any plan restrictions or limitations on those rights visit NetBenefits and click on "Plan Information".

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk.

In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of the Plan. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different tolerances for risk. It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under the Plan to help ensure that your retirement savings will meet your retirement goals. Visit the Dept of Labor website www.dol.gov/agencies/ebsa/laws-and-regulations/laws/pension-protection-act/investing-and-diversification for information on individual investing and diversification.

Please check your account information frequently and promptly review correspondence, account statements, and confirmations as they are made available to you. Contact Fidelity immediately if you see or suspect unauthorized activity, errors, discrepancies, or if you have not received your account documents or information.

Some of the administrative services performed for the Plan were underwritten from the total operating expenses of the Plan's investment options.

## Your Contribution Elections as of 04/25/2022

Your current election(s) for your employee contributions are displayed below. Log on to NetBenefits or call 800-245-9034 for all elections.

| Investment | Pre-Tax Contrib | Roth 401(k) Contrib | Post-Tax Contrib | CMI Fixed ER Contrib |
|---|---|---|---|---|
| Vanguard Target 2050 | 100% | 100% | 100% | 100% |
| Total | 100% | 100% | 100% | 100% |

| Contributions | Pre-Tax Contrib | Employer Match (FA) | Employer Direct (FA) | |
|---|---|---|---|---|
| Year To Date | $658.18 | $60.69 | $101.15 | |
| Vested Percent | 100.00 | 100.00 | 100.00 | |

## Your Account Activity

Use this section as a summary of transactions that occurred in your account during the statement period.

| Activity | UAL Stock Fund | Vanguard Target 2050 | Total | |
|---|---|---|---|---|
| Beginning Balance | $698.13 | $15,677.58 | $16,375.71 | |
| Withdrawals | -673.81 | -16,462.55 | -17,136.36 | |
| Terminated Maintenance | 0.00 | -8.25 | -8.25 | |
| Change in Market Value | -24.32 | 793.22 | 768.90 | |
| Ending Balance | $0.00 | $0.00 | $0.00 | |

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 167 of 374   Page ID #:5678
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 9 of 94

United Airlines Flight Attendant
401(k) Plan

Statement Period: 07/01/2020 to 07/21/2020

## Commission Information
This section provides an estimate of the commissions you have paid during the statement period on stock trade(s) held in your account.

| Activity | Exchanges | Withdrawals | Contributions | Total |
|---|---|---|---|---|
| UAL Stock Fund | N/A | -0.58 | 0.00 | -0.58 |
| **Total Estimated Commissions** | **$0.00** | **-0.58** | **$0.00** | **-0.58** |

UAL Stock Fund exchange commissions, if any, are detailed in your activity section(s) above and not reflected here. All other commissions for UAL Stock Fund are factored into the price per share when the transaction is processed. Commissions noted for withdrawals and contributions shown above are estimates calculated by multiplying the number of shares involved in the transaction by the applicable commission rate. Please note, estimated commissions are not reflected in your account activity section(s) above.

Applicable commission rate(s) are available by accessing your account online.  Estimated stock commissions listed above may be overstated due to non-market transactions.

## A Message From United Airlines

401(k) contribution limits for 2022: The IRS pretax/Roth 401(k) contribution limit will be increased in 2022 to $20,500.  If you are age 50 or older in 2022, you can contribute an additional $6,500.  For more information or to update your contribution rate, please log on to netbenefits.com or call the Fidelity Service Center for United Employees at 800-245-9034.

828022.7.0

## Your Transaction Detail
This section will provide you with detailed day to day activity in your account during the statement period.

| Trade Date | Transaction Type | Source | Shares | Price | Transaction Amount |
|---|---|---|---|---|---|
| **UAL Stock Fund** | | | | | |
| 07/21/2020 | Withdrawal | Pre-Tax Contrib | -9.174 | $33.4046 | -306.45 |
| 07/21/2020 | Realized G/L | Pre-Tax Contrib | | | $37.81 |
| 07/21/2020 | Withdrawal | Employer Match (FA) | -2.537 | $33.4046 | -84.75 |
| 07/21/2020 | Realized G/L | Employer Match (FA) | | | $9.87 |
| 07/21/2020 | Withdrawal | Prior Employer Contrib | -6.769 | $33.4046 | -226.12 |
| 07/21/2020 | Realized G/L | Prior Employer Contrib | | | -13.72 |
| 07/21/2020 | Withdrawal | Employer Direct (FA) | -1.691 | $33.4046 | -56.49 |
| 07/21/2020 | Realized G/L | Employer Direct (FA) | 0.000 | $33.4046 | $6.51 |
| **Vanguard Target 2050** | | | | | |
| 07/21/2020 | Terminated Maintenan | Pre-Tax Contrib | -0.124 | $43.19 | -5.35 |
| 07/21/2020 | Realized G/L | Pre-Tax Contrib | | | $0.55 |
| 07/21/2020 | Withdrawal | Pre-Tax Contrib | -247.113 | $43.19 | -10,672.81 |
| 07/21/2020 | Realized G/L | Pre-Tax Contrib | | | $1,097.48 |
| 07/21/2020 | Terminated Maintenan | Employer Match (FA) | -0.030 | $43.19 | -1.31 |
| 07/21/2020 | Realized G/L | Employer Match (FA) | | | $0.15 |
| 07/21/2020 | Withdrawal | Employer Match (FA) | -60.402 | $43.19 | -2,608.76 |
| 07/21/2020 | Realized G/L | Employer Match (FA) | | | $261.42 |
| 07/21/2020 | Terminated Maintenan | Prior Employer Contrib | -0.011 | $43.19 | -0.48 |
| 07/21/2020 | Realized G/L | Prior Employer Contrib | | | $0.08 |
| 07/21/2020 | Withdrawal | Prior Employer Contrib | -22.289 | $43.19 | -962.66 |
| 07/21/2020 | Realized G/L | Prior Employer Contrib | | | $147.89 |
| 07/21/2020 | Terminated Maintenan | Employer Direct (FA) | -0.026 | $43.19 | -1.11 |
| 07/21/2020 | Realized G/L | Employer Direct (FA) | | | $0.14 |
| 07/21/2020 | Withdrawal | Employer Direct (FA) | -51.362 | $43.19 | -2,218.32 |
| 07/21/2020 | Realized G/L | Employer Direct (FA) | | | $291.74 |

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 168 of 374   Page ID #:5679
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 10 of 94

United Airlines Flight Attendant
401(k) Plan

Statement Period: 07/01/2020 to 07/21/2020

## Your Account Information

If the information below is incorrect, please contact Fidelity Investments.

**General Information**

| | | | |
|---|---|---|---|
| Perticipant Status | Terminated | Division | FA |
| Termination | 03/15/2020 | | |

**Deferrals**

| | | | |
|---|---|---|---|
| Pre-Tax Contribution | 0% | Post-Tax Contribution | 0% |
| Roth Contributions | 0% | | |

## A Message from Fidelity Investments

To access performance information on the investment options available in your Plan - log onto www.netbenefits.com or call your plan's toll-free number.

Before investing in any mutual fund please carefully consider the investment objectives, risks, charges and expenses. For this and other information, call or write Fidelity for a free prospectus. Read it carefully before you invest.

Fidelity Brokerage Services LLC, Member NYSE, SIPC, 900 Salem Street, Smithfield, Rhode Island 02917.

459279

## Fund Performance

You can use this section to keep track of the historical performance of the funds in which you're invested.

*For a mutual fund, the expense ratio is the total annual fund or class operating expenses (before waivers or reimbursements) paid by the fund and stated as a percent of the fund's total net assets. Where the investment option is not a mutual fund, the figure displayed in the expense ratio field is intended to reflect similar information. However, it may have been calculated using methodologies that differ from those used for mutual funds. Mutual fund data has been drawn from the most recent prospectus. For non-mutual fund investment options, the information has been provided by the trustee or plan sponsor. When no ratio is shown for these options it is due to the fact that none was available. Nevertheless, there may be fees and expenses associated with the investment option.*

*Please note that for the non Fidelity fund of funds listed, the Expense Ratio shown may solely reflect the total operating expense ratio of the fund, or may be a combined ratio reflecting both the total operating expense ratio of the fund and the total operating expense ratios of the underlying funds in which it was invested. Please consult the fund's prospectus for more detail on a particular fund's expense ratio.*

## Fund Performance

You can use this section to keep track of the historical performance of the funds in which you're invested.

*As you review this update, please remember that performance data stated represents past performance which does not guarantee future results. Investment return and principal value of an investment will fluctuate; therefore, you may have a gain or loss when you sell your units. Current performance may be higher or lower than performance stated. To learn more or to obtain the most recent month-end performance information, contact Fidelity using the information listed on the first page of this statement (your plan's toll free number and/or website).*

Your holding period may differ from the time periods shown below.
Keep in mind that investing involves risk. The value of your investment may fluctuate over time and you may gain or lose money.

### Average Annual Total Return as of 06/30/2020

| Investment | Inception Date | 1 Year | 5 Years | 10 Years | Life To Date | Gross Exp Ratio |
|---|---|---|---|---|---|---|
| UAL Stock Fund | 01/26/2006 | -60.47 | -8.17 | 5.35 | -1.03 | N/A |
| Vanguard Target 2050 | 06/30/2015 | 3.11 | 6.89 | N/A | 6.89 | N/A |

| Indices | 1 Year | 5 Years | 10 Years | | | Gross Exp Ratio |
|---|---|---|---|---|---|---|
| BC Gov't Credit Bond Index | 10.02 | 4.74 | 4.13 | | | N/A |
| Dow Jones Index | -0.54 | 10.62 | 12.99 | | | N/A |
| MSCI EAFE Index | -4.95 | 2.26 | 5.90 | | | N/A |
| S&P 500 Index | 7.51 | 10.73 | 13.99 | | | N/A |

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 169 of 374   Page ID #:5680
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 11 of 94

United Airlines Flight Attendant
401(k) Plan

Statement Period: 07/01/2020 to 07/21/2020

## Fund Performance (continued)

Total returns are historical and include the change in share value and reinvestment of dividends and capital gain distributions, if any.  Cumulative returns are reported as of the periods shown. Life of fund figures are from commencement date to the period shown. Due to regulatory requirements the average annual total returns are reported as of the most recent calendar quarter for the periods shown and are calculated using a standard formula.  The figures do not include the effect of sales charges, if any, as these charges are waived for contributions made through your company's employee benefit plan.  If sales charges were included, returns would have been lower.  Each fund's share price (except money market funds), yield, and return will vary, and you may have a gain or loss when you sell your shares.  For funds no longer offered through your plan, short-term trading fees will not apply to your account.

* The Barclay's Gov't Credit Bond Index (Gov't Credit) is an unmanaged total return index comprised of certain public obligations of the U.S. Treasury, U.S. government agencies, quasi-federal agencies, corporate debt guranteed by the U.S. government and public fixed rate, and non-convertible investment-grade domestic corporate debt.  Issues included in this index have at least one year to maturity.

* The Dow Jones Industrial Average (Dow Jones) is an unmanaged index of common stocks of the 30 major industrial companies and assumes reinvestment of dividends.

* The MSCI EAFE Index (Morgan Stanley Capital International Europe, Australasia, and  Far East,  Index) is an unmanaged index and includes the reinvestment of dividends. It is designed to represent the performance of developed stock markets outside the United States and Canada.  The MSCI EAFE Index is a registered service mark of Morgan Stanley and has been licensed for use by FMR Corp.

*The S&P 500 Index is a registered service mark of the McGraw-Hill Companies, Inc., and has been licensed for use by Fidelity Distributors Corporation and its affiliates. It is a widely recognized, unmanaged index of 500 U.S. common stocks.

*For a mutual fund, the expense ratio is the total annual fund or class operating expenses (before waivers or reimbursements) paid by the fund and stated as a percent of the fund's total net assets.  Where the investment option is not a mutual fund, the figure displayed in the expense ratio field is intended to reflect similar information.  However, it may have been calculated using methodologies that differ from those used for mutual funds.  Mutual fund data has been drawn from the most recent prospectus.  For non-mutual fund investment options, the information has been provided by the trustee or plan sponsor.  When no ratio is shown for these options it is due to the fact that none was available.  Nevertheless, there may be fees and expenses associated with the investment option.*

*Please note that for the non Fidelity fund of funds listed, the Expense Ratio shown may solely reflect the total operating expense ratio of the fund, or may be a combined ratio reflecting both the total operating expense ratio of the fund and the total operating expense ratios of the underlying funds in which it was invested.  Please consult the fund's prospectus for more detail on a particular fund's expense ratio.*

Fidelity Brokerage Services LLC, Member NYSE, SIPC, 900 Salem Street, Smithfield, RI 02917.

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 170 of 374   Page ID #:5681
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 12 of 94

United Airlines Flight Attendant
401(k) Plan

## Your Statement Glossary

**Average Annual Total Return**
This is the hypothetical rate of return that, if the investment option achieved it over a year's time, would produce the same cumulative total return if the investment option performed consistently over the entire period. A total return is expressed in a percentage and tells you how much the investment has earned or lost over time, assuming that all dividends and capital gains are reinvested.

**Change in Market Value**
The change in value reflects the fluctuations in the price per share of the investment option because of changes in their underlying investments (stocks, bonds or short term investments). In the Account Summary section of your statement, this number is the total of all changes in all of your investments due to these types of fluctuations.

**Dividends**
In the investment options of your plan, including mutual funds and company stock (if applicable), dividends are money paid to shareholders that comes from the investment income that the fund has earned. Depending on the rules of your plan, dividends on company stock may be reinvested into your retirement account or paid to you in cash.

**Market Value**
Market Value is the dollar value of the investments in your account. You can calculate your market value by using the following formula: Market Value = Number of shares or units in your account x Price per share or unit of the fund.

**Shares**
Shares are your units of ownership of investments in your account.

**Share Price**
The value of one share of each investment in your account is called share price. It is determined by taking the total value of the whole investment option on a given day and dividing it by the number of shares outstanding.

**Units**
Your interest in your company stock fund is expressed in units not shares. The value of each unit is determined by dividing the market value of assets held by the fund, including shares and the short term investments, by the number of units outstanding. Unitization is a method that combines common stock with short term investments. The short term investment portion of the fund enables stock fund trading every business day, similar to mutual funds, rather than the typical three day settlement period which occurs when stock is traded on the open market. Unitization does not affect the initial market value of your ownership in company stock, only the manner in which it is expressed.

**Vesting**
Vesting refers to your level of ownership in company contributions and any associated earnings. When the company contributes money to your account, it resides in your account, under your name. This money becomes fully yours once you have satisfied the vesting requirements of your plan. You are always entitled to 100% of your contributions and any associated earnings.

---

### Some special information about other sections that may appear in your account statement.

**Asset Allocation**
Investments can be divided into three major asset classes: Stocks, Bonds, and Short Term Investments. These asset classes represent the different types of underlying securities that may be held in the investment options you own. Please note that you may be invested in a blended fund where the fund holdings are invested in more than one asset class.

**Stocks**
Stocks can add a growth component to your portfolio. They represent ownership or equity in a company. Stocks have the potential to outperform other types of investments over the long term. However, stocks tend to have wider price fluctuations over short periods of time than other securities.

**Bonds**
Bonds can add an income portion to your portfolio. They represent a loan to a corporation or Government Agency, and provide the opportunity for higher current income than short-term investments. Unlike short-term investments and stable value investments, bond prices fluctuate with changes in interest rates.

**Short Term**
Short Term investments can add stability to your portfolio. They provide current income and seek to preserve the value of your investment. They also tend to provide the lowest returns over the long term. Examples of these investments include certificates of deposit (CDs), Treasury Bills and Money Market Instruments.

**Market Indices**
A market index can measure the general trends in the performance of particular market segments. You can use the appropriate market index to compare the performance (Average Annual Return) of the options in which you're invested.

**Standard and Poor's 500**
The S&P 500 incorporates a broad base of 500 stocks, including industrial, utility, and financial companies. Some of its stocks have a greater influence on the direction of the market. The S&P 500 calculation takes this into account by giving greater weight to these stocks. The companies that make up the S&P 500 are traded on the New York and American Stock Exchanges, as well as the Over-The-Counter Exchange.

**Barclays Aggregate Bond Index**
This measures the total return of over 6,000 high-quality bond issues, including government, corporate, and mortgage sectors. Bonds in this price-weighted index have an average maturity of 10 years.

**Morgan Stanley EAFE Index**
The MSCI EAFE Index (Morgan Stanley Capital International Europe, Australasia, and Far East, Index) is an unmanaged index and includes the reinvestment of dividends. It is designed to represent the performance of developed stock markets outside the United States and Canada. The MSCI EAFE Index is a registered service mark of Morgan Stanley and has been licensed for use by FMR Corp.

---

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 171 of 374   Page ID #:5682
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 13 of 94

**Payment information for Jamie Lynn Gallian**

**Plan: 90296: United Airlines Flight Attendant 401(k) Plan**

| | Payment Number | Date | Status Date | Status | Gross Amount | Net Amount |
|---|---|---|---|---|---|---|
| ☑ | 02808548549 | 07/23/2020 | 07/24/2020 | C | $17,136.36 | $14,002.53 |

| | | |
|---|---|---|
| Pay to the order of: | JAMIE GALLIAN | CPCS: | |
| Address: | JPMORGAN CHASE | Dist. Type: | S: Lump Sum |
| | 10430 HIGHLAND MANOR DRIVE | Form: | EWC1 |
| | TAMPA, FL 33610-0000 | Metered Date: | |
| | | Status: | C: Cleared |
| | | Tax: | Y:2020 |
| | | Payment Type: | E: EFT/ACH |
| | | Rtn/Transit: | 322271627 |
| | | Account: | |
| | | Type: | Checking |

| | Payment Number | Date | Status Date | Status | Gross Amount | Net Amount |
|---|---|---|---|---|---|---|
| ☑ | 02802524049 | 06/15/2018 | 06/16/2018 | C | $27,000.00 | $24,030.00 |

| | | |
|---|---|---|
| Pay to the order of: | JAMIE L. GALLIAN | CPCS: | |
| Address: | BANK OF AMERICA, N.A. | Dist. Type: | W: Withdrawal |
| | 8001 VILLA PARK DRIVE | Form: | EWC1 |
| | HENRICO, VA 23228-0000 | Metered Date: | |
| | | Status: | C: Cleared |
| | | Tax: | Y:2018 |
| | | Payment Type: | E: EFT/ACH |
| | | Rtn/Transit: | 121000358 |
| | | Account: | |
| | | Type: | Checking |

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 172 of 374   Page ID #:5683
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion     Page 170 of 94

**CORRECTED (if checked)**

| PAYER'S TIN 04-6568107 | RECIPIENT'S TIN xxx-xx-3936 | 1 Gross distribution $31,922.58 | OMB No. 1545-0119 **2020** Form 1099-R | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |

PAYER'S name, street address, city, state, and ZIP code
FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS CO.
100 MAGELLAN WAY  KW1C
COVINGTON, KY  41015-1987
90296                1-800-425-2363
UNITED AIRLINES

2a Taxable amount $29,030.93

2b Taxable amount not determined    Total distribution [X]

3 Capital gain (included in box 2a) $0.00

4 Federal income tax withheld $2,848.94

RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code
PRTAX2E2021011308.16.126055564

JAMIE LYNN GALLIAN
16222 Monterey Lane #376
Huntington Beach, CA 92649

5 Employee contrib/desig Roth contrib or insurance premiums $2,891.65

6 Net unrealized appreciation in employer's securities $0.00

7 Distribution code(s)  IRA/SEP/SIMPLE
2

8 Other $0.00 %

9a Your percentage of total distribution %

9b Total employee contributions $

10 Amount allocable to IRR within 5 years $0.00

14 State tax withheld $284.89

15 State/Payer's state no. CA 80275704

16 State distribution

Account number (see instructions) 20210109032105064117

11 1st year of desig.Roth contrib.

12 FATCA filing requirement

13 Date of payment

Copy B
Report this income on your federal income tax return. If this form shows federal income tax withheld in box 4, attach this form to your return. This information is being furnished to the Internal Revenue Service.

Form 1099-R                Department of the Treasury - Internal Revenue Service

*90296    0000000020R*

**CORRECTED (if checked)**

| PAYER'S TIN 04-6568107 | RECIPIENT'S TIN xxx-xx-3936 | 1 Gross distribution $31,922.58 | OMB No. 1545-0119 **2020** Form 1099-R | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |

PAYER'S name, street address, city, state, and ZIP code
FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS CO.
100 MAGELLAN WAY  KW1C
COVINGTON, KY  41015-1987
90296                1-800-425-2363
UNITED AIRLINES

2a Taxable amount $29,030.93

2b Taxable amount not determined    Total distribution [X]

3 Capital gain (included in box 2a) $0.00

4 Federal income tax withheld $2,848.94

RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code

JAMIE LYNN GALLIAN
16222 Monterey Lane #376
Huntington Beach, CA 92649

5 Employee contrib/desig Roth contrib or insurance premiums $2,891.65

6 Net unrealized appreciation in employer's securities $0.00

7 Distribution code(s)  IRA/SEP/SIMPLE
2

8 Other $0.00 %

9a Your percentage of total distribution %

9b Total employee contributions $

10 Amount allocable to IRR within 5 years $0.00

14 State tax withheld $284.89

15 State/Payer's state no. CA 80275704

16 State distribution $

Account number (see instructions) 20210109032105064117

11 1st year of desig.Roth contrib.

12 FATCA filing requirement

13 Date of payment

Copy C
For Recipient's Records

This information is being furnished to the Internal Revenue Service.

Form 1099-R     (keep for your records)     Department of the Treasury - Internal Revenue Service

**CORRECTED (if checked)**

| PAYER'S TIN 04-6568107 | RECIPIENT'S TIN xxx-xx-3936 | 1 Gross distribution $31,922.58 | OMB No. 1545-0119 **2020** Form 1099-R | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |

PAYER'S name, street address, city, state, and ZIP code
FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS CO.
100 MAGELLAN WAY  KW1C
COVINGTON, KY  41015-1987
90296                1-800-425-2363
UNITED AIRLINES

2a Taxable amount $29,030.93

2b Taxable amount not determined    Total distribution [X]

3 Capital gain (included in box 2a) $0.00

4 Federal income tax withheld $2,848.94

RECIPIENT'S name, street address (including apt. no.), city, state, and ZIP code

JAMIE LYNN GALLIAN
16222 Monterey Lane #376
Huntington Beach, CA 92649

5 Employee contrib/desig Roth contrib or insurance premiums $2,891.65

6 Net unrealized appreciation in employer's securities $0.00

7 Distribution code(s)  IRA/SEP/SIMPLE
2

8 Other $0.00 %

9a Your percentage of total distribution %

9b Total employee contributions $

10 Amount allocable to IRR within 5 years $0.00

14 State tax withheld $284.89

15 State/Payer's state no. CA 80275704

16 State distribution $

Account number (see instructions) 20210109032105064117

11 1st year of desig.Roth contrib.

12 FATCA filing requirement

13 Date of payment

Copy 2
File this copy with your state, city, or local income tax return, when required

Form 1099-R                Department of the Treasury - Internal Revenue Service

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 173 of 374   Page ID #:5684
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 15 of 94

# EXHIBIT P

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 174 of 374   Page ID #:5685
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 16 of 94

## CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2021 through January 29, 2021
Account Number: **000000351897860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00027642 DRE 703 141 03021 NNNNNNNNNNN T 1 000000000 64 0000

J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649



### CHECKING SUMMARY   Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | **$16,618.38** |
| Checks Paid | 2 | -2,610.00 |
| Electronic Withdrawals | 5 | -1,401.70 |
| **Ending Balance** | **7** | **$12,606.68** |

### CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4507  ^ | | 01/20 | $110.00 |
| 4587  * ^ | | 01/28 | 2,500.00 |
| **Total Checks Paid** | | | **$2,610.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

Page 1 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 175 of 374   Page ID #:5686
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 17 of 94

**CHASE** ◆

January 01, 2021 through January 29, 2021
Account Number:  **000000351897860**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/07 | Orig CO Name:Kmf          Orig ID:9200704262 Desc Date:210106 CO Entry Descr:Kmfusa:Comsec:Tel   Trace#:091000013450043 Eed:210107   Ind ID:2014469742 Ind Name:Jamie Gallian Trn: 0073450043Tc | $238.00 |
| 01/13 | Orig CO Name:Verizon Wireless          Orig ID:4223344794 Desc Date:210113 CO Entry Descr:Payments  Sec:PPD    Trace#:021000026021285 Eed:210113   Ind ID: Ind Name:00000000606064231600001 Trn: 0136021285Tc | 60.16 |
| 01/15 | Orig CO Name:Capital One          Orig ID:9279744991 Desc Date:210114 CO Entry Descr:Online Pmtsec:Web   Trace#:05140551515229 Eed:210115   Ind ID:3F6Ve4Tbf8Fio6B Ind Name:Jamie L Gallian Trn: 0155153229Tc | 741.93 |
| 01/19 | Orig CO Name:Capital One          Orig ID:9279744991 Desc Date:210118 CO Entry Descr:Online Pmtsec:Web   Trace#:05140551641906 Eed:210119   Ind ID:3F7Q8Q5Ppcnd9Sz          Ind Name:Jamie L Gallian Trn: 0196419606Tc | 48.49 |
| 01/20 | Orig CO Name:Home Depot          Orig ID:Cltlctp   Desc Date:210119 CO Entry Descr:Online Pmtsec:Web   Trace#:091409688099792 Eed:210120   Ind ID:140331518843854          Ind Name:Jamie L Gallian Trn: 0208099792Tc | 313.12 |
| **Total Electronic Withdrawals** | | **$1,401.70** |

The monthly service fee of $15.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 01/07 | $16,380.38 |
| 01/13 | 16,320.22 |
| 01/15 | 15,578.29 |
| 01/19 | 15,529.80 |
| 01/20 | 15,106.68 |
| 01/28 | 12,606.68 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 7 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **7** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | -$15.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$0.00** |

Page 2 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 176 of 374   Page ID #:5687
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 18 of 94



January 01, 2021 through January 29, 2021
Account Number:   **000000351897860**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the
address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is
incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error
appeared.  Be prepared to give us the following information:
  •    Your name and account number
  •    The dollar amount of the suspected error
  •    A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new
accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes
us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**  Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears,
you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the
Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by
JPMorgan Chase Bank, N.A.  Member FDIC



JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 177 of 374   Page ID #:5688
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 19 of 94

**CHASE** ◻

January 01, 2021 through January 29, 2021
Account Number:   **000000351897860**

This Page Intentionally Left Blank

Page 4 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 178 of 374   Page ID #:5689
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 20 of 94

**J-SANDCASTLE CO, LLC**
**JAMIE GALLIAN**

90-7162/3222

4507

DATE  1/13/2021

PAY TO THE
ORDER OF  _Roma Mustion_                    $ 110.00

_One hundred ten +00_                                    DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑆322271627⑆   35187786 0⑈4507

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 179 of 374   Page ID #:5690
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 21 of 94

**J-SANDCASTLE CO, LLC**
**JAMIE GALLIAN**

90-7182/3222

4587

DATE 1/28/2021

PAY TO THE
ORDER OF   *Bail Bonds Direct*   $ 2500.00

*Two thousand five hundred*   DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑈322271627⑈   351897860⑈4587

PAY TO THE ORDER OF
BANK OF AMERICA
ORANGE, CA 92865-2438
CHECK FOR DEPOSIT ONLY
BAIL BONDS DIRECT
325082237300

ENDORSE HERE

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 180 of 374   Page ID #:5691
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 22 of 94

# EXHIBIT Q

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 181 of 374   Page ID #:5692
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 23 of 94

34i

**CR-111/JV-791**

ATTORNEY OR PERSON WITHOUT ATTORNEY *(Name, State Bar number, and address):*

[X] Recording requested by and return to:

Janine Jasso
16025 Warmington Lane
Huntington Beach, CA 92649

TELEPHONE NO.: 213-247-6030   FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*: j9_jasso@yahoo.com

| [ ] ATTORNEY FOR: | [X] JUDGMENT CREDITOR | [ ] ASSIGNEE OF RECORD |

**Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder**

101.00

*\*$R0012858681$\**
**2021000348287 11:32 am 05/27/21**
**340 414A A03   3**
**0.00 0.00 0.00 0.00 6.00 10.00 0.000.0075.00 3.00**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Orange

STREET ADDRESS: 8141  13th Street

MAILING ADDRESS:

CITY AND ZIP CODE: Westminister, CA, 92683

BRANCH NAME: West Justice Center

CASE NAME: People of the State of California v. Gallian

**ABSTRACT OF JUDGMENT—RESTITUTION**   [ ] Amended

*FOR RECORDER'S USE ONLY*

CASE NUMBER:
18WM05278

*FOR COURT USE ONLY*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

**MAY 2 6 2021**

DAVID H. YAMASAKI, Clerk of the Court

BY:_____T. TRAN_____,DEPUTY

𝆑
3P
1C
FF
SB

1. The [X] judgment creditor   [ ] assignee of record   [ ] other *(specify):*

Janine Jasso

applies for an abstract of judgment and represents the following:

a.   Judgment debtor's

Name and last known address

Jamie Gallian
16222 Monterey Lane, Space 376
Huntington Beach, CA, 92649

b. [X] Driver's license no. [last 4 digits] and state: 0742 /CA          [ ] Unknown
c. [X] Social security no. [last 4 digits]: 3936                        [ ] Unknown
d. [X] Date of birth: 11-16-1962                                        [ ] Unknown

Date: 05/26/2021

Janine Jasso
(TYPE OR PRINT NAME)

_(signature)_
(SIGNATURE OF APPLICANT OR ATTORNEY)
[X] ON INFORMATION AND BELIEF

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
CR-111/JV-791 [Rev. July 1, 2015]

**ABSTRACT OF JUDGMENT—RESTITUTION**

Penal Code, §§ 1202.4(i), (m), 1214;
Welfare and Institutions Code, § 730.6(i), (r);
Code of Civil Procedure, § 674
www.courts.ca.gov

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 182 of 374   Page ID #:5693
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 24 of 94

CR-111/JV-791

| CASE NAME: People of the State of California v. Jamie Gallian | CASE NUMBER: 18WM05278 |
| --- | --- |

## CERTIFICATION

2. I certify that the following is a true and correct judgment entered in this action.

3. Judgment creditor *(name):* Janine Jasso
   [X] whose address or whose attorney's address appears on this form above the court's name.

4. Judgment debtor *(full name as it appears in judgment):* Jamie Gallian

5. Judgment entered on *(date):* 12/12/2019

6. Total amount of judgment as entered or last renewed: $ 13,229.24

[SEAL]

7. [ ] A stay of enforcement was ordered on:     and is effective until: ~~~~~~~~~~
   [X] A stay of enforcement was not ordered.

This abstract of judgment was issued on *(date):* MAY 2 6 2021

Clerk, by _____ , Deputy

T. TRAN

Page 2 of 2

CR-111/JV-791 [Rev. July 1, 2015]

**ABSTRACT OF JUDGMENT—RESTITUTION**

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 183 of 374   Page ID #:5694
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 25 of 94

SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE
WEST JUSTICE CENTER
8141 13th Street, Westminster, CA 92683

## NOTICE TO DEFENDANT

Defendant Name: **Gallian, Jamie Lynn**                      Case No: **18WM05278**

Address:          16222 MONTEREY Lane 376,              Date Sentenced: 12/12/19
                  Huntington Beach, CA 92649 USA

AKAs:             Barclay, Jamie Lynn ; Gallian, Jamie ; Gallian, Jamie Lynn ;
                  Gallian-Pierpoint, Jamie ; Peters, Jamie Lynn ; Pierpont, Jamie ;
                  Stone, Jamie Lynn

Date of Order: 05/03/21   Judicial Officer: Haskins, Kevin              Dept: W18

## OC Pay #: 9466479

Balance Due $13,229.24

Charging Doc:   Original Complaint

CNT  OL  CHARGE                          CNT  OL  CHARGE
  1   M   166(a)(4) PC                     2   M   166(a)(4) PC

Hearing held on 05/03/2021 at 09:00 AM in Department W18 for Chambers Work

The Court has reviewed correspondence and rules as follows:

Request for copy of defendant's statement of assets is denied.

Case Processing directed to send notice by letter.

Notice to defendant issued.

You can obtain additional case information through the court's Public Access Website at
www.occourts.org

I hereby certify the foregoing instrument consisting of ___1___ page(s)
is a true and correct copy of the original on file in this court.

**MAY 2 6 2021**

ATTEST: (DATE)
DAVID H. YAMASAKI, EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _Patty Conde_ , DEPUTY

**PATTY CONDE**

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 184 of 374   Page ID #:5695
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 26 of 94



THIS IS A CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL, AND
SIGNATURE OF THE ORANGE
COUNTY CLERK-RECORDER.

DATE:_____06/01/2021_____

CERTIFICATION FEE:___4.00____

COUNTY CLERK-RECORDER

ORANGE COUNTY
STATE OF CALIFORNIA

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 185 of 374   Page ID #:5696
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion    Page 27 of 94

# EXHIBIT R

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 186 of 374   Page ID #:5697
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 28 of 94



**INVESTMENT REPORT**
**July 1, 2021 - September 30, 2021**

Fidelity Rollover IRA JAMIE LYNN GALLIAN - ROLLOVER IRA -
FIDELITY MANAGEMENT TRUST CO - CUSTODIAN
▶ **Account Number: 169-638064**

Envelope # BLLGKWBBBMLWX

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPC 376
HUNTINGTN BCH CA 92649-2258

**Your Account Value:** **$7,252.21**

Change from Last Period:                    ▲ $0.18

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $7,252.03 | $7,251.67 |
| Change in Investment Value * | 0.18 | 0.54 |
| **Ending Account Value **** | $7,252.21 | $7,252.21 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $7,252.21 | |

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*  *Excludes unpriced securities.*

**Contact Information**

| | |
|---|---|
| Online | Fidelity.com |
| FAST℠ Automated Telephone | (800) 544-5555 |
| Customer Service | (800) 544-6666 |

The 2021 Fidelity Investments and Fidelity Funds Privacy Notice is
available at Fidelity.com/privacy.

Brokerage services provided by Fidelity Brokerage Services LLC (FBS), Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried by National Financial Services LLC (NFS), Member NYSE, SIPC.

1 of


H6697440932021093O

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 187 of 374   Page ID #:5698
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 29 of 94



**INVESTMENT REPORT**
July 1, 2021 - September 30, 2021

## Account Summary

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

Account Value:                                    **$7,252.21**

Account Holdings

### Change in Account Value                        ▲ $0.18

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | **$7,252.03** | **$7,251.67** |
| **Change in Investment Value \*** | 0.18 | 0.54 |
| **Ending Account Value** | **$7,252.21** | **$7,252.21** |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $7,252.21 | |

Total Account Trades Oct 2020 - Sep 2021: 0

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*



100% Core Account ($7,252)

### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Fidelity Government Money Market | $7,252 | 100% |
| **Total** | **$7,252** | **100%** |

*Please note that, due to rounding, percentages may not add to 100%.*

### Core Account and Credit Balance Cash Flow
*Core Account: FIDELITY GOVERNMENT  MONEY MARKET*

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Balance** | **$7,252.03** | **$7,251.67** |
| **Investment Activity** | | |
| Dividends, Interest & Other Income  D | 0.18 | 0.54 |
| **Total Investment Activity** | **$0.18** | **$0.54** |
| **Ending Balance** | **$7,252.21** | **$7,252.21** |

D   *Includes dividend reinvestments.*

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Tax-deferred** | **$0.18** | **$0.54** |
| **Total** | **$0.18** | **$0.54** |

2 of

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 188 of 374   Page ID #:5699
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 30 of 94



INVESTMENT REPORT
July 1, 2021 - September 30, 2021

## Holdings

Account # 169-638064
**JAMIE LYNN GALLIAN - ROLLOVER IRA**

### Core Account

| Description | Beginning Market Value Jul 1, 2021 | Quantity Sep 30, 2021 | Price Per Unit Sep 30, 2021 | Ending Market Value Sep 30, 2021 | EAI ($) / EY (%) |
|---|---|---|---|---|---|
| FIDELITY GOVERNMENT MONEY MARKET  (SPAXX) | $7,252.03 | 7,252.210 | $1.0000 | $7,252.21 | $0.73 |
| — 7-day yield:  0.01% | | | | | 0.010% |
| **Total Core Account (100% of account holdings)** | **$7,252.03** | | | **$7,252.21** | **$0.73** |
| | | | | | |
| **Total Holdings** | | | | **$7,252.21** | **$0.73** |

EAI   *Estimated Annual Income (EAI) & Estimated Yield (EY)- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts. For calculation details, refer to the "Additional Information and Endnotes" section.*

## Activity

### Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 07/30 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | $0.06 |
| 08/31 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | 0.06 |
| 09/30 | FIDELITY GOVERNMENT MONEY MARKET | 31617H102 | Dividend Received | - | - | 0.06 |
| **Total Dividends, Interest & Other Income** | | | | | | **$0.18** |

3 of

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 189 of 374   Page ID #:5700
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 31 of 94



## Activity

**Account # 169-638064**
**JAMIE LYNN GALLIAN - ROLLOVER IRA**

### Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|------|------|-------------|-------------|----------|-------|--------|---------|
| 07/30 | CASH | Reinvestment | FIDELITY GOVERNMENT MONEY MARKET REINVEST @  $1.000 | 0.060 | $1.0000 | $0.06 | $7,252.09 |
| 08/31 | CASH | Reinvestment | FIDELITY GOVERNMENT MONEY MARKET REINVEST @  $1.000 | 0.060 | 1.0000 | 0.06 | 7,252.15 |
| 09/30 | CASH | Reinvestment | FIDELITY GOVERNMENT MONEY MARKET REINVEST @  $1.000 | 0.060 | 1.0000 | 0.06 | 7,252.21 |
| **Total Core Fund Activity** | | | | | | **$0.18** | |

## Additional Information and Endnotes

► As a result of Securities and Exchange Commission (SEC) regulatory changes that went into effect on September 28, 2021, any orders to sell "over-the-counter" (OTC) securities classified as "Pink-No Information," "Grey Market," "Caveat Emptor," and "Expert Market" will be treated as "Grey Market" securities when sent for execution and will not be displayed, which could impact the quality of your execution. There may be difficulty or delays in processing orders to sell or close your position, and your order could execute at a price that differs significantly from the last price provided when you place your order. In addition, you may notice that pricing is no longer provided on the security, which may impact the market value of that security in your account. See our Trading FAQs at https://www.fidelity.com/trading/faqs-placing-orders for more information.

► Order Flow Practices: As the introducing broker for your account, FBS routes your orders to our clearing firm affiliate, National Financial Services ("NFS"). In deciding where to send orders received for execution, NFS looks at a number of factors, such as size of the order, trading characteristics of the security, favorable execution prices (including the opportunity for price improvement), access to reliable market data, availability of efficient automated transaction processing, and execution cost. Some market centers or broker-dealers may execute orders at prices superior to the publicly quoted market. NFS's order routing policies are designed to result in transaction processing that is favorable to its customers. Where a customer directs the market center to which an order is routed, FBS or NFS will route the order to such market center in accordance with the customer's instructions without regard to its general order-routing practices.

FBS and/or NFS receives remuneration, compensation, or other consideration for directing customer orders to certain market centers. Such consideration may take the form of financial credits, monetary payments, rebates, volume discounts, or reciprocal business. The details of any credit, payment, rebate, or other form of compensation received in connection with the routing of a particular order will be provided on your request. Unless your account is managed on a discretionary basis by Strategic Advisers LLC, an affiliate of NFS, NFS may execute certain transactions as principal. In addition, from time to time, Fidelity may provide aggregated trade execution data to customers and prospective customers.

4 of

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 190 of 374   Page ID #:5701
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 32 of 94



INVESTMENT REPORT
July 1, 2021 - September 30, 2021

## Additional Information and Endnotes

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

Order Routing Disclosure Quarterly reports: Quarterly information regarding the routing of orders by NFS in listed equity securities and listed options is available online at Fidelity.com. The reports are formatted in accordance with Securities and Exchange Commission requirements. Investor Inquiry: You can request your specific order routing and execution information for the preceding six months. This information will include the identity of the marketplace where your orders were routed for execution, whether the orders were directed or non-directed, and, if executed, the time of the execution. You may contact Fidelity for additional details on the information that is available.

BrokerCheck(R) by FINRA: As part of the Financial Industry Regulatory Authority (FINRA) BrokerCheck program, you have access to the BrokerCheck hotline at 800-289-9999 and FINRA website at www.finra.org. You can call or email your inquiries and request a brochure that includes information detailing the BrokerCheck program.

Municipal Securities Rulemaking Board Investor Brochure: Fidelity Brokerage Services LLC is registered with the U.S. Securities and Exchange Commission (SEC) and the Municipal Securities Rulemaking Board (MSRB). An investor brochure may be obtained at MSRB.org that describes the protections that may be provided by the MSRB and how to file a complaint with an appropriate regulatory authority.

▶ Important Notice about updates to Fidelity's Disclosures. Effective September 30, 2021, the Fidelity Brokerage Services LLC Products, Services, and Conflicts of Interest disclosure document is updated to include important information about investment advice we provide to your Retirement Account(s). The "Retirement and Other Tax-Advantaged Accounts" section of the document is updated in its entirety to read as follows: Retirement and Other Tax-Advantaged Accounts. We offer a variety of retirement and other tax-advantaged accounts (including IRAs, workplace savings plan accounts, Health Savings Accounts ("HSAs"), and other similar accounts, collectively "Retirement Accounts"). We have a best interest obligation when we provide a recommendation as part of our brokerage services to your Retirement Account.

When we provide investment advice to you regarding your Retirement Account within the meaning of Title I of the Employee Retirement Income Security Act (ERISA) and/or the Internal Revenue Code (IRC), as applicable, we are a fiduciary within the meaning of these laws governing retirement accounts. The way we make money creates some conflicts with your interests, so when we provide such investment advice, we operate under special rules that require us to act in your best interest and not put our interest ahead of yours. Under these special rules, we must: meet a professional standard of care when making investment recommendations (give prudent advice); never put our financial interests ahead of yours when making recommendations (give loyal advice); avoid misleading statements about conflicts of interest, fees, and investments; follow policies and procedures designed to ensure that we give advice that is in your best interest; charge no more than is reasonable for our services; and give you basic information about conflicts of interest.

The above fiduciary acknowledgement applies solely with respect to the following types of recommendations (each a "Covered Recommendation"): Transfer and Account Recommendations. From time to time, we may recommend that you transfer or roll over assets from a Workplace Savings Plan to a brokerage or advisory IRA (or another Workplace Savings Plan). We may also recommend that you transfer assets in your Workplace Savings Plan to an advisory program or transfer IRA assets to an advisory program. Investment Recommendations. If you have a Retirement Account with us, we may, from time to time, recommend that you buy, sell, or hold securities or other investment property for your Account. We may also recommend that you hire third parties to provide you with investment advice for your IRA. Please refer to the Investment Advisory Services section of this document for a description of these services. It is important to understand that we will not be a fiduciary in connection with all of our interactions with you regarding your Retirement Account.

5 of

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 191 of 374   Page ID #:5702
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 33 of 94



**INVESTMENT REPORT**
July 1, 2021 - September 30, 2021

## Additional Information and Endnotes

Account # 169-638064
**JAMIE LYNN GALLIAN - ROLLOVER IRA**

Specifically, we provide non-fiduciary assistance and education regarding Retirement Accounts and this information is not intended to be individualized to your particular circumstances and should not be considered as a primary basis for your investment decisions. This type of assistance includes: execution of self-directed, or unsolicited, transactions or trades; general descriptions, information and education about our products and services or with respect to plan distribution or rollover decisions; communications that are not an individualized/personalized suggestion for you to take a particular course of action with respect to your retirement assets; assistance for workplace savings plan accounts that are not subject to Title I of ERISA (e.g., certain plans maintained by governmental or tax-exempt employers and non-qualified deferred compensation plans); recommendations with respect to accounts other than Retirement Accounts that you maintain with us; or any communications that are not fiduciary investment advice (as defined by ERISA or the IRC).

We have also updated other sections of the document and we encourage you to read the entire updated document available at https://communications.fidelity.com/information/crs/ or by calling Fidelity at 800-544-6666 for an updated copy.

► Fidelity is required by the Securities Exchange Act of 1934 to provide certain financial information from the Statement of Financial Condition of National Financial Services LLC (NFS). At July 31, 2021, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $5,493 million, which was 11.19% of aggregate debit items and exceeded its minimum requirement by $4,511 million. To acquire the Statement of Financial Condition of National Financial Services LLC (NFS), log on to Fidelity.com. If you wish to obtain a copy of this document at no cost, or have any questions regarding its contents, please call Fidelity at 800-343-3548.

► Please review our Customer Relationship Summary (CRS) disclosure outlining our responsibility and commitment to you. This document explains the relationships and services our firm offers to retail investors, including fees and costs, conflicts of interest, and standards of conduct.

If you are receiving your statement by U.S. mail, this disclosure is included with your statement. If you are receiving your statement electronically, the link to this document is included in the email that we send when your new statement is available online.

You can also view this disclosure online at: Fidelity.com/fbs-fpwa-crs.

► NOTIFICATION OF YOUR TAX WITHHOLDING OPTIONS IN REGARD TO DISTRIBUTIONS FROM YOUR IRA. Federal Income Tax Withholding - IRS regulations require us to withhold federal income tax at a rate of 10% from your total IRA distribution (excluding Roth IRA distributions) unless you elect not to have federal income tax withholding apply (provided you have supplied Fidelity with a U.S. address) or you elect to increase the rate of withholding. Federal income tax will not be withheld from distributions from a Roth IRA unless you elect to have such tax withheld or are otherwise subject to withholding because you are a non-resident alien. If taken under a periodic distribution plan, your election will remain in effect on checkwriting or periodic distributions taken from your IRA until revoked by you. You can change your withholding elections for future distributions at any time by contacting Fidelity.

State Income Tax Withholding - If federal income tax withholding is applied to your distribution, state income tax may also apply. Your state of residence will determine your state income tax withholding requirements, if any. Please refer to the lists below. Your state of residence is determined by the legal address of record on your IRA. For residents of AR, IA, KS, MA, ME, OK and VT, if federal income tax withholding is applied to your distribution, state income tax will also apply. For residents of CA, DE, NC or OR, if federal income tax withholding is applied to your distribution, state income tax will also apply unless you elect not to have state income tax withheld.

For residents of DC, if you take a distribution of your entire account balance and do not directly roll that amount over to another eligible retirement account, DC requires that a minimum amount be withheld from the taxable portion of the distribution, whether or not federal income tax is withheld. For residents of CT or MI, state

6 of

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 192 of 374   Page ID #:5703
Case 8:21-bk-11710-SC    Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 34 of 94



INVESTMENT REPORT
July 1, 2021 - September 30, 2021

## Additional Information and Endnotes

Account # 169-638064
JAMIE LYNN GALLIAN - ROLLOVER IRA

income tax applies regardless of whether or not federal income tax withholding is applied to your distribution. Please reference the CT or MI W-4P Form for information and to calculate the amount to withhold from your distribution. Tax withholding is not required if you meet certain CT or MI requirements governing pension and retirement benefits. For residents of MS, state income tax withholding will apply regardless of whether or not federal income tax withholding is applied to your distribution, unless you elect not to have state income tax withheld.

For residents of SC, you must provide a valid Social Security number; individual tax identification number; or tax identification number for a nonresident alien, if not SC requires that 7% tax be withheld from the distribution. For residents of AK, FL, HI, NH, SD, TN, TX, WA or WY, state income tax withholding is not available on IRA distributions. For residents of all other states, you are not subject to mandatory state income tax withholding; however you may elect voluntary state income tax withholding in a percentage. If you elect to have state income taxes withheld an your state provides a minimum amount or percentage for withholding, you must elect a percentage that is not less than your state's minimum withholding requirements. If the percentage you elect for withholding is less than your state's minimum withholding requirements, your state's minimum amount or percentage will be withheld.

Whether or not you elect to have federal and/or state income tax withheld from your distribution(s), you are responsible for the full payment of federal income tax, any state or local taxes, and any penalties which may apply. You may be responsible for estimated tax payments and could incur penalties if your estimated tax payments are not sufficient. Please contact Fidelity for more information, or contact your state taxing authority for assistance. THE INFORMATION PROVIDED ABOVE IS GENERAL IN NATURE AND SHOULD NOT BE CONSIDERED LEGAL OR TAX ADVICE.

**Estimated Annual Income (EAI) & Estimated Yield (EY)**   - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.  **Please refer to the Help/Glossary on Fidelity.com for additional information regarding these calculations.**

For more information about your statement, please refer to our  **Frequently Asked Questions**  document at **Fidelity.com/statements** .

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 193 of 374   Page ID #:5704
Case 8:21-bk-11710-SC    Doc 101-3    Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion    Page 35 of 94



## Information About Your Fidelity Statement

TDD Service for the Hearing-impaired Call 800-544-0118, 9 am - 9 pm ET, 7 days a week.
Lost or Stolen Cards For 24-Hour worldwide customer service, call 800-529-2164 for American Express or 800-323-5353 for Fidelity® Debit Card.
**Additional Investments with Fidelity** Make checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail checks or other inquiries to: Fidelity Investments, P.O. Box 770001, Cincinnati, OH 45277-0003.
**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.
**Cost Basis, Gain/Loss, and Holding Period Information** NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account requires mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.
**Cost Basis** Fidelity provides purchase cost information for securities held in retirement account. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds

using the FIFO method if shares were purchased at different times or prices. **Statement Mailing** We deliver statements at least four times during the calendar year for any account with a balance.
**Statement Discrepancies Please** review your statement and report any inaccuracies or discrepancies. Inquiries, concerns or questions regarding your brokerage account or the activity therein should be directed to FBS by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138. Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act (SIPA).
**Material Changes** Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).
**Mutual Funds and Performance** Before investing, consider the funds' investment objectives, risks, charges and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.
**Sales Loads & Fees** Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with (i) access to, purchase or redemption of, and/or maintenance of positions in mutual funds and other investment products such as alternative investments or private placements ("funds") or (ii) infrastructure needed to support such funds, some funds, or their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the Offering Materials as well as additional compensation for shareholder services, start-up fees, infrastructure support and maintenance, and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

## Additional Information About Your Brokerage Account, If Applicable

**Free credit balances** (FCB) are funds payable to you on demand. FCB are subject to your commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law. **Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, which may be reported on your statement, including insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to margin and maintenance requirements. **Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balances as of the last weekly mark-to-market, not as of the statement end date. **Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information, please call Fidelity at 800-544-6666. **Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC). **Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places, however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposits (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order.

**Executing Orders on the Floor of the NYSE** The Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the broker's best execution obligations.
**SIPC** Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the SIPC up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.
**Fidelity Investments** Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC.
**FPWA Services** Fidelity Go®, Fidelity® Personalized Planning & Advice and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® International Equity Strategy, the Fidelity® Tax-Managed International Equity Index Strategy, the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These advisory services are provided for a fee. FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.
**Ratings Information from Standard & Poors ("S&P")** may not be reproduced. S&P credit ratings are statements of opinion and are not statements of fact or recommendations to purchase, hold, or sell securities, nor do they address the suitability of securities for investment purposes, and should not be relied on as investment advice. S&P does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for errors or omissions (negligent or otherwise). S&P gives no express or implied warranties, including but not limited to any warranties of merchantability or fitness for a particular purpose or use. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of ratings.
**Miscellaneous** Mutual fund shares, other securities held in your account, and insurance products are neither deposits nor obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.45.0

8 of

Debtor 1    **Jamie Lynn Gallian**                                     Case number (if known) _____

**11. Clothes**
*Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories*
☐ No
■ Yes. Describe.....

| Location: 16222 Monterey Ln #376, Huntington Beach CA 92649 | $1,000.00 |

**12. Jewelry**
*Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver*
■ Yes. Describe
☐ No          20 year old Movado Wrist-watch 40th birthday gift; Costume Jewelry from Mother and
             Grandmother Misc/ sized rings, various non-gold chains and bracelets, earrings.          $1,000.00

Location: 16222 Monterey Ln #376, Huntington Beach CA 92649

**13. Non-farm animals**
*Examples: Dogs, cats, birds, horses*
■ Yes. Describe          5-year old Rescued Wired Terrier Dog-White "Ammie"
☐ No.          Location: 16222 Monterey Ln #376, Huntington Beach CA 92649

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
      for Part 3. Write that number here** .................................................................          | $7,000.00 |

**Part 4**  **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?                    Current value of the
                                                                                              portion you own?
                                                                                              Do not deduct secured
                                                                                              claims or exemptions.

**16. Cash**
*Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition*
■ No
☐ Yes...........................................................................................

**17. Deposits of money**
*Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
institutions. If you have multiple accounts with the same institution, list each.*
☐ No
■ Yes.....................          Institution name:

|          | **Checking and** | J-Sandcastle Co LLC - Chase - Un-cashed Tendered Space 376 Rent Checks | $ 8,050.00 |
| 17.1     | **savings**      | Alliant Credit Union (Personal) Stimulus Ck | $ 4,048.34 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples: Bond funds, investment accounts with brokerage firms, money market accounts*
■ No
☐ Yes...................          Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
joint venture**
☐ No
■ Yes.  Give specific information about them...................
              Name of entity:                          % of ownership:

              J-Sandcastle Co., LLC - Debtor's single member
              LLC
              (Purpose is to hold Registered title with HCD, to
              Debtor's primary residence)   LBM1081          100    %          $0.00

---

Official Form 106A/B                          Schedule A/B: Property                          page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor 1    **Jamie Lynn Gallian**                Case number *(if known)*

| | | | |
|---|---|---|---|
| **J-Pad, LLC**<br>**(Debtor owns 1/3 interest in LLC; only purpose**<br>**is to hold a note and UCC-1 filing on Debtor's**<br>**primary residence) LBM1081** | 33.33 | % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them.
         Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.
         Type of account:           Institution name:

       **IRA**               **Fidelity**                       **$7,400.00**

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   No
■ Yes. .....................            Houser Bros Co. dba Rancho Del Rey Mobilehome Estates
                  Institution name or individual:    Ground Lease Deposit (Ryan) Agreement Space 376 - 1/1/2006   **$ 686.00**

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............       Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                      **Current value of the portion you own?**
                                                               Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 196 of 374   Page ID #:5707
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 38 of 94

**BANK OF AMERICA** 〰️

P.O. Box 15284
Wilmington, DE 19850

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

🖥️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

J-PAD, LLC
16222 MONTEREY LN SPC 376
HUNTINGTON BEACH, CA  92649-2258

# Your Business Advantage Fundamentals™ Banking Preferred Rewards for Bus Platinum

for July 1, 2021 to July 31, 2021                    Account number: 3251 3015 1274

**J-PAD, LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on July 1, 2021 | $2,454.20 | # of deposits/credits: 2 |
| Deposits and other credits | 166.64 | # of withdrawals/debits: 11 |
| Withdrawals and other debits | -826.26 | # of items–previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -12.00 | Average ledger balance: $2,162.36 |
| **Ending balance on July 31, 2021** | **$1,782.58** | [1]Includes checks paid,deposited items&other debits |

BANK OF AMERICA BUSINESS ADVANTAGE

## What's on your mind?

Business owners like you can join the Bank of America® Advisory Panel to help us understand what you like and don't like.
Enter code **SBDD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

Inclusion on the Advisory Panel subject to qualifications.                    SSM-10-20-0074B | 3255564

PULL-E  CYCLE: 67  SPEC: E  DELIVERY: E  TYPE:  IMAGE: I  BC: CA6                    Page 1 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 197 of 374   Page ID #:5708
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
J-PAD, LLC  |  Account # 3251 3015 1274  |  July 1, 2021 to July 31, 2021   Page 39 of 94

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2021 Bank of America Corporation

Bank of America, N.A. Member FDIC and ⌂ Equal Housing Lender

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 198 of 374   Page ID #:5709
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 40 of 94

**BANK OF AMERICA**

**Your checking account**

J-PAD, LLC   |   Account # 3251 3015 1274   |   July 1, 2021 to July 31, 2021

## Deposits and other credits

| Date | Description | | Amount |
|------|-------------|--|--------|
| 07/09/21 | BKOFAMERICA ATM 07/09 #000006919 DEPOSIT BELLA TERRA | HUNTINGTON BE CA | 106.64 |
| 07/09/21 | BKOFAMERICA ATM 07/09 #000006923 DEPOSIT BELLA TERRA | HUNTINGTON BE CA | 60.00 |
| **Total deposits and other credits** | | | **$166.64** |

## Withdrawals and other debits

| Date | Description | | Amount |
|------|-------------|--|--------|
| 07/14/21 | RETURN ITEM CHARGEBACK | | -106.64 |
| 07/28/21 | Zelle Transfer Conf# h9cf46r2d; CHRISTOPHER L BLANK ATTORNEY AT LAW | | -210.00 |
| 07/28/21 | Zelle Transfer Conf# s9nrme1wb; OANH | | -58.00 |
| Card account # XXXX XXXX XXXX 1450 | | | |
| 07/12/21 | STAPLES 0152   07/11 #000908120 PURCHASE STAPLES 0152 | HUNTINGTON BE CA | -104.49 |
| 07/12/21 | KOHLS 0654 777 07/11 #000300891 PURCHASE KOHLS 0654 7777 E | HUNTINGTON BE CA | -145.97 |
| 07/14/21 | CHECKCARD  0713 FEDEX 281373516212 MEMPHIS      TN 24164071194741214899906 CKCD 4215 XXXXXXXXXXX1450 XXXX XXXX XXXX 1450 | | -11.19 |
| **Subtotal for card account # XXXX XXXX XXXX 1450** | | | **-$261.65** |
| Card account # XXXX XXXX XXXX 5571 | | | |
| 07/06/21 | CHECKCARD  0703 Capital One Card Pymt D 800-9557070  VA 24906411184125049325407 CKCD 6012 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | | -150.00 |
| 07/08/21 | CHECKCARD  0707 ORANGE CO SUPERIOR CRT ACARLSON@OCCOCA 24431061189091953003707 CKCD 9399 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | | -8.27 |
| 07/15/21 | CHECKCARD  0714 OneLegal PYMNT1223519 800-9388815  CA 24906411195125800424008 CKCD 8111 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | | -15.70 |
| 07/26/21 | CHECKCARD  0723 TST* HANGOUT - HUNTINGT HUNTINGTON BECA 24137461204100384245363 CKCD 5812 XXXXXXXXXXXX5571 XXXX XXXX XXXX 5571 | | -16.00 |
| **Subtotal for card account # XXXX XXXX XXXX 5571** | | | **-$189.97** |
| **Total withdrawals and other debits** | | | **-$826.26** |

BANK OF AMERICA BUSINESS ADVANTAGE

## Stay on top of your accounts

Start receiving online alerts today to know when transactions have posted and when payments are due.
Sign in or enroll at **bankofamerica.com/SmallBusiness** and click on **Alerts** in the Activity Center.

You may elect to receive alerts via text or email. Bank of America does not charge for this service, but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-10-20-0848.B | 3293316

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 199 of 374   Page ID #:5710
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 41 of 94

J-PAD, LLC  |  Account # 3251 3015 1274  |  July 1, 2021 to July 31, 2021

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 06/30/21. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

○  $250+ in new net purchases on a linked Business debit card has not been met

○  $5,000+ combined average monthly balance in linked business accounts has not been met

✓  Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 07/14/21 | RETURNED ITEM CHARGEBACK FEE | -12.00 |
| **Total service fees** | | **-$12.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|-------------|
| 07/01 | 2,454.20 | 07/09 | 2,462.57 | 07/15 | 2,066.58 |
| 07/06 | 2,304.20 | 07/12 | 2,212.11 | 07/26 | 2,050.58 |
| 07/08 | 2,295.93 | 07/14 | 2,082.28 | 07/28 | 1,782.58 |

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 200 of 374   Page ID #:5711
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 42 of 94

## CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 -2051

July 01, 2021 through July 30, 2021
Account Number:   **0000003518978860**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00026570 DRE 703 141 21221 NNNNNNNNNNN T 1 000000000 84 0000
J-SANDCASTLE CO, LLC
16222 MONTEREY LN
SPC 376
HUNTINGTN BCH CA 92649



### CHECKING SUMMARY   Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $9,378.46 |
| Deposits and Additions | 4 | 1,068.00 |
| Electronic Withdrawals | 5 | -1,594.79 |
| Other Withdrawals | 1 | -9,000.00 |
| Fees | 5 | -125.00 |
| **Ending Balance** | **15** | **-$275.33** |

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/13 | ATM Cash Deposit | 07/13 16917 Algonquin St Huntington Be CA Card 0478 | $900.00 |
| 07/13 | ATM Cash Deposit | 07/13 16917 Algonquin St Huntington Be CA Card 0478 | 100.00 |
| 07/13 | Insufficient Funds Fee Refund | | 34.00 |
| 07/13 | Insufficient Funds Fee Refund | | 34.00 |
| **Total Deposits and Additions** | | | **$1,068.00** |

### ATM & DEBIT CARD SUMMARY

Jamie Lynn Gallian  Card 0478

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $0.00 |
| Total Card Deposits & Credits | $1,000.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $0.00 |
| Total Card Deposits & Credits | $1,000.00 |

Page 1 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 201 of 374   Page ID #:5712
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 43 of 94

**CHASE** ⬦

July 01, 2021 through July 30, 2021
Account Number:   000000351897860

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/12 | Orig CO Name:Capital One         Orig ID:9541719987 Desc Date:210709 CO Entry Descr:Phone Pymtsec:PPD   Trace#:05140551698095t Eed:210712  Ind ID: Ind Name:Jamie L Galian Trn: 1938980951Tc | $1,008.85 |
| 07/12 | Orig CO Name:Kmf         Orig ID:9200704262 Desc Date:210709 CO Entry Descr:Kmfusa.Comsec:Tel   Trace#:091000015417200 Eed:210712  Ind ID:2014469742 Ind Name:Jamie L Gailian Trn: 1935417200Tc | 238.36 |
| 07/13 | Orig CO Name:Verizon Wireless         Orig ID:4223344794 Desc Date: 210713 CO Entry Descr:Payments Sec:PPD   Trace#:021000021520281 Eed:210713  Ind ID: Ind Name:000000006606423160000t Trn: 1941520281Tc | 63.68 |
| 07/22 | Orig CO Name:Nordstrom         Orig ID:9044013366 Desc Date:210721 CO Entry Descr:Payment  Sec:Tel   Trace#:043305138958414 Eed:210722  Ind ID:043000093285540 Ind Name:Geilian Jamie L Trn: 2038958414Tc | 49.49 |
| 07/28 | Orig CO Name:Kmf         Orig ID:9200704262 Desc Date:210727 CO Entry Descr:Kmfusa.Comsec:Tel   Trace#:091000015529548 Eed:210728  Ind ID:2014469742 Ind Name:Jamie L Galian Trn: 2095525548Tc | 234.41 |
| **Total Electronic Withdrawals** | | **$1,594.79** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/09 | 07/09 Withdrawal | $9,000.00 |
| **Total Other Withdrawals** | | **$9,000.00** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/09 | Official Checks Charge | $8.00 |
| 07/12 | Insufficient Funds Fee For A $1,008.85 Item - Details: Orig CO Name:Capital One         Orig ID:9541719987 Desc Date:210709 CO Entry Descr:Phone Pymtsec:PPD Trace#:05140551698095t Eed:210712  Ind ID:         Ind Name:Jamie L Galian Trn: 1938980951Tc | 34.00 |
| 07/12 | Insufficient Funds Fee For A $238.36 Item - Details: Orig CO Name:Kmf         Orig ID:9200704262 Desc Date:210709 CO Entry Descr:Kmfusa.Comsec:Tel Trace#:091000015417200 Eed:210712  Ind ID:2014469742         Ind Name:Jamie L Gailian Trn: 1935417200Tc | 34.00 |
| 07/28 | Insufficient Funds Fee For A $234.41 Item - Details: Orig CO Name:Kmf         Orig ID:9200704262 Desc Date:210727 CO Entry Descr:Kmfusa.Comsec:Tel Trace#:091000015529548 Eed:210728  Ind ID:2014469742         Ind Name:Jamie L Gailian Trn: 2095525948Tc | 34.00 |
| 07/30 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$125.00** |

You were charged a monthly service fee of $15.00 this period. You can avoid this fee in the future by maintaining a minimum daily balance of $1,500.00. Your minimum daily balance was -$946.75.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 07/09 | $388.46 |
| 07/12 | -946.75 |
| 07/13 | 57.57 |
| 07/22 | 8.08 |
| 07/28 | -260.33 |
| 07/30 | -275.33 |

Page 2 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 202 of 374   Page ID #:5713
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 44 of 94

**CHASE** ◯

July 01, 2021 through July 30, 2021
Account Number:   000000351897860

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 6 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **6** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $15.00 |
| Service Fee Credit | $0.00 |
| Net Service Fee | $15.00 |
| Excessive Transaction Fees (Above 100) | $0.00 |
| **Total Service Fees** | **$15.00** |



IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call us at 1-866-564-2262 or write us at the address on the front of this statement (non personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   •   Your name and account number
   •   The dollar amount of the suspected error
   •   A description of the error or transfer you are unsure of, why you believe it is an error or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

   JPMorgan Chase Bank, N.A. Member FDIC

Page 3 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 203 of 374   Page ID #:5714
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion    Page 45 of 94

**CHASE ○**

July 01, 2021 through July 30, 2021

Account Number:     000000351897860

This Page Intentionally Left Blank

Page 4 of 4

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 204 of 374   Page ID #:5715
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 46 of 94

**CHASE ○**          **WITHDRAWAL/RETIRO**

CHECKING/CHEQUES ☒
SAVINGS/AHORROS ☐
CHASE LIQUID ☐

R/T 500001017

Today's Date/Fecha   07/09/21   Customer Name (Please Print)/Nombre del cliente (en letra de molde)   J-Sand Guille Co LLC

If Purchasing a Cashier's Check Provide Payee Name/Si desea comprar un cheque de caja, escriba el nombre del beneficiario aquí

Ronald J. Pierpont

N13060-CH (Rev. 10/15)   00255760   09/30

Customer Signature/Firma del cliente
X _____

Start your account number here/
▼ Empiece su número de cuenta aquí

35|897|060        TOTAL $        9,000.00   AMOUNT/CANTIDAD

⑆056603040⑆ ⑈500001017⑈

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 205 of 374   Page ID #:5716
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 47 of 94

# EXHIBIT S

Electronically Filed by Superior Court of California, County of Orange, 02/03/2022 06:07:00 PM.
30-2021-01236940-CL-MC-CJC - ROA # 35 - DAVID H. YAMASAKI, Clerk of the Court By ellinguser, Deputy Clerk.
4 of 4 Motion    Page 48 of 94

1   Donald A. Diebold, Bar No. 151451
    **ALSTON, ALSTON & DIEBOLD**
2       Attorneys at Law
    27201 Puerta Real, Suite 300
3   Mission Viejo, California 92691
    (714) 556-9400 – FAX (714) 556-9500
4
    Attorney for Plaintiff HOUSER BROS. CO.
5   Dba RANCHO DEL REY MOBILE HOME
    ESTATES
6

7                  SUPERIOR COURT, STATE OF CALIFORNIA

8                         COUNTY OF ORANGE,

9

10  HOUSER BROS. CO., a California limited        Case No.: 30-2021-01236940-CL-MC-CJC
    partnership dba RANCHO DEL REY MOBILE
11  HOME ESTATES                                  Filed December 15, 2021
                                                  Assigned To: Honorable Corey S. Cramin
12               Plaintiff,                                  Dept. C-03

13      vs.                                       **OPPOSITION TO DEFENDANT**
                                                  **GALLIAN'S EX PARTE APPLICATION**
14  JAMIE GALLIAN, an individual; JEFFREY I.      **TO IMMEDIATELY HEAR REQUEST**
    GOLDEN, Bankruptcy Trustee; CA COVID-19       **FOR ORDER TO DEPOSIT**
15  RENT RELIEF PROGRAM, business entity          **INTERPLEADER FUNDS, OR IN THE**
    unknown; and DOES 1 to 10, inclusive,         **ALTERNATIVE, SHORTEN TIME OF**
16                                                **NOTICE AND SPECIALLY SET**
                 Defendant                        **HEARING DATE FOR THE REQUEST**
17
                                                  **Date:      February 7, 2022**
18                                                **Time:      9:00 am**
                                                  **Dept.:     C-03**
19                                                ]

20  _____

21
              Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY MOBILE HOME ESTATES
22
    opposes Defendant (erroneously identified as Plaintiff) JAMIE GALLIAN's ex parte application
23
    "to immediately hear request for order to deposit interpleader funds, or in the alternative shorten
24
    time of notice and specially set hearing date for the request."
25

26

27

28

                                           1

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 207 of 374   Page ID #:5718
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 49 of 94

# I
## FACTS

Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY MOBILE HOME ESTATES is the owner of a Rancho Del Rey Mobile Home Estates in Huntington Beach, CA. Defendant JAMIE GALLIAN purchased a mobile home from a former tenant who was evicted from the Mobile Home Park and Defendant JAMIE GALLIAN moved into the Mobile Home Park without the approval of Plaintiff or a lease agreement with Plaintiff.

Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY MOBILE HOME ESTATES initiated an Unlawful Detainer action against Defendant JAMIE GALLIAN, Orange County Superior Court Case No. No. 30-2019-01041423-CL-UD-CJC, which is ongoing. Defendant JAMIE GALLIAN filed a Bankruptcy Action, Case No. 8:21-bk-11710-ES for which Defendant JEFFREY I. GOLDEN serves as the bankruptcy trustee. The Bankruptcy Action is ongoing.

Defendant JAMIE GALLIAN requested relief from Defendant CA COVID-19 RENT RELIEF PROGRAM. Defendant CA-COVID-19 RENT RELIEF PROGRAM issued a check in the amount of $24,301.55 payable to "Houser Bros Co." a true and correct copy of which is attached hereto as **Exhibit "1."** (Hereinafter the "**CHECK**") The CHECK was issued on November 8, 2021 and states that the CHECK will be void after 90 days. February 7, 2022 is the 91st day and the check is stale.

Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY MOBILE HOME ESTATES cannot endorse the CHECK or deposit the CHECK directly into Plaintiff's bank account without creating a presumption of a tenancy with Defendant JAMIE GALLIAN and mooting the current Unlawful Detainer Action against Defendant JAMIE GALLIAN. *Civil Code* § 1945; *EDC Assocs., Ltd. v. Gutierrez* (1984) 153 CA3d 167, 170-171.

Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY MOBILE HOME ESTATES filed the within Interpleader Action to determine what to do with the funds from Defendant CA COVID-19 RENT RELIEF PROGRAM. Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY MOBILE HOME ESTATES filed a similar ex parte application to deposit the CHECK,

2

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 208 of 374   Page ID #:5719
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 50 of 94

1   which was heard on January 20, 2022.  Defendant JAMIE GALLIAN filed a rely brief that the

2   Interpleader Action should be dismissed as a violation of the Bankruptcy stay.  The court denied

3   the request on January 20, 2022 out of concern over potential violation of the Bankruptcy stay.

4   During the hearing, the Bankruptcy Trustee indicated that he could deposit the check even though

5   the check was made out to "Houser Bros. Co."  The court ordered the check to be delivered to the

6   Bankrutcy Trustee.   Following  the  hearing  and  after  tender  of  the  check  to  the  Bankruptcy

7   Trustee, the Bankruptcy Trustee advised that he could not deposit the check without endorsement

8   by Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY MOBILE HOME ESTATES.  See

9   **Exhibit "2."**

10       On January 26, 2022, Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY MOBILE

11   HOME ESTATES received a copy of Defendant GALLIAN's application for the CHECK, a true

12   and correct copy of which is attached hereto as **Exhibit "3."**  Plaintiff HOUSER BROS. CO., dba

13   RANCHO DEL REY MOBILE HOME ESTATES learned that there were misrepresentations on

14   the application and advised Defendant GALLIAN on January 31, 2022, that Plaintiff HOUSER

15   BROS. CO., dba RANCHO DEL REY MOBILE HOME ESTATES could not participate in the

16   deposit of the check without court order.  See **Exhibit "4."**

17

18                                                   **II**

19              **THERE IS NO EMERGENCY TO JUSTIFY EX PARTE RELEIF.**

20       As stated above, February 7, 2022 is the 91st day after the CHECK was issued.  The check is

21   already stale and there is no relief that the court can grant at this time.

22       In addition, Defendant GALLIAN has not explained why her ex parte application could not be

23   brought sooner.  Defendant GALLIAN was aware on January 20, 2022, that the Bankruptcy Trustee

24   could not deposit the CHECK without endorsement.  See Exhibit "2."  Defendant GALLIAN was

25   awere on January 31, 2023, that Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY

26   MOBILE HOME ESTATES whould not endorse or deposit the CHECK without an appropriate

27   court order directing Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY MOBILE HOME

28   ESTATES to do so.  See Exhibit "4.".

3

**OPPOSITION TO DEF**                                            **INTERPLEADER FUNDS**

Case 8:23-cv-00961-WLH    Document 23    Filed 09/29/23    Page 209 of 374    Page ID #:5720
Case 8:21-bk-11710-SC    Doc 101-3    Filed 05/26/22    Entered 05/27/22 09:41:34    Desc
4 of 4 Motion    Page 51 of 94

1    Rather that filing a request for reconcideration in the within Interpleader action after the

2    Bankruptcy Trustee advised that he could not deposit the CHECK without endorsement, Defendant

3    GALLIAN sought relief in the Unlawful Detainer Action and the Bankruptcy court actions.

4    Defendant Gallian filed a request in the Bankruptcy Court to not only deposit the CHECK,

5    but also to declare that a tenancy was created by deposit of the CHECK, and to dismiss the

6    Unlawful detainer action and the Bankruptcy Action as a result.  A true and correct copy of the

7    Defendant GALLIAN's request, filed on January 25, 2022, is attached as **Exhibit "5,"** (see page 4,

8    lines 14-20)  The Bankruptcy court denied the request on January 31, 2022 because Defendant

9    GALLIAN did not provide support for her request, and the court was unaware of what relief could

10   be granted.  A true and correct copy of the Bankruptcy Court's order is attached as **Exhibit "6."**

11   Defendant Gallian filed a similar request in the Unlawful Detainer Court to order the

12   deposit the CHECK, as well as declare that a tenancy was created by deposit of the CHECK, and to

13   dismiss the Unlawful detainer action and the Bankruptcy Action as a result.  A true and correct

14   copy of the Defendant GALLIAN's ex parte application filed on January 31, 2022, is attached as

15   **Exhibit "7,"** (see page 5 - lines 8-12)  The Unlawful Detainer Court struck the request on January

16   31, 2022 because Defendant GALLIAN retained an attorney and her request was not made by her

17   attorney of record.  A true and correct copy of the Unlawful Detainer Court's minute order is

18   attached as **Exhibit "8."**

19   Furthermore, Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY MOBILE HOME

20   ESTATES does not have physical custody of the CHECK, which was tendered to the Bankruptcy

21   Trustee.

22   The CHECK is stale and Defendant GALLIAN delayed is petitioning the within court for

23   relief while she was forum shopping in the Bankruptcy Court and the Unlawful Detainer Court for

24   better relief that just depositing the check.  There is no justification for ex parte relief and the

25   request should be denied

26

27

28

4

**OPPOSITION TO DEF**                 BATES PAGE - 0273                 **INTERPLEADER FUNDS**

Case 8:23-cv-00961-WLH    Document 23    Filed 09/29/23    Page 210 of 374    Page ID #:5721
Case 8:21-bk-11710-SC    Doc 101-3    Filed 05/26/22    Entered 05/27/22 09:41:34    Desc
4 of 4 Motion    Page 52 of 94

## III

### <u>THE COURT CANNOT GRANT RELIEF FOR AN ILLEGAL ACTION.</u>

Defendant GALLIAN's application for the check states "Landlord and I entered into a residential lease or rental agreement (written, or oral) for the housing unit specified within this Application (the Unit)." See Exhibit "3." As stated above, Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY MOBILE HOME ESTATES filed the Unlawful detainer action because there was no lease or rental agreement.

The application further states:

> I further acknowledge that falsification of information or any material falsehoods or omissions in the Application, including knowingly seeking duplicative benefits, is subject to state and federal criminal penalties. I understand that I am particularly put on notice that Title 18, Section 1001 of the United States Code states that a person shall be fined or imprisoned for up to five (5) years for knowingly and willfully making any materially false or fraudulent statement or representation to any U.S. Department or Agency.

Defendant GALLIAN has not provided proof that the CHECK was properly obtained from the Ca Covid-19 Rent Relief program. DEFENDANT GALLIAN was advised on January 31, 2022, that Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY MOBILE HOME ESTATES could not endorse or deposit the CHECK WITHOUT a court order. See Exhibit "4"

The court cannot aid in performing illegal acts, such as ordering the deposit of a CHECK obtained through misrepresentation. "[W]hen the evidence shows that the plaintiff in substance seeks to enforce an illegal contract or recover compensation for an illegal act, the court has both the power and duty to ascertain the true facts in order that it may not unwittingly lend its assistance to the consummation or encouragement of what public policy forbids." *Lewis & Queen v. N.M. Ball Sons* (1957) 48 C2d 141, 147-148; *Yoo v. Robi* (2005) 126 CA4th 1089, 1103.

Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY MOBILE HOME ESTATES cannot participate in Defendant GALLIAN's misrepresentations to the CA COVID 19 RENT RELIEF PROGRAM and the court should not condone the improper use of funds from the CA COVID 19 RENT RELIEF PROGRAM.

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 211 of 374   Page ID #:5722
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 53 of 94

**IV**

**THE EX PARTE APPLICATION DOES NOT ADDRESS THE TENANCY ISSUES**

The ex partes application requests an order that Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY MOBILE HOME ESTATES endorse the CHECK to be deposited into the Bankruptcy Trustee's trust account on February 7, 2022.  The request ignores the issues why the interpleader action was filed.

1.    The check was made out to Houser Bros. Co.  HOUSER BROS. CO., dba RANCHO DEL REY MOBILE HOME ESTATES cannot endorse or deposit the CHECK without creating a presumption that a potential tenancy exists between Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY MOBILE HOME ESTATES and Defendant GALLIAN.  Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY MOBILE HOME ESTATES expressly denies any such tenancy, which has been the subject of the separate Unlawful Detainer action which has gone on for almost three years.

2.    The use of the funds from the check cannot be determined until the conclusion of both the Unlawful Detainer Action and the Bankruptcy Action.

3.    The requested order does not direct that the funds from the CA COVID 19 RENT RELIEF PROGRAM can only be used for those permitted expenses set forth in the CA COVID 19 RENT RELIEF PROGRAM, and not general assets of the Bankruptcy Estate.

The within ex parte application is another attempt by Defendant GALLIAN to use the funds from the CA COVID 19 RENT RELIEF PROGRAM to argue that a potential tenancy at Rancho Del Rey Mobile Home Estates might exist and dismiss the Bankruptcy and Unlawful Detainer Actions before such actions are heard on their merits

---

6

**OPPOSITION TO DEF**          BATES PAGE - 0275          **INTERPLEADER FUNDS**
                                           0211

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 212 of 374   Page ID #:5723
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 54 of 94

## V

### THE EX PARTE APPLICATION IS IMPROPERLY NOTICED.

California Rules of Court, Rule 3. 1204(a) states that a party seeking an ex parte order must notify all parties no later than 10:00 a.m. the court day before the ex parte appearance, absent a showing of exceptional circumstances that justify a shorter time for notice.   Attached hereto as **Exhibit "8** is a true and correct copy of Defendant GALLIAN's email on February 4, 2022, at 2:20 pm, giving notice of the ex parte application for February 7, 2022 at 9 am in Department C-03. Defendant GALLIAN's prior notice at 9:50 am identified the time and the courtroom "to be determined.".

In addition to late notice, the notice does not provide reasonable opportunity for other counsel to arrange for a CourtCall appearance before the 3 pm deadline.

Plaintiff HOUSER BROS. CO., dbe RANCHO DEL REY MOBILE HOME ESTATES does not waive the defects in the notice.

Plaintiff's counsel received correspondence from Counsel for Defendant HCD, erroneously sued as CA COVID-19 RENT RELIEF PROGRAM, which advised that Defendant HCD does not waive the defects in the notice and that Counsel for Defendant HCD was unable to arrange for CourtCall appearance.

### V.

### CONCLUSION

For the above stated reasons, Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY MOBILE HOME ESTATES respectfully requests the Court to deny Defendant JAMIE GALLIAN's ex parte application.

In addition, because the subject CHECK is stale, Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY MOBILE HOME ESTATES respectfully requests the Court to dismiss the within Interpleader action, without prejudice, as moot.

7

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 213 of 374   Page ID #:5724
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 55 of 94

1         Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY MOBILE HOME ESTATES also

2    request such further orders and instructions as the Court deems just and fair.

3

4    Dated:  February 6, 2022                           ALSTON, ALSTON & DIEBOLD

5

6

7                                                       By: _____
                                                           Donald A. Diebold
8                                                       Attorney for Plaintiff HOUSER BROS. CO.
                                                        Dba RANCHO DEL REY MOBILE HOME
9                                                       ESTATES

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 214 of 374   Page ID #:5725
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 56 of 94

## SUPPORTING DECLARATION OF DONALD A. DIEBOLD

I, Donald A. Diebold, Declare as follows

1.    That I am an attorney duly licensed to practice law before all the courts of the State of California and am a partner in the Law Firm of Alston, Alston & Diebold, attorneys of record for Plaintiff HOUSER BROS. CO., dba RANCHO DEL REY MOBILE HOME ESTATES.

2.    That the facts set forth in this declaration are true and correct to the best of my knowledge and if called upon to testify thereto, I could competently do so.

3.    Plaintiff received Check No. 0058066665 on or about **November 8, 2021** in the amount of $24,301.55 payable to HOUSER BROS. CO. from Defendant CA COVID-19 RENT RELIEF PROGRAM in regard to Defendant JAMIE GALLIAN.   The check has a note "Void After 90 Days." (Hereinafter the "**CHECK**")   A true and correct copy of the CHECK is attached hereto as **Exhibit "1**."

4.    Plaintiff is the owner of a Mobile Home Park known as Rancho Del Rey Mobile Estates in Huntington Beach, and has a superior right to possession thereof.   Rancho Del Rey Mobile Estates rents out spaces for occupancy to tenants who own their own mobile homes.

5.    Plaintiff filed a Complaint for Forcible Entry / Detainer (Mobilehome Park) against Defendant GALLIAN, and all other occupants and persons in possession without a signed lease agreement on or about **January 2, 2019**, Orange County Superior Court Case No. 30-2019-01041423-CL-UD-CJC (Hereinafter the "**UNLAWFUL DETAINER ACTION**").   The UNLAWFUL DETAINER ACTION relates to Defendant GALLIAN's occupation of a mobile home space at Rancho Del Rey Mobile Home Estates.

6    The complaint in the UNLAWFUL DETAINER ACTION alleges that Defendant GALLIAN has no right of tenancy and is an unlawful occupant within the meaning of Civil Code §798.75 because Defendant GALLIAN took possession of the mobile home while the mobile home was situated in Rancho Del Rey Mobile Home Estates without right or authority from Plaintiff..

9

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 215 of 374   Page ID #:5726
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 57 of 94

1       7.   The UNLAWFUL DETAINER ACTION is currently stayed as a result of Defendant

2   GALLIAN's bankruptcy petition which was filed on July 9, 2021, Case No. 8:21-bk-11710-ES

3   assigned to Judge Erithe A. Smith, (Hereinafter the "**BANKRUPTCY ACTION**".

4       8.   That I made a prior ex parte application in this Interpleader Action for an order to

5   allow deposit of the funds into the Interpleader court and specifically declare that the deposit of the

6   funds did not create a tenancy with Defendant JAMIE GALLIAN.   The ex parte application was

7   heard on January 20, 2022.

8       9.   That I was present for the telephonic hearing of the ex parte application on January 20,

9   2022.   Mr. Jeff Golden, the Bankruptcy Trustee and Ms. Jackie Vu, counsel for Defendant HCD

10  erroneously sued as CA COVID 19 RENT RELIEF PROGRAM, were also present.   Defendant

11  GALLIAN was not present.   The court did not want to issue an order based on the request due to a

12  potential violation of the Bankruptcy Court stay.   During the hearing, Mr. Golden advised the court

13  that the Bankruptcy Trustee could deposit the CHECK event though the check was made out to

14  HOUSER BROS. CO.   The Court ordered the check to be delivered to the Bankruptcy Trustee as

15  everyone appeared to agree to such solution.

16      10.   That I sent the CHECK to Mr. Golden on January 20, 2022.

17      11.   That I received correspondence from Mr. Golden on January 20, 2022 at 5:37 pm, after

18  the CHECK was sent, advising that he could not deposit the CHECK unless the CHECK was

19  endorsed.   The email correspondence was copied to Defendant GALLIAN.   A true and correct copy

20  of the e-mail correspondence is attached hereto as **Exhibit "2."**

21      12.   That I received a copy of Defendant JAMIE CALLIAN's rent relief application for the

22  CHECK on January 26, 2022.   A true and correct copy of the application is attached hereto as

23  **Exhibit "3."**

24      13.   Attached hereto as **Exhibit "4"** is a true and correct copy of e-mail correspondence

25  that I sent to Defendant GALLIAN on January 31, 2022 to advise that based upon

26  misrepresentations in Defendant GALLIAN's application to the CA COVID 19 RENT RELIEF

27  PROGRAM, Plaintiff HOUSER BROS CO. dba RANCHO DEL REY MOBILE HOME ESTATES

28  required a court order regarding the deposit of the CHECK.

10

**OPPOSITION TO DEF**                **INTERPLEADER FUNDS**

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 216 of 374   Page ID #:5727
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 58 of 94

14.     Attached hereto as **Exhibit "5"** is a true and correct copy of Defendant GALLIAN's request to the Bankruptcy Court over the CHECK.

15.     Attached hereto as **Exhibit "6"** is a true and correct copy of the Bankruptcy court's denial of Defendant GALLIAN's request to over the CHECK.

16.     Attached hereto as **Exhibit "7"** is a true and correct copy of Defendant GALLIAN's request to the Unlawful Detainer Court over the CHECK.

17.     Attached hereto as **Exhibit "8"** is a true and correct copy of the Unlawful Detainer Court's minute order striking Defendant GALLIAN's request to over the CHECK.

18.     Attached hereto as **Exhibit "9"** is a true and correct copy of Defendant GALLIAN's email notice on February 4, 2022 at 2:20 pm regarding the within ex parte application.

19.     That I received correspondence from Ms. Jackie Vu, counsel for Defendant HCD erroneously sued as CA COVID 19 RENT RELEASE PROGRAM. Ms. Vu advised that sh was unable to arrange a CourtCall appearance for the within ex parte application due to the tardy notice from Defendant GALLIAN and that she did not waive the defects in the notice.

20.     That I contacted CourtCall and was unable to arrange a CourtCall appearance for the within ex parte application due to the tardy notice from Defendant GALLIAN.


I declare under penalty of perjury under the Laws of the State of California that the foregoing is true and correct.

Executed this 6th day of February, 2022 at Mission Viejo, California.


Donald A. Diebold, Esq., Declarant

11

**OPPOSITION TO DEF                                    INTERPLEADER FUNDS**

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 217 of 374   Page ID #:5728
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 59 of 94

# PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 27201 Puerta Real, Ste 300, Mission Viejo, CA 92691.

On February 7, 2022, I served the foregoing document described as

**OPPOSITION TO DEFENDANT GALLIAN'S EX PARTE APPLICATION TO IMMEDIATELY HEAR REQUEST FOR ORDER TO DEPOSIT INTERPLEADER FUNDS, OR IN THE ALTERNATIVE, SHORTEN TIME OF NOTICE AND SPECIALLY SET HEARING DATE FOR THE REQUESTT**

_____Mailing: True copies of the FOREGOING DOCUMENTS were enclosed in sealed envelopes addressed as stated on the attached Service list. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service in the ordinary course of business on that same day with postage thereon fully prepaid, at a post office, mailbox, subpost office, substation, or mail chute, or other like facility regularly maintained by the United States Postal Service, at Santa Ana California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this affidavit.

_____Express Mail: True copies of the FOREGOING DOCUMENTS were enclosed in sealed envelopes addressed as stated on the attached Service list. Said envelopes and/or documents were deposited in a box or other facility regularly maintained by _____, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, in an envelope designated by the said express service carrier, with delivery fees paid or provided for, and addressed as stated on the attached Service list.

__x__E-Mail: The FOREGOING DOCUMENTS were transmitted by E-Mail to the persons on the attached Service list, whose E-Mail Addresses are listed on the service list, and are the latest E-Mail Addresses provided by said persons on the attached Service list, on any document filed by said person in this matter, and served upon the party making the within service. The transmission was reported as complete without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of February, 2022, at Mission Viejo, California.

Donald A. Diebold

12

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 218 of 374   Page ID #:5729
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 60 of 94

1                               <u>**SERVICE LIST**</u>

2
    Jackie K. Vu                         Attorney for Defendant HCD erroneously sued as
3   Deputy Attorney General             CA COVID-19 RENT RELIEF PROGRAM
    Land Use & Conservation Section, Public
4   Rights Division
    California Department of Justice
5   (213) 269-6440
    Jackie.Vu@doj.ca.gov
6
    Jeffrey I. Golden (TR)               Defendant
7   Weiland Golden Goodrich LLP
    P.O. Box 2470
8   Costa Mesa, CA 92628-2470
    714-966-1000
9   jgolden@wgllp.com
    Case No. 8:21-bk-11710-ES
10
    Jamie Gallian                        Defendant
11  16227 Monterey Lane #376
    Huntington Beach, CA 92649
12  jamiegallian@gmail.com

13  James Casello                        Attorney for Defendant GALLIAN in the
    Casello & Lincoln                    UNLAWFUL DETAINER ACTION
14  5254 Cabrillo Park Drive #104
    Santa Ana, CA 92701
15  714-541-8700
    jhctlex@yahoo.com
16
    D. Edward Hays                       Attorney for Plaintiff in the BANKRUPTCY
17  Marshack Hays LLP                    ACTION
    870 Roosevelt
18  Irvine, CA 92620
    949-333-777
19  EHays@MarshackHays.com

20

21

22

23

24

25

26

27

28

                                      13

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 219 of 374   Page ID #:5730
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion    Page 61 of 94

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 220 of 374   Page ID #:5731
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 62 of 94

2020 West El Camino Avenue
Sacramento, CA 95833
8334302122

Verify: 888-237-9615
90-7162/3222

11/8/202

AY TO THE
RDER OF          HOUSER BROS. CO.

$ 24301.5!

venty-Four Thousand Three Hundred One and 55/100                                     DOLLAR

0022519      01 AB 0.458  **AUTO   T5 2 5222 92649-227899   -C11-P22541-i

**VOID AFTER 90 DAYS**

HOUSER BROS. CO.
16222 MONTEREY LN OFC
HUNTINGTON BEACH, CA 92649-2276

*John Rttts*

| From: CA COVID-19 Rent Relief Program | | Date: 11/8/2021 |
| Pay To: HOUSER BROS. CO. | | Check #: 58066865 |
| Invoice # | Bill Amount | Payment Amount |
| 768-182460 | $24,301.55 | $24,301.55 |
| otal | | $24,301.55 |

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 221 of 374   Page ID #:5732
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 63 of 94

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 2

**OPPOSITION TO DEF** BATES PAGE - 0285 **INTERPLEADER FUNDS**
0221

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 222 of 374   Page ID #:5733
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 64 of 94

**Don Diebold**

| | |
|---|---|
| **From:** | Jeff Golden <jgolden@wgllp.com> |
| **Sent:** | Thursday, January 20, 2022 5:37 PM |
| **To:** | Jamie Gallian |
| **Cc:** | Don Diebold; jhctlex@yahoo.com; EHays@marshackhays.com; chris@chrisblanklaw.com; Bradley.Sutton@hcd.ca.gov; Jackie.Vu@doj.ca.gov; Vivienne Alston |
| **Subject:** | Re: Houser Bros Co v. Gallian Interpleader Action |

Don

Did you endorse the check ? Otherwise I don't believe that I can deposit it .

Please let me know .

Thank you .

Jeff

Sent from my iPhone

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 223 of 374   Page ID #:5734
Case 8:21-bk-11710-SC   Doc 101-3   Filed 05/26/22   Entered 05/27/22 09:41:34   Desc
4 of 4 Motion   Page 94 of 94

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3250 Fairesta Street
La Crescenta, CA 90214

A true and correct copy of the foregoing document entitled (*specify*):  __Notice of Motion and Motion Confirming that No Stay Is in Effect for Criminal Restitution Case, Or, If An Automatic Stay Exists, Then for Relief From Stay; Memorandum of Points and Authorities; Declaration of Janine Jasso; Proposed Order__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
____05/25/2022_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See NEF for confirmation of electronic transmission to the U.S. trustee, any trustee in this case, and to any attorneys who received service by NEF.

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _5/25/2022_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor and Defendant | Michael Poole | Def. J-Sandcastle Co, LLC | Def. J-Pad, LLC |
|---|---|---|---|
| Jamie Lynn Gallian | Feldsott & Lee | Ronald J Pierpont, CEO | Robert L McLelland, CEO |
| 16222 Monterey Lane, Spc 376 | 23161 Mill Creek Dr., Ste 300 | 16222 Monterey Lane, Spc 376 | 16222 Monterey Lane, Spc 376 |
| Huntington Beach, CA 92649 | Laguna Hills, CA 92653 | Huntington Beach, CA 92649 | Huntington Beach, CA 92649 |

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __5/25/2022_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Overnight Mail: Honorable Erithe A. Smith        Via Email: Debtor Jamie Lynn Gallian
United States Bankruptcy Court                                   Jamiegallian@gmail.com
411 West Fourth Street, Suite 5040
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5-25-2022 | Charles Rojas | */s/ Charles Rojas* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

EXHIBIT 4

1   ERIC P. ISRAEL (State Bar No. 132426)
    *eisrael@DanningGill.com*
2   AARON E. DE LEEST (State Bar No. 216832)
    *adeleest@DanningGill.com*
3   DANNING, GILL, ISRAEL & KRASNOFF, LLP
    1901 Avenue of the Stars, Suite 450
4   Los Angeles, California 90067-6006
    Telephone:  (310) 277-0077
5   Facsimile:   (310) 277-5735

6   Attorneys for Jeffrey I. Golden,
    Chapter 7 Trustee

7

| FILED & ENTERED |
| MAR 04 2022 |
| CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte     DEPUTY CLERK |

8           **UNITED STATES BANKRUPTCY COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA**

10           **SANTA ANA DIVISION**

11

12   In re                       Case No. 8:21-bk-11710-ES

13   JAMIE LYNN GALLIAN,         Chapter 7

14                       **ORDER AUTHORIZING TRUSTEE'S**
                                **ABANDONMENT OF ESTATE'S**
15               Debtor.       **INTEREST IN DEBTOR'S COVID 19**
                                  **RENT RELIEF CHECK**
16

17                       [No Hearing Required]

18       The Court having reviewed the Trustee's Notice of Intent to Abandon Estate's Interest

19   in Debtor's Covid 19 Rent Relief Check (the "Notice of Intent") (*docket no. 60*), filed by

20   Jeffrey I. Golden, as Chapter 7 Trustee for the bankruptcy estate (the "Estate") of Jamie Lynn

21   Gallian (the "Debtor), and no objections or opposition having been filed to the Notice of Intent, the

22   Court hereby

23   / / /

24

25   / / /

26

27   / / /

28

1676830.1  27064                   1

ORDERS THAT:

1.      The Estate's interest in the Covid 19 rent relief check, dated November 8, 2021, check no. 005806665, in the amount of $24,301.55, payable to Houser Bros. Co., is abandoned to the Debtor.

###

Date: March 4, 2022

Erithe Smith
United States Bankruptcy Judge

CA COVID-19 Rent Relief Program
2020 West El Camino Avenue
Sacramento, CA 95833
8334302122

JPMorgan Chase Bank, N.A.
Verify: 888-237-9615
90-7162/3222

0058066665

11/8/2021

'AY TO THE
)RDER OF          HOUSER BROS. CO.

$ 24301.55

wenty-Four Thousand Three Hundred One and 55/100

DOLLARS

0022519      01 AB 0 458  **AUTO  T5 2 5222 92649-227699   -C11-P92541-I

HOUSER BROS. CO.
16222 MONTEREY LN OFC
HUNTINGTON BEACH, CA 92649-2276

VOID AFTER 90 DAYS

John Retty

From: CA COVID-19 Rent Relief Program
Pay To: HOUSER BROS. CO.

Date: 11/8/2021
Check #: 58066665
Payment Amount

| Invoice # | Bill Amount | Payment Amount |
|---|---|---|
| L·   768-182460 | $24,301.55 | $24,301.55 |
| Total | | $24,301.55 |

**Houser Bros. Co.**
16222 Monterey Ln OFC
Huntington Beach, CA 92649
1748461429

| Invoice #: | L | 768-182460 |
|---|---|---|
| Invoice Date: | 11/01/21 | |
| Amount Due: | $0.00 | |

**Bill To:**

CA COVID-19 Rent Relief Program
2020 West El Camino Avenue
Sacramento, CA 95833
United States

| Due Date |
|---|
| 11/03/21 |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| | | 1 | $24,301.55 | $24,301.55 |

| | |
|---|---|
| Subtotal: | $24,301.55 |
| Sales Tax: | $0.00 |
| Total: | $24,301.55 |
| Payments: | $24,301.55 |
| Amount Due: | $0.00 |



# Verification of Program Participation

This notice will verify the status of the following application, which has been received by the CA COVID-19 Rent Relief Program. This notice is being provided in accordance with Code of Civil Procedure section 1179.12.

If you have any questions, reach out to our Call Center at 1-833-430-2122 or by email at EvictionPrevention@ca-rentrelief.com.

**Case ID:** 328768

**Property Address:** 16222 Monterey Lane , Space 376, Huntington Beach, CA 92649

**Application Status:** Recertification Submitted

**Application Submission Date:** 6/9/2021

Sincerely,

The California COVID-19 Rent Relief Program

**CA COVID-19 RENT RELIEF**

|  | Rental |
|---|---|
| April 2020 | $1,584.39 |
| May 2020 | $1,600.25 |
| June 2020 | $1,568.77 |
| July 2020 | $1,619.54 |
| August 2020 | $1,618.07 |
| September 2020 | $1,630.56 |
| October 2020 | $1,585.81 |
| November 2020 | $1,614.01 |
| December 2020 | $1,608.39 |
| January 2021 | $1,603.00 |
| February 2021 | $1,711.71 |
| March 2021 | $1,658.33 |
| April 2021 | $1,649.20 |
| May 2021 | $1,599.49 |
| June 2021 | $1,650.03 |
| July 2021 |  |
| August 2021 |  |
| September 2021 |  |
| October 2021 |  |
| November 2021 |  |
| December 2021 |  |
| Arrears Payment Amount | $24,301.55 |
| Prospective Payment Amount | $0.00 |
| Total Payment Approved | $24,301.55 |

EXHIBIT 5

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| JAMIE LYNN GALLIAN<br>16222 MONTEREY LANE UNIT 376<br>HUNTINGTON BEACH, CA 92649<br>(714) 321-3449<br>jamiegallian@gmail.com<br><br><br>☒  Debtor appearing without attorney<br>☐  Attorney for Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>JAMIE LYNN GALLIAN<br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 8:21-bk-11710-ES<br>CHAPTER: 7 |
|---|---|
| | **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**<br>AMENDED |
| | [No hearing required unless requested under LBR 9013-1(o)] |

**Creditor Name:**
The Huntington Beach Gables Homeowners Association

**TO THE CREDITOR, ATTORNEY FOR CREDITOR AND OTHER INTERESTED PARTIES:**

1. **NOTICE IS HEREBY GIVEN** that Debtor moves this court for an order, pursuant to LBR 9013-1(o) upon notice of opportunity to request a hearing (*i.e.*, without a hearing unless requested), avoiding a lien on the grounds set forth below.

2. **Deadline for Opposition Papers:**
   Pursuant to LBR 9013-1(o), any party opposing the motion may file and serve a written opposition and request a hearing on this motion. If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in Federal Rules of Civil Procedure 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code. "FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

1

3. **Type of Case:**

  a. ☒ A voluntary petition under Chapter   ☒ 7   ☐ 11   ☐ 12   ☐ 13 was filed on: __07/09/2021__

  b. ☐ An involuntary petition under Chapter   ☐ 7   ☐ 11 was filed on: _____

    ☐ An order of relief under Chapter   ☐ 7   ☐ 11 was entered on: _____

  c. ☐ An order of conversion to Chapter   ☐ 7   ☐ 11   ☐ 12   ☐ 13 was entered on: _____

  d. ☐ Other:

4. **Procedural Status:**

  a. ☒ Name of Trustee appointed (if any): JEFFREY GOLDEN

  b. ☒ Name of Attorney for Trustee (if any): Danning, Gill, Israel & Krasnoff, L.L.P.

5. Debtor claims an exemption in the subject real property under:

  a. ☒ California Code of Civil Procedure § __704.930__ (Homestead): Exemption amount claimed on schedules: $ 600,000.00

  b. ☐ California Code of Civil Procedure § _____ Exemption amount claimed on schedules: $ _____

  c. ☒ Other statute (specify): Declared Homestead filed 7/9/2021   **PURSUANT TO 11 U.S.C. §§522 (P)(2)(B) BELOW**

6. Debtor's entitlement to an exemption is impaired by a judicial lien, the details of the lien are as follows:

  a. Date of entry of judgment (specify): _____
  b. Case name (specify): See Attachment A
  c. Name of court: Orange County Superior Court
  d. Docket number (specify): ___See Att. A___
  e. Date (specify): _____ and place (specify) See Att. A
    of recordation of lien
  f. Recorder's instrument number (specify): See Att. A

7. The property claimed to be exempt is as follows:

  a. Street address, city, county and state, where located,  (specify): 16222 Monterey Lane Unit 376 Huntington Beach, CA 92649 (Fair Market Value Debtors interest $235,000.00)

  b. Legal description (specify): See Attachment B

                                                                   ☐ See attached page

8. Debtor acquired the property claimed as exempt on the following date (specify): X̶X̶X̶X̶X̶X̶X̶X̶X̶  ~~2/25/2021~~ 11 U.S.C. §§522(P)(2)(B)

9. Debtor alleges that the fair market value of the property claimed exempt is: $ 235,000.00

10. The subject property is encumbered with the following liens (list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this motion):

| Name of Lienholder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| None | ☐ | | $ | $ | |
| | ☐ | | $ | $ | |
| | ☐ | | $ | $ | |
| | ☐ | | $ | $ | |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017                                Page 2                           F 4003-2.1.AVOID.LIEN.RP.MOTION

2

11. Debtor attaches copies of the following documents in support of the motion (as appropriate):

    a.  ☒ Schedule C to bankruptcy petition listing all exemptions claimed by Debtor

    b.  ☐ Appraisal of the property

    c.  ☐ Documents showing current balance due as to the liens specified in paragraph 11 above

    d.  ☒ Recorded Abstract of Judgment

    e.  ☒ Recorded Declaration of Homestead (Homestead Exemption)

    f.  ☒ Declaration(s)

    g.  ☒ Other (*specify*):
        Preliminary Title Report dated October 18, 2018,  sold 10/31/2018, APN 937-630-53, debtors previous home w/o
        any Huntingting Beach Gables Homeowners Association liens att. to property; Curr. HCD Certificate  of Title.

12. Total number of attached pages of supporting documentation: _____

13. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct [28 U.S.C. § 1746(1) and (2)].

WHEREFORE, Debtor requests that this court issue an order avoiding Creditor's lien in the form of the **Attachment** to this motion.

**7/22/2022**

Executed on (date): **XX/XX/XXXX**

*Jamie Lynn Gallian*

Signature of Debtor

JAMIE LYNN GALLIAN
Printed name of Debtor

Date: _____

Signature of Attorney for Debtor

Printed name of Attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 3                    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

3

0234

## ATTACHMENT TO MOTION/ORDER
### (11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** The Huntington Beach Gables Homeowners Assoiction

2. **Subject Lien:** Date and place of recordation of lien (*specify*): Orange County Superior Court - See Attached

   recording dates and recorder's instrument numbers (See Attachment A)

   Recorder's instrument number or document recording number: (See Attachment A)

3. **Collateral:** Street address, city, county and state, where located, legal description and/or map/book/page number, including county of recording:
   16222 Monterey Lane Unit 376 Huntington Beach, CA 92649 (See Attachment B)
   ☐ See attached page.

4. **Secured Claim Amount**
   a. Value of Collateral: ................................................................ $     235,000.00
   b. Amounts of Senior Liens (reducing equity in the property to which the subject lien can attach):
   (1) First lien: ........................................... ($_____)
   (2) Second lien: ........................................ ($_____)
   (3) Third lien: .......................................... ($_____)
   (4) Additional senior liens (*attach list*): ............. ($_____)
   c. Amount of Debtor's exemption(s): ........................ ($     600,000.00)
   d. Subtotal: ................................................................... ($     600,000.00)
   e. Secured Claim Amount (negative results should be listed as -$0-): $          0.00
   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                     Page 4                     F 4003-2.1.AVOID.LIEN.RP.MOTION

4

0235



500 S. Main Street, First Floor, Suite 103
Orange, CA 92868-4512
or
P. O. Box 628
Santa Ana, CA 92702-0628

**CLAUDE PARRISH**
COUNTY ASSESSOR
Telephone: (714) 834-3821
FAX: (714) 834-2565
www.ocassessor.gov

ESTABLISHED 1889

July 21, 2022                    **OFFICE OF THE ASSESSOR**

891-569-62   HX

GALLIAN, JAMIE LYNN
16222 MONTEREY LN, SPC 376
HUNTINGTON BEACH, CA 92649

**SUBJECT: Assessor Parcel Number: 891-569-62**

**Property Address: 16222 MONTEREY LN, UNIT 376, HUNTINGTON BEACH**

The Homeowners' Exemption on the above property has been active in Orange County as of **02-25-2021**

**Claimant Name:** GALLIAN, JAMIE LYNN

If you have any questions, please call our office at (714) 834-3821.

Sincerely,

CLAUDE PARRISH
County Assessor

By
          Exemptions Division

I HEREBY CERTIFY THAT THIS IS A TRUE
AND CORRECT COPY OF A PERMANENT
RECORD OF THE ASSESSOR'S OFFICE,
ORANGE COUNTY, CALIFORNIA

CLAUDE PARRISH
COUNTY ASSESSOR
BY

2022 JUL 21  PM 2: 22
CLAUDE PARRISH
ORANGE COUNTY ASSESSOR

A002-994 (R 09/19)

| **2022-23  Secured Assessment Roll** | **CLAUDE PARRISH, ORANGE COUNTY ASSESSOR** |
|---|---|

Full Parcel Report: Page 1 of 1          As of January 1st, 2022

| **Parcel No:** 891-569-62 | **Tax Rate Area:** 04-902 | **Property Type:** MOBILE HOME |
|---|---|---|

### Owner / Mailing Address

| | |
|---|---|
| **Assessee:** | GALLIAN, JAMIE LYNN |
| **Address:** | 16222 MONTEREY LN, SPC, 376 |
| **City, State:** | HUNTINGTON BEACH, CA |
| **Zip:** | 92649 |

### Description

| **Assessed Value** | | **Exemptions** | **Dates** | |
|---|---|---|---|---|
| **Land:** | 0 | **Exe Type:** HOMEOWNER | **Land BaseYear:** | 2021 |
| **Improvement:** | 0 | | **Improvement Base Year:** | 2021 |
| **Personal Property:** | 86,339 | | **Tax Lien Status:** | |
| **Other:** | 0 | | | |
| **Gross:** | 86,339 | | | |
| **Less Exemption:** | 7,000 | | | |
| **Net:** | 79,339 | | | |

### Sale History

**Reference Number:** M2085154

### Additional Information

**Legal Description:** T MHP RANDRE MSP 376

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A PERMANENT RECORD OF THE ASSESSOR'S OFFICE. ORANGE COUNTY, CALIFORNIA

CLAUDE PARRISH COUNTY ASSESSOR
BY _Neil_

2022 JUL 21 PH 2: 18

ORANGE COUNTY ASSESSOR
CLAUDE PARRISH

5

## HOMESTEAD DECLARATION



UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:   JAMIE LYNN GALLIAN                    CASE NO. 8:21-bk-11710-ES

              Debtor

        Verification of Declaration of Homestead filed with

        Orange County Clerk Recorder

        DOC NO. 2021000443659

        The above-named Debtor(s) hereby verify that the attached Homestead
Declaration is a true and correct copy to the best of the knowledge.

Date: ___3/9/2022___                      _____
                                           Signature of Debtor

6

Michael S. Devereux
Wex Law
9171 Wilshire Blvd. Ste. 50O
Beverly Hills, CA 90210-5536

Patricia Ryan
20949 Lassen St. Apt 208
Chatsworth, CA 91311-4239

Raquel Flyer-Dashner
4120 Birch St. Ste. 101, Newport
Beach, CA 92660-2228

Rutan & Tucker
18575 Jamboree Rd. 9th FL Irvine,
CA 92612

Steven A. Fink
13 Corporate Plaza Ste. 150
Newport Beach, CA 92660-7919

The Huntington Beach Gables
Homeowners Association
c/o Epsten Grinnell & Howell APC
10200 Willow Creek Road, Ste 10O
San Diego, CA 92131-1669

United Airlines
233 S. Hacker Dr.
Chicago, IL 60606-6462

Vivienne J Alston
Alston, Alston & Diebold
27201 Puerta Real Ste 300
Mission Viejo, CA 92691-8590

Orange County Alternate
Defenders Office
600 W. Santa Ana, Ste. 600
Santa Ana, CA 92701

People of the St of CA
8141 13th Street
Westminster, CA 92683-4576

Randall Nickell
4476 Alderport Dr.
Huntington Beach, CA 92649-2288

Superior Court of California
County Of Orange
711 Civic Center Drive, West
Santa Ana, CA 92701

Suzanne Tague Ross Wolcott,
Teinert, Prout
3151 Airway Ave. S-1
Costa Mesa, CA 92626-4627

Theodore Phillips
17612 Sandea Lee
Huntington Beach, CA 92649

United Airlines
P.O. Box 0675
Carol Stream, 60132-0675

Orange County Public Defender
801 Civic Center Drive, West
Santa Ana, CA 92702

Randell Nickel
c/o Mark Mellor, Esq.
6800 Indiana Ave. Ste. 220
Riverside, CA 92506-4267

Robert P. Warmington Co.
c/o BS Investors LP
18201 Von Karmen Ste. 450
Irvine, CA 92612-1195

Sandra L. Bradley
18 Meadowwood,
Coto De Caza, 92679

Stanley Feldsott: Esq
Feldsott & Lee
23161 Mill Creek Drive Ste. 300
Laguna Hills, CA 92653-7907

S 4, A California Limited
Partnership
1001 Dove Street Ste. 230
Newport Beach, CA 92660

US BANK
PO Box5229
Cincinnati, OH 45201-5229

18

Recording Requested by :

J-SANDCASTLE CO LLC

JAMIE LYNN GALLIAN
16222 MONTEREY LANE #376
HUNTINGTON BEACH, CA 92649

When recorded mail to:

JAMIE LYNN GALLIAN
16222 MONTEREY LANE #376
HUNTINGTON BEACH, CA 92649

**Recorded in Official Records, Orange County**
**Hugh Nguyen, Clerk-Recorder**

88.00

* S R 0 0 1 2 9 8 0 9 5 6 3 *

2021000443659 12:48 pm 07/09/21
18 414A D04  2
0.00 0.00 0.00 0.00 3.00 0.00 0.00 0.000.0075.00 3.00

IT
ZP
SB
PP

# HOMESTEAD DECLARATION
### CCP §704.930

SPACE ABOVE THIS LINE FOR RECORDER USE ONLY

APN#: 891-569-62

1. Name(s) of Declared Homestead owners:

JAMIE LYNN GALLIAN                              , do hereby claim a Declared
Homestead in the following real property located in:

the City of  HUNTINGTON BEACH, CA    , County of  ORANGE        , State of California,

more commonly known as:

16222 MONTEREY LANE SPACE 376 HUNTINGTON BEACH, CA 92649

*(Insert Common Street Address Above)*

and more particularly described as follows:

2014 SKYLINE CUSTOM VILLA DECAL NO. LBM1081 SERIAL NO. AC7V710394GB; AC7V710394GA; LOCATED ON LOT 376
ON APN 178-011-16, TRACT 10542, UNIT 4, PARCEL MAP BOOK 108, PG(S) 47 & 48

*(Insert Property Legal Description Above)*

2. The Declared Homestead is the principal dwelling of the Declared Homestead Owner(s) listed above or
such person(s) spouse.

3. The Declared Homestead Owner(s) listed above, or such person(s) spouse, resides in the Declared
Homestead on the date this Homestead Declaration is recorded.

4. The facts stated in this Homestead Declaration are known to be true as of the personal knowledge of the
person(s) below executing and acknowledging this Homestead Declaration.

Dated:  07/08/2021

_(Signature of Declared Homestead Owner or Spouse)_

JAMIE LYNN GALLIAN
_(Printed Name of Declared Homestead Owner or Spouse)_

_(Signature of Declared Homestead Owner of Spouse)_

JAMIE LYNN GALLIAN
_(Printed Name of Declared Homestead Owner or Spouse)_

( See Attached Acknowledgment )

8

**ACKNOWLEDGMENT**

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California
County of ___A-6/5e___ )

On ___7/9/21___ before me, _Greg Buysman, Notary Public_
(insert name and title of the officer)

personally appeared ___Jamie Lynn Gallian___
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

**GREG BUYSMAN**
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature _____ (Seal)

9

10

# EXHIBIT A

# EXHIBIT A

Fill in this information to identify your case and this filing:

| Debtor 1 | Jamie Lynn Gallian | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA--SANTA ANA DIVISION

Case number   **8:21-bk-11710-ES**

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                        12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

☑ Yes. Where is the property?

1.1

**16222 Monterey Ln. Unit 376**
Street address, if available, or other description

**Huntington Beach   CA   92649-0000**
City                State       ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☑ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:   **LPT 891-569-62**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$ unknown**

Current value of the portion you own?   **$235,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Existing 1979 80 year Ground Leasehold Parcel 1 & 2 Tract 10542, Unit(s) 1,2,3,4

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................=>   **$235,000.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Official Form 106A/B                    Schedule A/B: Property                         page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

11

Debtor 1    **Jamie Lynn Gallian**                                         Case number *(if known)*    **8:21-bk-11710-ES**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here.......................................................=>   **$0.00**

| Part 3: | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Misc. household goods and furnishings<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $3,500.00 |
| waterford crystal set red and white wine glasses | $1,000.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Wall television, computer, printer and peripherals<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $500.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Lladro figurine collection (20) | $1,900.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

Official Form 106A/B                              Schedule A/B: Property                                    page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

12

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | 8:21-bk-11710-ES |

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe....

| Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649 | $1,000.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
■ Yes. Describe.....

| 5-year old Wired Terrier Dog | $25.00 |

**14.** Any other personal and household items you did not already list, including any health aids you did not list
■ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................ | $8,925.00 |

**Part 4:  Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes.....................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes......................

Institution name:

| 17.1. | EDD Debit account | Bank of America | $3,793.00 |
| 17.2. | Savings | Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | $1,407.00 |

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | 8:21-bk-11710-ES |

| | 17.3. Savings | Alliant Credit Union--Only funds are Covid-19 relief funds from the government. | | $2,600.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples: Bond funds, investment accounts with brokerage firms, money market accounts*
■ No
☐ Yes.................  institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes. Give specific information about them....... Name of entity:                % of ownership:

19.1   J-Sandcastle Co, LLC- Assets include a bank account of less than $1,000. Debtor peacefully resided at 4476 Alderport since 11/23/2009. On 8/5/2018, debtor was battered at her home in HOA. Criminal charges PC §242 were filed; trial is pending 19WM00951. Request for victim restitution.  Debtor moved out of the HOA-Alderport home out of fear on 9/11/18. On 9/11/2018, a three year residential property lease 5782 Pinon Dr signed. Debtors Alderport home sold on 10/31/2018.  Debtor purchased investment rental property on 11/1/2018 within TRACT 10542 APN 178-011-01 located in Huntington Harbour with proceeds from unencumbered sale of her Alderport with the intent of living in the property at the end of the signed lease commitment.  Debtors Retirement Funds were completely depleted from 2016-2019 legal expenses incurred defending Gables HOA civil complaints filed against her   On 11/8/18, ST Court denied Gables HOA MOTION to freeze debtors equity in the Alderport sale.  Debtor executed a Security Agreement and Promissory Note with the LLC dated 11/16/2018, perfected HCD Certificate of Title and UCC-1 on 1/14/2019 No. 19-7691916827.  Debtor continued on medical LOA and never returned to her 20 year employment as a Flight Attendant due to the 8/5/18 battery with severe nerve injury. On February 1, 2019, Debtor successfully terminated the 3 year Pinon Drive lease agreement with Landlord Henry Newton.  Debtors primary residence is 16222 Monterey Ln. Unit 376, Located on Lot 2 Tract 10542 Unit 4 per 8/7/1979 City of HB.   **100   %**   **$1,000.00**

19.2   J-PAD, LLC. has a bank account of around $ 500.00   **100   %**   **$   500.00**

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.*
*Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.*
■ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
*Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans*
☐ No
■ Yes. List each account separately.
Type of account:          Institution name:

IRA          Fidelity          $7,400.00

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others*
■ No
Yes. ......................  Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............  Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

Official Form 106A/B          Schedule A/B: Property          page 4
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

14

Debtor 1    **Jamie Lynn Gallian**                                          Case number *(if known)*   **8:21-bk-11710-ES**

■ No
☐ Yes............          Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                          Current value of the
                                                                            portion you own?
                                                                            Do not deduct secured
                                                                            claims or exemptions.

28. **Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
                benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
                Company name:                              Beneficiary:                    Surrender or refund
                                                                                           value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
☐ No
■ Yes. Give specific information..

| | | |
|---|---|---|
| 32.1 | Probate estate of Charles J. Bradley, Jr.  Case No. 30-2017-00915711.  Uncertain what, if any, proceeds will pass to debtor. | Unknown |
| 32.2 | "Creditor's claim" in probate estate of Charles Bradley filed by debtor for $1 million.  Unknown whether any recovery will be awarded or available. | Unknown |

Official Form 106A/B                        Schedule A/B: Property                                        page 5
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

15

Debtor 1   **Jamie Lynn Gallian**                                      Case number *(if known)*  **8:21-bk-11710-ES**

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☐ No
   ■ Yes. Describe each claim........

| | | |
|---|---|---|
| 34.1 | Potential claim for bad faith denial of insurance against Mercury Insurance Company failure to defend/indemnify HOA Civil Action filed 4/11/2017, 18 days after title recorded. Debtor purchased homeowners insurance policy on 3/22/17 | Unknown |
| 34.2 | Potential Victim Restitution Award from Jesus Jesus Jr, for battery 8/5/2018.  Criminal Case pending 19WM09951. Estimated economic damages exceed $73,000.00 | Unknown |
| 34.3 | Claim against Houser Bros Co. dba Rancho Del Rey Mobilehome Estates  for Violation(s) of Davis Stirling Act, MRL §798, et seq. multiple acts of retaliation, discrimination, trespassing/unlawful entry; forcible detainer, wrongful eviction, failure to timely pursue/prosecute frivolous UD claim pending since 1/2/19.  Failure to apply to CA Covid19 Relief after debtor delivered 9/7/20 Declaration of Covid afflictions and hardship.                No lawsuit yet filed. | Unknown |
| 34.4 | Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr.  Case No. 30-2020-01153679. Estimated damages $195,000. | Unknown |
| 34.5 | Potential Claim against Master Lessor, Houser Company, Lessor(s) BS Investors, LP, S4 I, GP  due to overpayment of Ground Leasehold fees charged to Consumers.  Master Lessor Houser Company recorded Annexation approx. 8/17/1979.  The Original Tenant Robert P. Warmington, an Ind., ro Sublessor RPW, Co. and Houser Bros Co dba Rancho Del Rey MHE misrepresent to consumers Fee Interest vs. Air-Space Condominium Project within Parcel 1 & Parcel 2; Ground Leases recorded in violation of known City of Huntington Beach Ordinance from City Attorney. Master Lessor, Tenant, & RPW, Co recorded 1979 Ground Lease and Subcondominium Lease on APN 178-011-01, and not APN 178-771-03. Only easements were recorded. Additionally, Lessors Amended CC&Rs 8/5/1980 after Final Subdivision Report was issued by DRE July 1980, without Notice to Consumers or providing NT of Copy of Rec,  First Amendment to CC&Rs Doc No. 1980-5002.  Subsequently in 2005, Craig Houser, RDRMHE  recorded Amendment to all 80 Ground Leases without Notice to Park Consumers or Gables HOA Consumers.  Huntington Beach Gables HOA has a cross-complaint pending in the ST. Court Case Randall Nickels vs. Huntington Beach Gables HOA, et al. 30-2020-01163055-CU-OR-CJC which the HOA seeks a voiding of the sale and Assignment of unexpired term of Subcondominium Leasehold APN 937-63-053, on October 31, 2018, from Debtor to bona fide purchaser Randall Nickels.    Potential Cross-Petition not yet filed. | Unknown |

35. **Any financial assets you did not already list**
   ☐ No
   ■ Yes. Give specific information..

| | | |
|---|---|---|
| | CA COVID-19 Rent Relief Award10/27/2021, post petition tendered to Houser Bros Co. Ck No. 58066665    $ 24,301.55. Not property of the estate. | $     0.00 |
| 35.1  ■ Yes. | Bank of America Cashier's Check [uncashed] tendered rent chk Houser Bros Co. Not property of the estate.              $ 14,118.00 | $     0.00 |

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................   **$ 16,700.00**

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Official Form 106A/B                    Schedule A/B: Property                                   page 6
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

16

| Debtor 1 | Jamie Lynn Gallian | | Case number *(if known)* | **8:21-bk-11710-ES** |
|---|---|---|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes. Go to line 38.

---

**Part 6.** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes. Go to line 47.

---

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here** .....................................  $0.00

---

**Part 8:** **List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. **Part 1: Total real estate, line 2** ............................................................................................ | | | **$235,000.00** |
| 56. **Part 2: Total vehicles, line 5** | $0.00 | | |
| 57. **Part 3: Total personal and household items, line 15** | $ 8,925.00 | | |
| 58. **Part 4: Total financial assets, line 36** | $ 16,700.00 | | |
| 59. **Part 5: Total business-related property, line 45** | $0.00 | | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | | |
| 61. **Part 7: Total other property not listed, line 54** + | $0.00 | | |
| 62. **Total personal property.** Add lines 56 through 61... | $25,625.00 | Copy personal property total | **$25,625.00** |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | **$260,625.00** |

---

18

# EXHIBIT B

# EXHIBIT B

**STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**

**CERTIFICATE OF TITLE**

Manufactured Home                              Decal:   **LBM1081**

| Manufacturer ID/Name | Trade Name | Model | DOM | DFS | RY |
|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | 05/29/2014 | 07/28/2014 | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V710394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Aug 12, 2021 |
| AC7V710394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |

**Addressee**

J-PAD LLC
21742 ANZA AVE
TORRANCE, CA  90503

**Registered Owner(s)**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Legal Owner(s)**

J-PAD LLC
21742 ANZA AVE
TORRANCE, CA 90503

Lien Perfected On:          01/14/19 15:22:00

**IMPORTANT**

**THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT.  THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.**

DTN:  12339739                                                      08122021 - 2

19

SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MINUTE ORDER

DATE: 03/06/2019          TIME: 08:30:00 AM     DEPT: C61

COMMISSIONER: Carmen Luege
CLERK:  Ryan Castillo
REPORTER/ERM:
BAILIFF/COURT ATTENDANT:  C. Gonzalez

CASE NO: **30-2018-01013582-CL-UD-CJC**  CASE INIT.DATE: 08/21/2018
CASE TITLE: **Houser Bros. Co. vs. Ryan**
CASE CATEGORY: Civil - Limited          CASE TYPE: Unlawful Detainer - Residential

EVENT ID/DOCUMENT ID: 72999194
**EVENT TYPE**: Ex Parte
MOVING PARTY: Jamie L Gallan
CAUSAL DOCUMENT/DATE FILED: Ex Parte Application - Other, 03/05/2019

EVENT ID/DOCUMENT ID: 72999195
**EVENT TYPE**: Ex Parte
MOVING PARTY: Jamie L Gallan
CAUSAL DOCUMENT/DATE FILED: Ex Parte Application - Other, 03/05/2019

**APPEARANCES**
Vivienne J. Alston, from Alston, Alston & Diebold Attorneys at Law, present for Plaintiff(s).
Jamie L Gallan, self represented Interested Party, present.

Proceedings recorded electronically.

Ex-Parte application for reconsideration to intervene and TRO to stay writ of possession is requested by
Jaime Gallion.

Ex-parte Application is read and considered.

The Court having fully considered the arguments of all parties, both written and oral, as well as the
evidence presented, now rules as follows:

The motion for reconsideration to intervene and TRO to stay writ of possession is GRANTED .

The Court allows Gallian to intervene as to the writ of possession execution in this case.  The Court finds
there was improper execution as the judgment was against Lisa Ryan and all unknown occupants.  On
1/2/2019, Plaintiff filed an unlawful detainer for the premises address in this matter against Jamie
Gallian.  The Court finds on these facts, Jamie Gallian is NOT an unknown occupant.

The Court orders Plaintiff to place Jamie Gallian back in possession by 5:00 PM today.

DATE: 03/06/2019                    MINUTE ORDER                    Page 1
DEPT:  C61                                                           Calendar No.

21

EJ-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NO. 170746 | FOR COURT USE ONLY |
|---|---|---|

NAME: VIVIENNE J ALSTON
FIRM NAME: ALSTON ALSTON & DIEBOLD
STREET ADDRESS: 27201 PUERTA REAL, STE 300
CITY: MISSION VIEJO   STATE: CA   ZIP CODE: 92691
TELEPHONE NO.: 714 556 9400   FAX NO. 714 556 9500
E-MAIL ADDRESS: valston@aadlawyers.com
ATTORNEY FOR (name): HOUSER BROS. CO.
[X] ORIGINAL JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

Pursuant to California Government Code § 68150(g), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same valid(y) and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 CIVIC CENTER DRIVE WEST
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA, CA. 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

Plaintiff: HOUSER BROS. CO.
Defendant: LISA RYAN

| | CASE NUMBER |
|---|---|
| | 30 2018 01013582 CLUDCJC |

|  | [ ] EXECUTION (Money Judgment) | [X] Limited Civil Case (including Small Claims) |
|---|---|---|
| WRIT OF | [X] POSSESSION OF [ ] Personal Property | |
| | [ ] SALE [X] Real Property | [ ] Unlimited Civil Case (including Family and Probate) |

1. To the Sheriff or Marshal of the County of: ORANGE COUNTY
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accordance with CCP 699.080 or CCP 715.040.

3. (Name): HOUSER BROS. CO., a California general partnership dba RANCHO DEL REY MOBILE HOME ESTATES
   is the [X] original judgment creditor [ ] assignee of record whose address is shown on this form above the court's name

4. Judgment debtor (name, type of legal entity if not a natural person, and last known address):

   LISA RYAN
   16222 Monterey Lane, Space 376
   Huntington Beach, California 92649

   [ ] Additional judgment debtors on next page

5. Judgment entered on (date): 10- 18 -2018 JA

6. [ ] Judgment renewed on (dates):

7. Notice of sale under this writ
   a. [X] has not been requested.
   b. [ ] has been requested (see next page).

8. [ ] Joint debtor information on next page.

[SEAL]

9. [X] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.

10. [ ] This writ is issued on a sister-state judgment.
    For Items 11-17, see form MC-012 and form MC-013-INFO

11. Total judgment (as entered or renewed)   $
12. Costs after judgment (CCP 685.090)   $
13. Subtotal (add 11 and 12)   $
14. Credits to principal (after credit to interest)   $
15. Principal remaining due (subtract 14 from 13) $
16. Accrued interest remaining due per CCP 685.050(b) (not on GC 6103.5 fees)   $
17. Fee for issuance of writ   $25.00
18. Total (add 15, 16, and 17)   $25.00

19. Levying officer:
    a. Add daily interest from date of writ (at the legal rate on 15) (not on GC 6103.5 fees) . . . . . . . . . . . . . . . $
    b. Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) . . . . . . . . . . . . $

20. [ ] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

David H. Yamasaki, Clerk of the Court
Issued on (date): 11/14/2018   Clerk, by _____ D.Cuevas, Deputy

NOTICE TO PERSON SERVED: SEE PAGE 3 FOR IMPORTANT INFORMATION

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2018]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5
www.courts.ca.gov

Page 1 of 3

EJ-130

| Plaintiff: HOUSER BROS. CO. | CASE NUMBER |
|---|---|
| Defendant: LISA RYAN | 30 2018 01013582 CLUDCJC |

21. ☐ Additional judgment debtor (name, type of legal entity if not a natural person, and last known address):

22. ☐ Notice of sale has been requested by (name and address):

23. ☐ Joint debtor was declared bound by the judgment (CCP 989–994)
   a. on (date):
   b. name, type of legal entity if not a natural person, and last known address of joint debtor:

   a. on (date):
   b. name, type of legal entity if not a natural person, and last known address of joint debtor:

   c. ☐ Additional costs against certain joint debtors are itemized: ☐ Below ☐ On Attachment 23c

24. ☒ (Writ of Possession or Writ of Sale) Judgment was entered for the following:
   a. ☒ Possession of real property: The complaint was filed on (date): 8-21-2018
      (Check (1) or (2). Check (3) if applicable. Complete (4) if (2) or (3) have been checked.)

      (1) ☒ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46. The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.

      (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.

      (3) ☐ The unlawful detainer resulted from a foreclosure sale of a rental housing unit. (An occupant not named in the judgment may file a Claim of Right to Possession at any time up to and including the time the levying officer returns to effect eviction, regardless of whether a Prejudgment Claim of Right to Possession was served.) (See CCP 415.46 and 1174.3(a)(2).)

      (4) If the unlawful detainer resulted from a foreclosure (item 24a(3)), or if the Prejudgment Claim of Right to Possession was not served in compliance with CCP 415.46 (item 24a(2)), answer the following:

         (a) The daily rental value on the date the complaint was filed was  $36.20

         (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates (specify):

   b. ☐ Possession of personal property.
      ☐ If delivery cannot be had, then for the value (itemize in 24e) specified in the judgment or supplemental order.
   c. ☐ Sale of personal property.
   d. ☐ Sale of real property.
   e. The property is described: ☒ Below ☐ On Attachment 24e

   18222 Monterey Lane, Space 378, Huntington Beach, California 92649

EJ-130 [Rev. January 1, 2016] | **WRIT OF EXECUTION** | Page 2 of 3

22

23

| | EJ-130 |
|---|---|
| Plaintiff: HOUSER BROS. CO.<br>Defendant: LISA RYAN | CASE NUMBER:<br>30 2018 01013582 CLUDCJC |

### NOTICE TO PERSON SERVED

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (form EJ-150).

WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

EXCEPTION IF RENTAL HOUSING WAS FORECLOSED. If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form *Claim of Right to Possession and Notice of Hearing* (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION. If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form *Claim of Right to Possession and Notice of Hearing* (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

| EJ-130 [Rev. January 1, 2015] | **WRIT OF EXECUTION** | Page 2 of 2 |
|---|---|---|

| TO (Name and Address)<br>Lisa Ryan<br><br>16222 Monterey Lane Space 376<br>Huntington Beach, CA 92649 | LEVYING OFFICER (Name and Address)<br><br>Orange County Sheriff's Office<br>Sheriff's Civil Division<br>Suite 2<br>909 N. Main Street<br>Santa Ana, CA 92701 |
|---|---|
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>Orange County Superior Court<br>700 Civic Center Drive West<br>Santa Ana, CA 92701<br>Central Justice Center | (714) 569-3700<br>Fax: (714) 569-2368<br><br>California Relay Service Number<br>(800) 735-2929 TDD or 711 |
| PLAINTIFF:<br>Houser Bros Co<br>DEFENDANT:<br>Lisa Ryan | COURT CASE NO.:<br><br>30 2018 01013582 CLUDCJC |
| **Notice to Vacate** | LEVYING OFFICER FILE NO.:<br><br>2018517508 |

By virtue of the Writ of Execution for Possession/Real Property (eviction), issued out of the above court, you are hereby ordered to vacate the premises described on the writ.

| Eviction Address: | 16222 Monterey Lane Space 376<br>Huntington Beach, CA  92649 |
|---|---|

Final notice is hereby given that possession of the property must be turned over to the landlord on or before:

| Final notice is hereby given that possession of the property must be turned over to the landlord on or before: | Monday, December 03, 2018 6:01 AM |
|---|---|

Should you fail to vacate the premises within the allotted time, I will immediately enforce the writ by removing you from the premises. All personal property upon the premises at the time will be turned over to the landlord, who must return said personal property to you upon your payment of the reasonable cost incurred by the landlord in storing the property from the date of eviction to the date of payment.  If the property is stored on the landlord's premises, the reasonable cost of storage is the fair rental value of the space necessary for the time of storage.  If you do not pay the reasonable storage costs and take possession within fifteen (15) days, the landlord may either sell your property at a public sale and keep from the proceeds of the sale the costs of storage and of the sale (1988 CCC), or, if the property is valued at less than $700.00, the landlord may dispose of your property or retain it for his own use. (715.010(b)(3), 1174 CCP)

If you claim a right of possession of the premises that accrued prior to the commencement of this action, or if you were in possession of the premises on the date of the filing of the action and you are not named on the writ, complete and file the attached Claim of Right of Possession form with this office.  No claim of right to possession can be filed if box 24a(1) located on the back of the writ is checked.



Sandra Hutchens
Sheriff-Coroner

By: _____
Sheriff's Authorized Agent

CPM Form 8.32
11/30/2009 (Revised)

Original

24

SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
CIVIL COMPLEX CENTER

MINUTE ORDER

DATE: 12/04/2018                    TIME: 01:30:00 PM        DEPT: CX103

JUDICIAL OFFICER PRESIDING: Ronald L. Bauer
CLERK:  Larry S Brown
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT:

CASE NO: 30-2018-01035730-CU-PT-CJC  CASE INIT.DATE: 12/04/2018
CASE TITLE: **Gallian vs. Bros**
CASE CATEGORY: Civil - Unlimited      CASE TYPE: Petitions - Other

EVENT ID/DOCUMENT ID: 72940663,107089011
**EVENT TYPE: Ex Parte**
MOVING PARTY: Jamie L Gallian
CAUSAL DOCUMENT/DATE FILED: Ex Parte Application - Other For Temporary Restraining Order,
12/04/2018

APPEARANCES
Jamie L Gallian, self represented Petitioner, present.
Vivienne J. Alston from Alston, Alston & Diebold present for Deft. Houser Bros.
Kathryn Curtiss of Houser Bros, present

Plaintiff's Ex Parte Application for (1) Temporary Restraining Order to Prevent Civil Harassment and
Order to Show Cause for Permanent Injunction (2) Acknowledgment of Satisfaction of Judgment
(3) to Determine the Rightful Owner and Possession of Personal Property, the Manufactured Home
located at 16222 Monterey Lane, #376, Huntington Beach, CA 92649

The Court having fully considered the arguments of all parties, both written and oral, as well as the
evidence presented, now rules as follows: the Ex Parte Application is granted

The Court issues a Temporary Restraining Order against eviction of Plaintiff by Defendant, pending a
hearing on Preliminary Injunction to be held on 01/02/2019 at 9:00 a.m. in Department CX103.

Opposition to be filed by 12/21/2018.

The formal order was signed this date.

Parties waive notice.

DATE: 12/04/2018                      MINUTE ORDER                      Page 1
DEPT: CX103                                                            Calendar No.

25

ELAINE B. ALSTON
VIVIENNE J. ALSTON
DONALD A. DIEBOLD

**ALSTON, ALSTON & DIEBOLD**

TELEPHONE (714) 556-9400
FACSIMILE (714) 556-9500

27201 PUERTA REAL
SUITE 300
MISSION VIEJO, CALIFORNIA 92691

OUR FILE NO:   1510.

December 10, 2018

### FIVE (5) DAY DEMAND
### FOR SURRENDER OF POSSESSION OF SITE

**To:**   **Jamie Gallian and All Unlawful Occupants and Persons in Possession Without a Signed Rental Agreement ("Occupants"):**

**NOTICE IS HEREBY GIVEN** that management of the mobilehome park commonly known as:

Rancho Del Rey
16222 Monterey Lane
Huntington Beach, CA 92649
(referred to as "Park" herein)

HEREBY DEMANDS that the Occupants named above, and each of them, quit the premises in the Park and surrender possession thereof commonly described as:

Space 376
(referred to as "site" herein)

WITHIN FIVE (5) DAYS FROM AND AFTER SERVICE OF THIS NOTICE, and that said surrender of the mobilehome site be made to the park manager(s), who is authorized to receive the same on behalf of the management.

Civil Code Section 798.75 authorizes forcible detainer proceedings against any occupant of a mobilehome park who does not have rights of tenancy and is not otherwise entitled to occupy the premises, upon failure of the occupants to quit the premises within five (5) days after service of a demand for surrender of the site.

This notice is served with reference to the following facts, inter alia, upon which said demand is now hereby made:

That you have actual and physical possession of the site, without permission from park management, and without right or authority under a rental agreement or otherwise. Based upon the foregoing facts, management is authorized to pursue its legal remedies to obtain possession of the site from all such Occupants having no right of tenancy or possession.

26

J Gallian
and All Unlawful Occupants
December 10, 2018
Page 2


**THIS NOTICE IS INTENDED AS A FIVE (5) DAY DEMAND TO SURRENDER POSSESSION AND NOTICE TO QUIT AS PER CIVIL CODE SECTION 798.75. SHOULD YOU FAIL TO QUIT AND SURRENDER POSSESSION AS HEREBY DEMANDED, LEGAL PROCEEDINGS SHALL BE INSTITUTED FOR RESTITUTION OF POSSESSION OF THE PREMISES, REASONABLE RENTAL VALUE, DAMAGES INCIDENTAL TO OCCUPANTS WRONGFUL UNLAWFUL OCCUPATION OF THE SITE, AND ATTORNEYS' FEES AND COSTS, AND STATUTORY DAMAGES.**

ALSTON, ALSTON & DIEBOLD

Dated:  December 10, 2018

By: _____
VIVIENNE J. ALSTON
Authorized Agent for Owner


cc:    Client
       Park Manager

27

| TO (Name and Address): Lisa Ryan <br><br> 16222 Monterey Lane Space 376 <br> Huntington Beach, CA 92649 | LEVYING OFFICER (Name and Address): <br> Orange County Sheriff's Office <br> Sheriff's Civil Division <br> Suite 2 <br> 909 N. Main Street <br> Santa Ana, CA 92701 |
|---|---|
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY: <br> Orange County Superior Court <br> 700 Civic Center Drive West <br> Santa Ana, CA 92701 <br> Central Justice Center | (714) 569-3700 <br> Fax: (714) 569-2368 <br><br> California Relay Service Number <br> (800) 735-2929 TDD or 711 |
| PLAINTIFF: <br> Houser Bros Co <br> DEFENDANT: <br> Lisa Ryan | COURT CASE NO.: <br><br> 30 2018 01013582 CLUDCJC |
| **Notice to Vacate** | LEVYING OFFICER FILE NO.: <br><br> 2018517508 |

By virtue of the Writ of Execution for Possession/Real Property (eviction), issued out of the above court, you are hereby ordered to vacate the premises described on the writ.

| **Eviction Address:** | **16222 Monterey Lane Space 376** <br> **Huntington Beach, CA 92649** |
|---|---|

Final notice is hereby given that possession of the property must be turned over to the landlord on or before:

| **Final notice is hereby given that possession of the property must be turned over to the landlord on or before:** | **Sunday, January 20, 2019 6:01 AM** |
|---|---|

Should you fail to vacate the premises within the allotted time, I will immediately enforce the writ by removing you from the premises. All personal property upon the premises at the time will be turned over to the landlord, who must return said personal property to you upon your payment of the reasonable cost incurred by the landlord in storing the property from the date of eviction to the date of payment. If the property is stored on the landlord's premises, the reasonable cost of storage is the fair rental value of the space necessary for the time of storage. If you do not pay the reasonable storage costs and take possession within fifteen (15) days, the landlord may either sell your property at a public sale and keep from the proceeds of the sale the costs of storage and of the sale (1988 CCC), or, if the property is valued at less than $700.00, the landlord may dispose of your property or retain it for his own use. (715.010(b)(3), 1174 CCP)

If you claim a right of possession of the premises that accrued prior to the commencement of this action, or if you were in possession of the premises on the date of the filing of the action and you are not named on the writ, complete and file the attached Claim of Right of Possession form with this office. No claim of right to possession can be filed if box 24a(1) located on the back of the writ is checked.



Don Barnes
Sheriff-Coroner

By: _Renee #646_
Sheriff's Authorized Agent

CPM Form 8.32
11/30/2009 (Revised)

Original

28

29

| TO (Name and Address): | LEVYING OFFICER (Name and Address): |
|---|---|
| Lisa Ryan<br><br>16222 Monterey Lane Space 376<br>Huntington Beach, CA 92649 | Orange County Sheriff's Office<br>Sheriff's Civil Division<br>Suite 2<br>909 N. Main Street<br>Santa Ana, CA  92701 |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br><br>Orange County Superior Court<br>700 Civic Center Drive West<br>Santa Ana, CA  92701<br>Central Justice Center | (714) 569-3700<br>Fax: (714) 569-2368<br><br>California Relay Service Number<br>(800) 735-2929 TDD or 711 |
| PLAINTIFF:<br>Houser Bros Co<br>DEFENDANT:<br>Lisa Ryan | COURT CASE NO.:<br><br>30 2018 01013582 CLUDCJC |
| **Eviction Restoration Notice** | LEVYING OFFICER FILE NO.:<br><br>2018517508 |

To: Evicted Tenants, Property Owners, Their Agents and The Local Police:

By virtue of a Writ of Execution for Possession of Real Property, the following property was restored to the landlord on:

| Eviction Date: | 3/04/19      12:30 PM |
|---|---|
| Eviction Address: | 16222 Monterey Lane Space 376<br>Huntington Beach, CA  92649 |

Pursuant to Penal Code Sections 419 and 602, and judgment debtor, any persons removed by the Sheriff or Marshal, or any person not authorized by the landlord, who enters the real property after eviction, may be subject to arrest.

Pursuant to California Civil Procedure sections 715.010(b)(3) and 715.030, all personal property left on the premises has been turned over to the landlord.  The landlord is responsible for the safe keeping of tenant's property for fifteen (15) days from the date of eviction.  The landlord may charge a reasonable fee for removal and storage of the property.  However, upon demand of the tenant, the landlord must return the tenant's property if the tenant pays all costs incurred by the property owner for storage and maintenance.  If the costs are not paid by the tenant and the tenant does not take possession of the property left behind before the end of the fifteen (15) day period, the landlord may either sell the property at public sale and keep from the proceeds of the sale the costs of storage and of the sale (1988 CCC), if the property is valued at less than $700.00, the landlord may dispose of the property or retain it for his own use. (1174 CCP)

Date: 3/14/19



Don Barnes
Sheriff-Coroner

By: _____
                    Sheriff's Authorized Agent

CPM Form 8.33
12/19/2012 (Revised)

543455

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 03/06/2019                    TIME: 08:30:00 AM          DEPT: C61

COMMISSIONER: Carmen Luege
CLERK:  Ryan Castillo
REPORTER/ERM:
BAILIFF/COURT ATTENDANT:  C. Gonzalez

CASE NO: **30-2018-01013582-CL-UD-CJC**  CASE INIT.DATE: 08/21/2018
CASE TITLE: **Houser Bros. Co. vs. Ryan**
CASE CATEGORY: Civil - Limited          CASE TYPE: Unlawful Detainer - Residential

EVENT ID/DOCUMENT ID: 72999194
EVENT TYPE: Ex Parte
MOVING PARTY: Jamie L Gallan
CAUSAL DOCUMENT/DATE FILED: Ex Parte Application - Other, 03/05/2019

EVENT ID/DOCUMENT ID: 72999195
EVENT TYPE: Ex Parte
MOVING PARTY: Jamie L Gallan
CAUSAL DOCUMENT/DATE FILED: Ex Parte Application - Other, 03/05/2019

APPEARANCES
Vivienne J. Alston, from Alston, Alston & Diebold Attorneys at Law, present for Plaintiff(s).
Jamie L Gallan, self represented Interested Party, present.

Proceedings recorded electronically.

Ex-Parte application for reconsideration to intervene and TRO to stay writ of possession is requested by
Jaime Gallion.

Ex-parte Application is read and considered.

The Court having fully considered the arguments of all parties, both written and oral, as well as the
evidence presented, now rules as follows:

The motion for reconsideration to intervene and TRO to stay writ of possession is GRANTED .

The Court allows Gallian to intervene as to the writ of possession execution in this case. The Court finds
there was improper execution as the judgment was against Lisa Ryan and all unknown occupants.  On
1/2/2019, Plaintiff filed an unlawful detainer for the premises address in this matter against Jamie
Gallian.  The Court finds on these facts, Jamie Gallian is NOT an unknown occupant.

The Court orders Plaintiff to place Jamie Gallian back in possession by 5:00 PM today.

DATE: 03/06/2019                    MINUTE ORDER                              Page 1
DEPT: C61                                                              Calendar No.

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Jamie Gallian
714-321-3449

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Jamie Lynn Gallian
16222 Monterey Ln #376
Huntington Beach, CA 92649
USA

DOCUMENT NUMBER: 76027940003
FILING NUMBER: 19-7691916827
FILING DATE: 01/14/2019 09:10

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| J-SANDCASTLE CO LLC | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 16222 MONTEREY LN #376 | HUNTINGTON BEACH | | CA | 92649 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| J-Pad, LLC - CA SOS Entity No. 201804010750 | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 2702 N GAFF ST | ORANGE | | CA | 92865 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
LOCATED ON PROPERTY RECORDED IN ORANGE COUNTY CLERK RECORDERS OFFICE IN CALIFORNIA PARCEL MAP RECORDED IN BOOK 108, PG(S) 47-48.

ASSESSORS PARCEL NUMBER 891-569-62
SERIAL NUMBERS AC7V710394GB, AC7V710394GA; DECAL NUMBER LBM1081

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☑ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY

Page 2

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

| | |
|---|---|
| 9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐ | |

| | 9a. ORGANIZATION'S NAME |
|---|---|
| | J-SANDCASTLE CO LLC |

| OR | 9b. INDIVIDUAL'S SURNAME |
|---|---|
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

DOCUMENT NUMBER: 76027940003

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | 10a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 10b. INDIVIDUAL'S SURNAME | | | |
| OR | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☑ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 11b. INDIVIDUAL'S SURNAME<br>GALLIAN | FIRST PERSONAL NAME<br>JAMIE | ADDITIONAL NAME(S)/INITIAL(S)<br>LYNN | SUFFIX |
| 11c. MAILING ADDRESS<br>16222 MONTEREY LANE #376 | CITY<br>HUNTINGTON BEACH | STATE<br>CA | POSTAL CODE<br>92649 | COUNTRY<br>USA |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):

| | |
|---|---|
| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT:<br>☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing. |
| 15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

FILING OFFICE COPY

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM
PO Box 277820 Sacramento, CA 95827
1-800-952-8356
www.hcd.ca.gov



## NOTICE OF SALE OR TRANSFER

**ATTENTION: THIS FORM IS TO BE USED <u>ONLY</u> WHEN YOU SELL OR TRANSFER YOUR MANUFACTURED HOME/MOBILEHOME OR COMMERCIAL MODULAR. AT THAT TIME COMPLETE, SIGN, AND RETURN TO THE ADDRESS STATED ABOVE TO REPORT THE CHANGE OF OWNERSHIP. A COMPLETE TRANSFER APPLICATION PACKET MUST BE SENT IN TO COMPLETE THE TRANSFER OF TITLE.**

**SECTION I:** Enter the following information that describes your unit: Decal/License plate number(s), Serial(s) number, and Trade name of unit.

**SECTION II:** Enter the sale price and the date of sale/transfer including the month, day, and year.

**SECTION III:** Enter the full name and mailing address of the new owner/buyer(s).

**SECTION IV:** Enter date, city, and state indicating where and when this form is being executed. SELLER(S) MUST SIGN and print their names(s).

**SECTION I.       DESCRIPTION OF UNIT**

| Decal Number(s) | Serial Number(s) | Trade Name |
|---|---|---|
| LBM1081 | AC7V710394GA; AC7V710394GA | SKYLINE CUSTOM VILLA |
| | | |
| | | |

**SECTION II.       SALE OR TRANSFER INFORMATION**

For the sum of $ ___0___ the receipt of which is hereby acknowledged, I/we did sell, transfer and deliver to the purchaser/owner named below, on _02/25/2021_ , my/our right title and interest in the unit described above.
_____Date of Transfer_____

**SECTION III.       NAME OF PURCHASER/NEW OWNER**

Name:
JAMIE LYNN GALLIAN AND J-SANDCASTLE, CO LLC

Address:
16222 MONTEREY LN #376

| City: | State: | Zip Code: |
|---|---|---|
| HUNTINGTON BEACH | CALIFORNIA | 92649-0000 |

**SECTION IV.       CERTIFICATION AND RELEASE OF SELLER(S)**

I/We certify under penalty of perjury under the laws of the State of California that: 1) I/we are the lawful owner(s) of the unit, and 2) I/we have the right to sell it, and 3) I/we guarantee and will defend the title to the unit against the claims and demands of any and all persons arising prior to this date, and 4) the unit is free of all liens and encumbrances.

I/We certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed On _02/25/2021_ at _HUNTINGTON BEACH_ _CALIFORNIA_
_____Date_____ _____City_____ _____State_____

Signature of Seller: _Jamie Lynn Gallian, It's Member._

Signature of Seller: _____

Printed Name(s): J-SANDCASTLE CO LLC

HCD RT 476.8 (Rev. 03/21)

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of ___Orange___ )

On __2/25/21__ before me, __Greg Buysman Notary Public__
                              (insert name and title of the officer)

personally appeared __Jamie Lynn Gallian__ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

GREG BUYSMAN
COMM # 2341449
ORANGE County
California Notary Public
Comm Exp Feb. 5, 2025

Signature_____   (Seal)

# TAX CLEARANCE CERTIFICATE

☒ Mobile Home                                    ☐ Floating Home

## COUNTY OF ORANGE

| SERIAL NUMBER/HULL NUMBER | DECAL NUMBER/CF NUMBER |
|---|---|
| AC7V710394GA, AC7V710394GB | LBM1081 |

| LOCATION OF HOME | ASSESSOR'S PARCEL NUMBER |
|---|---|
| 16222 MONTEREY LN 376 HUNTINGTON BEACH | 891-569-62 |

| CURRENT REGISTERED OWNER | APPLICANT |
|---|---|
| J-SANDCASTLE CO LLC<br>16222 MONTEREY LN<br>SPC 376<br>HUNTINGTON BEACH CA 92649 | J-SANDCASTLE CO LLC & JAMIE L. GALLIAN<br>16222 MONTEREY LN #376<br>HUNTINGTON BEACH CA 92649 |

I hereby certify that the following has been paid:

☐ Delinquent license fees

☐ Property taxes applicable to the home identified above through the fiscal year

☒ A security deposit for payment of the property taxes for the fiscal year 2021-2022

☒ No taxes due or payable at this time.

There may be a supplemental assessment not covered by this "Tax Clearance Certificate" which may create an additional bill.

**THIS CERTIFICATE IS VOID ON AND AFTER SEPTEMBER 7, 2021.**

Executed on July 9, 2021 at Santa Ana.
Treasurer-Tax Collector for Orange County, State of California.

Issued on July 9, 2021 _____

(Signature)

§2189.8, 5832 R & T Code                                    TDL 10-01 (7-87)

0268

STATE OF CALIFORNIA
BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
DIVISION OF CODES AND STANDARDS
REGISTRATION AND TITLING PROGRAM



## LIEN SATISFIED

---

**SECTION I.      DESCRIPTION OF UNIT**

This unit is a:

☑ Manufactured Home/Mobilehome ☐ Commercial Modular ☐ Floating Home ☐ Truck Camper

The Decal (License) No.(s) of the unit is: LBM1081

The Trade Name of the unit is: CUSTOM VILLA

The Serial No.(s) of the unit is: AC7V710394GB/AC7V710394GA

---

**SECTION II.      DEBTOR(S) NAME(S)**

Name of Debtor(s): J-SANDCASTLE CO, LLC

---

**SECTION III.      LIENHOLDER'S CERTIFICATION**

This is to certify that our/my lien in the name(s) of the debtor(s) shown above against the described unit has been fully satisfied and has not been assigned to any other party.

I/We certify under penalty of perjury that the foregoing is true and correct.

Print or Type Name of Legal Owner or Jr. Lienholder (Lender):

J-PAD LLC or RONALD J. PIERPONT

Signature of Legal Owner, Jr. Lienholder (Lender) or their Authorized Agent:

_Ronald J Pierpont_                                    Date 7/9/2021

Address _____16222 MONTEREY LN. #376_____   HUNTINGTON BEACH,   CA   92649
          _Street Address or P.O. Box_                          _City_            _State_   _Zip_

HCD RT 475.3 (Rev. 07/16)



**CLAUDE PARRISH**
**ORANGE COUNTY ASSESSOR**
500 S. MAIN ST, FIRST FLOOR, SUITE 103
ORANGE, CA 92868-4512  or
P.O. BOX 628
SANTA ANA, CA 92702-0628
PHONE: (714) 834-3821
FAX: (714) 834-2565
www.ocgov.com/assessor

BDE-266 (P1) REV. 13 (05-20)

## CLAIM FOR HOMEOWNERS' PROPERTY TAX EXEMPTION

*If eligible, sign and file this form with the Assessor on or before February 15 or on or before the 30th day following the date of notice of supplemental assessment, whichever comes first.*

**SEE INSTRUCTIONS BEFORE COMPLETING**

NAME AND MAILING ADDRESS
*(Make necessary corrections to the printed name and mailing address)*

891-569-62
GALLIAN, JAMIE LYNN
16222 MONTEREY LN, SPC 376
HUNTINGTON BEACH, CA 92649

| FOR ASSESSOR'S USE ONLY | |
|---|---|
| Received | |
| Approved | |
| Denied | |
| Reason for denial | |
| M-2085154 | NO |

**PROPERTY DESCRIPTION**

Parcel No. 891-569-62

Address of dwelling
16222 MONTEREY LN, UNIT 376
HUNTINGTON BEACH
TR   RANDRE   BLK 376
LOT        UN

Print your social security number and name here ➤ SSN: _XXX-XX-_ *3986*
NAME: *JAMIE L GALLIAN*

Print co-owner's or spouse's social security number and name when this property is also his/her principal residence ➤ SSN: ___-__-___
NAME: _____

## STATEMENTS

This claim may be used to file for the Homeowners' Exemption for the Assessment Roll and the Supplemental Assessment Roll. A new owner must file a claim even if the property is already receiving the homeowners' exemption. Please carefully read the information and instructions before answering the questions listed below.

1. When did you acquire this property? *11-1-2018*
   *(month/day/year)*

2. Date you occupied this property as your principal residence (see instructions): *11-1-2018*
   *(month/day/year)*

3. Do you own another property that is, or was, your principal place of residence in California? ☒ YES ☐ NO
   If YES, please provide the address below, and the date you **MOVED OUT,** if no longer your principal place of residence:
   Address: *4476 Alderport Drive HB*   *92649*   *10/31/2018*
   Street Address         City          Zip Code      (month/day/year)

Only the owners or their spouses who occupy the above-described property (including a purchaser under contract of sale) or his or her legal representative may sign this claim. (If the property comprises more than one dwelling unit, other co-owner occupants may wish to file separate claims; however, only one exemption will be allowed per dwelling unit.)

**If you are buying this property under an unrecorded contract of sale and the Assessor does not have a copy of the contract, you must attach a copy to this claim.**

## CERTIFICATION

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing and all information hereon, including any accompanying statements or documents, is true, correct, and complete to the best of my knowledge and belief.*

SIGNATURE OF OWNER-OCCUPANT ► *Jamie L Gallian*         DATE

SIGNATURE OF OCCUPANT'S SPOUSE OR CO-OWNER-OCCUPANT ►         DATE

EMAIL ADDRESS *Jamiegallian@gmail.com*    DAYTIME TELEPHONE NUMBER *(714) 321-3447*

**IF YOU DO NOT OCCUPY THIS PARCEL AS YOUR PRINCIPAL RESIDENCE, PLEASE DISCARD THIS FORM.**
If you occupy this parcel at a later date, contact the Assessor at that time.

**THIS DOCUMENT IS NOT SUBJECT TO PUBLIC INSPECTION**

A002-985 (P1) (R 01/21)



0001120- 1



500 S. Main Street, First Floor, Suite 103
Orange, CA 92868-4512
or
P. O. Box 628
Santa Ana, CA 92702-0628

**CLAUDE PARRISH**
COUNTY ASSESSOR
Telephone: (714) 834-3821
FAX: (714) 834-2565
www.ocassessor.gov

ESTABLISHED 1889

**OFFICE OF THE ASSESSOR**

July 21, 2022

891-569-62   HX

GALLIAN, JAMIE LYNN
16222 MONTEREY LN, SPC 376
HUNTINGTON BEACH, CA 92649

SUBJECT: **Assessor Parcel Number: 891-569-62**

Property Address: **16222 MONTEREY LN, UNIT 376, HUNTINGTON BEACH**

The Homeowners' Exemption on the above property has been active in Orange County as of **02-25-2021**

Claimant Name: GALLIAN, JAMIE LYNN

If you have any questions, please call our office at (714) 834-3821.

Sincerely,

CLAUDE PARRISH
County Assessor

By

Exemptions Division

I HEREBY CERTIFY THAT THIS IS A TRUE
AND CORRECT COPY OF A PERMANENT
RECORD OF THE ASSESSOR'S OFFICE,
ORANGE COUNTY, CALIFORNIA

**CLAUDE PARRISH**
**COUNTY ASSESSOR**
BY

2022 JUL 21 PM 2: 22

CLAUDE PARRISH
ORANGE COUNTY ASSESSOR

A002-994 (R 09/19)

**2022-23  Secured Assessment Roll**          **CLAUDE PARRISH, ORANGE COUNTY ASSESSOR**

Full Parcel Report: Page 1 of 1                                      As of January 1st,  2022

| Parcel No: 891-569-62 | Tax Rate Area: 04-902 | Property Type: MOBILE HOME |
|---|---|---|

### Owner / Mailing Address

**Assessee:** GALLIAN, JAMIE LYNN

**Address:** 16222 MONTEREY LN, SPC, 376

**City, State:** HUNTINGTON BEACH, CA

**Zip:** 92649

### Description

| Assessed Value | | Exemptions | Dates | |
|---|---|---|---|---|
| **Land:** | 0 | **Exe Type:** HOMEOWNER | **Land BaseYear:** 2021 | |
| **Improvement:** | 0 | | **Improvement Base Year:** 2021 | |
| **Personal Property:** | 86,339 | | **Tax Lien Status:** | |
| **Other:** | 0 | | | |
| **Gross:** | 86,339 | | | |
| **Less Exemption:** | 7,000 | | | |
| **Net:** | 79,339 | | | |

### Sale History

**Reference Number:** M2085154

### Additional Information

**Legal Description:** T MHP RANDRE MSP 376

I HEREBY CERTIFY THAT THIS IS A TRUE
AND CORRECT COPY OF A PERMANENT
RECORD OF THE ASSESSOR'S OFFICE.
ORANGE COUNTY, CALIFORNIA

CLAUDE PARRISH
COUNTY ASSESSOR
BY

2022 JUL 21  PM 2: 18

ORANGE COUNTY ASSESSOR
CLAUDE PARRISH

1



**Shari L. Freidenrich, CPA**
Orange County Treasurer-Tax Collector
P.O. BOX 1438 • Santa Ana, CA 92702-1438
601 N. Ross Street, Building 16, Santa Ana
Office Hours: 8:00 AM-5:00 PM Monday - Friday
Phone Hours: 9:00 AM-5:00 PM (714) 834-3411
octreasurer.com/octaxbill

### DID YOU KNOW?

Sign up to receive a text/email due date reminder at octreasurer.com/securedreminders

Pay online at octreasurer.com/octaxbill to receive same day credit, no service fee by eCheck and an emailed receipt.

Mailed payments must have a USPS postmark on or before the last timely payment date. If you wait until the last day to mail your payment, get your envelope hand-stamped with a postmark to ensure it is timely. See octreasurer.com/postmarks.

## 2021-22 SECURED PROPERTY TAX BILL

For Fiscal Year Beginning July 1, 2021 and Ending June 30, 2022
0000210-0000210 STMT------    34403I OCT017
#BWNLBHV *********AUTO**ALL FOR AADC 926
#6915 6962 2021 1#

GALLIAN, JAMIE LYNN
16222 MONTEREY LN SPC 376
HUNTINGTON BEACH CA 92649-2258

**PROPERTY LOCATION**

16222 MONTEREY LN 376 HUNTINGTON BEACH

**ASSESSED VALUES & EXEMPTIONS AS OF JANUARY 1, 2021**

| DESCRIPTION | FULL VALUE | COMPUTED TAX |
|---|---|---|
| PERSONAL PROPERTY - OTHER | 86,339 | |

**OWNER OF RECORD AS OF 12:01 AM, JANUARY 1, 2021**

J-SANDCASTLE CO LLC

| | FULL VALUE | COMPUTED TAX |
|---|---|---|
| TOTAL VALUES: | 86,339 | 946.92 |
| TOTAL NET TAXABLE VALUE: | 86,339 | 946.92 |

## MOBILE HOME

| PARCEL NO. (APN) | TAX RATE AREA | 1st Installment DUE 11/1/21 | | 2nd Installment DUE 2/1/22 | | TO PAY BOTH INSTALLMENTS BY 12/10/21 |
|---|---|---|---|---|---|---|
| 891-569-62 | 04-902 | $473.46 | + | $473.46 | = | $946.92 |

### IMPORTANT INFORMATION
#### INFORMATION COPY

Taxes are pre-paid at the time of purchase and will be credited towards this tax bill.

**VOTER APPROVED TAXES AND SPECIAL ASSESSMENTS**

| SERVICE AGENCY | RATE | VALUE | TAXES |
|---|---|---|---|
| BASIC LEVY RATE | 1.00000 | 86,339 | 863.39 |
| COAST COMM COLLEGE DIST | .03119 | 86,339 | 26.92 |
| OCEAN VIEW SCHOOL DIST | .02796 | 86,339 | 24.14 |
| HUNTINGTON BCH UNION HS | .02260 | 86,339 | 19.52 |
| HUNTINGTON BEACH EMPLOYEE RETIREME | .01500 | 86,339 | 12.95 |
| TOTAL CHARGED | 1.09675 | | 946.92 |

F074-S53 (2021)

FOR DETAILS OF TAX TYPES, VISIT OUR WEBPAGE AT OCTREASURER.COM/OCTAXBILL

THERE WILL BE A $26.00 FEE FOR EACH PAYMENT RETURNED UNPAID BY YOUR BANK FOR ANY REASON

| FIRST INSTALLMENT DUE 11/1/21 → | $.00 | SECOND INSTALLMENT DUE 2/1/22 → | $.00 | TOTAL DUE AND PAYABLE → | $.00 |
|---|---|---|---|---|---|

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY                    GAVIN NEWSOM, Governor

**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



## Title Search

Date Printed:  Jul 27, 2021

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Record Conditions:

- An application for title or registration change is pending with the department.  For information regarding this application, please call 1-800-952-8356 and request to speak with a customer representative.

Registered Owner:

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

Last Title Date:          02/24/2021

Last Reg Card:          Pending Reg Card

Sale/Transfer Info:          Price $.00 Transferred on 02/25/2021

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Legal Owner:

JPAD LLC
RONALD J PIERPONT
Tenants in Common Or
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

Lien Perfected On:          02/25/21 10:11:00

Title Searches:

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937

Title File No:          LBM1081

HOUSER BROS. CO.
16222 MONTEREY LN OFC
HUNTINGTON BEACH, CA 92649

**Title File No:**                    LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                    LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                    LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**                    LBM1081

***END OF TITLE SEARCH***                    Page Number:2

### STATE OF CALIFORNIA - DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT
### REGISTRATION CARD

Manufactured Home

**Decal: LBM1081**

| Manufacturer ID/Name | Trade Name | Model | | DOM | DFS | RY | Exp. Date |
|---|---|---|---|---|---|---|---|
| 90002    SKYLINE HOMES INC | CUSTOM VILLA | | | 05/29/2014 | 07/28/2014 | | |

| Serial Number | Label/Insignia Number | Weight | Length | Width | Issued |
|---|---|---|---|---|---|
| AC7V7I0394GB | PFS1130281 | 22,383 | 56' | 15' 2" | Aug 03, 2021 |
| AC7V7I0394GA | PFS1130282 | 25,068 | 60' | 15' 2" | |



**Addressee**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Registered Owner(s)**

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

**Situs Address**

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ATTENTION OWNER:**

THIS IS THE REGISTRATION CARD FOR THE
UNIT DESCRIBED ABOVE. PLEASE KEEP THIS
CARD IN A SAFE PLACE WITHIN THE UNIT.

**INSTRUCTIONS FOR RENEWAL:**

REGISTRATION FOR THIS UNIT EXPIRES ON THE
DATE INDICATED ABOVE IN THE BOX LABELED
"Exp. Date". THERE ARE SUBSTANTIAL
PENALTIES FOR DELINQUENCY. IF YOU DO NOT
RECEIVE A RENEWAL NOTICE WITHIN 10 DAYS
PRIOR TO THE EXPIRATION DATE, CONTACT
H.C.D. FOR RENEWAL INSTRUCTIONS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IMPORTANT**
THE OWNER INFORMATION SHOWN ABOVE MAY NOT REFLECT ALL LIENS RECORDED WITH THE
DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT AGAINST THE DESCRIBED UNIT. THE
CURRENT TITLE STATUS OF THE UNIT MAY BE CONFIRMED THROUGH THE DEPARTMENT.

DTN: 12313525

08032021 - 1

STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY          GAVIN NEWSOM, Governor
**DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT**
DIVISION OF CODES AND STANDARDS



## Title Search

Date Printed:  Aug 11, 2021

| | | | |
|---|---|---|---|
| Decal #: | LBM1081 | Use Code: | SFD |
| Manufacturer: | SKYLINE HOMES INC | Original Price Code: | BVH |
| Tradename: | CUSTOM VILLA | Rating Year: | |
| Model: | | Tax Type: | LPT |
| Manufactured Date: | 05/29/2014 | Last ILT  Amount: | |
| Registration Exp: | | Date ILT Fees Paid: | |
| First Sold On: | 07/28/2014 | ILT Exemption: | NONE |

| Serial Number | HUD Label / Insignia | Length | Width |
|---|---|---|---|
| AC7V710394GA | PFS1130282 | 60' | 15' 2" |
| AC7V710394GB | PFS1130281 | 56' | 15' 2" |

Registered Owner:

JAMIE LYNN GALLIAN
16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA 92649

| | |
|---|---|
| **Last Title Date:** | 08/03/2021 |
| **Last Reg Card:** | 08/03/2021 |
| **Sale/Transfer Info:** | Price $.00 Transferred on 02/25/2021 |

Situs Address:

16222 MONTEREY LN SPACE 376
HUNTINGTON BEACH, CA  92649
Situs County:  ORANGE

Legal Owner:

J-PAD LLC
21742 ANZA AVE
TORRANCE, CA 90503

**Lien Perfected On:**          01/14/19 15:22:00

Title Searches:

JANINE JASSO
PO BOX 370161
EL PASO, TX 79937

**Title File No:**          LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**          LBM1081

JAMIE GALLIAN
16222 MONTEREY LANE SPACE 376
HUNTINGTN BCH, CA 92649

**Title File No:**          LBM1081

# EXHIBIT C

# EXHIBIT C

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 279 of 374   Page ID #:5790
Case 8:21-bk-11710-SC   Doc 147   Filed 07/22/22   Entered 07/22/22 16:31:19   Desc
Case 8:21-bk-11710-ES   Main Document   Filed 03/14/22   Page 43 of 63   03/14/22 09:54:23   Desc
Main Document   Page 20 of 64

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jamie Lynn Gallian** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIVISION | | |
| Case number | **8:21-bk-11710-ES** | | |
| (if known) | | | |

■ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **16222 Monterey Ln. Spc 376 Huntington Beach, CA 92649 Orange County**<br>**APN: 891-569-62; 2014 Skyline Custom Villa Manufactured Home. Decal No. LBM1081.  Serial Number AC7V710394GB 56'x15'2"; Serial Number AC7V710394GA 60'x15'2".**<br>Line from *Schedule A/B*: **1.1** | $235,000.00 | ■ | $600,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **Misc. household goods and furnishings**<br>**Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649**<br>Line from *Schedule A/B*: **6.1** | $3,500.00 | ■ | $3,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **waterford crystal set red and white wine glasses**<br>Line from *Schedule A/B*: **6.2** | $1,000.00 | ■ | $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |

Case 8:23-cv-00961-WLH Document 23 Filed 09/29/23 Page 280 of 374 Page ID #:5791
Case 8:21-bk-11710-SC Doc 147 Filed 07/22/22 Entered 07/22/22 16:31:19 Desc
Case 8:21-bk-11710-ES Main Document Filed 03/11/22 Page 49 of 258 03/14/22 09:54:23 Desc
Main Document Page 21 of 64

Debtor 1  **Jamie Lynn Gallian**　　　　　　Case number (if known)　**8:21-bk-11710-ES**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | Check only one box for each exemption. | |
| Wall television, computer, printer and peripherals<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Lladro figurine collection (20)<br>Line from *Schedule A/B*: **8.1** | $1,900.00 | ■ $1,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Misc. clothing<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Movado wrist watch (20 yrs. old); costume jewelry, misc. non-gold chains/bracelets, and earrings.<br>Location: 16222 Monterey Lane, Space 376, Huntington Beach CA 92649<br>Line from *Schedule A/B*: **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| 5-year old Wired Terrier Dog<br>Line from *Schedule A/B*: **13.1** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| EDD Debit account: Bank of America<br>Line from *Schedule A/B*: **17.1** | $3,793.00 | ■ $3,793.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.<br>Line from *Schedule A/B*: **17.2** | $1,407.00 | ■ $1,407.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.<br>Line from *Schedule A/B*: **17.3** | $2,600.00 | ■ $381.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.220 |
| Savings: Alliant Credit Union--Only funds are Covid-19 relief funds from the government.<br>Line from *Schedule A/B*: **17.3** | $2,600.00 | ■ $2,219.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.225 |
| IRA: Fidelity<br>Line from *Schedule A/B*: **21.1** | $7,400.00 | ■ $7,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 281 of 374   Page ID #:5792
Case 8:21-bk-11710-SC   Doc 147   Filed 07/22/22   Entered 07/22/22 16:31:19   Desc
Case 8:21-bk-11710-ES   Main Document   Filed 03/14/22   Page 50 of 263   03/14/22 09:54:23   Desc
Main Document   Page 22 of 64

Debtor 1   **Jamie Lynn Gallian**                                           Case number (if known)   **8:21-bk-11710-ES**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **IRA: Fidelity**<br>Line from *Schedule A/B*: **21.1** | **$7,400.00** | ■          **$7,400.00**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C)** |
| **Personal Injury claim against Huntington Beach Gables HOA; Jesus Jasso, Jr. Case No. 30-2020-01153679. Estimated damages $195,000.**<br>Line from *Schedule A/B*: **34.4** | **Unknown** | ■          **$195,000.00**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |
| **Potential Victim Restitution Order** Jesus Jasso, Jr, OCSC 19WM09951<br>Line from *Schedule A/B*: **34.2** | **Unknown** | XX      **$73,000.00**<br><br>___ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.140** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☐   No

■   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐   No
    ■   Yes

# Attachment B

## LEGAL DESCRIPTION





Units 1, 2, 3 and 4 of Lot 2 of the following:

All that certain land situated in the State of California, County of Orange, City of Huntington Beach, described as follows:

Proposed Tract No. 10542, being a subdivision of the following:

A portion of the northeast one quarter (1/4) of the northwest one quarter (1/4) of Section 20, Township 5 south, Range 11 west, in the Rancho Las Bolsa Chica, as shown on a map recorded in book 51, page 13 of Miscellaneous Maps, records of said Orange County, being described as follows:

Parcel 1 of a map filed in book 108, page 48 of Parcel Maps.

NOTICE OF COMPLIANCE WITH CONDITIONS ON TRACT

AUTHORIZATION FOR RELEASE FOR RECORDING

TO:        City Clerk                          Date _____

FROM:      PLANNING DEPARTMENT
           James W. Palin

TRACT NO. _____

RECREATION & PARKS FEES PAID _____

Other: _____

                              _____
                                   (Signature)

0284



10 B 47

SHEET 1 OF 2 SHEETS
T.P.M. 77-7
2 PARCELS
58.362 ACRES

# PARCEL MAP

T.P.M. 77-7
R.S.T. 8531

## IN THE CITY OF HUNTINGTON BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA.

BEING A PORTION OF THE E 1/2 OF THE NW 1/4 OF SECTION 20, T.5.S, R.11.W,
IN THE RANCHO LA BOLSA CHICA, AS SHOWN ON A MAP RECORDED IN BOOK
51, PAGE 13 OF MISCELLANEOUS MAPS, RECORDS OF ORANGE COUNTY, CALIFORNIA.

DEC 29 1977    27127
108 47

VALLEY CONSULTANTS, INC.
SAM F. KNISS, R.C.E. NO. 17377
DATE OF SURVEY JAN. 3, 1977

### OWNERSHIP CERTIFICATE

WE, THE UNDERSIGNED, BEING ALL PARTIES HAVING ANY RECORD TITLE
INTEREST IN THE LAND COVERED BY THIS MAP DO HEREBY CONSENT TO
THE PREPARATION AND RECORDATION OF SAID MAP, AS SHOWN WITHIN
THE COLORED BORDER LINE, AND WE HEREBY DEDICATE TO THE PUBLIC FOR
STREET PURPOSES; EDINGER AVENUE AND SAYBROOK LANE. WE ALSO
HEREBY DEDICATE TO THE CITY OF HUNTINGTON BEACH THE 10 FOOT WATER
LINE EASEMENT IN MONTEREY STREET AS SHOWN ON THIS MAP.

HOUSER BROS. CO.,
A LIMITED PARTNERSHIP.

VERNON F. HOUSER
GENERAL PARTNER

CLIFFORD C. HOUSER
GENERAL PARTNER

STATE OF CALIFORNIA }
COUNTY OF ORANGE } SS.
ON THIS 5TH DAY OF OCTOBER, 1977, BEFORE ME, LISA STRAIT,
A NOTARY PUBLIC IN AND FOR SAID STATE, PERSONALLY APPEARED
VERNON F. HOUSER AND CLIFFORD C. HOUSER, KNOWN TO ME
TO BE THE PARTNERS OF HOUSER BROS. CO., A LIMITED PARTNER-
SHIP, THE PARTNERSHIP THAT EXECUTED THE WITHIN INSTRUMENT,
AND THEY ACKNOWLEDGED TO ME THAT SUCH PARTNERSHIP EXECUTED
THE SAME.

MY COMMISSION EXPIRES MAY 16, 1981

WITNESS MY HAND AND OFFICIAL SEAL:

NOTARY PUBLIC IN AND FOR SAID STATE

IMPERIAL CORP. OF AMERICA, SUBSTITUTED TRUSTEE FOR
LIDO INSURANCE AGENCY, INC., A CALIFORNIA CORPORATION, AS
TRUSTEE UNDER A DEED OF TRUST RECORDED IN BOOK 7877, PAGE 961
AND IN BOOK 8565, PAGE 41, BOTH OF OFFICIAL RECORDS.

Claudia Mae Miller
VICE PRESIDENT
ASST. SECRETARY

STATE OF CALIFORNIA }
COUNTY OF ORANGE } SS.
ON THIS 11TH DAY OF OCTOBER, 1977, BEFORE ME, JOY S. KNOWLES,
A NOTARY PUBLIC IN AND FOR SAID STATE, PERSONALLY APPEARED

WITNESS MY HAND AND OFFICIAL SEAL:

JOY C. KNOWLES
NOTARY PUBLIC IN AND FOR SAID STATE
MY COMMISSION EXPIRES SEPT. 29, 1978

CALIFORNIA · SANSOME CORPORATION, A CALIFORNIA CORPORA-
TION, AS TRUSTEE UNDER A DEED OF TRUST RECORDED IN BOOK 8550,
PAGE 1705 OF OFFICIAL RECORDS.

VICE PRESIDENT
DANIEL J. BIRGANE
ASST. SECRETARY
THOMAS R. AHLERS

STATE OF CALIFORNIA }
COUNTY OF ORANGE } SS.
ON THIS 6TH DAY OF OCTOBER, 1977, BEFORE ME, SHARON M. KITTO

WITNESS MY HAND AND OFFICIAL SEAL:

OFFICIAL SEAL
SHARON M. KITTO
NOTARY PUBLIC IN AND FOR SAID STATE
MY COMMISSION EXPIRES NOV. 9, 1977

MASLEN CORPORATION, A CALIFORNIA CORPORATION, AS TRUSTEE
UNDER A DEED OF TRUST RECORDED IN BOOK 9251, PAGE 433, OF
OFFICIAL RECORDS.

VICE PRESIDENT
ASST. SECRETARY

STATE OF CALIFORNIA }
COUNTY OF ORANGE } SS.

### ENGINEER'S CERTIFICATE

THIS MAP WAS PREPARED BY ME OR UNDER MY DIRECTION AND IS
BASED ON A FIELD SURVEY IN CONFORMANCE WITH THE REQUIRE-
MENTS OF THE SUBDIVISION MAP ACT AND LOCAL ORDINANCES
MADE, ON JANUARY 3, 1977, AND I HEREBY STATE THAT THE PARCEL
MAP PROCEDURES OF THE SUBDIVISION MAP ACT COMPLIED WITH
AND THAT THIS PARCEL MAP SUBSTANTIALLY CONFORMS TO THE TENTATIVE
MAP AND THE CONDITIONS OF APPROVAL THEREOF WHICH WERE RE-
QUIRED TO BE FULFILLED PRIOR TO THE FILING OF THE PARCEL MAP.

SIGNED: SAM F. KNISS    RCE. NO. 17377

### CITY ENGINEER'S CERTIFICATE

THIS MAP CONFORMS WITH THE REQUIREMENTS OF THE SUBDIVISION
MAP ACT AND LOCAL ORDINANCES AND THE MAP IS TECHNICALLY
CORRECT IN ALL RESPECTS NOT CERTIFIED TO BY THE COUNTY
SURVEYOR.

DATED THIS 21ST DAY OF OCT, 1977.

MICHAEL ZAMBORY
CITY ENGINEER OF HUNTINGTON BEACH

### CITY CLERK'S CERTIFICATE

STATE OF CALIFORNIA }
COUNTY OF ORANGE } SS.
CITY OF HUNTINGTON BEACH }

I, ALICIA M. WENTWORTH, CITY CLERK OF THE CITY OF HUNTINGTON
BEACH, ORANGE COUNTY, CALIFORNIA, HEREBY CERTIFY THAT THE CITY
COUNCIL AT A REGULAR MEETING THEREOF HELD ON THE 7TH DAY OF
NOVEMBER, 1977, AND THAT THEREUPON SAID COUNCIL DID, BY AN ORDER
PASSED AND ENTERED, APPROVE SAID MAP AND DID ACCEPT ON
BEHALF OF THE PUBLIC THE DEDICATION OF EDINGER AVENUE AND
SAYBROOK LANE FOR STREET PURPOSES AND DID ALSO ACCEPT
ON BEHALF OF THE CITY OF HUNTINGTON BEACH THE WATER LINE
EASEMENT IN MONTEREY STREET AS DEDICATED.

ALICIA M. WENTWORTH
CITY CLERK

BY DEPUTY

Dated: November 8, 1977

### COUNTY SURVEYOR'S CERTIFICATE

THIS MAP CONFORMS WITH THE MAPPING PROVISIONS OF THE SUBDIVISION
MAP ACT AND I AM SATISFIED SAID MAP IS TECHNICALLY CORRECT
RELATIVE TO THE PARCEL MAP BOUNDARY.

DATED THIS 16TH DAY OF DEC, 1977.

C.R. NELSON
COUNTY SURVEYOR

BY ROBERT VILLIER
DEPUTY

### SIGNATURE OMISSIONS

IN ACCORDANCE WITH THE PROVISIONS OF SECTION 66436(c)
OF THE SUBDIVISION MAP ACT THE FOLLOWING SIGNATURES
HAVE BEEN OMITTED:

1. SOUTHERN CALIFORNIA EDISON CO., A CORPORATION, HOLDER
OF AN EASEMENT PER BOOK 6473, PAGE 173, O.R. &

2. GENERAL TELEPHONE CO., HOLDER OF AN EASE-
MENT PER BOOK 6771, PAGE 388, PER BOOK 597,
3. COUNTY OF ORANGE, HOLDER OF EASEMENT PER BOOK 597,
PAGE 589, O.R.

4. CITY OF HUNTINGTON BEACH, HOLDER OF EASEMENT PER BOOK
10217, PAGE 482, O.R.

5. STEARNS RANCHOS COMPANY, HOLDER OF EASEMENT PER
BOOK 91, PAGE 50 & BOOK 91, PAGE 106, BOTH OF DEEDS.

& 6. SO. CAL. ED. CO. ALSO HOLDS EASEMENTS PER BOOK 8360,
PAGE 20, O.R. & BOOK 9300, PAGE 334, O.R.

### IMPROVEMENT NOTICE

PURSUANT TO THE PROVISIONS OF SECTION 66411 OF THE SUBDIVISION MAP
ACT WHICH IS HEREBY THAT EDINGER AVENUE AND SAYBROOK LANE SHALL BE
IMPROVED IN ACCORDANCE WITH THE CITY OF HUNTINGTON BEACH STANDARDS
AT THE TIME PARCEL NO. 2 IS DEVELOPED.

EXHIBIT B (ESTATE)

The Estate of Interest in the land is described as follows:

A Ground Leasehold Estate as to Parcels 1 and 2, said Estate being more particularly described as the Lessee's Interest under those certain Ground Leases set forth in Subparagraph (A) herein below.

A remainder interest in a determinable Fee Estate as to Parcels 3 and 4;

An easement as to Parcels 5 and 6;

(A)  Those certain Ground Leases, dated August 1, 1980, executed by Houser Bros. Co., a limited partnership organized under the laws of the State of California, in which Clifford C. Houser and Vernon F. Houser Constitute the sole General Partners, as Landlord, and by Robert P. Warmington, as Tenant, for the term ending December 31, 2059, upon the Terms,Covenants and Conditions therein contained, recorded as following in Official Records of said Orange County;

Note 1:

The Lessee's interest under said Leases has been assigned to G/HB Investors, a California limited partnership by Assignment which recorded September 30, 1986 as Instrument No. 86-456266 of Official Records; reference being hereby made to the record thereof for full particulars.

Note 2:

An undivided 78.34% of the Lessee's interest under said Leases has been assigned to Barry Brief Family Trust dated May 11, 1993, by Assignment which recorded September 24, 1998 as Instrument No. 19980644010 of Official Records; reference being made to the record thereof for full particulars.

EXHIBIT A (LEGAL)

Parcel 1:

Units 1 through   inclusive as shown and defined on a Condominium Plan (the "Condominium Plan") recorded in Book 13358, Pages 1193 and following of Official Records of Orange County, California, excepting that portion consisting of buildings and other improvements.

Parcel 2:

An undivided eighty/eightieths (80/80) interest in the Common Area of Lots 1 and 2 of Tract No. 10542, in the City of Huntington Beach, County of Orange, State of California, as shown on a map recorded in Book 456, Pages 49 and 50 of Miscellaneous Maps, records of Orange County, California, as shown and defined on the Condominium Plan, excepting that portion consisting of buildings and other improvements.

Parcel 3:

Those portions of Units 1 through   inclusive, as shown and defined on the Condominium Plan, consisting of buildings and other improvements.

Parcel 4:

An undivided                interest in and to those portions of the Common Area as shown and defined on the Condominium Plan, consisting of buildings or other improvements.

Parcel 5:

An easement for the exclusive use and occupancy of those portions of the restricted Common Area, as defined on said Condominium Plan for entry and staircases and attic space relating to said units.

Parcel 6:

A non-exclusive easement and right to use the Common Area as defined on said Condominium Plan, except the restricted Common Area.

0289

## Title Chain & Lien Report

**16222 Monterey Ln, Huntington Beach, CA 92649-6214**

APN: 178-011-16

Orange County Data as of: 08/03/2020

| Search Start Date: | 01/01/1967 | Start Date: | 01/01/1967 |
|---|---|---|---|
| Search End Date: | 08/19/2020 | End Date: | 08/19/2020 |

| Date | Type | Grantor | Grantee | Document # | Doc Ref. |
|---|---|---|---|---|---|
| 10/22/1979 | Lease | Warmington Robert | Robert P Warmington | 13362.317 | |
| 10/22/1979 | Lease | Houser Bros | Warmington Robert | 13362.320 | |
| 11/06/1979 | Cancellation | Houser Bros | | 13383.1868 | |
| 12/06/1979 | Lease | Houser Bros | Warmington Robert | 13424.499 | |
| 12/06/1979 | Lease | Warmington Robert | Robert P Warmington | 13424.504 | |
| 09/02/1980 | Plat, County Miscellaneous Plat | | | 13726.1096 | |
| 09/02/1980 | Plat, County Miscellaneous Plat | | | 13726.1130 | |
| 09/02/1980 | Plat, County Miscellaneous Plat | | | 13726.1166 | |
| 09/02/1980 | Plat, County Miscellaneous Plat | | | 13726.1202 | |
| 09/02/1980 | Plat, County Miscellaneous Plat | | | 13726.1232 | |
| 09/02/1980 | Plat, County Miscellaneous Plat | | | 13726.1268 | |
| 09/02/1980 | Plat, County Miscellaneous Plat | | | 13726.1304 | |
| 09/02/1980 | Plat, County Miscellaneous Plat | | | 13726.1340 | |
| 09/02/1980 | Plat, County Miscellaneous Plat | | | 13726.1099 | |
| 09/02/1980 | Plat, County Miscellaneous Plat | | | 13726.1133 | |
| 09/02/1980 | Plat, County Miscellaneous Plat | | | 13726.1169 | |
| 09/02/1980 | Plat, County Miscellaneous Plat | | | 13726.1205 | |
| 09/02/1980 | Plat, County Miscellaneous Plat | | | 13726.1235 | |
| 09/02/1980 | Plat, County Miscellaneous Plat | | | 13726.1271 | |
| 09/02/1980 | Plat, County Miscellaneous Plat | | | 13726.1307 | |
| 09/02/1980 | Plat, County Miscellaneous Plat | | | 13726.1343 | |
| 09/08/1980 | Plat, County Miscellaneous Plat | | | 13733.192 | |
| 09/08/1980 | Plat, County Miscellaneous Plat | | | 13733.272 | |
| 09/08/1980 | Plat, County Miscellaneous Plat | | | 13733.195 | |



© 2020 FIRST AMERICAN DATA TREE AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.

PAGE 1 OF 3

| Date | Type | Subject Name | | Document # | Doc Ref. |
|------|------|---------|---------|------------|----------|
| 09/08/1980 | Plat, County Miscellaneous Plat | | | 13733.275 | |
| 09/26/1980 | Plat, County Miscellaneous Plat | | | 13760.957 | |
| 10/03/1980 | Release | | | 13773.4 | |
| 10/03/1980 | Release | | | 13773.7 | |
| 10/10/1980 | Plat, County Miscellaneous Plat | | | 13783.1726 | |
| 10/10/1980 | Plat, County Miscellaneous Plat | | | 13783.1779 | |
| 10/10/1980 | Plat, County Miscellaneous Plat | | | 13783.1729 | |
| 10/10/1980 | Plat, County Miscellaneous Plat | | | 13783.1782 | |
| 10/14/1980 | Plat, County Miscellaneous Plat | | | 13787.1775 | |
| 10/14/1980 | Plat, County Miscellaneous Plat | | | 13787.1828 | |
| 10/14/1980 | Plat, County Miscellaneous Plat | | | 13787.1778 | |
| 10/14/1980 | Plat, County Miscellaneous Plat | | | 13787.1831 | |
| 10/17/1980 | Plat, County Miscellaneous Plat | | | 13793.949 | |
| 10/17/1980 | Plat, County Miscellaneous Plat | | | 13793.952 | |
| 07/06/1990 | Deed | Houser Bros | Houser Bros | 1990.357100 | |
| 07/06/1990 | Deed Of Trust | Houser Bros | Union Bank | 1990.357101 | 342851 |
| ^ 07/21/1997 | Amendment | Houser Bros | | 1997.342851 | |
| 10/06/1993 | Deed | Malmborg Jack N & | Malmborg Jack N & | 1993.678726 | |
| 10/08/1993 | Declaration Of Homestead | Sullivan John L | | 1993.686386 | |
| 01/27/1994 | Declaration Of Homestead | Gibbons Robert L | | 1994.66495 | |
| 07/13/1994 | Declaration Of Homestead | Huan Nancy C | | 1994.451177 | |
| 01/28/1997 | Declaration Of Homestead | Rounds Royal E | | 1997.40615 | |
| 07/31/1998 | Reconveyance | | | 1998.499256 | |
| 06/19/2000 | Declaration Of Homestead | Newton Carol A | | 2000.321481 | |
| 08/23/2007 | Declaration Of Homestead | Moomau Linda Charl | | 2007.523219 | |
| 09/15/2014 | Declaration Of Homestead | Radzinski Linda M | | 2014.372099 | |
| 05/22/2017 | Declaration Of Homestead | Vanzyl Yvonne H | | 2017.208348 | |

## Liens, Filings & Judgments
16222 Monterey Ln, Huntington Beach, CA 92649-6214

| Search Start Date: | 01/01/1967 | Name(s) Searched: | Houser Bros Co, Houser Bros Co Trust |
|--------------------|------------|-------------------|--------------------------------------|
| Search End Date: | 08/19/2020 | Match: | Exact |

| Date | Type | | Subject Name | Document # | Doc Ref. |
|------|------|--|--------------|------------|----------|



© 2020 FIRST AMERICAN DATA TREE AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.

PAGE 2 OF 3

| Date | Type | Party | Number | |
|------|------|-------|--------|---|
| 06/10/1971 | Certificate Of Partnership | Houser | 9572.175 | |
| 07/31/1972 | Certificate Of Partnership | Houser Bros | 10251.992 | |
| 08/17/1976 | Amendment | Houser | 11854.900 | |
| 09/23/1980 | Plat, County Miscellaneous Plat | Houser Bros | 13754.281 | |
| 09/23/1980 | Plat, County Miscellaneous Plat | Houser Bros | 13754.291 | |
| 11/04/1983 | Lien | Houser Bros | 1983.499211 | 282543 |
| ^ 07/31/1985 | Release | Houser Bros | 1985.282543 | |
| 05/02/1989 | Amendment | Houser | 1089.232116 | |
| 07/06/1990 | Deed Of Trust | Houser Bros | 1990.357101 | 342851 |
| ^ 07/21/1997 | Amendment | | 1997.342851 | |
| 07/09/1990 | Certificate Of Partnership | Houser Bros | 1990.361236 | |
| 07/31/1998 | Reconveyance | | 1998.499256 | |
| 11/09/2004 | Certificate Of Delinquency Of Personal Property Tax | Houser Bros CX | 2004.1008431 | |
| 11/09/2004 | Certificate Of Delinquency Of Personal Property Tax | Houser Bros CX | 2004.1008432 | |
| 04/03/2006 | State Tax Lien | Houser Brothers | 2006.219506 | 409646 |
| ^ 07/30/2009 | Release | Houser Brothers | 2009.409646 | |
| 12/03/2008 | State Tax Lien | Houser Brothers | 2008.557266 | 409647 |
| ^ 07/30/2009 | Release | Houser Brothers | 2009.409647 | |
| 07/01/2009 | Release | Houser Brothers | 2009.347624 | |
| 12/03/2010 | State Tax Lien | Houser Brothers | 2010.652283 | 157636 |
| ^ 03/28/2011 | Release | Houser Brothers | 2011.157636 | |
| 06/14/2011 | Release | Houser | 2011.290442 | |
| 12/06/2011 | Certificate Of Delinquency Of Personal Property Tax | Houser Bros | 2011.636007 | |
| 12/06/2011 | Certificate Of Delinquency Of Personal Property Tax | Houser Bros | 2011.636008 | |
| 11/07/2014 | Certificate Of Delinquency Of Personal Property Tax | Houser Bros Co | 2014.469087 | |
| 11/07/2014 | Certificate Of Delinquency Of Personal Property Tax | Houser Bros Co | 2014.469088 | |
| 11/08/2016 | Certificate Of Delinquency Of Personal Property Tax | Houser Bros Co | 2016.564698 | |
| 11/19/2019 | Certificate Of Delinquency Of Personal Property Tax | Houser Bros Co | 2019.480966 | 8699 |
| ^ 01/08/2020 | Release | Houser Bros Co | 2020.8699 | |



© 2020 FIRST AMERICAN DATA TREE AND/OR ITS AFFILIATES. ALL RIGHTS RESERVED.

# EXHIBIT "E"



**Cheryl Sharpe** / Senior Loan Processor

**U.S. Financial Network, Inc.**
Office: (800) 655-9044 / Fax: (800) 442-5233
http://www.usfinancialnet.com

[Quoted text hidden]

---

**Jamie Gallian** <jamiegallian@gmail.com>                    Sun, Mar 20, 2022 at 9:26 PM
To: Jeff Golden <jgolden@wgllp.com>, Ed Hays <EHays@marshackhays.com>
Cc: Jamie Gallian <jamiegallian@gmail.com>

Mr. Golden, Mr. Hays

I received this comprehensive report compiling the last two years of sales of homes here at Rancho Del Rey and the next closest park Skandia.

Please note the last page of each report.

The average sales price for a home in Rancho Del Rey is $240,000.00, during the period 3/14/2020 through 3/14/2022 .

I disclosed on my Schedule A, an estimated figure of $235,000.00. That does not include any value of the leasehold in the ground underneath the home.
On Schedule A, I entered unknown for the entire value combined.

If the Trustee would like me to amend Schedule A, please let me know.
[Quoted text hidden]

---

**Jamie Gallian** <jamiegallian@gmail.com>                    Sun, Mar 20, 2022 at 9:32 PM
To: Jeff Golden <jgolden@wgllp.com>, Ed Hays <EHays@marshackhays.com>, Vivienne Alston
<valston@aadlawyers.com>, Lori Werner <lwerner@wgllp.com>, Jamie Gallian <jamiegallian@gmail.com>

File attached,

Sorry.

Sincerely,

Jamie Gallian
714-321-3449
jamiegallian@gmail.com

---------- Forwarded message ----------
From: **Cheryl Sharpe** <Cheryl@usfinancialnet.com>
Date: Mon, Mar 14, 2022 at 12:17 PM
Subject: RANCHO DEL REY; SKANDIA
To: Jamie Gallian <jamiegallian@gmail.com>

7/8/22, 8:00 AM

                                    Jamie Gallian <jamiegallian@gmail.com>

---

# RANCHO DEL REY; SKANDIA

---

**Cheryl Sharpe** <Cheryl@usfinancialnet.com>                Mon, Mar 14, 2022 at 12:16 PM
To: Jamie Gallian <jamiegallian@gmail.com>, Joseph Arroyo <josephamh@outlook.com>

   Please see attached
   Have a wonderful day

   Thank you,

   Cheryl Sharpe

   **Cheryl Sharpe** / Senior Loan Processor

                       **U.S. Financial Network, Inc.**
                       Office: (800) 655-9044 / Fax: (800) 442-5233
                       http://www.usfinancialnet.com

---

   📄 **copier_20220314_115321.pdf**
       247K

---

**Jamie Gallian** <jamiegallian@gmail.com>                  Mon, Mar 14, 2022 at 12:43 PM
To: Cheryl Sharpe <Cheryl@usfinancialnet.com>
Cc: Joseph Arroyo <josephamh@outlook.com>

   Received, thank you.
   Sincerely,

   Jamie Gallian
   714-321-3449
   jamiegallian@gmail.com


   [Quoted text hidden]

---

**Cheryl Sharpe** <Cheryl@usfinancialnet.com>               Mon, Mar 14, 2022 at 12:58 PM
To: Jamie Gallian <jamiegallian@gmail.com>

   You are very welcome

   Thank you,

   Cheryl Sharpe

7/8/22, 8:00 AM

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Park Name : | **RANCHO DEL REY MOBILE ESTATES** | | |
| | | | Park Address : | 16222 MONTEREY L HUNTINGTON BEACH, CA 92649 | | |
| | | | Spaces : | 379 | | |
| | | | From : | 3/14/2020 to 3/14/2022 | | |
| | | | Report date : | 3/14/2022 | | |

| Address City | Mfd Date MFG Trade | Original Current Sales Date | Decal Legal Dealer | Wd Lt | Total sq Ft Per Sq Ft |
|---|---|---|---|---|---|
| 16222 MONTEREY LN #315 HUNTINGTON BEACH | 03/29/2006 DELAWARE WESTERN HOMES CORP SILVERCREST | $365,000.00 $325,000.00 12/03/2021 | LBI5648 | 16.5 61 14.8333 61 | 1860.33 $175.64 |
| 16222 MONTEREY LN #105 HUNTINGTON BEACH | 11/20/2009 CMH MANUFACTURING WEST INC CHATEAU SERIES | $148,195.00 $285,000.00 10/15/2021 | LBK6772 5 STAR HOMES | 14.8333 54 14.8333 54 | 1602 $177.90 |
| 16222 MONTEREY LN #81 HUNTINGTON BEACH | 01/01/1965 MONTCLAIR MOBILE HOMES BONANZA | $3,300.00 $149,000.00 10/08/2021 | LBB4900 5 STAR HOMES | 10 48 10 48 | 960 $155.21 |
| 16222 MONTEREY LN #23 HUNTINGTON BEACH | 04/18/1997 FLEETWOOD HM CALIF INC SUNPOINTE VVS | $64,235.00 $135,000.00 10/01/2021 | LAX7136 5 STAR HOMES | 11.75 57.3333 11.75 56 | 1331.67 $101.38 |
| 16222 MONTEREY LN #310 HUNTINGTON BEACH | 12/04/2003 CHAMPION HOME BUILDERS COMPANY RESIDENTIAL | $153,325.00 $319,500.00 09/28/2021 | LBF6142 | 13.3333 58 13.3333 60 | 1573.33 $203.07 |
| 16222 MONTEREY LN #25 HUNTINGTON BEACH | 08/27/2004 SKYLINE HOMES INC OAKMANOR | $271,050.00 $270,000.00 09/15/2021 | LBG5840 5 STAR HOMES | 13.3333 59 13.3333 60.3333 | 1591.11 $169.69 |
| 16222 MONTEREY LN #150 HUNTINGTON BEACH | 11/03/2005 SKYLINE HOMES INC OAKMANOR | $289,637.00 $280,000.00 09/08/2021 | LBH7988 5 STAR HOMES | 13.3333 56 13.3333 56 | 1493.33 $187.50 |
| 16222 MONTEREY LN #159 HUNTINGTON BEACH | 01/01/1965 SKYLINE SKYLINE | $3,100.00 $75,000.00 07/29/2021 | LBO7483 5 STAR HOMES | 10 52 | 520 $144.23 |
| 16222 MONTEREY LN #316 HUNTINGTON BEACH | 02/01/2013 CMH MANUFACTURING WEST INC GOLDEN WEST | $148,572.00 $100,000.00 07/27/2021 | LBN2518 | 13.5 60 13.5 60 | 1620 $61.73 |
| 16222 MONTEREY LN #277 HUNTINGTON BEACH | 01/01/1908 ROLLAWAY | $10,999.00 $162,000.00 07/21/2021 | LBG7654 5 STAR HOMES | 12 57 12 57 | 1368 $118.42 |
| 16222 MONTEREY LN #70 HUNTINGTON BEACH | PTHSE | $9,300.00 $48,000.00 06/30/2021 | ABA2838 | 10 56 10 56 | 1120 $42.86 |

| Property | Date | Manufacturer / Model | Price | Loan / Lender | Rate / Terms | Amount |
|---|---|---|---|---|---|---|
| 16222 MONTEREY LN #128 HUNTINGTON BEACH | 07/24/2000 | DELAWARE WESTERN HOMES CORP SILVERCREST | $113,000.00 $215,000.00 06/30/2021 | LBC1704 5 STAR HOMES | 12 53.3333 12 53.3333 | 1280 $167.97 |
| 16222 MONTEREY LN #30 HUNTINGTON BEACH | 10/04/1999 | DELAWARE WESTERN HOMES CORP SILVERCREST | $102,199.00 $169,000.00 05/13/2021 | LBA2954 5 STAR HOMES | 13.5 56 12.8333 56 | 1474.67 $114.60 |
| 16222 MONTEREY LANE SP 22 HUNTINGTON BEACH | 11/11/2013 | CMH MANUFACTURING WEST INC GOLDEN WEST | $130,000.00 $212,000.00 05/10/2021 | LBL8405 5 STAR HOMES | 11.8333 58 11.8333 58 | 1372.67 $154.44 |
| 16222 MONTEREY LANE #282 HUNTINGTON BEACH | 11/07/2013 | CMH MANUFACTURING WEST INC CMH | $202,858.00 $330,000.00 05/07/2021 | LBL7735 5 STAR HOMES | 14.8333 60 14.8333 58 | 1750.33 $188.54 |
| 16222 MONTEREY LN #221 HUNTINGTON BEACH | 02/26/2010 | CMH MANUFACTURING WEST INC CASTLE LIMITED | $225,000.00 $319,500.00 04/29/2021 | LBK5051 EAGLE COMMUNITY CREDIT UNION J/R MOBILEHOME SALES | 11.8333 60 9.83333 56 11.8333 56 | 1923.33 $166.12 |
| 16222 MONTEREY LANE #10 HUNTINGTON BEACH | 08/14/2006 | DELAWARE WESTERN HOMES CORP SILVERCREST | $239,153.00 $330,000.00 04/23/2021 | LBI7633 5 STAR HOMES | 13.5 62.6667 13.5 61.3333 13.5 27 | 2038.5 $161.88 |
| 16222 MONTEREY LN #50 HUNTINGTON BEACH | 07/11/1991 | HALLMARK SOUTHWEST CORP WINCHESTER II | $55,000.00 $105,000.00 04/07/2021 | LAT2541 5 STAR HOMES | 12 56 12 56 | 1344 $78.12 |
| 16222 MONTEREY LN #274 HUNTINGTON BEACH | 01/01/1968 | VIKING EDGEWOOD | $15,700.00 $187,000.00 03/30/2021 | LBN5869 EAGLE COMMUNITY CREDIT UNION BLUE CARPET MANUFACTURED HOMES | 12 57 12 57 | 1388 $136.70 |
| 16222 MONTEREY LN #254 HUNTINGTON BEACH | 01/01/1968 | CORNELL CORNELL | $14,100.00 $109,000.00 03/17/2021 | LBO5799 5 STAR HOMES | 12 57 12 57 | 1388 $79.68 |
| 16222 MONTEREY LN #325 HUNTINGTON BEACH | 08/01/2008 | SKYLINE HOMES INC PALMSPRINGS | $199,600.00 $270,000.00 03/12/2021 | LBJ9095 5 STAR HOMES | 13.3333 60 13.3333 58 | 1573.33 $171.61 |
| 16222 MONTEREY LN #192 HUNTINGTON BEACH | 06/03/2003 | DELAWARE WESTERN HOMES CORP SILVERCREST | $205,000.00 $205,000.00 03/01/2021 | LBF4183 | 13.5 56 12.8333 58 | 1474.67 $139.01 |
| 16222 MONTEREY LN #265 HUNTINGTON BEACH | 11/10/2020 | CHAMPION HOME BUILDERS INC SKYLINE | $306,641.00 $306,641.00 01/08/2021 | LBO4991 J/R MOBILEHOME SALES | 13.3333 60 13.3333 60 | 1600 $191.65 |
| 16222 MONTEREY LN #109 HUNTINGTON BEACH | 03/27/2020 | CMH MANUFACTURING WEST INC CLAYTON | $212,000.00 $212,000.00 12/15/2020 | LBO4868 MACY HOMES INC | 11.6667 56 11.6667 56 | 1308.67 $162.24 |

0297

| Property | Date / Manufacturer | Values / Date | Serial / Dealer | Terms | Amount |
|---|---|---|---|---|---|
| 16222 MONTEREY LN #213<br>HUNTINGTON BEACH | 04/13/2004<br>SKYLINE HOMES INC<br>OAKMANOR | $227,489.00<br>**$262,500.00**<br>11/24/2020 | LBF9757 | 11.8333 52<br>11.8333 56<br>11.8333 56 | 1940.67<br>$135.26 |
| 16222 MONTEREY LN #119<br>HUNTINGTON BEACH | SKYLINE<br>SKYLINE | $17,899.00<br>**$135,000.00**<br>10/30/2020 | LAZ5405 | 12 56<br>12 56 | 1344<br>$100.45 |
| 16222 MONTEREY LN #343<br>HUNTINGTON BEACH | 01/21/2013<br>CMH MANUFACTURING WEST INC<br>GOLDEN WEST | $133,709.00<br>**$205,000.00**<br>10/29/2020 | LBL4819<br>5 STAR HOMES | 13.5 58<br>13.5 58 | 1586<br>$130.91 |
| 16222 MONTEREY LN #57<br>HUNTINGTON BEACH | 08/02/2011<br>CMH MANUFACTURING WEST INC<br>GOLDEN WEST | $105,500.00<br>**$190,000.00**<br>10/27/2020 | LBK9821<br>5 STAR HOMES | 11.8333 56<br>11.8333 56 | 1325.33<br>$143.38 |
| 16222 MONTEREY LN #157<br>HUNTINGTON BEACH | 09/27/2004<br>CHAMPION HOME BUILDERS COMPANY<br>WELLINGTON MANOR | $0.00<br>**$137,000.00**<br>10/02/2020 | LBH5292<br>J/R MOBILEHOME SALES | 11.6667 56<br>11.6667 56 | 1306.67<br>$104.85 |
| 16222 MONTEREY LN #296<br>HUNTINGTON BEACH | 01/29/2015<br>SKYLINE HOMES INC<br>SUNSET RIDGE | $206,587.00<br>**$271,000.00**<br>09/24/2020 | LBM2824<br>5 STAR HOMES | 13.3333 62.8667<br>13.3333 60 | 1635.56<br>$165.69 |
| 16222 MONTEREY LN #231<br>HUNTINGTON BEACH | 07/13/2004<br>DELAWARE WESTERN HOMES CORP<br>SILVERCREST | $269,000.00<br>**$199,900.00**<br>09/17/2020 | LBI2401 | 13.5 56<br>12.8333 56 | 1474.67<br>$135.56 |
| 16222 MONTEREY LANE #269<br>HUNTINGTON BEACH | 06/08/2000<br>SKYLINE HOMES INC<br>OAKMANOR | $98,681.00<br>**$240,000.00**<br>09/11/2020 | LBB5766<br>5 STAR HOMES | 11.8333 52<br>11.8333 56<br>11.8333 62 | 2011.67<br>$119.30 |
| 16222 MONTEREY LN #108<br>HUNTINGTON BEACH | 08/28/2007<br>PALM HARBOR HOMES INC<br>PALM HARBOR | $275,000.00<br>**$265,000.00**<br>08/12/2020 | LBJ3986<br>EAGLE COMMUNITY CREDIT UNION<br>5 STAR HOMES | 13.3333 56<br>13.3333 59 | 1533.33<br>$172.83 |
| 16222 MONTEREY LN #280<br>HUNTINGTON BEACH | 05/17/2006<br>CMH MANUFACTURING WEST INC<br>GOLDEN WEST | $298,000.00<br>**$200,000.00**<br>08/12/2020 | LBJ1431<br>5 STAR HOMES | 11.8333 54<br>9.83333 53.3333<br>11.8335 46 | 1707.78<br>$117.11 |
| 16222 MONTEREY LN #311<br>HUNTINGTON BEACH | 11/18/2013<br>SKYLINE HOMES INC<br>SUNSET RIDGE | $157,911.00<br>**$278,000.00**<br>07/08/2020 | LBL8007<br>5 STAR HOMES | 13.3333 56<br>13.3333 59.6667 | 1528.89<br>$181.83 |
| 16222 MONTEREY LN SP 133<br>HUNTINGTON BEACH | 01/01/1973<br>SILVERCREST<br>SILVERCREST | $22,100.00<br>**$107,000.00**<br>06/23/2020 | LBO3342<br>5 STAR HOMES | 12 64<br>12 64 | 1536<br>$69.66 |
| 16222 MONTEREY LANE #82<br>HUNTINGTON BEACH | 12/14/1998<br>SKYLINE HOMES INC<br>GLENHAVEN | $92,000.00<br>**$245,000.00**<br>05/15/2020 | LAZ2767 | 11.8333 52<br>11.8333 52<br>11.8333 48 | 1798.67<br>$136.21 |
| 16222 MONTEREY LN #14<br>HUNTINGTON BEACH | 07/26/2011<br>CMH MANUFACTURING WEST INC<br>GOLDEN WEST | $109,647.00<br>**$204,500.00**<br>05/08/2020 | LBK9824 | 11.8333 56<br>11.8333 56 | 1325.33<br>$154.30 |
| 16222 MONTEREY LN #63<br>HUNTINGTON BEACH | 07/10/2019<br>CHAMPION HOME BUILDERS INC<br>SUNSET RIDGE | $230,000.00<br>**$230,000.00**<br>06/04/2020 | LBO3276<br>T K M HOME SALES INC. | 10 56<br>11.8333 54 | 1199<br>$191.83 |

| | Original | Resale |
|---|---|---|
| Total | $5,738,487.00 | $8,288,541.00 |
| Average | $147,140.69 | $212,526.69 |
| Max | $365,000.00 | $330,000.00 |
| Min | $0.00 | $48,000.00 |
| Avg $SqFt | $93.81 | $141.27 |
| Avg SqFt | 1491 | 1491 |
| Number of records | 39 | |

| | | | | | |
|---|---|---|---|---|---|
| | | Park Name : | **SKANDIA MOBILE CC** | | |
| | | Park Address : | 16444 BOLSA CHICA HUNTINGTON BEACH, CA 92649 | | |
| | | Spaces : | 167 | | |
| | | From : | 3/14/2020 to 3/14/2022 | | |
| | | Report date : | 3/14/2022 | | |

| Address<br>City | Mfd Date<br>MFG<br>Trade | Original<br>Current<br>Sales Date | Decal<br>Legal<br>Dealer | Wd Lt | Total sq Ft<br>Per Sq Ft |
|---|---|---|---|---|---|
| 16444 BOLSA CHICA #12<br>HUNTINGTON BEACH | 06/21/2021<br>CHAMPION HOME BUILDERS INC-COR<br>SILVERCREST | $287,850.00<br>$287,850.00<br>09/24/2021 | LBO7177<br><br>BLUE CARPET MANUFACTURED HOMES | 11.8333 57.3333<br>11.8333 57.3333 | 1356.89<br>$212.14 |
| 16444 BOLSA CHICA ST #14<br>HUNTINGTON BEACH | 07/29/2011<br>SKYLINE HOMES INC<br>PALMSPRINGS | $182,015.00<br>$268,556.00<br>08/20/2021 | LBK9472 | 13.3333 60<br>13.3333 60 | 1600<br>$167.85 |
| 16444 BOLSA CHICA RD #140<br>HUNTINGTON BEACH | 10/29/2004<br>SKYLINE HOMES INC<br>OAKMANOR | $197,108.00<br>$185,000.00<br>08/03/2021 | LBG6541 | 13.3333 56<br>13.3333 56 | 1493.33<br>$123.88 |
| 16444 BOLSA CHICA RD #8<br>HUNTINGTON BEACH | 10/21/2003<br>SKYLINE HOMES INC<br>OAKMANOR | $160,875.00<br>$274,500.00<br>07/06/2021 | LBF5590 | 13.3333 56<br>13.3333 56 | 1493.33<br>$183.82 |
| 16444 BOLSA CHICA #81<br>HUNTINGTON BEACH | 11/30/2004<br>DELAWARE WESTERN HOMES CORP<br>SILVERCREST | $228,396.00<br>$189,900.00<br>03/12/2021 | LBG7635<br><br>J/R MOBILEHOME SALES | 12 60<br>12 60 | 1440<br>$131.88 |
| 16444 BOLSA CHICA ST SP 141<br>HUNTINGTON BEACH | 04/01/2006<br>DELAWARE WESTERN HOMES CORP<br>SILVERCREST | $235,000.00<br>$189,000.00<br>12/22/2020 | LBH3077<br>EAGLE COMMUNITY CREDIT UNION | 13.5 55<br>12.8333 55 | 1448.33<br>$130.49 |
| 16444 BOLSA CHICA ST #125<br>HUNTINGTON BEACH | 01/23/2013<br>CMH MANUFACTURING WEST INC<br>GOLDEN WEST | $136,000.00<br>$220,000.00<br>11/18/2020 | LBL5145 | 13.5 58<br>13.5 58 | 1566<br>$140.49 |
| 16444 BOLSA CHICA #34<br>HUNTINGTON BEACH | 02/13/2002<br>SKYLINE HOMES INC<br>OAKMANOR | $130,705.00<br>$289,900.00<br>10/14/2020 | LBD6797<br><br>5 STAR HOMES | 13.3333 58.6667<br>13.3333 58.6667 | 1564.44<br>$185.05 |
| 16444 BOLSA CHICA ST #57<br>HUNTINGTON BEACH | 08/29/2007<br>SKYLINE HOMES INC<br>OAKMANOR | $210,000.00<br>$195,000.00<br>10/08/2020 | LBJ5288<br><br>5 STAR HOMES | 11.8333 56<br>11.8333 45.6667 | 1203.06<br>$162.09 |
| 16444 BOLSA CHICA RD #7<br>HUNTINGTON BEACH | 01/28/2004<br>SKYLINE HOMES INC<br>OAKMANOR | $169,900.00<br>$215,000.00<br>09/28/2020 | LBF7355 | 13.3333 56<br>13.3333 56 | 1493.33<br>$143.97 |
| 16444 BOLSA CHICA RD #149<br>HUNTINGTON BEACH | 07/17/2020<br>CHAMPION HOME BUILDERS INC<br>SUNSET RIDGE | $239,000.00<br>$239,000.00<br>09/16/2020 | LBO5092<br><br>J/R MOBILEHOME SALES | 13.3333 56<br>13.3333 54 | 1466.67<br>$162.95 |

| 16444 BOLSA CHICA ST #126 | 07/21/2020 | $268,353.00 | LBO3916 | 13.3333 58 | 1520 |
| | CHAMPION HOME BUILDERS INC | $268,353.00 | | 13.3333 56 | $176.55 |
| HUNTINGTON BEACH | SILVERCREST | 08/07/2020 | BLUE CARPET MANUFACTURED HOMES | | |
| 16444 BOLSA CHICA #98 | 02/07/2020 | $289,000.00 | LBO3158 | 13.3333 56 | 1466.67 |
| | CHAMPION HOME BUILDERS INC | $289,000.00 | | 13.3333 54 | $197.05 |
| HUNTINGTON BEACH | SUNSET RIDGE | 06/17/2020 | J/R MOBILEHOME SALES | | |
| 16444 BOLSA CHICA #122 | 08/14/2015 | $191,800.00 | LBM5043 | 13.5 58 | 1566 |
| | CMH MANUFACTURING WEST INC | $254,500.00 | | 13.5 58 | $182.52 |
| HUNTINGTON BEACH | GOLDEN WEST | 04/03/2020 | BLUE CARPET MANUFACTURED HOMES | | |

| | Original | Resale |
|---|---|---|
| Total | $2,915,802.00 | $3,365,158.00 |
| Average | $208,271.57 | $240,368.43 |
| Max | $289,000.00 | $289,500.00 |
| Min | $130,705.00 | $185,000.00 |
| Avg $SqFt | $142.67 | $162.91 |
| Avg SqFt | 1477 | 1477 |
| Number of records | 14 | |

MH Online Value/Price Report Receipt
July 27, 2021 at 8:55 AM

# MH Online Receipt

## Order Information

**Description:**     Basic Value Report

**Invoice Number:**   448119-VIR

**Billing Information**
Jamie Gallian
16222 Monterey Ln #376
Huntington Beach, CA 92649
jamiegallian@gmail.com
714-321-3449

| | |
|---|---|
| **Basic Value Report:** | $30.00 |
| **CC Surcharge @ 2%:** | 0.60 |
| **Total Amount Charged:** | $30.60(USD) |

## Payment Information

**Date/Time:**         2021-07-27 15:55:06

**Transaction ID:**    6274013055746473204275

**Payment Method:**    Visa XXXX7357

**Transaction Type:**  Purchase

## Merchant Contact Information

NADAguides.com
Costa Mesa, CA 92626
United States
nag-dl-mhonlinereports@jdpa.com

 **J.D. POWER**

## Used Manufactured Home Value Report

| Reference Number 448119 | | Edition July-Aug 2021 | | Date 07/27/2021 | |

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 2014 | SKYLINE | CUSTOM VILLA | CA | PA |

Floor Areas: Triple-Wide

| | Width | Length | Total Value |
|---|---|---|---|
| Main Floor Area: | 54 x | 60 | $171,168.00 |

| | | | |
|---|---|---|---|
| 1. | **Base Structure Value** | | **$171,168.00** |
| 2. | State Location Adjustment | x | 107 % |
| 3. | Total Guide Book Retail Value (in average condition) | | $183,149.76 |
| 4. | Condition Adjustment Selected: Good | x | 109 % |
| 5. | Condition Adjusted Value | | $199,633.24 |
| 6. | **Total Adjusted Value of Home** | | **$199,633.24** |
| 7. | Total Additional Features | + | $10,363.32 |
| 8. | **Total Adjusted (Retail) Value of Home and Optional Equipment** | | **$209,996.56** |

Comments: This value report was produced by using NADAguides.com's Manufactured Housing Online Request Form. This is an automated valuation tool that generates value reports based on user-selected home criteria.

The value indication of this value report represents the depreciated replacement cost of the home and added features in retail dollars, and does not include adjustments for land, community "in place location value", or local market comparable sales.

This is not an appraisal form.

Disclaimer
All values and related content contained within this product are the opinions of our editorial staff and may vary from home to home. Valuations may vary depending on market conditions, home condition, specifications or other circumstances that may be particular to a home transaction or parties involved with the transaction. NADAguides values and products may not be copied or reproduced, nor distributed for reasons that may exploit the information content or the company. NADAguides, its subsidiaries and affiliated entities, make no warranty express or implied, including without limitation, any warranty of merchantability or fitness for a particular purpose and they assume no responsibility for the accuracy of the values or other information published herein. NADAguides, its subsidiaries and affiliated entities, will not be liable for any special, incidental or consequential damages resulting from any use of this value report, including, without limitation, lost profits. No part of this report may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise without prior written permission of NADAguides.

® 2021 J.D. Power. All rights reserved. ® A registered trademark of the National Automobile Dealers Association, under license to J.D. Power.



**J.D. POWER**

## Used Manufactured Home Value Report

| Reference Number 448119 | | Edition July-Aug 2021 | | Date 07/27/2021 | |
|---|---|---|---|---|---|

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 2014 | SKYLINE | CUSTOM VILLA | CA | PA |

## ADDITIONAL FEATURES

| Description | Quantity | Unit of Measure | Age | Unit Price | Total Value |
|---|---|---|---|---|---|
| **Components** | | | | | |
| BATH FIXTURES | | | | | |
| Fiberglass Shower Stall | 1 | ea. | 5+ Yrs | $136.00 | $136.00 |
| Garden Tub (Skirted) | 1 | ea. | 5+ Yrs | $226.00 | $226.00 |
| Fiberglass Tub - Combo | 1 | ea. | 5+ Yrs | $191.00 | $191.00 |
| Total BATH FIXTURES | | | | | $553.00 |
| DOORS | | | | | |
| Deluxe House Type Exterior Door | 2 | ea. | 5+ Yrs | $99.00 | $198.00 |
| Total DOORS | | | | | $198.00 |
| ELECTRICAL | | | | | |
| Electric Home - Total | 1 | ea. | 5+ Yrs | $363.00 | $363.00 |
| Total ELECTRICAL | | | | | $363.00 |
| FAN | | | | | |
| Ceiling Paddle Fan | 3 | ea. | 5+ Yrs | $67.00 | $201.00 |
| Total FAN | | | | | $201.00 |
| FLOORING | | | | | |
| T & G Plywood Sub-Flooring | 3240 | sq. ft. | 5+ Yrs | $0.25 | $810.00 |
| Total FLOORING | | | | | $810.00 |
| HOUSE TYPE ROOFING | | | | | |
| Multi-wide | 1 | home | 5+ Yrs | $431.00 | $431.00 |
| Third/Tag-A-Long Section | 1 | home | 5+ Yrs | $123.00 | $123.00 |
| Total HOUSE TYPE ROOFING | | | | | $554.00 |
| HOUSE TYPE SIDING | | | | | |
| Multi-wide | 1 | home | 5+ Yrs | $833.00 | $833.00 |
| Third/Tag-A-Long Section | 1 | home | 5+ Yrs | $343.00 | $343.00 |
| Total HOUSE TYPE SIDING | | | | | $1,176.00 |

© 2021 J.D. Power. All rights reserved. ® A registered trademark of the National Automobile Dealers Association, under license to J.D. Power.



**J.D. POWER**

# Used Manufactured Home Value Report

| Reference Number 448119 | | Edition July-Aug 2021 | | Date 07/27/2021 | |
|---|---|---|---|---|---|

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 2014 | SKYLINE | CUSTOM VILLA | CA | PA |

## Components

| INTERIOR | | | | | |
|---|---|---|---|---|---|
| Cathedral/Vaulted Ceiling Rooms | 6 | ea. | 5+ Yrs | $121.00 | $726.00 |
| Total INTERIOR | | | | | $726.00 |
| KITCHEN APPLIANCES | | | | | |
| 22 CF Refrigerator | 1 | ea. | 5+ Yrs | $485.00 | $485.00 |
| Dishwasher | 1 | ea. | 5+ Yrs | $177.00 | $177.00 |
| Garbage Disposal | 1 | ea. | 5+ Yrs | $80.00 | $80.00 |
| Total KITCHEN APPLIANCES | | | | | $742.00 |
| MISCELLANEOUS | | | | | |
| Clothes Washer | 1 | ea. | 5+ Yrs | $199.00 | $199.00 |
| Clothes Dryer | 1 | ea. | 5+ Yrs | $221.00 | $221.00 |
| Fireplace (Built-In/Permanent) | 1 | ea. | 5+ Yrs | $1,011.00 | $1,011.00 |
| Total MISCELLANEOUS | | | | | $1,431.00 |
| PLUMBING | | | | | |
| Stainless Steel Sink | 1 | ea. | 5+ Yrs | $92.00 | $92.00 |
| Total PLUMBING | | | | | $92.00 |
| WINDOWS | | | | | |
| Skylight | 2 | ea. | 5+ Yrs | $133.00 | $266.00 |
| Total WINDOWS | | | | | $266.00 |
| **Total Components** | | | | | **$7,112.00** |

## Accessories

| PORCHES/DECKS (Measure Width x Length Including Carpet & Rails) | | | | | |
|---|---|---|---|---|---|
| Elevated - Wood w/Rails | 120 | sq. ft. | 5+ Yrs | $6.78 | $813.60 |
| Total PORCHES/DECKS (Measure Width x Length Including Carpet & Rails) | | | | | $813.60 |
| SKIRTING TO 30" HIGH (Measure Around Perimeter) | | | | | |
| Shiplap (Horizontal) | 228 | lin. ft. | 5+ Yrs | $6.24 | $1,422.72 |
| Total SKIRTING TO 30" HIGH (Measure Around Perimeter) | | | | | $1,422.72 |

© 2021 J.D. Power. All rights reserved. ® A registered trademark of the National Automobile Dealers Association, under license to J.D. Power.

Page 3 of 4



**J.D. POWER**

## Used Manufactured Home Value Report

Reference Number 448119          Edition July-Aug 2021          Date 07/27/2021

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 2014 | SKYLINE | CUSTOM VILLA | CA | PA |

**Accessories**

STEPS

| Wood - 3 Steps | 5 | ea. | 5+ Yrs | $203.00 | $1,015.00 |
|---|---|---|---|---|---|

| Total STEPS | | | | | $1,015.00 |
|---|---|---|---|---|---|

| **Total Accessories** | | | | | **$3,251.32** |
|---|---|---|---|---|---|

| **Total Additional Features** | | | | | **$10,363.32** |
|---|---|---|---|---|---|

© 2021 J.D. Power. All rights reserved. ® A registered trademark of the National Automobile Dealers Association, under license to J.D. Power.

Tax Map - myFirstAm

https://www.myfirstam.com/Polygon/MapSearch



## *my* FirstAm® **Tax Map**          16222 Monterey Ln #376, Huntington Beach, CA 92649



**Tax Map**          **16222 Monterey Ln #376, Huntington Beach, CA 92649**          **11/15/2019**

This report is only for the myFirstAm user who applied for it. No one else can rely on it. As a myFirstAm user, you already agreed to our disclaimer regarding third party property information accuracy. You can view it here: www.myfirstam.com/Security/ShowEULA. ©2005-2019 First American Financial Corporation and/or its affiliates. All rights reserved.

1 of 1                                                                11/15/19, 10:18 AM









# Home Values Near 16222 Monterey Ln #376

Data from public records.

| Address | Redfin Estimate | Address | Redfin Estimate | Address | Redfin Estimate |
|---|---|---|---|---|---|
| 16222 Monterey Lane Unit 1<br>Huntington Beach, CA<br>- Beds \| - Sq. Ft. | — | 16222 Monterey Lane Unit 111<br>Huntington Beach, CA<br>2 Beds \| - Baths \| 1060 Sq. Ft. | — | 16222 Monterey Lane Unit 147<br>Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — |
| 16222 Monterey Lane Unit 261<br>Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — | 16222 Monterey Lane Unit 62<br>Huntington Beach, CA<br>2 Beds \| 2 Baths \| 1340 Sq. Ft. | $145,367 | 16222 Monterey Lane Unit 86<br>Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — |
| 16222 Monterey Lane Unit 322<br>Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — | 16222 Monterey Lane Unit 210<br>Huntington Beach, CA<br>3 Beds \| 2 Baths \| 1493 Sq. Ft. | $174,321 | 16222 Monterey Lane Unit 337<br>Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — |
| 16222 Monterey Lane Unit 310<br>Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — | 16222 Monterey Lane Unit 93<br>Huntington Beach, CA<br>3 Beds \| 2 Baths \| 1600 Sq. Ft. | $248,280 | 16222 Monterey Lane Unit 204<br>Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — |
| 16222 Monterey Lane Unit 150<br>Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — | 16222 Monterey Lane Unit 260<br>Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | $253,024 | 16222 Monterey Lane Unit 24<br>Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — |
| 16222 Monterey Lane Unit 320<br>Huntington Beach, CA<br>3 Beds \| 2 Baths \| 1727 Sq. Ft. | $328,497 | 16222 Monterey Lane Unit 294<br>Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — | 16222 Monterey Lane Unit 201<br>Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | $185,331 |
| 16222 Monterey Lane Unit 313<br>Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — | 16222 Monterey Lane Unit 99<br>Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — | 16222 Monterey Lane Unit 256<br>Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — |

Show Less ∧

16222 Monterey Ln #376, Huntington Beach, CA 92649 Redfin   https://www.redfin.com/CA/Huntington-Beach/16222-Monterey-Ln-...

**16222 Monterey Ln #376**, Huntington Beach, CA 92649

| $296,642 | 2 | 2 | 1,566 |
|----------|---|---|-------|
| Redfin Estimate | Beds | Baths | Sq Ft |

View Owner Dashboard

Off Market

## About This Home

16222 Monterey Ln #376 is a 1,566 square foot home with 2 bedrooms and 2 bathrooms. This home is currently off market. Based on Redfin's Huntington Beach data, we estimate the home's value is $296,642.
Redfin last checked: <u>over 7 days ago</u>. Source: Public Records

## Redfin Estimate for 16222 Monterey Ln #376

Edit Home Facts to improve accuracy.

Create an Owner Estimate

# $296,642

See estimate history
Redfin Estimate based on recent home sales.



SOLD APR 26, 2022



SOLD JAN 18, 2022

**$285,000** Sold Price                    A

3 Beds   2 Baths   1,824 Sq. Ft.
16222 Monterey Ln #375, Huntington Beach, CA 92649

− $33/sq ft
↓ 12 years older

**$300,000** Sold Price

3 Beds   2 Baths   1,566 Sq. Ft.
16222 Monterey Ln #314, Huntington Beach, CA 92649

+ $3/sq ft
↓ 1 year older

View comparables on map ⌄

## Homeowner Tools



Edit home facts
Review property details and add renovations.

16222 Monterey Ln #376, Huntington Beach, CA 92649 Redfin      https://www.redfin.com/CA/Huntington-Beach/16222-Monterey-Ln-...

 **Manage photos**
Update home photos or make them private.

 **Create an Owner Estimate**
Select recent home sales to estimate your home's value.

 **View Owner Dashboard**
Track your estimate and nearby sale activity.

## Home Facts

| Status | Off Market | Property Type | Mobile/Manufactured Home |
|---|---|---|---|
| Year Built | 2014 | | |

## Price Insights

| Redfin Estimate | $296,642 | Price/Sq.Ft. | $189 |
|---|---|---|---|



Advertisement

Hide this ad

## Property Details for 16222 Monterey Ln #376

**Exterior Features, Taxes / Assessments**

**Mobile Home Information**
• Is Mobile Home

**Assessor Information**
• Assessment Year: 2021

**Property / Lot Details**

7/8/22, 3:23 AM

16222 Monterey Ln #376, Huntington Beach, CA 92649 | Redfin   https://www.redfin.com/CA/Huntington-Beach/16222-Monterey-Ln-...

**Property Information**
- Legal Description: T-MHP: RANDRE MSP: 376

**Lot Information**
- # of Buildings: 1
- County Use Description: MOBILE HOME

This data may not show owner updates. Learn more.

# Sale & Tax History for 16222 Monterey Ln #376

**Sale History**   Tax History

### Today

| Date | | Price |
|---|---|---|
| Dec 17, 2018 | Delisted (Withdrawn) CRMLS #OC18179029 | — |
| Dec 16, 2018 | Relisted (Active) CRMLS #OC18179029 | — |
| Dec 2, 2018 | Relisted (Active) CRMLS #OC18179029 | — |
| Dec 2, 2018 | Delisted (Hold Do Not Show) CRMLS #OC18179029 | — |
| Nov 21, 2018 | Delisted (Hold Do Not Show) CRMLS #OC18179029 | — |
| Nov 10, 2018 | Price Changed CRMLS #OC18179029 | * |
| Oct 19, 2018 | Price Changed CRMLS #OC18179029 | * |
| Oct 5, 2018 | Price Changed CRMLS #OC18179029 | * |
| Aug 8, 2018 | Price Changed CRMLS #OC18179029 | * |
| Jul 25, 2018 | Listed (Active) CRMLS #OC18179029 | * |

    

Listing provided courtesy of CRMLS

Advertisement

Hide this ad

## Public Facts for 16222 Monterey Ln #376

**Edit Facts**

| Beds | 2 | Style | Mobile/Manufactured Home |
|------|---|-------|--------------------------|
| Baths | 2 | Year Built | 2014 |
| Sq. Ft. | 1,566 | Year Renovated | — |
| Stories | 1 | County | Orange County |
| Parking Spaces | 3 | APN | 89156962 |
| Basement | No | HOA Dues | — |
| Accessible | No | Garage | No |
| Lot Size | — | Features | — |

Home facts updated by owner on May 16, 2022. View Public Records

## Schools

GreatSchools Summary Rating

| | | | | |
|------|------|------|------|------|
| **7**/10 | **Harbour View Elementary Sc...** Public, K-5 · Serves this home | 687 Students | 0.4mi Distance | 40 reviews |
| **6**/10 | **Marine View Middle School** Public, 6-8 · Serves this home | 730 Students | 1.7mi Distance | 11 reviews |
| **9**/10 | **Marina High School** Public, 9-12 · Serves this home | 2443 Students | 1.4mi Distance | 9 reviews |

School data is provided by GreatSchools, a nonprofit organization. Redfin recommends buyers and renters use GreatSchools information and ratings as a first step, and conduct their own investigation to determine their desired schools or school districts, including by contacting and visiting the schools themselves.

Redfin does not endorse or guarantee this information. School service boundaries are intended to be used as a reference only; they may change and are not guaranteed to be accurate. To verify school enrollment eligibility, contact the school district directly.

## Around This Home

**Transportation in 92649**

27 /100
Car-Dependent
Walk Score®

28 /100
Some Transit
Transit Score®

66 /100
Bikeable
Bike Score®

## Recommended For You

Based on homes you've looked at.







**$114,999**
2 Beds  2 Baths  800 Sq. Ft.
7887 Lampson Ave #88, Garden Grove, CA 92841

**$115,000**
2 Beds  2 Baths  1,248 Sq. Ft.
8111 Stanford Ave #38, Garden Grove, CA 92841

**$196,900**
4 Beds  2 Baths  1,392 Sq. Ft.
20701 Beach Blvd #298, Huntington Beach, CA 92648







**$154,800**
3 Beds  2 Baths  1,100 Sq. Ft.
5772 Garden Grove Blvd #52, Westminster, CA 92683

**$129,000**
2 Beds  2 Baths  1,250 Sq. Ft.
7271 Katella Ave #97, Stanton, CA 90680

**$183,900**
2 Beds  2 Baths  1,440 Sq. Ft.
20701-31 Beach Blvd #31, Huntington Beach, CA 92648

## Nearby Similar Homes

Sorry, we don't have any nearby similar homes to display. See all homes for sale in 92649

## Nearby Recently Sold Homes

Nearby homes similar to 16222 Monterey Ln #376 have recently sold between $90K to $300K at an average of $125 per square foot.

16222 Monterey Ln #376, Huntington Beach, CA 92649 | Redfin    https://www.redfin.com/CA/Huntington-Beach/16222-Monterey-Ln-...



**$99,000** Last Sold Price
2 Beds  2 Baths  1,300 Sq. Ft.
16222 Monterey Ln #158, Huntington Beach, CA 92649



**$130,000** Last Sold Price
2 Beds  2 Baths  1,620 Sq. Ft.
16444 Bolsa Chica St #109, Huntington Beach, CA 9264!



**$90,000** Last Sold Price
3 Beds  2 Baths  1,640 Sq. Ft.
16444 Bolsa Chica St #11, Huntington Beach, CA 92649

View More Recently Sold Homes

## Home Values Near 16222 Monterey Ln #376

Data from public records.

| Address | Redfin Estimate |
|---|---|
| 16222 Monterey Lane Unit 1, Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — |
| 16222 Monterey Lane Unit 261, Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — |
| 16222 Monterey Lane Unit 322, Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — |
| 16222 Monterey Lane Unit 310, Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — |
| 16222 Monterey Lane Unit 150, Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — |
| 16222 Monterey Lane Unit 320, Huntington Beach, CA<br>3 Beds \| 2 Baths \| 1727 Sq. Ft. | $328,497 |
| 16222 Monterey Lane Unit 313, Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — |
| Address | Redfin Estimate |
| 16222 Monterey Lane Unit 111, Huntington Beach, CA<br>2 Beds \| - Baths \| 1060 Sq. Ft. | $145,367 |
| 16222 Monterey Lane Unit 62, Huntington Beach, CA<br>2 Beds \| 2 Baths \| 1340 Sq. Ft. | $174,321 |
| 16222 Monterey Lane Unit 210, Huntington Beach, CA<br>3 Beds \| 2 Baths \| 1493 Sq. Ft. | $248,280 |
| 16222 Monterey Lane Unit 93, Huntington Beach, CA<br>3 Beds \| 2 Baths \| 1600 Sq. Ft. | $253,024 |
| 16222 Monterey Lane Unit 260, Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — |
| 16222 Monterey Lane Unit 294, Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | $185,331 |
| 16222 Monterey Lane Unit 99, Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — |
| Address | Redfin Estimate |
| 16222 Monterey Lane Unit 147, Huntington Beach, CA<br>- Beds \| - Baths \| - Sq. Ft. | — |

16222 Monterey Ln #376, Huntington Beach, CA 92649 | Redfin                              https://www.redfin.com/CA/Huntington-Beach/16222-Monterey-Ln-...

| Address | Redfin Estimate |
|---|---|
| 16222 Monterey Lane Unit 86, Huntington Beach, CA <br> - Beds \| - Baths \| - Sq. Ft. | — |
| 16222 Monterey Lane Unit 337, Huntington Beach. CA <br> - Beds \| - Baths \| - Sq. Ft. | — |
| 16222 Monterey Lane Unit 204, Huntington Beach, CA <br> - Beds \| - Baths \| - Sq. Ft. | — |
| 16222 Monterey Lane Unit 24, Huntington Beach, CA <br> - Beds \| - Baths \| - Sq. Ft. | — |
| 16222 Monterey Lane Unit 201, Huntington Beach, CA <br> - Beds \| - Baths \| - Sq. Ft. | — |
| 16222 Monterey Lane Unit 256, Huntington Beach, CA <br> - Beds \| - Baths \| - Sq. Ft. | — |

Show Less ︿

## More Real Estate Resources

### New Listings in 92649

16178 Mariner Dr #14

3586 Bravata Dr

16573 Pescado Ln

16672 Pacific Coast Unit A

16222 Monterey Ln #356

4951 Maui Cir

Show More ⌄

### Neighborhoods

**Westside Costa Mesa** homes for sale

**Mesa Verde** homes for sale

**Huntington Harbour** homes for sale

**Bolsa Chica** homes for sale

**Senior Landmark Living** homes for sale

### Nearby Cities

**Pasadena** homes for sale

**Los Angeles** homes for sale

**Anaheim** homes for sale

**Whittier** homes for sale

**Newport Beach** homes for sale

**Yorba Linda** homes for sale

Show More ⌄

### Zip Codes

**92683** homes for sale

Case 8:23-cv-00961-WLH   Document 23   Filed 09/29/23   Page 317 of 374   Page ID #:5828

Case 8:21-bk-11710-SC   Doc 147   Filed 07/22/22   Entered 07/22/22 16:31:19   Desc
Main Document   Page 86 of 258

16222 Monterey Ln #376, Huntington Beach, CA 92649 | Redfin   https://www.redfin.com/CA/Huntington-Beach/16222-Monterey-Ln-...

**92708** homes for sale

**92646** homes for sale

**92647** homes for sale

**92648** homes for sale

### Popular Searches

**Luxury homes** in Huntington Beach

**Homes with pools** in Huntington Beach

**Single story homes** in Huntington Beach

**Open houses** in Huntington Beach

**New listings** in Huntington Beach

**Condos** in Huntington Beach

Show More ⌄

### Frequently Asked Questions for 16222 Monterey Ln #376

| | |
|---|---|
| What is 16222 Monterey Ln #376? ⌄ | How competitive is the market for this home? ⌄ |
| How many photos are available for this home? ⌄ | What comparable homes are near this home? ⌄ |
| How much is this home worth? ⌄ | What's the full address of this home? ⌄ |
| When was this home built and last sold? ⌄ | |

**Join us**

Be a Redfin Agent

Get referrals

See all jobs

**About us**

Our Mission

Press

Investors

Blog

Real Estate News

**Find us**

Redfin App

Contact Us

Help

Countries

United States

Canada

Updated June 2022: By searching, you agree to the Terms of Use, and Privacy Policy.

Do Not Sell My Personal Information

**REDFIN IS COMMITTED TO AND ABIDES BY THE FAIR HOUSING ACT AND EQUAL OPPORTUNITY ACT. READ REDFIN'S FAIR HOUSING POLICY.**

Copyright: © 2022 Redfin. All rights reserved. Patent pending.

REDFIN and all REDFIN variants, TITLE FORWARD, WALK SCORE, and the R logos, are trademarks of Redfin Corporation, registered or pending in the USPTO.

California DRE #01521930

NY Standard Operating Procedures

TREC: Info About Brokerage Services, Consumer Protection Notice

If you are using a screen reader, or having trouble reading this website, please call Redfin Customer Support for help at 1-844-759-7732.

GreatSchools Ratings provided by GreatSchools.org.

**Attachment A – Liens To be Avoided**

### HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION

Re: 16222 Monterey Lane #376, Huntington Beach, CA 92649

APN 891-569-62, Tract 10542, Unit 4, Lot 376  on APN 178-011-01

| Preliminary Exception No. | Judgment Entry Date | Judgment Recording Date | Official Records of Orange County Instrument Number | Court | Case |
|---|---|---|---|---|---|
| "Exception F" | 09/27/2018 | 11/19/18 | 2018-000435011 | Orange County Superior Court | *Gables HOA v. Bradley, et al Jamie Gallian* (30-2017-00913985 ("2017 Arc Action") |
| "Exception G" | 12/04/18 | 12/14/2018 | 2018-000467142 | Same | 2017 Arc Action |
| "Exception H" | 03/21/2019 | 05/03/2019 | 2019-000148568 | Same | 2017 "Slapp" 30-17-00962999 |
| "Exception I" | 05/06/2019 | 05/16/2019 | 2019-000165259 | Same | 2017 Arc Action |
| "Exception J" | 05/06/2019 | 05/16/2019 | 2019-000166068 | Same | 2017 Arc Action |
| "Exception K" | RELEASE | 05/16/2019 | 2020-000481922 | Same | Gables HOA v Bradley, et al Jamie Gallian 30-2017-00913985 |
|  |  |  |  |  |  |

**DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**

# Attachment A

6.     Debtor's entitlement to an exemption is impaired by a judicial lien(s), the details of the lien(s) are as follows:

a.     Date of Entry of judgment:   09/27/2018
b.     Case name: Huntington Beach Gables vs. Sandra L. Bradley, et al
c.     Name of Court: Superior Court of CA., County of Orange
d.     Docket Number: 30-2017-00913985
e.     Date and place of recordation of lien: 11/19/2018, in Orange County
f.     Recorder's instrument number: 2018000435011
Exception #_F-1,2_

a.     Date of Entry of judgment: 12/04/2018
b.     Case name:  Huntington Beach Gables vs. Sandra L. Bradley, et al
c.     Name of Court: Superior Court of CA., County of Orange
d.     Docket Number: 30-2017-00913985
e.     Date and place of recordation of lien:  12/14/2018, in Orange County
f.     Recorder's instrument number:  2018000467142
Exception #_G-1,2_

a.     Date of Entry of judgment: 3/21/2019
b.     Case name: Huntington Beach Gables vs. Jamie L. Gallian
c.     Name of Court: Superior Court of CA., County of Orange
d.     Docket Number: 30-2017-00962999
e.     Date and place of recordation of lien: 05/03/2019, in Orange County
f.     Recorder's instrument number: 2019000148568
Exception #_H-1,2_

a.     Date of Entry of judgment: 05/6/2019
b.     Case name: Huntington Beach Gables vs. Sandra L. Bradley, et al
c.     Name of Court: Superior Court of CA., County of Orange
d.     Docket Number: 30-2017-00913985
e.     Date and place of recordation of lien: 05/16/2019 in Orange County
f.     Recorder's instrument number: 2019000165259
Exception #_I-1,2_

a.     Date of Entry of judgment: 05/6/2019
b.     Case name: Huntington Beach Gables vs. Sandra L. Bradley, et al
c.     Name of Court: Superior Court of CA., County of Orange
d.     Docket Number: 30-2017-00913985
e.     Date and place of recordation of lien: 05/16/2019, in Orange County
f.     Recorder's instrument number: 2019000166068
Exception #_J-1,2_

Attachment A-Continued

6.     Debtor's entitlement to an exemption is impaired by a judicial lien, the details of the lien are as follows:

    a.     Date of Entry of judgment:

    b.     Case name:  Huntington Beach Gables vs. Sandra L. Bradley, et al

    c.     Name of Court:  Superior Court of CA., County of Orange

    d.     Docket Number: 30-2017-00913985

    e.     Date and place of recordation of **RELEASE OF JUDGMENT: 09/10/2020,**
        filed by _Huntington Beach Gables Homeowners Association,_
        Official Records County of Orange.

    f.     Recorder's instrument number: 2020000481922

Exception #  K-1

# EXHIBIT F

# EXHIBIT F

# EXHIBIT F

# Exception No. 1

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 09/27/2018                    TIME: 01:30:00 PM        DEPT: C33

JUDICIAL OFFICER PRESIDING: James Crandall
CLERK: P. Rief
REPORTER/ERM: (ACRPT) Cheri Violette CSR# 3584
BAILIFF/COURT ATTENDANT: Julie Carney

CASE NO: **30-2017-00913985-CU-CO-CJC** CASE INIT.DATE: 04/11/2017
CASE TITLE: **The Huntington Beach Gables Homeowners Association vs. Bradley**
CASE CATEGORY: Civil - Unlimited      CASE TYPE: Contract - Other

---

EVENT ID/DOCUMENT ID: 72875934
**EVENT TYPE:** Motion to Compel Response to Requests for Admissions
MOVING PARTY: The Huntington Beach Gables Homeowners Association
CAUSAL DOCUMENT/DATE FILED: Motion to Compel Answers to Request for Admissions, 08/23/2018

EVENT ID/DOCUMENT ID: 72875943
**EVENT TYPE:** Motion to Compel Answers to Special Interrogatories
MOVING PARTY: The Huntington Beach Gables Homeowners Association
CAUSAL DOCUMENT/DATE FILED: Motion to Compel Answers to Interrogatories Special, 08/23/2018

EVENT ID/DOCUMENT ID: 72875946
**EVENT TYPE:** Motion to Compel Answers to Form Interrogatories
MOVING PARTY: The Huntington Beach Gables Homeowners Association
CAUSAL DOCUMENT/DATE FILED: Motion to Compel Answers to Interrogatories Form, 08/23/2018
Additional events listed on last page.

---

**APPEARANCES**
Pejman D. Kharrazian, Esq., from Epsten Grinnell & Howell, APC, present for Cross -
Defendant,Plaintiff(s).
Jamie L. Gallian, self represented Cross - Defendant, present.
David R. Flyer, Esq., specially appearing.

---

Tentative Ruling posted on the Internet.

The court hears oral argument. The court, having fully considered the arguments of all parties, both written and oral, as well as the evidence presented, now rules as follows: The Tentative Ruling, as amended, will become the final ruling of the court. Plaintiff's requests for sanctions as to the motions to compel further responses are denied.

The court rules as follows:

**1. Motion by Plaintiff The Huntington Beach Gables Homeowners Association for an Order to Compel Responses to Form Interrogatories (Set One) from Defendant Jamie Gallian and Request**

---

DATE: 09/27/2018                    MINUTE ORDER                         Page 1
DEPT: C33                                                          Calendar No.

CASE TITLE: The Huntington Beach Gables                    CASE NO: **30-2017-00913985-CU-CO-CJC**
Homeowners Association vs. Bradley

for **Sanctions:**

Plaintiff The Huntington Beach Gables Homeowners Association's unopposed Motion to Compel
Responses to Form Interrogatories and Imposition of Sanctions is GRANTED. (See Code Civ. Proc. §
2030.290, subd. (a)).

Defendant Jamie L. Gallian is ordered to serve verified responses without objections to Plaintiff's Form
Interrogatories, Set No. One, within ten days. The court imposes monetary sanctions against Defendant
Jamie L. Gallian in the amount of $1,535.00, payable to counsel for Plaintiff within thirty days.

**2. Motion by Plaintiff The Huntington Beach Gables Homeowners Association for an Order to
Compel Further Responses to Special Interrogatories (Set One) and Request for Sanctions:**

The court GRANTS Plaintiff's Request For Judicial Notice.

Plaintiff The Huntington Beach Gables Homeowners Association's Motion to Compel Further Responses
to Plaintiff's Special Interrogatories Set No. 1 is GRANTED. (See Code Civ. Proc. § 2030.300).

The court finds that Defendant is equitably estopped from asserting that the Plaintiff's motions are not
timely filed, because these motions were initially timely filed, and ordered off calendar by the court in
reliance upon a settlement between the parties placed on the record before the court. Once it became
clear that defendant was unwilling to live up to the terms reached before the court, Plaintiff timely
renewed the motions.

Defendant Jamie L. Gallian is ordered to serve further, non-evasive responses to Plaintiff's Special
Interrogatories Set No. 1 without objections within ten days.

The request for monetary sanctions against Defendant Jamie L. Gallian is denied.

**3. Motion by Plaintiff The Huntington Beach Gables Homeowners Association for an Order to
Compel Responses to Request for Production of Documents (Set One) and Request for
Sanctions:**

Plaintiff's Request For Judicial Notice is GRANTED.

Plaintiff The Huntington Beach Gables Homeowners Association's Motion to Compel Responses to
Inspection Demands and Imposition of Sanctions is GRANTED. (See Code Civ. Proc. § 2031.300, subd.
(a)).

Defendant Jamie L. Gallian is ordered to serve verified responses without objections to Plaintiff's
Inspection Demand, Set No. One, which fully complies with Code Civ. Proc. § 2031.210(a), and all
responsive documents (whatever their source), within ten days.

The court also imposes monetary sanctions against Defendant Jamie L. Gallian in the amount of
$1,535.00, payable to counsel for Plaintiff within thirty days. (See Code Civ. Proc. § 2031.300, subd.
(h)).

**4. Motion by Plaintiff The Huntington Beach Gables Homeowners Association for an Order to
Compel Further Responses to Request for Admissions (Set One) and Request for Sanctions:**

DATE: 09/27/2018                          MINUTE ORDER                                Page 2
DEPT: C33                                                                      Calendar No.

| CASE TITLE: The Huntington Beach Gables Homeowners Association vs. Bradley | CASE NO: **30-2017-00913985-CU-CO-CJC** |
|---|---|

Plaintiff The Huntington Beach Gables Homeowners Association's Motion to Compel to Further Responses to Plaintiff's Requests For Admissions, Set No. 1, is GRANTED. (See Code Civ. Proc. § 2033.290).

The court finds that Defendant is equitably estopped from asserting that the Plaintiff's motions are not timely filed, because these motions were initially timely filed and ordered off calendar by the court in reliance upon a settlement between the parties placed on the record before the court. Once it became clear that defendant was unwilling to live up to the terms reached before the court, Plaintiff timely renewed the motions.

Defendant Jamie L. Gallian is ordered to serve further, non-evasive responses to Plaintiff's Requests For Admissions Set No. 1 without objections within ten days.

The request for monetary sanctions against Defendant Jamie L. Gallian is denied.

Defendant's request for imposition of monetary sanctions is denied.

Defendant to give notice.


A Mandatory Settlement Conference is scheduled for 10/05/2018 at 09:00 AM in Department C33.

Defendant Jamie L. Gallian's oral Ex Parte Request to advance the hearing date on her Motion for Judgment on the Pleadings, set for 12/13/2018, is granted.

The Motion by Defendant Jamie L. Gallian for Judgment on the Pleadings, set for 12/13/2018, is ordered advanced to 12/06/2018 at 01:30 PM in this department.

Court orders defendant to give notice.

DATE: 09/27/2018
DEPT: C33

MINUTE ORDER

Page 3
Calendar No.

CASE TITLE: The Huntington Beach Gables
Homeowners Association vs. Bradley

CASE NO: **30-2017-00913985-CU-CO-CJC**

ADDITIONAL EVENTS:

EVENT ID/DOCUMENT ID: 72875949
**EVENT TYPE:** Motion to Compel Production
MOVING PARTY: The Huntington Beach Gables Homeowners Association
CAUSAL DOCUMENT/DATE FILED: Motion to Compel Production/Inspection of Documents or Things,
08/23/2018

DATE: 09/27/2018
DEPT: C33

MINUTE ORDER

Page 4
Calendar No.

Exception No. 1 (Part 2)

**EJ-001**

Recording Requested by and When Recorded Mail to
Joyce J. Kapsal          SBN: 091950
Epsten Grinnell & Howell, APC
10200 WILLOW CREEK ROAD, SUITE 100
SAN DIEGO, CA 92131
TEL NO: 858-527-0111     FAX NO (optional): 858-527-1531
E-MAIL ADDRESS (Optional):
[X] ATTORNEY  [X] JUDGMENT    [ ] ASSIGNEE
    FOR          CREDITOR          OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

‖‖‖‖‖‖‖‖‖‖‖‖‖‖  97.00
* $ R 0 0 1 0 4 8 0 4 9 1 $ *
2018000435011 2:30 pm 11/19/18
7 413 A03   2
0.00 0.00 0.00 0.00 3.00 10.00 0.00 0.0075.00 3.00

| PLAINTIFF: The Huntington Beach Gables Homeowners Association | CASE NUMBER |
|---|---|
| DEFENDANT: Jamie L. Gallian | 30-2017-00913985-CU-CO-CJC |

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS | [ ] Amended | FOR COURT USE ONLY |
|---|---|---|

FOR RECORDER'S USE ONLY

1. The [X] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a.  Judgment debtor's
       Name and last known address

   ┌─────────────────────────────────┐
   │ Jamie L. Gallian                │
   │ 4476 Alderport Drive #53        │
   │ Huntington Beach, CA 92649      │
   └─────────────────────────────────┘

   b.  Driver's license no. [last 4 digits] and state: 0742 / CA    [ ] Unknown
   c.  Social security no. [last 4 digits]: xxx-xx-3936             [ ] Unknown
   d.  Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
       Jamie L. Gallian, 4476 Alderport Drive #53, Huntington Beach, CA 92649

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   The Huntington Beach Gables Homeowners Association
   c/o Epsten Grinnell & Howell, 10200 Willow
   Creek Rd, Ste 100, San Diego, CA 92131
   Date: November 9, 2018

   Joyce J. Kapsal
   _____
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a.  Date:
   b.  Instrument No.:

   ▶ _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

6.  Total amount of judgment as entered or last renewed:
    $ 3,070.00
7.  All judgment creditors and debtors are listed on this abstract.
8.  a.  Judgment entered on (date): 9/27/2018 [sanctions]
    b.  Renewal entered on (date):
9.  [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a.  Amount: $
    b.  In favor of (name and address):

11. A stay of enforcement has
    a.  [X] not been ordered by the court.
    b.  [ ] been ordered by the court effective until
        (date):
12. a.  [X] I certify that this is a true and correct abstract of
        the judgment entered in this action.
    b.  [ ] A certified copy of the judgment is attached.

David H. Yamasaki, Clerk of the Court

This abstract issued on (date):
11/16/2018

Clerk, by _____ S.Wilson
                                    , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190
Westlaw Doc & Form Builder

| PLAINTIFF: The Huntington Beach Gables Homeowners Association DEFENDANT: Jamie L. Gallian | COURT CASE NO.: 30-2017-00913985-CU-CO-CJC |
|---|---|

NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor (name and address):

14. Judgment creditor (name and address):

15. ☐ Continued on Attachment 15.

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.     Name and last known address

Driver's license no. [last 4 digits] and state:     ☐ Unknown

Social security no. [last 4 digits]:     ☐ Unknown

Summons was personally served at or mailed to (address):

17.     Name and last known address

Driver's license no. [last 4 digits] and state:     ☐ Unknown

Social security no. [last 4 digits]:     ☐ Unknown

Summons was personally served at or mailed to (address):

18.     Name and last known address

Driver's license no. [last 4 digits] and state:     ☐ Unknown

Social security no. [last 4 digits]:     ☐ Unknown

Summons was personally served at or mailed to (address):

19.     Name and last known address

Driver's license no. [last 4 digits] and state:     ☐ Unknown

Social security no. [last 4 digits]:     ☐ Unknown

Summons was personally served at or mailed to (address):

20. ☐ Continued on Attachment 20.

EJ 001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 2 of 2

# EXHIBIT G

# EXHIBIT G

# EXHIBIT G

Exception No. 2

ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange
11/09/2018 at 10:23:23 AM
Clerk of the Superior Court
By eClerk, Deputy Clerk

3728619

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**DEC 0 4 2018**

DAVID H. YAMASAKI, Clerk of the Court

BY:_____, DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

| | |
|---|---|
| THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, a California Nonprofit Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA L. BRADLEY, individually and as Trustee of the Sandra L. Bradley Trust; JAMIE L. GALLIAN, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 30-2017-00913985-CU-CO-CJC<br><br>*Honorable James L. Crandall*<br><br>[PROPOSED] JUDGMENT FOR ATTORNEYS' FEES<br><br>FAC Filed: May 16, 2017<br>Trial Date: December 10, 2018 |

-1-

[PROPOSED] JUDGMENT FOR ATTORNEYS' FEES

1　　　The above-captioned matter came on regularly for hearing on Cross-Defendants Lee

2　Gragnano, Ted Phillips, Lindy Beck, Jennifer Paulin, Janine Jasso, and Lori Burrett's Motion for

3　Attorneys' Fees and Costs on November 1, 2018 and November 8, 2018, in Department C33 of

4　the Superior Court in and for the State of California, County of Orange, the Honorable James L.

5　Crandall presiding.

6　　　Cross-Defendants Lee Gragnano, Ted Phillips, Lindy Beck, Jennifer Paulin, Janine Jasso,

7　and Lori Burrett appeared by and through its attorneys, Brenda Radmacher of Gordon & Rees,

8　LLP.  Cross-Complainant Jamie L. Gallian, in pro per, appeared on behalf of herself.  After

9　hearing evidence and arguments, and good cause appearing;

10　　　**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that Cross-

11　Defendants Lee Gragnano, Ted Phillips, Lindy Beck, Jennifer Paulin, Janine Jasso, and Lori

12　Burrett are awarded their attorneys' fees in the amount of $46,138.00 against Cross-Complainant

13　Jamie L. Gallian. Post-judgment interest at a rate of ten (10) percent annum from the date hereof,

14　till paid, shall accrue on the amount above.

15　　　**IT IS SO ORDERED, ADJUDGED AND DECREED.**

16

17

18　Dated: _12 - 4 -_ , 2018

　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　Honorable James L. Crandall
19　　　　　　　　　　　　　　　　　Judge of the Superior Court

20

21

22

23

24

25

26

27

28

-2-
[PROPOSED] JUDGMENT FOR ATTORNEYS' FEES

## Exception No. 2 (Part 2)

Recording Requested By

Name: James E. Hawley (SBN: 299723)

Address: GORDON REES SCULLY & MANSUKHANI
633 W. 5th Street, 52nd Floor

City, State, Zip Code
Los Angeles, CA 90071

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

103.00

*$ R 0 0 1 0 5 2 8 9 4 2 $*

2018000467142 8:58 am 12/14/18

7 413 A03   4

0.00 0.00 0.00 0.00 9.00 10.00 0.000.0075.00 3.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Title of Document

## ABSTRACT OF JUDGEMENT

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number)

Recording requested by and return to:

James E. Hawley (SBN: 299723)
GORDON REES SCULLY & MANSUKHANI
633 W. 5th Street, 52nd Floor
Los Angeles, CA 90071

TEL NO: (213) 576-5000    FAX NO. (Optional) (877) 306-0043

E-MAIL ADDRESS (Optional):

☒ ATTORNEY FOR    ☐ JUDGMENT CREDITOR    ☐ ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 W. Civic Center Dr.
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, 92701
BRANCH NAME: Central Justice Center

FOR RECORDER'S USE ONLY

PLAINTIFF: The Huntington Beach Gables Homeowners Association

DEFENDANT: Sandra L. Bradley; Jamie L. Gallian et al.

CASE NUMBER
30-2017-00913985-CU-CO-CJC

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS | ☐ Amended |
|---|---|

FOR COURT USE ONLY

1. The  ☒ judgment creditor  ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   Jamie L. Gallian
   5782 Pinon Drive
   Huntington Beach, CA 92649

   b. Driver's license no. [last 4 digits] and state:      ☒ Unknown
   c. Social security no. [last 4 digits]: 3936              ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

   Jamie L. Gallian, 5782 Pinon Drive, Huntington Beach, CA 92649

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

2. ☐ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   Janine Jasso
   4469 Chase Dr.
   Huntington Beach, CA 92649

Date: December 7, 2018

James E. Hawley
(TYPE OR PRINT NAME)

4. ☒ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

► _____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $46,138.00

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on (date): December 4, 2018
   b. Renewal entered on (date):

9. ☐ This judgment is an installment judgment.

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until (date):

12. a. ☒ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.

David H Yamasaki, Clerk of the Court

This abstract issued on (date):
12/13/2018

Clerk, by _____ S.Wilson Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: The Huntington Beach Gables Homeowners Association | COURT CASE NO : |
|---|---|
| DEFENDANT: Sandra L. Bradley; Jamie L. Gallian et al. | 30-2017-00913985-CU-CO-CJC |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

Jennifer Paulin
4446 Alderport Dr.
Huntington Beach, CA 92649

14. Judgment creditor *(name and address):*

Lori Burrett
16107 Warmington Lane
Huntington Beach, CA 92649

15. ☒ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.      Name and last known address

17.      Name and last known address

Driver's license no. [last 4 digits] and state:
     ☐ Unknown

Social security no. [last 4 digits]:      ☐ Unknown

Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state:
     ☐ Unknown

Social security no. [last 4 digits]:      ☐ Unknown

Summons was personally served at or mailed to *(address):*

18.      Name and last known address

19.      Name and last known address

Driver's license no. [last 4 digits] and state:
     ☐ Unknown

Social security no. [last 4 digits]:      ☐ Unknown

Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state:
     ☐ Unknown

Social security no. [last 4 digits]:      ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

American LegalNet, Inc.
www.FormsWorkFlow.com

| | MC-025 |
|---|---|
| SHORT TITLE:<br>The Huntington Beach Gables HOA v. Bradley; Gallian | CASE NUMBER:<br>30-2017-00913985-CU-CO-CJC |

**ATTACHMENT** (Number): 15

*(This Attachment may be used with any Judicial Council form.)*

Additional Judgment Creditors

Lee Gragnano
16062 Warmington Ave.
Huntington Beach, CA 92649

Lindy Beck
4443 Chase Drive
Huntington Beach, CA 92649

Ted Phillips
4447 Chase Drive
Huntington Beach, CA 92649

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page __1__ of __1__

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 (Rev. July 1, 2009)

**ATTACHMENT
to Judicial Council Form**

CEB
www.ceb.com

www.courtinfo.ca.gov

Non-Order Search
Doc: OR:2018 00467142

Requested By: martinv, Printed: 8/11/2020 1:43 PM

Exception No. 2 (Part 3)

U200003862424



**STATE OF CALIFORNIA**
*Office of the Secretary of State, Alex Padilla*
**NOTICE OF JUDGMENT LIEN (JL 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U200003862424 |
| Date Filed: 7/23/2020 |

**Submitter Information:**

Contact Name
Organization Name
Phone Number
Email Address
Address                                          None

**Judgment Debtor Information:**

| Judgment Debtor Name | Mailing Address |
| --- | --- |
| Jamie Gallian | 16222 Monterey Ln Spc 376 Huntington Beach, CA 92649 |

**Judgment Creditor Information:**

| Judgment Creditor Name | Mailing Address |
| --- | --- |
| Janine Jasso | 16025 Warmington Lane Huntington Beach, CA 92649 |

**Judgment Information:**

A. Name of Court Where Judgment Was Entered — Orange County Superior Court

B. Title of the Action — The Huntington Beach Gables HOA v. Bradley, Gallian, et al.

C. Case Number — 30-2017-00913985-CU-CO-CJC

D. Date Judgment Was Entered — 12/04/2018

| E. Date(s) of Subsequent Renewal of Judgment (if any) |
| --- |
| None Entered |

F. Date of This Notice — 07/23/2020

G. Amount Required to Satisfy Judgment at This Date of Notice — $53,684.41

All property subject to enforcement of a Money Judgment against the Judgment Debtor to which a Judgment Lien on personal property may attach under Section 697.530 of the Code of Civil Procedure is subject to this Judgment Lien.

**Declaration and Signature:**

Declaration:                                      I am a Judgment Creditor listed on the Judgment Lien.

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Janine Jasso*                                    07/23/2020

Sign Here                                         Date

B0303-7141 07/23/2020 3:55 PM Received by California Secretary of State

# EXHIBIT H

# EXHIBIT H

# EXHIBIT H

Exception No. 3



1  Joyce J. Kapsal (SBN: 091950)
   Pejman D. Kharrazian (SBN: 279260)
2  EPSTEN GRINNELL & HOWELL, APC
   10200 Willow Creek Road, Suite 100
3  San Diego, CA 92131
   Phone: (858) 527-0111 / Facsimile: (858) 527-1531
4  jkapsal@epsten.com / pkharrazian@epsten.com

5  Attorneys for Petitioner
   THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION
6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9         FOR THE COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

10  THE HUNTINGTON BEACH GABLES          ) Case No. 2017-00962999
    HOMEOWNERS ASSOCIATION,               )
11                                         ) Judge: Hon. Sherri Honer
                                           ) Dept.: C66
12              Petitioner,                )
                                           ) NOTICE OF RULING ON PETITIONER'S
13         v.                              ) MOTION FOR AWARD OF ATTORNEYS'
                                           ) FEES
14  JAMIE LYNN GALLIAN,                    )
                                           )
15              Respondent.                ) Hearing Date:  March 21, 2019
                                           ) Hearing Time:  1:30 p.m.
16                                         ) Dept.:         C-66
                                           )
17  _____)

18

19  TO RESPONDENT JAMIE L. GALLIAN AND TO HER ATTORNEY OF RECORD:

20       PLEASE TAKE NOTICE that on March 21, 2019, in Department C-66 of the above

21  entitled court, Petitioner's Motion for an Award of Attorneys' Fees against Respondent

22  JAMIE LYNN GALLIAN ("Gallian") came on regularly for hearing before the Hon. Sherri

23  Honer, Judge presiding.  Steven Fink, Esq. appeared for Respondent and Joyce J. Kapsal, Esq.

24  appeared for Petitioner.

25       After considering the arguments of counsel, the Court confirmed its tentative ruling

26  which became the Order of the Court.  Petitioner, THE HUNTINGTON BEACH GABLES

27  HOMEOWNERS ASSOCIATION, was awarded $9,265.00 in attorneys' fees.

28  ///

                                          1
3809774v1        NOTICE OF RULING ON PETITIONER'S MOTION FOR ATTORNEYS' FEES

1        A true and correct copy of the Court's tentative ruling, which became the Order of the

2 Court, is attached hereto as Exhibit A and incorporated herein by reference.

3

4 Dated: March 22, 2019                EPSTEN GRINNELL & HOWELL, APC

5

6                       By: _____

7                           Joyce J. Kapsal / Rejman D. Kharrazian

8                           Attorneys for Petitioner THE
                          HUNTINGTON BEACH GABLES

9                           HOMEOWNERS ASSOCIATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3809774v1

2

NOTICE OF RULING ON PETITIONER'S MOTION FOR ATTORNEYS' FEES

# EXHIBIT A

Dept C66 Law and Motion
Tentative Rulings
3/21/19

Cal #1        Huntington Beach Gables Homeowners Assoc. v. Gallian        17-00962999

Petitioner's motion for attorney fees is GRANTED.  Petitioner is awarded $9,265.00 in attorney
fees.
"With respect to attorney fees, section 425.16 provides in relevant part at subdivision (c): 'If the
court finds that a special motion to strike is frivolous or is solely intended to cause unnecessary
delay, the court *shall* award costs and reasonable attorney's fees to a plaintiff prevailing on the
motion, pursuant to Section 128.5.' (Italics added.) Thus, the imposition of sanctions for a
frivolous anti-SLAPP motion is mandatory. [Citation.]"  (*Moore v. Shaw* (2004) 116 Cal.App.4th
182, 198-199.)

"The reference to section 128.5 in section 425.16, subdivision (c) means a court must use the
procedures and apply the substantive standards of section 128.5 in deciding whether to award
attorney fees under the anti-SLAPP statute. [Citation.] … A determination of frivolousness
requires a finding the anti-SLAPP 'motion is totally and completely without merit [citation], that
is, *any reasonable attorney would agree such motion is totally devoid of merit.*"  (*Moore, supra,*
116 Cal.App.4th at 199, internal quotations omitted.)

Here, the court finds respondent's anti-SLAPP motion was frivolous and brought solely for
delay.  The untimely motion was filed 8 months after the request for restraining order had been
filed and was filed on the day set for the hearing on the request for restraining order. Moreover,
for the reasons stated in denying respondent's anti-SLAPP motion, any reasonable attorney
would find the motion totally devoid of merit.  Although the request for restraining order refers
to pending litigation with respondent, the conduct sought to be retrained was alleged threatening
and harassing behavior and destruction of board members' personal property. Neither vandalism
nor harassment are constitutionally protected speech.

Based on a review of the breakdown of legal work provided in counsel's supplemental
declaration, petitioner seeks $10,050 for legal work related to preparing for the hearing on the
restraining order, which was unrelated to opposing the anti-SLAPP motion.  Additionally,
petitioner billed 5 hours for attending a hearing on the anti-SLAPP motion, which could have
been conducted via court call in no more than 1 hour (as was the hearing on the motion for
attorney fees).  Accordingly, the court finds attorney fees of $325 to be reasonable for attending
the hearing on the anti-SLAPP motion and reduces the total amount of attorney fees awarded
accordingly.

**Cal. #2    Orange County Transportation Authority (OCTA) v. Carrera        18-01026567**

Petitioner OCTA's unopposed motion to set aside the dismissal entered on November 20, 2018 is GRANTED.

Petitioner has demonstrated the dismissal entered on November 20, 2018 was the result of its counsel's inadvertence or excusable mistake. (Code Civ. Proc., § 473(b); Su Decl., ¶ 2.)  Petitioner acted diligently in promptly moving for relief, accordingly, relief is mandatory.

Moreover, based on Nancy Su's declaration filed in support of the motion, OCTA has corrected the deficiency resulting in the OSC re dismissal initially being set.  Specifically, the court scheduled the OSC due to an unexplained discrepancy between the address to which the notice of violations and the notice of intent to enter judgment were sent. Per Ms. Su's declaration, OCTA mailed the Notice of Intent to Enter Judgment to 11780 Hazeldell Dr. because it believes it is the current mailing address for respondents. (Su Decl., ¶ 3.) OCTA received this address through a skip trace after mail sent to respondents' previous address was returned. (*Id.*) The 11780 Hazeldell Dr. address is different than the address to which the 2014 Notice of Toll Evasion Violation was sent because it has been updated. (*Id.*) OCTA also provided evidence that it has not received returned mail from 11780 Hazeldell Dr. (*Id.* at ¶ 4.)

Respondents have failed to file an opposition to contest OCTA's account of the facts.

Moving party to give notice.


**Cal #3        Huntington Beach Gables Homeowners Assoc. v. Gallian        17-00962999**

Petitioner's motion for attorney fees is continued to 3/21/19 at 1:30 p.m. to allow for proper service.  According to the proof of service, the declarant "caused" the documents to be served on respondent via email.  A proof of service must be signed by the person actually serving the documents, not someone "causing" the documents to be served.  Moreover, there is no indication in the court file that respondent has agreed to accept electronic service (CCP § 1010.6(2)(A)(i)), and no email address was provided to the court when respondent filed a substitution of attorney on 12/4/18 updating her service address. (The court further notes the physical service address listed on the proof of service differs from the physical address noted in the substitution of attorney, which is the latest document filed by respondent in the action.)

In addition to continuing the motion to allow for service, the court further continues the motion to allow for the filing of detailed billing records, as it appears petitioner is seeking recovery of fees unrelated to opposing the anti-SLAPP motion. Accordingly, pursuant to *Christian Research Inst. v. Alnor* (2008) 165 Cal. App. 4th 1315, 1320, the court orders the petitioner to submit detailed billing records by 2/19/19.  Assuming respondent is timely served by mail no later than 2/22/19, respondent's opposition is due 3/8/19.

**POS-050/EFS-050**

| ATTORNEY OR PARTY WITHOUT ATTORNEY   STATE BAR NO: 91950/ 279260 | FOR COURT USE ONLY |
|---|---|
| NAME: Joyce J. Kapsal / Pejman D. Kharrazian, Esq. | |
| FIRM NAME: EPSTEN GRINNELL & HOWELL, APC | |
| STREET ADDRESS: 10200 WILLOW CREEK ROAD, SUITE 100 | |
| CITY: SAN DIEGO   STATE: CA   ZIP CODE: 92131 | |
| TELEPHONE NO: 858-527-0111   FAX NO: 858-527-1531 | |
| E-MAIL ADDRESS: jkapsal@epsten.com / pkharrazian@epsten.com | |
| ATTORNEY FOR (name): Huntington Beach Gables Homeowners Association | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   ORANGE | |
|---|---|
| STREET ADDRESS: 700 Civic Center Drive West | |
| MAILING ADDRESS: 700 Civic Center Drive West | |
| CITY AND ZIP CODE: Santa Ana, CA 92701 | |
| BRANCH NAME: Central Justice Center | |

| PLAINTIFF/PETITIONER: The Huntington Beach Gables Homeowners Association | CASE NUMBER: 2017-00962999-CU-HR-CJC |
|---|---|
| DEFENDANT/RESPONDENT: Jamie L. Gallian | JUDICIAL OFFICER: Hon. Sherri Honer |
| **PROOF OF ELECTRONIC SERVICE** | DEPARTMENT: C-66 |

1. I am at least 18 years old.

   a. My residence or business address is *(specify)*: 10200 Willow Creek Road, Suite 100, San Diego, CA 92131

   b. My electronic service address is *(specify)*: shart@epsten.com

2. I electronically served the following documents *(exact titles)*: Notice of Ruling on Petitioner's Motion for Award of Attorneys' Fee

   [x] The documents served are listed in an attachment. *(Form POS-050(D)/EFS-050(D) may be used for this purpose.)*

3. I electronically served the documents listed in 2 as follows:

   a. Name of person served: Steven A. Fink

      On behalf of *(name or names of parties represented, if person served is an attorney)*:
      Jamie L. Gallian

   b. Electronic service address of person served : sfink@stevefinklaw.com

   c. On *(date)*: March 22, 2019

      [ ] The documents listed in item 2 were served electronically on the persons and in the manner described in an attachment. *(Form POS-050(P)/EFS-050(P) may be used for this purpose.)*

Date:   March 22, 2019

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Stephanie Hart
_____            ► _____
(TYPE OR PRINT NAME OF DECLARANT)                (SIGNATURE OF DECLARANT)

Page 1 of 1

| Form Approved for Optional Use Judicial Council of California POS-050/EFS-050 [Rev. February 1, 2017] | **PROOF OF ELECTRONIC SERVICE** (Proof of Service/Electronic Filing and Service) | Cal. Rules of Court, rule 2.251 www.courts.ca.gov Westlaw Doc & Form Builder |
|---|---|---|

Exception No. 3 (Part 2)

**RECORDING REQUESTED BY:**

THE HUNTINGTON BEACH GABLES
HOMEOWNERS ASSOCIATION

**WHEN RECORDED MAIL TO:**

THE HUNTINGTON BEACH GABLES
HOMEOWNERS ASSOCIATION
Epsten Grinnell & Howell, APC
10200 Willow Creek Road, Suite 100
San Diego, CA  92131-1138

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

*$R00108114285*  103.00

2019000148568 4:19 pm 05/03/19
105 417 A03   4
0.00 0.00 0.00 0.00 9.00 10.00 0.00 0.0075.00 3.00

**Title:**

ABSTRACT OF JUDGMENT

THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION

v.

JAMIE LYNN GALLIAN

**30-2017-00962999-CU-HR-CJC**

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):
After recording, return to:
Joyce J. Kapsal/Pejman D.   SBN: 091950/279260
EPSTEN GRINNELL & HOWELL, APC
10200 WILLOW CREEK ROAD, SUITE 100.
SAN DIEGO, CA 92131
TEL NO: 858-527-0111   FAX NO. (optional): 858-527-1531
E-MAIL ADDRESS (Optional): jkapsal@epsten.com
[X] ATTORNEY   [X] JUDGMENT   [ ] ASSIGNEE
FOR   CREDITOR   OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive W091950/est/
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701-4045
BRANCH NAME: Central Justice Center

FOR RECORDER'S USE ONLY

PLAINTIFF: The Huntington Beach Gables Homeowners Association
DEFENDANT: Jamie Lynn Gallian

CASE NUMBER
30-2017-00962999-CU-HR-CJC

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS    [ ] Amended

FOR COURT USE ONLY

Pursuant to California Government
Code § 68150(f), the Clerk of the
Court hereby certifies this document
accurately reflects the official court
record. The electronic signature and
seal on this document have the
same validity and legal force and
effect as an original clerk's
signature and court seal. California
Government Code § 68150(g).

1. The [X] judgment creditor   [ ] assignee of record
applies for an abstract of judgment and represents the following:
   a.   Judgment debtor's
        Name and last known address
   | Jamie L. Gallian |
   | 16222 Monterey Lane, #376 |
   | Huntington Beach, CA 92649 |

   b.   Driver's license no. [last 4 digits] and state 0742/CA   [ ] Unknown
   c.   Social security no. [last 4 digits]: xx-xx-3936   [ ] Unknown
   d.   Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address).
        Jamie L. Gallian, 16222 Monterey Lane, #376
        Huntington Beach, CA 92649

2. [ ] Information on additional judgment debtors is
       shown on page 2.

3. Judgment creditor (name and address):
   The Huntington Beach Gables Homeowners Association
   C/o Epsten Grinnell & Howell, 10200 Willow Creek
   Road, San Diego, CA 92131
   Date: April 3, 2019

   Joyce J. Kapsal
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is
       shown on page 2.

5. [ ] Original abstract recorded in this county:
   a.   Date:
   b.   Instrument No.:

   ▶ _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 9265.00

7. All judgment creditors and debtors are listed on this abstract.

8. a.   Judgment entered on (date): March 21, 2019
   b.   Renewal entered on (date):

9. [ ] This judgment is an installment judgment.

[SEAL]
David H. Yamasaki, Clerk of the Court

This abstract issued on (date):
04/30/2019

10. [ ] An [ ] execution lien [ ] attachment lien
       is endorsed on the judgment as follows:
   a.   Amount: $
   b.   In favor of (name and address):

11. A stay of enforcement has
   a. [X] not been ordered by the court.
   b. [ ] been ordered by the court effective until
          (date):

12. a. [X] I certify that this is a true and correct abstract of
           the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

   S.Wilson
   Clerk, by _____ , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190
Westlaw Doc & Form Builder

| PLAINTIFF: The Huntington Beach Gables Homeowners Association | COURT CASE NO: |
|---|---|
| DEFENDANT: Jamie Lynn Gallian | 30-2017-00962999-CU-HR-CJC |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*        14.  Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. ┌─         Name and last known address         ─┐        17. ┌─         Name and last known address         ─┐

Driver's license no. [last 4 digits] and state:            ☐ Unknown
Social security no. [last 4 digits]:                       ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state:            ☐ Unknown
Social security no. [last 4 digits]:                       ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. ┌─         Name and last known address         ─┐        19. ┌─         Name and last known address         ─┐

Driver's license no. [last 4 digits] and state:            ☐ Unknown
Social security no. [last 4 digits]:                       ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state:            ☐ Unknown
Social security no. [last 4 digits]:                       ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

# EXHIBIT I

# EXHIBIT I

# EXHIBIT I

## Exception No. 4

ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange
04/02/2019 at 09:43:37 AM
Clerk of the Superior Court
By Natasha Dorfman,Deputy Clerk

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MAY 0 6 2019

DAVID H. YAMASAKI, Clerk of the Court

BY:_____,DEPUTY

1
2
3
4
5
6
7

8           SUPERIOR COURT OF THE STATE OF CALIFORNIA

9           COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

10

11   THE HUNTINGTON BEACH GABLES            CASE NO. 37-2017-00913985-CU-CO-CJC
     HOMEOWNERS ASSOCIATION, a
12   California Nonprofit Mutual Benefit     Judge: James L. Crandall
     Corporation,                           Dept.: C33
13
                 Plaintiff,                  [PROPOSED] JUDGMENT IN FAVOR OF
14                                           PLAINTIFF THE HUNTINGTON BEACH
        v.                                   GABLES HOMEOWNERS ASSOCIATION
15                                           AND AGAINST DEFENDANT JAMIE L.
     SANDRA L. BRADLEY, individually and    GALLIAN
16   as Trustee of the Sandra L. Bradley Trust;
     JAMIE L. GALLIAN, an individual; and    Complaint Filed: April 11, 2017
17   DOES 1 through 25, inclusive,           First Amended Complaint filed: May 16, 2017
                                             Trial Date: September 9, 2019
18               Defendants.

19

20          In this action for Breach of Governing Documents (Architectural Violations) and

21   Nuisance Defendant Jamie L. Gallian was personally served with the Summons and Complaint

22   on May 24, 2017.  Defendant Gallian filed an answer to the Complaint, and to the First

23   Amended Complaint.  Subsequently, due to her failure to timely respond to discovery, on

24   February 13, 2019 the Court ordered that Defendant's Answer to the Plaintiff's First Amended

25   Complaint be stricken, and on February 13, 2019 entered the default against Defendant.

26   Pursuant to the Court's order of February 13, 2019, Plaintiff The Huntington Beach Gables

27   Homeowners Association has presented evidence of its costs for abating the nuisance caused by

28   Defendant Gallian, as alleged in the First Amended Complaint.

1

3800992v1

JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT JAMIE L. GALLIAN

1    Upon the Application of Plaintiff, The Huntington Beach Gables Homeowners

2    Association for judgment against Defendant, and upon having reviewed the evidence and

3    declarations, and proof having been made to the satisfaction of this Court, the Court finds in

4    favor of Plaintiff, The Huntington Beach Gables Homeowners Association ("Association"), and

5    against Defendant, Jamie L. Gallian ("Defendant") on all causes of action in the First Amended

6    Complaint filed herein on May 16, 2017.

7    IT IS HEREBY ADJUDGED, ORDERED AND DECREED, as follows:

8    1.    As to the First Cause of Action for Breach of Contract, the Court finds that

9    Defendant breached the Association's Governing Documents, including the "Declaration of

10   Covenants, Conditions and Restrictions for Huntington Beach Gables" containing the covenants,

11   conditions and restrictions which governing the properties located within the Association,

12   which was recorded on May 28, 1980, as Document No. 1980-28926 ("CC&Rs");

13   2.    At all times mentioned herein, Defendant was the tenant of, resident of, and/or

14   claimed some interest in the condominium unit located within the Association commonly known

15   as 4476 Alderport Drive, Unit 53, Huntington Beach, CA 92649 ("Subject Property");

16   3.    As a result of Defendant's breach of contract, Plaintiff's damages include the cost

17   of repairing damage to the Common Area caused by Defendant's failing to adhere to the

18   architectural guidelines and specifications with respect to the construction of the patio cover and

19   by constructing a concrete pad and installing an air conditioning unit on the exterior of

20   Defendant's Subject Property which encroached upon the Association's common area and

21   destroying the Association's landscaping;

22   4.    As the Second Cause of Action for Nuisance, the Court finds that Defendant

23   created conditions on the Subject Property that are an annoyance and nuisance to the Association

24   and its residents, and as a result, the Association has incurred attorneys' fees and costs in

25   connection with abating the nuisance;

26   5.    Plaintiff is entitled to recover its reasonable attorneys' fees and costs from

27   Defendant pursuant to Civil Code section 5975(c) and Article XIV, Section 14. 7 of the

28   Association's CC&Rs;

2

JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT JAMIE L. GALLIAN

3806902v1

1    6.    Plaintiff is further entitled to recover its costs to repair damage to the Common

2    Area caused by unauthorized installation of the concrete pad and air conditioning unit, causing

3    extensive damage to the landscaping pursuant to the CC&Rs, Article XIV, Section 14.8 as well

4    as costs for removal of the concrete pad and landscaping repairs;

5    7.    Association as Plaintiff, as the prevailing party in the action and pursuant to Civil

6    Code section 5975(c) and Article XIV, Section 14.7 of the Association's CC&Rs, shall recover

7    from Defendant its legal costs in the amount of $ *10,693.12* and attorneys' fees in the amount of

8    $ *178,362*. Plaintiff shall also recover concrete removal and landscaping repair costs in the

9    amount of $1,295.00;

10    8.    Association as Cross-Defendant, as the prevailing party in the action and

11    pursuant to Civil Code section 5975(c) and Article XIV, Section 14.7 of the Association's

12    CC&Rs, shall recover from Cross-Complainant its legal costs in the amount of $ *6,050.47*

13    and attorneys' fees in the amount of $ *120,183*

14    9.    Judgment is hereby entered in favor of Plaintiff The Huntington Beach Gables

15    Homeowners Association for recovery of its attorney's fees and costs, and costs for concrete

16    removal and landscaping repair costs, against Defendant Jamie L. Gallian, and Defendant is

17    ordered to pay said sums to Plaintiff;

18    10.    Plaintiff The Huntington Beach Gables Homeowners Association is awarded

19    judgment in the **total amount of $** *315,288.59*, which will accrue interest at the rate of

20    ten (10%) per annum from the date judgment is entered herein, until paid in full; and

21    11.    Pursuant to Code of Civil Procedure §§ 685.040, 685.080, Defendant Jamie L.

22    Gallian shall pay to Plaintiff any and all sums reasonably incurred by Plaintiff in enforcing the

23    Judgment.

24    **IT IS SO ORDERED.**

25

26    Dated: *5 - 6 -* , 2019

27    The Honorable James L. Crandall
     Judge of the Superior Court

28

3

5800992v1

0357

SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MINUTE ORDER

DATE: 05/07/2019                    TIME: 11:49:00 AM        DEPT: C33
JUDICIAL OFFICER PRESIDING: James Crandall
CLERK: P. Rief
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: None

CASE NO: **30-2017-00913985-CU-CO-CJC** CASE INIT.DATE: 04/11/2017
CASE TITLE: **The Huntington Beach Gables Homeowners Association vs. Bradley**
CASE CATEGORY: Civil - Unlimited       CASE TYPE: Contract - Other

EVENT ID/DOCUMENT ID: 73041107
EVENT TYPE: Nunc Pro Tunc Minutes

**APPEARANCES**

There are no appearances by any party.

It appears to the court, the Judgment entered 05/06/2019 contained a mathematical error. Said Judgment is ordered corrected Nunc Pro Tunc as of 05/06/2019, as follows:

*10. Plaintiff The Huntington Beach Gables Homeowners Association is awarded judgment in the **total amount of $316,583.59**, which will accrue interest at the rate of ten (10%) per annum from the date judgment is entered herein, until paid in full*

All other portions of the judgment remain.

The clerk is ordered to give notice to plaintiff by electronic service.

DATE: 05/07/2019                    MINUTE ORDER                    Page 1
DEPT: C33                                                           Calendar No

<u>Exception No. 4 (Part 2)</u>

48

**EJ-001**

Recording Requested by and When Recorded Mail to
Joyce J. Kapsal / Pejman D. SBN: 091950 / 279260
EPSTEN GRINNELL & HOWELL, APC
10200 Willow Creek Road, Suite 100
San Diego, CA 92131
TEL NO: 858-527-0111 FAX NO. (optional): 858-527-1531
E-MAIL ADDRESS (Optional): jkapsal@epsten.com /
[X] ATTORNEY [X] JUDGMENT [ ] ASSIGNEE
FOR CREDITOR OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

90.00
* $ R 0 0 1 0 8 3 8 3 3 9 $ *
2019000165259 12:56 pm 05/16/19
48 401 A03 3
0.00 0.00 0.00 0.00 6.00 0.00 0.000.0075.00 3.00

FOR RECORDER'S USE ONLY

PLAINTIFF: The Huntington Beach Gables Homeowners Association
DEFENDANT: Sandra Bradley, et al.

CASE NUMBER:
30-2017-00913985-CU-CO-CJC

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS** [X] Amended

FOR COURT USE ONLY

Pursuant to California Government
Code § 68150(f), the Clerk of the
Court hereby certifies this document
accurately reflects the official court
record. The electronic signature and
seal on this document have the
same validity and legal force and
effect as an original clerk's
signature and court seal. California
Government Code § 68150(g).

1. The [X] judgment creditor [ ] assignee of record
applies for an abstract of judgment and represents the following:
a. Judgment debtor's
Name and last known address

Jamie L. Gallian
4476 Alderport Drive #53
Huntington Beach, CA 92649

b. Driver's license no. [last 4 digits] and state: 0742 / CA [ ] Unknown
c. Social security no. [last 4 digits]: xxx-xx-3936 [ ] Unknown
d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
4476 Alderport Drive #53, Huntington Beach, CA 92649

2. [ ] Information on additional judgment debtors is
shown on page 2.
3. Judgment creditor (name and address):
The Huntington Beach Gables Homeowners Association
c/o Epsten Grinnell & Howell, 10200 Willow
Creek Rd, Ste 100, San Diego, CA 92131
Date: May 8, 2019
Joyce J. Kapsal
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is
shown on page 2.
5. [ ] Original abstract recorded in this county:

a. Date:
b. Instrument No.:

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
$ 319,653.59
7. All judgment creditors and debtors are listed in this abstract.
8. a. Judgment entered on (date): 5/6/2019 [9/27/2018 sanctions]
b. Renewal entered on (date):

9. [ ] This judgment is an installment judgment.

[SEAL]
David H. Yamasaki, Clerk of the Court

This abstract issued on (date):
May 14, 2019

10. [ ] An [ ] execution lien [ ] attachment lien
is endorsed on the judgment as follows:
a. Amount: $
b. In favor of (name and address):

11. A stay of enforcement has
a. [X] not been ordered by the court.
b. [ ] been ordered by the court effective until
(date):
12. a. [X] I certify that this is a true and correct abstract of
the judgment entered in this action.
b. [ ] A certified copy of the judgment is attached.

Mary M Johnson
Clerk, by Mary Johnson , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700,190
Westlaw Doc & Form Builder

| PLAINTIFF: The Huntington Beach Gables Homeowners Association | COURT CASE NO.: |
|---|---|
| DEFENDANT: Sandra Bradley, et al. | 30-2017-00913985-CU-CO-CJC |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor (name and address):

14. Judgment creditor (name and address):

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to (address):

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to (address):

18. Name and last known address

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to (address):

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to (address):

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

# EXHIBIT J

# EXHIBIT J

# EXHIBIT J

## Exception No. 5



ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange
04/02/2019 at 05:43:37 AM
Clerk of the Superior Court
By Natasha Dorfman, Deputy Clerk

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MAY 0 6 2019

DAVID H. YAMASAKI, Clerk of the Court

BY:_____DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

| | |
|---|---|
| THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION, a California Nonprofit Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA L. BRADLEY, individually and as Trustee of the Sandra L. Bradley Trust; JAMIE L. GALLIAN, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 37-2017-00913985-CU-CO-CJC<br><br>Judge: James L. Crandall<br>Dept.: C33<br><br>[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF THE HUNTINGTON BEACH GABLES HOMEOWNERS ASSOCIATION AND AGAINST DEFENDANT JAMIE L. GALLIAN<br><br>Complaint Filed: April 11, 2017<br>First Amended Complaint filed: May 16, 2017<br>Trial Date: September 9, 2019 |

In this action for Breach of Governing Documents (Architectural Violations) and

Nuisance Defendant Jamie L. Gallian was personally served with the Summons and Complaint

on May 24, 2017. Defendant Gallian filed an answer to the Complaint, and to the First

Amended Complaint. Subsequently, due to her failure to timely respond to discovery, on

February 13, 2019 the Court ordered that Defendant's Answer to the Plaintiff's First Amended

Complaint be stricken, and on February 13, 2019 entered the default against Defendant.

Pursuant to the Court's order of February 13, 2019, Plaintiff The Huntington Beach Gables

Homeowners Association has presented evidence of its costs for abating the nuisance caused by

Defendant Gallian, as alleged in the First Amended Complaint.

3808892v1

JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT JAMIE L. GALLIAN

1    Upon the Application of Plaintiff, The Huntington Beach Gables Homeowners

2   Association for judgment against Defendant, and upon having reviewed the evidence and

3   declarations, and proof having been made to the satisfaction of this Court, the Court finds in

4   favor of Plaintiff, The Huntington Beach Gables Homeowners Association ("Association"), and

5   against Defendant, Jamie L. Gallian ("Defendant") on all causes of action in the First Amended

6   Complaint filed herein on May 16, 2017.

7    IT IS HEREBY ADJUDGED, ORDERED AND DECREED, as follows:

8    1.    As to the First Cause of Action for Breach of Contract, the Court finds that

9   Defendant breached the Association's Governing Documents, including the "Declaration of

10   Covenants, Conditions and Restrictions for Huntington Beach Gables" containing the covenants,

11   conditions and restrictions which governing the properties located within the Association,

12   which was recorded on May 28, 1980, as Document No. 1980-28926 ("CC&Rs");

13    2.    At all times mentioned herein, Defendant was the tenant of, resident of, and/or

14   claimed some interest in the condominium unit located within the Association commonly known

15   as 4476 Alderport Drive, Unit 53, Huntington Beach, CA 92649 ("Subject Property");

16    3.    As a result of Defendant's breach of contract, Plaintiff's damages include the cost

17   of repairing damage to the Common Area caused by Defendant's failing to adhere to the

18   architectural guidelines and specifications with respect to the construction of the patio cover and

19   by constructing a concrete pad and installing an air conditioning unit on the exterior of

20   Defendant's Subject Property which encroached upon the Association's common area and

21   destroying the Association's landscaping;

22    4.    As the Second Cause of Action for Nuisance, the Court finds that Defendant

23   created conditions on the Subject Property that are an annoyance and nuisance to the Association

24   and its residents, and as a result, the Association has incurred attorneys' fees and costs in

25   connection with abating the nuisance;

26    5.    Plaintiff is entitled to recover its reasonable attorneys' fees and costs from

27   Defendant pursuant to Civil Code section 5975(c) and Article XIV, Section 14. 7 of the

28   Association's CC&Rs;

2

JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT JAMIE L. GALLIAN

6.    Plaintiff is further entitled to recover its costs to repair damage to the Common Area caused by unauthorized installation of the concrete pad and air conditioning unit, causing extensive damage to the landscaping pursuant to the CC&Rs, Article XIV, Section 14.8 as well as costs for removal of the concrete pad and landscaping repairs;

7.    Association as Plaintiff, as the prevailing party in the action and pursuant to Civil Code section 5975(c) and Article XIV, Section 14. 7 of the Association's CC&Rs, shall recover from Defendant its legal costs in the amount of $ *10,693,12* and attorneys' fees in the amount of $ *178,362.* Plaintiff shall also recover concrete removal and landscaping repair costs in the amount of $1,295.00;

8.    Association as Cross-Defendant, as the prevailing party in the action and pursuant to Civil Code section 5975(c) and Article XIV, Section 14. 7 of the Association's CC&Rs, shall recover from Cross-Complainant its legal costs in the amount of $ *6,050,47* and attorneys' fees in the amount of $ *120,183.*

9.    Judgment is hereby entered in favor of Plaintiff The Huntington Beach Gables Homeowners Association for recovery of its attorney's fees and costs, and costs for concrete removal and landscaping repair costs, against Defendant Jamie L. Gallian, and Defendant is ordered to pay said sums to Plaintiff;

10.    Plaintiff The Huntington Beach Gables Homeowners Association is awarded judgment in the **total amount of $** *315,288.59*, which will accrue interest at the rate of ten (10%) per annum from the date judgment is entered herein, until paid in full; and

11.    Pursuant to Code of Civil Procedure §§ 685.040, 685.080, Defendant Jamie L. Gallian shall pay to Plaintiff any and all sums reasonably incurred by Plaintiff in enforcing the Judgment.

**IT IS SO ORDERED.**

Dated: *5 - 6 -* , 2019

The Honorable James L. Crandall
Judge of the Superior Court

3

1806892v1

0366

SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MINUTE ORDER

DATE: 05/07/2019                TIME: 11:49:00 AM        DEPT: C33
JUDICIAL OFFICER PRESIDING: James Crandall
CLERK: P. Rief
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: None

CASE NO: **30-2017-00913985-CU-CO-CJC** CASE INIT.DATE: 04/11/2017
CASE TITLE: **The Huntington Beach Gables Homeowners Association vs. Bradley**
CASE CATEGORY: Civil - Unlimited      CASE TYPE: Contract - Other

EVENT ID/DOCUMENT ID: 73041107
EVENT TYPE: Nunc Pro Tunc Minutes

APPEARANCES

There are no appearances by any party.

It appears to the court, the Judgment entered 05/06/2019 contained a mathematical error. Said Judgment is ordered corrected Nunc Pro Tunc as of 05/06/2019, as follows:

*10. Plaintiff The Huntington Beach Gables Homeowners Association is awarded judgment in the **total amount of $316,583.59**, which will accrue interest at the rate of ten (10%) per annum from the date judgment is entered herein, until paid in full*

All other portions of the judgment remain.

The clerk is ordered to give notice to plaintiff by electronic service.

DATE: 05/07/2019                  MINUTE ORDER                      Page 1
DEPT: C33                                                   Calendar No.

Exception No. 5 (Part 2)

**EJ-001**

Recording Requested by and When Recorded Mail to
Joyce J. Kapsal / Pejman D. SBN: 091950 / 279260
EPSTEN GRINNELL & HOWELL, APC
10200 Willow Creek Road, Suite 100
San Diego, CA 92131
TEL NO: 858-527-0111 FAX NO (optional): 858-527-1531
E-MAIL ADDRESS (Optional): jkapsal@epsten.com /

| X | ATTORNEY FOR | X | JUDGMENT CREDITOR | | ASSIGNEE OF RECORD |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

**Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder**

97.00

* S R 0 0 1 0 8 3 9 3 4 7 5 *

2019000166068 3:10 pm 05/16/19

105 417 A03 2

0.00 0.00 0.00 0.00 3.00 10.00 0.00 0.0075.00 3.00

FOR RECORDER'S USE ONLY

PLAINTIFF: The Huntington Beach Gables Homeowners Association
DEFENDANT: Sandra Bradley, et al.

CASE NUMBER:
30-2017-00913985-CU-CO-CJC

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS** [ X ] Amended

FOR COURT USE ONLY

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The [ X ] judgment creditor [ ] assignee of record
applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   Name and last known address

   Jamie L. Gallian
   4476 Alderport Drive #53
   Huntington Beach, CA 92649

   b. Driver's license no. [last 4 digits] and state: 0742 / CA [ ] Unknown
   c. Social security no. [last 4 digits]: xxx-xx-3936 [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
   4476 Alderport Drive #53, Huntington Beach, CA 92649

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   The Huntington Beach Gables Homeowners Association
   c/o Epsten Grinnell & Howell, 10200 Willow
   Creek Rd, Ste 100, San Diego, CA 92131
   Date: May 8, 2019
   Joyce J. Kapsal
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ _____
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 319,653.59
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 5/6/2019 [9/27/2018 sanctions]
   b. Renewal entered on (date):

9. [ ] This judgment is an installment judgment.

[SEAL]

David H Yamasaki, Clerk of the Court

This abstract issued on (date):
May 14, 2019

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [ X ] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):
12. a. [ X ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Mary M Johnson

Clerk, by Mary Johnson , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 (Rev July 1, 2014)

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190
Westlaw Doc & Form Builder

| PLAINTIFF: The Huntington Beach Gables Homeowners Association | COURT CASE NO. |
|---|---|
| DEFENDANT: Sandra Bradley, et al. | 30-2017-00913985-CU-CO-CJC |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

17.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

18.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

19.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:
☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 (Rev. July 1, 2014)

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

# EXHIBIT K

# EXHIBIT K

# EXHIBIT K

## Exception No. 6

ELECTRONICALLY RECEIVED
Superior Court of California,
County of Orange
04/02/2015 at 05:43:37 AM
Clerk of the Superior Court
By Natasha Dorfman, Deputy Clerk

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

MAY 06 2019

DAVID H. YAMASAKI, Clerk of the Court

BY:_____DEPUTY

1

2

3

4

5

6

7

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA

9            COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

10

11  THE HUNTINGTON BEACH GABLES        CASE NO.  37-2017-00913985-CU-CO-CJC
    HOMEOWNERS ASSOCIATION, a
12  California Nonprofit Mutual Benefit    Judge: James L. Crandall
    Corporation,                          Dept.: C33
13
              Plaintiff,                  [PROPOSED] JUDGMENT IN FAVOR OF
14                                         PLAINTIFF THE HUNTINGTON BEACH
        v.                                 GABLES HOMEOWNERS ASSOCIATION
15                                         AND AGAINST DEFENDANT JAMIE L.
    SANDRA L. BRADLEY, individually and    GALLIAN
16  as Trustee of the Sandra L. Bradley Trust;
    JAMIE L. GALLIAN, an individual; and   Complaint Filed: April 11, 2017
17  DOES 1 through 25, inclusive,          First Amended Complaint filed: May 16, 2017
                                           Trial Date: September 9, 2019
18            Defendants.

19

20          In this action for Breach of Governing Documents (Architectural Violations) and

21  Nuisance Defendant Jamie L. Gallian was personally served with the Summons and Complaint

22  on May 24, 2017.  Defendant Gallian filed an answer to the Complaint, and to the First

23  Amended Complaint.  Subsequently, due to her failure to timely respond to discovery, on

24  February 13, 2019 the Court ordered that Defendant's Answer to the Plaintiff's First Amended

25  Complaint be stricken, and on February 13, 2019 entered the default against Defendant.

26  Pursuant to the Court's order of February 13, 2019, Plaintiff The Huntington Beach Gables

27  Homeowners Association has presented evidence of its costs for abating the nuisance caused by

28  Defendant Gallian, as alleged in the First Amended Complaint.

3806992v1

                                          1
        JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT JAMIE L. GALLIAN

1    Upon the Application of Plaintiff, The Huntington Beach Gables Homeowners

2    Association for judgment against Defendant, and upon having reviewed the evidence and

3    declarations, and proof having been made to the satisfaction of this Court, the Court finds in

4    favor of Plaintiff, The Huntington Beach Gables Homeowners Association ("Association"), and

5    against Defendant, Jamie L. Gallian ("Defendant") on all causes of action in the First Amended

6    Complaint filed herein on May 16, 2017.

7         IT IS HEREBY ADJUDGED, ORDERED AND DECREED, as follows:

8         1.    As to the First Cause of Action for Breach of Contract, the Court finds that

9    Defendant breached the Association's Governing Documents, including the "Declaration of

10   Covenants, Conditions and Restrictions for Huntington Beach Gables" containing the covenants,

11   conditions and restrictions which governing the properties located within the Association,

12   which was recorded on May 28, 1980, as Document No. 1980-28926 ("CC&Rs");

13        2.    At all times mentioned herein, Defendant was the tenant of, resident of, and/or

14   claimed some interest in the condominium unit located within the Association commonly known

15   as 4476 Alderport Drive, Unit 53, Huntington Beach, CA 92649 ("Subject Property");

16        3.    As a result of Defendant's breach of contract, Plaintiff's damages include the cost

17   of repairing damage to the Common Area caused by Defendant's failing to adhere to the

18   architectural guidelines and specifications with respect to the construction of the patio cover and

19   by constructing a concrete pad and installing an air conditioning unit on the exterior of

20   Defendant's Subject Property which encroached upon the Association's common area and

21   destroying the Association's landscaping;

22        4.    As the Second Cause of Action for Nuisance, the Court finds that Defendant

23   created conditions on the Subject Property that are an annoyance and nuisance to the Association

24   and its residents, and as a result, the Association has incurred attorneys' fees and costs in

25   connection with abating the nuisance;

26        5.    Plaintiff is entitled to recover its reasonable attorneys' fees and costs from

27   Defendant pursuant to Civil Code section 5975(c) and Article XIV, Section 14. 7 of the

28   Association's CC&Rs;

2

JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT JAMIE L. GALLIAN